Jeffrey A. LeVee (State Bar No. 125863)
jlevee@JonesDay.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071
Telephone:     213.489.3939
Facsimile:     213.243.2539

David C. Kiernan (State Bar No. 215335)
dkiernan@JonesDay.com
Lin Wang Kahn (State Bar No. 261387)
linkahn@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     415.626.3939
Facsimile:     415.875.5700

Attorneys for Defendant
SUTTER HEALTH

[Additional Parties and Counsel Listed on Signature Page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:12-CV-04854-LB |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |
| SUTTER HEALTH, and DOES 1 through 25, inclusive, | |
| Defendants. | |

1   Pursuant to Civil Local Rule 6-1(a), Defendant Sutter Health ("Sutter") and Plaintiff

2 Djeneba Sidibe ("Plaintiff" or "Sidibe"), by and through their counsel, jointly submit this

3 Stipulation to Extend Time to Respond to the Class Action Complaint.

4   WHEREAS, on or about September 19, 2012, Plaintiff served Sutter with the class action

5 complaint ("Complaint") in the above-captioned action;

6   WHEREAS, Sutter is required to answer or otherwise respond to the Complaint on or

7 before October 10, 2012;

8   WHEREAS, Sutter has requested, and Plaintiff has agreed, to stipulate to an extension of

9 30 days beyond October 10, 2012 for Sutter to respond to the Complaint.

10   NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties that the

11 deadline for Sutter to answer or otherwise respond to the Complaint is extended by 30 days to

12 November 9, 2012.

13 Dated: October 8, 2012    THE MEHDI FIRM

14

15           By: __/s/ *Azra Z. Mehdi*_____

16            Azra Z. Mehdi, Esq.

17           Attorneys for Plaintiff DJENEBA SIDIBE

18 Dated: October 8, 2012    JONES DAY

19

20           By: __/s/ *Jeffrey A. LeVee*_____

21            Jeffrey A. LeVee, Esq.

           Attorneys for Defendant SUTTER HEALTH

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FILER'S ATTESTATION

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 8, 2012                    JONES DAY


By: /s/ *Lin Wang Kahn*
      Lin Wang Kahn, Esq.

Attorneys for Defendant SUTTER HEALTH

SFI-754503v1

STIP. FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
3:12-CV-04854-LB

- 2 -