Jeffrey A. LeVee (State Bar No. 125863)
jlevee@JonesDay.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:    +1.213.489.3939
Facsimile:     +1.213.243.2539

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    415.626.3939
Facsimile:     415.875.5700

Robert H. Bunzel (State Bar No. 99395)
rbunzel@bzbm.com
Patrick M. Ryan (State Bar No. 203215)
pryan@bzbm.com
Oliver Q. Dunlap (State Bar No. 225566)
odunlap@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>SUTTER HEALTH,<br><br>         Defendant. | Case No. 3:12-CV-04854-LB<br><br>**NOTICE OF INTENT TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to the Further Joint Stipulated Amended Protective Order ("Protective Order"), ECF No. 242, and the Order Governing Sealing Protocol, ECF No. 308, Sutter Health hereby submits this Notice of Intent to file under seal Sutter Health's Reply in Support of its Motion for Summary Judgment, Sutter Heath's Opposition to Plaintiffs' Motion to Exclude the Testimony of Dr. Gautam Gowrisankaran, Sutter Health's Notice of Motion and Motion to Exclude Testimony of Dr. Tasneem Chipty, and the Declaration of Matthew J. Silveira and exhibits thereto (together, "the Reply in Support of Summary Judgment"). These documents and exhibits include information that has been designated by parties and non-parties as "Protected Material" under the Protective Order. Sutter Health will today provide counsel for Plaintiffs a courtesy copy of the Reply in Support of Summary Judgment designated as "Filed Under Seal Pursuant to Protective Order." In addition, Sutter Health will within two days provide to counsel for Plaintiffs a highlighted version of proposed redactions to the Reply in Support of Summary Judgment pursuant to Paragraph 7.6 of the Protective Order. Further, within ten days, Sutter Health will provide counsel for non-parties that have designated information as "Protected Material" with a highlighted version of proposed redactions pursuant to Paragraph 7.6 of the Protective Order.

Dated: September 10, 2018

Respectfully submitted,

Jones Day

By: /s/Jeffrey A. LeVee
Jeffrey A. LeVee

Counsel for Defendant
SUTTER HEALTH