Jeffrey A. LeVee (State Bar No. 125863)
jlevee@JonesDay.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:  213.489.3939
Facsimile:  213.243.2539

David C. Kiernan (State Bar No. 215335)
dkiernan@JonesDay.com
Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
Matthew J. Silveira (State Bar No. 264250)
msilveira@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  415.626.3939
Facsimile:  415.875.5700

Robert H. Bunzel (State Bar No. 99395)
rbunzel@bzbm.com
Patrick M. Ryan (State Bar No. 203215)
pryan@bzbm.com
Oliver Q. Dunlap (State Bar No. 225566)
odunlap@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendant
SUTTER HEALTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH,<br><br>Defendant. | Case No. 3:12-CV-04854-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SUTTER HEALTH'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. TASNEEM CHIPTY IN OPPOSITION TO SUTTER HEALTH'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Sutter Health's Motion to Exclude the Expert Testimony of Dr. Tasneem Chipty in Opposition to Sutter Health's Motion for Summary Judgment came on for hearing on November 8, 2018, before the Honorable Magistrate Judge Beeler.  Based on the supporting and opposing papers, the record evidence, and all related documents filed with the Court in connection with this motion, and the papers and records on file in this action, the Court hereby ORDERS as follows:

    1.    Sutter's Motion is GRANTED.

    2.    The testimony of Plaintiffs' expert Dr. Chipty is hereby excluded.

**IT IS SO ORDERED.**

Dated: _____

    Laurel Beeler
    UNITED STATES MAGISTRATE JUDGE