| | |
|---|---|
| CONSTANTINE CANNON LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>JEAN KIM (*pro hac vice*)<br>ROSA M. MORALES (*pro hac vice*)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>(212) 350-2700<br>(212) 350-2701 (fax)<br>mcantor@constantinecannon.com<br>jkim@constantinecannon.com<br>rmorales@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the [Proposed] Class* | THE MEHDI FIRM, PC<br>AZRA Z. MEHDI (220406)<br>One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>(415) 293-8039<br>(415) 293-8001 fax<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel for Plaintiffs and the [Proposed] Class* |
| FARMER BROWNSTEIN JAEGER LLP<br>DAVID BROWNSTEIN (141929)<br>WILLIAM S. FARMER (46694)<br>DAVID GOLDSTEIN (142334)<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104<br>(415) 795-2050<br>(415) 520-5678 (fax)<br>dbrownstein@fbj-law.com<br>wfarmer@fbj-law.com<br>dgoldstein@fbj-law.com<br><br>*Additional Co-Lead Counsel for Plaintiffs and the [Proposed] Class* | STEYER LOWENTHAL BOODRAKAS<br>ALVAREZ & SMITH LLP<br>ALLAN STEYER (100318)<br>D. SCOTT MACRAE (104663)<br>JILL MANNING (178849)<br>SUNEEL JAIN (314558)<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>(415) 421-3400<br>(415) 421-2234 (fax)<br>asteyer@steyerlaw.com<br>smacrae@steyerlaw.com<br>jmanning@steyerlaw.com<br>sjain@steyerlaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>SUTTER HEALTH,<br><br>      Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF INTENT TO FILE PLAINTIFFS' OPPOSITION TO SUTTER HEALTH'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. TASNEEM CHIPTY UNDER SEAL** |

Pursuant to the Further Joint Stipulated Amended Protective Order ("Protective Order"), ECF No. 242, and the Order Governing Sealing Protocol, ECF No. 308, Plaintiffs hereby submit this Notice of Intent to file under seal Plaintiffs' Opposition to Sutter Health's Motion to Exclude Expert Testimony of Dr. Tasneem Chipty and the Declaration of Matthew L. Cantor and exhibits thereto (together, "the Opposition to Motion to Exclude Dr. Chipty"). These documents and exhibits include information that has been designated by Plaintiffs, Defendant Sutter Health, and non-parties as "Protected Material" under the Protective Order. Plaintiffs will today provide counsel for Defendant a courtesy copy of the Opposition to Motion to Exclude Dr. Chipty designated as "Filed Under Seal Pursuant to Protective Order." In addition, Plaintiffs will within two days provide to counsel for Defendant a highlighted version of proposed redactions to the Opposition to Motion to Exclude Dr. Chipty pursuant to Paragraph 7.6 of the Protective Order. Furthermore, within ten days, Plaintiffs will provide counsel for non-parties that have designated information as "Protected Material" with a highlighted version of proposed redactions pursuant to Paragraph 7.6 of the Protective Order.

DATED: October 8, 2018

Respectfully submitted,

*/s/ Matthew L. Cantor*
MATTHEW L. CANTOR (admitted *phv*)
JEAN KIM (admitted *phv*)
ROSA MORALES (admitted *phv*)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
(212) 350-2738
(212) 350-2701 (fax)
mcantor@constantinecannon.com
abernabe@constantinecannon.com
jkim@constantinecannon.com

AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com
ahurtado@themehdifirm.com

DAVID C. BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (171039)
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
JILL MANNING (178849)
SUNEEL JAIN (314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
(415) 421-3400
(415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com
sjain@steyerlaw.com

*Counsel for Plaintiffs and the [Proposed] Class*