DANIEL V. KOHLS (State Bar No. 167987)
DANIEL W. ROBERTSON (State Bar No. 282532)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 EUREKA ROAD, SUITE 100
ROSEVILLE, CA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339

Attorneys for Non-Party WOODRUFF-SAWYER & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, CAROLINE STEWART, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH,<br><br>Defendant. | Case No. 3:12-cv-4854-LB<br><br>**DECLARATION OF VYSALI SOUNDARARAJAN (WOODRUFF-SAWYER & CO, INC.) DEMONSTRATING GOOD CAUSE FOR REDACTION OF SUPPLEMENTAL DECLARATION OF DR. TASNEEM CHIPTY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** |

I, Vysali Soundararajan, declare as follows:

1. I am over the age of 18 years old and not a party to this action.

2. I am an employee of Woodruff-Sawyer & Co., Inc. ("Woodruff"), and my title is Assistant Vice President, Corporate Counsel. My business address is 50 California Street, Floor 12, San Francisco, California 94111. I have personal knowledge of the matters set forth below and am competent to testify thereto if called as a witness.

3. I have knowledge of good cause for the redaction of the information concerning Woodruff's clients and negotiations for insurance on behalf of Woodruff's clients, including information that appears in the Supplemental Declaration of Dr. Tasneem Chipty in Support of Plaintiffs' Renewed Motion for Class Certification as well as information in Woodruff's

-1-

1 underlying business records which have been produced in this action pursuant to the protections
2 of the Further Joint Stipulated Amended Protective Order on file in this action and subsequently
3 filed under seal.

4. In performing its redactions, Woodruff made its best effort, in good faith, to limit redactions to sensitive information reasonably necessary to protect the privacy and confidentiality interests of Woodruff and its clients.

5. With respect to the Supplemental Declaration of Dr. Tasneem Chipty in Support of Plaintiffs' Renewed Motion for Class Certification, there is good cause for the redaction of the following:

- the text from "(a)" to footnote 184 on page 74;
- the redacted text in footnote 184 on pages 74-75 (which describes Woodruff's business records including the names of Woodruff's clients and clients' employees);
- the text from "(a)" to footnote 187 on page 75;
- the text from "(b)" to footnote 188 on page 75;
- the redacted text in footnote 187 on page 75 (which describes Woodruff's business records including the names of Woodruff's clients and clients' employees);
- the redacted text in footnote 188 on page 75 (which describes Woodruff's business records including the names of Woodruff's clients and clients' employees).

6. The redacted text on pages 74 and 75 pertains to descriptions of the specific content and results of Woodruffs' negotiations for health insurance on behalf of its clients. This information must be redacted to protect Woodruff's confidential business information and the privacy of Woodruff's clients.

7. The specific reasons for these redactions include the following:

- The names of Woodruff's clients and its client's employees were redacted to protect their privacy.

1        •    The name of health insurance company employees were redacted to protect their privacy. Also, Woodruff's contacts are confidential business information.

       •    The substantive content of Woodruff's negotiations for health insurance on behalf of its clients and its advice to clients regarding the same was redacted to protect Woodruff's confidential business information and the privacy of its clients.

       •    The dates of Woodruff's clients' renewals are confidential business information and strategic competitive data.

8. In addition, if the underlying material referenced in the Supplemental Declaration of Dr. Tasneem Chipty in Support of Plaintiffs' Renewed Motion for Class Certification is made part of the Court's records and/or otherwise made public, there is good cause for the redaction of such underlying material, including the Deposition of Daniel Hodges, Senior Vice President and Partner at Woodruff (Nov. 2, 2018) and the following documents produced by Woodruff: WSAW003950-967, WSAW011513-514, and WSAW052889-894. However, it is my understanding that these underlying materials are not attached to the Supplemental Declaration of Dr. Tasneem Chipty in Support of Plaintiffs' Renewed Motion for Class Certification.

9. Based on the foregoing, there is good cause to keep the confidential and private information referenced above out of the public record. Woodruff is grateful for the efforts already undertaken by the Court and the parties to protect the confidential and private information of Woodruff and its clients and requests that such confidential and private information continue to be protected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 22, 2020, at San Francisco, California.



VYSALI SOUNDARARAJAN

-3-

[200577] Decl of Soundararajan (Woodruff-Sawyer) Demonstrating Good Cause for Redaction of Suppl Decl

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF PLACER )

    I am a citizen of the United States and am employed within Placer County; I am over the age of eighteen years and not a party to the within action; my business address is 1520 Eureka Road, Suite 100, Roseville, California 95661.

    On the date indicated below, I caused to be served the within copy (or copies) of:

**DECLARATION OF VYSALI SOUNDARARAJAN (WOODRUFF-SAWYER & CO, INC.) DEMONSTRATING GOOD CAUSE FOR REDACTION OF ORDER GRANTING MOTION TO CERTIFY CLASS UNDER RULE 23(B)(2) AND DENYING WITHOUT PREJUDICE MOTION TO CERTIFY CLASS UNDER RULE 23(B)(3) )**

on the interested parties in said action as follows:

| | |
|---|---|
| Matthew L. Cantor<br>Jean Kim<br>Rosa M. Morales<br>Constantine Cannon Llp<br>335 Madison Avenue<br>New York, Ny 10017<br>(212) 350-2738<br>(212) 350-2701 (Fax) | Attorneys for Plaintiffs |

Azra Z. Mehdi
One Market
Spear Tower, Suite 3600
San Francisco, ca 94105
(415) 293-8039
(415) 293-8001 (Fax)
Azram@themehdifirm.com

David C. Brownstein
Farmer Brownstein Jaeger LLP
235 Montgomery St., Suite 835
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (Fax)
Dbrownstein@fbj-law.com

Allan Steyer
D. Scott Macrae
Jill Manning
Steyer Lowenthal Boodrookas
Alvarez & Smith Llp
One California Street, Third Floor
San Francisco, CA 94111
(415) 421-3400
(415) 421-2234 (fax)
asteyer@steyerlaw.com

[200577]  Decl of Soundararajan (Woodruff-Sawyer) Demonstrating Good Cause for Redaction of Suppl Decl

Elizabeth Burnside                              Attorney for Defendant
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939
(415) 875.5700 (fax)
eburnside@jonesday.com

▸ ( ) **BY MAIL** -- by placing a true copy thereof enclosed in an envelope addressed as set forth above. I am readily familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

▸ ( XX ) **BY EMAIL** -- by causing a true copy to be transmitted electronically through the CM-ECF (electronic case filing) system to all counsel of records to those registered to receive Notice of Electronic Filing for this case.

▸ ( ) **BY PERSONAL SERVICE** - by causing to be delivered by hand and leaving a true copy with the person and at the address shown above.

▸ ( ) **BY OVERNIGHT DELIVERY** -- by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth above. In the ordinary course of business mail placed in that designated area is picked up that same day for delivery in the following business day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 22, 2020, at Roseville, California.

_____
Susie Schiele

[200577] Decl of Soundararajan (Woodruff-Sawyer) Demonstrating Good Cause for Redaction of Suppl Decl