1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                    San Francisco Division

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH,<br><br>Defendant. | Case No. 3:12-cv-04854-LB<br><br>**ORDER GRANTING PLAINTIFFS' RULE 56(d) MOTION FOR PARTIAL SUMMARY JUDGMENT RE: DISTINCT PRODUCTS** |

For the reasons advanced by Sutter in its opposition, and discussed at the October 22, 2020 hearing, the court grants the plaintiffs' motion for partial summary judgment as follows:

The plaintiffs presented evidence, and Sutter concedes, that inpatient-hospital services offered at Sutter's Tying Hospitals, on the one hand, and inpatient-hospital services offered at Sutter's Tied Hospitals, on the other, indeed are distinct or separate products. The court thus grants the plaintiffs' partial summary judgment, as a matter of law, on the "distinct products" element of their tying claims under the Cartwright and Sherman Acts.

**IT IS SO ORDERED**.

DATED: October 23, 2020

_____
LAUREL BEELER
United States Magistrate Judge

Order – No. 3:12-CV-04854-LB