CONSTANTINE CANNON LLP
MATTHEW L. CANTOR (*pro hac vice*)
JEAN KIM (*pro hac vice*)
ROSA M. MORALES (*pro hac vice*)
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
mcantor@constantinecannon.com
jkim@constantinecannon.com
rmorales@constantinecannon.com

*Lead Counsel for Plaintiffs and the Class*

AZRA Z. MEHDI (220406)
One Market Street
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone:  (415) 293-8039
Facsimile:  (415) 293-8001 x)
azram@themehdifirm.com

*Co-Lead Counsel for Plaintiffs*

Jeffrey A. LeVee (State Bar No. 125863)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:   +1.213.489.3939
Facsimile:    +1.213.243.2539
Email:         jlevee@jonesday.com

David C. Kiernan (State Bar No. 215335)
Brian G. Selden (State Bar No. 261828)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   +1.415.626.3939
Facsimile:    +1.415.875.5700
Email:   dkiernan@jonesday.com
             bgselden@jonesday.com
             msilveira@jonesday.com
*Counsel for Defendant Sutter Health*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUTTER HEALTH,<br><br>  Defendant. | Case No. 3:12-CV-04854-LB<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR PLAINTIFFS TO SUBMIT REDACTED VERSION OF OPPOSITION TO SUTTER HEALTH'S MOTION FOR SUMMARY JUDGMENT AND FOR PARTIES TO FILE JOINT ADMINISTRATIVE MOTION TO SEAL** |

1  Plaintiffs Djeneba Sidibe, Jerry Jankowski, Susan Hansen, David Herman, Optimum
2  Graphics, Inc., and Johnson Pool & Spa (collectively the "Plaintiffs"), on behalf of themselves
3  and all others similarly situated, and Defendant Sutter Health ("Sutter" and, collectively with
4  Plaintiffs, the "Parties"), through their undersigned counsel, hereby jointly request and stipulate
5  as follows:

6  WHEREAS, on May 23, 2018, the Court entered the Order Governing Sealing Protocol
7  agreed to by the Parties. ECF No. 308. As noted in the stipulation for entry of the Order
8  Governing Sealing Protocol, the protocol is intended to avoid serial declarations supporting filing
9  information under seal after each brief is filed for a particular motion, and to instead allow a
10 streamlined process for filing redacted materials and to file a single administrative motion
11 supporting the sealing of information once the briefing for a particular motion is complete.

12 WHEREAS, on September 24, 2020, Plaintiffs filed provisionally under seal their
13 Opposition to Defendant's Motion for Summary Judgment and the Declaration of Matthew L.
14 Cantor And Accompanying Exhibits in Opposition to Sutter's Motion for Summary Judgment (all
15 together, the "MSJ Opposition Materials") (*see* ECF Nos. 861-863);

16 WHEREAS, the MSJ Opposition Materials reference and include as exhibits materials
17 designated by Parties and non-party health plans as protected material under the Amended
18 Protective Order;

19 WHEREAS, due to additional time required to finalize the preparation of the redacted
20 version of the MSJ Opposition Materials, on November 30, 2020, the Parties agreed to extend the
21 time for Plaintiffs to file publicly all proposed redactions to the MSJ Opposition Materials;

22 WHEREAS, the Order Governing Sealing Protocol provides that the Parties shall file a
23 single Joint Administrative Motion to Seal addressing the sealing for the entire set of papers for a
24 particular motion, including the motion, opposition and reply;

25 WHEREAS, the Parties also have agreed to extend the deadline for filing their Joint
26 Administrative Motion to Seal, currently December 3, 2020, to allow the Parties time to prepare
27 and file that motion on a date after Plaintiffs have filed the redactions for the MSJ Opposition
28 Materials;

THEREFORE, IT IS HEREBY STIPULATED that the time for Plaintiffs to file publicly all proposed redactions to the MSJ Opposition Materials is extended until December 1, 2020, and the deadline for the Parties to file their Joint Administrative Motion to Seal all filings related to Defendant Sutter Health's Motion for Summary Judgment is extended until December 10, 2020.

Dated: November 30, 2020

STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By /s/ *Suneel Jain*
Suneel Jain
Attorneys for Plaintiffs

Dated: November 30, 2020

JONES DAY

By /s/ Daniel L. Corbett
Daniel L. Corbett
Attorneys for Defendant SUTTER HEALTH

IT IS SO ORDERED.

Date: December 1, 2020

The Honorable Laurel Beeler
United States District Court Magistrate Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 30, 2020     By: ___*Suneel Jain*_____
                                  Suneel Jain