UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTER HEALTH, et al.,<br><br>    Defendants. | Case No. 12-cv-04854-LB<br><br>**DISCOVERY ORDER**<br><br>Re: ECF No. 967 |

The parties dispute the extent of document production and related deposition testimony. The court can decide the issue without oral argument. Civil L. R. 7-1(b). First, as to the CARES Act loan documents, executive compensation, and post-discovery documents related to the complaints, Sutter represents that the issues will be resolved by April 30, 2021, and the court accepts that representation and allows the production of information on the timeline that Sutter identifies. Second, as to the search terms, Sutter sent a letter on March 18, 2021, and the plaintiffs must respond to it.[1] Thereafter, the parties must confer and then can raise any dispute with the court.

**IT IS SO ORDERED.**

Dated: March 29, 2021

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Letter Brief – ECF No. 967 at 1, 4; March 18, 2021 Letter, Ex. D to *id*. – ECF No. 967-2 at 2.

ORDER – No. 12-cv-04854-LB