| | |
|---|---|
| CONSTANTINE CANNON LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>JEAN KIM (*pro hac vice*)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>(212) 350-2700<br>(212) 350-2701 (fax)<br>mcantor@constantinecannon.com<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class* | THE MEHDI FIRM, PC<br>AZRA Z. MEHDI (220406)<br>One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>(415) 293-8039<br>(415) 293-8001 fax<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel for Plaintiffs and the Class* |
| FARMER BROWNSTEIN JAEGER LLP<br>DAVID BROWNSTEIN (141929)<br>WILLIAM S. FARMER (46694)<br>DAVID GOLDSTEIN (142334)<br>235 Montgomery Street, Suite 835<br>San Francisco, CA 94104<br>(415) 795-2050<br>(415) 520-5678 (fax)<br>dbrownstein@fbj-law.com<br>wfarmer@fbj-law.com<br>dgoldstein@fbj-law.com<br><br>*Additional Co-Lead Counsel for Plaintiffs and the Class* | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>ALLAN STEYER (100318)<br>D. SCOTT MACRAE (104663)<br>JILL MANNING (178849)<br>SUNEEL JAIN (314558)<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 421-3400<br>(415) 421-2234 (fax)<br>asteyer@steyerlaw.com<br>smacrae@steyerlaw.com<br>jmanning@steyerlaw.com<br>sjain@steyerlaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SUTTER HEALTH,<br><br>      Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF INTENT TO FILE PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF PATRICK PILCH UNDER SEAL** |

1  Pursuant to the Further Joint Stipulated Amended Protective Order ("Protective Order"), ECF No. 242 and the Order Governing Sealing Protocol, ECF No. 308, Plaintiffs hereby submit this Notice of Intent to file under seal Plaintiffs' Notice of Motion and Motion to Exclude Testimony of Patrick Pilch and the accompanying Declaration of Jean Kim and Accompanying Exhibits in Support of Plaintiffs' Motion to Exclude Testimony of Pilch ("collectively, "Motion to Exclude"). These pleadings include information that have been designated by Plaintiffs, Defendant Sutter Health, and third parties as "Protected Material" under the Protective Order. Plaintiffs will today provide counsel for Defendant a courtesy copy of the Motion to Exclude designated as "Filed Under Seal Pursuant to Protective Order."  In addition, Plaintiffs will within two days provide to counsel for Defendant a highlighted version of proposed redactions to the Motion to Exclude pursuant to Paragraph 7.6 of the Protective Order.

DATED: May 21, 2021

Respectfully submitted,

*/s/ Suneel Jain*
Suneel Jain

MATTHEW L. CANTOR (admitted *phv*)
JEAN KIM (admitted *phv*)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
(212) 350-2738
(212) 350-2701 (fax)
mcantor@constantinecannon.com
jkim@constantinecannon.com

AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com

DAVID C. BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (171039)
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)

dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
JILL MANNING (178849)
SUNEEL JAIN (314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, CA 941104
(415) 421-3400
(415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com
sjain@steyerlaw.com

*Counsel for Plaintiffs and the Class*