| | |
|---|---|
| Jeffrey A. LeVee (State Bar No. 125863)<br>jlevee@jonesday.com<br>Elizabeth M. Burnside (State Bar No. 258184)<br>eburnside@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA  90071<br>Telephone:   213.489.3939<br>Facsimile:    213.243.2539 | Robert H. Bunzel (State Bar No. 99395)<br>rbunzel@bzbm.com<br>Patrick M. Ryan (State Bar No. 203215)<br>pryan@bzbm.com<br>Oliver Q. Dunlap (State Bar No. 225566)<br>odunlap@bzbm.com<br>BARTKO, ZANKEL, BUNZEL & MILLER<br>One Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Telephone:   415.956.1900<br>Facsimile:    415.956.1152 |

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
Catherine Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   415.626.3939
Facsimile:    415.875.5700

Attorneys for Defendants
SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>SUTTER HEALTH,<br><br>           Defendants. | Case No. 3:12-CV-04854-LB<br><br>**DEFENDANT SUTTER HEALTH'S PUBLIC NOTICE OF MOTION AND MOTION TO EXCLUDE CERTAIN PORTIONS OF EXPERT TESTIMONY OF DAVID AXENE**<br><br>Date:           August 12, 2021<br>Time:          1:00 p.m.<br>Courtroom:  B, 15th Floor<br>The Hon. Laurel Beeler |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on August 12, 2021, at 1:00 p.m., before the Honorable Laurel Beeler, in Courtroom B, 15th Floor of the above entitled court, Defendant Sutter Health ("Sutter") will and hereby does move to exclude the expert testimony of Plaintiffs' expert, Mr. David Axene, under Federal Rules of Civil Procedure 702 and 703.  This motion is based on the accompanying Memorandum of Points and Authorities [Docket 996-1], Declaration of Shaina C. Shapiro, and exhibits attached thereto [Docket 996-2], the complete files and records in this action, oral argument of counsel, and such other and further matters as the Court may consider.

## RELIEF SOUGHT

Sutter requests that portions of the oral and written testimony of Plaintiffs' expert, David Axene, be excluded.

Dated: May 24, 2021

Respectfully submitted,

Jones Day

By:   */s/ Jeffrey A. Levee*
      Jeffrey A. LeVee

Counsel for Defendant
SUTTER HEALTH

NAI-1518501683v1

- 1 -

Case No. 3:12-CV-04854-LB
Notice of Def.'s Motion
to Exclude Axene Testimony