| | |
|---|---|
| CONSTANTINE CANNON LLP | THE MEHDI FIRM |
| MATTHEW L. CANTOR (*pro hac vice*) | AZRA Z. MEHDI (220406) |
| JEAN KIM (*pro hac vice*) | One Market Street |
| 335 Madison Avenue, 9th Floor | Spear Tower, Suite 3600 |
| New York, NY 10017 | San Francisco, CA 94105 |
| Telephone: (212) 350-2700 | Telephone: (415) 293-8039 |
| Facsimile: (212) 350-2701 | Facsimile: (415) 293-8001 |
| mcantor@constantinecannon.com | azram@themehdifirm.com |
| jkim@constantinecannon.com | |

*Lead Counsel for Plaintiffs and the Class*   *Co-Lead Counsel for Plaintiffs and the Class*

| | |
|---|---|
| FARMER BROWNSTEIN JAEGER LLP | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| DAVID BROWNSTEIN (141929) | ALLAN STEYER (100318) |
| WILLIAM S. FARMER (46694) | D. SCOTT MACRAE (104663) |
| DAVID GOLDSTEIN (142334) | JILL MANNING (178849) |
| 235 Montgomery Street, Suite 835 | SUNEEL JAIN (314558) |
| San Francisco, CA 94104 | 235 Pine Street, 15th Floor |
| (415) 795-2050 | San Francisco, CA 94104 |
| (415) 520-5678 (fax) | (415) 421-3400 |
| dbrownstein@fbj-law.com | (415) 421-2234 (fax) |
| wfarmer@fbj-law.com | asteyer@steyerlaw.com |
| dgoldstein@fbj-law.com | smacrae@steyerlaw.com |
| | jmanning@steyerlaw.com |
| | sjain@steyerlaw.com |

*Additional Co-Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH,<br><br>Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF PATRICK PILCH**<br><br>Date: August 12, 2021<br>Time: 1:00 p.m.<br>Judge: Judge Laurel Beeler<br>Court: B, 15th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 12, 2021, at 1:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom B – 15th Floor of the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94102, before the Honorable Laurel Beeler, Plaintiffs will move this Court for an order to exclude the testimony of Patrick Pilch.

This motion is based on the accompanying Memorandum of Points and Authorities [Docket 1000-1], Declaration of Jean Kim, and exhibits attached thereto [Docket 1000-2], the complete files and records in this action, oral argument of counsel, and such other and further matters as the Court may consider.

Dated: May 24, 2021                Respectfully submitted,

*/s/ Jill M. Manning*
Jill M. Manning

MATTHEW L. CANTOR (*pro hac vice*)
JEAN KIM (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
mcantor@constantinecannon.com
jkim@constantinecannon.com

AZRA Z. MEHDI (220406)
THE MEHDI FIRM
One Market Street
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: (415) 293-8039
Facsimile: (415) 293-8001
azram@themehdifirm.com

DAVID BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (142334)
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

| | |
|---|---|
| 1 | |
| 2 | ALLAN STEYER (100318) |
|   | D. SCOTT MACRAE (104663) |
| 3 | JILL MANNING (178849) |
|   | SUNEEL JAIN (314558) |
| 4 | STEYER LOWENTHAL BOODROOKAS |
|   | ALVAREZ & SMITH LLP |
| 5 | 235 Pine Street, 15th Floor |
|   | San Francisco, CA 94104 |
| 6 | (415) 421-3400 |
|   | (415) 421-2234 (fax) |
| 7 | asteyer@steyerlaw.com |
|   | smacrae@steyerlaw.com |
| 8 | jmanning@steyerlaw.com |
|   | sjain@steyerlaw.com |
| 9 | *Counsel for Plaintiffs and the Class* |