Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Elizabeth M. Burnside (State Bar No. 258184)
eburnside@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071
Telephone:   213.489.3939
Facsimile:    213.243.2539

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
Catherine Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   415.626.3939
Facsimile:    415.875.5700

Robert H. Bunzel (State Bar No. 99395)
rbunzel@bzbm.com
Patrick M. Ryan (State Bar No. 203215)
pryan@bzbm.com
Oliver Q. Dunlap (State Bar No. 225566)
odunlap@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   415.956.1900
Facsimile:    415.956.1152

Attorneys for Defendants
SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>             Plaintiff,<br><br>    v.<br><br>SUTTER HEALTH,<br><br>             Defendant. | Case No. 3:12-CV-04854-LB<br><br>**DEFENDANT SUTTER HEALTH'S NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS BY DR. TASNEEM CHIPTY**<br><br>Date:        August 12, 2021<br>Time:        1:00 p.m.<br>Courtroom:   B, 15th Floor<br>Judge:       The Hon. Laurel Beeler |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on August 12, 2021, at 1:00 pm, before the Honorable Laurel Beeler, in Courtroom B, 15th Floor of the above entitled court, Defendant Sutter Health ("Sutter") will and hereby does move to exclude the expert testimony of Plaintiffs' expert, Dr. Tasneem Chipty, under Federal Rules of Civil Procedure 702 and 703.  This Motion is based on the accompanying Memorandum of Points and Authorities, Declaration of Shaina C. Shapiro and exhibits attached thereto, Declaration of Dr. Robert D. Willig and exhibits attached thereto, the complete files and records in this action, oral argument of counsel, and such other and further matters as the Court may consider.

**RELIEF SOUGHT**

Sutter requests that portions of the oral and written testimony of Plaintiffs' expert, Dr. Tasneem Chipty, be excluded.

Dated: May 28, 2021

Respectfully submitted,

Jones Day

By:  /s/ David C. Kiernan
     David C. Kiernan

Counsel for Defendants
SUTTER HEALTH

NAI-1518609567v1