| | |
|---|---|
| Jeffrey A. LeVee (State Bar No. 125863)<br>jlevee@jonesday.com<br>Elizabeth M. Burnside (State Bar No. 258184)<br>eburnside@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA  90071<br>Telephone:     213.489.3939<br>Facsimile:      213.243.2539<br><br>David C. Kiernan (State Bar No. 215335)<br>dkiernan@jonesday.com<br>Caroline N. Mitchell (State Bar No. 143124)<br>cnmitchell@jonesday.com<br>Brian G. Selden (State Bar No. 261828)<br>bgselden@jonesday.com<br>Catherine Zeng (State Bar No. 251231)<br>czeng@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:     415.626.3939<br>Facsimile:      415.875.5700<br><br>Attorneys for Defendants<br>SUTTER HEALTH | CONSTANTINE CANNON LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>JEAN KIM (*pro hac vice*)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Facsimile: (212) 350-2701<br>mcantor@constantinecannon.com<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class*<br><br>AZRA Z. MEHDI (220406)<br>One Market Street<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>Telephone: (415) 293-8039<br>Facsimile: (415) 293-8001 x)<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel<br>for Plaintiffs and the Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUTTER HEALTH,<br><br>　　　　　Defendant. | Case No. 3:12-CV-04854-LB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE FOR FILING JOINT ADMINISTRATIVE MOTIONS TO SEAL MATERIALS FILED IN CONNECTION WITH THE PARTIES' DAUBERT MOTIONS AND MOTIONS IN LIMINE** |

Plaintiffs Djeneba Sidibe, Jerry Jankowski, Susan Hansen, David Herman, Optimum Graphics, Inc., and Johnson Pool & Spa (collectively the "Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Sutter Health ("Sutter" and, collectively with Plaintiffs, the "Parties"), through their undersigned counsel, hereby jointly request and stipulate as follows:

WHEREAS, on May 23, 2018, the Court entered the Order Governing Sealing Protocol agreed to by the Parties. ECF No. 308. As noted in the stipulation for entry of the Order Governing Sealing Protocol, the protocol is intended to avoid serial declarations supporting filing information under seal after each brief is filed for a particular motion, and to instead allow a streamlined process for filing redacted materials and to file a single administrative motion supporting the sealing of information once the briefing for a particular motion is complete.

WHEREAS, on May 21, 2021, Plaintiffs filed provisionally under seal Plaintiffs' Motion to Exclude Testimony of Dr. Gautam Gowrisankaran, Plaintiffs' Motion to Exclude Certain Opinions of Dr. Robert Willig, and Plaintiffs' Daubert Motion To Exclude Testimony of Patrick Pilch (ECF Nos. 998, 999, 1000, respectively), and Defendant filed provisionally under seal its Motion to Exclude Certain Portions of Expert Testimony of David Axene (ECF No. 996) (all together, "May 21 Daubert Motions");

WHEREAS, Oppositions to the May 21 Daubert Motions are due to be filed on June 11, 2021, and replies are due to be filed on June 25, 2021;

WHEREAS, on May 28, 2021, Plaintiffs filed provisionally under seal Plaintiffs' Motion to Exclude Certain Opinions of Dr. Jonathan Skinner (ECF Nos. 1015), and Defendant filed provisionally under seal its Motion to Exclude Opinions Dr. Chipty (ECF No. 1017) (all together, "May 28 Daubert Motions");

WHEREAS, Oppositions to the May 28 Daubert Motions are due to be filed on June 18, 2021, and replies are due to be filed on July 2, 2021.

