CONSTANTINE CANNON LLP
MATTHEW L. CANTOR (*pro hac vice*)
JEAN KIM (*pro hac vice*)
335 Madison Avenue, 9th Floor
New York, NY 10017
(212) 350-2700
(212) 350-2701 (fax)
mcantor@constantinecannon.com
jkim@constantinecannon.com

*Lead Counsel for Plaintiffs and the Class*

THE MEHDI FIRM, PC
AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 fax
azram@themehdifirm.com

*Co-Lead Counsel for Plaintiffs and the Class*

FARMER BROWNSTEIN JAEGER LLP
DAVID BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (142334)
235 Montgomery Street, Suite 835
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

STEYER LOWENTHAL
BOODROOKAS ALVAREZ & SMITH LLP
ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
JILL MANNING (178849)
SUNEEL JAIN (314558)
235 Pine Street, 15th Floor
San Francisco, CA 94104
(415) 421-3400
(415) 421-2234 (fax)
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com
sjain@steyerlaw.com

*Additional Co-Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH,<br><br>Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF INTENT TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO SUTTER'S MOTION TO EXCLUDE TESTIMONY OF DR. TASNEEM CHIPTY** |

NOTICE OF INTENT TO FILE DOCUMENTS UNDER SEAL, Case No. 3:12-cv-4854-LB

Pursuant to the Further Joint Stipulated Amended Protective Order ("Protective Order"), ECF No. 242 and the Order Governing Sealing Protocol, ECF No. 308, Plaintiffs hereby submit this Notice of Intent to file under seal Plaintiffs' Opposition to Sutter's Motion to Exclude Testimony of Dr. Tasneem Chipty, and the Declaration of Matthew L. Cantor and Accompanying Exhibits in Opposition to Sutter's Motion to Exclude Testimony of Dr. Tasneem Chipty (collectively, "Opposition"). This pleading includes information that have been designated by Plaintiffs, Defendant Sutter Health, and third parties as "Protected Material" under the Protective Order.  Plaintiffs will today provide counsel for Defendant a courtesy copy of the Opposition designated as "Filed Under Seal Pursuant to Protective Order."  In addition, Plaintiffs will by June 21, 2021, provide to counsel for Defendant a highlighted version of proposed redactions to the Opposition pursuant to Paragraph 7.6 of the Protective Order and the sealing schedule reflected in ECF No. 1037.

DATED: June 18, 2021

Respectfully submitted,

*/s/ Suneel Jain*
Suneel Jain

MATTHEW L. CANTOR (admitted *phv*)
JEAN KIM (admitted *phv*)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
(212) 350-2738
(212) 350-2701 (fax)
mcantor@constantinecannon.com
jkim@constantinecannon.com

AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com

DAVID C. BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (171039)
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104

1

NOTICE OF INTENT TO FILE DOCUMENTS UNDER SEAL, Case No. 3:12-cv-4854-LB

(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
JILL MANNING (178849)
SUNEEL JAIN (314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, CA 941104
(415) 421-3400
(415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com
sjain@steyerlaw.com

*Counsel for Plaintiffs and the Class*