| | |
|---|---|
| CONSTANTINE CANNON LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>JEAN KIM (*pro hac vice*)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>(212) 350-2700<br>(212) 350-2701 (fax)<br>mcantor@constantinecannon.com<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class* | THE MEHDI FIRM, PC<br>AZRA Z. MEHDI (220406)<br>One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>(415) 293-8039<br>(415) 293-8001 fax<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel for Plaintiffs and the Class* |
| FARMER BROWNSTEIN JAEGER LLP<br>DAVID BROWNSTEIN (141929)<br>WILLIAM S. FARMER (46694)<br>DAVID GOLDSTEIN (142334)<br>235 Montgomery Street, Suite 835<br>San Francisco, CA 94104<br>(415) 795-2050<br>(415) 520-5678 (fax)<br>dbrownstein@fbj-law.com<br>wfarmer@fbj-law.com<br>dgoldstein@fbj-law.com<br><br>*Additional Co-Lead Counsel for Plaintiffs and the Class* | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>ALLAN STEYER (100318)<br>D. SCOTT MACRAE (104663)<br>JILL MANNING (178849)<br>SUNEEL JAIN (314558)<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 421-3400<br>(415) 421-2234 (fax)<br>asteyer@steyerlaw.com<br>smacrae@steyerlaw.com<br>jmanning@steyerlaw.com<br>sjain@steyerlaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SUTTER HEALTH,<br><br>                    Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF FILING UNDER SEAL PLAINTIFFS' OPPOSITION TO SUTTER'S MOTION TO EXCLUDE TESTIMONY OF DR. TASNEEM CHIPTY** |

NOTICE OF FILING DOCUMENTS UNDER SEAL, Case No. 3:12-cv-4854-LB

1  Please take notice that Plaintiffs have filed their Opposition to Sutter's Motion to Exclude
2  Testimony of Dr. Tasneem Chipty and the Declaration of Matthew L. Cantor and Accompanying
3  Exhibits in Opposition to Sutter's Motion to Exclude Testimony of Dr. Tasneem Chipty,
4  provisionally under seal, at docket 1082.

DATED: June 18, 2021

Respectfully submitted,

*/s/ Suneel Jain*
Suneel Jain

MATTHEW L. CANTOR (admitted *phv*)
JEAN KIM (admitted *phv*)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
(212) 350-2738
(212) 350-2701 (fax)
mcantor@constantinecannon.com
jkim@constantinecannon.com

AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com

DAVID C. BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (171039)
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
JILL MANNING (178849)
SUNEEL JAIN (314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, CA 941104

1
NOTICE OF FILING DOCUMENTS UNDER SEAL, Case No. 3:12-cv-4854-LB

(415) 421-3400
(415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com
sjain@steyerlaw.com

*Counsel for Plaintiffs and the Class*

NOTICE OF FILING DOCUMENTS UNDER SEAL, Case No. 3:12-cv-4854-LB