| | |
|---|---|
| ROBERT H. BUNZEL (SBN 99395)<br>PATRICK M. RYAN (SBN 203215)<br>OLIVER Q. DUNLAP (SBN 225566)<br>BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Telephone: (415) 956-1900<br>Email:   SutterService@BZBM.com | DAVID C. KIERNAN (SBN 215335)<br>CAROLINE M. MITCHELL (SBN 143123)<br>BRIAN G. SELDEN (SBN 261828)<br>CATHERINE ZENG (SBN 251231)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Email:  sutterservice@jonesday.com |

JEFFREY A. LEVEE (SBN 125863)
ELIZABETH M. BURNSIDE (SBN 258184)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Email:  sutterservice@jonesday.com

Attorneys for Defendant
SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>SUTTER HEALTH,<br><br>       Defendant. | Case No. 3:12-cv-4854-LB<br><br>**SUTTER HEALTH'S NOTICE OF INTENT TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' DAUBERT MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. JONATHAN SKINNER** |

Please take notice that Defendant Sutter Health has filed its Opposition to Plaintiffs' Daubert Motion to Exclude Certain Opinions of Dr. Jonathan Skinner, provisionally under seal, at docket 1084.

DATED: June 18, 2021

JONES DAY
Counsel for Defendant SUTTER HEALTH

BARTKO ZANKEL BUNZEL & MILLER
A Professional Corporation

By: /s/ Patrick M. Ryan
Patrick M. Ryan
Counsel for Defendant
SUTTER HEALTH