ROBERT H. BUNZEL (SBN 99395)
PATRICK M. RYAN (SBN 203215)
OLIVER Q. DUNLAP (SBN 225566)
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Telephone: (415) 956-1900
Email:   SutterService@BZBM.com

DAVID C. KIERNAN (SBN 215335)
CAROLINE M. MITCHELL (SBN 143123)
BRIAN G. SELDEN (SBN 261828)
CATHERINE ZENG (SBN 251231)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Email:  sutterservice@jonesday.com

JEFFREY A. LEVEE (SBN 125863)
ELIZABETH M. BURNSIDE (SBN 258184)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone: (213) 489-3939
Email:  sutterservice@jonesday.com

Attorneys for Defendant
SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH,<br><br>   Defendant. | Case No. 3:12-cv-4854-LB<br><br>**DEFENDANT SUTTER HEALTH'S NOTICE OF INTENT TO FILE UNDER SEAL SUTTER HEALTH'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT DR. KENNETH W. KIZER**<br><br>The Hon. Hon. Lauren Beeler<br><br>Trial Date:  October 4, 2021 |

Pursuant to the Further Joint Stipulated Amended Protective Order ("Protective Order"), ECF No. 242, and the Order Governing Sealing Protocol, ECF No. 308, defendant Sutter Health hereby submits this Notice of Intent to File Under Seal Sutter Health's Motion to Exclude Testimony of Dr. Kenneth W. Kizer and the Declaration of Patrick O'Shaughnessy in Support of Sutter Health's Motion to Exclude Testimony of Dr. Kenneth W. Kizer.

The Notice of Motion and Motion and exhibits include information that has been designated by the parties as "Protected Material" under the Protective Order. Sutter Health will today provide counsel for Plaintiffs a courtesy copy of these documents designated as "Filed Under Seal Pursuant to Protective Order." In addition, where applicable, Sutter will within one day provide counsel for Plaintiffs a highlighted version of proposed redactions pursuant to Paragraph 7.6 of the Protective Order. Further, within seven days, Sutter will provide counsel for non-parties that have designated information as "Protected Material" with a highlighted version of proposed redactions pursuant to Paragraph 7.6 of the Protective Order.

DATED: June 18, 2021

JONES DAY
Counsel for Defendant, SUTTER HEALTH

BARTKO ZANKEL BUNZEL & MILLER

By: /s/ Patrick M. Ryan
Patrick M. Ryan
Counsel for Defendant, SUTTER HEALTH