WHEREAS, on May 28, 2021, Plaintiffs served nine Motions in Limine on Defendant, and Defendant served six Motions in Limine on Plaintiffs, all of which are to be filed, with oppositions, on June 18, 2021;

1  WHEREAS, on June 18, 2021, Sutter is due to file its motion to exclude opinions by Dr. Kenneth Kizer, with the opposition by Plaintiffs due on July 9, 2021 and the reply by Sutter due July 23, 2021;

WHEREAS, the above-referenced Daubert motions and motions in limine (collectively, the "Motions") reference and include as exhibits materials designated by Parties and non-parties as protected material under the Amended Protective Order;

WHEREAS, under the Order Governing Sealing Protocol (ECF No. 308), the sealing process for the Motions is subject to certain deadlines applicable to non-dispositive motions, which are shorter than the deadlines provided in the Sealing Protocol for dispositive motions;

WHEREAS, due to the number of filings in the Motions, the volume of material that has been designated by Parties or non-parties as protected under the Protective Order, and the time needed by the Parties and non-parties to review and submit proposed redactions of such confidential material, the Parties agree that the deadlines for dispositive motions contained in the Sealing Protocol should apply to the sealing of the Motions;

WHEREAS, due to the staggered filing dates for the Motions, the current sealing schedule under the Sealing Protocol will result in multiple successive notices to non-parties for the separate filings, and multiple Joint Motions to Seal being filed in successive weeks, both of which can be reduced in number by adopting a uniform schedule for notice and sealing of all of the Motions together;

THEREFORE, IT IS HEREBY STIPULATED that the time for the Parties to file their Joint Administrative Motion to Seal the Motions shall be as follows:

///
///
///
///
///
///
///

| Event | Date |
|---|---|
| Motion filed on: | **5/21/2021 or 5/28/2021** |
| Good Faith Notice to Opposing Party | 6/7/2021 |
| Notice to Non-Parties | 6/14/2021 |
| Redaction requests to filer | 7/2/2021 |
| File redaction | 7/9/2021 |
| **Motions or oppositions filed on:** | **6/11/2021 or 6/18/2021** |
| Good Faith Notice to Opposing Party | 6/21/2021 |
| Notice to Non-Parties | 6/28/2021 |
| Redaction requests to filer | 7/16/2021 |
| File redaction | 7/23/2021 |
| **Replies filed on:** | **6/25/2021 or 7/2/2021** |
| Good Faith Notice to Opposing Party | 7/5/2021 |
| Notice to Non-Parties | 7/12/2021 |
| Redaction requests to filer | 7/30/2021 |
| File redaction | 8/6/2021 |
| Joint Motion(s) to Seal (excluding Kizer Daubert) | 8/13/2021 |
| **Kizer Opposition filed on:** | 7/9/2021 |
| Good Faith Notice to Opposing Party | 7/12/2021 |
| Notice to Non-Parties | 7/19/2021 |
| Redaction requests to filer | 8/6/2021 |
| File redaction | 8/13/2021 |
| **Kizer Reply filed on:** | 7/23/2021 |
| Good Faith Notice to Opposing Party | 7/26/2021 |
| Notice to Non-Parties | 8/2/2021 |
| Redaction requests to filer | 8/20/2021 |
| File redaction | 8/27/2021 |
| Joint Motion to Seal Kizer Daubert | 8/31/2021 |

IT IS FURTHER STIPULATED that, excluding the filing dates referenced above, the Parties may change by stipulation, without Court order, any dates set forth above for providing notice or redaction requests.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated:  June 10, 2021 | JONES DAY |
| 2 | | By  /s/ *Daniel L. Corbett* |
| 3 | | Daniel L. Corbett<br>Attorneys for Defendant SUTTER HEALTH |

Dated:  June 10, 2021        STEYER LOWENTHAL BOODROOKAS
                             ALVAREZ & SMITH LLP

                             By  /s/ *Suneel Jain*
                                Suneel Jain
                                Attorneys for Plaintiffs

IT IS SO ORDERED.

Date:_____        _____

                               The Honorable Laurel Beeler
                               United States District Magistrate Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: June 10, 2021                              By: */s/ Daniel L. Corbett*
                                                       Daniel L. Corbett