# EXHIBIT D5

*Journal of Medical Systems, Vol. 23, No. 6, 1999*

# Analysis of Integrated Healthcare Networks' Performance: A Contingency-Strategic Management Perspective

**Blossom Y. J. Lin[1] and Thomas T. H. Wan[2,3]**

*Few empirical analyses have been done in the organizational researches of integrated healthcare networks (IHNs) or integrated healthcare delivery systems. Using a contingency derived context-process-performance model, this study attempts to explore the relationships among an IHN's strategic direction, structural design, and performance. A cross-sectional analysis of 100 IHNs suggests that certain contextual factors such as market competition and network age and tax status have statistically significant effects on the implementation of an IHN's service differentiation strategy, which addresses coordination and control in the market. An IHN's service differentiation strategy is positively related to its integrated structural design, which is characterized as integration of administration, patient care, and information system across different settings. However, no evidence supports that the development of integrated structural design may benefit an IHN's performance in terms of clinical efficiency and financial viability.*

**KEY WORDS:** IHN; strategy; integration.

## INTRODUCTION

In recent years, healthcare studies or managerial reports have drawn on economic and organizational theories to discuss the potential benefits of functionally integrated healthcare systems or networks (IHNs).[1,2] The presumed benefits include improving the quality of care, improving services, improving accessibility, enhancing product offerings, strengthening customer relationships, improving operating efficiency, and reducing unit costs. In the real world, however, researchers have noted that many of the "integrated systems" are systems in name only and do not function in an integrated fashion.[3]

[1]Department of Health Administration, Chang Long University, Taiwan.
[2]Department of Health Administration, Virginia Commonwealth University, Box 980203, Richmond, Virginia 23298-203.
[3]To whom correspondence should be addressed.

0148-5598/99/1200-0467$16.00/0 © 1999 Plenum Publishing Corporation

**Lin and Wan**

Several case studies have pointed out that "integration" does not necessarily make an organization good. For example, *Modern Healthcare's* 1996 survey revealed that among 37 health maintenance organizations (HMOs) owned by integrated providers, 10 HMOs posted losses and 8 HMOs had declines in net income.[4] The preliminary financial result of the Detroit-based Henry Ford Health System, which now owns managed care plans, hospice programs, and ambulatory care networks at more than 70 sites, indicated that it lost $43.8 million in 1998 compared to a net income of $37 million in 1997. Moreover, the Henry Ford Health System announced it would cut its work force by 425 employees by April 1999.[5]

Viewing IHNs in general, managerial experts have recently given some suggestions about how to run (i.e., design and manage) them to achieve organizational effectiveness.[6,7] However, there is still only limited empirical evidence to support their opinions. Moreover, the few existing empirical studies[8] tend to simply view an integrated organization as the various forms of ownership and strategic alliance among various medical providers and insurers, but do not focus on the goals of integration mechanisms from the viewpoint of organizational design, including integrated administration, patient care, information, and finance.

Contingency theorists argue that the effectiveness of an organization lies in the fit between organizational internal structure and external environments. On the other hand, rather than embracing rational system assumption that administrators are highly constrained by the external environment, strategic contingency theorists assert that administrators have the power to choose the best way for an organization to prevail. Given the relative lack of empirical evidence to support either group's opinions about how to effectively manage an IHN, this study attempted to identify the factors that may influence the performance of an integrated healthcare network. It is aimed to identify the relationships among organizational contextual factors, strategic directions, structural designs, and performance.

## DEFINITION OF INTEGRATED HEALTHCARE NETWORKS

*Integrated* or *integration* is commonly viewed as a catch-all term, representing "a point on a continuum of the various levels and types of interrelationship in any service integrated initiative"[9] in order to achieve the missions and goals of health services organizations. Integration can be applied in two directions: vertical and horizontal. In the business vocabulary, vertical integration means to "integrate different stages of productions," and horizontal integration means to "lump together several locations of the same production stages."[10] One application of integration in the health care industry is integrated healthcare networks or integrated healthcare delivery systems, structures in which the various types of organizations are connected together along a continuum of care, using horizontal and vertical integration.[1,11]

In this study, the definition here of an IHN is "an organization that, through ownership or formal agreements, vertically and horizontally aligns healthcare facilities, programs, or services in order to offer a coordinated continuum of health care to a defined geographic population and is willing to be held responsible clinically

(i.e., improving quality) and fiscally (i.e., reducing costs) for the health status of that population[12,13]; the healthcare facilities, programs, or services can be health plans, medical group practices, pharmacies, hospitals, subacute care services, long-term care services, occupational services, rehabilitation services, surgical centers, or various wellness and patient education programs. This operational definition has its advantage prior to other definitions proposed in the previous studies, including to clarify the unique structural relationships among the member components (i.e., vertical and horizontal alignments) and to emphasize the core mission of an IHN from the standpoint of a coordinated continuum of health care.

## THEORETICAL FRAMEWORK

In the early twentieth century, classical management theorists claimed that an organization has "a best way" to be organized and managed. That implied that all organizations would own the "same" organizational styles or structures. In the 1960s, several theorists[14-17] challenged this assumption by applying a "contingency approach" to propose that there is no best way to organize an organization, and that an organization's effectiveness lies on the best match or adaptation between organization's internal features and the demands of organizational environments.

Strategic contingency theorists criticize conventional contingency theorists who presume that organizational structure is driven by the environment. They argue that organizations become what they are not only because of the environment, but also because of choices made by members, especially choices about strategy and organizational design. As Thompson's,[18] in *Organizations in Action,* puts it, "organizations are not determined simply by their environments." He also points out that "administration may innovate on any or all of the necessary dimensions, but only to the extent that innovations are acceptable to those on whom the organization can and must depend." Instead of assuming that administrators are highly constrained in their decisions, strategic contingency theorists emphasize "the importance of choice," that is, "the freedom of agency."[19] Furthermore, Pfeffer[20] explicitly points out that "organizational structures are the outcomes of political contests within organizations." Terreberry[21] argues that an organization's success in adapting to its environment lies in whether the organization can learn how to adjust to changes in its environments and situations. Under given environments and situations, an organization can apply appropriate strategies to achieve its missions and goals, and to ensure its profits and survival as well.

Based on the core nature of the contingency-strategic management perspective,[22-24] a contingency context-process-performance conceptual framework for this study is presented in Fig. 1. Three important components are delineated: (1) **contextual factors,** such as organizational external environments and internal competencies or characteristics; (2) the **process factors,** including organizational strategic direction and functionally structural designs; and (3) organizations' **performance.**



**Fig. 1.**   The conceptual framework of the study: Contingency context-process-performance framework.

## HYPOTHESES

Using the contingency contextual-process-performance framework (Fig. 1), four hypotheses are developed as follows.

### The Relationship of Organizational Context and Strategy Direction

From the point of view of resource dependence, an organization has to maintain a balance between linkages with other organizations and its own independence when responding to the need for resources from the environment. It is suggested that organizations often try to reach out and change or control elements in the environment in order to survive. Overall, two strategies are often used to manage resources and adapt to the environment: (1) the establishment of inter-organizational linkages; and (2) the control of environmental domains.[25,26]

Using the classification of organizational strategy proposed by Hofer and Schendel,[27] the strategic directions of an IHN can be categorized into three levels: corporate, business, and functional. Corporate strategy, which can be set up as a health network's contract variability with the third-party payers, shows how a network tries to establish relationships with outside entities and extend its market niche so as to capture more patients. Non-hospital services, which are set up to extend the fully developed continuum of medical services, can be viewed as a business strategy that a network uses to meet the increasing demands of non-hospital-services (i.e., outpatient services and after-acute care services) in the managed care environment and to increase its competitive ability in the product-market segmentation. Functional strategy, which emphasizes how to maximize resource productivity, can be directed as HMO affiliation, which is characterized as having a strong consensus to control costs and reduce utilization.[28] From an integrated healthcare service provider perspective, therefore, a network's corporate strategy (i.e., contract variability), business strategy (i.e., non-hospital-services), and functional strategy (i.e., HMO affiliation) can be viewed as organizational marketing-oriented strategy or service differentiation strategy that tries to guide an IHN to respond to their markets, attract sufficient resources, convert these resources into appropriate services, and communicate them to various consumers to survive, succeed, and meet customers' changing needs.

The changing environments in the health care industry offer both challenges and opportunities for innovative strategies addressing coordination and control.

Therefore, it is expected that an IHN with a higher degree of service differentiation strategy is more likely to respond to the market dynamic and structural change, and to market competition. Therefore, the following hypothesis is postulated.

*Hypothesis 1.* An integrated healthcare network's service differentiation strategy is positively associated with managed care penetration and market competition.

Economic theory predicts that private for-profit organizations will behave differently from not-for-profit organizations because the organizational objective of for-profit organizations is to make the most possible profit.[28,29] One can argue that not-for-profit organizations' missions and goals focus mainly on utility maximization through improving patient satisfaction and developing service differentiation to increase geographic coverage, provide a full continuum of care, and focus more on community health and affairs. Therefore, it is suggested that a not-for-profit IHN is more likely to adopt service differentiation strategy, addressing coordination and control in the market to provide a continuum of health care.

Bohlmann[30] has argued that understanding and accepting an alternative strategy is an important part of reality. An old story for many industries is "out of the frying pan, into the fire." To act on emotion without looking for logical alternatives may risk an organizational survival. In other words, an organization needs time to evaluate itself and its competitors and to develop responses to its external environment.[31] Therefore, it suggests that older networks are more active in adopting service differentiation strategy. Thus, a hypothesis can be formulated as follows.

*Hypothesis 2.* An integrated healthcare network's service differentiation strategy is positively associated with its not-for-profit status and age.

### The Relationship of Organizational Strategy and Structural Design

An organization's structural design reflects its goals and strategies. The ever-increasing complexity of organizational relationships gives the service differentiation strategy, in terms of purchasers expansion (i.e., corporate strategy), the inclusion of HMOs (i.e., functional strategy) and the establishment of non-hospital-facilities or -services (i.e., business strategy), both challenges and opportunities that point out the coordination and control. It has been noted that a key to the success of integration among different entities is to adopt the coordinative mechanisms that support it, including an administrative mechanism to coordinate the operations of various health care services; a management information system that integrates clinical, utilization, and a financial data system to follow clients across different settings; a care coordination program such as case management or disease management that works with clients to arrange health care services; and a financial mechanism that enables pooling of funds across services.[13,32]

Therefore, the development of integrated structural design in an IHN including the development of integrated interentity structure, care coordination, integrated information system, and integrated financing may make service differentiation strategy more flexible and adaptive to the competitive environment. The hypothesis is postulated as follows.

*Hypothesis 3.* An integrated healthcare network's extent of integrated structural design is positively related to its service differentiation strategy.

### The Relationship of Organizational Structural Design and Performance

In integrated healthcare delivery systems, a complexity of the tasks of top managers is to integrate various units and position the network to meet its goals and objectives and to face the environmental challenges. Integrated structural design is a theoretical concept that suggests the need for coordination to effectively and efficiently run an organization. The structural design of integration mechanisms in an IHN includes the integration of administrative and governance structure, information system, care coordination, and financing.[32] It has been shown that an integrated healthcare delivery system that is more integrated has more potential to provide accessible coordinated care across the continuum and appears to be associated with higher levels of inpatient productivity, greater total system revenue, greater total system cash flow, and greater total system operating margin than are found in a less integrated system.[35] In addition, from the managerial perspective, integrated structural design has been addressed for the success of integrated organizations.[36,37] Therefore, a hypothesis is derived:

*Hypothesis 4.* An integrated healthcare network's performance (i.e., clinical efficiency and financial viability) is positively associated with its extent of integrated structural design.

## METHODS

This is a nonexperimental, cross-sectional study, with the individual IHNs as the unit of analysis. The sample was 100 IHNs listed in the *IHN Top 100 Directory* (1998), which were assessed to be the nation's top integrated health systems of the total, around 500, operating in the United States, through the overall system evaluation by the SMG Marketing Group in terms of contractual capabilities, physicians, services and access, systemwide integration, utilization, and financial positions. The *IHN Top 100 Directory* (1998), which carries information that profiles the nation's 100 leading IHNs, is compiled and published by the SMG Marketing Group Inc., and AHA press. In this study, this database was merged with *InterStudy Competitive Edge* (as of July 1, 1996), which provides information about the percentage of HMO penetration in the metropolitan service areas.

### Measurement of the Study Variables

*Definition of IHN Market Area*

In defining the market area of individual IHNs, the variety of organizational complexity and geographical dispersion is a major challenge. In this study, an IHN's market service area is based on self-reported major IHN metropolitan service area(s) (MSA(s)) carried in the *IHN Top 100 Directory* (1998) because of availability and accuracy to capture much more complete environmental conditions compared to other methods.

### Measurement of Environmental Factors

For a long time, managed care has affected the behavior of medical organizations in the U.S. health care industry. In this study, managed care penetration is measured as HMO penetration ($X_1$: PEN). HMO penetration for individual IHN market is defined as the total HMO enrollments in an IHN divided by the total population in the same service area.

Two variables are used to describe the market structure of an IHN: (1) the number of IHN competitors within a defined IHN market ($X_2$: COM), and (2) the concentration in each IHN's market as measured by the market dominance index (MDI) ($X_3$: MDI). An IHN is considered as a competitor of IHN$_i$ if its market overlaps that of IHN$_i$. A market dominance index, similar to a Hirschman-Hirfindal index,[33,34] was constructed and calculated to reflect the degree of concentration in a market and can be considered a critical determinant of market competition. The MDI is formulated as the sum of the squared market shares of all the IHNs in the focused IHN market. The market share of an IHN is calculated as the hospital inpatient admissions of each IHN divided by the total number of hospital admissions in the market where it is located. It should be mentioned that non-IHN-related and IHN-related hospitals in an IHN market area are both included in counting the total number of hospital admissions, rather than including IHN-related hospitals only. Similar to the Hirschman-Hirfindal index, the MDI is equal to one when a single monopoly supplier is in a market, and as more competitors exist in the market, the value of MDI approaches zero. In other word, as the MDI increases, the degree of competition decreases.

### Measurement of Organizational Characteristics

Organizational tax status is an important factor that may influence an organization's missions and goals. Tax status ($X_4$: STA) of the individual IHNs is dichotomized into two categories: for-profit (coded 0) and not-for-profit (coded 1). The age of an IHN ($X_5$: AGE) is measured as the number of years from when a network formed to 1997, for which the data are analyzed. Age is expected to be an important factor that influences a network's capability to develop organizational strategic direction.

### Service Differentiation Strategy

Service differentiation strategy is a latent construct, which is characterized as the combination of an IHN's corporate strategy, functional strategy, and business strategy, measured by three indicators: contract variability ($Y_1$: CON), HMO affiliation ($Y_2$: HMO), and non-hospital-services ($Y_3$: NHOS), respectively.

For the measurement of contract variability (CON), three types of contracts: capitated direct-to-employer contracts, networkwide capitated managed care contracts, and networkwide managed care contracts, are counted. A network that holds all three types of contracts is given the highest score (3), followed by networks with two kinds of contracts (2), with one kind of contract (1), and no contracts at all (0). The higher the score, the higher the contract variability of an IHN.

HMO affiliation (HMO) is measured by the number of HMO memberships

in an IHN. Non-hospital-services (NHOS) are measured as the ratio of non-hospital facilities, practices, or programs in an IHN.

### Integrated Structural Design

In this study, integrated structural design (INTER) is a latent variable, which is characterized as integrated interentity structure, clinical integration, integrated information system, and integrated financing. Integrated leadership ($Y_4$: LEA), which is measured as whether or not the IHN's executive management team has leader representatives from the full spectrum of facility types, is an indicator to represent an IHN's development in integrated interentity structure. The development of case/disease management ($Y_5$: DCM) is viewed as an indicator to emphasize clinical integration or care coordination/team works in an IHN. Integrated information technology ($Y_6$: INF) shows an IHN's efforts to establish an integrated information system in clinical medical services and administration. In addition, integrated purchasing ($Y_7$: PUR) is an indicator to show the development of integrated financial management across operating units. These four indicators LEA, DCM, INF, and PUR are categorical variables in this study.

### Clinical Efficiency

In this study, clinical efficiency—used as a natural term denoting levels of either efficiency or inefficiency—refers to process and cost efficiency in medical services, measured respectively by average hospital length of stay ($Y_9$: LOS) and charges per hospital admission ($Y_{10}$: EXP). Higher average hospital length of stay and higher charges per hospital admission are indicators of poor clinical efficiency. Therefore, the construct of clinical efficiency is inversely related to the indicators: average hospital length of stay (LOS) and charges per hospital admission (EXP).

### Financial Viability

In this study, financial viability is a latent variable shared by three indicators: net incomes or excess of revenue ($Y_{11}$: INC), operating margin ($Y_{12}$: OPE), and profit margin ($Y_{13}$: PRO).

The difference between total revenues and total expenses is called "net income" or "operating income" (i.e., profit) in for-profit organizations. In not-for-profit organizations, however, that difference is called "excess of revenues, gains and other support over expenses" or "excess of revenues over expenses." It can be viewed as an indicator of organizational efficiency, because the fewer resources or expenses used for every dollar of revenue generated, the higher the efficiency and the greater the organization's profit.[37]

Profit margin is the ratio of net income to net operating revenue. Operating margin is "the difference between the revenues received from providing services and the expenses required to support these revenues as a percentage of total revenues."[37] Profit margin and operating margin are two of the profit ratios, sometimes called performance ratios, that indicate how well off an organization is financially from its profits or changes in net assets. Therefore, these ratios can provide information to use in evaluating the performance of health care organizations.

### *Overall Ranking Score of an IHN's Integration*

The overall ranking score is the value used by the SMG Marketing Group's IHN Rating System to identify the 100 most integrated health systems, which were included as the sample in this study. The higher the scores, the larger extent of the claim that IHNs "have gone the furthest in developing services for the coming millennium by building organizations that boast not only of geographic reach, but of coordinated systems of care."[38] This variable is used to validate whether the sampled 100 most integrated health systems were in fact rewarded by better performance in terms of clinical efficiency and financial viability.

### *Data Analysis*

The multivariate statistical approach of structural equation modeling (SEM), also known as linear structural relationships (LISREL) or covariance structural model, was the primary analytical technique in this study. A SEM or LISREL model contains two parts: the measurement model and the structural equation model. The measurement model is used to validate how the latent variables are measured by the observed indicators, and the structural equation model tries to specify the causal relationship among exogenous and endogenous variables. The process involves model construction, parameter estimation of the model, the test of the fit of the model, and model modification.[39-41] The structural-equation modeling for the conceptual model in this study was showed in Fig. 2.

The reasons to use LISREL in this study were: (1) Many studied variables were correlated, so the problem of multicollinearity among them may bias regression estimates; and conventional regression methods were very restrictive to statistical assumptions. (2) IHNs' strategic direction, structural design and performance are considered underlying constructs measured by the related indicators. (3) The measurement models can specify the relations between the observed variables and the latent constructs when correlated measurement errors are considered. (4) The



**Fig. 2.**  Structural Equation Model for the Study of an IHN's Performance. Note: PEN—HMO penetration; COM—market IHN competitors, MDI—market dominance index; STRA—service differentiation strategy; CON—contract variability; HMO—HMO affiliation; NHOS—non-hospital-services; INTER—integrated structural design; LEA integrated leadership; DCM—case/disease management; INF—integrated information technology; PUR—integrated purchasing; INEFF—clinical efficiency; LOS—length of stay; EXP—charges per hospital admission; FINAN—financial viability; INC—net income; OPE—operating margin; PRO—profit margin; SCORE—IHN overall ranking score.

measurement models' goodness of fit for the underlying constructs can be validated before they are incorporated in the structural equations. (5) LISREL modeling can detect correlated errors that are often encountered in the study of multiple causal factors.[42,43]

The maximum likelihood estimation procedure used in the structural equation modeling assumes that the data have a multivariate normal distribution. The violation of the assumption of normality may bias the statistic and the standard errors of the parameter estimates, but not affect the parameter estimates themselves. Therefore, the continuous variables, which violate the normality distributions, were transformed in this study.

# RESULTS

## Comparison between the Study Sample and the Population of Integrated Healthcare Networks

The sampled 100 IHNs listed in the *IHN Top 100 Directory* (1998) are non-specialty, regional IHNs. A comparison of the study sample and the population characteristics in Table I suggests that the 100 sampled IHNs were larger, in terms of facilities and access, had higher acute care admissions, had better financial performances such as net income, net patient revenues, operating margin, and profit

**Table I.** Comparison Between the Top 100 Integrated Healthcare Networks (IHNs) and Total IHNs[a]

|  | Study sample | Study population |
| --- | --- | --- |
|  | Top 100 IHNs | Total IHNs |
| Facilities/access |  |  |
| Average number of hospitals in an IHN | 10 | 6 |
| Average number of alternate site locations | 33 | 13 |
| Average number of zip codes covered by IHN facility locations | 27 | 12 |
| Utilization |  |  |
| Average acute-care admissions | 87,381 | 46,135 |
| Occupancy rate | 0.59 | 0.59 |
| Average length of stay (days) | 5.4 | 5.8 |
| Financial positions |  |  |
| Net income | $47,027,856 | $22,715,660 |
| Net patient revenue | $804,318,074 | $419,327,661 |
| Operating margin | 2.18 | −0.21 |
| Profit margin | 6.87 | 5.36 |
| Debt to capitalization ratio | 0.41 | 0.43 |
| Current ratio | 2.01 | 2.04 |
| Physicians |  |  |
| Average number of physicians in an IHN | 2,644 | 873 |
| Primary care physicians versus physician specialists | 32.93% vs. 67.07% | 32.54% vs. 67.46% |
| Tax status |  |  |
| Not-for-profit | 87% | 86% |

[a]Data Source: *IHN Top 100 Directory* (1998).

margin, had higher number of physicians, and were geographically located more in seven states: California, Michigan, Florida, Illinois, Missouri, Minnesota, and Texas (data not shown). However, similar situations were found in the occupancy rate, average length of stay, debt to capitation ratio, current ratio, the ratio of primary care physicians versus specialist physicians, or tax status.

## Data Analysis

Characteristics of the study sample ($n = 100$) are shown in Table II in terms of the IHNs' environments, strategic directions, structural designs, clinical efficiency, financial positions, and organizational characteristics. Analysis of Moment Structure

**Table II.** Descriptive Statistics of the Study Variables ($n = 100$)

| | Label | Mean statistic | Std. deviation statistic |
|---|---|---|---|
| Context | | | |
| Environmental factors | | | |
| HMO penetration | PEN ($X_1$) | 0.30 | 0.13 |
| Market competitors | COM ($X_2$) | 5.69 | 4.90 |
| Market concentration | MDI ($X_3$) | 0.16 | 0.09 |
| Organizational characteristics | | | |
| | | | Frequency |
| Tax status | STA ($X_4$) | Profit | 13 |
| | | Not-for-profit | 87 |
| Age (years) | AGE ($X_5$) | 9.76 | 14.14 |
| Organizational strategic direction | | | |
| Service differentiation strategy | STRA | | |
| Contract variability | CON ($Y_1$) | 1.79 | 0.795 |
| HMO affiliation | HMO ($Y_2$) | 0.58 | 0.768 |
| Non-hospital-services | NHOS ($Y_3$) | 0.74 | 0.18 |
| Organizational design | | | |
| Integrated structural design | INTER | | Frequency |
| Integrated leadership | LEA ($Y_4$) | No | 78 |
| | | Yes | 22 |
| Disease/case management | DCM ($Y_5$) | None | 44 |
| | | Either | 26 |
| | | Both | 30 |
| Integrated information technology | INF ($Y_6$) | No action | 12 |
| | | Working to integrate | 49 |
| | | Integrated | 39 |
| Integrated purchasing | PUR ($Y_7$) | No | 15 |
| | | Yes | 85 |
| Organizational performance | | | |
| Clinical efficiency | INEFF | | |
| Average hospital length of stay (days) | LOS ($Y_8$) | 5.42 | 1.12 |
| Charges per hospital admission ($10,000) | EXP ($Y_9$) | 0.97 | 0.25 |
| Financial viability | FINAN | | |
| Net incomes ($100,000,000) | INC ($Y_{10}$) | 0.47 | 0.37 |
| Operating margin | OPE ($Y_{11}$) | 2.14 | 6.39 |
| Profit margin | PRO ($Y_{12}$) | 6.84 | 4.81 |
| Overall ranking score | | | |
| Score for an IHN | SCORE | 65.61 | 5.90 |

(AMOS 3.6), a multivariate statistical package, was used to validate the measurement models of latent variables (confirmatory factor analysis) and test the structural equation model of IHN performance.

### Analysis of Measurement Models

The measurement models were validated by confirmatory factor analysis. Four latent endogenous variables—service differentiation strategy, integrated structural design, clinical efficiency, and financial viability—were independently examined. Analysis of the maximum likelihood estimates for the individual parameters and overall model fit was performed. Estimates reported include factor loadings ($\lambda$s), critical ratios, and square multiple correlations (SMCs). The factor loadings, or standardized regression coefficients in the general regression model, show the relationships (magnitude and direction) between the observed variables and their corresponding latent constructs. The critical ratio is computed as the parameter estimate divided by its standard error. With the standard normal distribution assumption, the estimate is significantly different from zero at the 0.1 level when an estimate has a critical ratio greater than 1.645 (in absolute value).[44] Based on substantive considerations, constraints were imposed to make sure that only one set of acceptable parameter values was provided. The square multiple correlation is used to assess how good or reliable an indicator is to measure the construct that it is supposed to measure (Sharma, 1996). The chi-square goodness-of-fit indices and relevant indices are used to test the overall model fit, which explain how well the data fit the model.[41,45]

For the measurement model of service differentiation strategy, three indicators, construct variability (CON), HMO affiliation (HMO), and non-hospital services (NHOS), were examined. Table III shows that the factor loadings for CON, HMO, and NHOS are 0.24, 0.22, and 1.00, respectively. The critical ratios for CON and HMO are 2.49 and 2.29, respectively, and are significant at the 0.05 level. The squared multiple correlations for CON, HMO and NHOS are 0.06, 0.05, and 1.00.

For the measurement model of integrated structural design, four indicators, integrated leadership (LEA), case/disease management (DCM), integrated infor-

**Table III.** Maximum Likelihood Estimates for the Measurement Model of Latent Construct: Service Differentiation Strategy

| Latent variable and their indicators | Regression estimation lambda | Critical ratio (CR) | Squared multiple correlation |
|---|---|---|---|
| Service differentiation strategy ($\eta_1$) | | | |
| Contract variability (CON) | 0.24 | 2.49[a] | 0.06 |
| HMO affiliation (HMO) | 0.22 | 2.29[a] | 0.05 |
| Non-hospital-services (NHOS) | 1.00 | (constrained) | 1.00 |
| Chi-square: 0.22 | | | |
| Degree of freedom (d.f.): 1 | | | |
| Chi-square/d.f.: 0.22 | | | |
| Goodness of fit (GOF) index: 1.00 | | | |
| Adjusted goodness of fit (AGOF) index: 0.99 | | | |

[a]$p < 0.05$ level.

**Table IV.** Maximum Likelihood Estimates for the Measurement Model of Latent Construct: Integrated Structural Design

| Latent variable and their indicators | Regression estimation lambda | Critical ratio (CR) | Squared multiple correlation |
|---|---|---|---|
| Integrated structural design ($\eta_2$) | | | |
| Integrated leadership (LEA) | 0.37 | 1.90[a] | 0.14 |
| Case/disease management (DCM) | 0.46 | 1.96[a] | 0.21 |
| Integrated information technology (INF) | 0.66 | (Constrained) | 0.43 |
| Integrated purchasing (PUR) | 0.27 | 1.61 | 0.07 |

Chi-square: 1.66
Degree of freedom (d.f.): 2
Chi-square/d.f.: 0.83
Goodness of fit (GOF) index: 0.99
Adjusted goodness of fit (AGOF) index: 0.99

[a] $p < 0.1$ level.

mation technology (INF), and integrated purchasing (PUR), were validated. Table IV shows that the factor loadings of LEA, DCM, and INF are 0.37, 0.46, and 0.66, respectively, with significance at the 0.1 level. However, PUR shows no significant relationship at 0.1 level with LEA, DCM, and INF, to explain the common construct of integrated structural design, perhaps as a result of the limited diversity in PUR: 85 of the 100 IHNs have developed integrated purchasing (see Table II). Thus, the variable "PUR" was deleted in further analysis.

For the measurement model of clinical efficiency, two variables, average length of stay (LOS) and charges per hospital admission (EXP), were validated. Both indicators LOS and EXP are inversely related to the concept of clinical efficiency. Table V shows that the factor loadings for LOS and EXP are 0.32 and 1.00, respectively and that the C.R. value for LOS is significant at the 0.01 level. The squared multiple correlations are 0.10 for LOS and 1.00 for EXP.

For the measurement model of financial viability, three indicators, net incomes

**Table V.** Maximum Likelihood Estimates for the Measurement Model of Latent Construct: Clinical Efficiency

| Latent variable and their indicators | Regression estimation lambda | Critical ratio (CR) | Squared multiple correlation |
|---|---|---|---|
| Clinical efficiency | | | |
| Average length of stay (LOS) | 0.32 | 3.35[a] | 0.10 |
| Charges per hospital admission (EXP) | 1.00 | (constrained) | 1.00 |

Just-identified model
Goodness of fit (GOF) index: 1.00

[a] $p < 0.01$ level.

(INC), operating margin (OPE), and profit margin (PRO) were tested. Table VI reveals that the factor loadings for INC, OPE, and PRO are 0.65, 0.72, and 1.000, respectively. The C.R. value of INC and OPE are significant at the 0.01 level. The squared multiple correlations for INC, OPE, and PRO are 0.42, 0.52, and 1.00, respectively.

The four validated measurement models of service differentiation strategy, integrated structural design, clinical efficiency, and financial viability were used for the analysis of the causal model.

### Analysis of Causal Model

The causal model, which contains both the measurement models and the structural equation models, examines the relationships among the constructs or variables. Four hypotheses that are characterized the relationships among organizational contextual factors, strategic direction, structural design, and performance, were tested. Table VII summarizes the standardized parameter estimates for the causal model of IHNs' performance for the 100 sampled integrated healthcare networks. As seen in Table VII, it was found that market IHN competitors (COM) is significantly and negatively related to the development of service differentiation strategic direction (STRA) at 0.1 level (hypothesis 1). In addition, organizational characteristics—network tax status (STA) and age (AGE)—play an important role in explaining the development of service differentiation strategic direction (STRA) (hypothesis 2). Inspection of data reveals that an IHN's service differentiation strategy is positively related to the establishment of integrated structural design at 0.1 level (hypothesis 3). However, no evidence is found that an IHN's integrated structural design (INTER), which is characterized an IHN's efforts to develop integration in terms of structural design of functional operation, benefits an IHN's performance in terms of clinical efficiency and financial viability (Hypothesis 4). In addition, the overall ranking score (SCORE), proposed by SMG Marketing Group's IHN Rating System to select their top 100 integrated healthcare networks, is also not significantly associated with an IHN's clinical efficiency and financial viability. Therefore, the

**Table VI.** Maximum Likelihood Estimates for the Measurement Model of Latent Construct: Financial Viability

| Latent variable and their indicators | Regression estimation lambda | Critical ratio (CR) | Squared multiple correlation |
|---|---|---|---|
| Financial viability | | | |
| Net income (INC) | 0.65 | 8.42[a] | 0.42 |
| Operating margin (OPE) | 0.72 | 10.69[a] | 0.52 |
| Profit margin (PRO) | 1.00 | (Constrained) | 1.00 |

Chi-square: 0.01
Degree of freedom (d.f.): 1
Chi-square/d.f.: 0.01
Goodness of fit (GOF) index: 1.00
Adjusted goodness of fit (AGOF) index: 1.00

[a] $p < 0.01$ level.

**Table VII.** Standardized Parameter Estimates for the Causal Model of the Performances of Integrated Healthcare Networks

| Predetermined variables | Endogenous variables | | | |
| --- | --- | --- | --- | --- |
| | Service differentiation strategy ($\eta_1$) | Integrated structural design ($\eta_2$) | Clinical efficiency ($\eta_3$) | Financial viability ($\eta_4$) |
| HMO penetration (PEN) | −0.10 | | | |
| Market IHN competitors (COM) | −0.17[a] | | | |
| Market dominance index (MDI) | 0.02 | | | |
| Tax status (STA) | 0.27[b] | | | |
| Age (AGE) | 0.17[a] | | | |
| IHN overall ranking score (SCORE) | | | −0.04 | 0.06 |
| Service differentiation strategy ($\eta_1$) | | 0.28[a] | | |
| Integrated structural design ($\eta_2$) | | | −0.03 | 0.23 |
| $R^2$ | 0.18 | 0.08 | 0.03 | 0.06 |

Chi-square: 208.43
Degree of freedom: 103
Chi-square/d.f.: 2.02
Goodness of fit (GOF) index: 0.83
Adjusted GOF index: 0.74

[a]$p < 0.1$ level.
[b]$p < 0.01$ level.

America's 100 top IHNs have not demonstrated positive effects on the performance indicators of clinical efficiency and financial profitability yet.

The overall model fit indices presented in Table VII reveal that the structural equation model does not fit the data perfectly, with a chi-square/d.f. of 2.02, GOF index of 0.83, and adjusted GOF index of 0.74. Future use of other database that, for example, includes all the integrated healthcare networks operating in the United States, is suggested to verify the proposed theoretical model.

## DISCUSSION

The multivariate analysis in this study supports the notion that an IHN's certain contextual factors—market competition (COM), tax status (STA), and age (AGE)—do influence the development of service differentiation strategy (Hypotheses 1 and 2). For example, it found that not-for-profit IHNs tend to adopt service differentiation strategy. This has been further confirmed by a recent publication that shows that 95% of the newly ranked top 100 IHNs that have achieved systems' level integration and offer a full continuum of care are not for profit.[5] In addition, this study indicated that an IHN's age is positively related to its development of service differentiation strategy and it may imply that the integration effort of an IHN to provide a continuum of health care and to address coordination and control in its market is an evolution process and does need time and experience to implement. However, unexpectedly, it is found that an IHN in the more competitive environment is negatively related to the development of its service differentiation strategy. It may be the case that a certain market with more IHN competitors to

share the same background supply and demands for the practitioners and customers may reduce the opportunities for individual IHNs to contract or affiliate unlimitedly with outside third-party payers, managed care organizations, or non-hospital facilities and thus freeze an IHN to the extent to expand its member components.

There is a positive association between an IHN's service differentiation strategy and integrated structural design. Thus, hypothesis 3 is confirmed—the notion proposed by the several case studies and managerial comments that the establishment of integrated structural design, which is characterized as integrating administration, patient care, and information system—is a way to coordinate all the settings in an integrated health system.[46–50] However, this study revealed that an IHN with a higher degree of integrated structural design is not significantly associated with a network's cost and process efficiency of medical services or financial profitability. Thus, hypothesis 4 is not supported in this study. The tradeoffs between willingness to engage in integration effort of integrated structural mechanism to smooth internal functional operations and willingness to maintain organizational clinical efficiency and financial profitability may be an important issue for an organization's top decision-makers to consider before establishing a truly integrated care delivery system in the future.

This study is a pilot study to attempt to identify the factors that may influence the performance of IHNs. Cautions are needed in generalizing the results to all IHNs, because of several limitations pertaining to data source, sample, measurements, and study design. The limitation of generalizability in this study comes mainly from the sample (100 IHNs) in terms of its data source, selection, and operational definition. As mentioned earlier, the *IHN Top 100 Directory* (1998) was used to provide the study sample. The reasons to use this database are that (1) this database gives integrated system an operational definition from the continuum of care point of view, and (2) this database carries on the information about the networks' integrated structural status and the strategic indicators that can help us to do a complete analysis in the theoretical framework. However, it may be the first time that people use this database to do some empirical analysis, the generalizability and reliability should be checked and further tested in the future study. In addition, the studied sample in this study is 100 IHNs, which were ranked as the most integrated health systems in America based on several criteria. Therefore, it may result in the small variations in the measured variables and in turn, may result in several non-significant findings in this study. Otherwise, the sample selection bias is another limitation because there do exist several distinctive characteristics between the study sample and population. In addition, the findings of this study are much more applicable to a healthcare network whose structure (i.e., vertical and horizontal alignment) and missions are similar to this operational definition.

The second major limitation lies on the measurement of the study variables. For example, an IHN's market service area is based on the MSA. However, from the academic perspective, the definition of market service area for an IHN using only the unit of MSA may either underestimate or overestimate the potential organizational operations and customers' utilization behaviors outside the MSA(s). Also, MDI in this study tends to explain the market concentration from hospital perspective and assumes that all entities have the same organizational behaviors

and background supply and demands. In addition, the measurement of an IHN's performance is focused only at the hospital level due to the data availability.

The lack of longitudinal data in the study subject is a limitation of the analytical design. The cross-sectional study can establish only the relationships among the constructs or variables, but not the causal relationships. The establishment of causal relationship has to rely on a dynamic model that enables investigators to examine the changes over time. In addition, the small sample size limits the capability to include more study indicators (i.e., measures) in the structural equation model.[51] Future study should seek a larger sample size, to enhance the capability of the modeling test to tease out potential confounding factors that may affect an IHN's strategic direction, integrated structural design, and performance.

Several contributions can be pointed out in this study. First, from the theoretical perspective, this study provides a comprehensive contingency and strategic management framework. The proposed model of IHNs' performance has avoided the pitfalls of most studies that have shown a fragmentary viewpoint of the contingency perspective on organizational research.[23] Using existing data to profile the IHNs adds knowledge about organizations and also offers empirical evidence to strengthen the knowledge base for organizational theory.

Second, from the methodological point of view, the most notable contribution of this study resulted from the use of an operational definition and measurements of "integration." The use of the operational definition of an integrated healthcare delivery system from organizational structure and a continuum of care points of view clarifies that an "integrated" organization is much more than just a phenomenon or a simple form of joint ownership and strategic alliance among multiple medical providers and insurers. Also this study first attempted to develop the measurement of integrated structural design of an IHN in a way that is much more concrete and measurable, allowing managers to design their integrated organizations for the future. Furthermore, the use of the multiple indicator modeling approach helps to validate the measurement model's goodness of fit for the theoretical underlying constructs and, simultaneously, to examine the relationships among organizational context, strategic direction, structural designs and performance.

Third, from a practical management point of view, this study has identified the issues that were either ignored, addressed only conceptually, or only partially tested in previous reports or studies. Through the use of a theoretical framework, this study is able to raise questions that may create a new research agenda and provide administrators with hints for restructuring their operations for the future.

## REFERENCES

1. Coddington, D.C., Moore, K.D., and Fischer, E.A., Costs and benefits of integrated healthcare systems. *Healthcare Financial Manag.* 48(3):20–29, 1994.
2. Conrad, D.A., and Shortell, S.M., Integrated health systems: promise and performance. *Frontiers of Health Service Manag.* 13(1):3–40, 1996.
3. Kuder, J.M., Belue, R., Wysong, J., and Nauenberg, E., The value of decision-making autonomy in hospital managers and its influence on contracts regarding network development and system integration. *Abstract Book Association for Health Services Research,* 15:122–3, 1998.

4. Kertesz, L., Systems begin pruning HMOs from holdings. HMO/PPO survey data indicate more health plans may go on selling block. *Modern Healthcare*, 26(25):77–88, 1996.

5. Bellandi, D., Ranking the networks. *Modern Healthcare*, 29(13):60–4, 1999.

6. Fox, W.L., Vertical integration strategies: more promising than diversification. *Health Care Manage Review* 14(3):49–56, 1989.

7. Nilson, J.T., Integration challenges: what you can do to smooth the transition. *Healthcare Executive*, 13(1):21–4, 1998.

8. Bazzoli, G.J., Shortell, S.M., Dubbs, N., Chan, C., & Kralovec, P., A taxonomy of health networks and systems: bringing order out of chaos. *Health Services Research*, 33(6):1683–1717, 1999.

9. Konrad, E.L., A multidimensional framework for conceptualizing human services integration initiatives. In (J.M. Marquart and E.L. Konrad, eds.). *Evaluating Initiatives to Integrate Human Services*, Jossey-Bass Inc., 1996.

10. Katz, G., Mitchell, A., and Markezin, E. (eds.). *Ambulatory Care and Regionalization in Multiinstitutional Health Systems*, Chapter 1. Aspen Systems Corporation, 1982.

11. Johnson, D.E.L., Integrated systems face major hurdles, regulations. *Health Care Strategic Management* 11(10):2–3, 1993.

12. Conrad, D.A., and Dowling, W.A., Vertical integration in health services: theory and management implications. *Health Care Management Rev.* 15(4):15–22, 1990.

13. IHN (*Integrated Healthcare Network*) *Top 100 Directory*. SMG Market Group, Inc. & John Hancock Center. Chicago, IL, 1998.

14. Burns, T., and Stalker, G.M. (eds.). *The Management of Innovation*, London: Tavistock, 1961.

15. Lawrence, P.R., and Lorsch, J.W. (eds.). *Organization and Environment*, Richard D. Irwin, Inc., 1967.

16. Woodward, J. (ed). *Management and Technology*, HMSO, London, 1958.

17. Woodward, J. (ed). *Industrial Organization: Theory and Practice*, Oxford University Press, London, 1965.

18. Thompson, J.D., *Organizations in Action*, McGraw-Hill, New York, 1967.

19. Child, J., Organizational structure, environment and performance: The role of strategic choice. *Sociology* 6(1):1–22, 1972.

20. Pfeffer, J. (ed.). The micropolitics of organizations. In (M.W. Meyer, ed.), *Environments and Organizations*, San Francisco: Jossey-Bass, 1978.

21. Terreberry, S., The evolution of organizational environments. *Admin. Sci. Quart.* 12:590–613, 1968.

22. Daft, R.L. (ed.). *Organizational Theory and Design*, West Publishing Company, New York, 1995.

23. Ginsberg, A., and Venkatraman, N., Contingency perspectives of organizational strategy: A critical review of the empirical research. *Acad. Manag. Rev.* 10(3):421–34, 1985.

24. Rajagopalan, N., and Spreitzer, G.M., Toward a theory of strategic change: a multi-lens perspective and integrative framework. *Acad. Management Rev.* 22(1):48–79, 1997.

25. Kotter, J.P., Managing external dependence. *Acad. Management Rev.* 4(1):87–92, 1979.

26. Pfeffer, J., Beyond management and the worker: The institutional function of management. *Acad. Management Rev.* 1(2):36–46, 1976.

27. Hofer, C.W., and Schendel, D.E. (eds.). *Strategy Formation: Analytical Concepts*, West, St. Paul, MN: 1978.

28. Folland, S., Goodman, A.C., and Stano, M. (eds.). *The Economics of Health and Health care*. (2nd ed.), Chapter 12. Prentice-Hall, Inc., 1997.

29. Nahra, T.A., Private and public ownership in behavioral health care: A comparison of performance measures. *Abstract Book Association for Health Services Research* 15:325, 1998.

30. Bohlmann, R.C., Today's hot button. *Medical Group Management J.* 45(5):24–30, 1998.

31. Stanwick, P.A., and Oswald, S.L., An empirical examination of shift strategies in the service industry: How hospitals adapt to industry change. *J. Hosp. Marketing* 10(1):15–34, 1995.

32. Evashwick, C.J., The continuum of long-term care. In (S.J. Williams and P.R. Torrens, eds.) (4th ed.), *Introduction to Health Services*, Chapter 7, Delmar Publishers Inc., 1993.

33. Banaszak-Holl, J., Zinn, J.S., and Mor, V., The impact of market and organizational characteristics on nursing care facility service innovation: a resource dependent perspective. *Health Services Res.* 31(1):97–117, 1996.

34. Melnick, G.A., and Zwanziger, J., Hospital behavior under competition and cost containment policies: the California experience, 1980–1985. *J. Am. Med. Assoc.* 260(11):2669–75, 1998.

35. Shortell, S.M., and Hull, E.K., The new organization of the health care delivery system. In *Strategic Choices for a Changing Health Care System*, 2:101–48, 1996.

36. Ackerman, F.K., The movement toward vertically integrated regional health systems. *Health Care Manage Rev.* 17(3):81–8, 1992.

37. Neumann, B.R., Clement, J.P., and Cooper, J.C. (eds.). *Financial Management: Concepts and Applications for Health Care Organizations*, Kendall/Hunt Publishing Company, 1997.

38. Syme, A. The health care 100. *Hospital & Health Networks* 72(6):38–51, 1998.
39. Bollen, K.A. (ed.). *Structural Equations with Latent Variables,* John Wiley and Sons, New York, 1989.
40. Jöreskog, K., and Sörbom, D. (Eds). *LISREL 7: A Guide to the Program and Applications* (2nd ed.), SPSS Inc., Chicago, IL, 1989.
41. Sharma, S. (ed.). *Applied Multivariate Techniques,* Chapter 6, John Wiley & Sons, Inc., 1996.
42. Al-Haider, A.S., and Wan, T.T.H., Modeling organizational determinants of hospital mortality. *Health Services Res.* 26(3):303–23, 1991.
43. Long, J.S. (ed.). *Confirmatory Factor Analysis: A Preface to LISREL,* Sage, Newbury Park, CA, 1983.
44. Canavos, G.C., and Miller, D.M. (eds.). *Modern Business Statistics,* Wadsworth Publishing Company, 1995.
45. Arbuckle, J.L. (ed.). *Amos Users' Guide, Version 3.6.* SPSS Inc., 1997.
46. Evashwick, C., and Weiss, L. (Eds.). *Managing the Continuum of Care: A Practical Guide to Organization and Operations,* Aspen Publishers, Rockville, MD, pp. 293–394, 1987.
47. Haughom, J.L., and Gibson, L.J., Improving the cost, quality and access to healthcare in community hospitals through the use of reorganized integrated delivery systems and implementation of sophisticated clinical information system: an organizational experience. *Medinfo,* 8(2):1558–61, 1995.
48. Michelman, J.E., and Kim, K.K., Multi inter-organizational information systems: competitive strategies for teaching hospitals in the 1990s. *Health Services Manag. Res.* 4(1):53–64, 1991.
49. West, D., and Szeinbach, S., Health care integration: the role of information technologies. *Med. Interface,* 9(11):102–27, 1996.
50. Zinn, J.S., and Mor, V., Organizational structure and the delivery of primary care to older Americans. *Health Services Res.* 33(2):354–80, 1998.
51. Jaccard, J., and Wan, C.K. (eds.). *LISREL Approaches to Interaction Effects in Multiple Regression,* Sage University Series on Quantitative Applications in the Social Sciences, series no. 07-114. Thousand Oaks, CA: Sage, 1996.

# EXHIBIT D6

# HORIZONTAL AND VERTICAL INTEGRATION OF PHYSICIANS: A TALE OF TWO TAILS

Lawton Robert Burns, Jeff C. Goldsmith and Aditi Sen

## ABSTRACT

Purpose − *Researchers recommend a reorganization of the medical profession into larger groups with a multispecialty mix. We analyze whether there is evidence for the superiority of these models and if this organizational transformation is underway.*

Design/methodology approach − *We summarize the evidence on scale and scope economies in physician group practice, and then review the trends in physician group size and specialty mix to conduct survivorship tests of the most efficient models.*

Findings − *The distribution of physician groups exhibits two interesting tails. In the lower tail, a large percentage of physicians continue to practice in small, physician-owned practices. In the upper tail, there is a small but rapidly growing percentage of large groups that have been organized primarily by non-physician owners.*

**Annual Review of Health Care Management: Revisiting the Evolution of Health Systems Organization**

**Advances in Health Care Management, Volume 15, 39−117**

**Copyright © 2013 by Emerald Group Publishing Limited**

**All rights of reproduction in any form reserved**

**ISSN: 1474 8231/doi:10.1108/S1474 8231(2013)0000015009**

40                                          LAWTON ROBERT BURNS ET AL.

Research limitations − *While our analysis includes no original data, it does collate all known surveys of physician practice characteristics and group practice formation to provide a consistent picture of physician organization.*

Research implications − *Our review suggests that scale and scope economies in physician practice are limited. This may explain why most physicians have retained their small practices.*

Practical implications − *Larger, multispecialty groups have been primarily organized by non-physician owners in vertically integrated arrangements. There is little evidence supporting the efficiencies of such models and some concern they may pose anticompetitive threats.*

Originality/value − *This is the first comprehensive review of the scale and scope economies of physician practice in nearly two decades. The research results do not appear to have changed much; nor has much changed in physician practice organization.*

 **Keywords:** Physicians; group practice; horizontal integration; vertical integration

## INTRODUCTION

As the United States (US) moves to implement health care reform, providers, policy-makers, and researchers are focusing on achieving structural change in health services, both to moderate cost increases and improve quality. Federal policymakers hope that the cost of extending insurance coverage under the Patient Protection and Affordable Care Act (PPACA, 2010) might be partially offset by departing from traditional forms of physician organization and payment. Organizational models that might achieve these changes include horizontal integration of physicians into group practices (multispecialty, single specialty), vertical integration of physicians into hospitals or health plans via salaried employment, and "virtual" integration via contractually based physician-hospital organizations (PHOs), independent practitioner associations (IPAs), and quasi-risk arrangements such as accountable care organizations (ACOs).

 The context for discussing integrated care has changed markedly since 2000. While discussions of integration in the 1990s focused on hospital

systems (e.g., Shortell, Gillies, Anderson, Erickson, & Mitchell, 1996), more recent discussion has been extended to include the role of physician organizations (Solberg et al., 2009). There has been a groundswell of interest in large, integrated multispecialty medical groups − particularly those sponsoring health plans or engaged in risk contracting − as solutions to the problems of low-quality, high-cost, and uncoordinated care (Crosson, 2005; Miller & Bovbjerg, 2002; Shortell & Schmittdiel, 2004).

There is also growing interest in the medical community regarding the future organization of medical practice. Over the past 2 years, researchers and consultants have issued several reports on the practice options for the medical profession (Goldsmith, 2012; Isaacs & Jellinek, 2012; Kirchhoff, 2013). All of the reports discuss the increased financial pressures on private physician practice and the relative merits of various integration strategies. Some portend the accelerating collapse of private practice (Isaacs & Jellinek, 2012).

Those advocating change in physician organization need to confront several inconvenient truths. First, despite repeated calls to do so, hundreds of thousands of physicians have so far declined to organize themselves into larger economic units that may be better able to achieve coordinated, high-value care. Surveys indicate that roughly two-thirds of US office-based physicians continue to practice in solo settings, two-person partnerships, and small (mostly single specialty) groups with five or fewer physicians, and that nearly four-fifths of all organized groups have fewer than 10 physicians. Such observations fly in the face of repeated forecasts of physician consolidation into larger scale, multispecialty entities (e.g., Bailey, 1968; Bellows, McMenamin, & Halpin, 2010; Shih et al., 2008).

In addition to the mass of physicians in very small settings, however, there is a growing percentage of office-based physicians practicing in groups of 11 or more doctors, including a rapidly growing number of very large practices. These practices are noteworthy in at least two respects: they have been assembled by hospitals and other (e.g., corporate) owners, not physicians themselves, and they still contain a little more than one-third of all group physicians (and somewhat less than 20% of all practicing physicians).

This suggests that any analysis of physician practice organization needs to explain this strange two-tailed distribution of physician practices: a mass of small group practices, primarily in single specialties, and large groups of physicians, often in multispecialty practices, that are inside or tightly affiliated with other health care organizations such as hospitals or health plans. There is also a growing hybrid form: large single-specialty groups of hospital-based practitioners consolidated by equity capital firms.

Second, the presumed inevitability of large multispecialty groups flies in face of an economic record devoid of evidence of measurably superior performance (Tollen, 2008). Part of the problem is that the evidence cited in favor of their performance advantage comes from studies of a handful of mature prepaid multispecialty group practices, such as Kaiser's Permanente Medical Groups. Such research suffers from what evaluation researchers call "multiple treatment interference": they combine multiple financial and organizational models (group practice, multispecialty mix, scale, and prepayment) whose effects are virtually impossible to disentangle. As a result, studies documenting their effects may reflect health mainte-nance organization (HMO) (e.g., financing model) performance rather than group and scale (care delivery) performance.

Indeed, the evidence of scale economies (defined as the ability of groups to take advantage of technical indivisibilities such as investments in technol-ogy and staffing to achieve production-based efficiencies), scope economies (defined as the ability of groups to leverage the presence of diverse specia-lists or shared resources to efficiently produce multiple patient services), or quality performance advantages has been strikingly thin, in some cases for decades.

These findings should not be surprising. The initial volume of this publi-cation included a review of the options for physicians as they confronted a consolidating landscape (Burns & Wholey, 2000). These options included partnering with other physicians (e.g., group practice, virtual networks using IPAs, national federations), partnering with Wall Street (e.g., physi-cian practice management firms), partnering with hospitals and health systems, and partnering with organized labor (e.g., efforts to legalize unions of community-based physicians).

The available evidence then, as well as the subsequent decade of experi-ence, has suggested that there is no one best option with a demonstrated competitive advantage. Rather, the different models presented a menu from which physicians could choose depending, for example, on their desire for professional autonomy versus economic security.

We have been asked to revisit this topic, assess what has changed, and discuss how the conclusions reached in the earlier review might be altered. The chapter is organized into the following sections. We first discuss the history of physician practice organization and then analyze the size and specialty distribution of group practices over time to see what has changed. We then summarize the existing evidence on the effects of physician group size and type of integration (horizontal, vertical, and virtual) on quality, cost, efficiency, and productivity/profitability. We also summarize

the findings from three sets of field investigations of organized physician groups to distill additional insights on their functioning and performance. We then turn our attention to two areas where practice consolidation *is* taking place on a massive scale: employment of physicians by hospitals and other firms and the formation of (largely equity-based) single specialty networks. We conclude by discussing the future trajectory of physician organizations and their ability to deliver on the policy aims sought in the PPACA.

## EARLY HISTORY OF GROUP PRACTICE IN THE US

Historians commonly point to the establishment of the Mayo Clinic in 1892 by a family of surgeons (father and two sons) along with an invited fourth partner as the beginning of group practice and the rise of private medical clinics. In actuality, groupings of collaborating physicians had existed for decades in a variety of part-time or short-lived arrangements, such as military medicine, industrial medical worksites, public dispensaries, hospital outpatient departments, and hospital medical staffs (combining medical faculty and residents) (Madison, 1990; Madison & Konrad, 1988). As a result, the storyline is somewhat more complex.

Historians of group practice also point to the important role played by military medicine (both prior to, but especially during World War I) in fostering the initial growth of this organizational form (Madison & Konrad, 1988). Wartime practice exposed enlisted physicians to structured practice arrangements, cooperative relationships with specialists, ease of consultation, and efficiency of care. Reluctant to forego the advantages afforded by army field hospitals, many surgeons returned home to establish structured groups with the same benefits of collaboration and standardization they enjoyed during wartime practice. Such was the origin of the Cleveland Clinic, founded in 1921 by three wartime surgeons (who invited in a fourth physician, an internist, to form a multispecialty practice).

After World War I, the number of such clinics grew rapidly. There were 125 groups by 1926, and 220 by 1932 (Shouldice & Shouldice, 1978). The first national survey of physician groups (1930) uncovered 13 such clinics with more than 15 doctors (though only 4 had more than 25 doctors). The Mayo Clinic was the outlier, with a staff of 200 physicians; the next largest clinic had only 40. Two surveys conducted by the American Medical

Association (AMA, 1933, 1940) downplayed the growth of group practices in part because the AMA's own published principles espoused solo practice, fee-for-service medicine. These principles were directly challenged by the ongoing rise of private clinics, contract medicine (sponsored by mutual benefit societies, lodges, and employers), corporate practice of medicine (e.g., employment by mining companies, hospitals), the growth of medical school faculty practice plans, and the emergence of group or staff model prepaid insurance plans (Havlicek, 1990; Starr, 1982). They also gave rise to state laws explicitly prohibiting the corporate practice of medicine.

The growth of the medical profession and the rise of specialty boards during the 1930s provided further impetus to group formation (Stevens, 1971). Physicians sought out settings where they could practice with their professional colleagues (often in the same specialty) and make use of specialized equipment and diagnostic technologies. Some sought settings where they could access colleagues in other specialties.

The advent of World War II provided additional stimulus to the growth of private clinics and larger-sized group practices. While the number of clinics with more than 15 physicians remained in the teens up to World War II, the number increased after the war to 31 (1946) and then to 128 (1959), when the AMA softened its opposition to group practice. The number of groups with 16+ doctors then mushroomed to 180 (1965) and then to 301 (1969); the number of groups with 100+ physicians (like the Mayo Clinic) remained in the single digits. Overall, the number of groups climbed from 1,546 in 1959 to 6,371 by 1969. Nevertheless, as a percentage of all physicians, group practice accounted for only 10% of US physicians in 1965 (Smart, 2004).

# LONGITUDINAL ANALYSES OF THE SIZE DISTRIBUTION OF PHYSICIAN PRACTICES

Researchers commonly argue there has been an ongoing trend toward larger physician practices. Such a postulated trend is consistent with hypothesized scale economies in medical practice. Long ago, Stigler (1958) observed that a good measure of effective scale economies in a given industry can be found by examining the change in the size distribution of firms in that industry and the share of the market each size category controls. This observation has been formalized as the "survivorship principle": over time, market forces lead firms to change their scale of operations, with the

most efficient sized firm emerging from industry market dynamics. Is it really true there is a trend toward larger-scale practice consistent with this scale hypothesis?

Given there is no data gold standard on physician organizations over time, we collated the results from multiple surveys of physician practices to answer this question. To test the survivorship principle, we examined four different measures utilized in the various surveys: the percentage of physician groups falling into defined size categories, the percentage of group practice positions falling into these size categories, the percentage of physicians practicing in settings of different sizes, and the percentage of office visits to practices of different sizes. These surveys are reviewed below and compared for consistency in the trend data they report.

### Survey Data from the AMA

The AMA defines group practice as "the application of medical service by three or more physicians formally organized to provide medical care, consultation, diagnosis, and/or treatment through the joint use of equipment, records, and personnel, and with income from medical practice distributed according to some prearranged plan" (Havlicek, 1990). This definition has been consistently applied in the AMA's census surveys of physician groups since 1964. It includes groups of different ownership models (physician, hospital, staff model health plans) as well as groups that contract with hospitals to provide specific services (e.g., radiology, emergency care), but it does not include the hospitals that directly employ physicians.

The AMA has provided two independent series of reports on the size distribution of physician practices. The first is a survey of physician groups conducted periodically over time (published under the name *Medical Group Practices in the US*); the second is a periodic survey of a sample of physicians in the AMA Masterfile regarding the practice arrangements of patient care physicians (published under the title *Physician Marketplace Report*).

The *Medical Group Practices in the US* reports provide survey data on the prevalence of physician groups over the longest time frame (e.g., Havlicek, 1990, 1993, 1996, 1999; Smart, 2004, 2005, 2006). Most recently, these data have been incorporated into another AMA publication (Smart, 2013). Since 1969, the number of groups has grown from 6,371 to over 29,000 in 2011. This growth has come in spurts: steady growth to 15,485

groups from 1969 to 1984, low growth to 16,576 groups from 1984 to 1991, followed by a rise to 19,787 groups by 1995, where the number remained stable over the next 10 years, and finally rising substantially to 29,612 groups between 2005 and 2011.

Despite the growth in the number of groups, the size distribution has changed only modestly. Between 1988 and 2011, the percentage of groups smaller than five physicians declined from 50.3% to 41.9%, while the percentage of groups with 5−9 physicians changed from 33.4% to 37.3%. The data also reveal an increase in the percentages of groups with 10−49 physicians (from 14.4% to 18.3%) and groups with 50+ doctors (from 1.9% to 2.4%). The fastest *rate* of growth occurred among groups in the upper tail of the size distribution (100+ physicians), although their prevalence is low (see Fig. 1).

As an alternative test of the survivorship principle, Table 1 shows the distribution of group positions across practices of different sizes. Similar to the distribution of groups, the distribution of group positions shows a decline in the percentage of positions among groups with 3−4 physicians (from 18.1% to 12.5%). Unlike the distribution of groups, the data in Table 2 show little change in the percentage of positions among groups of 5−9 physicians (from 21.5% to 20.7%), groups of 10−49 physicians (from 27.0% to 27.6%), and groups of 50−99 physicians (from 8.5% to 7.7%).



*Fig. 1.*   Physician Group Practice Size Distribution. *Source*: American Medical Association (Havlicek, 1990, 1993, 1996, 1999; Smart, 2004, 2005, 2006, 2013).

***Table 1.*** Physician Group Practice Positions: Percent by Size Category.

| Size | 1988 | 1991 | 1994 | 1996 | 2003 | 2004 | 2005 | 2011 |
|---|---|---|---|---|---|---|---|---|
| 3 | 8.8 | 6.0 | 6.8 | 6.9 | 6.4 | 5.5 | 5.6 | 6.2 |
| 4 | 9.3 | 7.7 | 7.9 | 8.1 | 6.4 | 5.8 | 5.8 | 6.3 |
| 5−6 | 12.3 | 11.0 | 11.4 | 11.7 | 10.4 | 10.1 | 10.1 | 10.5 |
| 7−9 | 9.2 | 8.5 | 9.0 | 9.2 | 9.5 | 9.9 | 9.9 | 10.2 |
| 10−15 | 9.7 | 8.9 | 9.6 | 9.9 | 10.2 | 10.3 | 10.3 | 11.2 |
| 16−25 | 8.4 | 8.0 | 8.8 | 8.9 | 9.1 | 9.1 | 9.0 | 7.9 |
| 26−49 | 8.9 | 8.7 | 8.8 | 9.1 | 10.2 | 9.8 | 9.9 | 8.5 |
| 50−75 | 5.7 | 4.7 | 4.4 | 4.6 | 5.2 | 5.3 | 5.4 | 5.0 |
| 76−99 | 2.8 | 3.1 | 2.8 | 2.9 | 3.0 | 2.7 | 2.7 | 2.7 |
| 100 + | 24.8 | 33.3 | 30.7 | 28.7 | 29.5 | 31.6 | 31.4 | 31.5 |

*Source*: American Medical Association (Havlicek, 1990, 1993, 1996, 1999; Smart, 2004, 2005, 2006, 2013).

The most remarkable change occurred in the percentage of positions in large-sized groups (100 + physicians) from 24.8% to 31.8% (percentage stable since 2004).[1]

Fig. 2 indicates that the percentage of US physicians practicing in groups of three or more (as opposed to solo and two-partner offices) has remained fairly stable since 1995 at roughly one-third. The stability in the percentage of group physicians in the face of a growing number of groups is explained by the increase in the physician population. The latter rose from 467,679 in 1980 to 1,004,635 by 2011, while the number of patient care physicians rose from 376,512 to 767,782. This stability may come to an end with the retirement of baby boomer physicians, however.

The *Physician Marketplace Report* provides somewhat comparable data on the percentage of nonfederal physicians in practices of different sizes; solo practice, practices of 2−4 physicians (which include 2-physician partnerships), groups of 5−9, 10−49, and 50 + physicians, and physicians working in other settings (Kane, 2004a, 2004b, 2009). Trend data between 1999 and 2007−2008 reveal a slight drop in the percentage of physicians in solo practice (from 26.6% to 24.6%) and small increases in the percentage of physicians in group practices of 2−4 physicians (from 18.0% to 21.4%), 5−9 physicians (from 10.9% to 12.9%), and 10−49 physicians (from 10.7% to 12.1%). The only sizeable increase is the percentage of physicians working in hospital settings (more than double from 7.7% to 16.3%) − a topic covered more fully later on. The percentage of physicians practicing in groups of five or more doctors increased slightly between 1999 and 2001 but has remained constant at 29−30% from 2001 to 2008.

LAWTON ROBERT BURNS ET AL.



*Fig. 2.*   Percentage of Physicians in Groups. *Source*: American Medical Association (Havlicek, 1990, 1993, 1996, 1999; Smart, 2004, 2005, 2006, 2013).

### Data from the Center for Studying Health System Change/Community Tracking Study

Casalino, Devers, Lake, Reed, & Stoddard (2003) present data from a survey of 6,000 practicing physicians, conducted as part of the Community Tracking Study (CTS) by the Center for Studying Health System Change (CSHSC). CSHSC has tracked the changing market conditions in 12 US metropolitan health care markets over time. The survey depicts trends in the practice size distribution of office-based physicians between 1997 and 2001. This survey shows a drop between 1997 and 2001 in the percentage of physicians in very small practices of 1−2 doctors (from 54% to 47%) and small increases in the percentage of physicians in practices of 3−9 doctors (from 30.5% to 34.9%), 10−19 doctors (from 6.3% to 8.5%), and 20−49 doctors (from 4.3% to 4.7%). There is no change evident at that time in the percentage of physicians in practices of 50 + doctors.

CSHSC researchers provide additional data on the distribution of physicians in a wider variety of practice settings (including hospitals) over a longer time period 1996−2008 (Boukus, Cassil, & O'Malley, 2009; Liebhaber & Grossman, 2007).[2] These data show a roughly 20% decline

between 1996−1997 and 2008 in physicians in practices of 1−2 doctors (from 40.7% to 32%), small growth among groups of 3−5 doctors (from 12.2% to 15.0%), but larger growth among groups of 6−50 practitioners (from 13.1% to 19%). There is also a sizeable increase in the prevalence of groups of 50+ doctors, which doubled between 1996−1997 and 2008 (from 2.9% to 6.0%). In 2008, group practices accounted for roughly 40% of physicians, followed by solo practitioners and two-person partnerships (32%), and other settings (28%).

### *Panel Data from the National Ambulatory Medical Care Survey*

More recent trend data on office-based physician practices come from the National Ambulatory Medical Care Survey (NAMCS). The survey, conducted by the Centers for Disease Control and Prevention and the US Bureau of the Census, includes a representative sample of ambulatory care visits to physician offices and gathers statistics on the physician's practice (CDC, 2007a, 2007b, 2008a, 2008b, 2010a, 2010b). This source yields data on the distribution of physicians across practices of different sizes from 2007 to 2011.[3] According to Fig. 3, there have been small decreases in doctors in solo practice (from 30.7% to 28.4%), two-physician partnerships



*Fig. 3.* Distribution of Office Based Physicians by Practice Size. *Source*: National Ambulatory Medical Care Survey (CDC, 2007a, 2007b, 2008a, 2008b, 2010a, 2010b).

50                                    LAWTON ROBERT BURNS ET AL.

(from 12.3% to 10.2%), and in practices of three to five physicians (from 29.9% to 26.4%). There has been an increase in physicians practicing in groups of 6−10 doctors (from 16.4% to 18.2%) and an even bigger increase in physicians practicing in groups of 11 + doctors (from 10.6% to 16.8%).

Fig. 4 shows the distribution of office visits across these different sized practice settings over a slightly different period (2005−2010). The data suggest that solo practitioners still command the largest market share (nearly one-third) of patient visits, although their share has declined a bit, while visits to small partnerships and groups of three to 5 physicians have remained steady. By contrast, a growing percentage of patient visits occurred in the larger group practice settings of 6−10 physicians (from 14.1% in 2005 to 17.9% in 2010) and a sizeable increase in visits to groups of 11 + doctors (from 9.5% to 14.1%).

These data mirror the distribution of groups across size categories above. The smaller practice settings (solo practitioners, two-person partnerships) and smaller groups (three to five physicians) account for two-thirds of physician office visits. While their share of groups and office visits has declined from nearly three-quarters to two-thirds, the bottom tail of the distribution has shown remarkable persistence. If there is a survivorship advantage to scale, it is not apparent in the recent past. The analysis also shows rapid growth in visits to doctors in the upper tail.



*Fig*. *4*.   Distribution of Physician Office Visits by Practice Size. *Source*: National Ambulatory Medical Care Survey (CDC, 2007a, 2007b, 2008a, 2008b, 2010a, 2010b).

### *Industry Data from the Medical Group Management Association*

A prominent industry trade group, the Medical Group Management Association (MGMA), surveys the group size of their members. Fig. 5 shows the change in the size distribution of MGMA member groups between 2004 and 2012. The majority of groups have 10 or fewer physicians. Nevertheless, the data reveal changes at the extremes: a drop in groups of 10 or fewer physicians from 63% to 54%, a 1% increase in groups of 11−25, 26−50, 51−75, and 76−150 physicians, and a 4% increase in the number of large groups of 151 + physicians.[4]

The MGMA membership is quite diverse, and includes groups that are owned by physicians, hospitals, universities/medical schools, payers, and "others" (foundations, integrated delivery networks (IDNs), equity investors). All need to be dues paying members to be counted in the MGMA database, however. The latter ownership categories have groups of much larger size. MGMA data suggest that the biggest change in the size distribution of its member groups has occurred not among the physician-owned practices but among practices owned by outside organizations. We will revisit this topic later on in our discussion of vertical integration.



*Fig. 5.* MGMA Medical Groups by Size. *Source*: David Gans, Medical Group Management Association.

52                                          LAWTON ROBERT BURNS ET AL.

*Industry Data from Pharmaceutical Marketing Firms*

The most recent data has been collected by a pharmaceutical services firm Cegedim Dendrite. Their data suggest there may be as many as 53,000 medical groups in the US as of 2012. We analyzed the trend in the size distribution of groups between 2010 and 2012 using different categorizations of group size to facilitate comparison with the prior surveys presented above. Regardless of which categorization is analyzed, the data suggest remarkably little change in the distribution. Similar to the AMA data, the Cegedim Dendrite statistics suggest that the vast majority of groups are small: 51.2% have 3−4 physicians, another 31.3% have 5−9 physicians, 15.7% have 10−49 physicians, and 1.7% have 50+ physicians.

*Summary of Trend Data on Physician Practice Size Distribution*

The various data sources reviewed above are fairly consistent in the historical trend they depict. Contrary to the assumptions of many researchers, there has been no *seismic* shift to larger-sized physician practices. The majority of physicians have continued to practice in small settings, including solo practice. Much of the shift in practice organization has been from really small practices (from one, to three to four doctors) to slightly larger practices (from five to nine or more doctors).

Consistent with Newhouse's (1973) observation, many physicians still favor a cottage industry model of practice organization. As some recent observers have noticed, the death of private and small practice is exaggerated (Joszt, 2013). Large groups with 50 or more doctors are still a small, though rapidly growing, proportion of the group population.[5]

Despite relative stability in the distribution of practices of various sizes, the upper tail accounts for a larger percentage of practicing physicians and the most rapid growth in total physicians and physician visit volumes. Moreover, the average size of these large groups (mostly hospital sponsored) appears to have increased much more than the smaller, physician-owned groups, both in absolute and percentage terms. Such changes within the largest sized groups are masked by the size distributions reported in the figures above. These differences have enormous implications that we shall consider below in our discussion of vertical integration.

# LONGITUDINAL ANALYSES OF THE SPECIALTY MIX AMONG PHYSICIAN PRACTICES

While there are several surveys that speak to the size distribution of physician groups, only a handful describe the changes in their specialty distribution. Using such trend data we attempt a second survivor analysis regarding specialty mix that may speak to the issue of scope economies. Here too, the story is one of persistence, not of massive change.

## *Industry Data from the AMA*

The AMA reports on *Medical Group Practices in the US* indicate growth in the number of both single-specialty and multispecialty group practices between 1984 and 1997, with only slight change in the percentage mix between the two. Single-specialty practices comprised 70−71% of all groups throughout the period; multispecialty groups, on the other hand, rose from 18% of groups to 22% by 1997. The residual consisted of small groups of family practitioners, which decreased slightly. There was little change in the average size of the single-specialty groups (5.8−6.4 doctors) and multispecialty groups (23.4−26.6). These statistics do not suggest any widespread shift to multispecialty practice as the prior millennium came to a close.

## *Data from the Center for Studying Health System Change/Community Tracking Study*

CSHSC researchers suggest that the prominence of single-specialty groups may have grown in the new millennium. Between Round 2 (1998−1999) and Round 3 (2000−2001) of the CTS, the proportion of physicians in large multispecialty groups fell markedly: the percentage in groups of 50 + doctors dropped from 46.4% to 27.4%, while the proportion in groups of 20−49 decreased from 25.2% to 18.8%. Smaller multispecialty groups increased, on the other hand. The researchers note that not a single large multispecialty group was created in any of the 12 CTS sites during the interval, and that several actually disbanded (Casalino, Pham, & Bazzoli, 2004). In California, for example, nearly 150 physician organizations closed or went bankrupt between 1998 and 2002 (Kirchhoff, 2013), possibly reflecting collateral damage from the managed care backlash and the

54                                          LAWTON ROBERT BURNS ET AL.

triumph of health plans based on broad physician networks over closed panel models. The shrinkage of large multispecialty groups could also have resulted from the collapse of the large physician practice management firms (PPMs) like Phycor and MedPartners, which concentrated their development activities on large groups.

Subsequent CTS reports suggest that physicians were increasingly gravitating to mid-sized single-specialty groups (6−50 doctors), with no parallel movement toward multispecialty practice (Liebhaber & Grossman, 2007). This may have reflected an effort by specialists to achieve scale for bargaining leverage with health plans in their communities. The percentage of physicians in multispecialty groups dropped from 30.9% to 27.5% between 1998−1999 and 2004−2005, again perhaps due to the collapse of PPMs built on the roll-up of multispecialty practices.

Physician interviews suggest several advantages of single-specialty groups that may explain their growth: simpler governance and operational issues (due to the absence of cross-subsidies to primary care practitioners in the group), ability to gain bargaining leverage with payers, greater profitability or higher earnings per physician due to the absence of money-losing primary care physicans (PCPs), and, crucially, the ability to bill for technical fees through captive imaging and surgical facilities.

### Summarizing the Historical Trend Evidence

The analyses above cast doubt on the presumed production efficiency benefits of larger scale and multispecialty practice. Physician-owned groups have displayed no massive long-term movement toward such settings. Instead, they have persisted in traditional arrangements of solo/small groups and single-specialty practices, where they still account for a majority (albeit falling) of physicians and patient visits. Groups owned by outside organizations (hospitals, health plans, equity investors) have developed much larger scale, however, and may also have more specialties represented. This suggests there may be two stories at work in physician organization: one characterizing a large number of groups at the bottom tail of the size distribution featuring a traditional, highly fragmented small scale of practice, and one characterizing a much smaller number of very large and growing groups with non-physician sponsorship at the upper end of the size distribution. These two stories are summarized here as a "tale of two tails."

One possible explanation for the first tail is that a sizeable fraction of physicians believe there are limited advantages to scale and scope, and

therefore have voted with their feet to retain small, single-specialty practices.[6] Patients may likewise prefer doctors in smaller settings, which may have helped to sustain them. To test this explanation, the next section analyzes the academic argument for horizontal integration among physicians and the research evidence for scale and scope economies. One possible explanation for the second tail is that, like the IDNs and the hospital system formations of the 1990s, groups of large scale have been assembled (primarily by outside parties in vertically integrated arrangements) to develop market power, contracting leverage over payers, influence referral patterns for lucrative inpatient and outpatient hospital services, and diversify revenue streams. To test this explanation, the following sections analyze the academic arguments for vertical (and virtual) integration and the research evidence.

## HORIZONTAL INTEGRATION: ORGANIZATIONAL SCALE AND SCOPE IN MEDICAL PRACTICE

### *Rationale for Horizontal Integration*

Physician groups can be formed either organically as physicians join one another in same-site and multi-site group practices or via mergers with other groups. Both represent forms of horizontal integration. As noted above, physician groups can also be assembled by hospitals, universities/medical schools, foundations, and health plans; such instances of vertical integration are analyzed in subsequent sections. Before examining the evidence on horizontal integration among physicians, it is important to discuss the theoretical rationales for such integration. Such a discussion not only serves to highlight the hypotheses that are tested in group practice analysis but also discerns whether rationales for horizontal integration among providers are similar to those posited in the economics and strategy literature in other economic sectors.

### *Academic Theory*

Academic theory posits several potential motivations for horizontal integration. These include scale economies, synergies, enhanced market power, expedited market entry, market entry without adding a new competitor, capital raising potential, and better use of a target firm's assets. Some sources of scale economies are based in production efficiencies; others are based in marketing efficiencies and bargaining leverage with suppliers or

financing sources. For publicly traded firms, there can be the additional benefits of expected stock price increases from an accretive merger, using stock rather than cash in a market upswing to finance the merger, and the opportunity to discipline the managers of the target firm (Besanko, Dranove, & Shandley, 2000).

*Provider Rationales*

Over time, health care providers have enunciated their own rationales for horizontal integration. Some of these coincide with industrial organization theory: scale economies, reductions in excess capacity, market power (e.g., increased negotiating leverage with suppliers or purchasers), increased access to capital, and geographic expansion of their product distribution networks. Other rationales for horizontal integration in health care, however, seem unrelated to conventional academic theory: preparation for managing capitated risk contracts, and alignment of strategic purposes among operating units (Burns & Pauly, 2002).

The enunciated rationales for physician group development include creating modern practice infrastructure such as information technology (IT) and revenue cycle enhancement, enhancing operating efficiency, creating negotiating leverage, relieving physicians of administrative duties, income preservation, improving quality, increasing scale to manage risk contracts, improving the ability to coordinate care and referrals, positioning to serve as an ACO under health reform, fostering physician leadership, supporting population health, and improved ability to manage an uncertain and turbulent environment (Crosson, 2005; Goldstein, 1996; Krohn, 1998; Shortell & Schmittdiel, 2004).

There is thus only partial overlap in the rationales for horizontal integration in industry and in physician practice. This suggests that group practice formation may achieve some benefits of larger scale, but might also serve broader strategic aims of a sponsoring organization. It also suggests that the logistical complexities of medical practice may vitiate scale benefits that might otherwise accrue from horizontal integration in a less complex economic activity.

*Economies of Scale in Physician Practices*

Newhouse (1973, p. 51) long ago observed that economies of scale in physician practice are often just assumed to be true. The same can be said for scale economies in other health care organizations. Potential scale economies can include shared fixed costs, specialization of labor inputs (e.g., use

of non-physician personnel), internalization of referrals, exploitation of reputational economies, bulk purchasing, use of internal quality monitoring, and extended patient coverage (Pope & Burge, 1992). At the same time, physician practices can suffer from several types of inefficiencies including inefficient scale (number of physicians, use of non-physicians, and ancillary services), scale diseconomies due to free riding and higher patient travel costs, excessive use of inputs, excessive administrative costs, and failure to use a cost-minimizing mix of inputs and outputs (Pope & Burge, 1992).

What does the evidence say? There are two main lessons from the literature on economies of scale in physician practices. First, group practices appear to be more productive and efficient than solo practices in terms of number of patient visits or gross revenues per physician (Boan, 1966; Bradford, 1995; Bradford & Martin, 2000; Brown, 1988; Frech & Ginsburg, 1974; Gaynor, 1989; Gaynor & Pauly, 1990; Kimball & Lorant, 1977; Lee, 1990; MGMA, 1998; Newhouse, 1973; Reinhardt, 1972; Sarma, Devlin, & Hogg, 2010). Nevertheless, the evidence is far from absolute. Defelice and Bradford (1997), for example, find no consistent differences between PCPs in solo versus group practices in terms of their utilization of physician hours, clinical and clerical staff time, and laboratory and diagnostic equipment.

Group practice has the potential to offer a number of benefits, relative to solo practice, including leverage with health plans and hospitals (Casalino, 2003; Haas-Wilson & Gaynor, 1998a; Robinson & Casalino, 1995), profit from ancillary services (e.g., imaging, diagnostic testing), and improved lifestyle for physicians (Casalino et al., 2003). In addition, group practice has the potential to improve quality as well as contain costs through centralized administration, purchasing, and investments in IT (Greenfield et al., 1992; Ketcham, Baker, & MacIsaac, 2007; Kralewski, Wingert, Knutson, & Johnson, 1999; Kralewski et al., 2000; Weeks et al., 2010).

Second, however, contrary to the conventional wisdom about scale, small groups tend to be more productive than large groups, with much of the limited evidence suggesting an optimal size of no more than 7−10 physicians (Bailey, 1968; Getzen, 1984; Ketcham, 2001; Weil, 2002; Wheelan, 2009). Ketcham (2001) found a decrease in the ratio of operating costs to relative value units (RVUs, a measure of productivity) as group size increased. However, this effect plateaued once group size reached 4−16 physicians (49,000−63,000 RVUs), after which costs began to increase relative to unit production. Weil (2002) found that a practice size of 10 provided the maximum scale economies based on RVUs; multispecialty

practices with 50 + physicians actually exhibited diseconomies of scale, potentially due to care delivery at multiple sites, a higher percentage of managed care patients, and less effective control of time and resources. A practice size of 5−10 may be optimal in terms of taking advantage of scale economies and decision-making without having to delegate to semi-corporate structures such as a board (Hough, 2002).

Two studies suggest that the relationship between group size and cost has an inverted U-shape, with smaller groups and extremely large groups being more efficient (Frech & Ginsburg, 1974; Marder & Zuckerman, 1985). Efficiencies in large groups were confined to multispecialty practices, and did not extend to single-specialty or family practices; large concentrations of physicians in a single specialty likely require longer patient travel times that, in turn, may dampen patient volume. Large group efficiencies were also more likely among prepaid than fee-for-service practices, suggesting a confounding of practice size and payment method. Large group efficiency stems from using different forms of physician remuneration (e.g., salaries) and spreading the costs of management investments. This conclusion about the efficiency of large-sized groups is based on survivor analyses of AMA groups between 1965−1969 and 1969−1980. Data presented in Table 1 suggests that such efficiencies in large groups are no longer evident after 1991, when the percentage of physicians practicing in large groups plateaued.

What explains the apparent limited scale economies in physician practice? As the size of the practice grows, it is possible that monitoring of physician productivity, cost discipline, and coordination of practitioners become increasingly challenging, thus threatening the quality of patient care (although this latter effect has not been rigorously analyzed). Some research suggests that as group size increases, group culture can become less collegial and cohesive, resulting in less organizational trust and focus on quality (Curoe, Kralewski, & Kaissi, 2003). According to Wheelan (2009), increased group size is associated with decreases in intimacy, cohesion, communication, participation, trust, and satisfaction, and with increases in conflict, argumentation, and competition among physicians. This suggests that the associated adverse consequences may offset benefits of larger group size.

Newhouse (1973) argued that the combination of revenue sharing and the diffusion of accountability for managing costs led to reductions in hours worked and inefficiency in resource utilization, whose joint effects overwhelmed any potential scale economies. Newhouse concluded that "the cottage industry [of physicians] may not be so bad after all" (1973, p. 39). Subsequently, researchers concluded that there may be scale

economies that are reached pretty early with increased group size, after which there may be diseconomies (Pope & Burge, 1996).

There is some recent evidence that scale economies disappear entirely when data on physician groups are disaggregated. Hough, Liu, and Gans (2013) found increasing returns to scale (measured by total gross charges per full-time equivalent (FTE) physician) in a sample that collapsed groups of different single specialties; however, returns to scale were constant when each specialty was considered separately. Returns to scale were also constant for multispecialty groups. The authors conclude there are few advantages to practice size. Similarly, Escarce and Pauly (1998) find no significant impact of practice size on per-unit practice costs.

More generally, Hough et al. (2013) show that the structure and production functions of physician practices differ substantially across specialties. Not only are multispecialty and single-specialty practices different, but also does one single-specialty practice differ from another. Size has different implications for different types of practices in terms of how they generate efficiencies, and may be constrained by local market or cultural factors. They concluded that either physicians have personal preferences for smaller practices (that may/may not sacrifice some efficiencies) or larger size is not rewarded in the market but requires external subsidy by a sponsoring organization. We return to the latter point in the section on vertical integration.

In the same vein, Kimball and Lorant (1977) considered two possible sources of higher group productivity: scale economies resulting from the technical combination of resources, and a mix of organizational and environmental factors (e.g., incentives, administration, physician and patient characteristics). For example, physician age exhibited an inverse U-shaped relationship with productivity. The age of the group was also negatively associated with productivity. The presence of a full-time group manager, the current value of the practice's assets, and the percentage of patients referred inside the group were positively associated with productivity; the percentage of physician visits to see hospitalized patients, the percentage of patient visits that were initial visits, the percentage of patients referred outside, and the age of the office and its equipment were all negatively associated with productivity. Their research highlights an important point made long ago by Bailey (1968) and most recently by Hough et al. (2013) that there may be no one optimal size group, since different groups can utilize different resources, inputs, and product mixes to their advantage. This suggests the important role of management effectiveness, rather than scale, in group performance (Goldsmith, 2012).

### Economies of Scope in Physician Practice

Another potential dimension that affects physician group performance is the practice's scope of services − for example, multispecialty or single specialty. The potential benefits of multispecialty group practice are mainly derived from opportunities to improve coordination and quality of patient care, keep referrals in-house, and capture high-revenue services such as outpatient surgeries and imaging services. The empirical evidence on economies of scope, however, is very limited and mixed (Pauly, 1996). Some researchers have found large multispecialty groups to be the most efficient type of practice (Frech & Ginsburg, 1974; Lee, 1990; Marder & Zuckerman, 1985). However, the researchers note that large groups may suffer cost disadvantages if there are multiple sites of care; for example, overhead costs and the challenges of monitoring physician performance increase with practice size and geographic separation.

Two other studies report positive evidence for scope economies. Hillson, Feldman, and Wingert (1990) reported strong scope economies (in terms of the amount of physician-reported work and time, similar to RVUs) in the provision of different professional services during a patient office visit within the same group, although their results are based on patient vignettes examined by physicians in two large multispecialty practices in one city. Weeks et al. (2010) found that patients treated in large multispecialty group practices received higher-quality, lower-cost care compared to Medicare beneficiaries treated in other types of practices. However, their results are limited to fee-for-service beneficiaries and a sample of 20 multispecialty groups that self-selected to participate in a council focused on accountability for costs and quality of care. Their study also notes the importance of favorable selection of patients into the multispecialty groups.

There are also three negative studies. Kimball and Lorant (1977) found no evidence for scale economies among multispecialty groups: physician productivity (measured in terms of net income per doctor or annual visits per doctor) declined monotonically with size, or exhibited a shallow U-shaped association with productivity (gross revenue per doctor). Rosenman and Friesner (2004) found that single-specialty groups were more efficient than multispecialty practices. Their evidence also suggested that single-specialty primary care groups had the highest levels of allocative efficiency (use of input resources) and scale efficiency. The researchers conclude that large multispecialty practices could improve their efficiency by dissolving their combination of specialists and family/general practitioners and becoming single-specialty practices. In this way, the dissolution of

multispecialty groups may contribute to the growth in single-specialty groups. Finally, Sarma et al. (2010) find that combining family practitioners with specialists fails to improve office productivity.

Indeed, as noted earlier, physician efforts to develop large multispecialty groups had ceased by 2001 in all 12 CTS sites (Casalino et al., 2003). Casalino et al. (2004) suggest that the formation of large multispecialty groups has been retarded by the decline in HMOs, in whose panels multispecialty groups played a pivotal role, as well as the decline of capitated contracting generally.

Conversely, other factors have fueled the increase in single-specialty groups: capital and scale economies to invest in equipment and facilities to provide imaging and surgical services, negotiating leverage with payers, reputation as a high-quality group, professional management to deal with the regulatory environment, and lifestyle benefits due to the presence of colleagues and shared call (Casalino et al., 2004).[7] Given limited evidence of their economic efficiency, Pauly (1996) suggests that the primary competitive advantage of multispecialty group practices may be based in coordinating processes of care (e.g., to execute managed care risk contracts) as opposed to any inherent economies of scale or scope.

### *Additional Evidence on Scale and Scope: Results from Three Field Investigations of Physician Group Practices*

Three field investigations of group practices provide additional evidence regarding the effects of group size and specialty mix, although such effects were not the major questions of interest. We briefly summarize these studies and cull their findings relating to size and specialty mix; a detailed summary of the three investigations is available from the lead author.

#### *Center for Organized Delivery Systems/Center for Health Management Research*

Between 1996 and 1999, a large research team from the Center for Organized Delivery Systems (CODS) and the Center for Health Management Research (CHMR) combined forces to study 61 physician organizations associated with 14 organized delivery systems. The study sought to identify the factors associated with physician alignment with hospital systems and the implications of such alignment for implementing evidence-based care management practices (CMPs). The study also analyzed the facilitators and barriers to achieving this alignment.

62                                    LAWTON ROBERT BURNS ET AL.

Shortell et al. (2001) found that the size and specialty mix of the group exhibited no association with an index of care management protocol use. Waters et al. (2001) likewise reported no impact of size on receptiveness to CMPs and participation in care management activities. Primary care groups were more comfortable with CMPs than were either single- or multispecialty groups, likely because they were perceived as less disruptive to their practices. Group size and structure bore little relationship with doctor attitudes toward CMPs.

*National Study of Physician Organizations*
Researchers at the University of California − Berkeley (and their colleagues) have conducted three surveys over time of large physician organizations: groups of 20 + doctors and IPAs. The surveys were conducted in 2000−2001, 2006−2007, and (most recently) 2011−2012. The surveys have addressed a host of research issues and uncovered many important findings. Many of these deal with the implementation of CMPs, as studied in the CODS/CHMR project, and extend the earlier research considerably. Other findings deal with the impact of size and specialty mix and are thus quite germane to this review. At present, only data from the first two survey waves have been analyzed and published. Below, we consider the results that pertain to CMPs and group structure emanating from the two waves of data.

In the first wave of the National Survey of Physician Organizations (NSPO), researchers found that CMP use was associated with larger group size but not with the group's specialty mix (Casalino et al., 2003). An additional set of studies found positive effects of group size on a host of measures (CMP use, chronic care model use, electronic medical record (EMR) adoption, use of disease registries and health risk appraisals, etc.), but the effects were small in magnitude; again, multispecialty practice did not exhibit any consistent relationship. Similarly, Shortell et al. (2005) found that high-performing groups on an overall dimension of quality were likely to be larger in size, although the effect size was weak and the relationship did not hold up for two of the quality measures that comprised the overall dimension. Larger size also distinguished groups with higher profitability. Multispecialty groups, on the other hand, were not distinguished as high performing groups in terms of clinical quality or financial performance. Rittenhouse and Robinson (2006) found only inconsistent evidence on the relationship between group size and quality. Finally, CMP use was no more pronounced in nine of the largest physician groups in the US compared to the wider sample of groups studied (Rundall et al., 2002).

Results from the second wave of NSPO parallel those of the first. CMP use was associated with group size, but only in really large practices (threshold effects evident only in groups with more than 440 doctors); CMP use was not associated with multispecialty practice (Rittenhouse et al., 2010). CMP use was much lower in practices with fewer than 20 physicians (Alexander, Maeng, Casalino, & Rittenhouse, 2012). High threshold effects of group size were also evident in patterns of clinical IT capabilities such as computerized physician order entry (CPOE) and electronic registries (Robinson et al., 2009) and patient-centered medical home and care coordination activity (Rittenhouse, Casalino, Gillies, Shortell, & Lau, 2008). Longitudinal analyses revealed, however, that changes in size and CMP usage were not associated (Shortell et al., 2009). Finally, size was associated with the percentage of time recommended care was delivered or outcomes were achieved (Damberg et al., 2010).

### University of Minnesota

Studies of physician group practices by Kralewski and colleagues differ from the above field investigations in several important respects. First, they analyzed groups for far longer, beginning in the mid-1980s. Second, each analysis encompassed different numbers and types of groups, leading to greater diversity in the populations studied. Third, they analyzed not only CMPs and quality programs but also group structure (bureaucracy, staffing mix) and culture, as well as outcomes such as cost, efficiency, and quality. Fourth, their studies usually focused on groups practicing in Minnesota and the Upper Midwest.

Kralewski, Pitt, and Shatin (1985) documented that multispecialty groups are the most bureaucratically complex form of group practice, followed by family/general practice and then single-specialty groups. Two studies (Curoe et al., 2003; Kralewski, Dowd, Kaissi, Curoe, & Rockwood, 2005) found that larger-sized and multispecialty groups exhibited lower scores on most dimensions of group practice culture (e.g., quality emphasis via peer control).

Subsequent studies found that group size was associated with employment of physician extenders (Kaissi, Kralewski, & Dowd, 2003), adoption of electronic health records, and the percentage of prescriptions sent electronically (Kralewski et al., 2008). Multispecialty practice was associated with e-prescriptions but not with use of extenders.

With regard to quality and cost, the researchers found no evidence that group size or specialty mix was associated with prescribing errors

(Kralewski, Dowd, Heaton, & Kaissi, 2005). Larger groups had higher costs per episode in one study (Kralewski et al., 1999), but equivalent levels of resource use in two others (Kralewski et al., 2000; Kralewski, Dowd, Xu, & Knutson, 2011). Multispecialty practice was associated with higher cost.

*Summary of Findings from Field Investigations*
Overall, the three investigations point to only limited benefits of group size. Any size effects that exist may occur only at high threshold levels of group size and may therefore be weak or non-existent in the vast majority of smaller groups. There also do not appear to be any consistent benefits to multispecialty practice. Indeed, the investigations support earlier conjectures that large multispecialty practices may incur bureaucratic and coordination costs that vitiate any benefits of scope. These findings are generally consistent with other research evidence that finds no effect of group size (Pham, Schrag, Hargraves, & Bach, 2005) and that structural characteristics of physician practices explain little variation in quality of care (Keating et al., 2004) and exert few consistent relationships (Greenfield, Rogers, Mangotich, Carney, & Tarlov, 1995).

### Summary: Scale and Scope Economies in Physician Practice

The literature reviewed finds limited evidence of scale and scope economies in physician practice. First, scale economies appear to be quickly reached by groups of 10 or so physicians; second, scope economies do not appear to exist or are weak at best. These findings suggest why there is a thick tail at the lower end of the size distribution of physician groups and why there has been no change in group specialty mix over time. This reinforces the survivorship hypothesis: if there were measureable advantages to scale and scope in physician practice, the physician practice landscape would have consolidated at the large end, and be dominated by large multispecialty physician groups. Rather, it appears that smaller and single-specialty practices dominate the medical group landscape because they are equally or more efficient than larger multispecialty groups. Moreover, like the distributions of practice size reviewed above, the results pertaining to physician scale and scope efficiencies appear fairly stable over time.[8]

The next section explores the benefits of vertical integration and the consequences of physician alignment with outside partners (e.g., hospitals, universities/medical schools, foundations, health plans). The analysis here shifts to groups occupying the upper tail of the size distribution.

# VERTICAL INTEGRATION

## *Types of Vertical Integration*

Physicians occupy a central position in the health care value chain that links payers, providers, and producers (Burns & Wholey, 2000, Figure 1). Several researchers have noted that physicians control (directly or indirectly) 80% or more of all health care spending via their decisions regarding inpatient admissions, specialist referrals, surgical procedures, diagnostic testing, and drug prescribing (Eisenberg, 2002; Sager & Socolar, 2005; Sirovich, Gallagher, Wennberg, & Fisher, 2008). They are also central because physicians are targets of marketing efforts undertaken by many players in the value chain (e.g., pharmaceutical, medical device, capital equipment firms). Finally, they are central to the provision of primary care, and are for most patients the initial point of contact with the health care system. Physicians thus serve as the air traffic controller directing the patient's flight plan across various delivery settings. (Though, to extend the metaphor, sometimes they monitor and guide the takeoff but delegate the landing to the family in the post-discharge, post-acute realm). This makes them ideal partners for employers, hospitals, and insurers in developing more economic care trajectories.

It is thus not surprising that many of these value chain participants might be tempted formally to incorporate physicians into their organizations to guide the flow of clinical resources. Physicians can be salaried and/or employed by hospitals, insurers, and employers, or they can be enmeshed in a rich matrix of subsidies, such as call pay, directorships, service contracts, incentive payments, gain sharing and the like that one might term "partial integration." The sections below explore some of the rationales for these various relationships.

## *History of Physician–Hospital Integration*

The physician–hospital relationship has had a fascinating and turbulent history (Burns, Goldsmith, & Muller, 2010). Yet federal health payment reforms over the past three decades have placed an increasing premium upon their closer collaboration. During the early 1980s, passage of the Medicare Prospective Payment System shifted hospital inpatient payment away from an a'la carte toward a prix fixe model, but left physician fee-for-service payment intact. This divergence in payment methods (now referred

to as a lack of financial alignment) led to increased hospital interest in partnering with their medical staffs. Nevertheless, such interest was typically confined to joint ventures and PHOs (Shortell, 1991); the 1980s saw little hospital movement toward physician employment. According to the AMA's Socioeconomic Monitoring System (SMS) Survey of a physician random sample, as of 1988, hospital employment of physicians was minimal (3.4% of non-federal patient care physicians), as was employment by universities/medical schools (4.7%). The most typical employer of a physician was another physician (Marder, Emmons, Kletke, & Willke, 1988).

During the early 1990s, the proposed Clinton health reforms called for the development of "accountable health plans" that were composed of providers (both hospitals and physicians) that were to contract on an at-risk basis with proposed new regional health alliances (formerly known as health insurance purchasing cooperatives) (Enthoven, 1993). The intention was to foster the creation of Kaiser-like group or staff model integrated health care enterprises that accepted what is now called global risk contracts. The prospect of this contracting model, which never came to fruition, stimulated a market panic in provider communities, and led to a proliferation of hospital−physician economic relationships: PHOs, management services organizations (MSOs) to provide services to independent physicians, hospital-sponsored or hospital-affiliated IPAs, group practices without walls, and direct hospital employment.[9] With the exception of the salaried model, the other models of physician hospital collaboration rose and then declined during that decade (Fig. 6).

As a consequence of the PPACA 2010, there has been renewed focus on vertical integration between physicians and hospitals. All of the economic models initially developed during the 1990s can support the physician infrastructure for ACOs: PHOs, MSOs, IPAs, salaried employment, as well as so-called "clinically integrated networks" of affiliated primary care and multispecialty group practices. Thus, there has been reversal of the downward trends observed in Fig. 6 going forward.

### Rationale for Vertical Integration

#### Academic Theory

Academic theory suggests several rationales for vertical integration in industry. These include minimizing the sum of production and transactions costs, for example, by fostering closer collaboration between adjacent stages in the value chain when the gains from their coordination under a



*Fig. 6.*   Physician Hospital Arrangements 1993–2011. *Source*: Peter Kralovec, Health Forum, American Hospital Association.

common hierarchy exceed the loss of scale economies from market-based transactions. Other rationales include reducing the threat of opportunistic behavior by trading partners, securing stable distribution systems for finished products, pooling of complementary assets, ensuring access to needed inputs (and blocking competitor access to those same inputs), and creating market power over buyers and suppliers (Besanko et al., 2000). In the health care instance, hospital–physician integration can theoretically lead to efficiency gains by lowering transaction costs and improving efforts to monitor, manage, and coordinate patient care.

*Provider Rationales*

Rationales for vertical integration in health services diverge somewhat from those offered by academic theory. During the 1990s, a period of frenzied vertical integration activity, the rationales included preparing for global risk contracting or capitation (e.g., by incorporating PCPs into hospital networks), increasing network size and geographic coverage to handle risk contracting, taking responsibility for the health status of the local population, offering a seamless continuum of care, responding to federal and state health reform legislation, and protecting and expanding the supply of physicians (Burns & Pauly, 2002). During the 2000s, some additional rationales

were added: mitigating competition between hospitals and their medical staffs, sharing the cost of clinical IT with physicians, helping physicians stabilize their incomes and supporting malpractice expenses, increasing the predictability of the physician's caseload with a desire to improve care, developing regional service lines, creating entry barriers to key clinical services, helping hospitals deal with physician shortages and recruitment needs, developing a branding and differentiation strategy, enhancing clinical quality, leveraging payers, and preparing for ACOs and the "triple aim" (Goldstein, 2005).

### Hospital versus Physician Perspectives

Moreover, the vertical integration rationales offered by hospitals and by physicians have often differed from one another (Burns & Muller, 2008). Hospital goals have centered on capturing outpatient market share, increasing hospital revenues and margins, increasing hospital leverage over pricing, improving care processes and outcomes, addressing pathologies in the traditional medical staff by "aligning incentives," increasing physician loyalty, and increasing physicians' incomes. For their part, physicians have sought increased access to capital and technology, greater physician influence (vis-à-vis payers), greater physician satisfaction, increased patient service quality, and increased incomes with reduced business risk. The overlap in the two sets of rationales seems to be limited to enhanced quality and increasing physician incomes.

### Benefits to Hospitals

From the hospital's perspective, physician alliances can generate increased inpatient admissions and outpatient visits, as well as consultations with hospital specialists through referrals. Many hospitals have utilized acquired physicians to build up outpatient volumes and revenues in the face of flat inpatient business. Medicare has reimbursed hospital-based outpatient care at much higher rates than similar care provided in the community: evaluation and management (E&M) visits were priced 80% higher, ambulatory surgical services were priced 74% higher, and outpatient imaging tests were priced 141% higher (MedPAC, 2012; Regents Health Resources, 2011). Commercial insurers may also face higher rates charged by hospital-acquired practices (Advisory Board, 2012). The result has been faster rates of growth in Medicare fee-for-service outpatient spending (37.0% during 2005−2010) compared to inpatient spending (9.4%), where admission rates have been flat.

Vertical integration with physicians can also theoretically improve hospitals' bargaining positions in the face of increasing HMO/managed care presence. Research from the 1990s showed that the presence of any hospital–physician contractual model, and especially tighter linkages such as employment, was associated with a higher percentage of hospital revenue from MCOs (Morrisey, Alexander, Burns, & Johnson 1996). Integration can also potentially help hospitals to succeed under pay-for-performance and shared savings models by improving cost control and quality of care; for example, physician employment might allow for greater collaboration, improved monitoring of quality of both physician and hospital treatment, and improved CMPs (Budetti et al., 2002; Madison, 2004; MedPAC, 2008).

In the absence of affiliation with local physicians, a hospital may be concerned that these physicians will affiliate with another hospital, develop their own risk contracting capacity through IPAs, or invest in physician-owned competitors such as ambulatory surgery centers or specialty hospitals which could divert patients and revenues, especially in competitive markets (Casalino & Robinson, 2003; MedPAC, 2008). Physician acquisitions can help hospitals deal with shortages of both primary care and (some) specialist physicians, as well as with decreased availability of physicians due to the historical trend among younger doctors to work fewer hours and decreased willingness to take call and work in the emergency room (Kirchhoff, 2013; Staiger, Auerbach, & Buerhaus, 2010). Acquisitions can thus facilitate the hospital's physician recruitment and medical staff planning strategies. Similarly, physician employment may allow hospitals flexibility to deal with either a continued fee-for-service environment or a possible shift to more risk-based contracting (Kocher & Sahni, 2011).

*Benefits to Physicians*

From the physician's perspective, vertical integration with a hospital may lead to additional income (e.g., through ancillary services, higher professional fees in hospital outpatient settings, or billable technical fees for hospital-based providers under Medicare), better access to insurers' networks and better payment rates, and improved lifestyle (MedPAC, 2008). The potential for gains from hospital–physician integration, however, is counterbalanced by the challenges of aligning the two parties' interests and incentives (Budetti et al., 2002). Many physicians may seek employment to limit their business risk, pay down their debts, or bridge to a planned near-term retirement on the hospital's salary guarantee. Many hospital CEOs report a marked fall-off in physicians' productivity as they transition from

70                                          LAWTON ROBERT BURNS ET AL.

private practice to hospital employment. They report some younger physicians choosing hospital employment solely for lifestyle reasons.

Physicians might also seek employment by hospitals to avoid bearing the costs of compliance with the HITECH Act (2009) requirement to demonstrate meaningful use of electronic medical records. In addition, employment may enable physicians to expand their group to afford new equipment and services, prepare for risk contracting, and seek safety from the impact of reform.

### Potential for Anticompetitive Effects

Hospitals formed IDNs with physicians during the 1990s to garner risk contracts and leverage insurers for higher reimbursement. The former strategy met with limited success; the latter strategy met with little in that decade. There is concern today that the main motivation behind hospitals' development of ACOs and acquisition of physicians isn't saving Medicare money, but generating more fee-for-service income. Academic researchers recognize that vertical integration can have significant anticompetitive effects (Gal-Or, 1999; Gaynor, 2006; Haas-Wilson & Gaynor, 1998a; Simpson & Coate, 1998). For example, if a hospital controls a large number of physicians in a region, this could limit the access of both health insurers and other hospitals to physician services and/or reduce acquisition opportunities for competitors or outside firms in the physician services market.

Such vertical integration and resultant market leverage might well be used by the hospital to increase the prices paid to its integrated physicians and hospital services by threatening not to contract with one or more local health plans; here, a competitive physician market is rendered less competitive through integration. In these cases, integration might lead to higher prices of hospital/physicians services and potential price discrimination (Simpson & Coate, 1998).

It is also possible that vertical integration does not have anti-competitive effects, if health plans and consumers have multiple choices of competing integrated networks in a given market. Vertical integration might promote competition when competing hospital−physician networks coordinate patient care to lower costs and improve quality, reduce their transactions costs, and pass along the savings to payers, forcing their competitors to match their efforts. This was the core thesis behind the "managed competition" model advocated by Enthoven (1993). The extent to which this happens is a vitally important research issue going forward.

We suspect that the current flurry of vertical integration activity will have a net anti-competitive and thus cost-increasing effect. First, as reviewed below, vertical integration in health services has been shown to lead to higher prices rather than lower prices. Second, there is a chorus of allegations about the anticompetitive nature of hospitals' efforts to acquire and employ physicians. These complaints are voiced by competitor hospitals, independent physicians, and commercial health plans (Advisory Board, 2013; Creswell & Abelson, 2012; Indest, n.d.). Such complaints (typically by insurers) often prompt Federal Trade Commission (FTC) or Justice Department investigations of anticompetitive conduct by physician−hospital combinations.

### *Prevalence of the Physician Employment Model in Hospitals*

There are multiple data sources on the level and diffusion of physician− hospital employment as well as non-employment integration strategies. Some of these data sources describe the models utilized by hospitals to align with their physicians. Fig. 6 depicts the rise and fall of most contracting vehicles (e.g., PHOs, MSOs, IPAs) during the 1990s and 2000s; the only model that has increased in prevalence is salaried employment by hospitals. This model has thus become the focus of interest to both providers and researchers.[10]

In addition to salaried employment of physicians, the AHA also tracks the prevalence of hospital systems that have integrated both physician and insurance components (cf. Bazzoli, Shortell, Ciliberto, Kralovec, & Dubbs, 2001; Bazzoli, Shortell, Dubbs, Chan, & Kralovec, 1999). The number of such systems nationally has consistently hovered around 40 despite the increase in systems from 325 in 2000 to 427 in 2010 (Burns, Wholey, McCullough, Kralovec, & Muller, 2012). We can find no research on the physician groups that comprise these systems; they are likely captured by the "other" ownership category in the MGMA database. Thus, even as systems have grown as a share of total hospital owners, the proportion of them participating directly in health insurance markets is falling.

### *Prevalence of Employed Physicians*

These surveys describe the percentage of US hospitals with the employed model, not how many physicians are involved. Estimates of the number and percentage of employed physicians vary widely. According to the AHA, the 2000−2011 period saw a 57% rise in physician employment. The

72                                              LAWTON ROBERT BURNS ET AL.

number of employed doctors (FTEs, part-time equivalents, and a small number of dentists) rose from 79,330 to 125,087. If one weights part-time physicians as half of full-time physicians, the number of employed doctors rose from 70,987 to 111,741. As a percentage of total US patient care physicians, the ranks of physicians employed by hospitals grew from 11.0% to 14.6%. The trend data on hospital employment of physicians are presented in Table 2.

Other trend data suggest similar sharp increases in the percentages of physicians employed by hospitals. Data from the AMA's *Physician Marketplace Report* reveals that the percentage of all physicians employed by hospitals rose from 7.7% in 1999 to 16.4% by 2007−2008 (Kane, 2004a, 2009). Based on periodic community surveys, CSHSC researchers reported a rise in physicians working as hospital employees in the 12 markets they track from 10.7% (1996−1997) to 12.0% (2004−2005) (Liebhaber & Grossman, 2007).

A portion of these employed physicians are hospitalists. There are no definitive data on the total number of hospitalists or the percentage employed by hospitals; some are employed by physician groups. A 2009 survey conducted by the Association of American Medical Colleges (AAMC) suggests that hospitalists comprise 9% (21,100−22,900) of PCPs

*Table 2*.    Physicians Employed by Hospitals (1998−2011).

| Year | Full Time MDs and DDs | Part Time MDs and DDs | Total Part and Full Time | Total FTE[a] MDs and DDs | Total FTE Residents |
|------|------|------|------|------|------|
| 1998 | 62,152 | 15,837 | 77,989 | 70,074 | 78,345 |
| 1999 | 62,570 | 17,484 | 80,054 | 71,302 | 77,796 |
| 2000 | 62,697 | 16,633 | 79,330 | 70,987 | 77,411 |
| 2001 | 61,972 | 16,734 | 78,706 | 70,324 | 77,731 |
| 2002 | 63,845 | 17,939 | 81,784 | 72,823 | 78,715 |
| 2003 | 61,956 | 18,752 | 80,708 | 71,335 | 77,813 |
| 2004 | 64,392 | 19,514 | 83,906 | 74,148 | 84,628 |
| 2005 | 67,792 | 20,592 | 88,384 | 78,096 | 83,823 |
| 2006 | 71,277 | 21,943 | 93,220 | 82,249 | 85,320 |
| 2007 | 76,785 | 23,875 | 100,660 | 88,681 | 92,311 |
| 2008 | 83,495 | 23,850 | 107,345 | 95,400 | 90,543 |
| 2009 | 85,634 | 26,412 | 112,046 | 98,840 | 94,729 |
| 2010 | 91,282 | 24,139 | 115,421 | 103,332 | 95,270 |
| 2011 | 98,323 | 26,734 | 125,057 | 111,741 | 99,458 |

[a]Computed by adding Full time MDs & DDs to one half of the part time MDs and DDs at hospital level. M.D.   Doctor of Medicine; D.D.   Doctor of Dentistry.
*Source*: Peter Kralovec, Health Forum, American Hospital Association.

and 4% (27,600−29,700) of physicians overall (Harbuck, Follmer, Dill, & Erikson, 2012). This total figure corresponds with the reported 2009 membership (28,177) of the Society of Hospital Medicine (SHM); by 2011, membership had reached 34,411 physicians.[11] Additional SHM data for 2000−2006 suggest that hospitals employed roughly one-third (33−34%) of all hospitalists, while physician groups employed another 14−24%. (The HealthLeaders survey similarly reported that 38% of hospitalists were hospital employees.) Applying this one-third statistic to the 2009 AAMC survey figures provides a point estimate of 9,200−9,900 hospitalists employed by hospitals in 2009. Between 2003 and 2009, the percentage of hospitals with a hospitalist group rose from 29% to 58%; the SHM now estimates that as many as 57% of hospitalists are now employed by IDNs.[12]

### Prevalence of Employed/Owned Physician Groups

Trend data (2003−2012) provided by MGMA, presented in Fig. 7, indicate a decline in the percentage of groups owned by physicians (from 83.2% to 72.5%), and a rise in the percentage owned by hospitals (from 8.3% to 13.6%), universities/medical schools (from 2.5% to 4.7%), and other



*Fig. 7.*    MGMA ACMPE Medical Groups by Ownership. *Source*: David Gans, Medical Group Management Association.

74                                    LAWTON ROBERT BURNS ET AL.

owners (from 4.1% to 7.4%). Trend data from the NAMCS, depicted in Fig. 8, show the changes in the distribution of practice ownership over the recent period (2008–2011). The major change has been the marked decline in physician ownership and the rise of hospital ownership (approaching 30% of practices in 2011).[13]

While the share of medical groups employed by non-physician firms (e.g., hospitals, payers, PPMs) in the MGMA database is small, their share of the MGMA member physicians has grown much more. As noted above, between 2003 and 2012 the percentage of hospital-owned groups increased from 8.3% to 13.6%; their share of MGMA physicians increased more substantially from 17.0% to 33.8%. This is because hospital-owned groups are much larger than the physician-owned groups. In fact, while the average sized physician-owned group in the MGMA database increased from 16.4 to 21.3 doctors (2003–2012), the average sized hospital-owned group nearly doubled from 64.3 to 120.6 physicians.[14] The average size of university/medical school-owned groups rose from 258.0 to 406.4, although their share of MGMA doctors remained flat (20.7% in 2003, 19.3% in 2012). Physician groups owned by "other" firms increased from 6.1% to 19.3% of the total; their average size skyrocketed from 46.1 to 143.8 physicians.



*Fig. 8.*   Distribution of Office Based Physicians by Practice Ownership. *Source*: National Ambulatory Medical Care Survey (CDC, 2007a, 2007b, 2008a, 2008b, 2010a, 2010b).

MGMA data further reveal that the increase in the right-hand tail of the size distribution of medical groups (groups with greater than 150 physicians) comes primarily from those formed by hospitals, universities/medical schools, and other firms. Between 2005 and 2012, there was a net gain of 236 groups with more than 150 physicians (from 199 to 435). As a percentage of all MGMA member groups, this represented an increase from 3% to 7% (hence, the use of "tail"). Of these 236 groups, 89 were hospital-owned, 95 were university/medical school-owned, 32 were other-owned, and only 31 were physician-owned. While some physician-owned groups experienced organic growth, they lost market share, particularly in the largest-size category.

## Performance of Vertically Integrated Arrangements Between Hospitals and Physicians

### Empirical Evidence: Impact of Vertical Integration on Prices

The effects of vertical integration on hospital prices are inconsistent. Cuellar and Gertler (2006) found that integration (via PHOs) was associated with an increase in prices for both indemnity and managed care patients; conversely, integration via IPAs and salaried models did not impact price. Ciliberto and Dranove (2006) found that integration of hospital−physician arrangements was not associated with significant changes in hospital prices. These contradictory results may be due to their different settings; Cuellar and Gertler studied integration in Arizona, Florida, and Wisconsin between 1994 and 1998, while Ciliberto and Dranove used data from California between 1994 and 2001 (Gaynor, 2006). Berenson, Ginsburg, and Kemper (2010) note that physician−hospital alliances fostered joint negotiations with payers and higher bargaining power in California.

Recent antitrust actions undertaken by the FTC highlight some of the possible issues related to practice acquisition. Along with the Attorney General of Idaho, the FTC has challenged the acquisition of a large primary care group by St. Luke's Health System in Boise (Federal Trade Commission, 2013). According to the FTC complaint, the acquisition would give the hospital a 60% share of the adult primary care market and lead to several negative downstream consequences. St. Luke's Health System could induce the newly acquired physicians to shift their admissions and specialty referrals to the hospital system and away from competitors. It could, in turn, charge higher prices to commercial payers who, facing such a dominant provider, would be unable to find alternative providers

and thus be forced to pay quasi-monopoly prices. Such higher prices would ultimately be passed onto employers (in the form of higher premiums) and patients (in the form of higher co-pays for patient visits and ancillary tests), and might lead employers to reduce health insurance benefits. Conversely, the higher rates charged along with the higher payments the hospital would receive from Medicare for hospital-based ambulatory care would be passed on to the acquired physicians in the form of higher compensation.

The FTC supported these allegations by citing the hospital's history of multiple group acquisitions and the higher prices charged payers in the local market. The FTC also alleged that St. Luke's documents admitted the employment strategy was designed to raise profits, not achieve lower costs. Moreover, by aligning, St. Luke's Health System and the physicians could each seek significant rate increases from payers, knowing the latter must contract with one or the other.

We should note that employment models are not alone in their anticompetitive conduct. Prior FTC investigations of PHO and IPA models also found market foreclosure and resulting higher prices charged to commercial payers (cf. *FTC vs. Piedmont Health Alliance*, *FTC vs. Evanston Northwestern Healthcare Medical Group*).

*Empirical Evidence: Impact on Hospital Cost and Quality*

Evidence regarding the impact of hospital−physician integration on cost and quality likewise remains scattered and ambiguous (cf. Burns & Muller, 2008). Cuellar and Gertler found that IPA, PHO, and salaried employment models of integration all failed to lower hospital costs. Madison (2004) found that patients treated in hospitals with salaried employment of physicians received more intense treatment (i.e., higher procedure rates), resulting in higher expenditures. Nevertheless, the effects are small, the results are limited to heart attack patients, and the findings come from the early years of hospital−physician integration. The Minnesota field investigations likewise found higher resource use and higher costs among vertically integrated groups (Kralewski et al., 2000; Kralewski et al., 2011). To the extent that physician employment/acquisition is driven by the desire to bill at higher rates in hospital outpatient settings, costs to Medicare are bound to rise. Given the 20% cost-sharing that Medicare patients bear, such arrangements also increase the prices to patients (Matthews, 2012).

With regard to quality, Madison found that unlike IPA and PHO models, salaried employment models were associated with lower hospital mortality rates. The NSPO field investigation found that ownership by hospitals and plans was one feature that distinguished medical groups in the

top versus the bottom quartile of performance in terms of care management and health promotion. A series of NSPO studies found that group ownership was associated with activities in health promotion, chronic care management, EMR adoption, use of chronic disease registries and CMPs, and use of patient and physician reminders; the results were oftentimes statistically insignificant, however. Ownership was also associated with an increase in CMP use over time. On the other hand, some NSPO studies found no effect of vertical integration on clinical IT capabilities in the group or the presence of patient-centered medical home processes in large groups. The Minnesota field investigations found higher rates of inappropriate emergency department (ED) visits and avoidable hospitalizations in the acquired groups.

*Empirical Evidence: Impact on Productivity and Profitability*
Research on the effect of integration on physician productivity and hospital profitability has produced mixed results. On the positive side, Wan, Lin, and Ma (2002) found that the presence of a PHO, MSO, or IPA model was associated with greater hospital efficiency (cost per admission, occupancy). Similarly, Goes and Zhan (1995) found that greater levels of financial integration between hospitals and physicians were associated with lower hospital costs and higher occupancy, but might result in lower operating margins. Integration with a multihospital system was not associated with hospital cost or occupancy, but was positively related to operating margin. By contrast, the NSPO field investigation found that hospital ownership of physician groups was not associated with better group financial performance.

On the negative side, Stensland and Stinson (2002) found that tighter forms of integration (i.e., where the hospital owns or manages the physician practice, similar to the MSO and employment models) in competitive markets resulted in decreased length of stay, inpatient admissions, and net income. In geographically isolated markets, integration decreased length of stay and increased admissions, with no impact on hospital profitability. In a similar vein, Burns, Gimm, and Nicholson (2005) found that hospitals that employed more than 140 physicians in the 1990s experienced significantly lower returns on total assets. Hospitals that invested $40 million or more in physician integration experienced significantly lower operating margins and return on assets. Hospitals that elected to acquire and salary physicians (as opposed to acquisition only, salary only, or no acquisition/salary) experienced lower total and operating margins and lower returns on assets between 1995 and 1999. Overall investments in integration (physician, hospital, health plan) and investments as a percentage of capital expenditures

were likewise significantly associated with declines in operating margins and returns on assets.

During the 1990s, analysts commonly observed that hospitals lost an average of $100,000 per acquired physician per year (Advisory Board, 1999). Most of these physicians were PCPs who were offered guaranteed salaried contracts with no performance incentives. Adding some validity to these figures, the bankruptcy proceedings of a large hospital system in the late 1990s revealed that its physician division of 500 + employed doctors lost $50 million annually. More recent data suggest that hospitals' operating losses on physician practices have widened well beyond inflation. In a survey of 189 hospital-sponsored multispecialty group practices, MGMA researchers found annual average losses of $189,910 per FTE physician in 2010 (Gans, 2012a); only 13 of the 189 reported that median total net income (excluding financial support per physician) was zero or positive. Conversely, physician-owned groups reported a total net income of $3,376 per FTE physician, after distributing most of the profit back to physicians as additional compensation (Gans, 2012a, 2012b). MGMA data from 2011 indicate median losses among hospital-owned groups of $174,430 per FTE physician, compared to a positive net income of $4,179 among physician-owned groups (Gans, 2012c).

Why have hospital-sponsored groups incurred such large losses compared to physician-owned groups? The answer does not appear to be the different financial environments they face. Recent MGMA survey data indicate that physician-owned and hospital-owned groups identify (a) financial management as their greatest challenge and (b) the same financial issues as most challenging.[15] These include dealing with rising operating costs, preparing for reimbursement models that place a greater share of financial risk on the practice, and managing finances with uncertain Medicare reimbursement. Different sized groups also cite similar financial challenges.

Instead, the answer may lie in the structure of the two sets of group practices and their management. Published 2010 data from the MGMA Cost Survey (2011 Report) reveal the hospital-sponsored groups include a higher percentage of PCPs (58% vs. 51% in physician-owned groups) who generate less revenue than specialists. Such groups also have more Medicaid patients (12.2% vs. 7.4%), slightly more charity care (1.3% vs. 0.3%) and self-pay (4.1% vs. 3.2%) patients, and fewer commercial patients (50.6% vs. 55.5%). Crucially, physicians salaried by hospitals exhibit 16−29% lower productivity (RVUs per physician). Collection rates are negligibly lower for employed physicians. This suggests that the reduced

income incentives associated with salary guarantees as well as adverse selection of less productive physicians from the broader physician community and larger than normal numbers of young physicians just building their practices may be the culprits.

Finally, the hospital-owned physician groups have much lower revenues from ancillary tests (lab, x-ray) and nonprocedural items (e.g., infused drugs, durable medical equipment) (Gans, 2012a, 2012c). This is because the hospital accounts for those revenues separately. Much of the economic impetus for salaried employment of physicians by hospitals has been to increase these so-called "ancillary revenues," which generate a significant fraction of hospital profits.

Unpublished 2011 data from the latest MGMA Cost Survey (2012 Report) provides additional insight into the performance differences between physician-owned and hospital-owned groups (Gans & Wolper, 2013). Researchers report that the top quartile of hospital-owned groups (in terms of overall performance) resemble the physician-owned groups in many aspects of their staffing and operations; both differ substantially with the bottom three quartiles of the hospital-owned groups. For example, the lower-performing groups employ fewer support staff (e.g., nurses) per FTE physician, provide less square footage of space per FTE physician, and have more branch clinics (with fewer physicians). Such differences in management and operational efficiency may explain the financial performance differences between hospital-owned and physician-owned groups. Many hospitals actually operate their "groups" as dispersed collections of solo and partnership practices where the only things that really change post-acquisition are the nameplates on the door and the source of the physicians' and office staff's W-2s.

Another explanation is the possible lack of due diligence by hospitals undertaking rapid practice acquisitions and information asymmetry between buyers and sellers. Some analysts argue that hospitals may lack transparency into the acquired group's clinical and financial performance due to the lack of robust IT inside the practice. The hospital thus lacks information on physician productivity and billing, and thus cannot accurately forecast cash flows (Baldwin, 2012). Beyond due diligence, hospitals may overpay physicians to avoid losing them to competing hospitals. To secure the transaction, hospitals may also acquiesce to the physicians' desire to remain in their current locations and retain their current staffing and systems.

This is not meant to imply that all hospitals with employed physicians sustain this level of losses. There are several illustrations (that we are aware

of) of hospitals that have eliminated their losses from their PCP divisions. Intermountain Healthcare (IHC), for example, focused on process improvement to solve concrete business problems within its employed practices. It benchmarked accounts receivable, staffing levels, and physician productivity across all medical sites. It thereby increased collected co-pays and appointments kept, and reduced days in accounts receivable (from 80 to 34; Phil White, personal communication). IHC also ensured that hospital overhead was not transferred to the physician division, that hospital pay scales were not imposed on physician practices, and that the division could develop its own strong clinical leadership and business infrastructure to manage operations.

*Empirical Evidence: Impact on Group Culture and Hospital Alignment*
The University of Minnesota studies found that hospital/health plan ownership negatively impacted most dimensions of group culture (e.g., collegiality, organizational identity, trust, autonomy). Hospital ownership is correlated with the number of specialties in the groups studied, leading to some multicollinearity between vertical integration and multispecialty mix.

Early research on physician alignment (e.g., trust, commitment) suggested limited and mixed benefits of vertical integration. On the one hand, Dukerich, Golden, and Shortell (2002) and Burns, Shortell, and Andersen (1998) reported that employment exerted an indirect effect on alignment, mediated by the perceived quality of the work relationship. On the other hand, researchers found that salaried roles failed to improve physician satisfaction or reduce physician−hospital conflict (Burns, Andersen, & Shortell, 1990).

A national study of physicians in eight integrated systems in the early 1990s compared the degree of physician−hospital alignment between doctors on the voluntary medical staff, doctors involved in contracting alliances (PHOs, IPAs, MSOs), and doctors in salaried models. The alignment of salaried physicians was significantly higher, due to the large sample size of the study; differences between the three groups of physicians were small, however. Most physicians expressed tepid relationships with their hospitals, regardless of the arrangement (Burns, Alexander, Zuckerman, Andersen, & Torrens, 1995). These data suggest that the different governance models of vertical integration (e.g., salaried models), virtual integration (alliance models such as PHOs and IPAs), and reliance on the traditional medical staff exerted little impact on relationships.

These results were subsequently validated in a study of 14 hospital systems and 61 hospital-sponsored medical groups. Burns et al. (2001) found

that membership in a PHO or IPA failed to increase the physician's commitment to the hospital system. By contrast, the salaried model increased the physician's commitment and identification with the system, as well as promoted greater citizenship behaviors. The impacts were statistically significant but small in magnitude, however. Alignment was not affected by the group's size or specialty mix (Alexander et al., 2001a, 2001b).

What explains the historical lack of alignment between physicians and hospitals repeatedly observed? One global reason is the historical tension that has existed between the hospitals and medical communities for nearly a century (Burns et al., 2010). Managers and professionals have profoundly different cultures and norms (Laufer, 2011; Shortell, 1991). Another explanation is the hospital's typical focus on structures to integrate doctors while sometimes ignoring the hospital processes that physicians find most dissatisfying.

As one example, a survey of physicians found that doctors perceive huge customer service gaps in three main areas: variable quality of physicians on the medical staff, adequacy of nursing staff, and efficient and timely scheduling of patients (VHA, 2003). As another example, Shortell (1991) reported the difficulties of developing trust to promote physician−hospital relationships. A third reason is the presence of third parties (e.g., PPMs, medical device firms) that compete with the hospital for the physician's attention, much in the manner of Georg Simmel's notion of tertius gaudens: "the enjoying third" (Burns, Nash, & Wholey, 2007). Finally, some research suggests that past hospital efforts to control physicians have spawned a union mentality among the medical staff, whose elected leadership saw its primary role as collectively representing the interests of the medical staff to hospital administration (VHA, 2002).

Most recently, Deloitte surveyed a random sample of 613 primary care and specialist physicians (Keckley, Coughlin, & Stanley, 2013). Regardless of their hospital relationships, physicians were pessimistic about the future of their profession, with 6 in 10 reporting that many of their colleagues will retire earlier than planned in the next 1−3 years. The three most satisfying attributes of their practices − patient relationships, protecting the health of individuals, and intellectual stimulation − do not seem to be emphasized in integrated models. Two attributes that might accompany such relationships − leading a team of health professionals and administering a complex health care organization − are ranked as the least satisfying. It is hard to imagine how hospitals might develop "alignment" among such a disillusioned group, given the historic lack of trust between the two parties (Burns et al., 2010; Laufer, 2011).

Three reports address the issue of *changes* in physician alignment that might follow from hospital integration efforts. Earlier surveys of Arizona physicians revealed an increase in physician−hospital conflicts in most areas studied, particularly those concerning nursing, ancillary services, and equipment requests (Burns, Andersen, & Shortell, 1993). In a second study, researchers tracked the alignment of employed physicians with the Allina Health Care System between 1995 and 1997 (Bunderson, Lofstrom, & Van de Ven, 2000; Van de Ven, Rogers, Bechara, & Sun, 2008). The physicians' commitment to the medical profession increased while their commitment to the hospital system decreased.[16] In a third unpublished study, researchers from the Center for Organized Delivery Systems (CODS) and Center for Health Management Research (CHMR) compared their surveys of physicians at three IDNs conducted at two points in time (1995, 1998) using comparable instruments. The level of alignment fell at each IDN. The researchers repeated the analyses for those physicians who responded to both surveys; the results were identical.

### Empirical Evidence: Impact on Clinical Integration

Clinical integration requires structures and systems to coordinate patient care across people, functions, activities, and sites over time. Common activities include population health management, disease and demand management, electronic patient records, common patient identifiers and patient registries, CMPs, clinical service lines, continuous quality improvement, and information systems to track utilization by patient and provider. According to one review, economic integration between physicians and hospitals does not automatically lead to functioning clinical integration (Burns & Muller, 2008).

One explanation may be that clinical integration infrastructure requires (a) substantial time and resource investments to develop and (b) a long time to realize positive gains from these investments. According to the NSPO study, between 2000 and 2006 larger physician groups (20+ doctors) increased their overall use of 17 different CMPs only slightly from 6.25 to 7.67 (Shortell et al., 2009). Ownership by a hospital or HMO was not associated with a scale of 19 clinical IT functions such as electronic registries and CPOE (Robinson et al., 2009). Ownership was associated with the use of CMPs (Shortell et al., 2009) as well as the presence of care coordination and quality/safety processes (Rittenhouse et al., 2011).

*Summary: Physician—Hospital Integration and Performance*
The evidence base raises major questions about the effectiveness of hospitals' vertical integration strategies, particularly the employment model. Many hospitals have pursued this strategy, and incurred losses on the practices themselves, in order to grow their inpatient and outpatient volumes and revenues (e.g., through higher prices). Past antitrust actions undertaken by the FTC suggest hospitals may have had some success with this strategy. However, there is little evidence that integration actually improves the value of the health system's "product," for example, that these arrangements improve the quality or lower the cost of services jointly delivered.

There is little evidence to date that integration satisfies another hospital objective: improved alignment between the two parties. Employed physicians express only slightly higher levels of alignment compared to those in strategic alliances and on the medical staff. In hospital administrator-speak, "alignment" is often a code word for control exerted through the employment relationship, not actual improvement in clinical service relationships. Many hospitals have used employment as a quick and easy way to develop closer working relationships with physicians which, in turn, might assist in care coordination efforts that, in turn, might help hospitals to achieve pay-for-performance and shared savings targets. This hypothesized causal chain of aspiration has too many untested and likely weak linkages to bear real fruit.

From their perspective, physicians may have sought employment relationships as an escape from the business risk of independent practice: for example, to avoid capital expenses needed to comply with the HITECH Act of 2009 (and its meaningful use requirements), to surmount the difficulty in renewing their practices with younger colleagues, or to cope with continuing payment reductions or the broader uncertainties posed by health care reform. Integration via employment may have helped physicians gain economic security, better payer contracts, and perceived safety, but at the cost of their clinical autonomy and perhaps some practice attributes they find most satisfying (Keckley et al., 2013). By seeking salaried employment, tens of thousands of physicians have successfully shifted most of their business risk to hospitals. It remains to be seen whether hospitals will generate a sustainable return on their investment in physician practice.

Over the longer term, both hospital and physician partners may find these relationships further strained by a double-whammy: continuing cuts to Medicare and Medicaid payments to providers (price-side effect) but also growing share of admissions accounted for by these public programs

(volume-side effect), which generate much lower operating margins. Indeed, between 2001 and 2011, the percentage of the non-elderly population covered by public programs rose from 15% to 22%, while the percentage covered by employers fell from 68% to 58% (Fronstin, 2012).

Nationally, the proportion of national health expenditures paid by the two big public programs Medicare and Medicaid (state and federal combined) accounted for 35.6% by 2011. Given the declining real dollar payment levels from the two public programs and their lower payment-to-cost ratios (compared to private insurance), hospitals may have difficulty financing their investments in physician practices. Hospitals may be faced with the prospect of unwinding some of these acquisitions, as they did in the late 1990s and early 2000s, or of dramatically restructuring the employment contracts with physicians to reduce operating losses.

In these contract renewals, hospitals could be pressuring their employed physicians both to do more (see more patients per hour, admit more patients from the ED, refer more patients in-network) and to do less (reduce lengths of stays, reduce inpatient costs in bundled payment, and gain-sharing programs). Managing these often conflicting incentives and economic pressures will create yet new strains in the relationship. Under the pressures of health reform, many hospitals may transition from their former role as "physician's workshop" to a new role as "physician's sweat-shop" (Burns et al., 2010; Creswell & Abelson, 2012; Laufer, 2011).

### Integration by Equity Capital: Single-Specialty Networks

Hospitals are not the only economic actor that has sought to acquire and consolidate physician practices. During much of the 1990s, hospitals competed with the investor-owned physician practice management (PPM) firms for such acquisitions. After the collapse of the PPM industry at the end of the 1990s, equity-based physician enterprises fell off the radar screen. However, formidable clinical enterprises, some publicly traded and others privately held, have since arisen to dominate certain single-specialty markets. These companies have created administrative support and contracting infrastructure around large single-specialty groups with franchises in local markets, and contract exclusively with hospitals to provide specialty coverage in their respective disciplines. Consultants suggest that acquisitions of specialists and private equity investments likely doubled between 2008 and 2012 (Kitchell & Hurst, 2011).

*Anesthesiology*

Such investments feed on the growing supply challenges and discontentment among several specialties. Anesthesiologists, for example, have suffered declining payment from Medicare, competition from substitutes (certified registered nurse anesthetists, or CRNAs), lack of evidence regarding superior outcomes of anesthesiologist-directed care, the threat of commodification of anesthesia services, pushback from hospitals on their requests for practice support, targeting of anesthesiologists as the deep pockets in malpractice cases and increased liability costs, medication shortages, and difficulties in demonstrating the value-added of their services.

In response, anesthesiologists have joined one of several equity-backed firms consolidating the specialty. Nearly all of them rely on the scale economies argument to justify their strategy. One of the most successful is Sheridan Healthcare, backed by the private equity firm Hellman and Friedman, which generated $140 million in operating earnings in 2012. Starting with anesthesiology, Sheridan has diversified into three other hospital-based specialties (emergency medicine, neonatology, radiology) and now employs 1,600 + physicians at 130 sites in 20 states.

Another successful anesthesiology company is Pinnacle Partners in Medicine. Pinnacle offers a network of 770 anesthesia providers and provides coverage at 130 hospitals, ambulatory surgery centers, and medical centers. Pinnacle aspires to be a national physician-owned organization of hospital-based practitioners. Physician members retain local management and control, and enjoy an equity stake in the firm. Pinnacle provides its physicians with back-office functions, large scale to help with contract negotiations with payers, and presumed scale economies.

Another major hospital-based physician company is publicly traded Mednax/Pediatrix. The Pediatrix Medical Group was founded in 1979 as a single entrepreneurial Florida-based neonatology practice. It has employed a similar, exclusive contracting model to operate the neonatal ICUs (NICUs) in over 300 hospitals nationally, and diversified into maternal and fetal medicine by creating a multi-site obstetrical group. In 2009, it merged with a large national anesthesia group similar in structure to Sheridan, and is publicly traded as MedNax with a market capitalization of $4.4 billion. Mednax employs over 1,675 specialists in neonatology (968 physicians), anesthesiology (308 physicians), maternal/fetal medicine (172 physicians), and pediatric cardiology (104 physicians), as well as 600 nurse practitioners. MedNax hopes to differentiate itself from other PPMs by participating in clinical trials, developing its own EMR and preparing publications from its own clinical information system, developing into a "patient safety

organization," and developing relationships with both hospital and surgeon customers.

### Oncology

The field of medical oncology also contains a dominant, investor-financed consolidator. US Oncology was formed through the 1999 merger of two large PPMs with multi-site oncology practices: American Oncology Resources (AOR) and Physicians Reliance Network. US Oncology functions as a classic PPM, operating and providing management services for 83 comprehensive cancer centers, and a national network of independent oncology practices composed of 1,300 physicians. The principal source of profits is physician-directed chemotherapy for cancer care, which accounts for roughly two-thirds of its revenues. US Oncology was taken private by Welsh Carson, a private equity firm in 2006 for $1.6 billion. In 2012, having grown to $3.5 billion in revenues, it was acquired by the diversified drug distribution and IT firm McKesson for $2.2 billion.

### Hospital Medicine

The fastest growing clinical specialty of the past 15 years has been hospital medicine. This discipline has also seen the emergence of large corporate actors consolidating the field. Nationally, there are now over 34,000 hospitalists, compared to less than 10,000 in 1995, at least one-third of whom are actually employed by hospitals. The largest consolidator in the hospitalist specialty is IPC − The Hospitalist Company, which employs over 1,250 full-time hospitalists. IPC was founded in 1995, and operates 180 medical groups which staff 350 hospitals around the clock, as well as 550 post-acute facilities. IPC is publicly traded on the NASDAQ and has a market capitalization of $803 million (as of May 13, 2013); its share price has risen 75% since 2010 ($24.69 on July 26, 2010; $43.28 on February 21, 2013). Other major actors in this space include Cogent, a privately held company that provides both hospitalist and intensivist staffing services through both Cogent-employed and hospital-employed physicians. Cogent claims to have 1,000 clinicians practicing in over 100 health facilities.

These large entities capitalize on the difficulties that hospitals and small hospital systems have in recruiting and retaining physicians to staff their 24/7 operations. While the groups are independent of hospitals corporately, they could not exist without hospital contracts. Whether through salaried physician groups or contracted physicians, the investor-owned companies are able to recruit from national specialty markets and offer attractive pay and benefits packages. They offer hospitals proprietary care management

tools and stability and consistency in staffing, in exchange for significant mark-ups on the professional time and services of their physicians.

## *Vertical Integration by Health Insurers*

*History*

Another form of vertical integration occurs between health insurers and physicians. One of the oldest and largest insurers in the US is the $50 billion group Kaiser Health Plan, which integrates physician care with hospital and other medical services for its 9 million members inside an insurance product envelope. Physician care is provided by the enormous multispecialty Permanente Medical Groups, whose leaders effectively control the Plan in each of its regions. Despite this 70 year long success story, however, most competing health plans neither employ nor are tightly linked to physician practices in the same way as Kaiser.

During the 1980s, several large insurers (e.g., PruCare, Aetna, Cigna, FHP) pursued a staff model physician employment strategy within their HMOs. Yet another health insurer, Humana, sprang fully blown from a successful hospital chain. Neither of these strategies worked well, as these insurers divested their physician and hospital assets during the 1990s; Cigna was an exception, retaining its Cigna Medical Group in the Phoenix market. Insurers encountered problems in matching enrollees with their staff model physicians geographically. Former indemnity insurers also had limited experience in managing physician practices and found that enrollees were more loyal to the doctors than the health plans.

During the 1990s, HMO-style plans shifted their physician strategy away from employment (staff model) toward more arms-length, contractual relationships (IPA and group models). Several staff model plans divested those groups during the past 20 years. Group Health Co-operative of Puget Sound spun off its staff model physicians into a Permanente-like medical group in the late 1990s, while Harvard Community Health Plan spun off its staff model physicians into Harvard Vanguard Medical Associates, now part of the Atrius Medical Group, the largest multispecialty medical group in New England. In both cases, the stated purpose of the separation was to encourage the physicians to become a self-governing enterprise with its own P + L and significant operating autonomy. Many physician clinics divested by other insurers, such as PruCare, Cigna, and Aetna, were subsequently acquired by the PPM firms that were ascendant in the early 1990s and went bankrupt by the end of the decade.

88                                          LAWTON ROBERT BURNS ET AL.

The HMO backlash of the late 1990s doomed many provider and insurer efforts to diversify into one another's domain. Since 1996, the managed care marketplace transitioned from primarily HMO models to PPO and point-of-service (POS) plans that relied on broad provider networks. To counter consumer resistance to the narrow networks found in HMOs, some integrated health plans focused on quality competition and improving patient outcomes, with a particular focus on preventive care. Ho (2009) provides evidence that Kaiser plans have a quality advantage (based on HEDIS scores) compared to local non-integrated plans in areas where Kaiser has expanded successfully. In addition, local competitor plans increased their quality as a result of Kaiser entry. Other physician group and IPA-sponsored health plans have taken a similar approach, and a disproportionate number of the health plans with 4.5 or 5.0 Star Medicare ratings are indeed physician sponsored or controlled (IPA or group models).

Even so, successful integrated plans like Kaiser have had difficulty expanding beyond their core markets. Kaiser attempted to enter seven new markets since 1980; by 2001, it had exited four of these (Ho, 2009). Physician−insurer integration was hindered by physician hostility to prepaid group practice, the absence of two of the three components of the traditional Kaiser model (dedicated medical group and owned hospital) in new markets, the difficulty in ramping up patient enrollment in the short term in order to compete, and, perhaps most critically, employers' preference to contract with a single insurer offering a menu of health plans (Gitterman, Weiner, Domino, McKethan, & Enthoven, 2003; Ho, 2009). Kaiser's plans were also not demonstrably cheaper than the less integrated plans against which they competed, providing no leverage to grow enrollment. In addition, requiring enrollees to switch to a restricted network of physicians proved a major constraint (Ho, 2009).

### Current Payer-Led Integration Efforts

In the past few years, in response to health reform, insurers such as Humana, WellPoint, and United Healthcare/Optum have purchased medical groups in efforts to cut costs by managing patient care and physician networks (especially specialist care) more tightly (Weaver, 2011). In December 2010, Humana paid $790 million to acquire Concentra, a chain of 300 urgent care and occupational medicine clinics in 42 states; in 2011, Humana followed up with additional acquisitions of primary care and occupational medicine clinics (Vesely, 2012). Humana also acquired a home health provider (SeniorBridge) and its 1,500 care managers for $72 million in 2011 as well as a chain of urgent care centers (NextCare) in 2011.

In August 2011, WellPoint paid $800 million to acquire the 26 clinics of CareMore in California, Nevada, and Arizona providing care for 54,000 patients, as well as its Medicare Advantage health plan.

In Pennsylvania, Highmark (the state's largest Blue Cross/Blue Shield plan) acquired not only the West Penn Allegheny Health System but also several large physician practices (Premier Medical Associates, Triangle Urological Group). Unlike the approach taken in hospital acquisitions of physician practices, Highmark reportedly will allow its employed physicians to have control over ancillary care and patient referrals. These acquisitions were intended to protect Highmark members from the possible loss of a contract with the University of Pittsburgh Medical Center, which fields a competing health plan.

In August 2011, United Healthcare's OptumHealth subsidiary acquired Monarch HealthCare (purchase price not disclosed), a multispecialty group practice comprising 2,300 physicians. The Monarch's acquisition precipitated an angry reaction from some of Monarch's other health insurance partners. Following the Monarch deal, Blue Shield of California (BSC) asked arbitrators to award it millions of dollars from Monarch in damages, claiming the group induced its patients to disenroll from BSC and join another insurance plan; Anthem Blue Cross also withdrew from a pilot ACO with Monarch. It was lost on many people that Optum and United Healthcare's insurance businesses are separately managed.

The Collaborative Care division of OptumHealth (which is the controlling owner of the practices) has established multiple integrated delivery models to contain hospital re-admissions, reduce unnecessary admissions, and substitute outpatient for inpatient care.[17] Collaborative Care has developed physician networks beyond those it operates directly to work with multiple payers, particularly Medicare Advantage plans. One network, Lifeprint, serves Medicare Advantage private plans in Arizona. Two other networks, Evercare and Inspiris, take risk for the continuum of post-acute care by focusing on nursing home and home health patients, respectively. Finally, in early 2013, Optum developed a partnership with Cornerstone Health Care, a large multispecialty group with 360 physicians in North Carolina, to create an ACO.

As of 2013, Optum had developed a network of 425 "affiliated" (e.g., employed) physicians (up from 350 in 2011) and 300 nurse practitioners and physician assistants in 90 primary care and urgent care clinics. Optum's network also includes an additional 4,500 "contracted" physicians, up from 1,500 in 2011, which Optum developed following its $1 billion acquisition of WellMed Medical Management Company which provides management

90                                    LAWTON ROBERT BURNS ET AL.

services to 4,000 physicians in Texas and Florida (Pricco, 2013). This twofold network model resembles a staff model organization with a wrap-around IPA. The network engages in risk contracts with payers, provides data to the physicians to help them with population health management, and offers higher physician compensation to handle care coordination tasks (Stapleton, 2012).

One exception to the growth trend has been Cigna. By 2011, Cigna had expanded its Phoenix Medical Group operations to 32 locations in the greater metropolitan area and employed over 131 physicians. In contrast, by early 2012, it had cut staffing by 100, including 15 of its physicians, and closed down several of the clinics and specialty services. The insurer report-edly retrenched, offering primary and preventive care services through its captive group, and contracting out for specialty care, in an effort to cut its overhead costs.

### Rationale for Payer-Led Integration

There are several rationales behind these acquisitions. First, insurers are positioning themselves for increased Medicare Advantage enrollment, which has been surging and will increase substantially with the retirement of the baby boomers, as well as for increased Medicaid enrollment follow-ing PPACA implementation in 2014. These two public programs represent the two biggest growth markets for insurers. The increased number of enrollees may be challenged to find PCPs to treat them, given the nation-wide shortage and falling physician participation in both public programs but particularly Medicaid. Physician practice acquisitions may give the insurers an edge in attracting and retaining enrollees.

Second, they are developing networks to help manage the care of the sickest patients — such as the chronically ill, the dual eligibles, and those with pre-existing conditions — which are the target of several initiatives in the PPACA. Several of these organizations (CareMore, Monarch) have extensive care management expertise geared to high-risk populations (Main & Slywotzky, 2011), and some (e.g., Monarch) have already been selected by the Centers for Medicare and Medicaid Services (CMS) to participate in the Pioneer ACO program. WellPoint may believe it can learn from and export the best practices of the CareMore model to its other markets; other ACOs in the US have tapped the CareMore model. Insurers' seeking out the sickest patients is a profound departure from the traditional risk-under-writing/avoidance strategies pursued prior to the enactment of health reform.

Third, some insurers believe that the only way to manage risk contracts and satisfy the dictates of value-based contracting is by owning the front end of (ambulatory) care and incentivizing their employed physicians to treat enrollees cost-effectively (Weaver, 2011). Insurers who have been engaged in data analytics, population health management, and disease management for several years may feel that they have an edge over hospital-based networks in delivering on these goals.

Fourth, some insurance executives believe their physician networks will better coordinate information and improve efficiency (Kirk Stapleton, personal communication). Physician employment inside risk-contracting networks can counteract the fragmentation inherent in fee-for-service and improve compliance with clinical protocols. Health plans intend to aggregate data tied to specific patients from their claims systems and present it to the PCP to help them manage the patient end to end. The system also improves measurable performance on quality measures and reduces practice variability, which not only increases efficiency but also positions the provider network to secure bonus payments based on quality metrics or potential shared savings.

Finally, insurers may be threatened by hospital efforts to develop captive physician networks and ACOs which might have as their real goal limiting insurer contracting options and increasing the prices charged them. Insurers may be vertically integrating back into the physician market to develop countervailing power and/or avoid being locked out (Terry, 2012).

## Summary

The above review suggests that vertical integration potentially benefits both hospitals and physicians. Physicians gain income security and sometimes increased income and a more satisfying lifestyle as well by shifting their economic risk onto hospital employers. Hospital employment of physicians may provide them market leverage over payers, which in turn generates higher payment rates and possibly increased profits. Recent evidence suggests hospitals invest these profits in technology to attract patients and physicians and to pursue more physician acquisitions. There is thus a positive relationship between integration, market power, and technology (Lake et al., 2003). What the data do not tell us at this point is the level of return on the hospital investment in vertical integration.

On the other hand, there is limited evidence for societal benefits of physician−hospital integration. Studies conducted over the past two

decades have investigated multiple outcomes of integration and found few positive results. There are concerns that such integration may lead to higher health costs (Berenson et al., 2010). Evidence on the effects of physician practice acquisition by equity investors and payers is limited; prior efforts in the 1990s failed, while recent efforts are too new to evaluate. What is clear, however, is that these financial partners have continued to invest heavily and built large provider networks.

# FAVORABLE RESULTS FROM HORIZONTAL AND VERTICAL INTEGRATION: SOME EXCEPTIONS

## Group Employment Models

This is not to say that large horizontally and vertically integrated physician groups are never successful, however. Prominent multispecialty physician groups such as Kaiser Permanente, Geisinger Clinic, Mayo Clinic, Cleveland Clinic, and others have created high performing organizations and high levels of integration among their physician and hospital administrative personnel. In surveys of two of these institutions, the lead author found unified clinical and administrative cultures. Using an instrument developed earlier (Beach, 1992), physician and administrative personnel were asked to allocate 100 points to a series of enunciated corporate values posted on the group's website in order to describe the group's culture. The value rankings of the medical and administrative hierarchies within each institution were nearly identical.

What explains why these systems are so tightly aligned and apparently effective in their markets? One obvious reason is that they have enjoyed a long history and sufficient time to develop such cultures. Table 3 lists the founding dates of many of these systems. They were typically founded as large multispecialty groups that became the core of their current IDNs, which in turn became physician centric, physician led, and physician dominated.

This suggests that searching for empirical evidence of the positive effects of integration in the more recently formed IDNs may be premature. It may take decades for the potential organizational and societal benefits to be realized.

It is important, however, to point out that in all these mature integrated organizations, the physician group was the core. Hospitals were not (and are not today) major stakeholder and decision-makers in these groups;

***Table 3.***   Group Employment Models.

| Group Employment Model Organization | Location | Startup |
|---|---|---|
| Bassett Healthcare | Cooperstown (NY) | 1927 |
| Billings Clinic | Billings (MT) | 1911 |
| Cleveland Clinic | Cleveland (OH) | 1921 |
| Geisinger Clinic | Danville (PA) | 1915 |
| Gunderson Clinic | La Crosse (WI) | 1891 |
| Guthrie Clinic | Sayre (PA) | 1910 |
| Henry Ford | Detroit (MI) | 1915 |
| Kaiser | Mohave Desert (CA) | 1932 |
| Lahey Clinic | Burlington (MA) | 1939 |
| Marshfield Clinic | Marshfield (WI) | 1916 |
| Mayo Clinic | Rochester (MN) | 1880 |
| Palo Alto Medical Clinic | Palo Alto (CA) | 1930 |
| Permanente Medical Group | Northern California | 1945 |
| Scott & White Clinic | Temple (TX) | 1897 |

*Source*: Minott, Helms, Luft, Guterman, and Weil (2010).

indeed, some like Marshfield do not even own a hospital. Instead, the hospital is a subsidiary of the physician enterprise and, in fee-for-service models and environments, functions as a capital accumulation device that retains earnings (for future investment) and protects surplus capital from being distributed back to physicians at year's end.[18]

The key strategic question is whether in the newer integrated delivery enterprises, the sponsoring hospitals will devolve authority and legitimacy to the physician groups they developed, and subordinate the hospitals' role to the professional values and objectives of their physicians. It is not appropriate simply to assume that these hospital founded IDNs will evolve seamlessly over time into Kaiser or Geisinger type enterprises, which are truly physician directed.

Many of these systems also developed in rural areas of Wisconsin, Illinois, Pennsylvania, and Texas, where they established dominant market shares and created entry barriers to other clinics as well as hospitals. Many also formed their own health plans, especially in the 1970s and 1980s. Historically, these systems have enjoyed stable and homogeneous leadership.

Finally, there is strong economic interdependence among the three arms of their IDNs: physician group, hospital, and health plan. The dominant physician group plays a major role in the hospital's admissions; the health plan's enrollees serve as the central supply of business to both physicians and the hospital. These economic ties are also often supplemented by (a) a

94                                    LAWTON ROBERT BURNS ET AL.

high degree of shared risk, reward, and ownership among the three entities, (b) overlapping boards among the three entities, (c) overlapping medical leadership among the three entities, (d) a common culture (e.g., academic, faith mission), and (e) presentation of a uniform face to the customer and community (Burns, 1999).

There have been at least four studies of employment models that highlight their cost and/or quality advantages. One analysis compared the levels of resource utilization across five "systems of care" combining practice setting, specialty mix, and payment method: solo/single-specialty groups (fee for service), multispecialty groups (fee for service), solo/single-specialty groups (prepaid), multispecialty groups (prepaid), and HMO (Greenfield et al., 1992). The results indicated that prepaid multispecialty groups achieved the lowest hospitalization rates and diagnostic costs per visit; conversely, they had the highest rates of office visits per patient day. The researchers attributed the advantages of such groups to their efficiency in out-of-hospital patient management, including off-hours physician call coverage. However, such groups typically received the lowest patient ratings of the quality of outpatient visits: overall care, technical care, personal care, and office waiting time (Rubin et al., 1993). Newhouse (1973) made the same observation four decades ago.

A group of Harvard researchers compared the quality of primary care rendered by physicians in integrated medical groups versus those in IPAs and in hybrids of the two (Mehrotra, Epstein, & Rosenthal, 2006). Quality measures reflected the quality improvement strategies utilized (e.g., data collection, use of practice guidelines, contact of patients who missed screening), as well as the percentage of patients receiving appropriate screening exams and preventive care. They found a gradient in quality that was highest in the medical groups and lowest in the IPAs. The differences in screening and receipt of preventive care persisted even after controlling for the presence of an electronic medical record and the use of quality improvement strategies. The researchers concluded that physician group models influence quality.

Researchers at the University of California − Berkeley similarly compared the level of adoption of clinical IT in organized medical groups with IPAs as part of the NSPO (Robinson et al., 2009). They found significantly higher adoption levels on most measures in groups compared to IPAs. As part of the same project, researchers also found higher levels of adoption of other CMPs.

Finally, the Medicare Physician Group Practice Demonstration analyzed the ability of 10 physician groups (many of them group employment

models) to simultaneously achieve quality targets and lower cost growth in order to earn bonus payments from CMS. While most groups achieved their quality targets, few earned the bonuses associated with lower cost growth. The two best performing entities were the Marshfield Clinic (which owns no hospital) and the University of Michigan's faculty practice plan (where one could plausibly argue that the hospital works for them, rather than the other way around) − both operating in high-utilization/high-cost Medicare markets. Annual savings per Medicare beneficiary were modest at best, and there was great variation in the savings (and losses) across the 10 groups. Most savings occurred in the treatment of dual-eligible patients: high-risk/high-cost Medicare patients too poor to pay their own deductibles and hence enrolled in Medicaid as well (Haywood & Kosel, 2011; Colla et al., 2012).

# VIRTUAL INTEGRATION INTO PHYSICIAN NETWORKS

The preceding section finds that the integrated groups often have higher levels of performance on utilization metrics or quality scores compared to IPAs. This is not meant to diminish the accomplishments of the latter, however. IPAs offer many advantages over the freestanding solo practices that they aggregate into physician networks.

### Historical Development

In addition to forming actual groups of co-located practitioners, physicians have also formed virtual groups among solo and small practices. Independent practitioner associations (IPAs) are collectivities of doctors that serve as managed care contracting vehicles.[19] IPAs developed in the mid-twentieth century as a competitive reaction of mainstream medicine to the growing threat posed by the nascent prepaid medical groups. One of the very first prepaid medical plans in the US developed in Clackamas County in the State of Oregon in the 1920s around an independent practice association. The California Medical Association encouraged its members to join IPA models of prepaid practice to compete with the Kaiser Permanente Medical Group model (Shouldice & Shouldice, 1978). IPAs were also often established by county medical societies and called Foundations for Medical Care (Starr, 1982). Research documents significant new development of IPAs beginning during the 1970s, reaching

1,500 in 1990, and as many as 4,000 in 1996, with an average of 300 physicians each (Haas-Wilson & Gaynor, 1998b).

Two publications from the NSPO project analyze a sample of 347−366 IPAs in 2003. Roughly one-fifth of these IPAs were owned by a hospital and/or an HMO, with higher levels of such ownership in California (Casalino et al., 2003; Gillies et al., 2003). Based on the CTS, the number of IPAs may actually have declined, evidenced by a drop in the prevalence of hospital-affiliated IPAs from 33% to 20% between 1994 and 2000 (Lake et al., 2003).

### IPA Benefits

IPAs are loosely integrated networks of independent physicians and physician groups that organize to accept some form of insurance risk from health plans − either professional capitation or full capitation. They provide two potential advantages to physicians: the opportunity to collectively contract with health plans, and an opportunity to gain some of the advantages of group practice shared services while maintaining physician autonomy. This form of "virtual" (contractual) integration has the potential to benefit from centralized administration, risk spreading, and leverage with health plans, while being easier to establish than integrated systems or large multispecialty groups due to lower start-up costs (e.g., physicians remain in their own offices).[20] IPAs can also achieve cost and quality improvements in quality through enhanced monitoring, utilization review, and case management, as well as physician incentives to remain productive (Casalino & Robinson, 2003; Haas-Wilson & Gaynor, 1998b; Penner, 1997).

The popularity of IPAs reflects their accommodation to the revealed preferences of employers for broad networks and to physicians' desire for independence. Because physicians retain their independence, however, IPAs are likely to lack the culture and organizational loyalty that characterize successful integrated systems such as Kaiser or Group Health Co-operative, which, could, in turn, limit their effectiveness (Center for Studying Health System Change, 1999).

### IPA Structure and Performance

#### Physician Selection and Practice Organization

Differences in the organization of medical practice found in IPA, prepaid medical group, and staff models have been documented by many researchers

over time (Greenfield et al., 1992; Rosenthal, Frank, Buchanan, & Epstein, 2001; Wholey & Burns, 1993; Wolinsky & Marder, 1985). Wolinsky and Marder used the AMA's Periodic Survey of Physicians to study active physicians in different office settings (e.g., prepaid group, fee-for-service group, IPA, solo practice). They found that physicians self-selected into different settings based on a host of criteria. Compared to IPA and (especially) solo doctors, prepaid group physicians (especially those from Kaiser) were more likely to report involvement in "the business side of medical practice" as important in their practice choice; prepaid group and fee-for-service group physicians were also more likely to mention "predictability of practice schedule" in their choice of settings, compared to IPA and solo doctors. Conversely, IPA and solo doctors were more likely to mention "personal autonomy" as important in their choice. They also found that such preferences shaped their practice patterns. For example, doctors who preferred predictable schedules worked fewer hours per week and devoted more time to scheduling routine visits; those who preferred personal autonomy worked more hours per week and devoted less time to scheduling routine visits.

Wolinsky and Marder also investigated the direct effect of the physician's practice setting on practice patterns. Patients of physicians in prepaid group settings spent more time waiting to schedule routine office visits, compared with patients seen by fee-for-service solo and group physicians; patients of IPA physicians were in between. The opposite pattern held for the length of patient office visits: fee-for-service solo and group doctors met the longest, while prepaid group doctors met the shortest, with IPA physicians in between. Despite these differences, the various practice settings were equivalent in the number of hours worked weekly by their physicians. There were, however, significant differences in utilization. Fee-for-service solo and group doctors had the highest professional expenses, closely followed by the IPA physicians; prepaid group physicians had much lower expenses. Prepaid group physicians also substituted more office visits for hospital visits, compared to other doctors. IPA physicians resembled fee-for-service group physicians in their utilization patterns.

In a similar vein, researchers from the Medical Outcomes Study (MOS) compared five systems of care in the late 1980s (described earlier) (Tarlov et al., 1989). One analysis found that IPAs had higher hospitalization rates than prepaid medical groups, but rates lower than other practice settings (Greenfield et al., 1992). IPAs also exhibited lower office visits per patient day, suggesting they were less capable of substituting outpatient for

inpatient care relative to medical groups. Alternatively, they may have been less concerned about resource consumption and more concerned about their lifestyles. IPAs also exhibited the lowest prescribing rates per patient, and incurred higher costs of tests per visit than the prepaid groups. On the other hand, compared to medical groups, IPAs typically received higher ratings by patients in terms of the quality of outpatient visits (Rubin et al., 1993). Finally, Safran, Tarlov, and Rogers (1994) showed that IPAs out-performed prepaid groups in terms of continuity and comprehensiveness of care (but not in terms of coordination). They found few differences between IPAs and prepaid medical groups in terms of provider's interpersonal accountability, treatment manner, or technical skill.

Wholey and Burns (1993) utilized a different survey database on the four types of prepaid HMO settings (group, staff, network, and IPA) and the physicians within them. Consistent with Wolinsky and Marder, they found that prepaid group models had lower levels of utilization (admissions, inpatient days) than did the IPA models. Prepaid group physicians also had the highest professional satisfaction and the lowest rate of patient complaints. Physician survey data revealed that the IPA doctors had the least interaction with peers and the medical director, and the lowest involvement in decision-making.

*Cost and Quality Outcomes*
The evidence on IPA performance is mixed. Friedberg et al. (2007) find that networks of physician groups produce higher quality care than non-affiliated practices. Similarly, Mehrotra et al. (2006) show that integrated medical groups provide higher quality care than IPAs, while the NSPO studies found that IPAs had lower levels of CMP use and less (more) developed IT capabilities for clinical (administrative) tasks. IPAs also scored lower than groups on activities dealing with health promotion, chronic care model implementation, use of health risk appraisals, use of chronic disease registries, and use of patient and physician reminders; many of these differences were not statistically significant. Finally, the NSPO studies found lower levels of clinical performance among the IPAs.

With regard to cost containment, IPAs may be disadvantaged relative to organized groups in managing capitated risk, particularly on the inpatient side where the single largest expenditures are incurred. To be fair, some IPAs may be unable to contract with hospitals on a capitated basis, and thus are restricted to capitation of professional services. Rosenthal et al. (2001) found that organized medical groups are more likely to have affiliations with hospitals or medical foundations (44% vs. 10%), to have a

primary or preferred hospital (96% vs. 85%), and to have a smaller number of preferred hospitals (two vs. three) where patients are channeled.

### From "Either/Or" to "Both/And"

As Collins and Poras (1994) long ago pointed out, competitive advantage often comes from combining features that are seemingly in conflict, requiring executives to shift mindsets from either/or to both/and. Despite their historical competition, IPAs are not antithetical to medical groups. During the past few decades, medical groups have often used IPA networks as "wraparounds" for several reasons: to provide additional scale (i.e., more physicians), to provide increased geographic coverage (i.e., more delivery sites), to provide greater flexibility to physician coverage, to channel increased patient volume through a limited number of specialists (and thereby achieve greater coordination, lower transaction costs, and increased group bargaining), and to open new referral channels to the core medical group (Rosenthal et al., 2001). IPA wraparounds may also enable medical groups to keep more patient referrals "in network" and thus promote cost containment in a likely shift to capitated (risk) contracting. In their study of California, Rosenthal et al. (2001) found that wraparound models devote only 10% of professional spending to out-of-group referrals, compared to 18% in stand-alone medical groups. The IPA component absorbed 43% of the total revenues flowing into the core medical group. Large integrated group practices like HealthCare Partners have successfully employed wraparound IPAs to strengthen their bargaining position with payers, in both established and new markets, suggesting they have scale economies based on leverage.

This hybrid model makes sense given the preponderance of IPAs in some large markets, and thus their availability as contracting partners to (relatively) smaller organized groups. Two studies have found that IPAs outnumber medical groups in the State of California (Gillies et al., 2003; Rosenthal et al., 2001). Of the 153 physician organizations surveyed, Rosenthal et al. found that 53% were IPAs, 16% were medical groups, and 31% were hybrids. The IPA and hybrid model they studied were also much larger in size than the core medical groups in mean number of physicians (364 vs. 379 vs. 209), median size (236 vs. 203 vs. 93), and percentage of PCPs (30% vs. 20% vs. 27%). The wraparound model is also consistent with the dominance of IPA and network model HMOs, while staff models have decreased in number.

100                                    LAWTON ROBERT BURNS ET AL.

### Illustration of the IPA's Advantage

The nation's largest IPA, Hill Physicians Medical Group (HPMG), has been successful in improving patient outcomes and practice efficiency while creating market leverage for their physician membership. The IPA includes over 2,000 physicians in both the San Francisco and Sacramento metropolitan areas, encompassing practices of varying sizes, but predominantly solo and partnership practices. An active physician board oversees HPMG in partnership with a management company that provides administrative coordination, management services, technology infrastructure, claims processing, and negotiation and utilization management for payer contracts. Hill's physician board has led efforts to improve electronic health records and other IT and put in place innovative care management programs incorporating predictive modeling to identify at-risk patients. Hill also coordinates post-hospital follow-up by nursing case managers to prevent repeat emergency room visits.

HPMG uses financial incentives (pay-for-performance) to reward physicians for resource utilization, clinical performance, and participation in the IPA's initiatives. HPMG's experience suggests that key factors in making the IPA successful included gaining physician trust by demonstrating concern about physician satisfaction and promoting communication and offering upfront monetary support to establish systems such as IT (Emswiler & Nichols, 2009). HPMG has also succeeded in obtaining higher payment rates from payers, which it has used to reward its physicians and maintain their loyalty.

## CONCLUSION: A TALE OF TWO TAILS

Looking back to the prior review of physician organizations in this volume (Burns & Wholey, 2000), we can now assess what has remained the same, what has changed, and how the earlier conclusions need to be updated. Three similarities exist between now and then. First, the physician sector still remains the least consolidated portion of the health care value chain; the vast majority of doctors continue to practice in small groups and solo settings. Second, physicians still confront a variety of options for consolidation, including horizontal consolidation with one another and vertical integration with other partners. Third, there continues to be an extremely thin evidentiary basis for recommending any particular approach.

Some major changes are also evident. First, amid signs of stability among the mass of physicians, physician markets are in flux. At the lower end of the distribution of group practice size, there is a long fat tail (composed of a large number of very small groups) that has undergone only modest change. At the other end of the distribution, there is a short skinny tail (composed of a small number of very large groups) that has undergone significant recent growth.

The percentage distributions of physician practice size mask four important features of this tail. First, there are a small number of very large groups. Second, the size of these groups is growing more rapidly than other groups, due primarily to hospital sponsorship. Third, there is an increasing number of these large groups, reflecting the growth in the total number of group practices in the last few years. Fourth, these groups have grown through the investment by non-physician owners (including private equity firms, health insurers, and others), in contrast to the slower organic growth of the physician owned groups via horizontal integration. This implies that the future shape of this tail may remain dependent on external (e.g., non-physician services) subsidy flows both for growth and continuing operation.

What can we conclude from these two tails? The persistence of the lower tail may be due to the lack of demonstrable scale and scope economies in physician practice. Or it may simply be that this tail has persisted as the dominant pattern of physician organization in the US, subject to gradual loss of market share and erosion of its economic position. Whether practices in this tail can find the economic resources to renew themselves (e.g., recruit and sustain younger colleagues) remains to be seen. IPAs might have assisted the physicians practicing in this tail in remaining viable in the face of managed care growth, but not given them the resources or leverage to prosper long term. It is entirely possible this tail erodes sharply as the baby boomer doctors who comprise perhaps two-thirds of these smaller practices retire in the next decade.

Likewise, the growth of the upper tail does not appear to be based on measurable economic returns generated within the physician marketplace. There is no evidence these large groups have been able to achieve scale and scope economies from their clinical operations (production-side economies). Rather, we believe they have been formed by hospitals and IDNs for reasons extrinsic to the physician market effects: to build up outpatient hospital utilization or inpatient market share, to leverage insurers for more favorable contracts and rates, or to position the owner for a transition away from fee-for-service payment by Medicare or commercial insurers. Indeed, the Department of Justice has already investigated several of the

hospital-formed groups as well as some large single-specialty networks that contain 50−70% of all doctors in that specialty in the local/regional market for possible anti-competitive effects.

As our economist colleagues would say, we may have an equilibrium with two very different configurations of firms (and likely of products too) that reflects both demand and supply side differences. On the demand side, perhaps the answer lies in differences in the groups' customers. Some patients may want to coordinate their own care by dealing with separate and smallish practices, while some others want to deal with a large multi-specialty practice or health insurer, for that matter, that coordinates care for them (whether they want it or not). There is some evidence of favorable patient selection into multispecialty groups (Weeks et al., 2010).

Alternatively, on the supply side, there is variation in firm size and managers' ability to run firms of different sizes. This may help to explain why technical economies of scale (where they exist) are not the full story. Or perhaps physicians have preferences regarding group size and what proportion of their relationships with other physicians they want coordinated within the firm or by the market. Or, perhaps doctors respond differently to within-firm incentives: some cease being productive if they get a salary versus productivity-based rewards, whereas others work just as hard and prefer the security of a predetermined salary. Or there may be generational differences in physician needs from various practice settings (need for economic security or work life balance) that predispose physicians to make different choices of practice settings. We need a theory of variation in consumer or physician preferences across different markets and practice settings to test these alternative explanations.

Interestingly, each tail could be (and has been) characterized as the more agile and adaptive to changes in the health care system: the lower end due to small practice sizes and low bureaucratic mass of their practices, the upper end due to the enhanced ability of their practices to organize new service offerings and manage risk. It is not clear at this point how each tail will fare competitively going forward. Practices in the upper tail appear to incur higher operating costs that require some compensating benefits in order to survive and thrive. Such benefits as economies of scale, which are often presumed to exist, do not appear to have been achieved thus far on a consistent basis, even in the medium or long term. If they are achieved, it may be due to management efforts and execution in spite of potential diseconomies of practice scale.

Regardless of whether groups in the upper tail enjoy any scale or scope economies, it is not clear whether they will be able to sustain their recent

growth in the absence of external capital. Such capital − which is needed to aggregate, integrate, and wire the practices − has been supplied by hospitals, insurers, and equity firms. The lesson of the 1990s is that such external capital sources can quickly dry up. Should history repeat itself during this decade, the survivorship principle exhibited by the lower tail of physician groups will be further supported.

Enhanced market power may be another benefit to the vertically integrated physician enterprises that regulators may have trouble confronting across a wide provider landscape. Further research on this question is needed. As long as vertically integrated arrangements are able to charge and receive higher prices, they may be able to continue making the subsidy investments that enabled them to grow in the first place. However, as the insurance landscape tilts more to public payers and administered pricing, such arrangements will be increasingly challenged to deliver on quality and cost containment metrics that have proved elusive to them in the past.

While integrated systems such as Kaiser, Mayo, and Geisinger remain a "counter-culture" in delivery of health care services (Goldsmith, 2002), huge new physician enterprises are emerging at the upper tail of group size that are major players in rapidly tightening health services markets. Some are backed by powerful, regional hospital systems. Others are backed by private equity investors and are even traded on public stock exchanges. The deeply ingrained history, mission, organization, and culture of the classic integrated care systems make them difficult to replicate in the current setting of small-group practices and fragmented care (Gitterman et al., 2003; Mechanic, 2010). However, the newer organizations appear to be more suited to a changing health care landscape that is consolidating on a large scale and is capable of managing risk.

The implementation of the Affordable Care Act is ushering in a new era that focuses on coordinating care and reducing overutilization. Whether this care coordination will result in new payment paradigms for Medicare or commercial insurance, like ACOs or bundled payment, is unclear. Past experience and the lack of consistent evidence on the impact of various organizational strategies (e.g., horizontal integration, vertical integration) suggest that widespread success in cost containment and quality improvement will be challenging. This point is further emphasized by evidence that the vast majority of the variation in patient costs is due to patient-specific factors, rather than to the delivery system and its organization (Reschovsky, Hadley, Saiontz-Martinez, & Boukus, 2011). Policymakers and providers may likely require a more systematic approach to organizing provider delivery systems and incentives.

104                                        LAWTON ROBERT BURNS ET AL.

## NOTES

1. According to Marder and Zuckerman (1985, Table 1), positions in groups of 100+ physicians constituted only 8.6% (1965), 9.7% (1969), 14.1% (1975), and 21.4% (1980) of group practice physicians. According to Table 1, that percentage reached 24.8% by 1988.

2. Some of the later data are not entirely comparable with the earlier data, so care must be taken in interpreting the trends. Nevertheless, many of the years parallel those reported in the *Physician Marketplace Report*.

3. NAMCS data are also available for two earlier years (1999, 2002). The CDC reported that some of the statistics did not meet standards of reliability or precision. They are therefore omitted here.

4. The last statistic suggests a near doubling in the prevalence of large groups. MGMA researchers believe the number of very large groups is overstated by approximately 20% due to double counting of some groups (David Gans, personal communication).

5. Some consultants argue that the small size of many practices provides physi cians the agility to more easily adapt to market changes due to their simple govern ance structures, thus explaining their persistence over time (Isaacs & Jellinek, 2012). An alternative explanation, per Balzac, might be that the small are difficult to crush because they lie so flat beneath the foot. In addition to retaining small sized prac tices, some physicians have developed "micropractices" with little or no office staff and patient amenities to reduce overhead costs. Others have shifted to concierge practices to avoid third party payers (see Isaacs & Jellinek, 2012).

6. Alternatively, physicians may be too stubborn to throw in their cards and admit they are losing the game. Many solo practitioners and two person partner ships persisted after 2008 because they lacked the financial resources to retire, and have remained trapped in the lower tail of the distribution.

7. Not all of these reasons may be true, however. Leaders of single specialty groups report they have little or no ability to negotiate higher rates from payers (at least in the early 2000s). Moreover, the retreat from HMOs and capitation at the end of the 1990s may have shifted physicians' organizing efforts away from multi specialty to single specialty groups for several reasons: there was less of a need to belong to groups with primary care physicians (PCPs) to coordinate care, specialists generate higher revenues than PCPs and thus do not need to share their fees with them, and there are less complex governance mechanisms in single specialty groups.

8. Recent research to generalize Reinhardt's (1972) production function for physician services reaches a similar conclusion. Thurston and Libby (2002) find that the technical relationships that describe the production process for physician ser vices (the impact of capital, physician labor, and non physician labor inputs on patient visit output) are stable over time (1965−1988). This stability holds despite the fact that the external market for physician services changed drastically (e.g., introduction of Medicare, the Prospective Payment System, managed care) during the time interval. The authors conclude that physician practices continued to treat patients in the same way they always had.

9. While the majority of IPAs are physician owned, roughly one fifth are hospi tal owned (Casalino et al., 2003; Gillies, Shortell, Casalino, Robinson, & Rundall,

2003). We discuss them in greater detail in a later section on virtual integration. In addition to these models, physicians and physician groups can also enter into con tracts with hospitals to cover specific clinical service areas such as radiology, anesthesiology, or pathology. Such physicians have traditionally been labeled as hospital based practitioners. Data from 2010 published by the American Hospital Association (AHA) indicates that 7% of US physicians have individual contracts and another 20% have group contracts with hospitals (American Hospital Association, 2012).

10. The AHA data in Fig. 6 suggest that roughly one third of hospitals operate an employed model. The one third estimate seems low compared to much higher prevalence rates frequently reported in the trade literature. For example, the Community Tracking Study found that 65% of hospitals in the 12 markets they followed owned physician practices in 2000−2001 (Lake, Devers, Brewster, & Casalino, 2003). According to Peter Kralovec, who maintains the AHA's database, both the percentage of hospitals with the salaried model and the number of physi cians in such models have grown only slowly. Conversely, a recent survey by HealthLeaders of medical staff leaders suggests the employed model is now found in most hospitals alongside the traditional voluntary medical staff: 78% of surveyed hospitals offer full employment, 67% offer the traditional voluntary medical staff, 63% offer paid directorships, and 25% offer clinical co management (Cantlupe, 2010). These findings diverge from the AHA statistics likely due to the small sample size in the HealthLeaders survey and the tendency to respond based on having an employment model.

11. The authors thank Professor Guy David and Mr. Joseph Miller, Senior Vice President at the Society of Hospital Medicine for supplying these data.

12. The 58% figure is much higher than the AHA's data suggesting one third of hospitals use an employment model. The discrepancy is likely due to (a) the fact that AHA data on hospitalists do not discriminate whether they are hospital employed or (b) the possibility that hospitals do not consider them when they report the various physician affiliation models they utilize.

13. The HealthLeaders survey reveals that over 50% of hospitals employ no more than 20% of their physicians, although there is a long tail in the distribution: 6% of hospitals employed no doctors, 46% of hospital medical staffs contained 1−20% employed doctors, 20% of hospital medical staffs contained 21−40% employed doctors, 7% of medical staffs contained 41−60% employed doctors, 6% of medical staffs contained 61−80% employed doctors, and 15% of medical staffs contained 81−10% employed doctors (Cantlupe, 2010).

14. As a percentage of all MGMA members, physician owned groups dropped from 43.6% to 35.9%. Data collected by the pharmaceutical firm Sanofi (2013) also shows a size advantage for hospital owned over freestanding medical groups. The former are 50% larger than the latter; the differences are most notable in the largest size category they measure (20+ physicians). Twenty percent of hospital owned groups have 20 or more doctors; among independent groups, only 9% have 20+ doctors. Hospital owned groups are more likely to be multispecialty (55%) com pared to independent groups (40%). Overall, roughly one quarter of all medical groups tracked are affiliated with hospital systems. *Note*: In 2004, Sanofi merged with Aventis, which historically maintained the database.

15. The authors thank Dave Gans for sharing the survey results.

16. These aggregate trends masked some important differences, however. The Allina physicians who joined the employed group and moved through the "grieving process" of losing their autonomy became important contributors to the group and exhibited an increase in organizational commitment; those who joined the group and bemoaned the loss of their autonomy (and thus delayed the grieving process) stalled the integration process and led to a sharp decrease in organizational commitment.

17. The authors thank Chad Peel for verifying the Optum information presented here.

18. It is possible, of course, that more hospital centric systems that dominate their local markets − such as Advocate and Partners Health Care − may accumu late wealth over time (extracted from payers), invest it in their owned and affiliated medical groups, and make them just as successful.

19. IPA model HMOs are not the same as IPA physician organizations. The former developed rapidly in the mid and late 1980s along with the managed care revolution, and became the dominant physician staffing model for HMOs. The latter arose primarily during the 1990s as one model of integrated delivery network integration between physicians and hospitals.

20. Of course, the high entry rates of IPAs may be matched by high exit rates, which occurred during the 1990s (Haas Wilson & Gaynor, 1998b; Kirchhoff, 2013).

# ACKNOWLEDGMENTS

The authors thank Mark Pauly, Stephen Shortell, and John Kralewski for their comments on this chapter. They also thank Peter Kralovec at Health Forum, David Gans at the Medical Group Management Association, and Esther Hing at the Centers for Disease Control and Prevention for making available much of the data reported here.

# REFERENCES

Advisory Board. (1999). *Stopping the bleed: Executive briefing*. Washington, DC: Health Care Advisory Board.

Advisory Board. (2012). *The power of joining a hospital network: Physician docs raise rates*. Washington, DC: Health Care Advisory Board.

Advisory Board. (2013). *Doctors offer 'survival tools' to avoid affiliations with hospitals*. Washington, DC: Health Care Advisory Board.

Alexander, J. A., Maeng, D., Casalino, L. P., & Rittenhouse, D. (2012). Use of care manage ment practices in small and medium sized physician groups: Do public reporting of physi cian quality and financial incentives matter? *Health Services Research*, *48*(2), 376−397.

Alexander, J. A., Waters, T. M., Boykin, S., Burns, L. R., Shortell, S. M., Gillies, R. R., Budetti, P., & Zuckerman, H. S. (2001a). Risk assumption and physician alignment with health care organizations. *Medical Care*, *39*(7), I46−I61 [Physician System Alignment Supplement].

Alexander, J. A., Waters, T. M., Burns, L. R., Shortell, S. M., Gillies, R. R., Budetti, P., & Zuckerman, H. S. (2001b). The ties that bind: Interorganizational linkages and physician system alignment. *Medical Care*, *39*(7), I30−I45 [Physician System Alignment Supplement].

American Hospital Association. (2012). *AHA hospital statistics 2012 edition*. Chicago, IL: American Hospital Association.

American Medical Association. (1933). Private group practice. *JAMA*, *100*, 1605−1608, 1693−1699, 1773−1778.

American Medical Association. (1940). *Group medical practice*. Chicago, IL: American Medical Association.

Bailey, R. M. (1968). A comparison of internists in solo and fee for service group practice in the San Francisco Bay Area. *Bulletin of the New York Academy of Medicine*, *44*, 1293−1303.

Baldwin, G. (2012). The price of I.T. progress? *HealthData Management*, May 1. Retrieved from http://www.healthdatamanagement.com/issues/20_5/hospital physician i.t. information technology ehr 44378 1.html. Accessed on May 25, 2013.

Bazzoli, G., Shortell, S., Ciliberto, F., Kralovec, P., & Dubbs, N. (2001). Tracking the chan ging provider landscape: Implications for health policy and practice. *Health Affairs*, *20*(6), 188−196.

Bazzoli, G., Shortell, S., Dubbs, N., Chan, C., & Kralovec, P. (1999). A taxonomy of health networks and systems: Bringing order out of chaos. *Health Services Research*, *33*(6), 1683−1717.

Beach, L. R. (1992). *Making the right decision: Organizational culture, vision, and planning*. Englewood Cliffs, NJ: Prentice Hall.

Bellows, N. M., McMenamin, S. B., & Halpin, H. A. (2010). Adoption of health promotion practices in a cohort of U.S. physician organizations. *American Journal of Preventive Medicine*, *39*(6), 555−558.

Berenson, R. A., Ginsburg, P. B., & Kemper, N. (2010). Unchecked provider clout in California foreshadows challenges to health reform. *Health Affairs*, *29*(4), 699−705.

Besanko, D., Dranove, D., & Shandley, M. (2000). *The economics of strategy* (2nd ed.), New York, NY: Wiley.

Boan, J. A. (1966). *Group practice*. Ottawa, Canada: Royal Commission on Health Services.

Boukus, E., Cassil, A., & O'Malley, A. S. (2009). *A snapshot of U.S. physicians: Key findings from the 2008 Health Tracking Physician Survey*. Data Bulletin No. 35. Center for Studying Health System Change, Washington, DC.

Bradford, W. D. (1995). Solo versus group practice in the medical profession: The influence of malpractice risk. *Health Economics*, *4*(2), 95−112.

Bradford, W. D., & Martin, R. E. (2000). Partnerships, profit sharing, and quality competition in the medical profession. *Review of Industrial Organization*, *17*, 193−208.

Brown, D. M. (1988). Do physicians underutilize aides? *Journal of Human Resources*, *23*(3), 342−355.

Budetti, P. P., Shortell, S. M., Waters, T., Alexander, J. A., Burns, L. R., Gillies, R. R., & Zuckerman, H. (2002). Physician and health system integration. *Health Affairs*, *21*(1), 203−210.

Bunderson, J. S., Lofstrom, S. M., & Van de Ven, A. H. (2000). Conceptualizing and measur
    ing professional and administrative models of organizing. *Organization Behavior Research*,
    *3*(4), 366−391.
Burns, L. R. (1999). Polarity management: The key challenge for integrated health systems.
    *Journal of Healthcare Management*, *44*(1), 14−31.
Burns, L. R., Alexander, J. A., Shortell, S. M., Zuckerman, H. S., Budetti, P., Gillies, R. R., &
    Waters, T. M. (2001). Physician commitment to organized delivery systems. *Medical Care*,
    *39*(7), I9−I29 [Physician System Alignment Supplement].
Burns, L. R., Alexander, J. A., Zuckerman, H. S., Andersen, R. M., & Torrens, P. (1995).
    Make, buy, or ally: Impact of governance mode on trading partner alignment. Paper pre
    sented at Annual Meeting of Association of Health Services Research.
Burns, L. R., Andersen, R. M., & Shortell, S. M. (1990). The effect of hospital control
    strategies on physician satisfaction and hospital physician conflict. *Health Services
    Research*, *25*(3), 527−560.
Burns, L. R., Andersen, R. M., & Shortell, S. M. (1993). Trends in hospital/physician relation
    ships. *Health Affairs*, *12*(3), 213−223.
Burns, L. R., Gimm, G., & Nicholson, S. (2005). The financial performance of integrated
    health organizations (IHOs). *Journal of Healthcare Management*, *50*(3), 191−213.
Burns, L. R., Goldsmith, J., & Muller, R. (2010). History of hospital/physician relationships:
    Obstacles, opportunities, and issues. In J. Crosson & L. Tollen (Eds.), *Partners in health*
    (pp. 18−45). San Francisco, CA: Jossey Bass.
Burns, L. R., & Muller, R. W. (2008). Hospital physician collaboration: Landscape of eco
    nomic integration and impact on clinical integration. *Milbank Quarterly*, *86*(3), 375−434.
Burns, L. R., Nash, D., & Wholey, D. R. (2007). The evolving role of third parties in the
    hospital physician relationship. *American Journal of Medical Quality*, *22*(6), 402−409.
Burns, L. R., & Pauly, M. V. (2002). Integrated delivery networks: A detour on the road to
    integrated health care? *Health Affairs*, *21*(4), 128−43.
Burns, L. R., Shortell, S. M., & Andersen, R. M. (1998). Does familiarity breed contentment?
    Attitudes and behaviors of integrated physicians. In J. Kronenfeld (Ed.), *Research in the
    sociology of health care* (Vol. 15), Greenwich, CT: JAI Press.
Burns, L. R., & Wholey, D. R. (2000). Responding to a consolidating health care system:
    Options for physician organizations. In J. Blair, M. Fottler, & G. Savage (Eds.), *Advances
    in health care management* (Vol. 1, pp. 261−323). Greenwich, CT: JAI Press.
Burns, L. R., Wholey, D. R., McCullough, J. S., Kralovec, P., & Muller, R. (2012). The chan
    ging configuration of hospital systems: Centralization, federalization, or fragmentation? In
    L. Friedman, G. Savage & J. Goes (Eds.), *Annual review of health care management:
    Strategy and policy perspectives on reforming hospital systems* (*Advances in Health Care
    Management*, *13*, 189−232). Bingley, UK: Emerald.
Cantlupe, J. (2010). *Physician alignment in an era of change*. Danvers, MA: HealthLeaders
    Media/Intelligence.
Casalino, L. (2003). IPA overview. *Testimony to FTC Health Care Competition Hearing*.
    Retrieved from http://www.FTC.Gov/OGC/healthcarehearings/DOCS/030925LAWRENCE
    CASALINO.pdf
Casalino, L. P., Devers, K. J., Lake, T. K., Reed, M., & Stoddard, J. (2003). Benefits of and
    barriers to large medical group practice in the United States. *Archives of Internal Medicine*,
    *163*(16), 1958−1964.

Casalino, L., Gillies, R. R., Shortell, S. M., Schmittdiel, J. A., Bodenheimer, T., Robinson, J. C., Rundall, T. G., Oswald, N., Schauffler, H., & Wang, M. C. (2003). External incentives, information technology, and organized processes to improve health care quality for patients with chronic diseases. *JAMA*, *289*(4), 434−441.

Casalino, L. P., Pham, H., & Bazzoli, G. (2004). Growth of single specialty medical groups. *Health Affairs*, *23*(2), 82−90.

Casalino, L. P., & Robinson, J. C. (2003). Alternative models of hospital physician affiliation as the United States moves away from tight managed care. *Milbank Quarterly*, *81*(2), 331−351.

Centers for Disease Control and Prevention (CDC). (2007a). *National Ambulatory Medical Care Survey: 2005 summary*. Advance Data. Number 387. National Center for Health Statistics, Hyattsvile, MD.

Centers for Disease Control and Prevention (CDC). (2007b). *Characteristics of office based physicians and their practices: United States, 2003−2004*. Series 13, Number 164. National Center for Health Statistics, DHHS, Hyattsvile, MD.

Centers for Disease Control and Prevention (CDC). (2008a). *National Ambulatory Medical Care Survey: 2008 summary tables*. Atlanta, CA: Esther Hing.

Centers for Disease Control and Prevention (CDC). (2008b). *Characteristics of office based physicians and their practices: United States, 2005−2006*. Series 13, Number 166. National Center for Health Statistics, DHHS, Hyattsville, MD.

Centers for Disease Control and Prevention (CDC). (2010a). *National Ambulatory Medical Care Survey: 2007 summary*. Number 27. National Center for Health Statistics, Hyattsvile, MD.

Centers for Disease Control and Prevention (CDC). (2010b). *National Ambulatory Medical Care Survey: 2010 summary tables*. Atlanta, CA: Esther Hing.

Center for Studying Health System Change. (1999). *How physician organizations are responding to managed care*. Issue Brief No. 20. CSHSC, Washington, DC.

Ciliberto, F., & Dranove, D. (2006). The effect of physician−hospital affiliations on hospital prices in California. *Journal of Health Economics*, *25*, 29−38.

Colla, C. H., Wennberg, D. E., Meara, E., Skinner, J. S., Gottlieb, D., Lewis, V. A., & Fisher, E. S. (2012). Spending differences associated with the Medicare physician group practice demonstration. *JAMA*, *308*(10), 1015−1023.

Collins, J., & Poras, J. (1994). *Built to last: Successful habits of visionary companies*. New York, NY: Harper Business.

Creswell, J., & Abelson, R. (2012). A hospital war reflects a bind for doctors in the U.S. *New York Times*, November 30.

Crosson, J. (2005). The delivery system matters. *Health Affairs*, *24*(6), 1543−1548.

Cuellar, A. E., & Gertler, P. J. (2006). Strategic integration of hospitals and physicians. *Journal of Health Economics*, *25*, 1−28.

Curoe, A., Kralewski, J., & Kaissi, A. (2003). Assessing the cultures of medical group practices. *Journal of the American Board of Family Medicine*, *16*, 394−398.

Damberg, C. L., Shortell, S. M., Raube, K., Gillies, R. R., Rittenhouse, D. R., McCurdy, R. K., & Casalino, L. P. (2010). Relationship between quality improvement processes and clinical performance. *The American Journal of Managed Care*, *16*(8), 601−606.

Defelice, L. C., & Bradford, W. D. (1997). Relative inefficiencies in production between solo and group practice physicians. *Health Economics*, *6*(5), 455−465.

110                                    LAWTON ROBERT BURNS ET AL.

Dukerich, J., Golden, B., & Shortell, S. M. (2002). Beauty is in the eye of the beholder: The impact of organizational identification, identity, and image on the cooperative behaviors of physicians. *Administrative Science Quarterly*, *47*, 507−533.

Eisenberg, J. (2002). Physician utilization: The state of research about physicians' practice patterns. *Medical Care*, *40*(11), 1016−1035.

Emswiler, T., & Nichols, L. M. (2009). *Hill Physicians Medical Group: Independent physicians working to improve quality and reduce costs. Case study on high performing health care organization* (Publication No. 1247, Vol. 11). New York, NY: The Commonwealth Fund.

Enthoven, A. (1993). The history and principles of managed competition. *Health Affairs*, *12*(Suppl.), 24−48.

Escarce, J., & Pauly, M. V. (1998). Physician opportunity costs in physician practice cost functions. *Journal of Health Economics*, *17*, 129−151.

Federal Trade Commission. (2013). *Federal Trade Commission and State of Idaho v. St. Luke's Health System and Saltzer Medical Group*. Retrieved from http://www.ftc.gov/os/caselist/1210069/130312stlukescmpt.pdf. Accessed on July 10, 2013.

Frech, H. E., & Ginsburg, P. B. (1974). Optimal scale in medical practice: A survivor analysis. *Journal of Business*, *47*, 26−41.

Friedberg, M. W., Coltin, K. L., Pearson, S. D., Kleinman, K., Zheng, J., Singer, J., & Schneider, E. (2007). Does affiliation of physician groups with one another produce higher quality primary care? *Journal of General Internal Medicine*, *22*(10), 1385−1392.

Fronstin, P. (2012). *Sources of health insurance and characteristics of the uninsured: Analysis of the March 2012 current population survey*. Issue Brief No. 376. Employee Benefits Research Institute, Washington, DC.

Gal Or, E. (1999). The profitability of vertical mergers between hospitals and physician practices. *Journal of Health Economics*, *18*(5), 623−654.

Gans, D. (2012a). Why hospital owned medical groups lose money. *MGMA Connexion*, *12*(4), 19−20.

Gans, D. (2012b). Best of breed: What enables some hospital owned groups to prosper? *MGMA Connexion*, *12*(5), 21−22.

Gans, D. (2012c). Perspective is everything: Look beyond reported losses. *MGMA Connexion*, *12*(10), 17−19.

Gans, D., & Wolper, L. (2013). Management makes the difference: Optimizing medical group performance. *ACMPE Executive View* (Spring), 14−18.

Gaynor, M. (1989). Competition within the firm: Theory plus some evidence from medical group practice. *The RAND Journal of Economics*, *20*(1), 59−76.

Gaynor, M. (2006). Is vertical integration anticompetitive? Definitely maybe (but that's not final). *Journal of Health Economics*, *25*, 175−180.

Gaynor, M., & Pauly, M. V. (1990). Compensation and productive efficiency in partnerships: Evidence from medical group practice. *Journal of Political Economy*, *98*(3), 544−573.

Getzen, T. E. (1984). A 'brand name firm' theory of medical group practice. *Journal of Industrial Economics*, *33*(2), 199−215.

Gillies, R. R., Shortell, S. M., Casalino, L., Robinson, J. C., & Rundall, T. (2003). How different is California? A comparison of U.S. physician organizations. *Health Affairs* Web Exclusive, W3/493−502.

Gitterman, D. P., Weiner, B., Domino, M., McKethan, A., & Enthoven, A. (2003). The rise and fall of a Kaiser Permanente expansion region. *Milbank Quarterly*, *81*(4), 567−601.

Goes, J., & Zhan, C. (1995). The effects of hospital physician integration strategies on hospital financial performance. *Health Services Research*, *30*(4), 507–530.

Goldsmith, J. (2002). Integrating care: A talk with Kaiser Permanente's David Lawrence. *Health Affairs*, *21*(1), 39–48.

Goldsmith, J. (2012). *The future of medical practice: Creating options for practicing physicians to control their professional destiny*. Bonita Springs, FL: The Physicians Foundation.

Goldstein, D. (1996). *Building and managing effective physician organizations under capitation*. Gaithersburg, MD: Aspen.

Goldstein, L. (2005, September). *Not for profit hospital physician integration: New strategies or back to the future?* Report # 94423. Moody's Investors Service, New York, NY.

Greenfield, S., Nelson, E. C., Zubkoff, M., Manning, W., Rogers, W., Kravitz, R., & Ware, J. E. (1992). Variations in resource utilization among medical specialties and systems of care. *JAMA*, *267*(12), 1624–1630.

Greenfield, S., Rogers, W., Mangotich, M., Carney, M., & Tarlov, A. (1995). Outcomes of patients with hypertension and non insulin dependent diabetes mellitus treated by different systems and specialties: Results from the medical outcomes study. *JAMA*, *274*, 1436–1444.

Haas Wilson, D., & Gaynor, M. (1998a). Increasing consolidation in healthcare markets: What are the antitrust policy operations? *Health Services Research*, *33*(5), 1403–1419.

Haas Wilson, D., & Gaynor, M. (1998b). Physician networks and their implications for competition in health care markets. *Health Economics*, *7*(2), 179–182.

Harbuck, S., Follmer, A., Dill, M., & Erikson, C. (2012). Estimating the number and characteristics of hospitalist physicians in the United States and their possible workforce implications. *Analysis in Brief*, *12*(3), 1–2.

Havlicek, P. (1990). *Medical group practices in the US* 1990. Chicago, IL: AMA.

Havlicek, P. (1993). *Medical group practices in the US* 1993. Chicago, IL: AMA.

Havlicek, P. (1996). *Medical group practices in the US* 1996. Chicago, IL: AMA.

Havlicek, P. (1999). *Medical group practices in the US* 1999. Chicago, IL: AMA.

Haywood, T., & Kosel, K. (2011). The ACO model – a three year financial loss? *New England Journal of Medicine*, *364*, E27.

Hillson, S. D., Feldman, R., & Wingert, T. D. (1990). Economies of scope and payment for physician services. *Medical Care*, *30*(9), 822–831.

Ho, K. (2009). Barriers to entry of a vertically integrated health insurer: An analysis of welfare and entry costs. *Journal of Economics & Management Strategy*, *18*(2), 487–545.

Hough, D. E. (2002). Is bigger always better? The optimal size of a group practice. *Journal of Medical Practice Management*, *17*(6), 312–318.

Hough, D. E., Liu, K., & Gans, D. N. (2013). *Size matters: The diversity of physician practice production functions*. Unpublished manuscript.

Indest, G. (n.d.). The association of independent doctors has concerns about acquisitions by hospitals and medical groups. Retrieved from http://www.indest.com/blog/posts/the association of independent doctors has concerns about acquisitions by hospitals and medical groups.html. Accessed on May 25, 2013.

Isaacs, S., & Jellinek, P. (2012). *Survival of the fittest: A review of promising models for the maintenance of independent medical practice*. Bonita Springs, FL: The Physicians Foundation.

Joszt, L. (2013). Practice management: Death of private practice 'exaggerated'. *Physician's Money Digest – HCP Live*. (June 7th). Retrieved from http://www.hcpLive.com/physicians money digest/PRACTICE MANAGEMENT/DEATH OF PRIVATE PRACTICE EXAG GERATED LBJ

Kaissi, A., Kralewski, J. E., & Dowd, B. (2003). Financial and organizational factors affecting the employment of nurse practitioners and physician assistants in medical group practices. *Journal of Ambulatory Care Management*, *26*(3), 209−216.

Kane, C. K. (2004a). *The practice arrangements of patient care physicians, 1999 revised.* Physician Marketplace Report No. 2004 1. AMA, Chicago, IL.

Kane, C. K. (2004b). *The practice arrangements of patient care physicians, 2001*. Physician Marketplace Report No. 2004 2. AMA, Chicago, IL.

Kane, C. K. (2009). *The practice arrangements of patient care physicians, 2007−2008*. Policy Research Perspectives. AMA, Chicago, IL.

Keating, N., Landrum, M., Landon, B., Ayanian, J., Borbas, C., & Wolf, R. (2004). The influ ence of physicians' practice management strategies and financial arrangements on quality of care among patients with diabetes. *Medical Care*, *42*, 829−839.

Keckley, P., Coughlin, S., & Stanley, E. (2013). *Deloitte 2013 survey of U.S. physicians.* Washington, DC: Deloitte Center for Health Solutions.

Ketcham, J. D. (2001). Data microscope: Focus on group size. In *Performance and practices of successful medical groups: 2000 report based on 1999 data* (pp. 18−21). Englewood, CO: Medical Group Management Association.

Ketcham, J. D., Baker, L. C., & MacIsaac, D. (2007). Physician practice size and variations in treatment and outcomes: Evidence from Medicare patients with AMI. *Health Affairs*, *26*(1), 195−205.

Kimball, L., & Lorant, J. (1977). Physician productivity and returns to scale. *Health Services Research*, *12*(4), 367−380.

Kirchhoff, S. M. (2013). *Physician practices: Background, organization, and market consolida tion*. Cornell University ILR School, Ithaca, NY.

Kitchell, W., & Hurst, R. (2011). Specialty physician practice trends. *MANow* (October 2011). Retrieved from http://www.mossadams.com/mossadmas/media/Documents/Pulbications/MA%20Now/MA Now_HCG_Oct2011.pdf. Accessed on May 16, 2013.

Kocher, R., & Sahni, N. R. (2011). Hospitals' race to employ physicians − the logic behind a money losing proposition. *New England Journal of Medicine*, *364*(19), 1790−1793.

Kralewski, J. E., Dowd, B., Cole Adeniyi, T., Gans, D., Malakar, L., & Elson, B. (2008). Factors influencing physician use of clinical electronic information technologies after adop tion by their medical group practices. *Health Care Management Review*, *33*(4), 361−367.

Kralewski, J. E., Dowd, B., Heaton, A., & Kaissi, A. (2005). The influence of the structure and culture of medical group practices on prescription drug errors. *Medical Care*, *43*(8), 817−825.

Kralewski, J. E., Dowd, B., Kaissi, A., Curoe, A., & Rockwood, T. (2005). Measuring the cul ture of medical group practices. *Health Care Management Review*, *30*(3), 184−193.

Kralewski, J. E., Dowd, B. E., Xu, Y., & Knutson, D. (2011). *The organizational characteris tics of best medical group practices*. Unpublished manuscript.

Kralewski, J. E., Pitt, L., & Shatin, D. (1985). Structural characteristics of medical group prac tices. *Administrative Science Quarterly*, *30*(1), 34−45.

Kralewski, J. E., Rich, E. C., Feldman, R., Dowd, B., Bernhardt, T., Johnson, C., & Gold, W. (2000). Effects of medical group practice and physician payment methods on costs of care. *Health Services Research*, *35*(3), 591−613.

Kralewski, J. E., Wingert, T., Knutson, D., & Johnson, C. (1999). The effects of medical group practice organizational factors on physicians' use of resources. *Journal of Healthcare Management*, *44*(3), 167−182.

Krohn, R. (1998). *Physician networks*. Chicago, IL: American College of Healthcare Executives.

Lake, T., Devers, K., Brewster, L., & Casalino, L. (2003). Something old, something new: Recent developments in hospital physician relationships. *Health Services Research*, *38*(1), 471−488.

Laufer, N. (2011, November). The employment of doctors by hospitals − indentured servitude or practice salvation? *Maricopa County Medical Society Online*. Retrieved from http://www. mcmsonline.com/president/nathan laufer md/employment doctors hospitals − indentured servitude or practice salvation. Accessed on May 25, 2013.

Lee, R. H. (1990). Monitoring physicians: A bargaining model of medical group practice. *Journal of Health Economics*, *9*(4), 463−481.

Liebhaber, A., & Grossman, J. M. (2007). *Physicians moving to mid sized, single specialty practices*. Center for Studying Health System Change Tracking Report, No. 18. CSHSC, Washington, DC.

Madison, D. L. (1990). Notes on the history of group practice: The tradition of the dispensary. *MGM Journal*, *37*(5), 52−54, 56−60, 86−92.

Madison, D. L., & Konrad, T. R. (1988). Large medical group practice organizations and employed physicians: A relationship in transition. *Milbank Quarterly*, *66*(2), 240−282.

Madison, K. (2004). Hospital−physician affliations and patient treatments, expenditures, and outcomes. *Health Services Research*, *39*(2), 257−278.

Main, T., & Slywotzky, A. (2011, November). The quiet health care revolution. *The Atlantic Monthly*. Retrieved from http://www.theatlantic.com/magazine/archive/2011/11/the quiet health care revolution/308667/. Accessed on May 22, 2013.

Marder, W. D., Emmons, D., Kletke, P., & Willke, R. (1988). Physician employment patterns: Challenging conventional wisdom. *Health Affairs*, *7*(5), 137−145.

Marder, W. D., & Zuckerman, S. (1985). Competition and medical groups: A survivor analysis. *Journal of Health Economics*, *4*(2), 167−176.

Matthews, A. W. (2012). Same doctor visit, double the cost. *Wall Street Journal*. August 30.

Mechanic, D. (2010). Replicating high quality medical care organizations. *JAMA*, *303*(6), 555−556.

MedPAC. (2008). *Report to the Congress: Reforming the delivery system*. Chapter 3. Washington, DC: Medical Payment Advisory Commission.

MedPAC. (2012). *Report to the Congress: Medicare payment policy*. Washington, DC: Medical Payment Advisory Commission.

Mehrotra, A., Epstein, A. M., & Rosenthal, M. B. (2006). Do integrated medical groups provide higher quality medical care than individual practice associations? *Annals of Internal Medicine*, *145*, 826−833.

MGMA. (1998). *Performance and practices of successful medical groups*. Englewood, CO: Medical Group Management Association.

Miller, R. H., & Bovbjerg, R. R. (2002). Efforts to improve patient safety in large, capitated medical groups: Description and conceptual model. *Journal of Health Politics, Policy and Law*, *27*, 401−440.

Minott, J., Helms, D., Luft, H., Guterman, S., & Weil, H. (2010, April). *The group employed model as a foundation for health care delivery reform*. Issue Brief. New York, NY: The Commonwealth Fund.

Morrisey, M. A., Alexander, J., Burns, L. R., & Johnson, V. (1996). Managed care and physician/hospital integration. *Health Affairs*, *15*(4), 62−73.

114                                    LAWTON ROBERT BURNS ET AL.

Newhouse, J. P. (1973). The economics of group practice. *Journal of Human Resources*, *8*(1), 37−56.

Pauly, M. V. (1996). Economics of multispecialty practice. *Journal of Ambulatory Care Management*, *19*(3), 26−33.

Penner, M. J. (1997). *Capitation in California: A study of physician organizations managing risk*. Ann Arbor, MI: Health Administration Press.

Pham, H., Schrag, D., Hargraves, J., & Bach, P. (2005). Delivery of preventive services to older adults by primary care physicians. *JAMA*, *294*(4), 473−481.

Pope, G., & Burge, R. T. (1992). Inefficiencies in physician practices. In L. Rossiter & M. Scheffler (Eds.), *Advances in health economics and health services research* (Vol. 13, pp. 129−164). Greenwich, CT: JAI Press.

Pope, G., & Burge, R. T. (1996). Economies of scale in physician practice. *Medical Care Research and Review*, *53*(4), 417−440.

Pricco, C. (2013). *Optum: Accountable care solutions*. Retrieved from http://www.stthomas.edu/business/centers/healthmedical/events/2013 01 31 UHG Sleeping.html. Accessed on May 23, 2013.

Regents Health Resources. (2011). Cost comparison: Hospital based versus freestanding out patient imaging services. *RBJ Imaging Market File*, 1−2.

Reinhardt, U. (1972). A production function for physician services. *Review of Economics and Statistics*, *54*(1), 55−66.

Reschovsky, J. D., Hadley, J., Saiontz Martinez, C. B., & Boukus, E. R. (2011). Following the money: Factors associated with the cost of treating high cost Medicare beneficiaries. *Health Services Research*, *46*(4), 997−1021.

Rittenhouse, D., & Robinson, J. C. (2006). Improving quality in Medicaid: The use of care management processes for chronic illness and preventive care. *Medical Care*, *44*(1), 47−54.

Rittenhouse, D. R., Casalino, L. P., Gillies, R. R., Shortell, S. M., & Lau, B. (2008). Measuring the medical home infrastructure in large medical groups. *Health Affairs*, *27*(5), 1246−1258.

Rittenhouse, D. R., Casalino, L. P., Shortell, S. M., McClellan, S. R., Gillies, R. R., Alexander, J. A., & Drum, M. L. (2011). Small and medium size physician practices use few patient centered medical home processes. *Health Affairs*, *30*(8), 1575−84.

Rittenhouse, D. R., Shortell, S. M., Gillies, R. R., Casalino, L. P., Robinson, J. C., McCurdy, R. K., & Siddique, J. (2010). Improving chronic illness care: Findings from a national study of care management processes in large physician practices. *Medical Care Research and Review*, *67*(3), 301−320.

Robinson, J. C., & Casalino, L. P. (1995). The growth of medical groups paid through capita tion in California. *New England Journal of Medicine*, *333*, 1684−1687.

Robinson, J. C., Casalino, L. P., Gillies, R. R., Rittenhouse, D. R., Shortell, S. M., & Fernandes Taylor, S. (2009). Financial incentives, quality improvement programs, and the adoption of clinical information technology. *Medical Care*, *47*(4), 411−417.

Rosenman, R., & Friesner, D. (2004). Scope and scale inefficiencies in physician practice. *Health Economics*, *13*, 1091−1116.

Rosenthal, M., Frank, R. G., Buchanan, J. L., & Epstein, A. M. (2001). Scale sand structure of capitated physician organizations in California. *Health Affairs*, *20*(4), 109−119.

Rubin, H. R., Gandek, B., Rogers, W. H., Kosinski, M., McHorney, C. A., & Ware, J. E. (1993). Patients' ratings of outpatient visits in different practice settings: Results from the medical outcomes study. *JAMA*, *270*(7), 835−840.

Rundall, T. G., Shortell, S. M., Wang, M. C., Casalino, L. P., Bodenheimer, T., Gillies, R. R., & Robinson, J. C. (2002). As good as it gets? Chronic care management in nine leading U.S. Physician organizations. *British Medical Journal*, *325*, 958−961.

Safran, D., Tarlov, A., & Rogers, W. H. (1994). Primary care performance in fee for service and prepaid health care systems: Results from the medical outcomes study. *JAMA*, *271*(20), 1579−1586.

Sager, A., & Socolar, D. (2005). *Health costs absorb one quarter of economic growth, 2000−2005*. Retrieved from http://dcc2.bumc.bu.edu/hs/health%20costs%20absorb%20one quarter%20of%20economic%20growth%20%202000 05%20%20sager socolar%207%20 february%202005.pdf. Accessed on May 21, 2013.

Sanofi. (2013). *Managed care digest series: Hospitals/systems digest 2013*. Bridgewater, NJ: Sanofi Aventis.

Sarma, S., Devlin, R. A., & Hogg, W. (2010). Physician's production of primary care in Ontario, Canada. *Health Economics*, *19*, 14−30.

Shih, A., Davis, K., Schoenbaum, S., Gauthier, A., Nuzum, R., & McCarthy, D. (2008). *Organizing the U.S. health care delivery system for high performance*. New York, NY: The Commonwealth Fund.

Shortell, S. M. (1991). *Effective hospital physician relationships*. Ann Arbor, MI: Health Administration Press.

Shortell, S. M., Gillies, R. R., Anderson, D., Erickson, K., & Mitchell, J. (1996). *Remaking health care in America: Building organized delivery systems*. San Francisco, CA: Jossey Bass.

Shortell, S. M., Gillies, R. R., Siddique, J., Casalino, L. P., Rittenhouse, D. R., Robinson, J. C., & McCurdy, R. K. (2009). Improving chronic illness care: A longitu dinal cohort analysis of large physician organizations. *Medical Care*, *47*(9), 932−939.

Shortell, S. M., & Schmittdiel, J. (2004). Prepaid groups and organized delivery systems: Promise, performance, and potential. In A. Enthoven & L. Tollen (Eds.), *Toward a 21st century health system: The contributions and promise of prepaid group practice* (pp. 1−21). San Francisco, CA: Jossey Bass.

Shortell, S. M., Schmittdiel, J. A., Wang, M. C., Li, R., Gillies, R. R., Casalino, L. P., & Rundall, T. G. (2005). An empirical assessment of high performing physician organizations: Results from a national study. *Medical Care Research and Review*, *62*(4), 407−434.

Shortell, S. M., Zazzali, J., Burns, L. R., Alexander, J. A., Gillies, R. R., Budetti, P., & Zuckerman, H. S. (2001). Implementing evidence based medicine: The role of market pres sures, compensation incentives, and culture of physician organizations. *Medical Care*, *39*(7), I62−I78 [Physician System Alignment Supplement].

Shouldice, R. G., & Shouldice, K. H. (1978). *Medical group practice and health maintenance organizations*. Washington, DC: Information Resources Press.

Simpson, J. D., & Coate, M. B. (1998). Efficiencies or anticompetitive effects: Vertical integra tion of hospitals into medical practices. *Antitrust Bulletin*, *43*, 376−401.

Sirovich, B., Gallagher, P., Wennberg, D., & Fisher, E. (2008). Discretionary decision making by primary care physicians and the cost of U.S. health care. *Health Affairs*, *27*(3), 749−758.

Smart, D. (2004). *Medical group practices in the US* 2004. Chicago, IL: AMA.

Smart, D. (2005). *Medical group practices in the US* 2005. Chicago, IL: AMA.

Smart, D. (2006). *Medical group practices in the US* 2006. Chicago, IL: AMA.

Smart, D. (2013). *Physician characteristics and distribution in the US*. Chicago, IL: AMA.

Solberg, L. I., Asche, S. E., Shortell, S. M., Gillies, R. R., Taylor, N., Pawlson, L. G., & Young, M. R. (2009). Is integration in large medical groups associated with quality? *The American Journal of Managed Care*, *15*(6), e34−e41.

Staiger, D., Auerbach, D., & Buerhaus, P. (2010). Trends in the work hours of physicians in the United States. *JAMA*, *303*(8), 747.

Stapleton, K. (2012). OptumHealth collaborative care: Overview and discussion. Presentation to the Wharton School. Philadelphia, PA (April).

Starr, P. (1982). *The social transformation of American medicine*. New York, NY: Basic Books.

Stensland, J., & Stinson, T. (2002). Successful physician hospital integration in rural areas. *Medical Care*, *40*(10), 908−917.

Stevens, R. (1971). *American medicine and the public interest*. New Haven, CT: Yale University Press.

Stigler, G. (1958). The economies of scale. *Journal of Law and Economics*, *1*, 54−71.

Tarlov, A. R., Ware, J. E., Greenfield, S., Nelson, E. C., Perrin, E., & Zubkoff, M. (1989). The medical outcomes study: An application of methods for monitoring the results of medical care. *JAMA*, *262*(7), 925−930.

Terry, K. (2012). Why are insurers buying physician groups? *Hospital and Health Networks Magazine*. Retrieved from http://www.hhnmag.com/hhnmag/jsp/articledisplay.jsp?dcrpath HHNMAG/Article/data/01JAN2012/0112HHN_FEA_trendwatching&domain HHNMAG. Accessed on May 26, 2013.

Thurston, N. K., & Libby, A. M. (2002). A production function for physician services revisited. *The Review of Economics and Statistics*, *84*(1), 184−191.

Tollen, L. (2008). *Physician organization in relation to quality and efficiency of care: A synthesis of recent literature*. New York, NY: The Commonwealth Fund.

Van de Ven, A., Rogers, R., Bechara, J., & Sun, K. (2008). Organizational diversity, integration and performance. *Journal of Organizational Behavior*, *29*, 335−354.

Vesely, R. (2012). Marriage of convenience. *Modern Healthcare.com*. Retrieved from http://www.modernhealthcare.com/article/20120102/MAGAZINE/301029918. Accessed on July 10, 2013.

VHA. (2002). *Medical staff organizations: The forgotten covenant*. Irving, TX: Voluntary Hospitals of America.

VHA. (2003). *Physician hospital relationships: The empty clubhouse*. Irving, TX: Voluntary Hospitals of America.

Wan, T., Lin, B., & Ma, A. (2002). Integration mechanisms and hospital efficiency in integrated health care delivery systems. *Journal of Medical Systems*, *26*(2), 127−143.

Waters, T. M., Budetti, P. P., Reynolds, K. S., Gillies, R. R., Zuckerman, H. S., Alexander, J. A., Burns, L. R., & Shortell, S. M. (2001). Factors associated with physician involvement in care management. *Medical Care*, *39*(7), I79−I91 [Physician System Alignment Supplement].

Weaver, C. (2011). Managed care enters the exam room as insurers buy doctor groups. *Kaiser Health News*, July 1. Retrieved from http://www.kaiserhealthnews.org/Stories/2011/July/01/ unitedhealth insurers buy doctors groups.aspx. Accessed on December 15, 2012.

Weeks, W. B., Gottlieb, D., Nyweide, D., Sutherland, J., Bynum, J., Casalino, L., Gillies, R. R., Shortell, S. M., & Fisher, E. S. (2010). Higher health care quality and bigger savings found at large multispecialty medical groups. *Health Affairs*, *29*(5), 991−997.

Weil, T. P. (2002). Multispecialty physician practices: Fixed and variable costs, and economies of scale. *Journal of Ambulatory Care Management*, *25*(3), 70−77.

Case 3:12-cv-04854-LB    Document 1086-4    Filed 06/18/21    Page 100 of 338

Wheelan, S. A. (2009). Group size, group development, and group productivity. *Small Group Research*, *40*(2), 247−262.

Wholey, D. R., & Burns, L. R. (1993). Organizational transitions: Form changes by health maintenance organizations. In S. Bacharach (Ed.), *Research in the sociology of organizations* (pp. 257−293). Greenwich, CT: JAI Press.

Wolinsky, F. D., & Marder, W. D. (1985). *The organization of medical practice and the practice of medicine*. Ann Arbor, MI: Health Administration Press.

# EXHIBIT D7

**HOSPITAL PRODUCTIVITY**

By Laurence C. Baker, M. Kate Bundorf, and Daniel P. Kessler

DOI: 10.1377/hlthaff.2013.1279
HEALTH AFFAIRS 33,
NO. 5 (2014): 756 763
©2014 Project HOPE
The People to People Health
Foundation, Inc.

# Vertical Integration: Hospital Ownership Of Physician Practices Is Associated With Higher Prices And Spending

**Laurence C. Baker** is a professor of health research and policy at Stanford University, in California, and a research associate at the National Bureau of Economic Research, in Cambridge, Massachusetts.

**M. Kate Bundorf** is a professor of health research and policy at Stanford University and a faculty research fellow at the National Bureau of Economic Research.

**Daniel P. Kessler** (fkessler@stanford.edu) is a professor in the Law School and the Graduate School of Business, a professor (by courtesy) in the Department of Health Research and Policy, and a senior fellow at the Hoover Institution, all at Stanford University. He is also a research associate at the National Bureau of Economic Research.

**ABSTRACT** We examined the consequences of contractual or ownership relationships between hospitals and physician practices, often described as vertical integration. Such integration can reduce health spending and increase the quality of care by improving communication across care settings, but it can also increase providers' market power and facilitate the payment of what are effectively kickbacks for inappropriate referrals. We investigated the impact of vertical integration on hospital prices, volumes (admissions), and spending for privately insured patients. Using hospital claims from Truven Analytics MarketScan for the nonelderly privately insured in the period 2001–07, we constructed county-level indices of prices, volumes, and spending and adjusted them for enrollees' age and sex. We measured hospital-physician integration using information from the American Hospital Association on the types of relationships hospitals have with physicians. We found that an increase in the market share of hospitals with the tightest vertically integrated relationship with physicians—ownership of physician practices—was associated with higher hospital prices and spending. We found that an increase in contractual integration reduced the frequency of hospital admissions, but this effect was relatively small. Taken together, our results provide a mixed, although somewhat negative, picture of vertical integration from the perspective of the privately insured.

The share of US physician practices owned by hospitals more than doubled from 2002 to 2008.[1] This trend toward vertical integration between hospitals and physicians means that more producers of complementary services that were once independent are now either commonly owned or related by contract.

Whether this trend has been good for consumers has been the subject of considerable debate.[2] On the one hand, vertical integration has the potential to improve the quality and efficiency of care by reducing what are broadly described by economists as "transaction costs."[3] For example, closer ties between physicians and hospitals can improve communication across care settings and reduce wasteful duplication of diagnostic tests.

On the other hand, vertical integration may hurt consumers by allowing hospitals and physicians to raise prices. By employing or contracting with physicians, hospitals may increase their market power by amassing control over a larger bundle of services[4] or by depriving their rivals of a source of or destination for referrals.[5,6] In addition, vertical integration may increase physicians' incentives to supply unnecessary treatments if such treatments are used as a vehicle to pay what are effectively kickbacks for inappropriate referrals.[7]

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

Understanding how vertical integration of physicians and hospitals affects spending and the quality of care has become especially important in recent years. The Affordable Care Act creates incentives that are likely to intensify the historical trend toward vertical integration. The act rewards doctors and hospitals that join together in an accountable care organization (ACO) by making them eligible for cash bonuses from Medicare. In theory, ACOs affect only how providers relate to Medicare. However, most health policy analysts believe that in practice, these organizations will increase the extent to which doctors and hospitals bargain with private purchasers jointly instead of independently.[6,8]

Nonetheless, there has been little research on the consequences of vertical integration in health care, and no nationwide analysis of a key policy issue: the effects of vertical integration on hospitals' pricing power. This article seeks to fill that gap.

Using hospital claims from the Truven Analytics MarketScan Commercial Claims and Encounters database that contained information on a large group of the nonelderly privately insured for the period 2001–07, we constructed county-level indices of hospital prices, volumes as measured by hospital admissions, and spending, and we adjusted them for differences in enrollees' age and sex. We measured hospital-physician vertical integration by combining information on hospitals' relationships with physicians from the American Hospital Association Annual Survey with patient-flow information from Medicare.

We estimated the effects on prices, volumes, and spending of hospital-physician vertical integration, hospital market competitiveness, and other characteristics of hospital markets. Our estimates enabled us not only to test whether vertical integration influenced prices, volumes, and spending, but also to determine the mechanisms through which vertical integration had these effects.

## Previous Literature

Theories of medical markets provide reasons why vertical integration could be beneficial or could be harmful. Classical models that emphasize transaction costs generally treat vertical integration as an efficiency-improving response to situations in which arm's-length contracts across organizations are difficult to arrange.[9] This situation can easily arise in medicine since providing care is complex, which makes it difficult both to specify in advance the desired course of action—such as the type of treatment that is appropriate for each possible clinical situation—

and to measure outcomes.

Vertical integration addresses these difficulties by consolidating production within a single organization, thereby eliminating the need for contracting among separate firms. In addition, vertical integration may bring efficiency gains if it enables doctors or hospitals to efficiently set prices for services that must be produced jointly.[10]

But vertical integration may also be used in ways that do not benefit consumers. Interviews conducted by the Center for Studying Health System Change in 2010 suggest three ways in which this could occur.[11]

First, hospitals could employ or contract with physicians to increase admissions, diagnostic testing, and outpatient services at their facilities. Legal and contractual restrictions prohibit hospitals from directly paying physicians for referrals. However, these restrictions can be circumvented at least in part by vertical integration that allows hospitals to create contracts with doctors that effectively pay them for referrals. Because it is extremely difficult to police payments between parties that share fixed assets or a complex contractual relationship, it is hard to prevent these types of arrangements.[12]

Second, hospitals can use vertically integrated relationships with physicians to gain a competitive advantage over other hospitals. For example, if hospitals need a minimum number of patients to maintain efficient scale, then establishing vertically integrated relationships that are exclusive— in either form or effect—can enable a dominant hospital to effectively increase its competitors' costs by "locking up" the pool of admitting physicians.

And third, vertical relationships can be a way for physicians and hospitals to bundle their services together and charge insurers higher prices. Anticompetitive bundling is formally prohibited by antitrust laws.[13] However, after-the-fact enforcement takes time and is incomplete in practice.[14]

Because theories offer a range of possible effects, empirical investigation of hospital-physician relationships is necessary both to understand the practical implications of increasing vertical integration and to develop optimal health care policy responses. Nonetheless, there are few articles on this topic, and all of them have important limitations.

The two articles that are most similar to ours linked selected states' hospital discharge data from the 1990s with American Hospital Association data on the extent of hospital-physician vertical integration.[15,16] One study found that vertical integration was associated with an increase in the level of discounted charges com-

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

pared to charges at unintegrated hospitals, but not with a change in the number of admissions or the quality of care.[13] The other study found that vertical integration had no effect on discounted charges.[14]

Another study examined how vertical integration affected the cost and quality of care for Medicare beneficiaries who were treated by cardiologists.[17] This study examined a different form of vertical integration: whether a cardiologist provided both diagnostic and therapeutic care, or diagnostic care only. The study found that patients initially examined by a cardiologist who provided both diagnostic and therapeutic care had net higher health spending but similar health outcomes compared to patients seen by a cardiologist who provided diagnosis only. However, for patients who received surgery, initial examination by an "integrated" cardiologist reduced spending and improved outcomes compared to initial examination by a nonintegrated cardiologist. Although this study does not directly inform the debate over hospital-physician vertical integration, the results are consistent with the idea that vertical integration can simultaneously have harmful and beneficial effects.

These articles provided a range of insights into the consequences of vertical integration. But they did not provide direct empirical evidence on a key policy issue: whether or not vertical integration forecloses competition and increases prices paid by the privately insured.

The two studies that examined the privately insured used hospital-average discounted charges, not prices, as the dependent variable.[13,14] The difference between hospital charges and prices, in the context of this article, is discussed in more detail below. In addition, neither of these two studies controlled for factors that affect prices or other effects that are correlated with hospital vertical integration decisions—effects such as hospital market competitiveness and the integration decisions of competing hospitals.

## Study Data And Methods

**PRICE, VOLUME, AND SPENDING INDICES** To calculate county price, volume, and spending indices for hospital services, we used data from Truven Analytics MarketScan for approximately 2.1 million hospital claims from people enrolled in a fee-for-service health plan in the period 2001–07. The MarketScan data contained information from claims filed by privately insured people who obtained insurance through a participating employer.

For each claim, we analyzed what is commonly referred to as the allowed amount—the amount

# The Affordable Care Act creates incentives that are likely to intensify the historical trend toward vertical integration.

that the plan allows the hospital to be paid for the service, after the application of contractual discount provisions and other plan rules, but before adjustment for patient copayments or deductibles. The hospital may receive part of this amount from the insurance plan and part of it from the patient in the form of copayments or deductibles. The allowed amounts are not charges or a function of charges. Instead, they are the actual transaction payments under contracts with health plans, including payments made by both the patient and the insurer. In what follows, we refer to the allowed amount as the price.

We used the data to construct three county-level indices. The first was an index of the price per hospital admission, which measured the total price paid for hospital admissions in the county divided by the number of admissions. Counties where the average price per admission was above the national mean had an index value of more than 1; those where the average price was below the national mean had an index value of less than 1. The second index measured the number of admissions per enrollee. The third tracked spending per enrollee in an analogous way.

The indices were constructed in such a way that the spending index was equal to the product of the price index and the volume index. By construction, the indices had a mean of 1 in every year. Percentage-point changes in the indices can be interpreted as percentage changes. Before analyzing the indices, we used linear regression to adjust them for age and sex differences across counties.

**VERTICAL INTEGRATION AND OTHER HOSPITAL MARKET CHARACTERISTICS** In the American Hospital Association Annual Survey, hospitals report information on their relationship with physicians. Following previous work,[13,14] we divided vertically integrated hospitals into the

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

# Past vertical integration decisions may have been driven by inefficiencies in the Medicare fee schedule.

following four groups: fully integrated organizations, closed physician-hospital organizations, open physician-hospital organizations, and independent practice associations.

Fully integrated organizations are the most tightly vertically integrated form. This is the only one of the four forms in which the hospital owns the physician practice. In closed physician-hospital organizations, the next most tightly vertically integrated form, a hospital contracts with selected physicians on the basis of cost, quality, or both. According to the contract, the hospital provides administrative services and does some coordination of care. Physicians who belong to closed organizations generally do not sign similar contracts with other hospitals but remain free to admit patients to them. Open physician-hospital organizations, in contrast, are generally open to all members of the medical staff who wish to participate. Independent practice associations are the least tightly vertically integrated form. They are nonexclusive arrangements in which the hospital generally provides physicians with few services other than assistance in contracting with health plans.

We classified hospitals that reported more than one type of vertically integrated relationship as having the tightest type that they reported. These variables did not explicitly quantify the extent to which vertical integration was clinical or financial in nature. As we discuss below, this may influence the application of our results to possible future contexts in which the mix of clinical and financial integration may deviate from the mix present in our data.

We constructed county-year-level measures of the share of the market served by hospitals characterized by each type of vertical integration with physicians. These measures were constructed using methods developed by one of us in previous work.[18] The methods take into account hospital-specific market areas, defined using Medicare inpatient claims and enrollment data to identify patient flows, and do not assume that all patients residing in a given county go to hospitals in that county.

We used the same methods to construct measures for each county and year of the share of the market served by hospitals with each of several other characteristics: ownership (nonprofit or for-profit), teaching status, system membership, bed size (fewer than 100 beds, 100–300 beds, or more than 300 beds), and hospital capacity. Finally, we computed a Herfindahl-Hirschman index of overall hospital market competitiveness.

Further details about the construction of these variables are available in the online Appendix.[19]

**OTHER DATA** To obtain information on other time-varying characteristics of counties, we used the Area Resource File (for population, number of Medicare beneficiaries, number of physicians, and median household income) and the Medicare wage index (to measure hospitals' labor costs). A list of all of the variables used in our analysis and their means and standard deviations are presented in Appendix Table 1.[19]

**METHODS** We estimated county-level regression models using data from the period 2001–07. The dependent variables in these regressions were the price, volume, and spending indices. The independent variables included the share of the market served by hospitals in each of the four integration categories, hospital market competitiveness, and the other controls described above. In addition, we included dummy variables for year and county, which controlled for unobserved characteristics of counties that may affect integration and prices and for time trends during our study period.

We present results derived from the regression models that estimated the change in the price, volume, or spending index associated with a one-standard-deviation change in the share of the market served by hospitals with each type of integration, holding all other variables fixed. For comparison, we also include an estimate of the change in the indices that would be associated with a one-standard-deviation change in the hospital Herfindahl-Hirschman index.

**LIMITATIONS** The validity of our analysis depends on two key assumptions. First, we assumed that changes in vertical integration within counties were not due to unobserved factors that also affected price and volume. To make this assumption as plausible as possible, we controlled for several other characteristics of the hospital market environment, including nonprofit or for-profit ownership, teaching status, system membership, hospital and physician capacity, beneficiary income, and market size and competitiveness. However, these controls were necessarily incomplete.

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

**EXHIBIT 1**

Market Share Of Medicare Patients For Four Types Of Integrated Hospitals, 2001–07



**SOURCE** Authors' analysis of American Hospital Association and Medicare data. **NOTE** The four types of vertically integrated organizations are explained in the text.

To the extent that hospitals and physicians vertically integrated in response to unobserved factors that reduced prices and volumes, such as pressure from health plans, our estimates of the effect of integration understate true (positive) effects on prices and overstate true (negative) effects on volumes. This would lead us to understate the costs and overstate the benefits of inte-

**EXHIBIT 2**

Effect Of Hospital Integration And Market Competitiveness On Hospital Prices



**SOURCE** Authors' analysis of American Hospital Association, Medicare, and Truven Analytics Market Scan data. **NOTES** The bars represent the estimated effect on the average county level price of a hospital admission associated with a one standard deviation increase in market share of each of the four forms of vertical integration. County and year fixed effects and the hospital market and county characteristics listed in Appendix Table 1 (see Note 19 in text) were held constant. Selected parameter estimates and standard errors from the regressions underlying the exhibit are available in Appendix Table 2. HHI is Herfindahl Hirschman index, which is a measure of market competitiveness. $*p < 0.10$ $***p < 0.01$

gration. We hypothesized that any bias in our estimates would be in this direction. However, we cannot dismiss the possibility that the opposite was true.

Second, our analysis did not allow us to distinguish between clinical and financial vertical integration. Our policy prescriptions assumed that the mix of clinical and financial vertical integration in the future, conditional on the type of integrated organization, will resemble that in the past. Because there are reasons to believe that this may not be the case, this limitation may be important.

Past vertical integration decisions may have been driven by inefficiencies in the Medicare fee schedule. For example, a vertically integrated physician organization might be able to collect a facility fee that would be unavailable to it if it were freestanding. Future vertical integration decisions may hold promise for greater efficiency, insofar as they would be driven by incentives for sharing real productivity gains through ACOs. Investigation of these assumptions is an important topic for future research.

Finally, the generalizability of our results may be limited by the time period and geographic areas covered by the MarketScan data. Our study sample ended in 2007. It also covered only between one-quarter and one-fifth of all US counties, although the counties in the data contain most of the US population and are broadly representative of the country as a whole (see Appendix Table 1).[19,20]

## Study Results

In 2001 fully integrated organizations had a smaller market share (23.3 percent) than all organizations using any of the three contractual forms (36.3 percent) (Exhibit 1). However, over time this relationship flipped: In 2007 the market share of fully integrated organizations was 35.6 percent, whereas the share of organizations using the other three forms had fallen to 23.0 percent. About 40 percent of the market was served by hospitals that used none of the four forms of vertical integration.

Vertical integration in the form of fully integrated organizations was associated with increases in hospital prices: A one-standard-deviation increase in the market share of such hospitals was associated with an increase in prices of 3.2 percent ($p = 0.003$, Exhibit 2). In contrast, there was no systematic or significant effect on prices of the three forms of contractual integration.

For comparison purposes, Exhibit 2 presents estimates of the change in prices associated with changes in hospital market competitiveness as

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

measured by the hospital Hirschman-Herfindahl index (HHI). A one-standard-deviation increase in the index was associated with a price increase of 4.2 percent ($p = 0.058$). This effect is a bit larger than that of increasing the share of fully integrated organizations. Yet market competitiveness has received a large amount of policy attention, while the potential impact of increased vertical integration has not.

Exhibit 3 replicates Exhibit 2, substituting our spending index for the price index. We found two key differences between the effects of market structure on spending and the effects on prices. First, the changes in spending associated with an increase in the share of fully integrated organizations were smaller than (although not statistically distinguishable from) the associated changes in prices. Second, estimates of the spending changes associated with hospital market competitiveness were larger than (although also not statistically distinguishable from) estimates of the associated price changes. As in Exhibit 2, the estimated changes associated with the other three forms of integration were small and not significant.[21]

In some circumstances, vertical integration was associated with a lower rate of hospital admissions (Exhibit 4). An increase in the market share of hospitals that had open physician-hospital organizations was associated with a small but statistically significant decrease in volume. A one-standard-deviation increase in the market share of such hospitals was associated with a 0.7 percent decrease in admissions ($p = 0.025$). The other forms of vertical integration also had small negative associations with volume, but none was statistically significant. The hospital HHI was associated with a modest increase in volume, but that association also was statistically indistinguishable from zero.[22]

## Discussion

During the past decade, hospitals have entered into tighter relationships with their admitting physicians. This trend is expected to intensify as a result of provisions of the Affordable Care Act that give hospitals and physicians incentives to organize jointly into ACOs.

Vertical integration can have both socially beneficial and socially harmful effects. There is almost universal agreement that greater coordination of care, especially between physicians and hospitals, would be in patients' best interests. At the same time, health policy analysts have expressed the concern that integration can have unintended harmful consequences for consumers. According to economic theory, vertical integration has the potential to increase



**EXHIBIT 3**

**Effect Of Hospital Integration And Market Competitiveness On Hospital Spending**

SOURCE Authors' analysis of American Hospital Association, Medicare, and Truven Analytics Market Scan data. NOTES The bars represent the estimated effect on hospital spending associated with a one standard deviation increase in market share of each of the four forms of vertical integration. County and year fixed effects and the hospital market and county characteristics listed in Appendix Table 1 (see Note 19 in text) were held constant. Selected parameter estimates and standard errors from the regressions underlying the exhibit are available in Appendix Table 2. HHI is Herfindahl Hirschman index, which is a measure of market competitiveness. $**p < 0.05$ $***p < 0.01$



**EXHIBIT 4**

**Effect Of Hospital Integration And Market Competitiveness On Hospital Volume**

SOURCE Authors' analysis of American Hospital Association, Medicare, and Truven Analytics Market Scan data. NOTES The bars represent the estimated effect on hospital volume associated with a one standard deviation increase in market share of each of the four forms of vertical integration. County and year fixed effects and the hospital market and county characteristics listed in Appendix Table 1 (see Note 19 in text) were held constant. Selected parameter estimates and standard errors from the regressions underlying the exhibit are available in Appendix Table 2. HHI is Herfindahl Hirschman index, which is a measure of market competitiveness. $**p < 0.05$

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

the market power of providers, especially hospitals, and to encourage physicians to supply inappropriate treatments by facilitating hospitals' payments of kickbacks that would be illegal if they were made formally.

Our study had two key findings. First, in its tightest form, vertical integration appears to lead to statistically and economically significant increases in hospital prices and spending. This is consistent with the hypothesis that vertical integration increases hospitals' market power. We found that a one-standard-deviation increase in the market share of hospitals that own physician practices was associated with significant increases in prices and spending of 2–3 percent. In comparison, a one-standard-deviation increase in the hospital Hirschman-Herfindahl index increased prices and spending by 4–6 percent.

Second, the consequences of looser forms of vertical integration were more benign and potentially socially beneficial. Increases in these forms of integration did not appear to increase prices or spending significantly and may even decrease hospital admission rates. This finding is consistent with the hypothesis that vertical integration can improve the coordination of care.

However, the effects on volume associated with these types of integration were small—so small that they did not generate a significant reduction in hospital spending. In addition, although our estimates of the effect of contractual integration on price were statistically indistinguishable from zero, the imprecision of our estimates limited our ability to confidently assess their true impact.

For these reasons, and because we did not examine the effect of integration on the quality of care or patient health outcomes, our assessment of the implications of vertical integration for the overall well-being of patients and society more generally is necessarily somewhat speculative. Investigation of these issues is an important topic for future research.

## Conclusion

Taken together, our results provide a mixed, although somewhat negative, picture of vertical integration from the perspective of the privately insured. Our most definitive finding is that hospital ownership of physician practices leads to

# Our most definitive finding is that hospital ownership of physician practices leads to higher prices and higher levels of hospital spending.

higher prices and higher levels of hospital spending. There is some evidence that looser forms of integration may be socially beneficial. However, hospital ownership of physician practices is rising, and contractual integration is falling. As a result, contractual integration is now a minority of total integration.

The fact that we did not find systematic significant positive effects of any form of vertical integration on hospital volume rules out a crude model of physician-induced demand, in which hospitals integrate simply to pay physicians to increase the aggregate number of admissions. As Exhibit 4 shows, the estimated volume change associated with an increase in the tightest form of vertical integration (fully integrated organizations) was negative. Even at the upper bound of the 95 percent confidence interval (not shown in Exhibit 4), a one-standard-deviation increase in the tightest form of integration would be associated with only a 0.4 percent increase in hospital volume, which is a relatively small amount.[23]

The absence of a positive association does not disprove the broader hypothesis that integration is harming patients through implicit payments for referrals. For example, hospitals may still be sharing profits with physicians who opt to treat patients at more costly facilities or with more costly procedures than is medically appropriate. Investigation of this possibility, along with the other open questions above, provides considerable opportunity for future research into the consequences of vertical integration. ∎

These findings were presented at the National Bureau of Economic Research Hospital Organization and Productivity Conference, Harwich, Massachusetts, October 4 5, 2013. Daniel Kessler has received speaking and consulting fees, and Laurence Baker has received consulting fees, from integrated delivery systems. Baker and M. Kate Bundorf have received support from the National Institute of Health Care Management for this work. The authors thank Jack Boeglin and Tarun Narasimhan for exceptional research assistance. All errors are the authors' own.

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

## NOTES

1 Kocher R, Sahni NR. Hospitals race to employ physicians the logic be hind a money losing proposition. N Engl J Med. 2011;364(19):1790 3.

2 Baicker K, Levy H. Coordination versus competition in health care reform. N Engl J Med. 2013;369(9): 78 91.

3 Williamson OE. The vertical inte gration of production: market failure considerations. Am Econ Rev. 1971; 61(2):112 23.

4 Gal Or E. The profitability of vertical mergers between hospitals and physician practices. J Health Econ. 1999;18(5):623 54.

5 Bacher GE, Chernew ME, Kessler DP, Weiner SM. Regulatory neutral ity is essential to establishing a level playing field for accountable care organizations. Health Aff (Mill wood). 2013;32(8):1426 32.

6 Berenson RA, Burton RA. Account able care organizations in Medicare and the private sector: a status up date [Internet]. Washington (DC): Urban Institute; 2011 Nov 3 [cited 2014 Mar 20]. Available from: http://www.urban.org/publications/412438.html

7 Pauly MV. The ethics and economics of kickbacks and fee splitting. Bell J Econom. 1979;10(1):344 52.

8 Rosch JT. Accountable care organi zations: what exactly are we getting? [Internet]. Washington (DC): Feder al Trade Commission; 2011 [cited 2014 Mar 20]. Available from: http://www.ftc.gov/sites/default/files/documents/public statements/accountable care organizations what exactly are we getting/111117fallforumspeech.pdf

9 Bresnahan TF, Levin JD. Vertical integration and market structure. Cambridge (MA): National Bureau of Economic Research; 2012 Mar. (NBER Working Paper No. 17889).

10 Gaynor M. Is vertical integration anticompetitive? Definitely maybe (but that's not final). J Health Econ. 2006;25(1):175 80.

11 O'Malley AS, Bond AM, Berenson RA. Rising hospital employment of physicians: better quality, higher costs? [Internet]. Washington (DC): Center for Studying Health System Change; 2011 Aug [cited 2014 Mar 20]. (Issue Brief No. 136). Available from: http://www.hschange.com/CONTENT/1230

12 Afendulis CA, Kessler DP. Vertical integration and optimal reimburse ment policy. Int J Health Care Fi nance Econ. 2011;11(3):165 79.

13 See, for example, Cascade Health Solutions v. PeaceHealth, 515 F.3d 883 (9th Cir. 2008).

14 Greenlee P, Reitman D, Sibley DS. An antitrust analysis of bundled loyalty discounts. International Journal of Industrial Organization. 2008;26(5):1132 52.

15 Cuellar AE, Gertler PJ. Strategic in tegration of hospitals and physi cians. J Health Econ. 2006;25(1): 1 28.

16 Ciliberto F, Dranove D. The effect of physician hospital affiliations on hospital prices in California. J Health Econ. 2006;25(1):29 38.

17 Afendulis CA, Kessler DP. Tradeoffs from integrating diagnosis and treatment in markets for health care. Am Econ Rev. 2007;97(3):1013 20.

18 Kessler DP, McClellan MB. Is hos pital competition socially wasteful? Q J Econ. 2000;115(2):577 615.

19 To access the Appendix, click on the Appendix link in the box to the right of the article online.

20 As Appendix Table 1 shows (see Note 19), we had data on vertical integration and other market and area characteristics for 2,454 of the approximately 3,100 US counties with residential population. It also shows that although the MarketScan data only cover one quarter to one fifth of all US counties, the counties they cover include most of the US population and are broadly repre sentative of the United States as a whole.

21 We also estimated the model under lying Exhibit 3 using enrollee level data with standard errors clustered at the county year level. The esti mated effects of fully integrated or ganizations and hospital market competitiveness were of similar magnitudes and statistically signifi cant ($p < 0.01$). Estimates of the ef fects of the other three forms of in tegration remained small and insignificant.

22 We also estimated the model under lying Exhibit 4 using enrollee level data with standard errors clustered at the county year level. The esti mated effects of open physician hospital organizations was of a similar magnitude and statistically significant ($p < 0.05$). Estimates of the effects of the other three forms of integration and hospital market competitiveness remained small and insignificant.

23 This calculation is based on the co efficients and standard errors shown in Appendix Table 2 and the stan dard deviation of the market share of fully integrated organizations in Appendix Table 1 (see Note 19).

Downloaded from HealthAffairs.org on April 24, 2019.
Copyright Project HOPE—The People-to-People Health Foundation, Inc.
For personal use only. All rights reserved. Reuse permissions at HealthAffairs.org.

# EXHIBIT D8

NATIONAL
ACADEMY
OF·SOCIAL
INSURANCE

# Integrated Delivery Networks:

## In Search of Benefits and Market Effects

Conducted for the Academy's Panel on Addressing Pricing Power in Health Care Markets

by Jeff Goldsmith, Lawton R. Burns, Aditi Sen and Trevor Goldsmith



February 2015

NATIONAL
ACADEMY
OF·SOCIAL
INSURANCE

The **National Academy of Social Insurance (NASI)** is a nonprofit, nonpartisan organization made up of the nation's leading experts on social insurance. Its mission is to advance solutions to challenges facing the nation by increasing public understanding of how social insurance contributes to economic security.

Social insurance encompasses broad-based systems for insuring workers and their families against economic insecurity caused by loss of income from work and the cost of health care. NASI's scope covers social insurance such as Social Security; Medicare; workers' compensation; and unemployment insurance, related public assistance, and private employee benefits.

The Academy convenes steering committees and study panels that are charged with conducting research, issuing findings and, in some cases, reaching recommendations based on their analyses. Members of these groups are selected for their recognized expertise and with due consideration for the balance of disciplines and perspectives appropriate to the project.

# Integrated Delivery Networks:

## In Search of Benefits and Market Effects

Conducted for the Academy's Panel on Addressing Pricing Power in Health Care Markets

by Jeff Goldsmith, Lawton R. Burns,
Aditi Sen and Trevor Goldsmith

**February 2015**

# Study Panel on Addressing Pricing Power in Health Care Markets

**Robert Berenson, M.D.,** *Co-Chair*
Institute Fellow
Urban Institute

**G. William Hoagland,** *Co-Chair*
Senior Vice President
The Bipartisan Policy Center

**David Dranove**
Walter J. McNerney Professor of Health
Industry Management
Northwestern University's Kellogg School of
Management

**Paul Ginsburg**
Norman Topping Chair in Medicine and Public
Policy, Sol Price School of Public Policy and
Director of Health Policy, Schaeffer Center for
Health Policy and Economics, University of
Southern California

**Sherry A. Glied**
Dean, Robert F. Wagner Graduate School
of Public Service, New York University

**Jeff Goldsmith**
President
Health Futures, Inc.

**Bob Kocher, M.D.**
Partner
Venrock

**William E. Kramer**
Executive Director for National Health Policy
Pacific Business Group on Health

**Ronald Levy**
Executive in Residence
Health Management & Policy
St. Louis University College of Public Health
Social Justice

**Doug P. McKeever**
Chief
Health Policy Research Division
CalPERS

**Keith B. Pitts**
Vice Chairman
Tenet Healthcare

**Barak D. Richman**
Bartlett Professor of Law and Business
Administration
Duke University

**James C. Robinson**
Kaiser Permanente Distinguished Professor of
Health Economics at the School of Public Health
University of California, Berkeley

**James Roosevelt, Jr.**
President and Chief Executive Officer
Tufts Health Plan

**John W. Rowe, M.D.**
Professor of Health Policy & Management
Columbia University
Mailman School of Public Health

**Nicholas Wolter, M.D.**
Chief Executive Officer
Billings Clinic

*The views expressed in this report are those of the study panel members and do not necessarily
reflect the organizations with which they are affiliated.*

## Authors

**Jeff Goldsmith**
Associate Professor of Public Health Sciences
University of Virginia
and
President
Health Futures, Inc.

**Lawton R. Burns**
James Joo-Jin Kim Professor of Health Care Management
The Wharton School, University of Pennsylvania

**Aditi Sen**
Doctoral Student
The Wharton School, University of Pennsylvania

**Trevor Goldsmith**
Research Director
Health Futures, Inc.

## Project Staff

**Lee Goldberg**
Project Director

**Sabiha Zainulbhai**
Health Policy Associate (through July 2014)

**Natalie Chong**
Intern (Summer 2014)

**Alison Evans Cuellar**
Consultant

**Alwyn Cassil**
Consultant

## Acknowledgements

The National Academy of Social Insurance (NASI) gratefully acknowledges the Robert Wood Johnson Foundation (RWJF), The California HealthCare Foundation, based in Oakland, California, and the Jayne Koskinas Ted Giovanis Foundation for Health and Policy for their generous support of this project.

# Table of Contents

Executive Summary ..................................................................................................1

    Methodology ..................................................................................................1

    Claimed IDN Benefits ....................................................................................1

    What Does the Evidence Show ......................................................................2

    Analyzing the Performance of 15 IDNs ........................................................2

    Conclusions ....................................................................................................3

    Policy Recommendations ..............................................................................4

Introduction ...........................................................................................................5

Literature Review ....................................................................................................6

    "The Right Care at the Right Place at the Right Time":
    Potential Societal Benefits of Integrated Delivery Networks ......................7

    Provider-Centric Rationales for IDN Formation ..........................................9

    The Evidence on Physician-Hospital Integration ........................................12

    Provider-Insurance Integration ....................................................................13

    The Logic and Performance of Diversification .............................................14

IDN Financial/Performance Analysis .......................................................................17

    Data Sources .................................................................................................17

    Characteristics of Sample IDNs ....................................................................18

Issues Related to the IDN Insurance Function .........................................................23

Discussion ...............................................................................................................27

Policy Recommendations ........................................................................................28

Conclusion ..............................................................................................................29

References ...............................................................................................................30



# Executive Summary

In January 2014, the National Academy of Social Insurance commissioned a study of the performance of Integrated Delivery Networks (IDNs), incident to its Study Panel on Pricing Power in Health Care Markets. The premise of this analysis was that any examination of the role that hospitals play in health care cost growth is complicated by the fact that in most large markets, the significant hospitals are part of larger, multi-divisional health enterprises. In these markets, hospitals may be part of horizontally integrated hospital systems operating multiple hospitals; vertically integrated health services networks that include physicians, post-acute services and/or health plans; or fully integrated provider systems inside a health plan (e.g. with no other source of income than premiums) like Kaiser Permanente. The latter two models are collectively labeled IDNs.

IDNs have very different stated purposes than mere collections of hospitals: to coordinate care across the continuum of health services and to manage population health. IDN advocates claim that these complex enterprises yield both societal benefits and performance advantages over less integrated competitors. The purpose of this analysis is to evaluate the evidence to support these claims.

## Methodology

Despite more than 30 years of IDN development, remarkably little is known about their performance. To fill this gap, the authors performed a comprehensive review of the academic literature on IDN performance, as well as the broader question of the benefits of diversification (i.e., the efficiency of offering diverse services under common sponsorship).

The authors also conducted an analysis of publicly available financial and qualitative performance data on nationally prominent IDNs and their subsidiary hospitals from their financial disclosures to bond holders, Medicare cost reports, Medicare quality reporting systems, the Leapfrog Group's Safety analyses, and the Dartmouth Atlas' reporting on care patterns at the end of life. Because quality and cost information is not aggregated at the IDN level, the authors compared the publicly available performance information on the IDNs' flagship hospital in its principal metropolitan or regional market with that flagship's most significant in-market competitor.

## Claimed IDN Benefits

In the literature review, claimed benefits generally fall into two categories: benefits to society and benefits to the IDNs themselves. Under claimed societal benefits, the principal ones are providing better coordinated care leading to improved quality and lower cost. These improvements are said to derive from eliminating duplicative tests and reducing unnecessary care, as well as coordinating care

across the continuum (physician's office, hospital, and post-acute home care). Joining these activities with the assumption of insurance risk, IDNs are believed to be able to pare down the volume incentives inherent in fee-for-service medicine and allocate capital to areas of community need, including health promotion and prevention.

Under claimed provider rationales for IDN formation, the principal advantages are improved efficiency (presumably translating into better operating performance) as well as enhanced market competitiveness and bargaining power with employers and/or health plans. Vertical integration with physicians and health plans is also believed to reduce uncertainty due to technological or delivery system change and lower administrative expense and transaction costs.

## What Does the Evidence Show?

There is scant evidence in the literature of either societal benefits or advantage accruing to providers from IDN formation. From the *societal* perspective, there is little evidence that integrating hospital and physician care has helped to promote quality or reduce costs. Indeed, there is growing evidence that hospital-physician integration has raised physician costs, hospital prices and per capita medical care spending. Similarly, hospital integration into health plan operations and capitated contracting was not associated either with clinical efficiency (e.g. shorter lengths of stay) or financial efficiency (e.g. lower charges per admission).

From the *provider* perspective, the available evidence suggests that the more providers invest in IDN development, the lower their operating margins and return on capital. Diversification into more businesses is associated with negative operating performance. This is consistent with the management literature, which shows that diversification increases a firm's size and complexity, in turn increasing its cost of coordination, information processing, and governance/monitoring.

Moreover, there are few or no scope economies *within* health plans, hospitals, or physician groups — let alone *between* these lines of business contained within IDNs. Provider-sponsored insurance plans face similar problems regardless of whether they were formed by hospitals or physician groups: poor capitalization, lack of actuarial and underwriting expertise, limited marketing capability both to employers and consumers, adverse selection risk, and an inability to reach minimum sufficient scale of enrollment.

## Analyzing the Performance of 15 IDNs

As part of this report, the authors conducted a new analysis of 15 of the largest IDNs in the country. Publicly disclosed hospital performance information is not aggregated at the IDN level, so it was impossible to compare IDN performance with industry norms. However, we were able to evaluate the relationship of IDN system profitability as well as net collected revenues with hospital market concentration. We found no relationship between the degree of hospital market concentration and IDN operating profits, or between the size of the IDN's bed complement or its net collected revenues and operating profits.

Because there is extensive hospital-specific financial and quality reporting, the authors conducted a secondary analysis of the performance of the IDN's flagship hospital in its principal metropolitan or regional market and its most significant local competitor. We found no detectable quality or safety differences in a paired comparison between IDN flagship hospitals and their in-market competitors. However, in 10 of 14 cases where comparison was possible, the IDN flagship had higher Medicare cost per case, adjusted for case mix. Further, in 12 of the 15 cases where comparison was possible, the IDN flagship hospital had higher total medical spending in the last two years of the patient's life vs. its in-market competitor, according to the Dartmouth Atlas.

Regarding IDN sponsorship of insurance, there was no discernible relationship between the amount of "revenue at risk" (e.g. insurance premiums, capitated health plan revenue or two-sided risk by an accountable care organization) and the IDN's operating profit. However, IDN flagships in systems that had no "revenues at risk" had 8% lower Medicare per case cost than their in-market competitors, but flagship Medicare costs per case were 20% higher if the IDN had some "revenues at risk."

While there is IDN enterprise-level financial disclosure both to bond holders and to the federal government, gaps in these disclosures significantly hamper detailed analysis. In only five of the 15 IDNs studied was it possible to determine the percentage of IDN revenues generated by their hospitals; in none of the 15 was it possible to determine their hospitals' contribution to IDN operating profit. The same could be said of their physician groups: in only five of the 15 IDNs could it be determined how much revenue was generated by physician services, let alone the contribution, if any, to the IDN's profits.

Further, it was impossible to discern from their disclosures how ancillary income and overhead were allocated between physician practices and the rest of the IDN's businesses. The authors were also unable to access claims information (due to limited resources) to determine how IDN provider businesses are paid by health plans (e.g. is the insurance risk retained by the IDN health plan or passed on to providers through shared premium or capitated risk).

## Conclusions

Despite more than 30 years of public policy advocacy on behalf of IDN formation, there is scant evidence in the literature either of measurable societal benefits from IDNs or of any comparative advantage accruing to providers themselves from forming IDNs. We have similarly found no such evidence in our analysis of 15 IDNs. Serious data limitations hamper anyone attempting to evaluate IDN performance based on publicly disclosed information. IDN financial disclosures obscure the operating performance of their hospitals and physician groups.

There does not appear to be a relationship between hospital market concentration and IDN operating profit. However, if the performance of the IDN's flagship hospital is any indicator of overall systemic efficiency, the IDNs' flagship hospital services appear to be more expensive, both on a cost-per-case and on a total-cost-of-care basis, than the services of its most significant in-market competitor. This runs counter to the theoretical claim of IDN operating efficiency. Further, the flagship facilities of IDNs operating health plans or having significant capitated revenues are more expensive per case (Medicare case-mix adjusted) than their in-market competitors.

The authors would have greater confidence in these findings if they covered not only multiple years of information but also multiple institutions in the IDN portfolio (e.g. its suburban or rural hospitals, etc.). Further, the central question of whether IDNs have abused their market power in metropolitan markets can only be answered by examining actual service-specific payments to their hospitals by local health plans and by determining the profits generated by their hospital portfolio.

## Policy Recommendations

The public interest would be served if IDNs provided more detailed routine operating disclosures that would enable financial analysts, academic researchers, and the policy community to understand the performance of IDNs' subsidiary businesses and the overhead and revenue allocation strategies they pursue. Present disclosures are less illuminating than those of publicly traded hospital operators and are inadequate to answer definitively the question of whether there are measurable societal or institutional benefits from IDN formation.

The two crucial disclosures needed are the amount of hospital operating profit as a percentage of the IDN's total earnings and the IDN's physician and hospital compensation policies. How IDNs allocate overhead and ancillary services income between the three main lines of business should also be disclosed. It should also be possible to determine from an IDN disclosure if capitated risk is transmitted from the IDN's health plan or risk-accepting organization to its hospitals and physicians. Analysis of societal benefits would also be materially aided by a comprehensive, national all-payer claims database that would enable comparative analysis of what IDNs are paid for hospital and physician services compared to their competitors.

# Introduction

In the summer of 2013, the National Academy of Social Insurance created a panel to study the effect of pricing power on health care markets. One concern of this panel is that the consolidation of hospitals might have led to hospital market concentration that enables dominant actors to demand and receive quasi-monopoly prices for their services from local and national insurers.

However, in most large metropolitan health care markets, the major hospitals are subsidiaries of larger enterprises. Hospitals may be part of horizontally integrated hospital systems operating multiple hospitals in the community, region, or nationally; vertically-integrated health services networks that include physicians and/or health plans operating in one or more communities; or fully integrated provider systems inside a health plan (e.g. with no other source of income than premiums) like Kaiser Permanente. The latter two models are collectively termed Integrated Delivery Networks (IDNs). The fact that these latter enterprises are arrayed across the continuum of care and assume premium risk significantly complicates the analytic task of understanding the influence of their hospital assets on health care prices or utilization.

The stated purposes of IDNs are very different from those of multi-hospital systems: to integrate care across a continuum of providers and to assume responsibility for the health of populations. Simply to assume that IDNs are mere collections of hospitals is to commit a category error. Many IDN CEOs argue that they created their systems to defend themselves against the pressures of highly concentrated health insurance markets or to anticipate public policy demands for accountable care and population health. IDN managements will further argue that the pricing power they exert in hospital markets is to serve larger social purposes: creating care management infrastructure, subsidizing services in the care continuum that are not adequately paid for directly (including, many would argue, physician services), caring for those without health insurance, supporting medical education and research, and providing community service.

For more than 30 years, health policy advocates have urged that hospital systems transform themselves into IDNs as the logical infrastructure for population health. Advocates believe that IDNs should be structured like large prepaid group practices such as Kaiser, whose sole source of revenues is health premiums. Those advocates believe that as IDNs assume more economic risk, either delegated risk through capitated payments from health plans or actual insurance risk through "captive" health plans, IDNs will evolve into Kaiser-like entities, with compelling incentives to control costs.

Many IDNs already sponsor their own health plans, contract on a capitated basis with health plans, or are active participants in accountable care organization (ACO) demonstrations where they assume

at least one-sided risk. The Patient Protection and Affordable Care Act (PPACA) prompted hospitals to engage in multiple strategies simultaneously: merging into larger hospital systems, acquiring physician practices and assembling them into groups, developing health plans, and entering risk contracts.

What is known about the economics of IDNs? Do IDNs return benefits to society commensurate with their stated purposes to "integrate care across the continuum and manage the health of populations?" Where do they generate their net income? How much of their revenue is "at risk" and how does it affect system performance? What is the relationship between their stream of earnings and the community benefits they provide?

To date, despite more than 30 years of policy advocacy on their behalf, very little is actually known about IDN performance. In a recent report, the Brookings Institution (2013) noted that the potential for cost and quality benefits flowing from current restructuring efforts by providers is unknown. This paper seeks to address the gap in our understanding of IDNs using a mixture of familiar and new methods.

We first review the academic research on the reality of IDNs' claimed societal benefits. We then examine the performance of IDNs using data gathered in a new manner. We analyze a sample of 15 nationally prominent IDNs drawing data from their public financial disclosures. We seek to determine the degree to which these IDNs integrate their three principal missions (hospital and facilities, physician services, and health plans) and how to characterize their performance.

Using this sample, we also make head-to-head comparisons of the IDN's flagship hospital and its principal competitor in their local market to determine if any systemic advantages accrue from membership in the dominant local health system. This exercise demonstrates the difficulties researchers face in evaluating IDN performance and suggests the types of data that may be needed to address the issue. At the end of the paper, we discuss the policy implications of our findings in an era of increasing "transparency."

# Literature Review

IDNs link together acute-care hospitals with ambulatory care services (e.g., physician offices, surgical and imaging facilities, etc.), post-acute services (e.g., home health, rehabilitation, skilled nursing), and, in many cases, insurance vehicles that cover geographic markets served by the provider businesses. The theoretical benefits of IDNs fall into two broad categories. First, there are potential societal benefits from integrated care: improvements in access to and quality of health care as well as reduced cost due to improved care coordination. Second, IDNs may yield potential provider benefits from integrated care: increased efficiency and ability to achieve economies of scale and scope as well as improved bargaining power with health insurers, enabling greater profitability and financial performance. These latter

> *There are potential societal benefits from integrated care: improvements in access to and quality of health care as well as reduced cost due to improved care coordination.*

*...potential provider benefits from integrated care: increased efficiency and ability to achieve economies of scale and scope as well as improved bargaining power with health insurers, enabling greater profitability and financial performance.*

benefits may or may not be passed on to society in general, or to businesses, consumers and public payers, in the form of lower prices or improved service.

Following this summary, we briefly discuss the theorized dimensions of integration contained in IDNs; such forms of integration might influence the impact of integration efforts. We also discuss the results of integration observed to date, proposed barriers to integration, and lessons from previous experiences with integration. We conclude with a discussion of corporate diversification, the evidence from the provider and health plan industries on the benefits (if any) of diversification — including evidence on the Kaiser system, the widely cited IDN exemplar — and the empirical challenges of documenting such benefits.

## "The Right Care at the Right Place at the Right Time": Potential Societal Benefits of Integrated Delivery Networks

Advocates suggest that the central benefit of IDNs is to provide patients "seamless," coordinated health services along the full "continuum of care" (Burns and Pauly, 2002; Coddington and Moore, 1994; Conrad and Shortell et al., 1993a; Shortell et al., 2000). Vertically integrated health systems are said to allow comprehensive "one-stop shopping" for care through improved coordination among providers (physicians, hospitals, post-acute providers), including sharing of information through medical records available at all points of care (Budetti et al., 2002; Conrad and Dowling, 1990; Peters, 1991).

*The most commonly cited societal benefit of integrated delivery networks, however, is better coordinated care leading to improved quality and lowered costs.*

Further, IDNs could address challenges that a more fragmented delivery system is ill equipped to handle, including chronic disease management, incorporating advances in technology, and new care settings (e.g. ambulatory surgery centers, urgent care centers), as well as dealing with potential provider shortages (Devers et al., 1994). The most commonly cited societal benefit of integrated delivery networks, however, is better coordinated care leading to improved quality and lower costs.

Two main types of quality improvements come up in the literature: (1) Reduction of duplicative tests and procedures and elimination of unnecessary care, and (2) Assumption of the health of a local population by an integrated system, enabling coordinated health services across sites of care (e.g., between a hospitalization and post-acute care), as well as providing the social and financial support needed during an illness (Burns and Pauly, 2002; Robinson and Casalino, 1996; Shortell et al., 1993; Walston, Kimberly and Burns, 1996).

Enthoven (2009) cited competition between integrated delivery systems as a potential "cure for [the] fragmentation" that characterizes health services provision in the United States. He noted the

importance of eliminating waste from unnecessary and potentially unsafe care for improving quality and reducing costs. Similarly, Shortell, Gillies et al. (1993b) when reporting on their study of integrated health care systems noted,

> Integration, of course, is not an end in itself but a means for promoting healthier patients and ultimately healthier communities. When integration is missing, patients are at greater risk for harmful practices and suboptimal service. Indeed, the ultimate payoff from organized delivery systems will not be in administrative or managerial economies of scale but in clinical integration – the ability to provide a coordinated continuum of services that meet patient needs and expectations in a cost-effective fashion.

IDNs with an in-house insurance vehicle that collects a premium for each patient may have a special advantage here. These IDNs can theoretically manage the patient's care across the provider continuum, reducing or eliminating the volume incentives inherent in fee-for-service medicine and emphasizing instead the allocation of capital and personnel to areas of community need, health promotion, and prevention (Burns and Thorpe, 1993).

*IDNs with an in-house insurance vehicle ... can theoretically manage the patient's care across the provider continuum, reducing or eliminating the volume incentives inherent in fee-for-service medicine.*

Such models might also offer the necessary salaries and benefits to recruit and retain the appropriate types of physicians and other caregivers, as well as assume managed care functions at the system level (thereby lowering the administrative hassles of negotiation, billing, credentialing, etc., for individual physicians) (Peters, 1991). Finally, IDNs may foster greater alignment among hospitals, physicians, and health plans that, theoretically, result in comprehensive, community-based systems of care similar to Kaiser.

In terms of cost reduction, advocates suggest that vertically integrated care delivery would result in improved efficiency (e.g., through reductions in unnecessary and duplicative care) and lowered transaction and administrative costs that could, in turn, translate into patient savings (e.g. through use of internal hierarchies and controls rather than market transactions to coordinate activities) (Burns and Pauly, 2002; Burns, Goldsmith and Sen, 2013; Walston, Kimberly and Burns, 1996, Robinson and Casalino, 1996).

*...vertically integrated care delivery would result in improved efficiency and lowered transaction and administrative costs that could, in turn, translate into patient savings.*

Further, strengthened administrative controls may allow systems to "achieve better cost and quality control through strong group norms, peer pressure, and integrated finances" (Cuellar and Gertler, 2006). In addition, integrated systems may be able to better adapt to and succeed in new financing mechanisms such as pay-for-performance and bundled payments than individual providers (Crosson and Tollen, 2010).

These types of efficiency gains are typically considered a key rationale for vertical integration in any setting, resulting from increased centralized control and coordination across stages of production and economies of information and technology, as well as potentially reduced costs of monitoring and negotiation due to gains in mutual dependence and trust from integration (Gaynor and Haas-Wilson, 1999; Walston, Kimberly and Burns, 1996).

If IDNs centralize information systems and mechanisms for utilization review and quality assurance, these systems may also be able to "exploit opportunities to coordinate market exchanges internally, improve the exchange of information between adjacent stages in the vertical chain, and jointly optimize profits across these stages of production" (Burns and Thorpe, 2001).

## Provider-Centric Rationales for IDN Formation

*In addition to improvements in efficiency, IDN advocates have pointed to enhanced market competitiveness and strengthened provider bargaining power as benefits of integration.*

The benefits of vertical integration that accrue to hospitals and physicians, rather than to society as a whole or to patients in particular, have been the main focus in the literature on IDNs. In addition to improvements in efficiency, IDN advocates have pointed to enhanced market competitiveness and strengthened provider bargaining power as benefits of integration, especially given an expected movement toward capitated payment (Walston, Kimberly and Burns, 1996).

A lot of this literature appeared during or after the Clinton-era drive toward health reform, which would have channeled provider payments through capitated payment to risk-managing IDNs. Also, as mentioned previously, some IDNs developed for market-specific defensive reasons. The rise of managed care, and the perceived threat posed by the rise of capitated contracting, created anxiety among providers that fueled their efforts to form IDNs (Dranove, Simon, and White, 2002; Town et al., 2007). Vertically integrated systems were seen as affording health care providers competitive leverage given possible movement toward closed-panel networks, global capitation, and consequent downsizing of provider capacity (Burns, Goldsmith and Muller, 2010; Shortell, Gillies and Anderson, 1994).

Putting aside the question of hospital mergers, it is debatable whether vertical integration between hospitals and physician has actually helped improve their market power and competitiveness (Gaynor, 2006). Some have argued that consolidating with upstream suppliers gains hospital-physician firms monopoly or quasi-monopoly power, in turn improving bargaining power for negotiations with managed care plans and other insurers and increasing price leverage (Walston, Kimberly and Burns, 1996).

There is an extensive literature on so-called vertical "foreclosure," although it is somewhat contradictory. One argument here is that the formation of exclusive hospital-physician relationships is a means of product differentiation within the market as well as a hospital strategy to protect its key source of patients — physician referrals — while preventing competitors' access to these inputs (Burns and Pauly, 2002). From the hospital perspective, these relationships both ensure that physicians themselves will not compete with hospitals (e.g., by encroaching on the hospital outpatient care market)

and augment the IDN's ability to compete with other entrants into outpatient and inpatient markets (e.g., ambulatory surgical center, imaging centers, etc).

However, there is scant empirical evidence on the anti-competitive effects of vertical integration by hospitals. Tellingly, the antitrust community has not embraced vertical foreclosure as a competitive problem. There is a strong sense among some researchers that the merger of two powerful actors in adjacent stages of the vertical chain (e.g., a powerful hospital and a powerful medical group) will increase provider market power, but, until recently, the regulatory agencies did not appear confident of this. This changed in 2014. In a case brought by the Federal Trade Commission and the Idaho Attorney General, a U.S. District Court ruled that the St. Lukes Health System in Boise violated antitrust laws by its acquisition of the large primary care-based Saltzer Medical Group. This is a rich area for investigation going forward given the pace of vertical consolidation in the industry.

Current advocates of vertical integration cite several drivers beyond increased market power. Cleveland Clinic CEO Toby Cosgrove recently suggested that vertical integration is being driven not only by the fact that acute-care hospitals are becoming less dominant in a health system where an increasing amount of care is occurring in hospital outpatient departments and physician offices but also in newer settings, such as retail clinics and drugstores. In addition, cost pressures are compelling providers to use new technologies, such as tele-health and remote patient monitoring, to improve efficiency and reduce duplication of care (Betbeze, 2013). This argument suggests that vertical integration may be motivated by provider uncertainty regarding their future role in health care delivery due to technological and delivery system innovation. However, reducing provider uncertainty is neither a compelling societal rationale nor a guarantor of increased efficiency savings.

> *...vertical integration may be motivated by provider uncertainty regarding their future role in health care delivery due to technological and delivery system innovation.*

For physicians, integration with (e.g. employment by) hospitals can offer access to capital and technology, protection against a changing policy and payment landscape, more stable incomes, and better work-life balance, which is increasingly attractive to physicians (Burns and Pauly, 2002; Burns, Goldsmith and Muller, 2010; Burns and Muller, 2008).

Insurance offerings play a strategic role in many IDNs. Indeed, some argue that it is the insurance function that integrates the diverse service businesses owned by the IDN. Promoters of the IDN concept such as Alain Enthoven and Paul Ellwood advocated that communities should be served by multiple Kaiser-like entities that are more or less clinically self-sufficient and are paid through insurance premiums (per capita per year), rather than through fee for service. This transformation presumably turns hospitals and other facilities that are presently profit centers into cost centers consuming resources within a fixed budget (that is, yearly premium times membership), as well as fostering value-based competition at the level of IDNs, not individual hospitals or physician practices.

At some point in the risk assumption process, containing provider expense and rationalizing service use presumably becomes the key to profitability. There are two problems with this argument. First,

> *...achieving this fundamental reversal in incentives requires major cultural change on the part of providers... this type of integration increases provider economic risk and thus uncertainty.*

achieving this fundamental reversal in incentives requires major cultural change on the part of providers — change that has proven highly challenging given the cultural legacy of a fee-for-service system. Second, this type of integration increases provider economic risk and thus uncertainty. The most significant risks for provider-sponsored insurance efforts are adverse selection within the community's risk pool and the difficulties in exerting economic discipline across a diffused and fragmented medical community. Risk assumption also increases uncertainty at the enterprise level because the enterprise is interacting with multiple markets with conflicting incentives at the same time.

There are numerous rationales for IDN sponsorship of insurance vehicles. Providers may develop insurance plans to jump-start population health management in the face of commercial insurers' reluctance to delegate risk to them. Captive insurance contracts might also result in replacement of revenues lost to provider payment cuts. Finally, captive insurance plans may expose plan subscribers to the provider system through the health benefit offering, helping increase hospital and physician market shares.

Of course, some of these aims could conceivably be accomplished with less enterprise risk by contracting with existing plans on a delegated-risk-basis. That depends crucially on the willingness of established health plans to delegate risk to providers. Insurers are aware that many providers embarked on this strategy (often unsuccessfully) in the 1990s as they developed physician-hospital organizations and salaried physician models to contract with health maintenance organizations (HMOs).

Health plan sponsorship by provider systems could help providers to compete with existing vertically integrated systems like Kaiser, limiting outflow of their patients to these closed models. Integration into insurance allows providers the flexibility to offer their own fully integrated insurance product (like Kaiser) and to contract with other health insurers on a delegated-risk basis (unlike Kaiser).

Vertical integration may also potentially increase bargaining power with other insurers in the local market. Offering employers a health plan endows the provider system with a Kaiser-like image (Burns and Thorpe, 1993). In addition, in-house insurance plans often promise but rarely deliver advantages to participating physicians of lessened intrusion of medical management activities and higher provider payment rates (Burns and Thorpe, 2001).

There has been a recent flurry of provider interest in either establishing health plans or assuming population health risk since the passage of the PPACA. One driver has been PPACA itself, which encouraged providers to establish ACOs to participate in the Medicare Shared Savings Program (MSSP) as well as to contract with insurers in the private sector. To date, there are well over 600 such ACOs in operation (Muhlestein, 2014).

## The Evidence on Physician-Hospital Integration

The literature on physician-hospital integration is replete with prescriptive models on how to organize the relationships between hospitals and physicians to bridge these historically independent sectors. The early integration literature emphasized the need for a set of common structures to align the two parties. These structures included physician-hospital organizations (PHOs), management services organizations (MSOs), independent practice associations (IPAs), foundation-style medical group models, and integrated salary models (ISMs).

There is little evidence that these structures, by themselves, have helped promote quality or reduce costs (Cuellar and Gertler, 2006; Madison, 2004; Ciliberto and Dranove, 2006); in fact, some relationships might run in just the opposite direction. Indeed, there is recent evidence that the growing absorption of physician practices into hospitals has resulted in higher hospital prices and spending (Baker, Bundorf and Kessler, 2014). One recent study of physician organizations in California reported that groups owned by local hospitals spend 10 percent more per patient than physician-owned groups; groups owned by multihospital systems spend nearly 20 percent more per patient (Robinson and Miller, 2014). The higher spending by hospital-owned groups covered inpatient, outpatient, pharmaceutical, and diagnostic services — suggesting there may be little cost-reducing coordination of care across the continuum of services in integrated models and/or greater utilization across the continuum. Hospital employment of physicians also is associated with lower physician productivity and higher operating costs among the physician practices. (Gans, 2012, Gans and Wolper, 2013.) There is also little evidence that other vehicles to integrate physicians with hospitals — whether through economic ties or non-economic ties — produced the expected benefits (Burns and Muller, 2008).

There is little evidence that different hospital-physician structures have much advantage in fostering alignment between the two parties that might translate into improved quality and reduced costs (Burns, Goldsmith, and Sen, 2013). While it seems clear that integration *structures* and *vehicles* are not sufficient, following Donabedian (1988), we might inquire whether the presence of intervening *processes* makes a difference for achieving outcomes. Research suggests that simply creating integrated structures without the enabling care management and governance processes may not translate into performance improvement (Burns et al., 2001).

> *There is little evidence that different hospital-physician structures have much advantage in fostering alignment between the two parties that might translate into improved quality and reduced costs.*

The Health Systems Integration Study (HSIS) posited three forms of integration that relied upon process indicators and that formed a causal model of performance in hospital systems (Devers et al., 1994). The three forms were (1) functional integration — standardization of administrative activities across hospitals within a system; (2) physician-system integration — efforts to organize physicians into groups, efforts to tie them to the system in economic and administrative relationships, and standardization of medical staff activities across hospitals within the system; and (3) clinical integration — standardization of clinical activities (e.g., protocols, medical records, clinical support services, etc.) across hospitals within the system. This typology has been widely adopted in academic research.

However, the HSIS found little evidence during the 1990s that hospital systems had moved beyond the first form of integration, that one form of integration (e.g., physician-system) correlated with subsequent forms of integration (e.g., clinical processes), or that these forms of integration were consistently linked with improved financial performance of systems (Devers, et al., 1994; Gillies et al., 1994).

Subsequent work conducted by the HSIS researchers has focused on key elements of infrastructure in these integrated systems, such as clinical information technology (e.g., electronic medical records) and care management practices (CMPs). There is little evidence to date across all of their studies that these elements impact quality and cost in any meaningful or consistent manner (Burns, Goldsmith, and Sen, 2013).

The evidence suggests that Donabedian's (1988) stages of structure, process, and outcome are only loosely coupled together and not highly correlated in health care settings. One explanation for these results is that such models are too simplistic for explaining performance differences among firms. The health care integration literature is replete with lists of barriers to integration that strategies and structures do not anticipate and cannot easily overcome (Shortell et al., 1993; Burns and Muller, 2008). Moreover, the literature on organizational change suggests that effective implementation (i.e., execution) is much more important than strategy for subsequent success. This important but usually neglected observation was noted long ago by the HSIS researchers themselves (Gillies, Shortell, Devers et al., 1994).

## Provider-Insurance Integration

There is very little empirical research on the performance of provider integration with insurance vehicles. This may reflect the historically low and falling rate of provider sponsorship of health plans: since 2000, only 10-15 percent of hospitals participated in sponsoring an HMO and only 15-20 percent sponsored a preferred provider organization — both below the levels observed during the 1990s (data courtesy of Peter Kralovec, Health Forum, 2014). The lack of research may also reflect the paucity of data on both provider and health plan performance.

*One study of 36 large IDNs that contained hospitals, physicians, and health plans found that the more providers invested in their IDNs, the lower their operating margins. Moreover, as hospitals diversified into these different businesses, the larger was the negative impact on their financial position.*

One study of 36 large IDNs that contained hospitals, physicians, and health plans found that the more providers invested in their IDNs, the lower their operating margins. Moreover, as hospitals diversified into these different businesses, the larger was the negative impact on their financial position (e.g. higher debt to capitalization ratio). (Burns, Gimm, and Nicholson, 2005). A more recent study has found that integration of health plans with providers (hospitals or physician groups) to serve the Medicare Advantage population is associated with higher plan premiums (Frakt, Pizer, and Feldman, 2013).

Provider-sponsored insurance plans have faced similar fates regardless of whether they were formed by hospitals or physician groups (Burns and Thorpe, 2001). Common problems included poor capi-

talization, lack of actuarial and underwriting expertise, lack of consumer and employer marketing capabilities, the inability to reach a minimum efficient scale (i.e., enough enrollees), the inability to compete with much larger commercial insurers in the local market, and the tendency to enroll current patients who were poor risks (the adverse selection risk discussed previously).

The issue of scale is especially important. Prior research from the 1990s showed that the minimum efficient scale for health maintenance organizations was 100,000 enrollees (Given, 1996; Wholey, Feldman, Christianson et al., 1996). More recent evidence from McKinsey, likewise, suggests that sales, general and administrative costs for payers flatten out after reaching 100,000 lives (Singhal, 2013).

By contrast, health plans operated by providers are typically smaller in size. Recent statistics indicate there were 606 ACOs with roughly 18 million lives at the end of the fourth quarter in 2013 (Muhlestein, 2014). This yields an average enrollment of only 30,000 lives — well below the scale required to perform health-plan-like functions efficiently.

A further issue hampering provider-sponsored health plans is their tendency to build enrollment on their current patient base, which leads to unfavorable risk selection and higher medical loss ratios. McKinsey concluded there is no guarantee for value creation by payer-provider integration, particularly in the commercial market, since the costs incurred may outweigh the cost savings (Singhal, 2014).

A field study of six IDNs in Illinois found a different set of challenges facing providers who set up insurance vehicles. Primary among these was the difficulty in balancing the interests of the three parties in the IDN: hospitals, physicians, and health plan managers. This difficulty manifested itself in several ways, including conflicts over capital allocation across the three business lines, coordinating decision-making among the three businesses, and subsidizing one business (e.g., employed physicians) with revenues from the other two businesses (Burns, 1999).

## The Logic and Performance of Diversification

Diversification is defined as the expansion of the firm across product, geographic, and customer markets. Firms have traditionally relied on this strategy for one of three major goals: growth, risk reduction, and profitability. Commonly sought benefits include scope economies (via shared resources and capabilities across businesses), economies from internalized transactions, and improved access to market information (Grant, 2010). The benefits of scope economies are often referred to as synergies. Other rationales include the firm's effort to escape an increasingly unattractive market and to make effective use of surplus cash flows by investing them in more attractive products or services.

Despite decades of research, there is no solid evidence that either more diversified firms outperform less diversified firms or diversified firms outperform those that focus. One approach to resolve the conflicting findings suggested that diversification exhibited an inverse U-shaped relationship with performance, whereby firms with moderate levels of diversification outperformed those with much more or no diversification (Palich, Cardinal, and Miller, 2000). More recent evidence does not confirm this pattern, however (Besanko, Dranove, and Shanley, 2010).

A major contributor to the performance problem is that diversification increases the firm's size and complexity, which in turn increases the firm's cost of coordination, information processing, and governance and monitoring. Such costs likely increase with the unrelatedness of the new businesses operated by the firm. Corporate firms in the U.S. recognized this problem in the mid- to late-1980s when they unbundled themselves from prior conglomerate acquisitions and focused more on their core competence.

> *...diversification increases the firm's size and complexity, which in turn increases the firm's cost of coordination, information processing, and governance/monitoring.*

On the health plan side, Given (1996) and Wholey, et al. (1996) reported that HMOs suffered from scope diseconomies as they diversified from commercial to Medicare and Medicaid lines of business. On the hospital side, early evidence failed to show that diversification into alternate services improved operating performance (Clement, 1987) or that related diversification outperformed unrelated diversification (Clement, D'Aunno, and Poyzer, 1993). Evidence also showed few scope economies from hospitals operating both inpatient and outpatient lines of business (Cowing and Holtman, 1983; Granneman, Brown, and Pauly, 1986).

More recent studies reported that hospital integration into health plans, capitated contracting, and non-hospital services were not associated with either clinical efficiency (shorter lengths of stay) or financial efficiency (lower charges per admission) (Lin and Wan, 1999). Conversely, evidence gathered during the debate over single-specialty hospitals failed to find greater efficiencies in focused factories compared to general medical-surgical hospitals (although the former did exhibit the same or higher level of patient satisfaction and quality of care) (Medicare Payment Advisory Commission, 2005; Centers for Medicare and Medicaid Services, 2005). These results received additional confirmation in studies of hospitals with higher levels of specialization in cardiovascular care (Clark and Huckman, 2012). Finally, on the physician side, a recent review found few scope economies among group practices that take on a multispecialty mix of providers (Burns, Goldsmith, and Sen, 2013).

> *...hospital integration into health plans, capitated contracting, and non-hospital services was not associated with either clinical efficiency (shorter lengths of stay) or financial efficiency (lower charges per admission).*

Taken together, these results suggest few or no scope economies within health plans, hospitals, and physician groups that diversify. It is therefore difficult to see why there might be scope economies in health care organizations that link all of these components together. That is, can there really be synergies in linking together payers, hospitals, and physician groups when each has achieved no synergies in their own diversification efforts? Can the IDN whole really be greater than the sum of its constituent parts?

We conclude from this literature that hospital services, physician care, and health plan operations are very different business lines, with few assets and capabilities that can be shared across them to leverage savings and efficiencies. As a result, there may be little opportunity to reduce the average costs of each business as they become integrated with one another. Of course, it might be possible to achieve synergies by increasing the joint revenues of these different businesses (e.g., via coordinated branding and marketing strategies). However, with the exception of the Blue Cross plans, Kaiser, and a hand-

ful of prominent medical groups (Mayo, Cleveland Clinic), few payers or providers have achieved that type of brand image.

It is also possible to achieve synergies by sharing information and knowledge across the different business lines to achieve "spillovers' (e.g., improved ability to perform population health management). However, integration might just as easily lead to negative spillovers if the integration renders the different business lines more interdependent and thus more susceptible to negative shocks in any one line. Integration is also likely to consume excess capacity and other slack resources (e.g., as one line of business subsidizes another) that then make it difficult to take advantage of positive shocks and opportunities in the marketplace.

The Kaiser model includes all three lines of business (Kaiser Health Plan, Kaiser Hospitals, Permanente Medical Group). It is unique in that insurance premiums from its own "captive" product have been, until very recently, the sole source of income to the enterprise. Kaiser now charges copayments to individual patients through so-called consumer-directed products.

Because there are so few organizations like Kaiser, there is naturally little comparative data on its performance. There are occasional books and articles extolling the virtues of the Kaiser model, often written by Kaiser-affiliated researchers (Enthoven and Tollen, 2004; Crosson, 2005). There are also some consulting firm reports that suggest the superiority of the Kaiser model (Aon-Hewitt, 2011). Otherwise, there is no evidence that we know of that documents the competitive efficiency of the Kaiser model.

Indeed, during the 1980s and 1990s, Kaiser had difficulty exporting its own model to other parts of the U.S. beyond its native Pacific Coast market (Gitterman, Weiner, Domino et al., 2003). Ho (2008) analyzed some of the reasons for the limited market success (measured by growth and expansion) of vertically integrated health insurers such as Kaiser. She concluded that integrated plans like Kaiser need to reduce their per-member-per-month premiums to compensate enrollees for its limited network of hospitals and physicians. Such insurers are unlikely to have costs that are low enough to make such a strategy workable; instead, they must offer superior quality instead. The ability to attract enrollees based on superior quality is weakened, however, by the high quality offered by competitor plans as well as by information failures.

Robinson (2004) argued that such plans required four elements to succeed: multispecialty groups, capitated payment, exclusive payer-provider network linkages, and, crucially, a market framework that offered multiple choice of plans, defined contribution, and open enrollment. Many of these pieces are not prevalent across the U.S.; many are not found together in local markets; and some (multispecialty groups) are not increasing in prevalence.

Even if there were synergies between these three lines of business, researchers would be hard pressed to identify them. One major reason is what evaluation researchers call "multiple treatment interference." This occurs when the same organization embarks on multiple strategies either at the same time (making it hard to disentangle their separate effects) or at different times (making it hard to control for the effects of the prior strategy (Campbell and Stanley, 1963). To disentangle these

effects and document them empirically, researchers will need data on the performance of all three business lines over time in a large sample of IDNs. Complicating the issue will be the tendency for IDNs to subsidize one business line with profits earned in others.

# IDN Financial/Performance Analysis

To study IDN performance, we selected 15 nationally prominent IDNs that are dominant actors in their respective metropolitan and regional hospital markets. We attempted to cover all regions of the U.S. (though three of the sample are in Pennsylvania).

The sample:

- Advocate Health Care (suburban Chicago)
- Banner Health (principally Arizona)
- Henry Ford Health System (Detroit)
- North Shore–LIJ Health System (suburban New York)
- Aurora Health Care (Milwaukee/Wisconsin)
- Intermountain Health Care (Utah/Idaho)
- Penn Medicine (Philadelphia)
- Sanford Health (Dakotas)
- Sentara Healthcare (Virginia)
- BayCare Health System (Tampa/St. Petersburg)
- Sutter Health (Northern California)
- UPMC (Western Pennsylvania)
- Geisinger Health System (Central Pennsylvania)
- Johns Hopkins Medicine (Maryland)
- Presbyterian Healthcare Services (New Mexico)

## Data Sources

When these IDNs, all of which are nonprofit, need to raise capital in public bond markets, they are required to make financial disclosures incident to the bond issuance, as well as continuing disclosures of their operating performance. These disclosures are archived online in EMMA (Electronic Municipal Market Archive) and maintained for the Municipal Securities Rulemaking Board. Those IDNs that operate health plans must disclose their operating performance to their state insurance commissions.

As nonprofit entities, IDNs are also required to disclose their income and expenditures to the U.S. Internal Revenue Service on Form 990. These forms detail charitable contributions, various forms of uncompensated care and community benefit, donations, certain operating expenditures by category, as well as executive and contractor compensation. These are lengthy filings, some over 200 pages, and depending on the IDN's corporate structure, multiple 990s are typically found. Like most tax returns, they provide an astonishing amount of information in great detail but of questionable usefulness for actually understanding the business.

These filings did not provide a complete picture of IDN finances. Only five of the sample's disclosures were enterprise wide (e.g. IDN-wide) disclosures. Moreover, the 990s did not appear to tie in a consistent fashion to the IDN's bond-related filings. Also, the latest available 990s were several years older than the latest available financial filings.

## Characteristics of Sample IDNs

Collectively, the 15 sample IDNs generated almost $73 billion in total revenues and are in all cases the market-leading provider of hospital services in their home markets (see Exhibit 1). They range in size from a little over $2 billion to over $10 billion in annual gross collected revenue. They operate roughly 40,000 acute-care beds. Eight of the 15 operate in metropolitan hospital markets with a Herfindal-Hirschman Index (HHI) score (a quantitative measure of market concentration) above 2,500, a level characterized by the U.S. Justice Department as highly concentrated. Four of the IDNs operate the principal teaching hospitals of major academic health centers. Collectively, they employ almost 17,000 physicians and operate nine of the largest physician groups in the United States.

### Exhibit 1: IDN Resource Description

| IDN | Licensed Beds | Market Conc. (HHI) | FTE Employed Physicians | Insured Lives |
|---|---|---|---|---|
| A | 1,171 | 4,499 | 425 | 408,000 |
| B | 3,047 | 2,645 | 335 | no health plan |
| C | 2,231 | 5,669 | 1,369 | 81,000 |
| D | 1,638 | n/a | 1,055 | 429,135 |
| E | 1,712 | 600 | 1,598 | no health plan |
| F | 3,484 | 3,320 | 510 | 452,703 |
| G | 3,145 | 1,718 | 1,499 | no health plan |
| H | 2,784 | 3,399 | 1,153 | 529,000 |
| I | 1,897 | 1,279 | n/a | 342,264 |
| J | 4,831 | 3,849 | 794 | 47,000* |
| K | 3,500 | 607 | 986 | no health plan |
| L | 2,657 | 1,209 | n/a | no health plan |
| M | 5,372 | 1,994 | 2,000 | no health plan |
| N | 5,397 | 3,118 | 1,631 | n/a |
| O | 5,086 | 3,027 | 3,400 | 2,223,869 |

*ACO lives

Exhibit 2, shows that 10 of the 15 IDNs generate net operating income (operating profit) in excess of $100 million in the sample year. In eight out of the 13 cases that reported community benefit in the aggregate, IDN net income exceeded reported community benefit (in a challenging period for IDN finances). They are wealthy organizations, nine of which have more than $3 billion in deployable financial assets. The non-operating income generated by these financial assets serve an

important function in insulating the IDN from fluctuations in operating profitability. In seven cases, the sample IDNs reported non-operating (e.g. investment) earnings exceeding their operating profits.

## Exhibit 2: IDN Financials (Millions)

| IDN | Net Revenue | Operating Income | Non-Operating Income | Net Income | Total Community Benefit | Financial Assets[1] | Long Term Debt | Reporting Year |
|---|---|---|---|---|---|---|---|---|
| A | $2,051.9 | $63.2 | $135.7 | $198.9 | $76.6 | $1,721.4 | $583.9 | 2012 |
| B | $2,568.4 | $184.2 | $447.7 | $631.8 | $243.5 | $3,413.1 | $778.0 | 2013 |
| C | $3,105.9 | $30.8 | -$17.3 | $13.5 | $174.7 | $1,254.7 | $729.3 | 2013 |
| D | $3,355.1 | $163.3 | $13.8 | $177.2 | $215.6[2] | $2,576.6 | $909.2 | 2013 |
| E | $3,501.0 | $185.1 | $111.2 | $296.3 | $119.7[2] | $2,928.4 | $796.9 | 2013 |
| F | $4,068.2 | $263.8 | $167.6 | $431.4 | $282.2 | $3,247.8 | $960.2 | 2012 |
| G | $4,125.2 | $138.0 | $60.3 | $198.3 | $745.6[2] | $1,452.1 | $1,651.1 | 2012 |
| H | $4,251.6 | $364.6 | $347.6 | $712.2 | $188.2 | $5,117.8 | $1,184.9 | 2013 |
| I | $4,463.5 | $47.9 | $7.4 | $55.3 | $403.3 | $1,954.5 | $815.6 | 2012 |
| J | $4,878.2 | $289.5 | $311.1 | $600.6 | $432.9 | $4,364.0 | $2,359.4 | 2012 |
| K | $4,938.0 | $300.2 | $465.1 | $765.3 | $613.7[3] | $5,934.0 | $1,452.1 | 2013 |
| L | $4,959.8 | $175.8 | $174.5 | $350.3 | n/a | $3,156.3 | $1,488.3 | 2013 |
| M | $6,702.0 | $97.9 | $164.4 | $262.3 | $170.0 | $3,414.2 | $1,470.7 | 2013 |
| N | $9,649.0 | -$22.0 | $380.0 | $358.0 | $901.0 | $6,005.0 | $3,764.0 | 2013 |
| O | $10,188.4 | $143.3 | $219.1 | $362.4 | n/a | $5,038.8 | $3,096.0 | 2013 |

[1] Financial Assets comprise total assets less receivables, inventories and similar, and property, buildings, etc.
[2] Includes only charity care and the unpaid cost of Medicare and Medicaid
[3] Total Community Benefit for 2012

Eight of the 15 IDNs operate health plans, and two more either have significant capitated revenue from delegated-risk contracts with health plans and/or two-sided ACO arrangements (see Exhibit 3). Three of the sample IDNs that do not presently sponsor health plans are actively exploring establishing a health plan. Through these arrangements, the IDNs are presently at risk for the health costs of roughly 4.7 million covered lives. The percentage of the total IDN's revenues at risk range from zero for those IDNs with no health plans or capitation/ACO contracts, to as much as 62 percent. Four IDNs have at least one-third of their revenues at risk.

When one moves beyond the well-documented aggregate financial performance, however, large gaps in the publicly reported data on the various IDN businesses hamper further analysis. Unlike publicly traded hospital systems, it is almost impossible to determine from publicly available documents where in the IDNs' service portfolio their operating profits come from.

In particular, it is impossible to determine what profit contribution hospitals make to the IDN. In only five of the 15 IDNs is it possible to identify what percentage of their total system *revenues* come

from facilities, let alone from their hospitals. And in all cases, it is impossible to determine the contribution hospital operating profits make to overall IDN profits. In only five of the 15 is it possible to identify the physician group revenues, let alone their contribution to the IDN's profit.

How the IDNs' health plans compensate the IDNs' hospitals and physician groups is also impossible to determine from their filings. Footnotes to IDN financial filings do contain so-called eliminations that show the overlap between the IDN's insurance and provider businesses. When one subtracts documented health plan operating profits from the total IDN's operating profits, one is left with an aggregate profit figure for all the other businesses the IDN operates, some of which may, indeed, be subsidized by the rest. How system overhead is allocated among provider businesses is also impossible to determine from IDN filings.

## Exhibit 3: IDN Revenues by Line of Business

| IDN | Net Revenue | Facilities Revenue | Facilities as % of Total Revenue | MD Group Revenue | Insurance[1] (Revenue At Risk) | Insurance as % of Total Revenue |
|---|---|---|---|---|---|---|
| A | $2,051.9 | n/a | n/a | n/a | $1,268.1 | 61.8% |
| B | $2,568.4 | n/a | n/a | n/a | no health plan | n/a |
| C | $3,105.9 | n/a | n/a | n/a | $144.3 | 4.6% |
| D | $3,355.1 | n/a | n/a | $731.6 | $1,512.0 | 45.1% |
| E | $3,501.0 | $2,891.1 | 82.6% | $632.3 | no health plan | n/a |
| F | $4,068.2 | $2,724.8 | 67.0% | n/a | $1,354.5 | 33.3% |
| G | $4,125.2 | n/a | n/a | n/a | no health plan | n/a |
| H | $4,251.6 | n/a | n/a | n/a | $1,211.8 | 28.5% |
| I | $4,463.5 | n/a | n/a | n/a | $2,153.7 | 48.3% |
| J | $4,878.2 | n/a | n/a | n/a | $108.0 | 2.2% |
| K | $4,938.0 | n/a | n/a | n/a | $769.3 | 15.5% |
| L | $4,959.8 | n/a | n/a | n/a | no health plan | n/a |
| M | $6,702.0 | $6,099.5 | 91.0% | $758.4 | no health plan | n/a |
| N | $9,649.0 | $6,070.0 | 62.9% | $2,497.0 | $939.0 | 9.7% |
| O | $10,188.4 | $5,582.4 | 54.8% | $617.8 | $4,257.2 | 41.8% |

[1] Insurance revenue includes premiums, capitation paid by other health plans, and double-sided ACO revenues.

Beyond system-level financial performance, publicly available quality or efficiency metrics are not aggregated at the IDN level. Thus, the only way to evaluate an IDN's performance along these dimensions is to query performance data on the individual hospitals it operates. We did not have the resources in this study to aggregate the published performance information across all the hospitals in the IDN's portfolio, and thus measure overall IDN performance against industry norms.

However, we obtained extensive performance information on the flagship hospital in the IDN's portfolio (often the original hospital that created the system) from numerous public sources:

Medicare's Hospital Compare website, Leapfrog Group's Safety Reports, Dartmouth Atlas' extensive examination of hospital Medicare spending trends at the end of life, and the American Hospital Directory's analysis of Medicare cost reports that detail individual hospital's cost information.

We then compared performance indicators to those of the flagship hospitals' most direct local competitor operating in the same geographic market. (See Appendix for listing of the flagship and competitor hospitals for each IDN). In some cases, these competitors were free-standing hospitals of comparable complexity (operated by a neighboring large integrated group practice or a large academic health center). In others, these were significant hospitals owned by regional or national multi-market hospital systems, such as Ascension Health, HCA, or Dignity Health. These comparisons were a rough attempt to normalize for local wage costs and payor mix, both of which might affect financial and clinical performance.

A central concern of this panel is whether market concentration has enabled hospital systems to extract quasi-monopoly rents from local insurance plans. Because we did not have access to private insurer claims payments in this analysis, it was impossible for us to answer this question.

However, we were able to analyze the relationship between market concentration in the IDN's main hospital market and the IDN's profits. As we mentioned earlier, the sample IDNs are dominant actors in their respective hospital markets. But IDN financial disclosures did not report hospital profits separately, so we were unable to comment upon the role hospital profits play in the overall profitability of the IDN.

*…we found no relationship between HHI and overall IDN profitability, measured either by gross operating profits or operating profits as a percentage of operating revenues.*

*…whatever pricing benefits IDNs might derive from their hospitals' dominant market positions do not appear to drop through to the IDN's bottom line.*

However, we found no relationship between HHI and overall IDN profitability, measured either by gross operating profits or operating profits as a percentage of operating revenues (see Exhibits 4 and 5). It may be that some IDNs are investing their hospital profits in other businesses that either lose money (physician groups, e.g.) or that create community benefits (research, education, etc.). But these internal funds flows are impossible to determine from their public disclosures. Our analysis suggests that whatever pricing benefits IDNs might derive from their hospitals' dominant market positions do not appear to drop through to the IDN's bottom line. There was also no relationship between the size of the IDNs' bed complement and profitability, suggesting that merely having a lot of hospital beds did not automatically confer operating profit advantages (as some advocates of health system mergers have argued).

## Exhibit 4: Operating Income v. HHI ($ in Millions)



## Exhibit 5: Operating Income v. Total Beds ($ in Millions)



Integrated Delivery Networks: In Search of Benefits and Market Effects

# Issues Related to the IDN Insurance Function

The interaction of the three main IDN businesses is, as Graham Greene would say, the heart of the matter. Recall the theory of the IDN: In the case of the exemplar, Kaiser, facilities and physicians are cost inputs whose expenses, along with those of contracted services provided by non-IDN providers, are subtracted from Kaiser's pool of premium revenue to determine total system profits. Kaiser thus has a powerful economic interest in rationalizing the spending on clinical services within a fixed budget. This is the main attraction of this model of integrated care.

One could reasonably expect that the more revenue an IDN has at risk, the more incentive it has to manage down its provider spending. In the case of the eight IDNs that operate health plans, clinical services provided to the captive plans' patients are an operating cost to the plan. How IDNs price their services to their own health plan (that is, the transfer price of services to internal subsidiaries) is a matter of considerable accounting discretion. But there is an upward limit on how generous the health plan can be to the IDN's own providers and still be price competitive with the non-integrated health plans in their regional markets.

The strategic role the health plan plays in the IDN is complex and ambiguous. Does it function as a feeder to the IDN's provider system or as a rationer of health services to the IDN's insured lives, or, somehow, both? Is the IDN's insurance risk held in the insurance captive or transmitted to the IDN's provider units through population-based provider payment such as capitation? There is a powerful conflict between maximizing use of fixed provider capacity and being an effective risk-bearing clinical enterprise. How or even whether IDNs manage this conflict is the key to whether they save their customers, or the society, money. Because only a portion of these IDNs revenues are premium based, and the remainder of revenues come from open-ended forms of health care payment, there is no "fixed budget" to compel systemic savings.



**Exhibit 6: Operating Margin v. Revenue at Risk**

When we examined performance measures for IDNs, we found that the percentage of "revenue at risk" neither predicted overall IDN profitability (see Exhibit 6) nor the absolute Medicare Case Mix Index (CMI) adjusted cost of care at the IDN flagship institution (see Exhibit 7).



**Exhibit 7: Case Mix Index Adjusted Average Cost per Case v. Revenue at Risk**

We conducted a secondary analysis of the IDN's "flagship" hospital Medicare cost per case (CMI adjusted) compared to its main in-market competitor and whether or not the IDN had *any* revenue at risk. What we found was that flagship hospitals within IDNs that have no revenue at risk are on average 10 percent less expensive than their in-market competitors, while flagships within IDNs that have some revenue at risk are on average 21 percent more expensive than their competitors. This finding is similar to one found in the literature review. If there is a cost of care advantage conferred on IDN hospitals by their owner operating a health plan, it was not apparent from this analysis.

It is worth noting here that we were unable to determine the role that a flagship hospital plays in the IDN, clinically or financially. In some cases, the flagship was the historic source of free cash flow and also debt used to build the rest of the IDN. In other cases, the flagship was the asset the system's strategy and resource allocation was meant to protect, because it houses the majority of the IDNs research and education activities. How IDNs allocate system overhead among their hospitals or other IDN components is also not knowable based on public disclosures.

*...flagship hospitals within IDNs that have no revenue at risk are on average 10 percent less expensive than their in-market competitors, while flagships within IDNs that have some revenue at risk are on average 21 percent more expensive than their competitors.*

We found no meaningful differences in clinical quality or safety scores (readmissions, infection, or complication rates) or consumer satisfaction scores between the IDN flagships and their direct in-market competitors. In the Leapfrog Group's recent hospital safety ratings, of the 12 pairs where comparative data were available, seven flagships got the same rating as their competitor, three were higher and two lower. There were six "A" rated flagships and three with a "C" safety rating.

However, IDN flagships have higher per-case costs and spend more at the end of life than their in-market competitors. The Dartmouth Atlas has studied extensively how individual hospitals treat patients in the last two years of life. Resources measured include all health spending for patients attributed to the hospital, not just the hospital's own service spending. To us, total spending in the last two years of life is a measure of the degree of cultural restraint exerted by a medical community on resource consumption. In the last two years of life, patients often undergo significant health crises, and family members often exert pressure on the health system to do "whatever it takes" to help their relative in trouble.

> *…in 10 of 14 cases where comparative data were available, the IDN flagship had higher CMI adjusted Medicare cost per case than its in-market competitor.*

Thus, variation in spending in the last two years of life provides an excellent window into the culture of the medical community that uses a hospital and how effectively the hospital is in coordinating that person's care. In general, we believe that controlling the total cost of care, whether per episode or for specific populations of interest over a time period, is the best aggregate measure of IDN performance.

As can be seen from Exhibit 8, in 10 of 14 cases where comparative data were available, the IDN flagship had higher CMI-adjusted Medicare cost per case than its in-market competitor. This is despite the fact that in four of those cases, the competitor had a higher Medicare CMI, a rough measure of service intensity.

> *In the Dartmouth analyses of total spending in the last two years of life, in 12 of the 15 comparisons available, the IDN flagship showed higher levels of health care spending (for services both inside and outside the system) than their in-market competitor.*

In the Dartmouth analyses of total spending in the last two years of life, in 12 of the 15 comparisons available, the IDN flagship showed higher levels of health care spending (for services both inside and outside the system) than its in-market competitor. This was despite the fact that in five of the 12 cases, the competitor hospital had a higher Medicare CMI. In 11 of the 15 paired comparisons, IDN flagships had higher imaging spending, while 12 had higher testing expenditures. These Dartmouth spending figures are not case-mix adjusted and do not reflect the socio-economic status or pre-existing health status of the patients cared for.

The higher flagship care costs were an unexpected finding given that one major presumed advantage of IDNs is their capability to coordinate care. Presumably, this would be reflected in lower levels of spending on care at the end of life. We did not have the time or resources to perform other paired-comparison analyses. Several readers have suggested that comparing the IDNs' *suburban* hospitals with their direct in-market competitors would have been useful and might have produced more pronounced cost differences than we found in analyzing their flagships. This analysis would provide valuable additional evidence on the question of IDN efficiency.

## Exhibit 8: IDN Performance: Flagship Compared to Competitor

### Medicare Spending per Decedent in Last Two Years of Life

| Hospital | Case Mix Index (CMI) | CMI-Adjusted Avg. Cost per Case | Total | Imaging | Tests |
|---|---|---|---|---|---|
| A Flagship | 1.62 | $7,109 | $66,009 | $1,157 | $801 |
| A Competitor | 1.94 | $6,926 | $62,216 | $961 | $756 |
| B Flagship | 1.57 | $6,448 | $92,733 | $1,642 | $1,214 |
| B Competitor | 2.13 | $9,160 | $92,208 | $1,613 | $1,174 |
| C Flagship | 1.81 | $6,902 | $64,618 | $743 | $1,064 |
| C Competitor | 1.76 | $6,877 | $48,870 | $572 | $483 |
| D Flagship | 1.73 | $8,501 | $68,185 | $748 | $511 |
| D Competitor | 1.73 | $5,713 | $62,912 | $759 | $795 |
| E Flagship | 2.32 | $11,110 | $101,616 | $1,636 | $1,048 |
| E Competitor | 1.80 | $10,241 | $99,024 | $2,095 | $980 |
| F Flagship | 2.02 | $9,069 | $69,121 | $944 | $810 |
| F Competitor | 1.67 | $5,455 | $64,231 | $789 | $924 |
| G Flagship | 1.79 | $6,809 | $89,378 | $1,088 | $1,205 |
| G Competitor | 2.02 | $9,069 | $76,146 | $780 | $760 |
| H Flagship | 1.74 | $7,267 | $64,854 | $838 | $758 |
| H Competitor | 1.83 | $5,737 | $69,968 | $1,027 | $734 |
| I Flagship | 1.73 | $7,236 | $93,928 | $991 | $687 |
| I Competitor | 1.63 | $6,128 | $92,667 | $1,242 | $1,018 |
| J Flagship | 1.97 | $7,659 | $94,221 | $1,708 | $1,129 |
| J Competitor | 2.25 | $8,343 | $96,122 | $1,705 | $1,017 |
| K Flagship | 1.63 | $8,269 | $102,392 | $1,652 | $1,178 |
| K Competitor | 1.58 | $7,703 | $87,546 | $1,216 | $1,137 |
| L Flagship | 1.88 | $12,110 | $136,069 | $1,416 | $810 |
| L Competitor | 2.27 | $11,309 | $120,501 | $1,377 | $799 |
| M Flagship | 1.69 | $8,770 | $105,042 | $2,293 | $2,102 |
| M Competitor | 1.75 | $9,654 | $103,254 | $2,176 | $1,787 |
| N Flagship | n/a | n/a | $83,948 | $1,693 | $1,169 |
| N Competitor | 2.22 | $9,041 | $80,524 | $1,264 | $786 |
| O Flagship | 2.13 | $8,140 | $86,281 | $1,180 | $891 |
| O Competitor | 2.21 | $6,509 | $87,059 | $1,134 | $630 |

Sources: American Hospital Directory, 2012, Dartmouth Atlas, 2010

# Discussion

The 15 IDNs are formidable presences in their markets; frequently, they are the largest employer in their communities. They are highly complex operationally. Some of the finest medicine in the world is practiced in these IDN hospitals. They have capable managements, and many have produced important systemic innovations. Examples include "intelligent" computerized physician order entry and the clinical quality improvement methods developed at Intermountain Health Care, remote ICU monitoring systems developed at Johns Hopkins and beta tested at Sentara, and complex care management protocols developed at Geisinger.

However, IDNs are also inscrutable institutions. Though they make financial disclosures to their bondholders, in only about a third of them is it possible to determine what contribution their various provider services make to their operating revenues, let alone to their profitability. It is thus impossible to answer the question on the minds of this panel: whether these enterprises have used their market power in hospital or physician services to grow their hospital earnings. As we discussed, however, overall IDN profits were not higher in highly concentrated hospital markets. However, our single-year snapshot of performance indicators is no substitute for a multi-year analysis, as 2012 and 2013 were difficult years for many IDNs.

We were unable, given limited time and resources, to analyze comparative pricing information at any level (IDN or flagship) to give us a sense of how much these organizations are paid for their services versus their competitors. That is a task worthy of more detailed analysis. We would include a look at the IDNs' smaller hospitals paired against their competitors to make broader generalizations possible.

The interpenetration of IDNs' provider and insurance businesses add an additional layer of complexity. What strategic role does insurance play in the IDN portfolio? Is it a risk vehicle that protects consumers and employers from excessive health costs? Or is it a marketing vehicle to bolster the IDN's provider market position and help fill its beds and clinic schedules? Or, somehow, both? And how price competitive are the IDNs health plan premiums compared to health plans that do not own provider capacity? This question was beyond the scope of our analysis.

And then there is the added layer of complexity introduced by how the IDN prices its provider services to its captive health plan? Does the IDN underprice internal provider services to grow market share in the insurance market and generate health insurer net income, or does it mark up the prices for internally provided services (as the insurance market allows) to increase provider incomes? Again, this is impossible to determine by analyzing IDN public filings.

There are complex societal efficiency questions. Are IDN-provided hospital, physician, and other services less costly or of demonstrably better quality because they come from an integrated entity rather than from a network of less integrated competitors? We could find no evidence from IDNs' public disclosures or publicly available information to support these claims. IDN clinical quality performance measures are not aggregated at the enterprise level. What analyses we were able to conduct at the flagship-competitor level suggested that while there were no measureable qualitative differences,

IDN flagships were more expensive than their major competitors both on a Medicare cost-per-case and on a total-cost-of-care basis, at least for patients at the end of life.

Are the disclosures we analyzed adequate to understand fully the risks IDN's run in operating in multiple markets with conflicting incentives? We do not believe they are. The disclosures are notably less illuminating than the reporting required by publicly traded hospital operators, which contain such useful metrics as salary and benefits as a percentage of operating expenses, adjusted hospital admissions and outpatient volumes, and supplies as a percentage of operating costs, provided on a quarterly basis.

There has been a single, spectacular failure of an IDN in recent history — the 1998 bankruptcy of the Pennsylvania-based Allegheny Health Education and Research Foundation (AHERF). Despite ample warning signs of impending difficulty, and a catastrophic failure of accountability and oversight over billions of dollars in bonds, AHERF's collapse did not lead to meaningful tightening of IDN financial oversight by the investment community (Burns et al., 2000). The AHERF failure did, however, raise the issue of the quality and effectiveness of IDN governance to investor attention.

To reiterate a point made earlier, assumption of premium risk, as well as vertical integration by IDNs into very large, dispersed physician enterprises, both increase financial risks to IDN bondholders. Present levels of financial disclosure are, in our opinion, inadequate to fully evaluate these risks. IDN insurance performance is reported separately to state insurance commissions, but this performance is not meaningfully relatable to the performance of the IDN's other businesses.

*What analyses we were able to conduct at the flagship-competitor level suggested that while there were no measureable qualitative differences, IDN flagships were more expensive than their major competitors both on a Medicare cost-per-case and on a "total-cost-of-care" basis, at least for patients at the end of life.*

## Policy Recommendations

We believe far more detailed and uniform voluntary financial and operating disclosures to bond holders would enable the analysts who follow these securities to understand the contribution to profit (if any) of all the major IDN businesses, as well as the transfer pricing strategies that affect intercompany sharing of revenues. Providing this more comprehensive information is in the interests of IDNs as well as financial markets, the health policy community, and society at large. Transparency and voluntary disclosure by the IDNs themselves is vastly preferable to disclosure required by regulatory mandates.

The two crucial disclosures, in our view, are the sources and amount of hospital operating profit and the IDN physician compensation policies. How IDNs allocate overhead and ancillary services income between the three main lines of business should also be disclosed, under standards voluntarily established by IDNs themselves. An IDN that generates 95 percent of its profits from its hospitals is probably not in the population health business. Neither is an organization that pays its physicians on

a relative value unit compensation model where they earn more by ordering more tests, or where they receive a share of the ancillary income they generate.

It should also be possible to determine from an IDN disclosure if capitated risk is transmitted from the IDNs health plan or risk-accepting organization to its hospitals, but particularly to its physicians. If the risk is retained in the health plan, and the hospitals and physicians continue being paid on a volume-enhancing compensation scheme (per diem, per case, per test, per visit), the IDN is not in the population health business.

Further, to address directly the issue of the effect of IDN market power on pricing, we believe a national all-payer claims data base, perhaps building on the work of the Health Care Cost Institute (HCCI), would be an invaluable resource in evaluating the market effects of IDNs. HCCI's database does not presently contain data from the nation's Blue Cross plans that, in many states, dominate health insurance markets. Bringing those data together with HCCI's data would provide far more illumination of the societal benefits that are created by IDNs and address the question of whether IDNs are exploiting their market power in hospital or physician markets to charge excessive prices for key services.

We believe the likelihood that IDNs are producing neither cost nor quality advantages over dispersed networks of caregivers assembled by health plans raises serious policy questions regarding the reliance upon ACOs as a contracting model by Medicare or private insurers. The latest growth spurt in IDN formation has been stimulated in major part by the quasi-risk contracting model embodied in ACOs.

If the intended end state for regular Medicare payment is full-risk contracting with IDNs, and present day IDNs do not display either increased operating efficiency or lower total cost of care compared to community-based alternatives, policymakers need to find another payment approach. What they may be stimulating instead of improved health and cost moderation is the locking down of hospital and physician markets that led to the creation of the NASI panel in the first place.

# Conclusion

Integrated delivery networks contain some of the nation's leading hospitals and medical care professionals. They have produced systemically important clinical and management innovations and generate significant community benefits. This report is not intended to denigrate these fine institutions or their clinicians and managements but rather to raise questions about the mode of health care organization that they collectively represent. IDNs have also operated under a halo of presumed societal benefits (quality, efficiency, care integration, etc.) for the better part of four decades with remarkably little evidence that these benefits in fact exist.

It is still possible that these societal benefits of IDNs exist. But if they do, given the opacity of present IDN disclosure of key operating information, they eluded us in this preliminary investigation. If public policy is to continue fostering IDN growth and development, a more solid evidentiary foundation for this form of medical care organization seems essential. The mere presumption of societal benefits of IDN formation or operations is no longer tenable as a policy principle.

# References

Aon Hewitt. Letter to Mitchell Goodstein (March 18, 2011). Available online at: http://www.pimsmultime-dia.com/images/Hewitt%20KFHP_2010_HHVI_Study_MAS_03_18_2011.pdf. Accessed on August 5, 2014.

Baker, L., Bundorf, J., and Kessler, D. (2014). Vertical integration: Hospital ownership of physician practices is associated with higher prices and spending. *Health Affairs* 33(5): 756-763.

Besanko, D., Dranove, D., Shanley, M. (2010). *Economics of Strategy*. Fifth Edition. Hoboken, N.J.: John Wiley and Sons.

Betbeze, P. (2013). The benefits (and costs) of consolidation. *HealthLeaders*, accessed at: http://www.health-leadersmedia.com/content/MAG-297230/The-Benefits-and-Costs-of-Consolidation. Accessed November 26, 2014

Brookings Institution. (2013). *Bending the curve*. (Washington, D.C.; Brookings Institution).

Budetti, P. P., Shortell, S. M., Waters, T. M., Alexander, J. A., Burns, L. R., Gillies, R. R., and Zuckerman, H. (2002). Physician and health system integration. *Health Affairs*, 21(1): 203-10.

Burns, L. R., (1999). Polarity management: The key challenge for integrated health systems. *Journal of Healthcare Management* 44(1): 14-31.

Burns, L. R., Cacciamani, J., Clement, J., and Aquino, W. (2000). The fall of the house of AHERF: The Allegheny bankruptcy. *Health Affairs* 19(1): 7-41.

Burns, L. R., Gimm, G., and Nicholson, S. (2005). The financial performance of integrated health organiza-tions. *Journal of Healthcare Management* 50(3): 191-211.

Burns, L. R., Goldsmith, J., and Muller, R. (2010). *History of hospital/physician relationships: Obstacles, opportu-nities, and issues*. In J. Crosson and L. Tollen (Eds.), *Partners in Health* (pp. 18-45). San Francisco, CA: Jossey-Bass.

Burns, L. R., Goldsmith, J. C., and Sen, A. (2013). Horizontal and vertical integration of physicians: A tale of two tails, in J. Goes, G.T. Savage, L. Friedman (ed.) Annual Review of Health Care Management: Revisiting the Evolution of Health Systems Organization (*Advances in Health Care Management*, Volume 15) (pp. 39-117). Emerald Group Publishing Limited.

Burns, L. R., and Muller, R. W. (2008). Hospital-physician collaboration: Landscape of economic integration and impact on clinical integration. *Milbank Quarterly*, 86(3): 375-434.

Burns, L. R., and Pauly, M. V. (2002). Integrated delivery networks: A detour on the road to integrated care? *Health Affairs*, 21(4): 128-43.

Burns, L. R., and Thorpe, D. P. (1993). Trends and models in physician-hospital organization. *Health Care Management Review* 18(4): 7-20.

Burns, L. R., and Thorpe, D. P. (2000). Why provider-sponsored health plans don't work. *Healthcare Financial Management*, suppl: 12-6.

Burns, L. R., and Thorpe, D. P. (2001). Why provider-sponsored health plans don't work. *Healthcare Financial Management Resource Guide*: 12-16.

Burns, L. R., Walston, S., Alexander, J. A., Zuckerman, H. S., Andersen, R. M., and Torrens, P. (2001). Just how integrated are integrated delivery systems? Results from a national survey. *Health Care Management Review*, 26(1): 22-41.

Campbell, D., and Stanley, J. (1963). Experimental and Quasi-Experimental Designs for Research. Chicago: Rand McNally.

Centers for Medicare and Medicaid Services. (2005). Study of Physician-owned Specialty Hospitals Required in Section 507(c)(2) of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003. Washington, D.C.: CMS.

Ciliberto, F., and Dranove, D. (2006). The effect of physician-hospital affiliations on hospital prices in California. *Journal of Health Economics* 25: 29-38.

Clark, J., and Huckman, R. (2012). Broadening focus: Spillovers, complementarities, and specialization in the hospital industry. *Management Science* 58(4): 708-722.

Clement, J. (1987). Does hospital diversification improve financial outcomes? *Medical Care* 25(10): 988-1001.

Clement, J., D'Aunno, T., and Poyzer, B. (1993). The financial performance of diversified hospital subsidiaries. *Health Services Research* 27(6): 741-763.

Coddington, D. C., and Moore, K. D. (1994). Costs and benefits of integrated healthcare systems. *Healthcare Financial Management* 48(3): 20.

Conrad, D. A., and Dowling, W. L. (1990). Vertical integration in health services: Theory and managerial implications. *Health Care Management Review* 15(4): 9-22.

Conrad, D. A., and Shortell, S. M. (1996). Integrated health systems: Promise and performance. *Frontiers of Health Services Management* 13(1): 3-40.

Cowing, T., and Holtman, A. (1983). Multiproduct short-run hospital cost functions: Empirical evidence and policy implications from cross-section data. *Southern Economic Journal* 49(2): 637-653.

Crosson, J. (2005). The delivery system matters. *Health Affairs* 24(6): 1543-1548.

Crosson, J. and Tollen, L. (Eds.). (2010). *Partners in Health*. San Francisco, CA: Jossey-Bass (2010).

Cuellar, A. E., and Gertler, P. J. (2006). Strategic integration of hospitals and physicians. *Journal of Health Economics* 25(1): 1-28.

Devers, K. J., Shortell, S. M., Gillies, R. R., Anderson, D. A., Mitchell, J. B., and Erickson, K. L. M. (1994). Implementing organized delivery systems: An integration scorecard. *Health Care Management Review* 19(3): 7-20.

Donabedian, A. (1988). The quality of care: How can it be assessed? *Journal of the American Medical Association* 260(12): 1743-1748.

Dranove, D., Simon, C., and White, W. (2002). Is managed care leading to consolidation in health care markets? *Health Services Research* 37(3): 573-594.

Enthoven, A. C. (2009). Integrated delivery systems: The cure for fragmentation. *American Journal of Managed Care* 15: S284-90.

Enthoven, A., and Tollen, L. (Eds.). (2004). Toward a 21st Century Health System (San Francisco: Jossey-Bass).

Frakt, A. B., Pizer S. D., and Feldman R. (2013). Provider-plan integration, premiums and quality in the Medicare Advantage market. *Health Services Research* 48(6): 1996-2013.

Gans, D. (2012). Perspective is everything: Look beyond reported losses. *MGMA Connexion* 12(10): 17-19.

Gans, D., Wolper, L. (2013). Management makes the difference: Optimizing medical group performance. *ACMPE Executive View* (Spring): 14-18.

Gaynor, M. (2006). Is vertical integration anti-competitive? Definitely maybe (but that's not final). *Journal of Health Economics* 25(1): 175-180.

Gaynor, M., and Haas-Wilson, D. (1999). Change, consolidation, and competition in health care markets. *Journal of Economic Perspectives* 13(1): 141-64.

Gillies, R. R., Shortell, S. M., Devers, K. J., Anderson, D. A., Mitchell, J. B., and Morgan, K. L. (1994). The correlates and consequences of clinical integration in organized delivery systems. Paper presented at Annual Meeting of Association for Health Services Research, San Diego (CA), June.

Gitterman, D., Weiner, B., Domino, M., et al. (2003). The rise and fall of a Kaiser Permanente expansion region. *Milbank Quarterly* 81(4): 567-601.

Given, R. (1996). Economies of scale and scope as an explanation of merger and output diversification activities in the health maintenance organization industry. *Journal of Health Economics* 15(6): 685-713.

Granneman, T., Brown, R., and Pauly, M. V. (1986). Estimating hospital costs: A multiple output analysis. *Journal of Health Economics* 5(2): 107-127.

Grant, R. (2010). *Contemporary Strategy Analysis – 7th Edition.* New York: John Wiley.

Ho, K. (2008). Barriers to entry of a vertically integrated health insurer: An analysis of welfare and entry costs. Department of Economics, Columbia University.

Lin, B., and Wan, T. (1999). Analysis of integrated healthcare networks' performance: A contingency-strategic management perspective. *Journal of Medical Systems* 23(6): 467-485.

Madison, K. (2004). Hospital-physician affiliations and patient treatments, expenditures, and outcomes. *Health Services Research* 39(2): 257-278.

Medicare Payment Advisory Commission. (2005). Report to the Congress: Physician-Owned Specialty Hospitals. Washington, D.C.: MedPAC.

Muhlestein, D. (2014). Accountable care growth: A look ahead. *Health Affairs* Blog (January 29, 2014).

Palich, L., Cardinal, L., and Miller, C. (2000). Curvilinearity in the diversification-performance linkage: An examination of over three decades of research. *Strategic Management Journal* 21: 155-174.

Peters, G. R. (1991). Integrated delivery can ally physician and hospital plans. *Healthcare Financial Management*, 45(12): 20-32.

Robinson, J. C. (2004). The limits of prepaid group practice. In A. Enthoven and L. Tollen (Eds.), *Toward a 21st Century Health System* (San Francisco: Jossey-Bass). Chapter 10: 199-212.

Robinson, J. C., and Casalino, L. P. (1996). Vertical integration and organizational networks in health care. *Health Affairs* 15(1): 7-22.

Robinson, J. C., and Miller, K (2014) Total expenditures per patient in hospital-owned and physician-owned physician organizations in California. *JAMA* 312 (16): 1663-1669.

Shortell, S. M., Gillies, R. R., Anderson, D. A., Mitchell, J. B., and Morgan, K. L. (1993a). Creating organized delivery systems: The barriers and facilitators. *Hospital and Health Services Administration* 38(4): 447-466.

Shortell, S. M., Gillies, R. R., and Anderson, D. A. (1994). The new world of managed care: Creating organized delivery systems. *Health Affairs* 13(5): 46-64.

Shortell, S. M., Anderson, D. A., Gillies, R. R., Mitchell, J. B., and Morgan, K. L. (1993b). The holographic organization. *The Healthcare Forum Journal* 36(2): 20-26.

Shortell, S. M., Gillies, R. R., Anderson, D. A., Erickson, K. M., and Mitchell, J. B. (2000). Integrating health service delivery. *Health Forum Journal* 43(6): 35-39.

Singhal, S. (2013). Bigger may not be better: Does scale matter for payors? *Health Affairs* Blog (November 15).

Singhal, S. (2014). Payers in care delivery: When does vertical integration make sense? *Health Affairs* Blog (February 5).

Town, R., Wholey, D., Feldman, R., and Burns, L. (2007). Revisiting the relationship between managed care and hospital consolidation. *Health Services Research* 42(1): 219-238.

Walston, S. L., Kimberly, J. R., and Burns, L. R. (1996). Owned vertical integration and health care: Promise and performance. *Health Care Management Review* 21(1): 83-92..

Wholey, D., Feldman, R, Christianson, J., and Engberg, J. (1996). Scale and scope economies among health maintenance organizations. *Journal of Health Economics* 15(6): 657-684.

# Appendix: IDN Flagship Hospitals and their Competitors

| TARGET INSTITUTIONS | FLAGSHIP HOSPITAL | COMPETITOR INSTITUTION |
|---|---|---|
| Advocate Health Care | Advocate Lutheran General Hospital | Northwest Community Hospital |
| Aurora Health Care | Aurora St. Luke's Medical Center | Froedtert Memorial Community Hospital |
| Banner Health Care | Banner Good Samaritan Medical Center | St. Joseph's Hospital and Medical Center |
| BayCare Health System | St. Joseph's Hospital | Tampa General Hospital |
| Geisinger Health System | Geisinger Medical Center | Robert Packer Hospital |
| Henry Ford Health System | Henry Ford Hospital – Detroit | St. John Hospital and Medical Center |
| Intermountain Healthcare | LDS Hospital | St. Mark's Hospital |
| Johns Hopkins Health System | Johns Hopkins Hospital | University of Maryland Medical Center |
| North Shore–LIJ Health System | North Shore University Hospital–Manhasset | Winthrop-University Hospital |
| Penn Medicine | Hospital of the University of Pennsylvania | Thomas Jefferson University Hospital |
| Presbyterian Healthcare Services | Presbyterian Hospital | Lovelace Medical Center – Downtown |
| Sanford Health | Sanford Medical Center Fargo | Essentia Health |
| Sentara Healthcare | Sentara Norfolk General Hospital | Riverside Regional Medical Center |
| Sutter Health | Sutter Medical Center, Sacramento | Mercy General Hospital |
| UPMC | UPMC Presbyterian | Allegheny General Hospital |

Integrated Delivery Networks: In Search of Benefits and Market Effects

NATIONAL
ACADEMY
OF·SOCIAL
INSURANCE

1200 New Hampshire Avenue, NW  Suite 830  ■  Washington, DC  20036
(202) 452-8097  ■  (202) 452-8111 Fax
nasi@nasi.org  ■  www.nasi.org

# EXHIBIT D9

■ REVIEW ARTICLE ■

# Effects of Integrated Delivery System on Cost and Quality

Wenke Hwang, PhD; Jongwha Chang, PhD; M che e LaC a r, MPH;
and Haro d Paz, MD, MS

The US healthcare system has long been characterized as complex, fragmented, costly, and with significant variation in quality of care. During the health reform debate, many health policy experts have called for the country to reorganize healthcare providers and delivery systems through organizational or virtual integration. The concept of integrated healthcare delivery systems (IDSs) has gained considerable interest. Such systems have been viewed as a better approach to addressing the issues of quality and cost. Indeed, some IDSs are frequently portrayed not just in academic and medical circles but in the popular media as examples of the best, most effective healthcare in this country. However, the evidence used to support such assertions may not have been systematically evaluated. Now that healthcare reform has been enacted and accountable care organizations (ACOs), which have many organizational features similar to those of IDSs, are rapidly being developed and implemented, what do we know about how this approach to organizing healthcare impacts the key factors of quality and cost of care? Do IDSs truly do a better job of providing high-quality care while holding down costs? A comprehensive review of the existing literature that assesses the relationship between IDSs and cost/quality is critically needed.

## INTEGRATED DELIVERY SYSTEM

Much of the recent innovation in US health policy has been based upon a fundamental belief that a higher level of integration will yield a more efficient healthcare delivery system. An IDS presumably provides higher quality and more patient-centric care at lower costs. However, there is no clear definition of what constitutes an IDS. Recently reorganized healthcare delivery systems (eg, ACOs) come in all sizes and shapes, and span a wide spectrum of types and levels of integration. Inconsistency in concept and vague definitions can pose significant challenges as policy makers strive to design policy tools to steer the current healthcare away from uncoordinated and fragmented health systems.

Integrated healthcare is complex and has been categorized conceptually in 2 ways: (1) an organized structure that is managed by a financial entity (eg, a financial group that manages different facilities within a healthcare system) or (2) an organized healthcare delivery system that coordinates care and has

**Objectives** To pe form a systemat c rev ew of the current terature to assess the assoc at on be tween ntegrated hea thcare de very systems and changes n cost and qua ty

**Methods** Med ne, Embase, Cochrane Rev ews, Academ c Search Prem er, and reference sts were used to retr eve peer rev ewed art c es repo t ng outcomes (cost and qua ty) re ated to ntegrated de very systems A genera nternet search and reference sts were used to retr eve non peer rev ewed pub cat ons meet ng the same cr ter a nc uded peer and non peer rev ewed pub ca t ons were based n the Un ted States and were pub shed between the years 2000 and 2011

**Results** A tota of 21 peer rev ewed a t c es and 4 non peer rev ewed manuscr pts met the nc us on cr ter a Twenty stud es showed an assoc at on between ncreased ntegrat on n hea thcare de very and an ncrease n the qua ty of care One study reported no changes n qua ty nd cators as soc ated w th ncreased ntegrat on None of these stud es measured cost reduct on d rect y, but used reduct on n ut zat on of serv ces nstead Four stud es assoc ated decreases n the ut zat on of serv ces w th ncreases n ntegrat on

**Conclusions** The vast ma or ty of stud es we rev ewed have shown that ntegrated de very sys tems have pos t ve effects on qua ty of care Few stud es nked use of an ntegrated de very system to ower hea th serv ce ut zat on On y 1 study reported some sma cost sav ngs

*Am J Manag Care 2013;19(5):e175 e184*

**In this article**
Take Away Points / e176
**Published as a Web exclusive**
www.ajmc.com

**For author information and disclosures,
see end of text**

## ■ REVIEW ARTICLE ■

**Take-Away Points**

Recent d scuss on of hea th reform has p aced much emphas s on ntegrat ng hea thcare de very systems Do ntegrated hea thcare systems tru y do a better ob of prov d ng h gh qua ty care wh e ho d ng down costs? Very few stud es have prov ded emp r ca ev dence

■ We conducted a systemat c terature rev ew (2000 present) nc ud ng peer rev ewed and non peer rev ewed stud es, and ana yzed 25 e g b e stud es that exam ned ntegrated de v ery systems on the top cs of cost and qua ty

■ The ma or ty of these stud es reported pos t ve corre at on between hea th system nte grat on and qua ty of care

■ The ev dence on reduc ng cost of care, however, s rather weak

synchronized functioning.[1] An IDS may encompass providers belonging to multiple facilities who are responsible for providing quality patient care rather than providers from a single facility like a hospital or general practice.[2,3]

Integrated healthcare has numerous definitions.[4] The World Health Organization defines integrated delivery as "the organization and management of health services so that people get the care they need, when they need it, in ways that are user-friendly, achieve the desired results and provide value for money."[5(p1)] While this definition is focused on the patient experience of integrated delivery, other definitions focus on the responsibility of the system. One such definition states that organized delivery systems consist of "a network of organizations that provides or arranges to provide a coordinated continuum of services to a defined population and is willing to be held clinically and fiscally accountable for the outcomes and health status of the population served."[6(p7)] Finally, other definitions focus on the specific services and features that describe an IDS as "one or more hospitals along with physicians, diagnostic centers, and other components of the supply side of the supply chain strive to share information, minimize duplication, and make treatment decisions based upon the institutional best practices."[7(p66)]

The preceding concepts and definitions illustrate the complexity and variation involved when discussing IDSs. However, they also help to determine the commonalities present. All of these concepts and definitions include increased communication and information sharing across the care continuum. There is also a common understanding that integrated care should coordinate patient care in a way that improves the patient experience and the quality of the care received.

*Jonas and Kovner's Health Care Delivery in the United States* includes the various forms of IDSs under the umbrella of organized healthcare delivery. This book defines organized healthcare delivery as a situation where "Care providers have established relationships and mechanisms for communicating and working to coordinate patient care across health conditions, services, and care settings over time."[8(p206)] This definition is broad enough to capture many different system structures, while still including the essential functions that

an IDS must possess. Hence, for this systematic review, we include broader definitions of IDS that focus on care coordination and system integration.

## METHODS

### Literature Search Strategy and Inclusion Criteria

This systematic literature review provides a comprehensive look at the current peer-reviewed literature on IDSs. It also includes a review of other non peer reviewed publications on the subject, including white papers and reports from nonprofit and industry organizations. Although these documents have not been independently evaluated through peer-review processes, we believe that these sources can provide valuable insights. Due to the fact that these documents are not required to go through a lengthy review process required for publication in a peer-reviewed journal, they are often the first to report on emerging topics and issues.

For peer-reviewed articles, a systematic literature search was performed in 2012 using Medline, Embase, Cochrane Reviews, and Academic Search Premier, as well as the follow-up references in retrieved articles for outcomes (cost and quality) of IDSs from 2000 to 2011. Search terms included *integrated delivery system, integrated care, integrated service network, continuity of care, chains of care, care coordination, coordinated care, provider system integration,* and *vertical integration.*

While the literature search for non peer reviewed articles was not as systematic as that for the peer-reviewed literature, it was conducted through a similar process. A general Internet search engine was used to find white papers, case studies, and reports from various organizations. Several peer-reviewed publications cited such documents as well, leading to several more studies for consideration. The content of these documents was then assessed to determine the applicability of each paper to this review.

Articles were included if they evaluated outcomes (cost and quality) of IDSs. We excluded theory-based articles, articles not specific to the US health system, and articles published before 2000.

## RESULTS

Numerous publications on IDSs were available. However, the majority of this material focused on the key elements required to successfully adapt current health systems to IDSs.[9-11] In this review we were interested in articles and papers pertaining to the cost of care associated with IDSs and the quality of

care they provide. Previous literature reviews have addressed the issue of how to define and measure integrated healthcare delivery[12,13] but did not link integration with outcomes.

After the initial literature search, we identified 168 peer-reviewed articles. We excluded 78 based on title and abstract review. A total of 90 full-text articles were assessed for eligibility, 69 of which were not eligible, for a final sample of 21 articles. All 21 articles evaluated some measures of quality of care and correlated these measures with health system integration; 6 of these articles also assessed the impacts on cost of care.

The initial search of the non peer reviewed literature generated 27 white papers, reports, and case studies for consideration. Of these studies, 13 were excluded based on abstract review. The remaining 14 studies were read in their entirety to assess their eligibility for this review. Those that did not pertain to information on cost or quality outcomes were excluded. This resulted in a final sample of 4 non–peer reviewed publications (**Figure**).

To synthesize our literature review findings, we abstracted study settings and key findings from all selected papers into 3 domains: health system focus, outcome measures, and conclusion.

### Peer-Reviewed Publications

*Quality.* Enhancing care continuity and coordination are 2 important components of IDSs. With more stringent guideline- or protocol-based care, integrated healthcare systems seemed to provide better quality of care in our systematic review. Out of 21 studies, 19 showed improvement in quality of care with respect to clinical effectiveness,[14-22] lengths of stay,[23,24] medication errors,[21,25,26] and number of office visits.[27-32] Compared with non-IDSs, several studies have found more favorable outcomes for patients treated in IDSs for chronic diseases such as diabetes, hypertension, depression, congestive heart failure, and asthma.[33] There is evidence of some improvement in the care delivery process as a result of IDSs, which when quantified ranged from 10 to 25 percentage points.[30] For example, 4 studies found that IDSs improved patient medication adherence and decreased medication error rates.[15,25,26,34]

Focusing on outpatient primary care, 1 study evaluated the association between organizational structure of physician groups and healthcare quality to determine whether IDSs provided higher-quality care.[15] These researchers found that integrated medical groups performed better on 4 Healthcare Effectiveness Data and Information Set (HEDIS) measures related to preventive health screenings; although on 2 measures related to management of chronic disease, there was no statistically significant improvement.

One study found that there was a correlation between integration and the presence of practice systems for chronic care management.[33] Functional integration was much more significant than merely structural or financial integration as a determinant of chronic care systems. Similarly, another study found that large physician groups and those owned by a hospital or health plan were more likely than smaller groups to use evidence-based care management processes.[16]

Four studies looked at the impact of electronic medical record/health information technology in IDSs and found that introducing health information technology creates operational efficiencies and patient-centered care[25,29,30,32] (**Table 1**[14-33]).

*Cost.* Few studies examined the impact of IDSs on cost of care. Only 5 peer-reviewed papers in our systematic review looked at healthcare cost.[18,23,24,26,29] Of those, most studies provided evidence about the differences in utilization of services for patients treated in IDSs versus non-IDSs. In other words, the level of service utilization per patient was used as a proxy measure for cost of care. Using this measure, 4 out of 5 papers reported that IDSs were associated with lower cost of care. Two studies found that clinical service integration in various forms of ACOs and large multispecialty group practices would lower cost of care.[18,29] One study examined the medication treatment management program within an IDS and concluded that the program generated cost savings related to medication use.[26] One study discussed the cost related to the level of service integration within the hospital for patients with heart failure, but found no significant relationship between integration of services and economic outcomes.[23]

### Non–Peer Reviewed Publications

The studies selected for this review consist of 2 monographs[35,36] and 2 white papers[37,38] on the topic of IDSs.

*Quality.* Of the 4 selected non peer reviewed publications, 3 reported that improvements in quality of care were associated with health systems' clinical service integration. All 3 reports showed improvement in HEDIS measures.[35-37] Among the 17 different health systems these reports examined, IDSs were associated with a lower hospital admission rate per patient, a shorter length of stay per hospital admission, and an overall lower rate of adverse health outcomes. With IDSs, there also were increases in the use of evidence-based practices by physicians in various fields.[35] Many IDSs also saw improvements in preventive care (eg, increased vaccination rates).[35-37] Although these studies appear to indicate a positive correlation between integration and quality of care, 1 report found that expected quality improvements were not present. They also found that patients participating in multi-

■ **REVIEW ARTICLE** ■

■ **Figure.** Consort Diagram of Search Strategy



year wellness and prevention programs in 1 IDS showed little to no health improvement[38] (**Table 2**[35-38]).

**Cost.** Of the 4 non peer reviewed publications selected for this systematic review, 3 examined cost of care. All 3 publications reported that cost savings were seen in health systems that had various features of clinical integration. Of these 3 reports, 2 found that there were substantial improvements in quality-of-care measures that the researchers assumed led to indirect cost savings for the system. These reports also noted that substantial cost savings were associated with electronic prescribing implementation due to a tandem generic medication prescription initiative within the IDS involved.[35,37] While these reports indicate positive results, 1 report using data from several IDSs across the country found that, among the systems observed, there was very little cost difference, and that when cost differences were observed they were much smaller than what was expected.[38]

## DISCUSSION

A variety of emerging concepts describe IDSs. Most of the studies are theory based, yet the tenets of the theories have not been tested empirically to evaluate the relationship between the level of integration and either cost or quality

outcomes. Earlier work by Shortell and colleagues[17] suggests that it is not size or structure per se, but rather an organizational commitment to, and culture of, continuous quality improvement that is most closely linked to better performance as measured by clinical quality, patient satisfaction, organizational learning, and financial performance. However, relatively few medical groups were high performers in all performance categories. In many cases, a medical group's performance varied considerably within the domain of clinical quality; for example, a medical group that performed well in chronic disease management might be average or below in health promotion. Furthermore, the same study by Shortell and colleagues showed no correlation between high performance on quality measures and financial performance, calling into question the assumption that IDSs are inherently better at both improving quality and controlling costs. The researchers did find some positive correlation between high performance on quality measures and certain indicators of integration (eg, larger practice size, affiliation of the medical group with a hospital, health system, or health plan), yet affiliated practices were actually less likely to be high performers on financial measures.

The result of our systematic review provides partial evidence to support the conclusion that IDSs have better quality

Effects of Integrated Delivery System

■ **Table 1.** Summary of Peer-Reviewed Articles

| Objectives/Health System Focus | Outcomes | Conclusion |
|---|---|---|
| To assess the relationsh p between pract ce character st cs and hea thcare qua ty[14]<br><br>Genera ntern sts most work ng n sma primary care office settings | Phys c an Pract ce Connect ons Read ness Survey score | Phys c an pract ce w th ntegrat on<br>• Limited positive associations with measures of hea thcare qua ty[a] |
| To exam ne whether MGs prov de h gher qua ty pr mary care than PAs among PacifiCare providers[15]<br><br>Phys c an group | Mammography; pap smear screen ng; ch amyd a screen ng; d abet c eye exam; asthma contro er med cat on; β b ocker after AM | MGs<br>• Performed better than IPAs in all preventive screen ng measures[a]<br>• This difference was not explained by presence of EMR<br>• Indicative of differing practice characteristics influencing better quality of care[a]<br>• No difference was seen between IMGs and IPAs n the use of asthma contro med cat on or β b ockers after AM [b] |
| To exam ne the use of ntegrated CMPs by POs and to identify factors influencing the r use[16]<br><br>POs | The use of CMPs for d abetes asthma C F and depress on | POs<br>• Of the POs studied, each adopted only around 50% of recommended CMPs<br>• Most commonly used CMPs included disease reg str es spec a y tra ned pat ent educators and performance feedback to phys c ans<br>• POs that were owned by a hospital or HMO had h gher CMP use<br>• Organizations that were externally evaluated on qua ty measures used more CMPs than those that were not externa y eva uated[a] |
| To assess the performance of med ca groups and prov de a framework for d fferent at ng between h gh perform ng and ow perform ng med ca groups[17]<br><br>Med ca groups | Performance scorecard measures n c n ca qua ty performance organ zat ona earn ng and financial performance | MGs<br>• Only a small percentage of groups were consis-tent y categor zed as h gh performers n mu t p e performance categor es[a]<br>• A quality-centered culture and outside reporting requ rement were the strongest and most cons s tent nd cators of h gher performance[a] |
| To exam ne the costs and qua ty of care provided to Medicare beneficiaries across the Un ted States by phys c ans who d d and d d not work n arge mu t spec a ty group pract ces[18]<br><br>Phys c an group | Mammography; A1C test ng; p d test ng; funduscopy; ambu atory care sens t ve adm ss on rate; cost measures | arge mu t spec a ty groups<br>• Physicians provided higher quality care[a]<br>• Patients had lower healthcare costs[a]<br>• Measures used to assess quality of care varied by geograph c ocat on[a] |
| To assess the qua ty of care Med care d abetes pat ents rece ved n a fee for serv ce pr mary group pract ce w th n an DS n Da as/Fort Worth Texas[19]<br><br>Phys c an group | A1C eve s/test ng; p d eve s/ screen ng; b ood pressure; foot exam; d ated eye exam; nephro pathy screen ng | DS n Da as/Fort Worth<br>• A1C levels/testing, lipid levels, blood pressure, and d ated eye exam measures were h gher than nat ona averages[a]<br>• Lipid screening, nephropathy screening, and annual foot exam measures were not significantly d fferent compared w th nat ona averages[b] |
| To eva uate the effects of serv ce ntegrat on and d fferent at on on out comes n heart fa ure rates across Mary and hosp ta systems and networks[23]<br><br>osp ta systems and networks | Readm ss on; morta ty; ength of stay; cost | The eve of serv ce ntegrat on/d fferent at on between hosp ta system and network<br>• Not a significant predictor of patient outcomes[b] |

*(Continued)*

■ **REVIEW ARTICLE** ■

■ **Table 1.** Summary of Peer-Reviewed Articles *(Continued)*

| Objectives/Health System Focus | Outcomes | Conclusion |
|---|---|---|
| To descr be key h stor ca and operat ona e ements of change that may ass st an organ zat on to deve op qua ty nd ca tors for mp ement ng a strateg c p an to mprove care a gn hea thcare mprove ment efforts w th nat ona d rect ons and exam ne the types of med cat on nd ca tors used to assess these changes[27] <br><br> Bay or ea thcare System an ntegrated hea thcare de very organ zat on | Specific process of care (mea sures of hea thcare underuse overuse and m suse) | ntegrated Bay or ea thcare System <br>• Improved medication use behaviors[c] <br>• Decreased adverse drug events[c] <br>• Identified that organizational, compensatory, and cu tura comm tments may be mportant for successfu mp ementat on of c n ca nd cator n t at ves <br>• Established the baseline performance <br>• Assessed the effect veness of proposed qua ty mprovements <br>• Provided quantitative and qualitative means to dent fy best pract ces <br>• Disseminated best-care practices |
| To assess the adequacy of depress on care n the V A us ng gu de ne based process measures der ved from adm n s trat ve and centra zed pharmacy records and to dent fy pat ent and prov der character st cs assoc ated w th adequate depress on care[34] <br><br> V A system | Ant depressant dosage and dura t on adequacy | V A <br>• 90% of patients received more adequate medica t on dosage[a] <br>• 45% of patients received more adequate duration of ant depressant therapy[a] <br>• For certain patient populations, there was some t mes a h gher r sk of nadequate depress on care <br>• Needed more work to align current practice with best pract ce gu de nes to mon tor depress on care qua ty |
| mp ementat on of ntegrated c n ca nformat on techno ogy was stud ed and ts effect on med cat on errors through out the med cat on use process n a hea thcare system was eva uated[25] <br><br> Med cat on safety n a mu t hosp ta sett ng | Med cat on errors throughout the med cat on use process (pat ent safety) | ntegrated c n ca nformat on system <br>• Decreased selected types of medication errors[a] <br>• Improved therapeutic drug monitoring in patients with renal insufficiency[a] |
| To exam ne the usefu ness of the ped atr c and per nata autopsy n a vert ca y or ented hea thcare system based at a major ch dren's tert ary care hosp ta [22] <br><br> osp ta was part of a arge MO serv ng the surround ng urban and rura areas | Percentage of cases w th a major or m nor d agnost c d screpancy or unexpected pathologic finding us ng the autopsy as the cr ter on standard | The DS hosp ta w th MO contract <br>• Confirmed the value of the pediatric autopsy in a ch dren's hosp ta and a vert ca y ntegrated hea thcare system <br>• Provided important medical and quality assurance procedure to pat ent outcomes <br>• Assessed the accuracy of diagnoses <br>• Provided feedback regarding therapeutic outcomes <br>• No therapeutic outcomes were reported |
| To exam ne comp ance w th Amer can Co ege of Obstetr c ans and Gyneco o g sts recommendat on that e ect ve de v er es not be performed before 39 weeks of gestat on to m n m ze prematur ty re ated neonata comp cat ons[24] <br><br> DS n Utah | The preva ence of e ect ve de ver es; ength of stay | Obstetr cs and gyneco ogy DS n Utah <br>• Reduced the incidence of elective deliveries before 39 weeks of gestat on[a] <br>• Reduced the length of stay in labor and delivery[a] |
| To compare outcomes between ower extrem ty amputees who rece ve and do not rece ve acute postoperat ve npat ent rehab tat on w th n a arge ntegrated VA hea thcare de very system[28] <br><br> 9 VA Med ca Centers | Acute postoperat ve npat ent rehab tat on; home d scharge; prosthet c mb procurement | ntegrated VA med ca center <br>• Prov ded a greater ke hood of 1 year surv va and home d scharge[a] |

*(Continued)*

■ **Table 1.** Summary of Peer-Reviewed Articles *(Continued)*

| Objectives/Health System Focus | Outcomes | Conclusion |
|---|---|---|
| To present the clinical, economic, and human stic outcomes of 10 years of delivering MTM services to patients in a healthcare delivery system[26]<br><br>In an integrated healthcare system | Cost saving; patient satisfaction from MTM service | MTM services within a large integrated healthcare system<br>• Associated with improved clinical outcomes and cost savings[e]<br>• Provided the level of services with high patient satisfaction[e] |
| To examine whether larger physician group size and affiliation with networks of multiple groups were associated with higher quality of care[20]<br><br>Delivery of primary care services in Massachusetts | Performance scores (HEDIS measures) | Physician group affiliation with network of multiple groups<br>• Associated with higher quality of care for diabetes care than smaller physician groups[a] |
| To evaluate the effect of implementing comprehensive integrated EHR systems on use and quality of ambulatory care[29] | Total number of office visits; use of primary care, specialty care, clinical laboratory, radiology services, and telephone contact | Hospital with integrated EHR<br>• Reduced use of ambulatory care while maintaining quality[a]<br>• Allowed doctors to replace some office visits with telephone contacts<br>• Shift in patterns of use suggest a reduction in inappropriate or marginally productive ambulatory care visits[a] |
| To examine the impact of implementing an integrated EHR system on ambulatory care use[30] | Adjusted total office visit rate; adjusted primary care office visit rate; adjusted specialty care office visit rate; scheduled telephone visits; secure e-mail messaging | Hospital with comprehensive EHR<br>• Created operational efficiencies by offering nontraditional patient-centered ways of providing care<br>• Increased the number of scheduled telephone visits and secure e-mail messaging[e]<br>• Decreased the number of office visits[e] |
| To determine the extent to which POs with 20 or more physicians used CMPs and to identify key factors associated with CMP use for 4 chronic diseases[31]<br><br>1040 POs | POs' mean use of CMPs | The use of CMPs from 1040 POs<br>• Provided external incentives to POs for improvement of healthcare quality[a]<br>• Assisted POs in improving their clinical information technology capability[a]<br>• No specific clinical outcomes were reported |
| To assess the implementation of an EHR system on ambulatory care use and its evolution from basic IT at its implementation in 2004 to advanced IT in 2006[32]<br><br>An integrated delivery system | Office visits whether diagnoses available on same day | Hospital with comprehensive EHR<br>• Associated with dramatic increases in the timely availability of diagnostic information[e]<br>• Provided real-time population surveillance, and valuable for routine clinical care |
| To assess an electronic registry derived from a fully integrated EHR as the cornerstone of an intervention to improve compliance with recommended diabetes performance measures in an integrated practice network[21]<br><br>Geisinger Health System's network of 38 practice sites providing care to more than 20 000 persons with diabetes located in a 40 county region of central and northeastern Pennsylvania | Glucose control (A1C) and blood pressure control | Hospital with comprehensive EHR<br>• Improved the diabetes care in response to a multifaceted intervention[e]<br>• Needed more work to demonstrate the improvements of patient health outcomes |

*(Continued)*

■ REVIEW ARTICLE ■

■ **Table 1.** Summary of Peer-Reviewed Articles *(Continued)*

| Objectives/Health System Focus | Outcomes | Conclusion |
|---|---|---|
| To test the relationship between presence of recommended chronic care model systems and the degree of integration among large medical groups[33]<br><br>Cross sectional survey in 2007 completed by medical directors of medical groups nationally with at least 100 physicians and a range of medical services who had also participated in the NSPO | Medical group's structural, financial, and functional aspects of integrated care as well as the presence and use of practice systems | Self reported survey<br>• Large medical groups with integration were positively associated with the presence of practice system components of the chronic care model [a]<br>• No specific clinical measures were offered |

A1C indicates glycated hemoglobin n; AMI, acute myocardial infarction; CHF, congestive heart failure; CMP, care management process; EHR, electronic health record; HEDIS, Healthcare Effectiveness Data and Information Set; HI, health information technology; HMO, health maintenance organization; IDS, integrated healthcare delivery system; IMG, integrated medical group; PA, individual practice association; MTM, medication therapy management; NSPO, National Survey of Physician Organizations; PO, physician organization; VA, Veterans Affairs; VHA, Veterans Health Administration.
[a]Statistically significant.
[b]Not statistically significant.
[c]Statistical significance not reported.

outcomes. The evidence on cost of care, however, is rather weak. No study in our review was able to directly measure the cost savings as a result of integration of a health system. Most studies reported a decrease in healthcare utilization as a result of health system integration but did not assess whether the decrease of service utilization was appropriate. While many of the IDSs involved in these studies had improvements in quality of care with lower service utilization, it is important to note these studies' limitations. First, many of these reports did not include any indication that statistical tests were performed on the data. While the general data trends may have been positive in the areas of cost and quality, significance cannot be assumed. Also, most of the IDSs included in these studies were implementing multiple programs within and outside of their clinical integration initiatives. It is important to note that healthcare systems may operate under different mixes of reimbursement models (eg, managed care contracts). It was not possible for us to take this factor into consideration, as most of the studies included did not report on reimbursement models.

It is also difficult to distinguish the effect of integration per se from the effects of characteristics (eg, larger patient volume, greater use of electronic medical records, systematic quality improvement initiatives) that tend to be associated more frequently with integrated systems. Therefore, larger sample sizes that include various types of IDSs and more consistent outcome measures are needed to gauge the effects of IDSs on the cost and quality of care.

## CONCLUSIONS

ACOs and their features involving integrated delivery of healthcare are currently at the forefront of healthcare policy.

The hope for the ACO is that it will reduce healthcare costs and improve the quality of care. However, there are no data to support these assumptions, as these systems have only recently been created. Integrated healthcare delivery systems share with ACOs many of the same organizational features, foremost among them being high levels of organizational and clinical service integration. For this reason, the performance of existing IDSs with respect to quality and cost of care are being assessed to predict how well ACOs will perform in the future US healthcare system.[9]

The vast majority of studies we reviewed showed that IDSs have positive effects on quality of care. A few studies we reviewed also linked IDSs to lower health service utilization. However, each study had a different way of describing and defining IDSs. In order to compare IDSs with respect to their effectiveness in controlling costs and improving quality of care, consistent definitions should be used and components of integration need to be well defined. Due to limited information provided in the literature, we were unable to identify specific features in each health system. Nor were we able to meaningfully group the health systems based on their commonalities into various types of IDSs. As a result, it was difficult to draw definitive conclusions. Moreover, to accurately capture the performance of a health system, established methods that consistently measure cost and quality of care across health systems are needed.

Our study has other limitations. The study lacks generalizability due to the heterogeneous nature of the IDS in the studies we reviewed, the unavailability of effect size calculations, and the absence of systematic working definitions for outcomes. There also may be publication bias since there is a higher probability of peer-reviewed journals publishing stud-

## Effects of Integrated Delivery System

■ **Table 2.** Summary of Non–Peer Reviewed Articles

| Objectives/Health System Focus | Outcomes | Conclusion[a] |
|---|---|---|
| To examine the effects of integration in 15 healthcare systems on various measures of cost and quality of care[35]<br><br>A range of health systems from whole IDS to physician groups | Disease-specific quality measures; use of preventive care; mortality rates; hospital admissions; e-prescribing/generic prescribing | Results associated with integration<br>• Improved HEDIS measures<br>• Decreased admissions<br>• Decreased length of stay<br>• Increase in the use of preventive and evidence based care<br>• Cost savings associated with prescription initiatives |
| To examine the quality innovations implemented by Baylor Healthcare System and any associated changes in patient outcomes[36]<br><br>Whole IDS | Patient safety; mortality; use of preventive care; disease-specific quality measures; readmissions | Results associated with integration<br>• Decreased mortality rates<br>• Increased delivery of clinical preventive services<br>• Improved certain disease-specific quality measures |
| To develop an evolutionary process to ACO establishment using Advocate Healthcare as an example with particular focus on their physician group Advocate Physician Partners; the effect of integration on Advocate Physician Partners was also examined[37]<br><br>Whole IDS | Disease-specific quality measures; use of preventive care; use of evidence based care; e-prescribing/generic prescribing | There were large cost savings and improvements in quality measures for patients in the following programs<br>• Asthma Outcomes Initiative<br>• Generic Prescribing Initiative<br>• Depression screening and treatment for patients with diabetes or heart failure<br>• Diabetic Care Outcomes Initiative<br>• Cardiac Initiative<br>• Vaccination rates much higher than the national average |
| To examine integrated fixed-fee providers in order to identify critical factors necessary to realistically achieve improvements in cost and quality of care measures[38]<br><br>Whole IDS | Information technology; cost; culture; system structure; level of integration; patient behavior and outcomes | Results associated with integration<br>• There were some cost differences, but they were smaller than expected<br>• Subpopulations participating in multiyear wellness and prevention programs showed little to no health improvement |

ACO indicates accountable care organization; HEDIS, Healthcare Effectiveness Data and Information Set; IDS, integrated healthcare delivery system.
[a]None of the non–peer reviewed articles reported on the statistical significance of their findings.

ies with favorable results rather than studies with inconclusive or unexpected results.

As integrated systems become more common, it also is becoming more apparent that despite certain commonalities, these systems vary tremendously in how they operate. The emergence of a growing number of IDSs should allow for more data-driven studies comparing organizational performance on quality, safety, access, and cost metrics, thereby adding more insight into exactly what characteristics of IDSs lead to improvements in each of these areas. The question, perhaps, is not so much whether IDSs are better than other models of delivery, but rather, how to identify specific system features that most effectively improve quality of care while controlling costs.

**Author Affiliations:** From Department of Public Health Sciences (WH, JC, ML), Department of Medicine and Public Health Sciences (HP), Division of Health Services Research, Penn State University College of Medicine, Hershey, PA.

**Funding Source:** None.

**Author Disclosures:** D. Paz reports board membership with Penn State Hershey Medical Center. The other authors (WH, JC, ML) report no relationship or financial interest with any entity that would pose a conflict of interest with this subject matter of this article.

**Authorship Information:** Concept and design (WH, HP); acquisition of data (WH, JC, ML); analysis and interpretation of data (WH, JC, ML, HP); drafting of the manuscript (JC, WH, ML); critical revision of the manuscript for important intellectual content (WH, ML, HP); obtaining funding (WH); administrative, technical, or logistic support (WH, ML); and supervision (WH).

**Address correspondence to:** Wenke Hwang, PhD, Department of Public Health Sciences, Division of Health Services Research, Penn State University College of Medicine, 600 Centerview Dr, Ste 2200, Hershey, PA 17033. E-mail: WHwang@phs.psu.edu.

## REFERENCES

1. Axelsson R, Axelsson SB. Integration and collaboration in public health—a conceptual framework. *Int J Health Plann Manage.* 2006;21(1): 75-88

2. Guilford M, Naithani S, Morgan M. What is 'continuity of care'? *J Health Serv Res Policy.* 2006;11(4):248-250

3. Haggerty JL, Reid RJ, Freeman GK, Starfield BH, Adair CE, McKendry R. Continuity of care: a multidisciplinary review. *BMJ.* 2003;327(7425): 1219-1221

## ■ REVIEW ARTICLE ■

4  Bodenhe mer T  Coord nat ng care   a per ous  ourney through the hea th care system  *N Engl J Med*  2008;358(10) 1064 1071

5  Wadd ngton C, Egger D  *Integrated Health Services   What and Why?*  Geneva, Sw tzer and  Wor d Hea th Organ zat on; 2008

6  Sho te  SM, G   es RR, Anderson D, Er ckson K  *Remaking Health Care in America: Building Organized Delivery Systems*  Hoboken, NJ  Jossey Bass; 1996

7  Margo  s J  *The Healthcare Cure: How Sharing Information Can Make the System Work Better*  Amherst, NY  Prometheus Books; 2011

8  Kovner AR, Kn ckman JR, We sfe d VD, eds  *Jonas and Kovner's Health Care Delivery in the United States*  10th ed  New York  Spr nger Pub sh ng Company; 2011

9  W tt M, Jacobs L  *Physician Hospital Integration in the Era of Health Reform*  Ca forn a Hea thCare Foundat on  http //www chcf org/pub  cat ons/2010/12/phys c anhosp ta  ntegrat on  Pub shed December 2010  Accessed March 18, 2013

10  Rob nson JC, Do an EL  *Accountable Care Organizations in Cali fornia: Lessons for the National Debate on Delivery System Reform*  Oak and, CA   ntegrated Hea thcare Assoc at on; 2010

11  Rob nson JC  *Accountable Care Organization for PPO Patients: Challenge and Opportunity in California*  Oak and, CA   ntegrated Hea thcare Assoc at on; 2011

12  Strandberg Larsen M, Krasn k A  Measurement of  ntegrated hea thcare de  very  a systemat c rev ew of methods and future re search d rect ons  *Int J Integr Care*  2009;9 e01

13  S nger SJ, Burgers J, Fr edberg M, Rosentha  MB, Leape L, Schne der E. Defining and measuring integrated patient care: promoting the next front er  n hea th care de  very  *Med Care Res Rev*  2011;68(1) 112 127

14  Ho mboe ES, Arno d GK, Weng W, L pner R  Current yardst cks may be  nadequate for measur ng qua  ty  mprovements from the med ca home  *Health Aff (Millwood)*  2010;29(5) 859 866

15  Mehrotra A, Epste n AM, Rosentha  MB  Do  ntegrated med ca groups prov de h gher qua  ty med ca  care than  nd v dua  pract ce assoc at ons? *Ann Intern Med*  2006;145(11) 826 833

16  R ttenhouse DR, Sho te  SM, G   es RR, et a   mprov ng chron c illness care: findings from a national study of care management pro cesses  n  arge phys c an pract ces  *Med Care Res Rev*  2010;67(3) 301 320

17  Shorte  SM, Schm ttd e  J, Wang MC, et a   An emp r ca  assess ment of h gh perform ng med ca  groups  resu ts from a nat ona study  *Med Care Res Rev*  2005;62(4) 407 434

18  Weeks WB, Gott eb DJ, Nywe de DE, et a   H gher hea th care qua  ty and b gger sav ngs found at  arge mu t spec a ty med ca  groups  *Health Aff (Millwood)*  2010;29(5) 991 997

19  Ho ander P, N cewander D, Couch C, et a   Qua  ty of care of Med care pat ents w th d abetes  n a metropo tan fee for serv ce pr mary care  ntegrated de  ve y system  *Am J Med Qual*  2005;20(6) 344 352

20. Friedberg MW, Coltin KL, Pearson SD, et al. Does affiliation of phy s c an groups w th one another produce h gher qua  ty pr mary care? *J Gen Intern Med*  2007;22(10) 1385 1392

21  Weber V, B oom F, P erdon S, Wood C  Emp oy ng the e ectron c hea th record to  mprove d abetes care  a mu t faceted  ntervent on  n an  ntegrated de  very system  *J Gen Intern Med*  2008;23(4) 379 382

22. Newton D, Coffin CM, Clark EB, Lowichik A. How the pediatric au topsy y e ds va uab e  nformat on  n a vert ca  y  ntegrated hea th care system  *Arch Pathol Lab Med*  2004;128(11) 1239 1246

23  Newhouse RP, M  s ME, Johantgen M, Pronovost PJ   s there a re  at onsh p between serv ce  ntegrat on and d fferent at on and pat ent outcomes? *Int J Integr Care*  2003;3 e15

24  Osh ro BT, Henry E, W  son J, Branch DW, Varner MW; Women and Newborn C n ca  ntegrat on Program  Decreas ng e ect ve de  ver es before 39 weeks of gestat on  n an  ntegrated hea th care system  *Obstet Gynecol*  2009;113(4) 804 811

25  Mahoney CD, Berard Co  ns CM, Co eman R, Amara  JF, Cotter CM  Effects of an  ntegrated c n ca  nformat on system on med cat on safety  n a mu t hosp ta  sett ng  *Am J Health Syst Pharm*  2007; 64(18) 1969 1977

26  Rama ho de O  ve ra D, Brumme  AR, M  er DB  Med cat on ther apy management  10 years of exper ence  n a  arge  ntegrated hea th care system  *J Manag Care Pharm*  2010;16(3) 185 195

27  Ba  ard DJ   nd cators to  mprove c n ca  qua  ty across an  ntegrat ed hea th care system  *Int J Qual Health Care*  2003;15(supp  1)  13  23

28  St neman MG, Kwong PL, Kur ch JE, et a  The effect veness of  npat ent rehab  tat on  n the acute postoperat ve phase of care after transt b a or transfemora  amputat on  study of an  ntegrated hea th care de  ve y system  *Arch Phys Med Rehabil*  2008;89(10) 1863 1872

29  Garr do T, Jam eson L, Zhou Y, W esentha  A, L ang L  Effect of e ec tron c hea th records  n ambu ato y care  retrospect ve, ser a , cross sect ona  study  *BMJ*  2005;330(7491) 581

30  Chen C, Garr do T, Chock D, Okawa G, L ang L  The Ka ser Perman ente E ectron c Hea th Record  transform ng and stream  n ng moda t es of care  *Health Aff (Millwood)*  2009;28(2) 323 333

31  Casa no L, G   es RR, Shorte  SM, et a   Externa  ncent ves,  nfor mat on techno ogy, and organ zed processes to  mprove hea th care qua  ty for pat ents w th chron c d seases  *JAMA*  2003;289(4) 434 441

32  Bardach NS, Huang J, Brand R, Hsu J  Evo v ng hea th  nformat on techno ogy and the t me y ava  ab  ty of v s t d agnoses from ambu a tory v s ts  a natura  exper ment  n an  ntegrated de  ve y system  *BMC Med Inform Decis Mak*  2009;9 35

33  So berg L , Asche SE, Shorte  SM, et a   s  ntegrat on  n  arge med ca  groups assoc ated w th qua  ty? *Am J Manag Care*  2009;15(6) e34 e41

34  Charbonneau A, Rosen AK, Ash AS, et a   Measur ng the qua  ty of depress on care  n a  arge  ntegrated hea th system  *Med Care*  2003; 41(5) 669 680

35  McCa thy D, Mue  er K  *Organizing for Higher Performance: Case Studies of Organized Delivery Systems   Series Overview, Findings, and Methods*  New York  The Commonwea th Fund; 2009

36  Emsw er T, N cho s LM  *Baylor Health Care System: High Performance Integrated Health Care*  New York  The Commonwea th Fund; 2009

37  P zzo JJ, Grube ME  *Getting to There from Here: Evolving to ACOs Through Clinical Integration Programs*  Skok e,  L  Kauffman Ha  ; 2011

38  V ayaraghavan V  *Disruptive Innovation in Integrated Care Delivery Systems*  San Mateo, CA   nnos ght  nst tute; 2011 ■

# EXHIBIT D10

**Annals of Internal Medicine**

R EVIEW

# The Association Between Health Care Quality and Cost
## A Systematic Review

Peter S. Hussey, PhD; Samuel Wertheimer, MPH; and Ateev Mehrotra, MD, MPH

**Background:** Although there is broad policy consensus that both cost containment and quality improvement are critical, the association between costs and quality is poorly understood.

**Purpose:** To systematically review evidence of the association between health care quality and cost.

**Data Sources:** Electronic literature search of PubMed, EconLit, and EMBASE databases for U.S.-based studies published between 1990 and 2012.

**Study Selection:** Title, abstract, and full-text review to identify relevant studies.

**Data Extraction:** Two reviewers independently abstracted data with differences reconciled by consensus. Studies were categorized by level of analysis, type of quality measure, type of cost measure, and method of addressing confounders.

**Data Synthesis:** Of 61 included studies, 21 (34%) reported a positive or mixed-positive association (higher cost associated with higher quality); 18 (30%) reported a negative or mixed-negative association; and 22 (36%) reported no difference, an imprecise or indeterminate association, or a mixed association. The associations were of low to moderate clinical significance in many studies. Of 9 studies using instrumental variables analysis to address confounding by unobserved patient health status, 7 (78%) reported a positive association, but other characteristics of these studies may have affected their findings.

**Limitations:** Studies used widely heterogeneous methods and measures. The review is limited by the quality of underlying studies.

**Conclusion:** Evidence of the direction of association between health care cost and quality is inconsistent. Most studies have found that the association between cost and quality is small to moderate, regardless of whether the direction is positive or negative. Future studies should focus on what types of spending are most effective in improving quality and what types of spending represent waste.

**Primary Funding Source:** Robert Wood Johnson Foundation.

*Ann Intern Med.* 2013;158:27-34.                              **www.annals.org**
For author affiliations, see end of text.

Although there is broad policy consensus that both cost containment and quality improvement are critical, the association between health care costs and quality is one of the more controversial topics in health policy. One possibility is that improvements in quality will require increases in cost (or conversely, cost reductions could reduce quality) (1, 2). On the other hand, improvements in quality could lower costs by reducing complications or hospital readmissions (3). In reality, the association between cost and quality probably falls between these 2 extremes, so that some types of health care costs are associated with high quality and others with poor quality. The effect depends on where the money is spent (4).

The debate over the cost–quality association has been largely framed by several seminal studies that compared geographic areas in the United States. These studies documented large variations in cost across areas, with no evidence that higher-cost areas had better quality or health outcomes (5–8). Both the methods and the interpretation of these studies have been heavily debated (4, 9–11). The Patient Protection and Affordable Care Act mandated that the Institute of Medicine further study the issue of geographic variation in cost and quality (12). Other studies of the cost–quality association have compared units other than geographic areas (such as hospitals) using various methods and have come to different conclusions (13, 14). To our knowledge, there has been no previous systematic literature review of evidence on the cost–quality association in health care.

Among studies on the association between health care costs and quality, several design characteristics may be critical. First, level of analysis is important because area-level studies may yield different results than provider- or patient-level studies (4). Second, there are many ways to measure quality, each of which may have different associations with cost (15). For example, a structural measure of quality, such as nurse staffing per patient, will probably have different cost implications than higher performance on an outcome measure, such as patient functional status. Third, "cost" can be measured in many ways, such as reimbursement from a health plan or the amount of resources used by a provider (16). Fourth, studies may use different statistical methods, particularly in adjusting for the effects of health status on quality and costs.

To document the association between health care cost and quality and identify sources of heterogeneity between studies, we conducted a systematic review of evidence from published literature that assesses the association between health care costs and quality.

*See also:*

**Print**
Editorial comment. . . . . . . . . . . . . . . . . . . . . . . . . 67
Related article. . . . . . . . . . . . . . . . . . . . . . . . . . . 62

Downloaded from https://annals.org by James James Senter on 04/29/2019

## METHODS

### Data Sources and Searches

We searched published literature for studies that examined the association between quality and cost or spending measures. Keywords and medical subject headings included *health care costs*, *health spending*, and *quality of health care*, among others. We searched PubMed, EconLit, and EMBASE databases. We also examined the bibliographies of selected studies for other potentially relevant publications and considered studies found by ad hoc searches and consultations with outside experts.

### Study Selection

We included studies that empirically tested the direct association between a health care quality measure and a cost or spending measure; were published between 1 January 1990 and 10 June 2012; and focused on health care delivery at the patient, provider, or area level in the United States. We chose these criteria to exclude studies focused on the cost–benefit or cost-effectiveness of specific drugs, devices, or medical treatments (as opposed to the cost and quality of care in different delivery settings) and to ensure that the results would be generalizable to other U.S. delivery settings.

One reviewer reviewed titles and abstracts identified in the initial search for studies potentially meeting inclusion criteria. Two reviewers subsequently reviewed the full text of these studies to make final determinations of study eligibility.

### Data Extraction

Two reviewers independently abstracted relevant data from the included studies using a standardized form developed for this review. All discrepancies between reviewers were resolved by consensus. Variables abstracted included unit of analysis, study population, cost measure, quality measure, control for confounders (for example, age, sex, and health status), association between cost and quality measures, and statistical methods used.

### Data Synthesis and Analysis

The main study outcomes of interest were the direction, magnitude, and statistical significance of the reported association between quality and costs. Some studies compared the association between costs and quality using several types of measures. Therefore, the number of comparisons (defined as a test of the association between cost measures of a single type and quality measures of a single type) exceeded the number of studies. We analyzed reported findings of the magnitude and statistical significance of the cost–quality association for each comparison.

Comparisons were categorized as demonstrating "positive" quality–spending associations if higher cost was significantly associated with higher quality across all measures and "mixed-positive" if higher cost was significantly associated with higher quality across most, but not all, measures. Similarly, comparisons that reported that higher cost was significantly associated with lower quality were categorized as "negative" or "mixed-negative." Comparisons finding both significant positive and negative associations for different measures or analyses of the same measures were labeled "mixed." Those reporting no significant association were labeled "no difference" if the study reported a precise estimate of a zero or very small association and "imprecise or indeterminate" if the study results did not rule out the possibility of a meaningful association. To facilitate interpretation of results, we sometimes collapsed the associations into 3 groups: positive and mixed-positive findings; mixed, no difference, and imprecise or indeterminate findings; and negative and mixed-negative findings. We did not categorize studies by the magnitude of reported cost–quality associations; magnitudes were difficult to compare across studies because of the heterogeneity of cost and quality measures used and incomplete reporting of information needed to interpret magnitude. However, we present available information about the range of magnitudes of associations reported in included studies and provide examples of studies reporting findings with different levels of clinical significance.

Studies were categorized by 4 criteria: level of analysis, type of quality measure (several types per study were possible), type of cost measure (several types per study were possible, but we found that each reviewed study used only a single type of cost measure), and method of addressing

*Table 1.* **Examples of Cost Measures in Sample**

| Type of Cost Measure Studied | Included Studies Using Cost Measure Type, *n* | Study Author, Year (Reference) | Cost Measure Used in Study Example |
|---|---|---|---|
| Charges | 4 | Kaestner and Silber, 2010 (18) | Total inpatient charges (spending associated with all resource use and tallied by hospital) per Medicare admission |
| Care intensity index | 13 | Fisher et al, 2003 (5) | HRR-level EOL-EI = hospital and physician spending during last 6 mo of life; AC-EI = spending on physician and hospital services provided during the first 6 mo after index hospitalization (care intensity index) |
| Expenditure | 20 | Fu and Wang, 2008 (19) | Annual per capita total health expenditure including private insurance, public payers, and other sources (including out-of-pocket costs) |
| Accounting costs | 24 | Schreyögg and Stargardt, 2010 (20) | Costs incurred during index hospitalization, from VA cost accounting system |

AC-EI = acute care expenditure index; EOL-EI = end-of-life expenditure index; HRR = hospital referral region; VA = Veterans Affairs.

Downloaded from https://annals.org by James James Senter on 04/29/2019

confounding by health status and other factors. The level of analysis was defined as the provider (for example, hospital, nursing home, or physician), patient, or geographic area for which quality and cost or spending were measured and compared. Area-level studies typically measure the association between average health spending in the area and average quality in the area—for example, the association between average state health spending and an index of state health care quality (7). Several studies measured spending at an area level and quality at a patient level (5, 6); these studies were categorized as area-level studies. For reporting purposes, we present health plan level studies in the area category in tables.

Quality measures were classified into 6 categories. Five were defined by the Agency for Healthcare Research and Quality's National Quality Measures Clearinghouse (17): structure, process, outcome, patient experience, and access. The sixth category included composites of measures in 2 or more of these categories.

Cost measures were classified into 4 categories. Examples of measures in each category are provided in **Table 1**. "Accounting costs" measures reflect the resources used to produce health care as measured by providers' accounting systems or estimating costs by adjusting charges using facility- or department-level cost–charge ratios from accounting systems. "Charges" measures reflect the amount that providers billed insurers for services rendered. "Expenditure" measures reflected payments for health care services by health plans, beneficiaries, or other payers. Some studies used a "care intensity index" to reflect the relative amount of resources used to produce health care services.

Lastly, studies were classified according to the methods by which they addressed confounders. A main threat to studies examining the cost–quality association is confounding by unmeasured differences in patient characteristics, particularly health status. We documented the methods that studies used to address confounding by health status and separately analyzed the subset of studies that used instrumental variables analysis (21, 22) to address confounding by unobserved differences in health status.

### Role of the Funding Source

This study was funded by the Robert Wood Johnson Foundation. The funding source provided input on the scope of the study and commented on interim results but was not involved in the collection, analysis, and interpretation of the data, or in the decision to submit the manuscript for publication.

## RESULTS

### Search Results

The initial search resulted in 5443 citations (**Figure**), 56 of which were selected for full-text review. Reference mining citations in selected studies, ad hoc searches, and expert consultations yielded 44 additional studies. Of these 100 studies, 39 were excluded because they did not empir-



*Figure.* **Summary of evidence search and selection.**

Titles identified using search terms and dates of interest (*n* = 5443)
→ Excluded (*n* = 5387)

Relevant titles selected for full text review (*n* = 56)

Studies selected by reference mining, ad hoc searches, and consultation with experts (*n* = 44)
→ Excluded op-eds, commentaries, studies lacking empirical study designs, and non–U.S.-based studies (*n* = 16)

Studies selected for data abstraction (*n* = 84)
→ Excluded studies with proxy measures of costs (*n* = 23)

Studies selected for inclusion in the review (*n* = 61)

ically test the association between cost and quality or because they examined populations outside the United States. In total, 61 studies were selected for inclusion in the review. Fifteen of these studies included quality measures in several categories; however, none included cost measures in multiple categories. We separately analyzed comparisons by quality measure type.

### Characteristics of Included Studies

**Table 2** presents the number of studies using each level of analysis and the types of cost and quality measures used in studies at each level of analysis. The included studies were widely heterogeneous in the level of analysis, cost measure, and quality measure used. There was no clear pattern of cost or quality measure used by level of analysis.

Twelve studies (20%) used area-level analysis. Among provider-level studies, hospitals were the most common level of analysis (29 studies [48%]) and nursing homes were the second most common (8 studies [13%]). Forty-one studies (67%) included outcome measures of quality, 19 studies (31%) included process measures, and other domains of quality appeared in fewer than 10 studies each. Twenty-four studies (39%) measured accounting costs, 20 studies (33%) measured expenditures, 13 studies (21%) used a care intensity index, and 4 studies (7%) measured unadjusted charges. Nine studies (15%) used instrumental

Downloaded from https://annals.org by James James Senter on 04/29/2019

*Table 2.* **Studies by Type of Cost Measure and Quality Measure**

| Level of Analysis | Total Studies, n | Studies, by Cost Measure Type, n | | | | Studies, by Quality Measure Type, n* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Accounting Costs | Care Intensity Index | Charges | Expenditure | Access | Composite Measure | Outcome | Patient Experience | Process | Structure |
| **Patient** | 5 | 1 | 0 | 0 | 4 | 0 | 0 | 2 | 3 | 0 | 0 |
| **Provider** | | | | | | | | | | | |
| Disease management program | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| Hospital | 29 | 18 | 4 | 3 | 4 | 0 | 1 | 23 | 1 | 7 | 1 |
| Nursing home | 8 | 5 | 0 | 0 | 3 | 0 | 1 | 8 | 0 | 2 | 3 |
| Physician | 3 | 0 | 0 | 1 | 2 | 1 | 0 | 2 | 0 | 2 | 1 |
| Provider group | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 |
| **Region** | | | | | | | | | | | |
| Area | 12 | 0 | 8 | 0 | 4 | 3 | 0 | 5 | 4 | 4 | 0 |
| Health plan | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| **All** | 61 | 24 | 13 | 4 | 20 | 4 | 2 | 41 | 8 | 19 | 5 |

* 15 studies included several types of quality measures.

variables analysis for addressing unobserved patient severity (**Appendix Tables 1** to **3**, available at www.annals.org).

### Direction of the Association Between Costs and Quality

**Table 3** presents the direction of association between cost and quality documented in included studies, and the **Appendix Tables** include information on the sample, methods, cost and quality measures, and findings abstracted from each study. The findings of the association between health care cost and quality were inconsistent, with 21 studies (34%) reporting a positive or mixed-positive association (higher cost associated with higher quality); 18 studies (30%) reporting a negative or mixed-negative association (lower cost associated with higher quality); and 22 studies (36%) reporting no difference (1 study), an imprecise or indeterminate association (8 studies), or mixed association (13 studies). However, statistical significance alone provides only a limited assessment of the evidence on the association between costs and quality.

### Magnitude of the Association Between Costs and Quality

Among studies reporting positive associations, the magnitude of the cost–quality association was typically of low to moderate clinical significance. Examples of smaller associations include a difference of 1 to 5 percentage points on process quality measures for acute myocardial infarction, congestive heart failure, and pneumonia (for example, use of a $\beta$-blocker at discharge for acute myocardial infarction) between hospitals in the highest and lowest quartiles of cost (13); a decrease in probability of mortality within 2 years of 0.0043 for each $1000 increase in the cost of a hospital stay (23); and 3% lower mortality (0.25 fewer deaths per 100 discharges) in hospitals at the 50th percentile versus 75th percentile of cost.

However, some studies did find larger, more clinically significant associations and many studies did not present sufficient information for interpretation of clinical signifi-

cance. Examples of more clinically significant associations include an odds ratio for in-hospital mortality among patients who had an acute myocardial infarction at hospitals in the highest- versus lowest-spending quintile of 0.741 (95% CI, 0.590 to 0.891) (24), 10% greater spending over 3 years associated with a 1.5% greater survival probability (25), and a 3.1% to 11.3% decrease in 30-day mortality (varying by condition) associated with a 10% ($2000 to $5000) increase in hospital charges per admission (18).

Among studies with a negative association, there was also a range of magnitude. Examples of smaller associations include a 10% increase in area-level end-of-life care spending associated with a 1.003-higher relative risk for death among patients with hip fracture (CI, 0.999 to 1.006) (6); a rate of acute reperfusion that was 6 percentage points lower for patients who had an acute myocardial infarction in areas in the highest versus lowest quintile of end-of-life care spending (5); and an additional $10 000 in average hospital spending for end-of-life care associated with a decrease of 5.3 percentage points on a composite of process measures for acute myocardial infarction, pneumonia, and congestive heart failure (14). Examples of larger associations include a difference of 15 percentage points in the proportion of physicians who felt able to obtain high-quality specialist referrals between highest- and lowest-spending areas (26), relative cost of trauma patients treated in hospitals with low risk-adjusted mortality rates of 0.78 (CI, 0.64 to 0.95) compared with average-mortality hospitals, and hospitals with at least 1 missed quality measure associated with 7.8% higher cost than hospitals with none missed (27).

The results presented in many of the imprecise or indeterminate studies do not rule out the possibility of a real and clinically significant cost–quality association. For example, a study of 22 Veterans Affairs geographic networks found that an average increase of $1000 in risk-adjusted

Downloaded from https://annals.org by James James Senter on 04/29/2019

funding was associated with nonstatistically significantly lower odds of death among male patients (odds ratio, 0.943 [CI, 0.880 to 1.010]) (28). With a larger sample size, the study may have identified a statistically and clinically significant association. Only 2 studies included comparisons with a precise estimate of a negligible association between cost and quality (29, 30).

### Associations by Level of Analysis

The study findings of the association between cost and quality were also inconsistent at the various levels of analysis studied. The 2 exceptions were that hospital analyses were slightly more likely to report a positive association (13 positive [45%] and 10 negative [34%]) than were studies using other levels of analysis, whereas area-level studies were more likely to report a negative association (2 positive [17%] and 5 negative [42%]).

For hospital studies, a common comparison was between cost per discharge and the in-hospital or posthospitalization mortality rate (31). Another type of common comparison was between hospital costs and process quality measures reported on the Centers for Medicare & Medicaid Services Hospital Compare Web site (13, 14, 32). However, the type of study design did not seem to be systematically associated with the study findings.

Most area-level studies focused on comparisons between hospital referral regions (regional health care markets for tertiary care defined by the Dartmouth Atlas Project [33]), states, or counties. Some studies compared area-level mean spending and quality (7, 10), and others tested for an association between area-level spending and quality of care for patients treated in those areas (5, 6, 34). The results of these studies were also inconsistent, although only 2 of 12 studies (16.7%) reported a positive cost–quality association. Five studies (41.7%) reported no difference, an imprecise or indeterminate association, or a mixed association, and 5 studies (41.7%) reported a negative association.

### Findings by Quality Measure Type

Most studies (41 studies [67%]) focused on an outcome measure (most commonly, a mortality measure). Comparisons between outcomes measures and cost had inconsistent findings: 17 (41.5%) resulted in a positive association with costs; 10 (24.4%) resulted in a negative association; and 14 (34.1%) resulted in no difference, an imprecise or indeterminate association, or a mixed association. Comparisons using process measures and costs also had inconsistent results. There were no systematic differences in the results of studies using underuse versus overuse process measures.

Five studies (8%) used structural measures of quality. Three studies examined correlations between spending and staffing levels in nationwide samples of nursing homes; all 3 found positive associations with cost (35–37). Two other studies showed negative associations between quality and cost (3, 38). Studies using access, patient experience,

or composite measures of quality also had inconsistent findings.

### Findings by Cost Measure Type

The results of the studies did not vary systematically by the type of cost measure used. Findings were mixed among the 24 studies using accounting costs, with 11 studies (45.8%) reporting a positive cost–quality association; 4 (16.7%) reporting a negative association; and 9 (37.5%) reporting no difference or mixed or indeterminate findings.

Studies that compared health expenditures and quality were similarly mixed, with 5 of 20 studies (25%) reporting positive associations, 5 (25%) reporting negative associations, and 10 (50%) with imprecise or indeterminate findings or mixed findings.

Thirteen studies compared quality with various composite measures of spending or care intensity indices. The most commonly used care intensity index was the end-of-life care expenditure index developed by the Dartmouth Atlas Project (5, 6), used in 9 studies (69%). Of these 9 studies, 5 (56%) reported a negative cost–quality association, 2 (22%) reported a positive association, and 2 (22%) had mixed findings or imprecise or indeterminate findings. This index uses a "looking-back" approach, measuring health expenditure at the end of life among a cohort of

**Table 3.** Studies by Reported Association Between Health Care Cost and Quality

| Variable | Studies, by Reported Association Between Health Care Cost and Quality, n | | |
| --- | --- | --- | --- |
| | Positive | Negative | Imprecise or Indeterminate, Mixed, or No Difference |
| **Level of analysis** | | | |
| Patient | 3 | 1 | 1 |
| Provider | | | |
| Disease management program | 1 | 0 | 0 |
| Hospital | 13 | 10 | 6 |
| Nursing home | 2 | 1 | 5 |
| Physician | 0 | 1 | 2 |
| Provider group | 0 | 0 | 2 |
| Region | | | |
| Area | 2 | 5 | 5 |
| Health plan | 0 | 0 | 1 |
| All | 21 | 18 | 22 |
| | | | |
| **Cost measure type** | | | |
| Accounting costs | 11 | 4 | 9 |
| Care intensity index | 4 | 6 | 3 |
| Charges | 1 | 3 | 0 |
| Expenditure | 5 | 5 | 10 |
| All | 21 | 18 | 22 |
| | | | |
| **Quality measure type\*** | | | |
| Access | 0 | 3 | 1 |
| Composite measure | 0 | 1 | 1 |
| Outcome | 17 | 10 | 14 |
| Patient experience | 2 | 3 | 3 |
| Process | 6 | 5 | 8 |
| Structure | 3 | 2 | 0 |
| All | 28 | 24 | 27 |

\* 15 studies included quality measures in multiple domains.

Downloaded from https://annals.org by James James Senter on 04/29/2019

deceased patients. Other studies used a "looking-forward" approach, measuring the intensity of care among a cohort at a similar level of health risk. Four studies used other care intensity indices based on use of services, such as intensive care (39), structured care management (29), hospital days and physician visits (40), and cesarean delivery (41). Two of the studies reported a positive cost–quality association, 1 reported a negative association, and 1 reported an imprecise or indeterminate association.

### Methods to Address Confounding

An important methodological challenge is accounting for the effects of patient characteristics, particularly health status, which likely drives estimates of both cost and quality. No reviewed studies used experimental designs, which would account for the effects of observable and unobservable health status using randomization. Within observational studies, potential approaches for accounting for health status include natural randomization, or assignment of patients to treatment groups using a natural feature, as opposed to the controlled assignment used in randomized, controlled trials; instrumental variables analysis, which uses instrumental variables (observable factors that influence treatment but do not directly affect the outcome measure) to mimic randomization (21, 22); and multivariable regression analysis, which adjusts for the effects of observable health status using statistical methods but does not account for unmeasured health status. Of the 61 included studies, 9 (15%) used instrumental variables analysis to address confounding by unobserved patient health status. Seven of the 9 studies (78%) reported a positive cost–quality association and 2 had mixed findings. Forty-seven studies (77%) controlled for observable patient health risk using multivariable regression models. These studies resulted in mixed findings: 13 (28%) reported a positive cost–quality association; 18 (36%) reported a negative association; and 17 (36%) reported imprecise or indeterminate findings, no difference, or mixed findings. Two of these studies compared an "exposure" of area-level end-of-life care spending with patient-level quality measures. The authors argue that this design creates "natural randomization" of patients to spending levels, accounting for confounding by unobserved health status. The 2 studies using natural randomization reported mixed and mixed-negative associations between the end-of-life care expenditure index and quality (5, 6). Including these 2 studies with the 9 studies using instrumental variables analysis would change the results to 7 of 11 (64%) with a positive association, 3 with mixed and 1 with mixed-negative findings.

### DISCUSSION

The association between health care quality and costs has been an important consideration in policy debates on whether cuts in health care spending will negatively impact quality or whether quality improvement will decrease health care spending. Unfortunately, the published litera-ture does not provide clear input on these important questions. Our systematic review found inconsistent evidence on both the direction and the magnitude of the association between health care costs and quality.

Most of the reviewed studies focused their discussions of findings on the direction of the association between cost and quality. However, the magnitude of the association is another important dimension of the results. Among studies with statistically significant findings, we interpreted many of the associations to be of low to moderate clinical significance. However, some studies did report clinically significant associations in both positive and negative directions, whereas others reported imprecise, non–statistically significant findings that did not preclude the possibility of a clinically significant association. Many studies did not report sufficient information for interpretation of the magnitude of the association.

The reviewed studies were very heterogeneous both in how they measure costs and quality and their level of analysis (for example, comparison of geographic areas vs. hospitals). These differences probably contributed to the inconsistency of the evidence. However, in stratified analyses, we found inconsistent evidence even among studies using similar cost measures, quality measures, and level of analysis.

Studies were also heterogeneous in methods used. Differences in methods for adjusting for health status may have contributed to inconsistency among study findings. Studies that accounted for confounding by unmeasured health status using instrumental variables analysis or other methods, such as natural randomization, were the strongest designs among reviewed studies; there were no randomized studies. Among the few studies that used instrumental variable analysis methods to address unmeasured health status, most found that higher costs were associated with better quality. However, a relatively small percentage of the studies on this topic to date have used instrumental variables analysis, and these studies differ from other included studies in other ways that may have affected their estimates of the cost–quality association.

Moving forward, several aspects of studies could be improved. Future studies should focus on what types of spending are most effective in improving quality and what types of spending represent waste. In most studies, the cost and quality measures were typically very broad without a strong conceptual linkage. For example, spending on quality improvement may result in lower spending because of fewer complications or readmissions. However, this decrease in spending is likely to be small compared with all other sources of health care spending, which are not captured by current quality measures (4). No study disaggregated the different types of health spending or analyzed the effect of spending on different types of quality. Further, few studies broke down the association by type of patient. Certain populations may benefit more from increased resource use. Future work should also consider that the cost–

Downloaded from https://annals.org by James James Senter on 04/29/2019

quality association may be nonlinear (that is, the quality benefits of additional resources may decline and eventually become negative with increasing cost) (42, 43).

Our study has several limitations. We excluded studies from non-U.S. data sources because of concerns about generalizability. Different categorization methods for level of analysis, cost and quality measurement, or study methods could have led to different interpretations of the results. Assessing the clinical magnitude of an association and the quality of observational studies on the basis of information published was very challenging, and this review (like all systematic reviews) was limited by the quality of the original studies.

This review suggests that the association between health care cost and quality is still poorly understood. Given the immediate policy importance of this research question, additional studies are needed that more carefully disaggregate the association between health care cost and quality while addressing confounding by patient health status.

From RAND Health, Arlington, Virginia, and Pittsburgh, Pennsylvania; Harvard Business School, Boston, Massachusetts; and University of Pittsburgh School of Medicine, Pittsburgh, Pennsylvania.

**Disclaimer:** Dr. Hussey had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.

**Grant Support:** By grant 68339 from the Robert Wood Johnson Foundation.

**Potential Conflicts of Interest:** Disclosures can be viewed at www.acponline.org/authors/icmje/ConflictOfInterestForms.do?msNum=M11-2757.

**Requests for Single Reprints:** Peter S. Hussey, PhD, RAND, 1200 South Hayes Street, W7W, Arlington, VA 22202; e-mail, peter_hussey@rand.org.

Current author addresses and author contributions are available at www.annals.org.

## References

1. **Anderson GF, Chalkidou K.** Spending on medical care: more is better? [Editorial]. JAMA. 2008;299:2444-5. [PMID: 18505956]
2. **Fisher E, Skinner J.** Comment on Silber et al.: Aggressive treatment styles and surgical outcomes. Health Serv Res. 2010;45:1893-902. [PMID: 21108529]
3. **Huerta TR, Ford EW, Peterson LT, Brigham KH.** Testing the hospital value proposition: an empirical analysis of efficiency and quality. Health Care Manage Rev. 2008;33:341-9. [PMID: 18815499]
4. **Weinstein MC, Skinner JA.** Comparative effectiveness and health care spending—implications for reform. N Engl J Med. 2010;362:460-5. [PMID: 20054039]
5. **Fisher ES, Wennberg DE, Stukel TA, Gottlieb DJ, Lucas FL, Pinder EL.** The implications of regional variations in Medicare spending. Part 1: the content, quality, and accessibility of care. Ann Intern Med. 2003;138:273-87. [PMID: 12585825]
6. **Fisher ES, Wennberg DE, Stukel TA, Gottlieb DJ, Lucas FL, Pinder EL.** The implications of regional variations in Medicare spending. Part 2: health outcomes and satisfaction with care. Ann Intern Med. 2003;138:288-98. [PMID: 12585826]
7. **Baicker K, Chandra A.** Medicare spending, the physician workforce, and beneficiaries' quality of care. Health Aff (Millwood). 2004;Suppl Web Exclusives: W4-184-97. [PMID: 15451981]
8. **The Dartmouth Institute for Health Policy & Clinical Practice.** The Dartmouth Atlas of Health Care. Accessed at www.dartmouthatlas.org on 20 October 2011.
9. **Bach PB.** A map to bad policy—hospital efficiency measures in the Dartmouth Atlas. N Engl J Med. 2010;362:569-73. [PMID: 20164483]
10. **Cooper RA.** States with more health care spending have better-quality health care: lessons about Medicare. Health Aff (Millwood). 2009;28:w103-15. [PMID: 19056754]
11. **Skinner J, Chandra A, Goodman D, Fisher ES.** The elusive connection between health care spending and quality. Health Aff (Millwood). 2009;28: w119-23. [PMID: 19056756]
12. Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat 119.
13. **Jha AK, Orav EJ, Dobson A, Book RA, Epstein AM.** Measuring efficiency: the association of hospital costs and quality of care. Health Aff (Millwood). 2009;28:897-906. [PMID: 19414903]
14. **Yasaitis L, Fisher ES, Skinner JS, Chandra A.** Hospital quality and intensity of spending: is there an association? Health Aff (Millwood). 2009;28:w566-72. [PMID: 19460774]
15. **Institute of Medicine.** Performance Measurement: Accelerating Improvement. Washington, DC: National Academies Pr; 2006.
16. **Painter MW, Chernew ME.** Counting Change: Measuring Health Care Prices, Costs, and Spending. Princeton, NJ: Robert Wood Johnson Foundation; 2012. Accessed at www.rwjf.org/content/dam/web-assets/2012/03/counting-change on 12 November 2012.
17. **Agency for Healthcare Research and Quality.** National Quality Measures Clearinghouse. Accessed at www.qualitymeasures.ahrq.gov on 21 May 2012.
18. **Kaestner R, Silber JH.** Evidence on the efficacy of inpatient spending on Medicare patients. Milbank Q. 2010;88:560-94. [PMID: 21166869]
19. **Fu AZ, Wang N.** Healthcare expenditures and patient satisfaction: cost and quality from the consumer's perspective in the US. Curr Med Res Opin. 2008; 24:1385-94. [PMID: 18387219]
20. **Schreyögg J, Stargardt T.** The trade-off between costs and outcomes: the case of acute myocardial infarction. Health Serv Res. 2010;45:1585-601. [PMID: 20819109]
21. **Angrist JD, Krueger AB.** Instrumental variables and the search for identification: from supply and demand to natural experiments. J Econ Perspect. 2001; 15:69-85.
22. **Newhouse JP, McClellan M.** Econometrics in outcomes research: the use of instrumental variables. Annu Rev Public Health. 1998;19:17-34. [PMID: 9611610]
23. **Picone GA, Sloan F, Chou S, Taylor D.** Does higher hospital cost imply higher quality of care? Rev Econ Stat. 2003;85:51-62.
24. **Romley JA, Jena AB, Goldman DP.** Hospital spending and inpatient mortality: evidence from California: an observational study. Ann Intern Med. 2011; 154:160-7. [PMID: 21282695]
25. **Hadley J, Waidmann T, Zuckerman S, Berenson RA.** Medical spending and the health of the elderly. Health Serv Res. 2011;46:1333-61. [PMID: 21609331]
26. **Sirovich BE, Gottlieb DJ, Welch HG, Fisher ES.** Regional variations in health care intensity and physician perceptions of quality of care. Ann Intern Med. 2006;144:641-9. [PMID: 16670133]
27. **Auerbach AD, Hilton JF, Maselli J, Pekow PS, Rothberg MB, Lindenauer PK.** Case volume, quality of care, and care efficiency in coronary artery bypass surgery. Arch Intern Med. 2010;170:1202-8. [PMID: 20660837]
28. **Byrne MM, Pietz K, Woodard L, Petersen LA.** Health care funding levels and patient outcomes: a national study. Health Econ. 2007;16:385-93. [PMID: 16998784]
29. **Mangione CM, Gerzoff RB, Williamson DF, Steers WN, Kerr EA, Brown AF, et al; TRIAD Study Group.** The association between quality of care and the intensity of diabetes disease management programs. Ann Intern Med. 2006;145: 107-16. [PMID: 16847293]
30. **Lagu T, Rothberg MB, Nathanson BH, Pekow PS, Steingrub JS, Lindenauer PK.** The relationship between hospital spending and mortality in patients with sepsis. Arch Intern Med. 2011;171:292-9. [PMID: 21357803]

Downloaded from https://annals.org by James James Senter on 04/29/2019

31. Glance LG, Dick AW, Osler TM, Meredith W, Mukamel DB. The association between cost and quality in trauma: is greater spending associated with higher-quality care? Ann Surg. 2010;252:217-22. [PMID: 20647927]

32. Chen LM, Jha AK, Guterman S, Ridgway AB, Orav EJ, Epstein AM. Hospital cost of care, quality of care, and readmission rates: penny wise and pound foolish? Arch Intern Med. 2010;170:340-6. [PMID: 20177036]

33. The Dartmouth Institute for Health Policy & Clinical Practice. The Dartmouth Atlas of Health Care. Research Methods. Accessed at www.dartmouthatlas.org/tools/faq/researchmethods.aspx on 21 May 2012.

34. Doyle JJ. Returns to local-area health care spending: using health shocks to patients far from home. Working Paper 13301. Cambridge, MA: National Bureau of Economic Research; 2007.

35. Cohen JW, Spector WD. The effect of Medicaid reimbursement on quality of care in nursing homes. J Health Econ. 1996;15:23-48. [PMID: 10157427]

36. Grabowski DC. Does an increase in the Medicaid reimbursement rate improve nursing home quality? J Gerontol B Psychol Sci Soc Sci. 2001;56:S84-93. [PMID: 11245368]

37. Grabowski DC. Medicaid reimbursement and the quality of nursing home care. J Health Econ. 2001;20:549-69. [PMID: 11463188]

38. Rosenthal MB, de Brantes FS, Sinaiko AD, Frankel M, Robbins RD, Young S. Bridges to Excellence—recognizing high-quality care: analysis of physician quality and resource use. Am J Manag Care. 2008;14:670-7. [PMID: 18837645]

39. Barnato AE, Chang CC, Farrell MH, Lave JR, Roberts MS, Angus DC. Is survival better at hospitals with higher "end-of-life" treatment intensity? Med Care. 2010;48:125-32. [PMID: 20057328]

40. Wennberg JE, Bronner K, Skinner JS, Fisher ES, Goodman DC. Inpatient care intensity and patients' ratings of their hospital experiences. Health Aff (Millwood). 2009;28:103-12. [PMID: 19124860]

41. Baicker K, Buckles KS, Chandra A. Geographic variation in the appropriate use of cesarean delivery. Health Aff (Millwood). 2006;25:w355-67. [PMID: 16895942]

42. Fleming ST. The relationship between quality and cost: pure and simple? Inquiry. 1991;28:29-38. [PMID: 1826494]

43. Hicks LL, Rantz MJ, Petroski GF, Mukamel DB. Nursing home costs and quality of care outcomes. Nurs Econ. 2004;22:178-92, 175. [PMID: 15382393]



**CME while you keep up with medicine**

**Free CME** to Subscribers and Members **annals.org/cme.aspx**

Downloaded from https://annals.org by James James Senter on 04/29/2019

# Annals of Internal Medicine

**Current Author Addresses:** Dr. Hussey: RAND, 1200 South Hayes Street, W7W, Arlington, VA 22202.

Dr. Wertheimer: Harvard Business School, Soldiers Field, Boston, MA 02163.

Dr. Mehrotra: RAND, 4570 Fifth Avenue, Suite 600, Pittsburgh, PA 15213.

**Author Contributions:** Conception and design: P.S. Hussey, A. Mehrotra.

Analysis and interpretation of the data: P.S. Hussey, S. Wertheimer, A. Mehrotra.

Drafting of the article: P.S. Hussey, S. Wertheimer.

Critical revision of the article for important intellectual content: P.S. Hussey, A. Mehrotra.

Final approval of the article: P.S. Hussey, A. Mehrotra.

Statistical expertise: P.S. Hussey.

Obtaining of funding: P.S. Hussey, A. Mehrotra.

Administrative, technical, or logistic support: P.S. Hussey, S. Wertheimer.

Collection and assembly of data: P.S. Hussey, S. Wertheimer.

44. **Fowler FJ Jr, Gallagher PM, Anthony DL, Larsen K, Skinner JS.** Relationship between regional per capita Medicare expenditures and patient perceptions of quality of care. JAMA. 2008;299:2406-12. [PMID: 18505950]

45. **Landrum MB, Meara ER, Chandra A, Guadagnoli E, Keating NL.** Is spending more always wasteful? The appropriateness of care and outcomes among colorectal cancer patients. Health Aff (Millwood). 2008;27:159-68. [PMID: 18180491]

46. **Yasaitis L, Fisher E, Mackenzie TA, Wasson J.** Healthcare intensity is associated with lower ratings of healthcare quality by younger adults. J Ambul Care Manage. 2009;32:226-31. [PMID: 19542812]

47. **Roski J, Turbyville S, Dunn D, Krushat M, Scholle SH.** Resource use and associated care effectiveness results for people with diabetes in managed care organizations. Am J Med Qual. 2008;23:365-74. [PMID: 18820141]

48. **Birkmeyer JD, Gust C, Dimick JB, Birkmeyer NJ, Skinner JS.** Hospital quality and the cost of inpatient surgery in the United States. Ann Surg. 2012; 255:1-5. [PMID: 22156928]

49. **Bradbury RC, Golec JH, Steen PM.** Relating hospital health outcomes and resource expenditures. Inquiry. 1994;31:56-65. [PMID: 8168909]

50. **Bradbury RC, Golec JH, Steen PM.** Toward a systems quality paradigm: relating health outcomes, resource expenditures, and appropriateness of cholecystectomy patients. Health Serv Manage Res. 1997;10:231-44. [PMID: 10174513]

51. **Carey K, Burgess JF Jr.** On measuring the hospital cost/quality trade-off. Health Econ. 1999;8:509-20. [PMID: 10544316]

52. **Deily ME, McKay NL.** Cost inefficiency and mortality rates in Florida hospitals. Health Econ. 2006;15:419-31. [PMID: 16389631]

53. **Englesbe MJ, Dimick JB, Fan Z, Baser O, Birkmeyer JD.** Case mix, quality and high-cost kidney transplant patients. Am J Transplant. 2009;9:1108-14. [PMID: 19422336]

54. **Fisher ES, Wennberg DE, Stukel TA, Gottlieb DJ.** Variations in the longitudinal efficiency of academic medical centers. Health Aff (M llwood). 2004; Suppl Variation:VAR19-32. [PMID: 15471777]

55. **McKay NL, Deily ME.** Cost inefficiency and hospital health outcomes. Health Econ. 2008;17:833-48. [PMID: 17853506]

56. **Morey RC, Fine DJ, Loree SW, Retzlaff-Roberts DL, Tsubakitani S.** The trade-off between hospital cost and quality of care. An exploratory empirical analysis. Med Care. 1992;30:677-98. [PMID: 1640765]

57. **Mukamel DB, Zwanziger J, Bamezai A.** Hospital competition, resource allocation and quality of care. BMC Health Serv Res. 2002;2:10. [PMID: 12052258]

58. **Mukamel DB, Zwanziger J, Tomaszewski KJ.** HMO penetration, competition, and risk-adjusted hospital mortality. Health Serv Res. 2001;36:1019-35. [PMID: 11775665]

59. **Ong MK, Mangione CM, Romano PS, Zhou Q, Auerbach AD, Chun A, et al.** Looking forward, looking back: assessing variations in hospital resource use and outcomes for elderly patients with heart failure. Circ Cardiovasc Qual Outcomes. 2009;2:548-57. [PMID: 20031892]

60. **Romley J, Goldman DP.** How costly is hospital quality? A revealed-preference approach. Working Paper 13730. Cambridge, MA: National Bureau of Economic Research; 2008.

61. **Saleh S, Callan M, Kassak K.** The association between the hospital quality alliance's pneumonia measures and discharge costs. J Health Care Finance. 2012; 38:50-60. [PMID: 22515044]

62. **Silber JH, Kaestner R, Even-Shoshan O, Wang Y, Bressler LJ.** Aggressive treatment style and surgical outcomes. Health Serv Res. 2010;45:1872-92. [PMID: 20880043]

63. **Zhang B, Wright AA, Huskamp HA, Nilsson ME, Maciejewski ML, Earle CC, et al.** Health care costs in the last week of life: associations with end-of-life conversations. Arch Intern Med. 2009;169:480-8. [PMID: 19273778]

64. **Anderson RA, Hsieh PC, Su HF.** Resource allocation and resident outcomes in nursing homes: comparisons between the best and worst. Res Nurs Health. 1998;21:297-313. [PMID: 9679807]

65. **Mukamel DB, Spector WD.** Nursing home costs and risk-adjusted outcome measures of quality. Med Care. 2000;38:78-89. [PMID: 10630722]

66. **Weech-Maldonado R, Shea D, Mor V.** The relationship between quality of care and costs in nursing homes. Am J Med Qual. 2006;21:40-8. [PMID: 16401704]

67. **Weech-Maldonado R, Neff G, Mor V.** Does quality of care lead to better financial performance?: the case of the nursing home industry. Health Care Manage Rev. 2003;28:201-16. [PMID: 12940343]

68. **Bradbury RC, Golec JH, Steen PM.** Linking health outcomes and resource efficiency for hospitalized patients: do physicians with low mortality and morbidity rates also have low resource expenditures? Health Serv Manage Res. 2000;13: 57-68. [PMID: 11184006]

69. **Starfield B, Powe NR, Weiner JR, Stuart M, Steinwachs D, Scholle SH, et al.** Costs vs quality in different types of primary care settings. JAMA. 1994; 272:1903-8. [PMID: 7990241]

70. **Kralewski JE, Dowd BE, Xu Y.** Differences in the cost of health care provided by group practices in Minnesota. Minn Med. 2011;94:41-4. [PMID: 21462666]

71. **Solberg LI, Lyles CA, Shore AD, Lemke KW, Weiner JP.** Is quality free? The relationship between cost and quality across 18 provider groups. Am J Manag Care. 2002;8:413-22. [PMID: 12019594]

72. **Cunningham PJ.** High medical cost burdens, patient trust, and perceived quality of care. J Gen Intern Med. 2009;24:415-20. [PMID: 19101775]

73. **Doyle JJ, Graves JA, Gruber J, Kleiner S.** Do high-cost hospitals deliver better care? Evidence from ambulance referral patterns. Working Paper 17936. Cambridge, MA: National Bureau of Economic Research; 2012.

74. **Fenton JJ, Jerant AF, Bertakis KD, Franks P.** The cost of satisfaction: a national study of patient satisfaction, health care utilization, expenditures, and mortality. Arch Intern Med. 2012;172:405-11. [PMID: 22331982]

Downloaded from https://annals.org by James James Senter on 04/29/2019

Downloaded from https://annals.org by James James Senter on 04/29/2019

**Appendix Table 1.** Characteristics and Findings of Reviewed Studies on the Association Between Health Care Cost and Quality for Area-Level Analyses

| Study, Year (Reference), by Area Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Baicker and Chandra, 2004 (7) | FFS Medicare beneficiaries in 50 U.S. states (2000–2001) | Average annual Medicare payments per beneficiary Type: expenditure | 24 process quality measures developed by Medicare QIOs for treatment of AMI, breast cancer, diabetes mellitus, CHF, pneumonia, and stroke Type: process | Multivariable regression model | $1000 additional Medicare spending per capita was associated with 10 positions lower in overall state quality ranking ($P < 0.001$). The association between spending and individual quality measures was significant and negative for 15 of 24 measures ($P < 0.050$) and nonsignificant for 9 of 24 measures ($P > 0.050$). | Negative |
| Baicker et al, 2006 (41) | 10.2 million births in counties with populations >250 000 (1995–1998) | Risk-adjusted cesarean delivery rate Type: care intensity index | Maternal mortality; neonatal mortality Type: outcome | Multivariable regression model | Small and insignificant association between county cesarean delivery rate and neonatal or maternal mortality rate. Decreasing cesarean delivery rate by 1 SD was associated with a decrease of 0.2 neonatal deaths per 10 000 births at normal birth weight ($P < 0.97$), a decrease of 0.2 neonatal deaths per 10 000 births at low and very low birth weight ($P < 0.28$), and a decrease of 0.096 maternal deaths per 10 000 births ($P < 0.100$). | Imprecise or indeterminate |
| Byrne et al, 2007 (28) | 22 VA geographic networks (1998–2003) | Average risk-adjusted funding in VA networks Type: expenditure | 3-y mortality rates Type: outcome | Multivariable regression model | A $1000 increase in average risk-adjusted funding was associated with non–significantly lower odds of mortality for males (OR, 0.943 [95% CI, 0.880–1.010] and females (OR, 0.950 [CI, 0.839–1.076]). | Imprecise or indeterminate |
| Cooper, 2009 (10) | FFS Medicare beneficiaries in 50 U.S. states (2000 and 2004) | Total health spending per capita; total Medicare spending per capita Type: expenditure | State ranking of health system performance (composite of 24 Medicare QIO measures and Commonwealth Fund scale) Type: process | 2000 Medicare spending was adjusted for age, sex, race, and cost of living; 2004 results unadjusted | Higher 2004 total per-capita spending was associated with lower state quality ranking, where lower quality ranking means better quality (Pearson correlation coefficient = −0.34 using Medicare QIO measures and −0.51 using Commonwealth Fund ranking, $P < 0.050$). However, Medicare spending per capita was associated with higher (worse) state quality ranking (Pearson correlation coefficient = 0.65 using Medicare QIO measures and 0.41 using Commonwealth Fund ranking; $P < 0.050$). | Positive |
| Doyle, 2007 (34) | Patients visiting Florida from other states hospitalized for AMI, cardiac dysrhythmias, or CHF, in 44 of 67 counties with at least 30 such cases (1996–2003) | County EOL-EI (hospital and physician spending during last 6 mo of life) Type: care intensity index | Inpatient mortality Type: outcome | Natural experiment examining outcomes of patients exposed to health systems not designed for them by focusing on visitors to Florida and multivariable regression model; alternative specification using instrumental variables analysis | A 10% increase in county EOL-EI was associated with a 0.3–percentage point decrease in mortality, or 5% of the mean. | Positive |

*Continued on following page*

Downloaded from https://annals.org by James James Senter on 04/29/2019

## Appendix Table 1—Continued

| Study, Year (Reference), by Area Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Fisher et al, 2003 (5) | Medicare FFS beneficiaries aged 65–99 y hospitalized between 1993 and 1995 for hip fracture (n = 614 503), colorectal cancer (n = 195 429), or AMI (n = 159 393) and a representative sample (n = 18 190) drawn from the MCBS (1992–1995) | HRR EOL-EI and AC-EI = spending on physician and hospital services provided during the first 6 mo after index hospitalization Type: care intensity index | Percentage of "ideal" AMI patients that received recommended treatment; percentage of the general Medicaid population that received recommended preventive services Type: process | Natural experiment using area EOL-EI as a measure of spending due to physician practice rather than illness or price; multivariable regression models | In regions in the highest-spending compared with the lowest-spending quintile, patients with AMI were less likely to receive acute reperfusion (49.8% vs. 55.8%), aspirin at admission (83.9% vs. 87.7%) or discharge (74.8% vs. 83.5%) and ACE inhibitors at discharge (58.5% vs. 62.7%), and were more likely to receive β-blockers in the hospital (61.5% vs. 63.9%; test for linear trend, all P < 0.050). Association between spending and receipt of β-blockers at discharge was not significant (53.7% vs. 52.7%, P > 0.050). Flu immunizations (48.1% vs. 60.3%), pneumonia immunizations (19.7% vs. 29.4%), and Pap smears (33.6% vs. 40.8%) were provided less frequently in higher-spending regions (test for linear trend, all P < 0.050). Association between mammography tests and spending was not significant (47.6% vs. 48.7%; P < 0.050). | Mixed-negative |
| Fisher et al, 2003 (5) | Medicare FFS beneficiaries age 65–99 y hospitalized between 1993 and 1995 for hip fracture (n = 614 503), colorectal cancer (n = 195 429), or AMI (n = 159 393) and a representative sample (n = 18 190) drawn from the MCBS (1992–1995) | HRR EOL-EI and AC-EI = spending on physician and hospital services provided during the first 6 mo after index hospitalization Type: care intensity index | Usual source of care; health problem but did not see physician; trouble getting care; delaying care due to cost; waiting for visits Type: access | Natural experiment using area EOL-EI as a measure of spending due to physician practice rather than illness or price; multivariable regression models | In regions in the highest-spending compared with the lowest-spending quintile, patients were less likely to report a usual source of care (86.5% vs. 87.8%) and more likely to report having a health problem but not seeing a physician (10.1% vs. 8.7%; test for linear trend, both P < 0.050). There was no significant association between reporting trouble getting care (3.1% vs. 2.5%) and delaying care because of cost and spending (8.9% vs. 9.3%; test for linear trend, both P < 0.050). Compared with patients in the lowest-spending areas, those in the highest-spending areas were more likely to report waiting >30 min for an ED visit (34.0% vs. 28.4%), outpatient department visit (39.3% vs. 22.9%), and physician visit (31.9% vs. 24.8%, test for linear trend, all P < 0.050). | Mixed-negative |
| Fisher et al, 2003 (6) | Medicare FFS beneficiaries aged 65–99 y hospitalized from 1993 to 1995 for hip fracture (n = 614 503), colorectal cancer (n = 195 429), or AMI (n = 159 393) and a representative sample (n = 18 190) drawn from the MCBS (1992–1995). | HRR-level EOL-EI; AC-EI Type: care intensity index | 5-y mortality rate; change in functional status Type: outcome | Natural experiment using area EOL-EI as a measure of spending due to physician practice rather than illness or price, multivariable regression models | Each 10% increase in regional end-of-life spending was associated with the following RRs for death: hip fracture cohort, 1.003 (95% CI, 0.999–1.006); colorectal cancer cohort, 1.012 (CI, 1.004–1.019); AMI cohort, 1.007 (CI, 1.001–1.014); and MCBS cohort, 1.01 (CI, 0.99–1.03). No significant difference in functional status index decrease between the highest- and lowest-spending regions (−1.96 [CI, −2.36 to −1.55] vs. −1.96 [CI, −2.42 to −1.50]). | Mixed |

*Continued on following page*

www.annals.org

Downloaded from https://annals.org by James James Senter on 04/29/2019

*Appendix Table 1*—Continued

| Study, Year (Reference), by Area Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Fisher et al, 2003 (6) | Medicare FFS beneficiaries aged 65–99 y hospitalized from 1993 to 1995 for hip fracture (n = 614 503), colorectal cancer (n = 195 429), or AMI (n = 159 393) and a representative sample (n = 18 190) drawn from the MCBS (1992–1995) | HRR-level EOL-EI; AC-EI Type: care intensity index | 2 summary scores of general satisfaction with care (global quality and accessibility) and 3 summary scores focused on satisfaction with a usual physician (technical skills, interpersonal manner, and information-giving) Type: patient experience | Natural experiment using area EOL-EI as a measure of spending due to physician practice rather than illness or price, multivariable regression models | EOL-EI was negatively associated with global satisfaction and positively associated with satisfaction with interpersonal aspects of care (specific magnitude not reported, $P > 0.050$). Associations with patient experience of access to care, information giving, and technical skills were not significant (specific magnitude not reported, $P < 0.050$). | Mixed |
| Fowler et al, 2008 (44) | 2515 community-dwelling Medicare FFS beneficiaries responding to a survey | HRR-level mean per-capita Medicare Parts A and B spending Type: expenditure | Perceived unmet need for care Type: access | Multivariable regression model | There were no significant differences between highest- and lowest-expenditure areas in perceived unmet need for tests or treatment (5.0% vs. 3.9%; $P = 0.25$ for linear trend) and cardiac tests (14.2% vs. 12.5%; $P = 0.14$ for linear trend). Respondents in highest-expenditure areas reported perceived unmet need for specialists more frequently than those in lower-expenditure areas (8.0% vs. 3.3%; $P < 0.001$ for linear trend). | Article-level: mixed This comparison: mixed-negative |
| Fowler et al, 2008 (44) | 2515 community-dwelling Medicare FFS beneficiaries responding to a survey | HRR-level mean per-capita Medicare Parts A and B spending Type: expenditure | Perceived quality of ambulatory care; perceived quality of overall care Type: patient experience | Multivariable regression model | There was no significant difference between highest- and lowest-expenditure areas for 5 of 7 measures of perceived quality of care (physicians always or usually spent enough time, 87.0% vs. 88.7%, $P = 0.94$; physicians always or usually explained new medications, 86.1% vs. 90.3%, $P = 0.75$; physicians knew medication adverse effects, 89.8% vs. 97.3%, $P = 0.27$; health care better than average, 32.1% vs. 33.3%, $P = 0.67$; community care better than average, 29.7% vs. 29.8%, $P = 0.33$). Respondents in highest-expenditure areas were more likely to report that physicians knew about pain (97.8% vs. 93.2%, $P = 0.01$ for linear trend) and less likely to provide an overall rating of care of 9 or 10 out of 10 (55.4% vs. 63.3%, $P = 0.008$). | Mixed |

*Continued on following page*

Downloaded from https://annals.org by James James Senter on 04/29/2019

## Appendix Table 1—Continued

| Study, Year (Reference), by Area Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Landrum et al, 2008 (45) | Medicare beneficiaries in the national SEER database, aged >66 y, and with first diagnosis of colorectal cancer (1992–1999) | HRR-level EOL-EI; AC-EI Type: care intensity index | Stage at diagnosis; adjuvant chemotherapy for colon cancer; adjuvant chemotherapy for rectal cancer; receipt of surveillance colonoscopy; complete diagnostic colonoscopy; surveillance testing for carcinoembryonic antigen; receipt of chemotherapy within 6 mo of colon cancer diagnosis Type: process | Multivariable regression model | A $1000 increase in area-level EOL-EI was associated with 0.3% higher probability of being diagnosed with late-stage cancer (95% CI, 0.1–0.4), 1.6% higher probability of adjuvant chemotherapy for stage III cancer (CI, 0.8–2.5), and 2.5% higher probability of surveillance testing for carcinoembryonic antigen (CI, 1.3–3.7). There was no significant association between EOL-EI and adjuvant chemotherapy for rectal cancer ($1000 increase associated with 0.3% higher probability [CI, −0.7 to 1.2]), diagnostic colonoscopy (0.2 [CI, −0.2 to 0.7]), or surveillance colonoscopy (0.3 [CI, −0.9 to 1.4]). Increased EOL-EI was associated with increased use of chemotherapy among patients for which it is recommended, not recommended, and discretionary (among all patients, $1000 increase in spending associated with 0.9% higher probability of chemotherapy [CI, 0.5–1.3]). | Mixed |
| Landrum et al, 2008 (45) | Medicare beneficiaries in the national SEER database, aged >66 y, and with first diagnosis of colorectal cancer (1992–1999) | HRR-level EOL-EI; AC-EI Type: care intensity index | Overall and colorectal cancer-specific mortality at 3 y after diagnosis Type: outcome | Multivariable regression model | EOL-EI was not significantly associated with cancer or all-cause mortality but was significantly associated with increased noncancer mortality (magnitude not reported, $P < 0.001$). | Mixed |
| Sirovich et al, 2006 (26) | 10 577 physicians who provided care to adults in 51 metropolitan and 9 nonmetropolitan areas of the United States and a supplemental national sample (1998 or 1999) | HRR-level EOL-EI; AC-EI Type: care intensity index | Physician-perceived ability to provide high quality care, perceived availability of clinical services, and career satisfaction Type: access | Multivariable regression model | The proportion of physicians who felt able to obtain elective hospital admissions ranged from 50% in high-intensity regions to 64% in the lowest-intensity regions ($P < 0.001$); the proportion of physicians who felt able to obtain high-quality specialist referrals ranged from 64% in high-intensity regions to 79% in low-intensity regions ($P < 0.001$). Compared with low-intensity regions, fewer physicians in high-intensity regions felt able to maintain good ongoing patient relationships (62% vs. 70%; $P < 0.001$) or able to provide high-quality care (72% vs. 77%; $P = 0.009$). | Negative |
| Wennberg et al, 2009 (40) | Random sample of patients hospitalized at 2473 hospitals; care intensity measure based on 20% national Medicare sample (2006–2007) | HRR hospital care intensity summary measure based on number of days in hospital and number of inpatient physician visits (not EOL-EI) Type: care intensity index | 10 patient experience measures from the HCAHPS Type: patient experience | All measures adjusted for age, sex, race, and comorbid conditions | The proportion of patients reporting a negative overall experience and care intensity were positively associated ($r = 0.51$; $P < 0.001$). | Negative |

*Continued on following page*

www.annals.org

Downloaded from https://annals.org by James James Senter on 04/29/2019

*Appendix Table 1—Continued*

| Study, Year (Reference), by Area Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Yasaitis et al, 2009 (46) | National sample of 64 088 respondents aged 19–69 y to an online interactive patient assessment (2003–2008) | HRR-level EOL-EI Type: care intensity index | Patient satisfaction with care efficiency, continuity, access, and overall quality; patient-centeredness; physician–patient communication; safety Type: patient experience | Multivariable regression model | Compared with patients receiving care in lower-intensity regions, patients receiving care in higher-intensity regions reported lower satisfaction with the efficiency (61% vs. 72%), continuity (75% vs. 76%), accessibility (45% vs. 49%), overall quality of care (33% vs. 40%), and patient centeredness (23% vs. 32%) than patients in lower-intensity regions (all $P < 0.001$). | Negative |
| **Health plan** | | | | | | |
| Roski et al, 2008 (47) | Patients with diabetes aged 18–75 y insured by a volunteer sample of 35 health plans (2005) | Relative resource use defined as actual vs. expected price-standardized annual health plan spending for patients with diabetes Type: expenditure | Composite measure based on percentage of diabetics with evidence of annual hemoglobin $A_{1c}$ screen, LDL screen, eye examination, nephropathy care Type: process | Indirect standardization of costs for age, sex, diabetes type 1 or 2, and comorbid condition | No significant association between health plan total diabetes relative resource use and quality (magnitude not reported). No significant association for inpatient facility, procedure and surgery, or evaluation and management subcategories of resource use and quality (magnitude not reported). Significant positive association between pharmacy resource use and quality (Pearson correlation coefficient = 0.513; $P < 0.003$). | Imprecise or indeterminate |

ACE = angiotensin-converting enzyme; AC-EI = Acute Care Expenditure Index; AMI = acute myocardial infarction; CHF = congestive heart failure; ED = emergency department; EOL-EI = End-Of-Life Expenditure Index; FFS = fee-for-service; HCAHPS = Hospital Consumer Assessment of Healthcare Providers and Systems; HRR = hospital referral region; LDL = low-density lipoprotein; MCBS = Medicare Current Beneficiary Survey; OR = odds ratio; QIO = quality improvement organization; RR = relative risk; SEER = Surveillance, Epidemiology and End Results; VA = Veterans Affairs.

Downloaded from https://annals.org by James James Senter on 04/29/2019

*Appendix Table 2.* **Characteristics and Findings of Reviewed Studies on the Association Between Health Care Cost and Quality for Provider-Level Analyses**

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| **Disease management programs** | | | | | | |
| Mangione et al, 2006 (29) | 8661 adults with diabetes sampled from 63 physician groups nested in 11 health plans (2000–2001) | Disease management intensity measured by use of physician reminders, performance feedback, and structured care management Type: care intensity index | Dilated retinal examination, nephropathy screening, foot examination, hemoglobin $A_{1c}$ testing, serum lipid panel, recommendation for influenza vaccine, and recommendation to take aspirin and quit smoking Type: process | Multivariable regression model | The association between disease management intensity and process quality measures was positive and significant for 6 of 8 measures (difference between 3rd and 1st tercile, 8–15 percentage points; $P < 0.050$) and positive but nonsignificant for 2 measures (difference between 3rd and 1st tercile, 4 and 2 percentage points; $P > 0.050$). | Article-level: mixed-positive This comparison: positive |
| Mangione et al, 2006 (29) | 8661 adults with diabetes sampled from 63 physician groups nested in 11 health plans (2000–2001) | Disease management intensity measured by use of physician reminders, performance feedback, and structured care management Type: care intensity index | Serum LDL cholesterol level, hemoglobin $A_{1c}$ level, systolic blood pressure Type: outcome | Multivariable regression model | No significant association between disease management intensity and intermediate outcomes (difference between 3rd and 1st tercile in hemoglobin $A_{1c}$ level, 0.1 percentage point [95% CI, −0.2 to 0.4]; systolic blood pressure, 2 mm Hg [CI, 0–4]; serum LDL cholesterol, 0 mmol/L [0 mg/dL] [CI, −4 to 4]). | No difference |
| **Hospitals** | | | | | | |
| Auerbach et al, 2010 (27) | 81 289 patients cared for by 1451 physicians at 164 hospitals participating in Premier Perspective, admitted for coronary artery bypass graft, aged ≥18 y (1 Oct 2003–1 September 2005) | Premier Perspective hospital cost per discharge from hospital accounting systems or cost/charge ratios Type: accounting costs | Antimicrobial use to prevent surgical site infection on the operative day, discontinued antimicrobial use within 48 h, serial compression device use for venous thromboembolism prevention in 2 d after surgery, use of aspirin, β-blockers, and statin drugs in 2 d after surgery Type: process | Multivariable regression model | Individual quality measures had inconsistent associations with costs but patients who had no quality measures missed (composite measure) had lower costs than those who missed ≥1 (1 missed quality measure associated with 7.8% higher cost than none missed, $P < 0.001$). | Mixed-negative |
| Barnato et al, 2010 (39) | 1 021 909 patients aged ≥65 y, incurring 2 216 815 admissions in 169 Pennsylvania hospitals (April 2001–March 2005) | Index of hospital end-of-life treatment intensity calculated by empirically weighting 6 Bayes shrunken case-mix standardized treatment ratios (ICU admission, ICU LOS, intubation or mechanical ventilation, tracheostomy, hemodialysis, and gastrostomy) among admissions aged >65 y at end-of-life (care intensity index) | 30- and 180-d mortality Type: outcome | Multivariable regression model | Compared with admission at an average intensity hospital, admission to a hospital 1 SD below vs. 1 SD above average intensity resulted in an adjusted OR of mortality for admissions at low PPD of 1.06 (95% CI, 1.04–1.08) vs. 0.97 (CI, 0.96–0.99); average PPD, 1.06 (CI, 1.04–1.09) vs. 0.97 (CI, 0.96–0.99); and high PPD, 1.09 (CI, 1.07–1.11) vs. 0.97 (CI, 0.95–0.99), respectively. By 180 d, the benefits to intensity attenuated: low PPD, 1.03 (CI, 1.01–1.04) vs. 1.00 (CI, 0.98–1.01); average PPD, 1.03 (CI, 1.02–1.05) vs. 1.00 (CI, 0.98–1.01); and high PPD, 1.06 (CI, 1.04–1.09]) vs. 1.00 (CI, 0.98–1.02), respectively. | Positive |

*Continued on following page*

www.annals.org

Downloaded from https://annals.org by James James Senter on 04/29/2019

### Appendix Table 2—Continued

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Birkmeyer et al, 2012 (48) | All hospitals performing selected surgical procedures for FFS Medicare beneficiaries (number of hospitals: coronary artery bypass graft, 1060; colectomy, 1227; abdominal aortic aneurysm repair, 728; hip replacement, 1839) (2005–2007) | Medicare payments for all services from admission date to 30 d after discharge. Type: expenditure | Mortality within 30 d of index surgical procedure; complications selected from the Complication Screening Project. Type: outcome | Multivariable regression models | Compared with hospitals in the lowest complications quintile, hospitals in the highest quintile had higher spending for all studied procedures (highest vs. lowest complications quintile: coronary artery bypass graft, $46 024 vs. $40 671, $P < 0.001$; colectomy, $28 199 vs. $25 481; abdominal aortic aneurysm repair, $33 002 vs. $27 723; hip replacement, $22 051 vs. $19 615). Small, inconsistent differences in spending by quartile of mortality (highest vs. lowest mortality quintile: coronary artery bypass graft, $43 249 vs. $43 583; colectomy, $26 756 vs. $27 530; abdominal aortic aneurysm repair, $30 334 vs. $30 612; hip replacement, $21 092 vs. $20 907). | Mixed-negative |
| Bradbury et al, 1994 (49) | 43 Pennsylvania hospitals (1989–1990) | Total hospital charges per discharge, ancillary charges per discharge. Type: charges | In-hospital mortality and morbidity, defined as continued clinical instability determined by presence of MedisGroups key clinical findings. Type: outcome | Multivariable regression model | Total charges showed a positive, significant ($P < 0.050$) association with morbidity (all patients) and mortality (patients with LOS ≥4 d); nonsignificant association between charges and mortality for patients with LOS 1–3 d; insufficient information presented to abstract magnitude of associations. | Mixed-negative |
| Bradbury et al, 1997 (50) | 10 043 cholecystectomy patients treated by 218 surgeons in 43 Pennsylvania hospitals (1990–1991) | Total hospital charges per discharge, ancillary charges per discharge. Type: charges | In-hospital morbidity, defined as continued clinical instability determined by presence of MedisGroups key clinical findings. Type: outcome | Multivariable regression model | Total charges showed a positive, significant ($P < 0.010$) association with morbidity; insufficient information presented to abstract magnitude of associations. | Negative |
| Carey and Burgess, 1999 (51) | Nonpsychiatric patients at 137 VA hospitals (1988–1993) | Total variable cost from VA hospital accounting data. Type: accounting costs | Observed or expected 30-d mortality; observed/expected 14-d readmission rates. Type: outcome | Instrumental variables analysis | A 1-unit increase in observed or expected mortality index was associated with 24%–44% higher cost in instrumental variables regressions for each of 4 y ($P < 0.100$). A 1-unit increase in observed or expected readmissions was associated with 25%–29% higher cost in instrumental variables regressions for each of 2 y ($P < 0.100$). | Article-level: mixed This comparison: negative |
| Carey and Burgess, 1999 (51) | Nonpsychiatric patients at 137 VA hospitals (1988–1993) | Total variable cost from VA hospital accounting data. Type: accounting costs | Observed or expected outpatient follow-up within 30 d after inpatient discharge. Type: process | Instrumental variables analysis | A 1-unit increase in observed or expected outpatient follow-up rate was associated with 12%–21% higher cost in instrumental variable regressions for each of 4 y ($P < 0.100$ for 3 y, $P < 0.100$ for 1 y). | Positive |
| Chen et al, 2010 (32) | 3146 hospitals, 518 473 discharges, and 400 068 unique Medicare patients with CHF; 3152 hospitals, 443 564 discharges, and 399 841 unique Medicare patients with pneumonia (2006) | Relative cost index based on cost per discharge calculated from cost to charge ratios and charges. Type: accounting costs | Process quality of care. Type: process | Multivariable regression model | Hospitals in the highest-cost quartile had higher quality scores than the lowest-cost quartile hospitals for CHF care (89.9% vs. 85.5%, $P < 0.001$) and lower quality scores for pneumonia (85.7% vs. 86.6%, $P < 0.002$). | Mixed |

*Continued on following page*

Downloaded from https://annals.org by James James Senter on 04/29/2019

www.annals.org

## Appendix Table 2—Continued

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Chen et al, 2010 (32) | 3146 hospitals, 518 473 discharges, and 400 068 unique Medicare patients with CHF; 3152 hospitals, 443 564 discharges, and 399 841 unique Medicare patients with pneumonia (2006) | Relative cost index based on cost per discharge calculated from cost to charge ratios and charges Type: accounting costs | 30-d mortality; readmission rates Type: outcome | Multivariable regression model | Mortality: Hospitals in the highest-cost quartile had lower mortality for CHF compared with the lowest-cost quartile (9.8% vs. 10.8%, $P < 0.001$) and higher mortality for pneumonia (11.7% vs. 10.9%, $P < 0.001$). Readmissions: high-cost hospitals had lower readmission rates for CHF than low-cost hospitals (22.0% vs. 24.7%, $P < 0.0001$) and similar readmission rates for pneumonia (17.3% vs. 17.9%, $P = 0.20$). | Mixed |
| Deily and McKay, 2006 (52) | 416 urban, acute care Florida hospitals (1999–2001) | Hospital inefficiency score (percentage difference between a hospital's actual cost and the most efficient frontier cost level) Type: accounting costs | Risk-adjusted in-hospital mortality rate Type: outcome | Multivariable regression model | A reduction in inefficiency from the mean value of approximately 13% to 12% was associated with a significant reduction in the mortality rate of 0.01%. | Positive |
| Englesbe et al, 2009 (53) | 43 393 high-cost Medicare kidney transplant patients (2003–2006) | Medicare payments for readmissions and outlier cases Type: expenditure | Composite measure of 30-d mortality and kidney transplant volume Type: composite measure | Multivariable regression model | Hospitals determined to be lower quality in 2003–2004 had an average payment for high-cost patients that was $1185 larger ($P < 0.001$) than the average payments made to high-quality centers in 2005–2006. | Negative |
| Fisher et al, 2004 (54) | Medicare FFS beneficiaries aged 65–99 y with initial hospitalization for AMI, colorectal cancer, or hip fracture at 299 teaching hospitals (1993–1995) | HRR-level EOL-EI, assigned to patients by location of hospital of initial hospitalization Type: care intensity index | 6 AMI process measures from the Cooperative Cardiovascular Project Type: process | Multivariable regression model | Compared with hospitals in the lowest quintile of intensity, hospitals in the highest quintile did not have significantly different rates of reperfusion within 12 h (44.4% vs. 41.9%) or use of in-hospital aspirin (92.1% vs. 93.8%), discharge ACE inhibitor (62.0% vs. 66.2%), and discharge $\beta$-blocker (60.3% vs. 65.5%); all $P > 0.050$. High-intensity hospitals had lower rates of discharge aspirin (82.2% vs. 90.5%) and in-hospital $\beta$-blocker (60.0% vs. 62.0%) use both $P < 0.050$. | Mixed-negative |
| Fisher et al, 2004 (54) | Medicare FFS beneficiaries aged 65–99 y with initial hospitalization for AMI, colorectal cancer, or hip fracture at 299 teaching hospitals (1993–1995) | HRR-level EOL-EI, assigned to patients by location of hospital of initial hospitalization Type: care intensity index | 5-y mortality rate Type: outcome | Multivariable regression model | A 10% increase in practice intensity was associated with the following mortality relative risk: hip fracture, 1.003 (95% CI, 0.999–1.007); colorectal cancer, 1.007 (CI, 1.000–1.013); and AMI, 1.012 (CI, 1.005–1.020). | Mixed-negative |
| Fleming, 1991 (42) | Medicare beneficiaries hospitalized at 659 hospitals (1985) | Total variable cost as reported on AHA annual survey Type: accounting costs | Ratio of actual to expected mortality index; ratio of actual to expected readmission index. Type: outcome | Multivariable regression model | Higher cost had a cubic association with the readmission index and surgical mortality index ($P < 0.010$). Total and medical mortality were not significantly associated with cost. | Mixed |
| Glance et al, 2010 (31) | 67 124 trauma patients admitted to 73 trauma centers drawn from HCUP NIS (2006) | Relative cost of care per admission using charges and cost-to-charge ratios Type: accounting costs | Predicted probability of mortality at admission compared with admission at average hospital, controlling for patient risk factors. Type: outcome | Multivariable regression model | The relative cost of trauma patients treated in hospitals with low risk-adjusted mortality rates was 0.78 (CI, 0.64–0.95) compared with average-mortality hospitals. The cost of treating patients in high-mortality trauma centers was 1.08 times higher than average-mortality hospitals, but the difference was not significant (CI, 0.92–1.27). | Mixed-negative |

*Continued on following page*

*Appendix Table 2—Continued*

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Huerta et al, 2008 (3) | 273 hospitals in 19 markets (2005) | X-inefficiency based on data envelopment analysis using expenses, case-mix-adjusted admissions, LOS, and number of beds. Type: accounting costs | Leapfrog Group safe practice score. Type: structure | Multivariable regression model | Higher safe practice scores were significantly associated with higher hospital efficiency (increase of 1 quintile in safe practice score associated with 0.105 increase in X-inefficiency scale, $P = 0.050$). | Negative |
| Jha et al, 2009 (13) | 4048 acute care hospitals (2004) | Relative cost index based on ratio of actual average cost per case (from CMS Hospital Cost Reports) for Medicare patients divided by predicted average cost per case for Medicare patients. Type: accounting costs | 15 HQA process measures for AMI, CHF, and pneumonia; condition-specific composites constructed as ratio of number of times a hospital performed appropriate action across total number of opportunities to provide appropriate care. Type: process | Multivariable regression model | Compared with hospitals in the highest cost quartile, hospitals in the lowest cost quartile had, on average, lower AMI performance (88.9 vs. 90.8%, $P < 0.001$) and CHF performance (77.0 vs. 81.7%, $P < 0.001$). There was no significant association between risk-adjusted hospital costs and performance on pneumonia quality metrics (76.9 vs. 77.4%, $P = 0.68$). | Article-level: mixed-positive. This comparison: mixed-positive |
| Jha et al, 2009 (13) | 4048 acute care hospitals (2004) | Relative cost index based on ratio of actual average cost per case (from CMS Hospital Cost Reports) for Medicare patients divided by predicted average cost per case for Medicare patients. Type: accounting costs | 30-d mortality. Type: outcome | Multivariable regression model | No significant difference in mortality rates between low- and high-cost hospitals for AMI (19.4 vs. 19.5, $P = 0.56$), CHF (13.3 vs. 13.2, $P = 0.80$), and pneumonia (14.4 vs. 14.2, $P = 0.18$). | Imprecise or indeterminate |
| Kaestner and Silber, 2010 (18) | Medicare patients hospitalized for surgery (general, orthopedic, vascular) and medical conditions (AMI, CHF, stroke, and gastrointestinal bleeding) (2001–2005) | Total inpatient charges per Medicare admission. Type: charges | 30-d mortality. Type: outcome | Instrumental variables analysis | For all conditions except AMI, a 10% ($2000–$5000) increase in charges was associated with a 3.1%–11.3% decrease in 30-d mortality ($P < 0.050$), varying by condition. | Positive |
| Lagu et al, 2011 (30) | Patients aged ≥18 y with sepsis in 309 nationwide hospitals in the Premier Perspective database (2004–2006) | Observed − expected costs from hospital cost accounting systems. Type: accounting costs | Severity-adjusted in-hospital mortality rate. Type: outcome | Multivariable regression model | An additional $1000 in patient costs was associated with a 0.1% increase in adjusted hospital-level mortality (95% CI, 0%–0.2%). | No difference |
| McKay and Deily, 2008 (55) | National sample of 3384 short-term, acute-care hospitals in operation for full year, with at least 16 beds and 100 discharges (1999–2001) | Cost inefficiency estimated using stochastic frontier analysis of costs from Medicare cost reports and AHA survey. Type: accounting costs | In-hospital mortality and complication rate. Type: outcome | Multivariable regression model | Cost inefficiency was not significantly associated with in-hospital mortality or complication rates (1-unit increase in cost inefficiency score associated with 0.00002–percentage point decrease in mortality rate and 0.0008–percentage point decrease in complication rate, $P > 0.050$). | Imprecise or indeterminate |
| Morey et al, 1992 (56) | National sample of 300 hospitals (1981) | Cost inefficiency estimated using data envelopment analysis of hospital costs from AHA survey. Type: accounting costs | Ratio of actual to predicted in-hospital deaths. Type: outcome | Multivariable regression model | A reduction of 1 death was associated with an increase in efficient cost of $28 926 ($P < 0.001$). | Positive |
| Mukamel et al, 2002 (57) | 338 hospitals in California with available data (1982–1989) | Hospital costs (from AHA cost reports) per adjusted discharge. Type: accounting costs | Risk-standardized mortality rates from all causes and from AMI, CHF, pneumonia, and stroke. Type: outcome | Multivariable regression model | An additional $1000 in cost per adjusted discharge was associated with 0.47 fewer deaths per 100 discharges ($P < 0.001$). | Positive |

*Continued on following page*

Downloaded from https://annals.org by James James Senter on 04/29/2019

Downloaded from https://www.annals.org by James James Senter on 04/29/2019

www.annals.org

## Appendix Table 2—Continued

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Mukamel et al, 2001 (58) | FFS Medicare beneficiaries | Wage-adjusted hospital costs per adjusted admission reported to AHA Type: accounting costs | 30-d mortality Type: outcome | Multivariable regression model | Compared with hospitals at the 50th percentile of cost per admission, hospitals at the 75th percentile had lower mortality rates (9.11 vs. 9.36 deaths per 100 discharges; $P < 0.001$), with the largest effect observed for hospitals with expenditures at or above the 90th percentile (8.84 vs. 9.36; $P < 0.001$). | Positive |
| Ong et al, 2009 (59) | 3999 patients hospitalized with CHF at 6 California hospitals from 1 January 2001 to 30 June 30 ("looking forward" cohort); 1650 patients in the "looking forward" cohort who died between 1 July 2001 and 31 December 2005 ("looking back" cohort) | Total hospital direct costs (from hospital cost accounting systems) per discharge Type: accounting costs | 180-d mortality Type: outcome | Multivariable regression model | Spearman rank correlation between adjusted cost and adjusted mortality for the "looking forward" cohort was −0.93 ($P < 0.010$). Patterns of resource utilization across hospitals were not the same between the "looking forward" and "looking back" cohorts. | Positive |
| Picone et al, 2003 (23) | 5332 Medicare beneficiaries aged >65y with hip fracture, stroke, coronary heart disease, or CHF diagnosis and surviving initial admission | Total cost of inpatient admission, calculated as sum of adjusted hospital charges (using cost-to-charge ratios) and physician Part B payments Type: accounting costs | 2-y mortality Type: outcome | Instrumental variables analysis and quasi-maximum-likelihood estimator with discrete factor approximations | Probability of dying within 2 y decreased 0.0043 for each $1000 increase in cost of a hospital stay ($P < 0.010$). | Positive |
| Romley and Goldman, 2008 (60) | Medicare beneficiaries aged >65 y with pneumonia diagnosis | Hospital total costs per discharge measured as adjusted charges using cost-to-charge ratios Type: accounting costs | "Revealed quality" measured by patient choice of hospital Type: patient experience | Instrumental variables analysis | Quality improvement from the 25th to 75th percentile would increase costs at the average hospital by approximately 50%. | Positive |
| Romley et al, 2011 (24) | Patients hospitalized with 1 of 6 major medical conditions | Average hospital spending in the last 2 y of life for patients with chronic conditions Type: expenditure | Inpatient mortality Type: outcome | Multivariable regression model | For each of 6 diagnoses at admission, higher-spending hospitals were associated with lower risk-adjusted inpatient mortality (highest- vs. lowest-spending quintile in 2004–2008: AMI OR, 0.741 [95% CI, 0.590–0.891]; CHF OR, 0.755 [CI, 0.630–0.879]; stroke OR, 0.811 [CI, 0.680–0.942]; gastrointestinal hemorrhage OR, 0.821 [CI, 0.668–0.975]; hip fracture OR, 0.973 [CI, 0.758–1.188]; pneumonia OR, 0.729 [CI, 0.624–0.834]). | Positive |
| Saleh et al, 2012 (61) | 48 574 pneumonia patients admitted to 189 New York hospitals (2005) | Standardized total average cost of care per discharge calculated from cost-to-charge ratios Type: accounting costs | Composite measure of successfully delivered process measures to opportunities to provide appropriate care Type: process | Multivariable regression models | Compared with hospitals in the top performance quartile, the ratios of average cost for hospitals in the 2nd, 3rd, and 4th quartiles were 1.05, 1.04, and 0.98, respectively. | Imprecise or indeterminate |

*Continued on following page*

Downloaded from https://annals.org by James James Senter on 04/29/2019

## Appendix Table 2—Continued

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Schreyögg and Stargardt, 2010 (20) | 35 279 patients treated for AMI at 115 VHA hospitals (2000–2006) | Costs incurred during index hospitalization, from cost accounting system Type: accounting costs | 1-y mortality and readmission Type: outcome | Instrumental variables analysis | A $100 decrease in cost was associated with a 0.63% increase in the hazard of dying ($P < 0.001$) and a 1.24% increase in the hazard to be readmitted conditional on not dying ($P < 0.001$). | Positive |
| Silber et al, 2010 (62) | Medicare admissions to 3065 hospitals for general, orthopedic, and vascular surgery ($n$ = 4 558 215 unique patients) (2000–2005) | EOL-EI Type: care intensity index | 30-d mortality; in-hospital complications; failure-to-rescue Type: outcome | Multivariable regression model | The OR for complications in hospitals at the 75th percentile of aggressive treatment style compared with those at the 25th percentile (a U.S. $10 000 difference) was 1.01 ($P < 0.066$), whereas the OR for mortality was 0.94 ($P < 0.001$) and failure-to-rescue was 0.93 ($P < 0.001$). | Mixed-positive |
| Yasaitis et al, 2009 (14) | 2712 U.S. hospitals reporting to Hospital Compare (2004–2007) | EOL-EI Type: care intensity index | Composite of 11 Hospital Compare process quality measures for AMI, pneumonia, and CHF Type: process | Multivariable regression model | Increase of $10 000 in end-of-life spending associated with change of −5.3 percentage points for overall quality ($P < 0.001$), −5.2 percentage points for AMI ($P < 0.001$), −9.2 percentage points for pneumonia ($P = 0.001$), and −0.3 percentage points for CHF ($P = 0.687$). | Negative |
| Zhang et al, 2009 (63) | 316 deceased cancer patients at 7 treatment sites (2002–2007) | Per-capita spending for hospital stays and hospice care received in last week of life Type: expenditure | Caregiver rating of patient quality of death, mortality Type: outcome | Multivariable regression model | Patients with higher costs had lower quality of death in their final week (Pearson partial correlation coefficient = −0.17; $P = 0.006$). | Negative |
| **Nursing homes** | | | | | | |
| Anderson et al, 1998 (64) | 494 nursing homes in Texas (1990) | Total cost per resident day Type: accounting costs | Composite of 11 resident outcomes Type: outcome | Multivariable regression model | Nursing homes with the best outcomes had 7% higher cost per resident day than nursing homes with the lowest cost per day ($45.52 vs. $42.48; $P < 0.050$). | Positive |
| Cohen and Spector, 1996 (35) | 658 Medicaid-certified nursing homes and 2663 residents (1987) | Medicaid nursing home payment rate per day Type: expenditure | Mortality; change in functional status; presence of bedsores Type: outcome | Multivariable regression model | The reimbursement rate was not significantly associated with outcomes (magnitude not presented). | Article-level: mixed This comparison: imprecise or indeterminate |
| Cohen and Spector, 1996 (35) | 658 Medicaid-certified nursing homes and 2663 residents (1987) | Medicaid nursing home payment rate per day Type: expenditure | Number of RNs, LPNs, and total nursing staff per 100 facility residents Type: structure | Multivariable regression model | Additional dollar of Medicaid reimbursement per day associated with 0.16 more LPNs per 100 residents ($P < 0.050$), 0.003 more RNs per 100 residents ($P > 0.050$), and 0.061 more total staff per 100 residents ($P > 0.050$). | Mixed-positive |
| Grabowski, 2001 (36) | 15 067 federally certified Medicaid and Medicare nursing homes (1995–1996) | Medicaid nursing home payment rate Type: expenditure | Medication error rate, use of urethral catheters, use of feeding tubes, use of physical restraints Type: process | Multipart multivariable regression models | No significant association between Medicaid reimbursement and 4 process measures (Medicaid rate of $105 vs. $65 associated with 0.62–percentage point decrease in medication errors, 0.23–percentage point decrease in use of feeding tubes, 0.07–percentage point decrease in use of catheters, and 0.80–percentage point decrease in use of physical restraints; all $P > 0.050$). | Imprecise or indeterminate |

*Continued on following page*

*Appendix Table 2—Continued*

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Grabowski, 2001 (36) | 15 067 federally certified Medicaid and Medicare nursing homes (1995–1996) | Medicaid nursing home payment rate Type: expenditure | Number of facility deficiencies assigned in Medicaid certification process, including 175 measures of structure, process, and outcome. Type: composite measure | Multipart multivariable regression models | No significant association between Medicaid reimbursement and number of deficiencies (Medicaid rate of $105 vs. $65 associated with 0.62 fewer deficiencies [5.66 vs. 6.28 {95% CI for difference, −4.07 to 20.42}]). | Imprecise or indeterminate |
| Grabowski, 2001 (36) | 15 067 federally certified Medicaid and Medicare nursing homes (1995–1996) | Medicaid nursing home payment rate Type: expenditure | Number of RNs, LPNs, and nurses' assistants per 100 facility residents Type: structure | Multipart multivariable regression model | Medicaid rate of $105 vs. $65 associated with 1.44 (22%) more RNs per 100 residents ($P < 0.050$). For LPN and nurses' assistant measures, there was a positive but not significant effect (Medicaid rate of $105 vs. $65 associated with increase of 13% and 11%, respectively; both $P < 0.050$). | Mixed-positive |
| Grabowski, 2001 (37) | 15 643 federally certified Medicare and Medicaid nursing homes (1996) | Medicaid nursing home payment rate Type: expenditure | Proportion of residents with pressure sores Type: outcome | Multivariable regression model | An increase in Medicaid reimbursement of $1 was associated with a 0.9969 (1996 national sample, $P < 0.010$) and a 0.9983 (1996 New York sample, $P < 0.050$) lower likelihood of a resident acquiring a pressure sore. | Mixed-positive |
| Grabowski, 2001 (37) | 15 643 federally certified Medicare and Medicaid nursing homes (1996) | Medicaid nursing home payment rate Type: expenditure | Number of RNs Type: structure | Multivariable regression model | An increase in the Medicaid rate of $1 was associated with an additional 0.14 RNs per nursing home ($P < 0.001$) in a 1981 national sample; 0.13 in a 1996 New York sample ($P < 0.010$); but no significant association in a 1996 national sample. | Mixed-positive |
| Hicks et al, 2004 (43) | 446 non–hospital-based nursing homes in Missouri (1999) | Variable costs for patient care, ancillary services, and administration from cost reports Type: accounting costs | ADL decrease; pressure ulcers; weight loss; initiation of psychotropic drugs Type: outcome | Multivariable regression model | Negative, cubic association between variable costs and decrease in ADLs ($P < 0.050$), weight loss ($P < 0.050$), pressure ulcer incidence ($P = 0.106$), and psychotropic drug use ($P = 0.71$). | Mixed-negative |
| Mukamel and Spector, 2000 (65) | 525 public and private freestanding nursing homes in New York (1991) | Facility variable costs. Type: accounting costs | ADL decrease; pressure ulcers; 6-mo mortality Type: outcome | Multivariable regression model | Regression result shows inverted U-shaped association between quality and costs (interpretation of magnitudes not presented; ADL decrease, $P < 0.050$ for linear term and $P < 0.100$ for quadratic term; pressure ulcers, $P < 0.100$ for linear term and $P < 0.050$ for quadratic term; mortality, $P < 0.100$ for linear term and $P < 0.050$ for quadratic term). | Mixed |
| Weech-Maldonado et al, 2006 (66) | 749 nursing homes in New York, Kansas, Vermont, Maine, and South Dakota (1996) | Total patient care costs (direct, ancillary, and indirect costs) per resident day Type: accounting costs | Pressure ulcers worsening; mood decline Type: outcome | Instrumental variables analysis | Pressure ulcers had a significant inverted U-shaped association with quality, with increasing costs at the lower range of quality but decreasing costs associated with higher quality after a threshold. Mood decline exhibited the opposite pattern, with a relatively flat curve at the lower range of quality but increasing costs after a threshold. | Mixed |
| Weech-Maldonado et al, 2003 (67) | 781 nursing homes in New York, Kansas, Vermont, Maine, and South Dakota (1996) | Total patient care costs (direct, ancillary, and indirect costs) per resident day Type: accounting costs | Use of physical restraints; prevalence of urethral catheters Type: process | Structural equation modeling | Process quality did not have a significant direct effect on costs (magnitude not reported). | Article-level: mixed This comparison: imprecise or indeterminate |

*Continued on following page*

Downloaded from https://annals.org by James James Senter on 04/29/2019

Downloaded from https://annals.org by James James Senter on 04/29/2019

## Appendix Table 2—Continued

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Weech-Maldonado et al, 2003 (67) | 781 nursing homes in New York, Kansas, Vermont, Maine, and South Dakota (1996) | Total patient care costs (direct, ancillary, and indirect costs) per resident day Type: accounting costs | Cognitive decline; mood decline; pressure ulcer prevalence and incidence Type: outcome | Structural equation modeling | Better outcomes quality was associated with lower costs (magnitude not reported, $P < 0.010$). | Negative |
| Weech-Maldonado et al, 2003 (67) | 781 nursing homes in New York, Kansas, Vermont, Maine, and South Dakota (1996) | Total patient care costs (direct, ancillary, and indirect costs) per resident day Type: accounting costs | Staffing mix Type: outcome | Structural equation modeling | Greater RN staffing was associated with higher costs (magnitude not reported, $P < 0.100$). | Positive |
| **Physician** | | | | | | |
| Bradbury et al, 2000 (68) | 175 249 adult medical service admissions to 100 hospitals in 25 states for 26 DRGs (1993–1994) | Total charges, ancillary charges, and LOS Type: charges | In-hospital mortality and morbidity, defined as continued clinical instability determined by presence of MedisGroups key clinical findings Type: outcome | Multivariable regression model | Total charges showed a positive, significant ($P < 0.010$) association with mortality and morbidity; insufficient information presented to abstract magnitude of associations. | Negative |
| Rosenthal et al, 2008 (38) | Commercially-insured beneficiaries of 6 Massachusetts health plans treated by 496 Bridges to Excellence–recognized physicians and 5120 nonrecognized physicians (2003–2006) | Price-standardized payments per episode of care Type: expenditure | Bridges to Excellence Physician Office Link recognition based on a composite of structure measures Type: structure | Multivariable regression model | Physician Office Link–recognized physicians had significantly fewer episodes per patient (2.09 vs. 2.22, $P < 0.050$) and lower average resource use per episode ($570 vs. $700, $P < 0.050$) than nonrecognized physicians. | Article-level: mixed This comparison: negative |
| Rosenthal et al, 2008 (38) | Commercially-insured beneficiaries of 6 Massachusetts health plans treated by 496 Bridges to Excellence–recognized physicians and 5120 nonrecognized physicians (2003–2006) | Price-standardized payments per episode of care Type: expenditure | Bridges to Excellence Diabetes Care Link recognition based on a composite of process measures Type: process | Multivariable regression model | Diabetes Care Link–recognized PCPs had more episodes per patient (2.61 vs. 2.44, $P < 0.050$) and lower average resource use per episode ($623 vs. $649, $P < 0.050$) compared with nonrecognized PCPs. Diabetes Care Link–recognized endocrinologists had more episodes per patient (1.66 vs. 1.58; $P < 0.050$) and higher average resource use per episode ($2671 vs. $2534; $P < 0.050$) compared with nonrecognized endocrinologists. | Mixed-positive |
| Starfield et al, 1994 (69) | 2024 Medicaid patients aged >65 y treated by 135 Maryland physicians for diabetes, hypertension, asthma, well-child care, or otitis media (1988) | Annual total Medicaid payments per capita Type: expenditure | Emergency care visits and ambulatory care-sensitive hospitalizations Type: access | Risk adjustment of payments variable | No significant association between access and cost (magnitude not reported) | Article-level: mixed This comparison: imprecise or indeterminate |
| Starfield et al, 1994 (69) | 2024 Medicaid patients aged >65 y treated by 135 Maryland physicians for diabetes, hypertension, asthma, well-child care, or otitis media (1988) | Annual total Medicaid payments per capita Type: expenditure | Condition-specific composites of multiple process quality measures Type: process | Risk adjustment of payments variable | No consistent association between process measures and cost, although patients of low-cost providers had the highest (worst) scores for diabetes, hypertension, and well-adult care (magnitude not reported). | Mixed-positive |
| Starfield et al, 1994 (69) | 2024 Medicaid patients aged >65 y treated by 135 Maryland physicians for diabetes, hypertension, asthma, well-child care, or otitis media (1988) | Annual total Medicaid payments per capita Type: expenditure | Diabetes outcome (specific measure not reported) Type: outcome | Risk adjustment of payments variable | No significant association between outcomes and cost (magnitude not reported). | Imprecise or indeterminate |

*Continued on following page*

Downloaded from https://annals.org by James James Senter on 04/29/2019

www.annals.org

### Appendix Table 2—Continued

| Study, Year (Reference), by Provider Level | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| **Provider groups** | | | | | | |
| Kralewski et al, 2011 (70) | 36 medical groups in Minnesota that care for at least 300 patients (2007–2008) | Risk-adjusted sum of average allowed amount paid for each service, procedure, and prescription PMPY Type: expenditure | 6 process measures from Minnesota Community Measurement database Type: process | None | Spearman correlation coefficients between cost and process quality measures were negative for 6 of 7 quality measures, ranging from −0.19 to 0.04; statistical significance not reported. | Imprecise or indeterminate |
| Solberg et al, 2002 (71) | 110 000–150 000 employees and dependents of member companies of an employer coalition in Minnesota receiving care from 18 provider groups (1996–1998) | Price-standardized payments per patient-year as reported in employer coalition claims database Type: expenditure | Multiple process quality measures for depression; adult and child asthma; diabetes; and preventive services Type: process | Multivariable regression model | No significant association between cost and 13 quality measures (low-cost tercile vs. middle tercile: OR, 0.85–1.1.38; high-cost tercile vs. middle tercile: OR, 0.82–1.62; all $P > 0.050$). Low-cost tercile associated with higher quality compared with middle tercile for 4 quality measures (OR, 1.34–1.85; $P < 0.050$) and lower quality for 1 quality measure (OR, 0.49; $P < 0.010$). High-cost tercile associated higher quality compared with middle tercile for 3 quality measures (OR, 1.14–1.51; $P < 0.050$). | Mixed |

ACE = angiotensin-converting enzyme; ADL = activity of daily living; AHA = American Hospital Association; AMI = acute myocardial infarction; CHF = congestive heart failure; CMS = Centers for Medicare & Medicaid Services; DRG = diagnosis-related group; EOL-EI = End-Of-Life Expenditure Index; FFS = fee-for-service; HCUP NIS = Healthcare Cost and Utilization Project National Inpatient Sample; HQA = Hospital Quality Alliance; HRR = hospital referral region; ICU = intensive care unit; LDL = low-density lipoprotein; LOS = length of stay; LPN = licensed practical nurse; OR = odds ratio; PCP = primary care physician; PMPY = per member per year; PPD = predicted probability of dying; RN = registered nurse; VA = Veterans Affairs; VHA = Veterans Health Administration.

Downloaded from https://annals.org by James James Senter on 04/29/2019

*Appendix Table 3.* **Characteristics and Findings of Reviewed Studies on the Association Between Health Care Cost and Quality for Patient-Level Analyses**

| Study, Year (Reference) | Participants (Years of Data Collection) | Cost Measure Description and Type | Quality Measure and Type | Methods to Control Confounding | Findings of Association Between Cost and Quality | Association Type |
|---|---|---|---|---|---|---|
| Cunningham, 2009 (72) | 32 210 adults sampled from 60 Community Tracking Study sites in 2003 reporting they have a physician usual source of care | High medical cost burden, defined as out-of-pocket medical spending: insurance premiums ratio Type: expenditure | Patient trust in their physician, patient assessment of quality of care from physician Type: patient experience | Multivariable regression model | Persons with high medical cost burdens had greater odds of lacking trust in their physician to put their needs first (OR, 1.40 [95% CI, 1.15–1.70]), and 2 other measures of mistrust of their physician. High medical cost burden was also associated with negative assessments of the thoroughness of care they receive (OR, 1.26 [CI, 1.02–1.56]) and 2 other measures of perceived quality. | Negative |
| Doyle et al, 2012 (73) | 667 143 Medicare FFS beneficiaries hospitalized through ED; secondary analysis with 637 813 patients in New York within 5 miles of an ambulance referral boundary (2002–2008) | Hospital costs per discharge, estimated using charges and cost-to-charge ratios Type: accounting costs | Mortality within 30 d or 1 y of discharge Type: outcome | Instrumental variables analysis | 10% higher cost associated with 1.44 percentage points lower 1-y mortality rate (P < 0.010); second empirical strategy finds that 10% higher cost associated with 0.47–0.54 percentage points lower 1-y mortality rate (P < 0.050), varying by sample. | Positive |
| Fenton et al, 2012 (74) | 51 946 adult respondents to MEPS (2000–2007) | Total annual health spending per capita Type: expenditure | Patient satisfaction with physician communication Type: patient experience | Multivariable regression models | Compared with patients in the lowest quartile of patient satisfaction, patients in the highest quartile had 8.8% higher (95% CI, 2.3%–16.4%) total health spending. | Positive |
| Fu and Wang, 2008 (19) | A nationally representative sample of 13 980 adults (aged ≥18 y) in the MEPS (2003) | Annual per-capita total health spending, including private insurance, public payers, and other sources Type: expenditure | Patient self-rating of health care for all physicians and providers encountered Type: patient experience | Multivariable regression model | No significant association between patient satisfaction and annual per-capita total health expenditure (coefficient = 0.004, no other information on magnitude presented, P = 0.60). | Imprecise or indeterminate |
| Hadley et al, 2011 (25) | 17 438 beneficiaries aged >64 y entering MCBS (1991–1999) | Total health spending per-capita, total Medicare spending per capita Type: expenditure | Mortality after 3 y; HALex Type: outcome | Instrumental variables analysis | 10% greater medical spending over previous 3 y was associated with a 1.5% greater survival probability (P = 0.039; range, 1.2–1.7, depending on spending measure) and a 1.9% larger HALex value (P = 0.45; range, 1.2–2.2). | Positive |

ED = emergency department; FFS = fee-for-service; HALex = Health and Activity Limitations Index; MCBS = Medicare Current Beneficiary Survey; MEPS = Medical Expenditure Panel Survey; OR = odds ratio.

# EXHIBIT D11

**ORIGINAL INVESTIGATION**

*HEALTH CARE REFORM*

# Hospital Cost of Care, Quality of Care, and Readmission Rates

## *Penny Wise and Pound Foolish?*

*Lena M. Chen, MD, MS; Ashish K. Jha, MD, MPH; Stuart Guterman, MA;*
*Abigail B. Ridgway, BA; E. John Orav, PhD; Arnold M. Epstein, MD, MA*

**Background:** Hospitals face increasing pressure to lower cost of care while improving quality of care. It is unclear if efforts to reduce hospital cost of care will adversely affect quality of care or increase downstream inpatient cost of care.

**Methods:** We conducted an observational cross-sectional study of US hospitals discharging Medicare patients for congestive heart failure (CHF) or pneumonia in 2006. For each condition, we examined the association between hospital cost of care and the following variables: process quality of care, 30-day mortality rates, readmission rates, and 6-month inpatient cost of care.

**Results:** Compared with hospitals in the lowest-cost quartile for CHF care, hospitals in the highest-cost quartile had higher quality-of-care scores (89.9% vs 85.5%) and lower mortality for CHF (9.8% vs 10.8%) ($P<.001$ for both). For pneumonia, the converse was true. Compared with low-cost hospitals, high-cost hospitals had lower quality-of-care scores (85.7% vs 86.6%, $P=.002$) and higher mortality for pneumonia (11.7% vs 10.9%, $P<.001$). Low-cost hospitals had similar or slightly higher 30-day readmission rates compared with high-cost hospitals (24.7% vs 22.0%, $P<.001$ for CHF and 17.9% vs 17.3%, $P=.20$ for pneumonia). Nevertheless, patients initially seen in low-cost hospitals incurred lower 6-month inpatient cost of care compared with patients initially seen in hospitals with the highest cost of care ($12 715 vs $18 411 for CHF and $10 143 vs $15 138 for pneumonia, $P<.001$ for both).

**Conclusions:** The associations are inconsistent between hospitals' cost of care and quality of care and between hospitals' cost of care and mortality rates. Most evidence did not support the "penny wise and pound foolish" hypothesis that low-cost hospitals discharge patients earlier but have higher readmission rates and greater downstream inpatient cost of care.

*Arch Intern Med. 2010;170(4):340-346*

**Author Affiliations:** Veterans Affairs Health Services Research and Development Center of Excellence, Ann Arbor Veterans Affairs Medical Center, and Division of General Medicine, Department of Internal Medicine, University of Michigan (Dr Chen), Ann Arbor; Department of Health Policy and Management, Harvard School of Public Health (Drs Jha and Epstein and Ms Ridgway), Division of General Internal Medicine, Brigham and Women's Hospital and Harvard Medical School (Drs Jha, Orav, and Epstein), and Massachusetts Veterans Epidemiology Research and Information Center, Veterans Affairs Boston Healthcare System (Dr Jha), Boston; and The Commonwealth Fund, New York, New York (Mr Guterman).

HEALTH CARE PROVISION IS often designed to achieve 2 important goals, namely, provision of high-quality care and attainment of lower cost of care.[1] Nationally, there are widespread efforts to systematically report on hospital quality of care. The Centers for Medicare and Medicaid Services has taken the lead in routinely reporting more than 30 quality-of-care measures for almost all US hospitals.[2] Beginning in August 2008, these reports

### *For editorial comment see page 317*

were enlarged to include information about cost of care for common conditions to encourage patients to seek low-cost providers. In the private sector, payers are increasingly focused on tiered payment networks in which patients receive financial incentives to choose hospitals that offer high quality and low cost care.[3]

These efforts have great face validity: who could be against encouraging hospitals to provide higher-quality care and lower cost of care? However, critics also worry about the trade-off between these 2 goals. In particular, might hospitals with lower cost of care and lower expenditures devote less effort to improving quality of care? Might the pursuit of lower cost of care drive hospitals to be "penny wise and pound foolish," discharging patients sooner, only to increase readmission rates and incur greater inpatient use over time?

An earlier work examined hospitals' overall cost of care (for all admissions) and found a positive association with quality of care for congestive heart failure (CHF) as measured by process indicators (higher cost of care and higher quality of care) but no association for pneumonia.[4] No association was found between overall cost of care and mortality rates for CHF or pneu-

©2010 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a American Red Cross User  on 04/24/2019

monia.[4] We examined condition-specific cost of care herein, hypothesizing that we might find a tight and consistent association between cost of care and quality of care and between cost of care and mortality rates. Specifically, we estimate hospitals' condition-specific risk-adjusted cost of care for national samples of Medicare patients with CHF or pneumonia, and we address the following 3 questions: (1) Do hospitals that have low risk-adjusted cost of care in 1 year have low risk-adjusted cost of care in subsequent years, and are hospitals' relative costs of care for CHF and pneumonia correlated? (2) When condition-specific cost of care is used, do low-cost hospitals have low process quality-of-care scores and higher mortality rates? (3) Is there any evidence for the penny-wise and pound-foolish hypothesis that low-cost hospitals may achieve short-term savings by conserving on beneficial diagnostic and therapeutic services or by discharging patients earlier, only to incur higher rates of rehospitalization and greater per capita inpatient cost of care after discharge?

## METHODS

### DATA

We used the 2004 to 2006 Medicare Provider Analysis and Review (MedPAR) 100% Files to determine cost of care for patients with each of 2 conditions, namely, CHF and pneumonia. The CHF subgroup was composed of patients discharged with the primary diagnosis of CHF (*International Classification of Diseases, Ninth Revision* [*ICD-9*] codes 398.91 and 428.0-428.9). The pneumonia subgroup was composed of patients discharged with the primary diagnosis of pneumonia (*ICD-9* codes 480-486).

For all fee-for-service Medicare beneficiaries discharged from a hospital, the MedPAR data provide the charges for care during that admission and the patient's discharge status, demographic characteristics, and clinical diagnoses. We converted Medicare-allowable charges to cost of care for each year using cost-to-charge ratios from the relevant year of the Inpatient Prospective Payment System (PPS) Impact File (eg, 2009 with data from 2006, as there was a 3-year lag). Cost of care represents a hospital's mean expenditure and includes overhead expenditure in addition to direct medical cost of care.

The Inpatient PPS Impact File has data on hospitals' cost-to-charge ratios, the Medicare Wage Index in a hospital's community, its urban or rural status, and the ratio of interns and residents to beds (a measure of teaching intensity). We supplemented these data with sociodemographic information from the Area Resource File and with additional hospital characteristics from the American Hospital Association.[5,6] Finally, we used data from the September 1, 2007, public release of the Hospital Quality Alliance program,[7] which reports performance indicator scores for 4416 acute care hospitals based on all adult patients seen during 2006.

### PATIENT AND HOSPITAL SAMPLE

From an initial sample of 4936 nonfederal medical and surgical hospitals in 48 contiguous states, we excluded 35.6% of hospitals for CHF and 35.5% of hospitals for pneumonia because they were missing data elements from the MedPAR files (521 hospitals for CHF and 503 hospitals for pneumonia) or from the Inpatient PPS Impact Files (1238 hospitals for CHF and 1250 hospitals for pneumonia). Because we were concerned that the highest-cost hospitals and lowest-cost hospitals might be atypical, we also excluded hospitals with the 0.5% highest and 0.5% lowest cost ratios (observed to expected cost of care) (31 hospitals each for CHF and pneumonia).

We then applied exclusion criteria to Medicare discharges in 2006. We excluded patients who were (1) lacking a primary diagnosis of CHF or pneumonia, (2) missing from the Medicare Denominator File, (3) younger than 65 years, (4) members of a health maintenance organization, (5) transferred into a hospital, (6) cost of care outliers, or (7) inpatients with a length of stay (LOS) longer than 60 days.

We then merged the hospital and discharge files and were left with 3146 hospitals, 518 473 discharges, and 400 068 unique patients for CHF. For pneumonia, we were left with 3152 hospitals, 443 564 discharges, and 399 841 unique patients.

### HOSPITAL COST MODEL

For each hospital for each of the 2 conditions, we built a relative cost index. This index is the ratio of the hospital's observed mean cost of care per case for Medicare patients for that condition divided by its predicted mean cost of care per case for the same group of patients.

Predicted mean cost of care per case for each condition was determined using a model in which cost of care was regressed on the following variables: (1) patient-level data, including age, sex, race/ethnicity, and the Elixhauser Comorbidity Index (the presence or absence of 29 comorbidities); (2) hospital-level covariates, including teaching intensity (as measured by the ratio of interns and residents to beds) and urban vs rural location; and (3) community-level characteristics, including the Medicare Wage Index, county poverty rate, and proportion of households with an annual income less than $10 000. This model was our core hospital cost model. The model represents an approach previously used[4,8,9] that incorporates factors that differ between hospitals and might cause reasonable differences in cost of care.

Using this model, we created a relative cost index, with 1.0 indicating that a hospital's observed cost of care was the same as its predicted cost of care given its location, characteristics, and case mix. A relative cost index of 1.2, then, would represent a hospital with cost of care about 20% higher than expected for an average hospital with the same characteristics and case mix.

### HOSPITAL PROCESS QUALITY-OF-CARE METRICS

For each hospital, we calculated a summary performance indicator score for CHF and pneumonia based on patients seen in 2006. There were 4 performance indicators for CHF (discharge instructions, left ventricular functional assessment, angiotensin-converting enzyme inhibitor or angiotensin receptor blocker prescription for left ventricular systolic dysfunction, and smoking cessation counseling) and 7 performance indicators for pneumonia (appropriate initial antibiotic selection, initial antibiotic timing, initial blood culture timing, influenza vaccination, pneumococcal vaccination, oxygenation assessment, and smoking cessation counseling). eTable 1 (http://www.archinternmed.com) gives a detailed description of each quality-of-care indicator. To create summary performance indicator scores, we used the method recommended by the Joint Commission on the Accreditation of Healthcare Organizations.[10] In this approach, the summary performance indicator score is the number of times a hospital performed the appropriate action across all measures for that condition divided by the number of opportunities the hospital had to provide appropriate care

©2010 American Medical Association. All rights reserved.

**Downloaded From: https://jamanetwork.com/ by a American Red Cross User on 04/24/2019**

for that condition. Summary performance indicator scores were not calculated if a hospital did not have at least 30 patients for at least 1 of the measures for each condition.

## STATISTICAL ANALYSIS

We used a combination of Mantel-Haenszel $\chi^2$ tests and simple linear regression analyses, as appropriate, to compare hospitals' structural characteristics across quartiles of risk-adjusted relative cost indexes (ratio of observed to expected cost of care). We then constructed multivariate models to identify hospital characteristics that were independently associated with a difference in risk-adjusted cost of care in 2006.

We examined the consistency of hospital cost of care over time in 2 ways. First, we examined the correlation of a hospital's condition-specific relative cost index in the baseline year (2004) with its condition-specific relative cost index in 2005 and 2006. Second, we determined whether hospitals that were categorized in a specific cost-of-care quartile in 2004 were so categorized in 2005 and 2006. We also examined the correlation of hospitals' cost ratios for CHF and pneumonia in 2006.

For additional validation of our measure of cost of care, we examined the relationship in 2006 between the condition-specific relative cost index and the risk-adjusted LOS for that condition. Risk-adjusted LOS was calculated using all covariates in the core hospital cost model except the Medicare Wage Index.

To determine the relationship between a hospital's cost of care for a particular condition and its process quality of care and mortality rates for that condition, we calculated the mean condition-specific quality-of-care score and 30-day mortality rate within condition-specific hospital cost-of-care quartiles using 2006 cost-of-care and quality-of-care data. Mortality rate was adjusted for age, sex, race/ethnicity, and the presence or absence of comorbid conditions. To assess whether cost-of-care or quality-of-care relationships were driven by a few indicators, we also examined individual quality-of-care indicators and assessed the correlation between hospital quality-of-care and cost-of-care scores.

We also examined the relationship between index hospitalization cost of care and subsequent inpatient cost of care. For the first admission of any patient hospitalized in the first 6 months of 2006, we assessed whether the patient was readmitted for any reason to any hospital within 30 days after the index hospitalization discharge. We used the same adjustment model as for LOS (core hospital cost model, excluding the Medicare Wage Index). In sensitivity analysis, we calculated estimates using a model with patient-level covariates (age, sex, race/ethnicity, and the Elixhauser Comorbidity Index) only.

Finally, for patients hospitalized in the first 6 months of 2006, we calculated all cost of care generated by the index admission and any hospitalization initiated 180 days or less from the index admission date. We prorated cost of care for those hospitalizations that bridged the 180-day period by multiplying the total cost of care for the admission by the fraction of inpatient days that occurred up to the 180-day mark. Here again, we risk adjusted using all covariates in the core hospital cost model. In sensitivity analyses for 30-day readmission rates and for 6-month inpatient cost of care, we excluded patients who had died during the index hospitalization. All statistical analyses were performed using commercially available software (SAS version 9.1; SAS Institute, Cary, North Carolina).

## RESULTS

Observed cost of care and predicted cost of care were calculated among 3146 hospitals for CHF and among 3152 hospitals for pneumonia. eTable 2 gives characteristics of the excluded hospitals.

We found large variations in hospitals' condition-specific relative cost indexes for each of the 2 conditions. For example, hospitals in the lowest-cost quartile for CHF had adjusted cost ratios that ranged from 0.33 to 0.82, while hospitals in the highest-cost quartile for CHF had adjusted cost ratios that ranged from 1.12 to 1.89. Cost ratios for pneumonia followed a similar pattern. Converting cost ratios to US dollars, care for a typical patient with CHF (mean cost of care, $7114) could vary from $1522 if he or she was discharged from the lowest-cost hospital to $18 927 if he or she was discharged from the highest-cost hospital. Similarly, cost of care for a typical patient with pneumonia (mean cost of care, $7040) could vary from $1897 to $15 829 per hospitalization.

## RISK-ADJUSTED COST OF CARE AND HOSPITALS' STRUCTURAL CHARACTERISTICS

In bivariate analyses, hospitals in the lowest-cost quartile for CHF care were more often small (41.3% in the low-cost quartile vs 26.4% in the middle-cost quartiles and 20.2% in the high-cost quartile, $P < .001$) (**Table 1**). They were also far less likely to have a cardiac intensive care unit compared with hospitals in the highest-cost quartile for CHF care (25.1% vs 53.6%, $P < .001$). Hospitals in the lowest-cost quartile of CHF care also had a larger fraction of care dedicated to CHF compared with hospitals in the highest-cost quartile. The results for pneumonia care were qualitatively similar. eTable 3 gives the results of multivariate analyses of these structural characteristic predictors and their relationship to risk-adjusted cost of care.

## STABILITY OF RISK-ADJUSTED COST OF CARE OVER TIME, CONSISTENCY ACROSS CONDITIONS, AND CORRELATION WITH LOS

Hospitals' relative cost indexes were stable over time. The year-to-year correlations for a hospital's relative cost indexes in CHF care were 0.72 between 2004 and 2005 and 0.64 between 2004 and 2006. When we categorized hospitals into quartiles of risk-adjusted cost of care, hospital rankings were fairly stable: 63.6% of high-cost hospitals for CHF (those in the highest-cost quartile) in 2004 were still in the highest-cost quartile in 2005, and 88.8% were in the highest 2 quartiles of cost of care (**Table 2**). The correlations and stability of rankings were almost identical for pneumonia. The correlation coefficient examining the relationship between a hospital's risk-adjusted cost of care for a patient with CHF and its risk-adjusted cost of care for a patient with pneumonia was 0.56 ($P < .001$).

When we examined LOS, hospitals in lower-cost quartiles also had shorter LOS. For CHF, the mean LOS in the quartile with the lowest risk-adjusted cost of care was 5.4 days and increased monotonically to 6.3 days in the quartile with the highest risk-adjusted cost of care ($P < .001$); for pneumonia, the comparable values were 5.9 days for the lowest-cost quartile and 7.2 days for the highest-cost quartile ($P < .001$).

©2010 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a American Red Cross User on 04/24/2019

**Table 1. Hospital Structural Characteristics by Congestive Heart Failure and Pneumonia Cost-of-Care Quartile (Q), 2006[a]**

| Hospital Structural Characteristic | Cost-of-Care Quartile for Congestive Heart Failure | | | | P Value[b] |
|---|---|---|---|---|---|
| | All (N=3146) | Low (Q1) | Middle (Q2/Q3) | High (Q4) | |
| Risk-adjusted cost ratio[c] | (0.99) | (0.33-0.82) | (0.82-1.12) | (1.12-1.89) | |
| Size, % | | | | | |
| Small (6-99 beds) | 28.6 | 41.3 | 26.4 | 20.2 ⌉ | |
| Medium (100-399 beds) | 58.6 | 52.5 | 61.6 | 58.5 | <.001 |
| Large (≥400 beds) | 12.8 | 6.1 | 12.0 | 21.2 ⌋ | |
| Profit status, % | | | | | |
| For profit | 18.7 | 21.4 | 16.3 | 20.9 ⌉ | |
| Not-for-profit nonpublic | 64.7 | 59.4 | 66.1 | 67.4 | <.001 |
| Not-for-profit public | 16.6 | 19.2 | 17.7 | 11.7 ⌋ | |
| Region, % | | | | | |
| Northeast | 16.5 | 19.6 | 17.2 | 12.1 ⌉ | |
| Midwest | 22.5 | 18.7 | 24.0 | 23.4 | |
| South | 42.5 | 43.4 | 41.2 | 44.1 | <.001 |
| West | 18.4 | 18.3 | 17.5 | 20.4 ⌋ | |
| Presence of cardiac intensive care unit, % | 39.4 | 25.1 | 39.5 | 53.6 | <.001 |
| Ratio of nurses to census, %[d] | 6.1 | 6.0 | 6.2 | 6.1 | .51 |
| Congestive heart failure admissions | | | | | |
| Per total admissions, % | 6.4 | 6.8 | 6.4 | 6.1 | <.001 |
| No. | 164.9 | 119.3 | 167.6 | 205.2 | <.001 |

| Hospital Structural Characteristic | Cost-of-Care Quartile for Pneumonia | | | | P Value[b] |
|---|---|---|---|---|---|
| | All (N=3152) | Low (Q1) | Middle (Q2/Q3) | High (Q4) | |
| Risk-adjusted cost ratio[c] | (1.00) | (0.37-0.86) | (0.86-1.12) | (1.12-1.78) | |
| Size, % | | | | | |
| Small (6-99 beds) | 28.7 | 35.8 | 25.3 | 28.3 ⌉ | |
| Medium (100-399 beds) | 58.5 | 54.2 | 60.3 | 59.0 | <.001 |
| Large (≥400 beds) | 12.8 | 10.0 | 14.3 | 12.7 ⌋ | |
| Profit status, % | | | | | |
| For profit | 18.7 | 21.3 | 17.9 | 17.8 ⌉ | |
| Not-for-profit nonpublic | 64.7 | 62.7 | 68.0 | 60.0 | <.001 |
| Not-for-profit public | 16.6 | 16.0 | 14.1 | 22.2 ⌋ | |
| Region, % | | | | | |
| Northeast | 16.5 | 16.6 | 16.9 | 15.5 ⌉ | |
| Midwest | 22.5 | 20.9 | 22.8 | 23.2 | |
| South | 42.7 | 42.1 | 42.6 | 43.4 | .66 |
| West | 18.4 | 20.3 | 17.6 | 17.9 ⌋ | |
| Presence of medical intensive care unit, % | 77.4 | 70.3 | 80.0 | 79.4 | <.001 |
| Ratio of nurses to census, %[d] | 6.1 | 6.0 | 6.2 | 6.2 | .70 |
| Pneumonia admissions | | | | | |
| Per total admissions, % | 6.5 | 6.9 | 6.3 | 6.4 | <.001 |
| No. | 140.8 | 130.2 | 152.3 | 128.4 | <.001 |

[a] Because of rounding, data do not total 100%.
[b] P value for trend for the ratio of nurses to census and for congestive heart failure or pneumonia admissions.
[c] Cost ratio of observed to expected cost of care for congestive heart failure or pneumonia.
[d] The number of full-time equivalent registered nurses divided by the number of patient days in thousands.

### HOSPITALS' COST OF CARE, PROCESS QUALITY OF CARE, AND MORTALITY RATES

When we examined the relationship between a hospital's cost of care and its quality of care for a particular condition, the relationship was weak and differed by condition. The association between hospitals' cost of care and mortality rates also differed by condition (**Table 3**). For example, compared with hospitals in the lowest-cost quartile, hospitals in the highest-cost quartile for CHF care had a higher quality-of-care score (89.9% vs 85.5%) and lower mortality for CHF (9.8% vs 10.8%) (P<.001 for both).

In additional analyses using individual quality-of-care indicators, 3 of 4 CHF analyses (discharge instructions, left ventricular functional assessment, and smoking cessation counseling) and 3 of 7 pneumonia analyses (initial antibiotic timing, initial blood culture timing, and pneumococcal vaccination) showed statistically significant relationships in the same direction as when the composite CHF or pneumonia quality-of-care index was used. For CHF, the correlation was strongest for left ventricular functional assessment; for pneumonia, the magnitude of the correlation did not differ greatly between indicators.

©2010 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a American Red Cross User on 04/24/2019

**Table 2. Stability Over Time of Congestive Heart Failure and Pneumonia Cost-of-Care Quartiles (Q), 2004 to 2006[a]**

| 2004 | 2005 | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Congestive Heart Failure, %** | | | | | | | | |
| Q1 (lowest) | 62.8 | 25.2 | 9.2 | 2.9 | 61.3 | 24.2 | 9.4 | 5.0 |
| Q2 | 25.5 | 41.4 | 26.7 | 6.3 | 26.7 | 39.0 | 23.6 | 10.6 |
| Q3 | 9.3 | 25.2 | 39.3 | 26.2 | 8.1 | 26.7 | 38.6 | 26.5 |
| Q4 (highest) | 2.5 | 8.7 | 25.2 | 63.6 | 3.6 | 10.9 | 27.6 | 57.9 |
| **Pneumonia, %** | | | | | | | | |
| Q1 (lowest) | 63.7 | 25.7 | 8.5 | 2.1 | 59.6 | 26.4 | 9.8 | 4.2 |
| Q2 | 25.2 | 40.5 | 25.9 | 8.5 | 26.2 | 38.7 | 25.5 | 9.6 |
| Q3 | 7.7 | 26.2 | 39.6 | 26.5 | 9.8 | 24.9 | 38.3 | 27.1 |
| Q4 (highest) | 1.8 | 8.8 | 27.3 | 62.1 | 3.7 | 10.9 | 26.9 | 58.4 |

[a] Cost-of-care quartiles are based on the cost ratio of observed to expected cost of care for congestive heart failure or pneumonia.

**Table 3. Quality-of-Care Scores and Adjusted 30-Day Mortality Rates by Congestive Heart Failure and Pneumonia Cost-of-Care Quartile (Q), 2006**

| Cost-of-Care Quartile[a] | Quality-of-Care Score[b] | Adjusted 30-Day Mortality[c] |
|---|---|---|
| **Congestive Heart Failure, %[d]** | (n=3007) | (n=3146) |
| Q1 (lowest) | 85.5 | 10.8 |
| Q2, | 87.2 | 10.5 |
| Q3, | 89.2 | 10.3 |
| Q4 (highest) | 89.9 | 9.8 |
| **Pneumonia, %[e]** | (n=3068) | (n=3152) |
| Q1 (lowest) | 86.6 | 10.9 |
| Q2, | 86.7 | 11.2 |
| Q3, | 85.9 | 11.2 |
| Q4 (highest) | 85.7 | 11.7 |

[a] Cost-of-care quartiles are based on the cost ratio of observed to expected cost of care for congestive heart failure or pneumonia.
[b] The quality-of-care scores are based on condition-specific 2006 data from the Hospital Quality Alliance summary performance indicator scores. The summary performance indicator score is the number of times a hospital performed the appropriate action across all measures for that condition divided by the number of opportunities the hospital had to provide appropriate care for that condition.
[c] Adjusted for age, sex, race/ethnicity, and Elixhauser Comorbidity Index.
[d] $P<.001$ for both.
[e] $P=.002$ for quality-of-care score and $P<.001$ for adjusted 30-day mortality.

## RELATIONSHIP BETWEEN COST OF CARE, READMISSION RATES, AND LONG-TERM INPATIENT USE

The risk of readmission within 30 days for patients with CHF was greater at low-cost hospitals than at high-cost hospitals (24.7% vs 22.0%, $P<.001$) (**Table 4**). For pneumonia care, readmission rates were similar among low-cost hospitals and high-cost hospitals (17.9% vs 17.3%, $P=.20$). In sensitivity analyses (data not shown) using only patient-level covariates, the difference in readmission rates between low-cost hospitals and high-cost hospitals was qualitatively similar and remained significant for CHF ($P<.001$ for CHF and $P=.09$ for pneumonia).

When we summed all inpatient cost of care within 6 months of the index hospitalization, patients having CHF who were initially seen in the lowest-cost hospitals incurred far lower cost of care than patients having CHF who were initially seen in the highest-cost hospitals ($12 715 vs $18 411, $P<.001$) (Table 4). The results were similar for patients having pneumonia. In sensitivity analyses, we excluded patients who had died during the index hospitalization. Our results were materially unchanged for the readmission rates and 6-month cost-of-care analyses.

### COMMENT

As policy makers and the public try to drive the health care system toward higher quality of care and lower cost of care, it has become critical to understand national patterns of quality of care and cost of care and their interrelations. Our study has 3 clear findings. First, hospitals' relative cost of care seems to be stable over time, and their risk-adjusted cost of care seems to be correlated across CHF and pneumonia. Second, at least for CHF and pneumonia, the overall relationship between a hospital's cost of care and process quality of care is small and inconsistent. The relationship between a hospital's cost of care and mortality rates is also variable across conditions. Third, we find limited evidence to support the penny-wise and pound-foolish hypothesis. Low-cost hospitals had slightly higher readmission rates for CHF but did not generate higher hospital cost of care over time for CHF or for pneumonia.

The stability of hospitals' risk-adjusted cost of care over time and the moderate correlation in costs of care for CHF and pneumonia within individual hospitals suggest that some of the variation in cost ratios between hospitals may be related to structural characteristic differences between institutions that are similar across conditions. Structural characteristics included in our data set were weak predictors of cost of care. However, our data excluded several potentially important predictors such as type of governance, extent of health information technology adoption, and degree of vertical integration with outpatient practices.

©2010 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a American Red Cross User on 04/24/2019

Table 4. Thirty-Day Readmission Rates and 6-Month Risk-Adjusted Inpatient Cost of Care by Congestive Heart Failure and Pneumonia Cost-of-Care Quartile (Q), 2006

| Cost-of-Care Quartile[a] | 30-Day Readmission Rate[b] | | 6-Month Risk-Adjusted Inpatient Cost of Care, Mean (95% CI), $[c,d] |
| --- | --- | --- | --- |
| | Mean, % | Odds Ratio (95% CI)[e] | |
| Congestive Heart Failure (n=233 380)[f] | | | |
| Q1 (lowest) | 24.7 | 1.18 (1.13-1.22) | 12 715 (12 405-13 024) |
| Q2 | 23.7 | 1.11 (1.07-1.15) | 14 449 (14 140-14 758) |
| Q3 | 22.8 | 1.05 (1.02-1.08) | 15 845 (15 539-16 150) |
| Q4 (highest) | 22.0 | 1 [Reference] | 18 411 (18 089-18 733) |
| Pneumonia (n=240 648)[g] | | | |
| Q1 (lowest) | 17.9 | 1.05 (1.00-1.09) | 10 143 (9893-10 393) |
| Q2 | 17.5 | 1.02 (0.98-1.06) | 11 790 (11 541-12 037) |
| Q3 | 17.4 | 1.02 (0.98-1.06) | 13 017 (12 771-13 262) |
| Q4 (highest) | 17.3 | 1 [Reference] | 15 138 (14 861-15 414) |

Abbreviation: CI, confidence interval.
[a] Cost-of-care quartiles are based on the cost ratio of observed to expected cost of care for congestive heart failure or pneumonia.
[b] For patients with at least 1 congestive heart failure or pneumonia admission in the first 6 months of 2006, readmission to any hospital for any diagnosis in the 30 days after their first discharge of the year for congestive heart failure or pneumonia.
[c] For patients with at least 1 congestive heart failure or pneumonia admission in the first 6 months of 2006, 6-month inpatient cost of care, including cost of care of the initial admission.
[d] Adjusted for all covariates in footnote e plus the Medicare Wage Index.
[e] Adjusted for age, sex, race/ethnicity, Elixhauser Comorbidity Index, county poverty rate, teaching intensity, urban vs rural, and percentage of households with an annual income below $10 000.
[f] $P < .001$ for both.
[g] $P = .20$ for 30-day readmission rate and $P < .001$ for 6-month risk-adjusted inpatient cost of care.

Our results also addressed a question posed in earlier work.[4] Specifically, does using condition-specific cost of care instead of total hospital cost of care qualitatively change the relationship between cost of care and process quality of care or between cost of care and mortality rates? The answer appears to be no, or at least not much. As in the previous study,[6] higher cost of care for CHF was associated with higher quality of care. For pneumonia, the reverse was true and was statistically significant using condition-specific cost of care. The relationship between cost of care and mortality rates continued to differ across clinical conditions but became statistically significant when we used condition-specific cost of care.

It is tempting to conclude from our findings that for some conditions it is possible to deliver lower cost of care without decreasing quality of care or increasing mortality rates. However, certain quality-of-care indicators seemed to have a stronger correlation with cost of care than others (eg, left ventricular functional assessment among the CHF quality-of-care indicators). We caution that limited measures of quality of care and gross measures of cost of care were used, and we studied only 2 conditions. Low-cost hospitals may include efficient organizations and organizations that skimp on care. Quality-of-care scores for these 2 groups may differ substantially, although we cannot identify this from our data.

Our findings did not support the hypothesis that hospitals seeking to lower cost of care by discharging patients earlier ultimately use more hospital resources over time. Although low-cost hospitals had about 20% shorter LOS, their patients had comparable or marginally higher readmission rates and substantially lower 6-month total inpatient cost of care. Therefore, our findings suggest that

initial lower hospital cost of care may not have a deleterious effect on long-term inpatient use.

Investigators from Dartmouth Medical School (Hanover, New Hampshire)[11,12] and others[13] have studied the relationship between cost of care and quality of care, but research has generally been performed on a regional basis.[13-17] Other hospital studies[18-22] of the relationship between cost of care and quality of care have relied on gross measures of quality of care such as medical staff certification, outpatient follow-up after discharge, peer reputation, complication rates, and mortality rates rather than the detailed process measures we included. Their findings on the direction and magnitude of the association have been inconsistent. Prior studies[23,24] of hospitals' mean LOS and readmission rates have also failed to disclose a relationship. We are unaware of any previous studies that have examined the penny-wise and pound-foolish hypothesis directly and assessed whether hospitals with lower cost of care or shorter LOS incur higher downstream and total inpatient cost of care.

There are several limitations to our findings. We confined our analysis to Medicare beneficiaries and examined care for only 2 clinical conditions. Medicare beneficiaries made up 37.3% of all hospital discharges in 2006, and CHF and pneumonia were the top 2 principal diagnoses (5.7% and 5.0%, respectively) of all Medicare discharges.[25] In addition, for Medicare beneficiaries hospitalized between 2003 and 2004, CHF and pneumonia were the 2 conditions most likely to result in a 30-day readmission.[26] Although we used the most popular and widely accepted process quality-of-care indicators for CHF and pneumonia to assess hospital quality of care, we relied on a few process measures (4 for CHF and 7 for pneumonia). We did not assess patient satisfaction or overuse. Our estimates of 6-month cost of care were limited

©2010 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a American Red Cross User on 04/24/2019

to inpatient use. This cost of care makes up the largest proportion of total health care expenditure,[27] but our inability to capture follow-up data in outpatient or emergency department visits and long-term care limits the scope of our findings. Caution should be used in applying our results to all hospitals. We excluded approximately one-third of nonfederal hospitals as their structural characteristics differed from those of the included hospitals. Our approach to risk adjustment relied on administrative data that have well-known limitations in terms of clinical detail; in particular, they do not measure disease severity. However, these data are now routinely used by the Centers for Medicare and Medicaid Services to publicly profile and monitor hospital quality of care. Finally, our analyses were observational and cross-sectional. They permit us to determine associations, but we cannot draw any conclusions about causality.

In summary, risk-adjusted costs of care for CHF and pneumonia varied widely between hospitals, although hospital cost-of-care patterns seemed stable over time and correlated across conditions. The associations between cost of care and process quality of care and between cost of care and mortality rates differed across conditions. Most evidence did not support the penny-wise and pound-foolish hypothesis that low-cost hospitals discharge patients earlier, only to increase readmission rates and incur greater inpatient cost of care over time.

**Accepted for Publication:** October 18, 2009.

**Correspondence**: Lena M. Chen, MD, MS, Division of General Medicine, Department of Internal Medicine, University of Michigan, 300 N Ingalls, Room 7-C17, Ann Arbor, MI 48109 (lenac@umich.edu).

**Author Contributions**: Dr Chen had full access to all the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis. *Study concept and design:* Jha, Guterman, and Epstein. *Acquisition of data:* Jha and Epstein. *Drafting of the manuscript:* Chen, Jha, and Epstein. *Critical revision of the manuscript for important intellectual content:* Chen, Jha, Guterman, Ridgway, Orav, and Epstein. *Statistical analysis:* Chen, Jha, Orav, and Epstein. *Obtained funding:* Jha and Epstein. *Study supervision:* Jha, Orav, and Epstein.

**Financial Disclosure:** None reported.

**Funding/Support:** This study was supported by The Commonwealth Fund. This material is also the result of work supported by resources from the Veterans Affairs Health Services Research and Development Center of Excellence, Veterans Affairs Ann Arbor Healthcare System, and from the Massachusetts Veterans Epidemiology Research and Information Center, Veterans Affairs Boston Healthcare System.

**Online-Only Material:** The eTables are available at http://www.archinternmed.com.

**Additional Contributions:** Jie Zheng, PhD, assisted with statistical programming and received compensation as part of regular employment.

## REFERENCES

1. Straube B. The CMS Quality Roadmap: quality plus efficiency. *Health Aff (Millwood).* 2005(suppl Web exclusives):W5-555-W5-557.
2. Jha AK, Li Z, Orav EJ, Epstein AM. Care in U.S. hospitals: the Hospital Quality Alliance program. *N Engl J Med.* 2005;353(3):265-274.
3. Steinbrook R. The cost of admission-tiered copayments for hospital use. *N Engl J Med.* 2004;350(25):2539-2542.
4. Jha AK, Orav EJ, Dobson A, Book RA, Epstein AM. Measuring efficiency: the association of hospital costs and quality of care. *Health Aff (Millwood).* 2009; 28(3):897-906.
5. AHA Annual Survey Database for Fiscal Year 2005 and AHA Annual Survey Database for Fiscal Year 2003. http://www.ahadata.com/ahadata/html/AHASurvey.html. Accessed December 1, 2009.
6. 2005 Bureau of Health Professions' Area Resource File. http://arf.hrsa.gov/index.htm. Accessed December 1, 2009.
7. Hospital Compare. http://www.hospitalcompare.hhs.gov/Hospital/Search/Welcome asp. Accessed December 1, 2009.
8. Huang Z. *Calculating Hospital Specific DRG Payments.* Minneapolis: Research Data Assistance Center, University of Minnesota; November 2006. Technical brief, ResDAC publication TN-004-02. 2008 update.
9. Mechanic R, Coleman K, Dobson A. Teaching hospital costs: implications for academic missions in a competitive market. *JAMA.* 1998;280(11):1015-1019.
10. Kahn CN III, Ault T, Isenstein H, Potetz L, Van Gelder S. Snapshot of hospital quality reporting and pay-for-performance under Medicare. *Health Aff (Millwood).* 2006;25(1):148-162.
11. Fisher ES, Wennberg DE, Stukel TA, Gottlieb DJ. Variations in the longitudinal efficiency of academic medical centers. *Health Aff (Millwood).* 2004(suppl Web exclusives):VAR19-VAR32.
12. Wennberg JE, Fisher ES, Baker L, Sharp SM, Bronner KK. Evaluating the efficiency of California providers in caring for patients with chronic illnesses. *Health Aff (Millwood).* 2005(suppl Web exclusives):W5-526-W5-533.
13. Landrum MB, Meara ER, Chandra A, Guadagnoli E, Keating NL. Is spending more always wasteful? the appropriateness of care and outcomes among colorectal cancer patients. *Health Aff (Millwood).* 2008;27(1):159-168.
14. Baicker K, Chandra A. Medicare spending, the physician workforce, and beneficiaries' quality of care. *Health Aff (Millwood).* 2004(suppl Web exclusives): W4-184-W4-187.
15. Fowler FJ Jr, Gallagher PM, Anthony DL, Larsen K, Skinner JS. Relationship between regional per capita Medicare expenditures and patient perceptions of quality of care. *JAMA.* 2008;299(20):2406-2412.
16. Fisher ES, Wennberg DE, Stukel TA, Gottlieb DJ, Lucas FL, Pinder EL. The implications of regional variations in Medicare spending, part 2: health outcomes and satisfaction with care. *Ann Intern Med.* 2003;138(4):288-298.
17. Fisher ES, Wennberg DE, Stukel TA, Gottlieb DJ, Lucas FL, Pinder EL. The implications of regional variations in Medicare spending, part 1: the content, quality, and accessibility of care. *Ann Intern Med.* 2003;138(4):273-287.
18. Carey K, Burgess JF Jr. On measuring the hospital cost/quality trade-off. *Health Econ.* 1999;8(6):509-520.
19. Deily ME, McKay NL. Cost inefficiency and mortality rates in Florida hospitals. *Health Econ.* 2006;15(4):419-431.
20. McKay NL, Deily ME. Cost inefficiency and hospital health outcomes. *Health Econ.* 2008;17(7):833-848.
21. O'Neill L. Multifactor efficiency in data envelopment analysis with an application to urban hospitals. *Health Care Manage Sci.* 1998;1(1):19-27.
22. Vitaliano DM, Toren M. Hospital cost and efficiency in a regime of stringent regulation. *East Econ J.* 1996;22:161-175.
23. Harrison ML, Graff LA, Roos NP, Brownell MD. Discharging patients earlier from Winnipeg hospitals: does it adversely affect quality of care? *CMAJ.* 1995;153(6):745-751.
24. McCormick D, Fine MJ, Coley CM, et al. Variation in length of hospital stay in patients with community-acquired pneumonia: are shorter stays associated with worse medical outcomes? *Am J Med.* 1999;107(1):5-12.
25. Agency for Healthcare Research and Quality Web site. Welcome to HCUPnet (Healthcare Cost and Utilization Project). 2006 National Statistics. http://hcupnet.ahrq.gov/. Accessed July 22, 2009.
26. Jencks SF, Williams MV, Coleman EA. Rehospitalizations among patients in the Medicare fee-for-service program. *N Engl J Med.* 2009;360(14):1418-1428.
27. Hartman M, Martin A, McDonnell P, Catlin A; National Health Expenditure Accounts Team. National health spending in 2007: slower drug spending contributes to lowest rate of overall growth since 1998. *Health Aff (Millwood).* 2009; 28(1):246-261.

©2010 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a American Red Cross User on 04/24/2019

# EXHIBIT D12

NBER WORKING PAPER SERIES

THE PRICE AIN'T RIGHT? HOSPITAL PRICES AND HEALTH SPENDING ON
THE PRIVATELY INSURED

Zack Cooper
Stuart V. Craig
Martin Gaynor
John Van Reenen

Working Paper 21815
http://www.nber.org/papers/w21815

NATIONAL BUREAU OF ECONOMIC RESEARCH
1050 Massachusetts Avenue
Cambridge, MA 02138
December 2015, Revised May 2018

This paper drew inspiration from the work of Uwe Reinhardt. Professor Reinhardt passed away in December 2017 and we dedicate this paper to his memory. We are grateful for comments and suggestions that substantially improved the paper from the editors (Larry Katz and Andrei Shleifer), five anonymous referees, participants at multiple seminars, and Leemore Dafny, Matthew Fiedler, Joshua Gottlieb, Neale Mahoney, Fiona Scott Morton, Aviv Nevo, and Jonathan Skinner. This project received financial support from the Commonwealth Fund, the National Institute for Health Care Management Foundation, the Economic and Social Research Council, and the National Institute on Aging of the National Institutes of Health under Award Number P30AG012810. We acknowledge the assistance of the Health Care Cost Institute (HCCI) and its data contributors, Aetna, Humana, and United Healthcare, in providing the data analyzed in this study. The data used in this paper can be accessed with permission from HCCI. We thank Jennifer Wu, Nathan Shekita, Charles Gray, Austin Jaspers, Nina Russell, Darien Lee, Eugene Larsen-Hallock, and Christina Ramsay for outstanding research assistance. The opinions expressed in this paper and any errors are those of the authors alone, and do not necessarily reflect the views of the National Bureau of Economic Research. More details on our analysis can be found online at www.healthcarepricingproject.org.

NBER working papers are circulated for discussion and comment purposes. They have not been peer-reviewed or been subject to the review by the NBER Board of Directors that accompanies official NBER publications.

© 2015 by Zack Cooper, Stuart V. Craig, Martin Gaynor, and John Van Reenen. All rights reserved. Short sections of text, not to exceed two paragraphs, may be quoted without explicit permission provided that full credit, including © notice, is given to the source.

The Price Ain't Right? Hospital Prices and Health Spending on the Privately Insured
Zack Cooper, Stuart V. Craig, Martin Gaynor, and John Van Reenen
NBER Working Paper No. 21815
December 2015, Revised May 2018
JEL No. I11,L10,L11

## **ABSTRACT**

We use insurance claims data covering 28 percent of individuals with employer-sponsored health insurance in the US to study the variation in health spending on the privately insured, examine the structure of insurer-hospital contracts, and analyze the variation in hospital prices across the nation. Health spending per privately insured beneficiary differs by a factor of three across geographic areas and has a very low correlation with Medicare spending. For the privately insured, half of the spending variation is driven by price variation across regions and half is driven by quantity variation. Prices vary substantially across regions, across hospitals within regions, and even within hospitals. For example, even for a near homogenous service such as lower-limb MRIs, about a fifth of the total case-level price variation occurs within a hospital in the cross-section. Hospital market structure is strongly associated with price levels and contract structure. Prices at monopoly hospitals are 12 percent higher than those in markets with four or more rivals. Monopoly hospitals also have contracts that load more risk on insurers (e.g. they have more cases with prices set as a share of their charges). In concentrated insurer markets the opposite occurs – hospitals have lower prices and bear more financial risk. Examining the 366 merger and acquisitions that occurred between 2007 and 2011, we find that prices increased by over 6 percent when the merging hospitals were geographically close (e.g. 5 miles or less apart), but not when the hospitals were geographically distant (e.g. over 25 miles apart).

Zack Cooper
Yale ISPS
77 Prospect Street
New Haven, CT 06520
zack.cooper@yale.edu

Stuart V. Craig
The Wharton School
The University of Pennsylvania
stuart.v.craig@gmail.com

Martin Gaynor
Heinz College
Carnegie Mellon University
4800 Forbes Avenue, Room 3008
Pittsburgh, PA 15213-3890
and NBER
mgaynor@cmu.edu

John Van Reenen
Department of Economics, E62-518
MIT
77 Massachusetts Avenue
Cambridge, MA 02139
and NBER
vanreene@mit.edu

### I. Introduction

Over 61 percent of the US population has private health insurance, which accounts for nearly 34 percent of total health spending (Hartman et al., 2017). In 2017, the average insurance premium for employer-sponsored health coverage for a family of four was $18,764 and between 2007 and 2017, premiums increased by about 55 percent (Kaiser Family Foundation, 2017). However, because of data availability, most of our understanding of health care spending comes from the analysis of the Medicare program, which covers less than 17 percent of the population and represents 20 percent of total health spending.[1] For the most part, Medicare pays hospitals using prospectively-set reimbursements that are formula-based. By contrast, hospital prices for the privately insured are set via negotiations between hospitals and insurers. Unfortunately, private health insurance claims data in general and the results of these hospital/insurer negotiations in particular – hospitals' transaction prices – have been treated as commercially sensitive and have been largely unavailable to researchers. In this study, we use newly accessible claims data from three of the five largest private insurers in the US to study the variation in health spending on the privately insured. Notably, the data we use includes hospitals' transaction prices. As a result, we are able to study the role that variation in hospitals' prices plays in influencing health spending variation for the privately insured; to describe the variation in hospital prices across regions, within regions, and within hospitals; and to analyze the extent to which hospital and insurer market structures are associated with hospital price levels and the design of insurer-hospital payments (henceforth, "contracts").

The main data we use in this analysis are claims from Aetna, Humana, and UnitedHealth, which were provided by the Health Care Cost Institute (HCCI). Our data capture the details of the health care delivered to 27.6 percent of individuals in the US with employer-sponsored coverage between 2007 and 2011. The data include more than 88 million unique individuals and capture over $125 billion in health spending per year. The paper proceeds in three stages.

First, we present a national picture of the variation in health spending per privately insured beneficiary across all 306 hospital referral regions (HRRs) in the US.[2] Risk-adjusted

---

[1] Our discussion of Medicare is focused on the traditional, publicly administered Medicare program. See Curtu, Einav, Finkelstein, Levin and Bhatacharya (2017) for a comparison of the traditional, public Medicare program and the privately administered Medicare Advantage program.

[2] Hospital referral regions are geographic regions created by researchers at the Dartmouth Institute for Health Care Policy to approximate markets for tertiary medical care in the US. Each HRR generally includes at least one major

health spending per privately insured beneficiary age 18 to 64 varies by a factor of more than three across these regions. The HRR in the 90th percentile of the spending distribution (Grand Junction, Colorado) spends 47 percent more than the HRR in the 10th percentile of the spending distribution (Sarasota, Florida). Spending per privately insured beneficiary and spending per Medicare beneficiary have a correlation of only 0.044 across HRRs. For the Medicare program (where prices are set administratively), variation in hospital reimbursement rates account for only 13 percent of the variation in spending across regions, whereas the variation in the quantity of care delivered across regions accounts for 95 percent of the national variation in spending (these sum to more than 100 percent because a covariance term accounts for -8 percent). This fact has motivated research analyzing the factors that drive variation in the amount of care delivered across regions (e.g. Finkelstein et al. 2016 and Cutler et al. 2017). By contrast, for the privately insured, about half of the variation in spending is driven by price variation across regions and half is driven by quantity variation. This motivates us to focus on analyzing the drivers of hospital price variation.

The second stage of our analysis looks at the variation in hospital prices and the structure of hospital payment contracts. Hospital care represents nearly 6 percent of GDP (Centers for Disease Control and Prevention, 2017) and is expensive – the average price of an inpatient case in 2011 is $14,240 in our data. Hospital prices vary significantly across the country and across hospitals within HRRs. For example, hospitals with risk-adjusted knee replacement prices in the 90th percentile of the national distribution of hospitals are 2.3 times as expensive as hospitals in the 10th percentile. Likewise, in one representative HRR (Philadelphia, PA), the hospital in the 90th percentile of prices in the region is over twice as expensive as the hospital in the 10th percentile. This variation is also present for plausibly undifferentiated services, such as lower-limb MRIs, which suggests that the dispersion we observe is not simply a function of differences in hospital quality or patient severity across providers.

Our data allow us to extend beyond previous analysis and identify the variation in prices for health care services delivered within hospitals.[3] We find that the variation in prices within

---

referral    center    and    the    US    is    divided    into    306    HRRs.    See www.dartmouthatlas.org/downloads/methods/geogappdx.pdf for more information.

[3] A small number of studies of specific mergers, which involve only a few hospitals in a small geographic area, have had such data, usually as the result of an antitrust merger investigation. Haas-Wilson and Garmon (2011) have data from a merger in suburban Chicago, Thompson (2011) utilizes data from a merger in Wilmington, North Carolina, and Tenn (2011) has data from a merger in the San Francisco Bay area. Gowrisankaran, Nevo, and Town (2015)

3

hospitals for services ranging from joint replacements to lower-limb MRIs is substantial. We find that over a fifth of the total price variation across cases in the average month-year occurs within hospitals for the same procedure, after controlling for hospital fixed effects, insurance plan characteristics, and patient characteristics. That there is such substantial variation in prices for plausibly undifferentiated procedures such as lower limb MRIs within hospitals suggests that the relative bargaining power of insurers with hospitals can strongly influence price levels.

We then analyze how hospitals are paid. While there has been recent work looking at how physicians set their negotiated prices with commercial insurers (Clemens et al. 2017), much less is known about insurer-hospital contracts. We find that about 23 percent of hospitals' inpatient cases have prices set as a share of hospitals' charges - a "cost plus" contract that loads idiosyncratic patient risk onto the insurers.[4] We estimate no more than 57 percent of cases are on contracts where prices are prospectively set as a percentage of Medicare payment rates. This implies that hospital prices are less closely linked to the Medicare fee schedule than the 75 percent of cases that Clemens and Gottlieb (2017) observed for physicians' prices.

In the third stage of our analysis, we look at whether there is a link between market structure, hospital prices, and contractual form. Hospital prices and contract form are determined by bargaining between hospitals and insurers. Market structure is related to bargaining power – hospitals with fewer potential competitors are likely in a stronger negotiating position with insurers, and vice versa. Further motivating this analysis, as we illustrate in Figure 1, there has been significant consolidation in the hospital sector between 2001 and 2011. During that period, based on data we collected, there were, on average, 66 merger and acquisition (M&A) transactions per year.[5] This led the Herfindahl Hirschman index (HHI) in hospital markets where mergers occurred to increase by 19 percent over this period.[6]

In our cross-sectional analysis, we find that hospitals in monopoly markets (relative to hospitals in quadropoly or greater markets) have 12.5 percent higher prices, 10.5 percentage points more cases paid as a share of charges (over a mean of 18.6 percent), and 11.3 percentage

---

[4] Hospital charges are the amount hospitals bill for care (i.e. their list prices). Individuals who self-fund their care are typically the only ones who pay hospitals their charges.

have data from a merger investigation in northern Virginia, but do not analyze within hospital price differences. Ho and Lee (2017) analyze data from the California Public Employees' Retirement System (CalPERS), which has information on insurer specific prices at hospitals.

[5] We have made our roster of hospital mergers available at www.healthcarepricingproject.org.

[6] We measure a HHI for each hospital in our data within a circular area around each hospital defined by a 15-mile radius. We measure a hospital's market share as its share of total hospital beds in those areas.

points fewer of their prospectively paid cases that have prices set as a share of Medicare payment rates (over a mean of 48.3 percent).[7] By contrast, hospitals located in areas where the three insurers in our data had a high (collective) market share had significantly lower prices and participated in contracts that exposed insurers to less financial risk. A 10 percentage point increase in the insurers' market share is associated with 7 percent lower prices, 4 percentage points less cases paid as a share of charges, and 6 percentage points more prospectively paid cases that have prices set as a percentage of Medicare payments.

To look at events that shifted market structure over time, we use our comprehensive database of hospital mergers combined with the HCCI panel data to examine how hospital prices evolve before and after merger events using difference-in-difference analysis. After mergers occurred, we find that prices increase by over 6 percent if the merging hospitals were close neighbors (less than or equal to five miles apart). The size of the post-merger price increases decline as the distance between merging parties increases, and there are no significant merger coefficients once merging hospitals are located over 25 miles apart. We find no pre-merger differences in trends in prices between merging and non-merging hospitals and show that our results are robust when we use various procedures to match treated and control hospitals.

An important caveat to our paper is that it is fundamentally descriptive. While we find strong links between market structure, prices, and contract form, because market structure will be correlated with unobserved factors, these relationships should not be assumed to be causal.

Our paper builds on a sizable literature that has used Medicare claims data to document large variations in health spending per beneficiary across HRRs (Fisher et al. 2003a,b; Finkelstein et al. 2016). A smaller literature has documented similar variation in spending on privately insured individuals using limited data samples. Both Chernew et al. (2010) and Newhouse et al. (2013) have documented that there is a low correlation between Medicare spending per beneficiary and private spending per beneficiary across HRRs. We add to this literature by using a much larger and more comprehensive national dataset to analyze health spending on the privately insured, by analyzing hospitals' transaction prices, and by addressing the key question of why prices are so high in some regions, but not in others. Crucially, our data on hospitals' transaction prices allow us to probe more deeply the claim in Chernew et al. (2010)

---

[7] We measure hospital market structure by counting competitors within a circular area around each hospital defined by a radius of 15 miles. In the results section we show that our results are robust to many alternative measures of hospital market structure and different market definitions.

and Philipson et al. (2010) that variation in health spending on the privately insured is driven by differences in hospital prices across regions.

We also add to an existing literature that has used limited datasets to analyze variation in hospital transaction prices. Most of this literature has focused on describing differences in prices across regions (e.g. Government Accountability Office 2005, Ginsburg 2010, Coakley 2011, White, Reschovsky, and Bond 2014). We add to this literature by using data that cover the majority of hospitals nationally.[8] This allows us to look at national variation in hospitals' prices and compare hospital prices across *and* within geographic areas. Likewise, we risk-adjust prices, look at narrowly defined procedures (e.g. joint replacements without complications), and focus on plausibly homogenous services (e.g. lower-limb MRIs). Collectively, this allows us to more effectively compare prices across hospitals by reducing the potential bias created from differences in quality and patient characteristics across hospitals. In addition, this is one of the first papers we are aware of that has described and quantified variation in prices within hospitals. Analyzing price variation within hospitals for broadly undifferentiated services allows us to hold quality constant. That we observe significant variation in prices across contracts within the same hospital provides evidence that the bargaining leverage of insurers influences hospital prices.

Finally, we add to a large literature on hospital competition (see Gaynor, Ho, and Town 2015), which has generally found that hospital prices are higher in more concentrated markets. However, much of this literature has relied on estimates of transaction prices based on hospitals' charges (rather than actual data on transaction prices) or has focused on data from limited areas or single states (often California). Our analysis shows that there is a positive but rather low correlation (0.314) between hospital charges and hospitals' transaction prices. Moreover, we go beyond existing work by looking at the relationship between market structure and transaction prices using data from across the nation and by analyzing the relationship between market structure and the design of hospital-insurer contracts. Our findings are broadly consistent with models of insurer-hospital bargaining, such as Gowrisankaran, Nevo, and Town (2016) and Ho and Lee (2017). There is also an existing literature that has examined the effects of single mergers or small groups of mergers (Vita and Sacher 2001, Krishnan 2001, Gaynor and Vogt

---

[8] Our data contain transaction prices for 72 percent of non-critical access hospitals that are registered with the American Hospital Association (AHA). These 2,358 hospitals in our inpatient sample capture over 88 percent of total hospital admissions in the US (based on AHA data). Previous studies have generally relied on data from single states, a single employer, or a small set of urban areas.

2003, Capps and Dranove 2004, Dafny 2009, Haas-Wilson and Garmon 2011, Tenn 2011, Thompson 2011, Gowrisankaran, Nevo, and Town 2015, Garmon and Kmitch 2017).[9] We add to this literature by examining the post-merger price effects of all hospital mergers between 2007 and 2011.

This paper is structured as follows. In Section II we outline our data, describe how we measure prices, and present descriptive statistics. In Section III we describe the variation in health spending across HRRs and determine the share of the variation that is a function of price differences across regions and the share that is a function of quantity differences. In Section IV, we describe the variation in hospital prices across HRRs, within HRRs, and within hospitals. In Section V, we describe insurer-hospital contracts. We then analyze the cross-sectional correlates of hospital price levels and contracts in Section VI, analyze mergers and hospital prices in Section VII, and make some concluding comments in Section VIII. Our online Appendices give more details on data (A); how we construct risk-adjusted prices (B); our measures of market structure (C); how we identified mergers (D); econometric matching methods used in our merger analysis (E); and the robustness of our analysis in areas where Blue-Cross Blue Shield (BCBS) insurers had high and low market share (F).

## II. Data and Variables

### II.A Health Care Cost Institute data

The main data we use are from the Health Care Cost Institute (HCCI).[10] We discuss the data in more detail in Appendix A, but outline some of the main features here. The HCCI database includes health insurance claims for individuals with coverage from three of the five largest insurance companies in the US: Aetna, Humana, and UnitedHealth. The data cover all health services paid for by the insurers from 2007 to 2011. We focus on individuals with employer-sponsored coverage who are aged between 18 and 64 and for whom an HCCI payer is their primary insurer. The raw data covers 2.92 billion claims that were delivered to an insured population in our data of 88.7 million unique individuals (Table 1).[11]

---

[9] The exception is Dafny (2009), which examines the effect of 97 mergers that occurred between 1989 and 1996.
[10] HCCI is a nonprofit organization dedicated to advancing knowledge about US health care costs and utilization. See http://www.healthcostinstitute.org for more information.
[11] The HCCI data are "de-identified" and do not include patient identifiers such as social security numbers, names, dates of birth, or addresses. Users of HCCI data are not allowed to publish results that identify patients, insurers, or

Appendix Figure 1 shows the proportion of privately insured lives that the HCCI data cover by state.[12] The HCCI database offers a significantly more comprehensive picture of private health spending across the US than other private health insurance claims databases. The most prominent alternative dataset of private health insurance claims is the MarketScan database. While MarketScan data includes individuals in 90 percent of HRRs in the US, some HRRs in the MarketScan data have very thin coverage and include fewer than 200 beneficiaries. By contrast, the HCCI data include individuals in all 306 HRRs and the smallest HRR in 2011 has 2,932 beneficiaries. Appendix A1 gives a more detailed comparison between the datasets.

Although we describe the most comprehensive picture to date of health spending on the privately insured, we do not have claims from every insurer and, in particular, from BCBS insurers. As a result, our analysis does not necessarily generalize to private health insurance spending in the US as a whole. BCBS plans covered 41 percent of covered lives across the small, medium, and large group markets in 2011. [13] To address possible concerns about the generalizability of our results, in Appendix F we reproduce all our main results using data from areas where BCBS plans have a high share of privately insured lives and areas where BCBS plans have a low share of privately insured lives.

The HCCI data include a unique hospital identifier, a unique patient identifier, the date services were provided, hospitals' charges (for 2010 and 2011), hospitals' negotiated transaction prices (broken down by facility and physician fees), and payments to hospitals made by patients in the form of co-insurance payments, co-payments, and payments made before deductibles were met. As a result, we know the amounts paid to hospitals for all health care encounters recorded in our data.[14] This allows us to analyze how prices vary within and across hospitals and study how insurers reimburse hospitals.

---

hospitals by name. Because our data is de-identified, our project was exempted by the Yale Institutional Review Board.

[12] The data capture more than 30 percent of the privately insured population in Texas, Arizona, Colorado, Florida, Georgia, Kentucky, Ohio, Wisconsin, New Jersey, and Rhode Island. At the low end, the data capture between 1.9 percent and 10 percent of the privately insured in Vermont, Michigan, Alabama, Wyoming, Montana, South Dakota, and Hawaii.

[13] Blue Cross Blue Shield is an association of 36 for-profit and not-for-profit health insurance companies in the United States. The BCBS insurance companies are licensees, the largest of which, Anthem, is a for-profit publicly traded firm that has beneficiaries in fourteen states. For more information on Blue Cross Blue Shield, see http://www.bcbs.com. We identify BCBS market share using data from HealthLeaders Interstudy, which is described in more detail in Appendix A.

[14] We present a sample hip replacement case constructed from claims data online at http://healthcarepricingproject.org/sites/default/files/papers/sample_hip_claims.xlsx.

8

We use an encrypted version of hospitals' National Plan and Provider Identification System (NPI) code in the HCCI data to link to data on hospital characteristics from the American Hospital Association (AHA) annual survey, quality scores from Medicare's Hospital Compare webpage, Medicare activity data from the 100 percent sample of Medicare claims (accessed via the American Hospital Directory (AHD)), Medicare reimbursement information from the Centers for Medicare and Medicaid Services (CMS), and reputational quality scores from U.S. News & World Report. We use hospitals' five-digit zip codes to link to local area characteristics from the Census. We use the system ID from the AHA data to identify multiple hospitals that are part of the same health system when we calculate our measures of hospital market structure.[15] The AHA annual survey sometimes consolidates hospital IDs when two hospitals merge, even when those two hospitals each remain open. We use various data sources to continue tracking the original hospitals even after consolidation and to create a consistent longitudinal database of hospital sites.[16]

### *II.B Sample Definitions*

To support our analysis, we create three broad sub-samples from the raw HCCI data: the "spending samples", the "inpatient price sample" and the "procedure samples".

The *spending samples* measure inpatient and overall spending per privately insured beneficiary. Our measure of total spending per beneficiary captures the sum of spending on inpatient, outpatient, and physician services, but excludes drug spending (we exclude prescription drug spending because it is not readily available for Medicare beneficiaries). Our measure of inpatient spending only captures inpatient hospital spending. We calculate spending per beneficiary by summing total or inpatient spending for each individual in our data in each HRR per year. To get the total number of private beneficiaries per HRR, we sum up the member months of coverage per HRR per year and divide by twelve. We use data from the Dartmouth Atlas for 2008 through 2011 to analyze variation in spending per Medicare beneficiary.[17]

---

[15] Hospitals that are part of the same health system are under common ownership (i.e. they are different establishments that are part of the same firm).

[16] A complete list of data sources is contained in Appendix A1 and our process for identifying hospitals using their NPI code is outlined in Appendix A2. In Appendix A3, we detail our method for maintaining a consistent hospital-level panel database in the face of merger activity.

[17] Data from the Dartmouth Atlas can be downloaded at: http://www.dartmouthatlas.org/tools/downloads.aspx. Information on how Medicare spending per beneficiary is calculated is available in their Research Methods document, accessible at: http://www.dartmouthatlas.org/downloads/methods/research_methods.pdf.

Following the approach taken by Dartmouth, we risk-adjust our HCCI spending samples for age and sex.[18] In our decomposition of Medicare spending, we use data from the 100 percent sample of Medicare claims data that identifies how many cases in each diagnosis related group (DRG) case were provided by each hospital in the US in 2011. Our spending samples include claims for services that were delivered at all providers including, for example, care delivered at critical access hospitals.

The *inpatient price sample* is derived from hospital claims for all inpatient care provided to our covered population (age 18 to 64) in AHA registered facilities.[19] In total, there are 3,272 non-critical access hospitals that are registered with the AHA during our sample period (see Appendix Table 1) and we have all but 70 of them in the HCCI data. We focus our analysis on general medical and surgical hospitals and do not include specialist hospitals (e.g. orthopedic specialty hospitals). We exclude three hospitals for which we do not have Medicare payment information and also drop data from 2007 because incomplete data (this leads to a loss of 10 hospitals). We also limit our analysis to providers that delivered 50 or more cases per year, so that we had sufficient data to calculate our inpatient price index. Although this means losing a further 831 hospitals, these hospitals only account for 1.5 percent of our inpatient cases. We are left with 2,358 hospitals in our inpatient sample, which account for 88.4 percent of the total inpatient cases from the original 3,272 AHA hospitals that were eligible to be included in our analysis (Appendix A4 gives more detail on our sample restrictions).

We also create seven *procedure samples*, which capture claims for hospital-based surgical or diagnostic inpatient and outpatient procedures. We create procedure samples for hip replacements, knee replacements, cesarean sections, vaginal deliveries, percutaneous transluminal coronary angioplasties (PTCAs), diagnostic colonoscopies, and magnetic resonance imaging (MRI) of lower-limb joints without contrast. These procedures occur with sufficient

---

[18] Because we do not have data on race, we risk-adjust using age and sex as opposed to Dartmouth who risk-adjust using age, sex, and race. Like Dartmouth, we also risk-adjust spending using indirect standardization. For a detailed discussion of the risk-adjustment methods, see:
http://www.dartmouthatlas.org/downloads/methods/indirect_adjustment.pdf.

[19] Our inpatient data in Table 1 includes some incomplete records. We exclude the 0.1 percent of cases that have missing or negative prices. A further 8 percent of cases are excluded because they are missing a provider identifier or patient characteristics. We exclude cases that have length of stay in the top 1 percent of the distribution by DRG (these are cases with a length of stay of over six months in some cases). We then remove cases with prices in the top 1 percent and bottom 1 percent of the price distribution by DRG. Our results are robust to winsorizing these outliers instead of trimming them.

10

frequency to support empirical analysis and are relatively homogeneous, thereby facilitating comparison across facilities and areas (Centers for Disease Control and Prevention 2010).

Each observation in the seven procedure samples includes all hospital claims from the time the patient entered the hospital until s/he exited the facility. We limit the observations included in our analysis to those without major medical complications and define the seven procedure samples narrowly using diagnosis and procedure codes to exclude atypical cases (see Appendix A4). We limit our observations to hospitals that deliver at least ten of a given procedure per year and applied the same cleaning rules we used to define our inpatient sample.[20] In total, from 2008 to 2011, we capture 470 hospitals performing hip replacements, 932 performing knee replacements, 1,163 performing cesarean sections, 1,280 performing vaginal deliveries, 652 performing PTCAs, 1,237 performing colonoscopies, and 1,628 performing lower-limb MRIs who meet our sample restrictions.

Table 2 reports summary statistics for our inpatient sample.[21] Our sample of hospitals in the inpatient and procedure samples are generally similar to the universe of AHA-registered hospitals, but there are some differences (Appendix Table 1). These differences are due in large part to our requirement that hospitals treat a minimum number of cases in our data annually, which means we are dropping some smaller hospitals. Relative to the universe of AHA-registered hospitals, hospitals in our inpatient sample are larger (an average of 270 beds versus 218 among all AHA hospitals), are located in less concentrated markets, and are more likely to be teaching facilities, non-profit facilities, and facilities ranked by the U.S. News & World Report as top performers.

### II.C Measuring Hospital-level Prices

Hospitals vary in the mix of services they offer and the patients they treat. As a result, a general concern when analyzing differences in prices across hospitals is that variation in prices could reflect observed and unobserved differences in the quality of care, mix of care, or the quantity of care provided per case at different facilities. For example, if patients with a given condition at a

---

[20] For MRI we also require a separate physician claim for the reading of the MRI, which we do not include in our main analyses of price. We do this so that the facility portion we analyze only captures the taking the MRI as opposed to the reading of the MRI. We also restrict our lower-limb MRI cases to those for which the MRI itself was the only intervention occurring during the individual's visit to the hospital,

[21] The descriptive statistics for the sub-samples for each of the seven procedures look qualitatively similar and are available online at www.healthcarepricingproject.org.

11

hospital were more severely ill, they would require more care, which could potentially show up in our data as higher prices. Likewise, providing higher quality care could raise costs, so a hospital that had a higher quality of care could show up in our data as having higher prices.

We work to address these issues in a number of ways. First, we rely on risk-adjusted price measures, described in detail in Appendix B. Second, we show our results are stable when we control for hospital quality using a variety of measures. Third, we measure price variation across plausibly undifferentiated services (like lower-limb MRI) for which there is little variation in how these services are delivered across hospitals or across patients within a hospital. Since MRIs are plausibly homogeneous across patients, studying this procedure provides a reasonable benchmark for price variation that is uncontaminated by unobservable patient heterogeneity. Fourth, we define our procedures narrowly via our choice of clinical codes and exclude cases with complications. Finally, we limit the age of patients we analyze by procedure to fairly narrow age groups (since older patients or atypically young patients may raise costs). For knee and hip replacements, we limit our analysis to cases involving patients between 45 and 64 years old. For cesarean and vaginal delivery, we limit our analysis to mothers who are between 25 and 34 years old.

Our hospital price measures are generated from data on the actual payments patients and insurers make to hospitals. We construct three different measures of hospital prices based on these allowed amounts (i.e. the sum of the patient and insurer payments to hospitals). The first is a private payer overall inpatient price index that is adjusted for the mix of care that a hospital delivers (via DRG fixed effects) and the mix of patients that hospitals treat (we risk-adjust for patient age and sex). This hospital-level, regression-based measure is similar to those used previously in the literature (e.g. Gaynor and Vogt 2003 and Gowrisankaran, Nevo, and Town 2015). The second is a set of hospital-level and risk-adjusted price measures for each of our seven procedures.[22] Third, we focus on contract-level prices within hospitals for the seven previously identified procedures. We also construct Medicare reimbursement rates for overall

---

[22] For inpatient procedures, the procedure price captures the combined price on all claims associated with services provided to the patient by hospitals from admission through discharge. For outpatient procedures (colonoscopies and MRIs), the price is the sum of all claims on the day the patient was in the hospital for the MRI or the colonoscopy. For colonoscopies and MRIs, we further limit our analysis to observations where no other medical care was provided to the patient on the day of the MRI or colonoscopy and exclude MRIs and colonoscopies that were performed within a wider hospital stay. As a robustness check, we also examine the sum of hospital and physician prices for inpatient and procedure prices.

inpatient care and for the seven procedures in our analysis. More details on our price and Medicare reimbursement measures are in Appendix B.

## II.D Descriptive Statistics on Prices

Table 3 presents the means, standard deviations, and within-hospital correlations of the inpatient hospital price index, the procedure prices, and the Medicare inpatient base payment rates. There is high correlation in prices within hospitals within service lines like orthopedics (e.g., the correlation of hip with knee replacements is 0.923) and a weaker (but still substantial) correlation across service lines (e.g., the correlation of knee replacement with vaginal delivery prices is 0.510). By contrast, there is a low correlation within hospitals between the Medicare base payment rate and the inpatient price index (0.203) and between Medicare procedure-specific reimbursements and private payment rates for the procedures we study (these range from -0.040 to 0.360). Medicare attempts to set administered prices to reflect hospitals' costs and therefore, the low correlation between Medicare and private prices suggests that private price variation is driven by more than simply differences in costs across hospitals.

The difference in the amounts that Medicare and private insurers pay for services is substantial. Figure 2 shows that in 2011, Medicare payments were 45 percent of private rates for inpatient care, 55 percent of private rates for hip and knee replacement, 62 percent for cesarean and vaginal delivery, 51 percent for PTCA, 37 percent for colonoscopy, and 25 percent for MRIs. As an illustration of the magnitude of this difference, we calculate that if private prices were set at 120 percent of Medicare rates rather than at their current levels, inpatient spending on the privately insured would drop by 19.7 percent.[23]

There has also been significant recent interest in hospitals' charges - the list prices for hospital services (e.g. Brill 2013; Bai and Anderson 2015 and Hsia and Akosa Antwi 2014). Indeed, in 2013, the Department of Health and Human Services began releasing hospital charge information for all inpatient claims billed to Medicare (Department of Health and Human Services 2013). Figure 2 illustrates that charges are between 170 percent and 242 percent of the transaction prices. Figure 3 presents a scatterplot showing the relationship between hospital

---

[23] This thought experiment holds the quantities of care constant (i.e., it assumes no behavioral response). We also find that paying providers for inpatient care at 100 percent of Medicare rates, 110 percent of Medicare rates, 130 percent of Medicare rates, and 140 percent of Medicare rates would lower spending by 33.1 percent, 26.4 percent, 13 percent, and 6.3 percent, respectively.

charges and transaction prices for knee replacements in 2011. There is a positive correlation, but it is only 0.31. The other procedures also have similarly-scaled correlations between charges and transaction prices (Appendix Figure 2).

In the absence of available data on true transaction prices, a number of research papers have used transformations of hospital charges to produce proxies for hospitals' transaction prices. Unsurprisingly, we observe that transformations of charges are not very highly correlated with transaction prices. Using data kindly provided by Dafny, Ho, and Lee (2016), we find that the correlation between our main inpatient price index that is constructed using transaction prices and their price measure constructed using hospital charge data is 0.45. Although the Dafny et al (2016) measure contains useful information (Garmon 2017), the low correlation illustrates the advantage of using transaction prices if such data are available.

**III. Health Care Spending Variation**

### III.A Geographic Variation in Spending Per Privately Insured Beneficiary

In Figure 4, we map total risk-adjusted spending per privately insured beneficiary across HRRs. In 2011, mean spending per beneficiary was $4,197. Total spending per privately insured beneficiary in the highest spending HRR (Anchorage, Alaska) was $6,366, more than three times as much as spending per beneficiary in the lowest spending HRR (Honolulu, Hawaii spent $2,110 per person). Likewise, the HRR in the 90th percentile of the spending distribution (Grand Junction, Colorado) spent 47.3 percent more than the HRR in the 10th percentile of the spending distribution (Sarasota, Florida).[24]

Previous work has found that risk-adjusted Medicare spending per beneficiary also varies by a factor of more than three across HRRs (Fisher et al. 2003a,b). In Appendix Figure 4, we present maps of total and inpatient spending per Medicare beneficiary across HRRs using data made accessible by the Dartmouth Institute. The correlation between HRR-level total spending per Medicare beneficiary and spending per privately insured beneficiary is only 0.044 and the equivalent correlation for inpatient spending is 0.172. The correlation between HRR-level inpatient spending per privately insured beneficiary age 55 to 64 (i.e. a group with a more similar

---

[24] We also present a map of inpatient spending per privately insured beneficiary in Appendix Figure 3. Inpatient spending per privately insured beneficiary has a correlation with total spending per beneficiary of 0.774. Total spending per privately insured beneficiary per HRR has a 0.468 correlation with spending per beneficiary on knee hip and knee replacements, 0.369 with cesarean sections, 0.335 with vaginal deliveries, and 0.393 with PTCA.

14

demographic profile to the Medicare population) and spending per Medicare beneficiary across HRRs is still only 0.165.[25]

### III.B The Contributions of Price vs. Quantity to Spending Variation

To what extent is the geographic variation in health spending generated by the variation in the price of care versus the quantity of care delivered across regions? Because the Medicare program's administered hospital prices do not vary significantly across providers, it follows that most of the variation in Medicare spending is mainly driven by differences in the quantities of health care across HRRs.[26] By contrast, variation in spending on the privately insured is likely to be a function of both variation in the quantities of care delivered across regions and variation in the market-determined prices that providers and insurers negotiate.

To analyze the relative contributions of price and quantity to spending variation for the 55 to 64 year old private patients from HCCI and Medicare, we decompose the variance of ln(inpatient spending per beneficiary) for each DRG $d$ into three components:

(1) $$Var(ln(p_r q_r)) = Var(ln(p_r)) + Var(ln(q_r)) + 2Cov(ln(p_r),ln(q_r))$$

where $p_r$ is the average price in HRR $r$ and $q_r$ is the number of inpatient visits (quantity) divided by the number of beneficiaries in each HRR. The component $\frac{Var(ln(p_r))}{Var(ln(p_r q_r))}$ represents the share of the variance in spending attributable to differences in price across HRRs; the component $\frac{Var(ln(q_r))}{Var(ln(p_r q_r))}$ represents the share attributable to differences in quantity and $\frac{2Cov(ln(p_r), ln(q_r))}{Var(ln(p_r q_r))}$ is the share attributable to the covariance of price and quantity.[27] We obtain each of these components per DRG.

In Table 4 we report results for the top 25 DRGs in the data individually and the final row in Table 4 presents the decomposition results for both spending samples averaged across *all* DRGs (where each DRG-observation is weighted by spending on that DRG in the private

---

[25] Chernew et al. (2010) find a correlation between private spending per beneficiary measured using MarketScan data and Medicare spending per beneficiary in 2006 of -0.17.

[26] Finkelstein et al. (2016) find that 47 percent of the geographic variation in Medicare utilization is driven by patient characteristics. The remainder is driven by place-specific factors.

[27] We focus on inpatient spending because we do not have reimbursement and quantity measures for Medicare outpatient services.

population in the first three columns and the Medicare population in the last three columns).[28] The bottom row of Column (1) shows that averaged across DRGs, just under half of spending variation on the privately insured is due to price and almost the same is due to quantity in Column (2) with the covariance term accounting for essentially zero in Column (3).[29] Columns (4) – (6) show that for Medicare spending, quantity differences across HRRs accounts for 95.3 percent of the variation whereas only 12.7 percent is attributable to price variation (the residual is a -8.1 percent covariance term). These results suggest that variation in health spending on the privately insured is a function of variation in both the price and quantity of care delivered across HRRs, while variation in spending on the Medicare population is driven almost exclusively by differences in the quantity of care delivered across regions.[30]

Overall, both populations have similar levels of quantity variation across HRRs where quantity is defined as spending with hospital prices fixed at the mean (we refer to this as "fixed-price spending", see Appendix Table 3).[31] Further, although Medicare and private prices are only weakly correlated at the HRR level (recall that in Table 3 this correlation is only 0.203), the correlation is much stronger for quantities. The correlation of fixed-price spending (quantity) per private beneficiary and fixed-price spending (quantity) per Medicare beneficiary is 0.427 and rises to 0.536 when we restrict the private sample to 55 to 64 year olds. Similarly, we observe that the correlation in hip and knee replacements delivered per Medicare beneficiary and per privately insured beneficiary per HRR is correlated at 0.570 across HRRs. Finally, we observe that the correlation in hospitals' case-mix indexes – a measure of the average DRG weights at hospitals – across Medicare and privately insured beneficiaries is 0.659. All this suggests, perhaps unsurprisingly, that the quantities of care delivered to Medicare and privately insured beneficiaries are much more correlated than the payment rates from the two sets of payers.

---

[28] There were 562 DRGs in the Medicare population and 735 DRGs in the private data. Because some DRGs are performed very infrequently, we limit our analysis in Table 4 to HRR-DRG pairs where at least one case was performed. We can extend this restriction and limit our analysis to HRR-DRG pairs where there was at least one case performed on Medicare beneficiaries *and* private patients. This did not qualitatively impact our results. Likewise, we observe qualitatively similar patterns in our decomposition results when we run it for other age bins.

[29] Later, we focus on two outpatient procedures (colonoscopy and lower-limb MRI) and five inpatient procedures (hip replacement, knee replacement, vaginal baby delivery, cesarean baby delivery, and PTCA). Price explains 29 percent of the variation in spending on hip and knee replacements, 42 percent for vaginal delivers, 40 percent on cesarean sections, and 34 percent on PTCAs. In contrast, price variation explains 12 percent and 10 percent variation in Medicare spending on hip and knee replacement and for PTCAs, respectively.

[30] The results are not driven by the particular weighting scheme used. For example, using the Medicare spending weights (by DRG) in the private spending decomposition generates an overall contribution of price of 52 percent instead of 50 percent in the final row of Column (1).

[31] Appendix A5 describes how these price-fixed and quantity-fixed measures of spending are constructed.

## IV. Variation in Hospital Prices

Given the importance of prices for the privately insured, we turn now to describing the overall variation in hospital prices and then decompose the amount of variation that occurs in the cross-section (i) across HRRs, (ii) within HRRs across hospitals, and (iii) within hospitals.

### IV.A Quantifying How Much Hospital Prices Vary

Previous research has shown substantial geographic variation in hospital prices for sub-national geographies. For example, the United States Government Accountability Office (2005) analyzed health care claims data from the Federal Employees Health Benefits Program and found that hospital prices varied by 259 percent across metropolitan areas. Likewise, the Massachusetts Attorney General's Office (Coakley, 2011) found that hospitals' prices varied by over 300 percent in the state. Ginsburg (2010) used insurance claims data to measure average hospital prices in six cities. Similarly, White, Reschovsky, and Bond (2014) used claims data from autoworkers to examine hospital prices in thirteen Midwestern markets. They found that the highest priced hospitals in a market were typically paid 60 percent more for inpatient care than the lowest priced hospitals.[32] These analyses, while extremely valuable, do not rely on national data, often do not risk-adjust prices for patient case mix, and do not analyze within hospital price variation.

In Figure 5 we present the variation in hospital-specific, risk-adjusted private-payer prices for knee replacements across all hospitals in our sample (Panel A). We also include the corresponding hospital-specific Medicare reimbursement rates. Hospitals were paid $24,059 on average for knee replacements in 2011 (Medicare reimbursed these same hospitals $12,986 on average). Across the nation, the ratio of the commercial price for a knee replacement at hospitals

---

[32] While notable, this sort of variation is not unique to health care. Many other industries exhibit price variation. Pratt, Wise, and Zeckhauser (1979) find large price variation for a range of services in the Boston area. They find, for example, that prices in the markets for bicycles, mufflers, dry cleaning, pet cleaning, and vocal lessons have coefficients of variation of 0.044, 0.174, 0.168, 0.128, and 0.383, respectively. Hortaçsu and Syverson (2004) document extensive variation in mutual fund fees. Eizenberg, Lach, and Yiftach (2016) observe extensive price variation in retail prices at supermarkets in Jerusalem. Similarly, Kaplan and Menzio (2015) use data from the Kilts-Nielson Consumer panel data and find that the coefficient of variation for 36 oz. plastic bottles of Heinz ketchup is 0.23 in Minneapolis in 2007. Therefore, while we focus on health care in this study, price dispersion is a common phenomenon and understanding the determinants of price dispersion is a general problem.

17

in the 90th percentile of the price distribution relative to hospitals in the 10th percentile is 2.29 and the coefficient of variation across hospitals is 0.32.

It is possible that the variation in knee replacement prices across the US reflects differences in unobserved patient severity or quality across hospitals. Consequently we examine lower-limb MRIs as a plausibly homogeneous procedure free of any contamination due to unobserved heterogeneity. In Panel B of Figure 5, we present a histogram of risk-adjusted hospital transaction prices for lower-limb MRIs and show variation that is on a similar scale to knee replacements  - the coefficient of variation for knee replacements is 0.32 and for lower-limb MRIs is 0.40. The ratio of the price for a lower-limb MRI at the hospital in the 90th percentile relative to the hospital in the 10th percentile is 2.93 (similar figures for our other procedures are reported in Appendix Figure 5).

To determine whether the bulk of the price variation in the cross-section occurs across HRRs, within HRRs (across hospitals), or within hospitals, we use our case-level data for 2010 and 2011, add various combinations of control variables into a regression, and observe the subsequent changes in the $R^2$.[33] In Table 5 the dependent variable is the price level, $p_{i,p,h,r,t}$, for a case (e.g. a knee replacement) delivered to patient $i$ with insurance characteristics $p$, at hospital $h$, located in HRR $r$, in month-year $t$. In all columns we include month-year dummies, which account for only a trivial fraction of the variance (less than 0.001). Column (1) introduces patient characteristics (sex and age). We then sequentially add in fully interacted insurance plan characteristics, HRR fixed effects, hospital fixed effects, and controls for the hospital charges for each case.[34] We allow HRR fixed effects and hospital fixed effects to vary by month-year pair.

Table 5 shows that a substantial amount of variation in hospital prices exists across HRRs, within HRRs, and even *within hospitals*. In Column (1) we find that controlling for patient characteristics explains very little of the variation in hospital prices – the $R^2$ falls by less than 2 percent across all procedures. In Column (2), introducing insurance plan characteristics explains no more than an additional 3 percent. In Column (3), including HRR fixed effects substantially increases the $R^2$ to between 0.331 (lower-limb MRI) and 0.502 (hip replacements).

---

[33] We focus on these years as we do not have hospital charge information prior to 2010. Results are very similar for the first four columns of Table 5 for other years.

[34] Insurance plan characteristics include the product type (health maintenance organization (HMO), preferred provider organization (PPO), point of service (POS), exclusive provider organization (EPO), indemnity plan, and other), the funding type (administrative services only (ASO) or fully-insured plan), and market segment (large versus small group).

Column (4) includes hospital fixed effects, which increase the $R^2$ to between 0.647 (vaginal delivery) and 0.774 (lower-limb MRIs). Although this is a large increase, it still leaves between 22 percent and 34.3 percent of price variation unexplained. In Column (5) we include the total charge for each individual case. This is a further control for the patient-specific amount of care that was delivered within a case, since hospitals bill for each unit of service they deliver. Even in this demanding specification, between 18 to 30 percent of the cross-sectional variation still occurs within hospitals (Column (6)) implying that unobserved differences in the cost of providing care cannot account for the unexplained spread of within hospital prices in Column (5).

The sizable variation in prices that we observe within hospitals seems likely to be due to differential insurer bargaining leverage, but potentially it could also be due to measurement error or contract re-negotiations that occur within a hospital-month.  To address these issues we focus on MRIs and identify specific hospital/insurer contracts (as described in more detail in Section IV.C). Limiting our analysis to identified contracts excludes cases that have unusually high or low prices due to pure measurement error. This lowers the unexplained variance only slightly (from 21.6 percent to 19.9 percent) which is unsurprising as this is administrative data. [35] Furthermore, since we observe contracts, we also can drop the hospital-month observations when a contract renegotiation occurred. Doing this reduces the unexplained variation to 15.3 percent. Thus we conclude that over 70 percent (=15.3/21.6) of the unexplained within hospital MRI price variation in Column (6) of Table 5 is due to cross-insurer price variation within hospitals, rather than measurement error or (within month) contract renegotiation. This is suggestive of the substantial degree to which differential insurer bargaining power affects hospital prices.

### IV.B Hospital-level Price Variation Within and Across HRRs

Figure 6 presents a map of private-payer inpatient prices across HRRs. The map demonstrates that there is substantial variation in prices across geographic areas. Normalizing prices using the Medicare wage index, which captures local labor costs does not reduce this variation by much (Appendix Figure 6). To illustrate the extent of the price variation, Salinas, California has the highest average inpatient private-payer prices – more than four times as high as the least

---

[35] We can classify 97 percent of the 113,914 MRI cases in Table 5 to contracts in this way (a higher fraction than for the other procedures). Note that this 1.7 percentage points is an upper bound for measurement error as it also excludes singleton observations for which we cannot find two matching prices (see Appendix B3).

19

expensive HRR (Lake Charles, Louisiana). Likewise, the HRR with average hospital inpatient prices in the 90th percentile of the national distribution of HRRs (Eugene, Oregon) is 1.84 times as expensive as the average inpatient prices for the HRR in the 10th percentile (Lafayette, Louisiana).

Appendix Table 6 presents the mean prices and coefficients of variation in private-payer prices for our inpatient price index and the seven procedures we analyze for the twenty-five HRRs with the greatest number of HCCI covered lives. The national averages of the within HRR coefficients of variation range from 0.162 (hip replacement) to 0.249 (MRI). To illustrate how large this variation is, consider the following thought experiment. If each patient paying above the median price in their HRR instead went to the hospital in their HRR with the median price, total inpatient spending for the privately insured would be reduced by 25.8 percent.[36]

Figure 7 illustrates the extent of the variation in hospital prices within a single HRR (Philadelphia, Pennsylvania) for the seven procedures we analyze. The coefficients of variation across hospital-level prices within Philadelphia for hip replacement, knee replacement, cesarean section, vaginal delivery, PTCA, colonoscopy, and lower-limb MRI are 0.258, 0.308, 0.265, 0.235, 0.282, 0.383 and 0.482, respectively. There is a substantial amount of variation in prices for all of these procedures, including lower-limb MRI (note that there is virtually no variation in Medicare's administered payments across hospitals within HRRs). We find similar variation in hospital prices for all procedures within all HRRs and present the figures for every other HRR online.[37]

### IV.C Within Hospital Variation in Prices

Table 5 showed that the amount of within hospital price variation in the cross-section is substantial. Column (8) shows the within hospital coefficient of variation by procedure, averaged across every hospital- month which ranges from 0.157 (lower-limb MRIs) to 0.239 (PTCAs). For reference, the average within-HRR coefficient of variation in MRI prices across hospitals is 0.249 (Appendix Table 6).

---

[36] We calculated this number in the following way. Using data for 2011, we identified the median price for every DRG in the data across all HRRs. For any patient who paid a price above the median for that DRG, we substituted the median price for the actual price and then recalculated average spending per beneficiary. This counterfactual ignores behavioral responses.

[37] Our data use agreement precludes us from publicly reporting information about HRRs with fewer than five providers in the data. Within market price variation graphs are available for all HRRs with five or more providers for all procedures at www.healthcarepricingproject.org.

The HCCI data do not identify the specific insurer that covers each beneficiary. As a result, to delve into the patterns of contracts within hospitals, we developed an algorithm to identify ongoing hospital/insurer contracts (see Appendix B3 for details). To do so, we find repeated prices at hospitals over time (for a given DRG or procedure) and then pair claims into larger contracts by grouping those that have similar combinations of insurance product characteristics (e.g. HMO versus PPO, large group products versus small group products). To illustrate these matches, in Figure 8 we present within-hospital contracted prices for lower-limb MRIs from 2008 to 2011 at the two highest volume hospitals in our data. Each point is an exact price paid for a case; the size of the dots is proportional to the number of patient cases at that price (exactly to the cent).[38] We highlight the three highest volume contracts at each hospital (these capture 92 percent and 98 percent of all lower-limb MRI cases at these hospitals, respectively). The figure clearly demonstrates that there is significant variation in MRI prices within hospitals at single points in time. For example, in January 2011, the ratio of the price of the highest volume contract (blue circles) to the price of the second highest volume contract (green triangles) is 1.39 at Hospital A and 1.65 at Hospital B. We also see that the main contract prices are stable for extended periods (usually one year) before being updated, although the updates occur at different times across contracts.

The analysis in this section provides the first national evidence that insurers pay substantially different prices for the same services at the same hospitals. This finding is consistent with insurer-hospital bargaining models of price determination where stronger insurers can negotiate lower prices.[39]

### V. Analysis of Insurer-Hospital Contracts

*V.A What are the types of insurer-hospital contracts?*

When a hospital joins an insurer's network, the hospital signs a contract that stipulates how and what they will be paid. Unfortunately, because most of these contracts contain clauses that prohibit their terms from being released, little is known about precisely how insurers pay each hospital (Reinhardt, 2006; Gaynor and Town, 2011). However, in addition to analyzing price

---

[38] We present these amounts as dollars from the hospital mean to remain consistent with publishing rules in our data use agreement. The hospital mean is fixed across all time periods so a flat line reflects an unchanging absolute price.

[39] See for example Town and Vistnes 2001; Capps, Dranove, and Satterthwaite 2003; Sorensen 2003; Farrell et al. 2011; Gowrisankaran, Nevo, and Town 2015; Ho and Lee 2017.

levels, the richness of the HCCI data also enables us to estimate the *types* of insurer-hospital contracts that are being struck.

In general, there are two main ways hospitals are paid for inpatient services (Moody's Investors Service 2017). The first is using prospectively set prices that pay a fixed dollar amount based on the patient's DRG (or sometimes a more disaggregated coding framework like ICD-9 codes). The second method sets payments as a percent of hospital charges, which we call a "share of charges" contract. Note that there are also hybrid payments that blend elements of both payment types. These hybrid payments are prospective payment contracts that include "outlier adjustments" that allow hospitals to be paid more when costs for a particular case are significantly higher than average costs. [40] Further, within the class of prospective payment contracts, some may have their payment levels set as a percentage of Medicare payments, while others will have payment levels independent of the Medicare fee schedule.

There are two main reasons why hospitals are likely to prefer share of charges contracts to prospective payments. [41] First, hospitals bear less risk with share of charges contracts. With this type of contract, a hospital gets paid for every service they provide to a patient. As a consequence, if a patient (in a particular DRG for example) requires more care and is therefore more expensive, the hospital gets paid more and the insurer bears this additional cost. Of course, if the patient requires fewer services and is thus cheaper, then the hospital receives less payment. By contrast, under a prospective payment the amount a hospital will receive is fixed ex ante. As a consequence, the hospital bears the risk associated with uncertainty over the cost of treatment (Burns and Pauly 2018). With risk aversion, this uncertainty is unattractive (Ellis and McGuire 1988, Town et al. 2011). A second reason why hospitals prefer share of charge contracts is that it places them under less pressure to reduce costs, since they get paid for all the services provided (presuming that the prices at least cover hospitals' marginal costs of providing services). As a result, prospective payments give stronger incentives for the hospital to contain costs (Shleifer 1985).

From our discussions with insurers, it seems that when prospective payment contracts exist, insurers will often offer a simple standardized "boilerplate" contract tied to the Medicare

---

[40] There is another type of contract that has been used historically where some inpatient payments were made on a per diem basis. However, our data contributors report that virtually none of the cases in our data are paid on a per diem basis. They also report that they aim to have less than 5 percent of cases subject to outlier adjustments.

[41] See Newhouse (1996) for a more general discussion of contract form and trade-offs. Basically, share of charge contracts are like cost-plus contracts and prospective payments are like fixed price contracts.

22

fee schedule (i.e. prospective payments at a fixed percentage of Medicare payments). This saves them the costs of negotiating with each hospital. The patient profile in a hospital may mean true costs depart significantly from Medicare reimbursement. However, it may be difficult for a hospital to credibly demonstrate this to an insurer due to asymmetric information, even if a deviation from the boilerplate contract were worthwhile for both parties (net of negotiating costs). Hence, whereas hospitals with high bargaining power may be able to move away from the insurer's standard Medicare related prospective scheme, it will be harder for a weaker hospital to persuade an insurer to do this.

These considerations suggest that the differential bargaining power of hospitals and insurers will affect not only the hospital price level, but also the form of the contract. In particular, we expect that hospitals with greater bargaining power will have more share of charge contracts and, if they have prospective contracts, a lower share of them will be tied to Medicare reimbursement. Before examining this hypothesis in the next section, we first turn to how we identify contract types and provide some basic descriptive statistics.

### *V.B Estimating the Percentage of Cases Paid as a Share of Hospital Charges*

Appendix B3 details exactly how we classify contracts, but we sketch the method here. The HCCI data do not specify whether cases are paid prospectively, as a share of charges, or using a hybrid payment. As a result, we developed a strategy to identify how cases were paid. To do this, we group separate claims within hospitals for a procedure (e.g. knee replacement) into single contracts if cases are paid at identical dollar amounts (down to the cent) or paid at identical percentages of hospital charges (down to the hundredth of a percent).[42] We categorize hospital payments as either (i) share of charges (contracts where two or more cases are paid at an identical percentage of hospital charges), (ii) prospective payments (two or more cases are paid at identical dollar amounts), or (iii) unclassified cases. Unclassified cases are a mix between those using one of the hybrid contracts (e.g. those involving outlier payments) and others which do fall under one of the main two contract classes, but where the data is not rich enough to identify which one. The latter occurs, for example, when we only observe one case under a contract so we cannot "price match" it to another case.

---

[42] Our approach to identifying contracts is similar to the bunching analysis that Clemens et al. (2017) use to study physician pricing. We identify cases that are paid as a repeated percentage of hospitals' charges or as a repeated dollar amount. For more discussion of how we identify contracts, see Appendix B3.

We find evidence that even within a month a hospital can have prospective payments with one payer and share of charge contract with another for the same procedure. To illustrate this consider Figure 9. Here we group cases into contracts for vaginal delivery at a large hospital using the methods described above. Two insurer contracts are clearly visible - Contract #1 is shown in blue circles and Contract #2 in red triangles.[43] In Panel A, we plot the contracted prices in dollars from the mean price at that hospital. As can be seen, there is one absolute dollar amount for Contract #2, but there is significant heterogeneity in the dollar amounts paid for Contract #1. Contract #2 is paid using a prospective payment set at a fixed payment amount, where the payment amounts for Contract #1 clearly vary. In Panel B, we plot all of these payments as a percent of the hospital's charges. What is clear is that Contract #1 is paid at a constant percent of charges (60 percent). For Contract #2, the percent of charges varies in this graph because, while the absolute price is constant, the precise charges vary for each case.

In Figure 10 we show the breakdown of cases for the inpatient sample (first two bars) and procedure sample (other bars). Among inpatient cases, about a third are on prospective payments contracts and 17 percent are share of charge contracts. Almost half were unclassified, but when we restrict our sample to hospital-DRG pairs in higher volumes, we see a big reduction in unclassified cases. For example, in the second bar, we restrict to DRG-hospital pairs that have at least 20 admissions and observe that 22 percent of cases are unclassified. That is because the more cases a hospital treats, the higher the likelihood we correctly identify two cases paid at the same constant rate. As Appendix Figure 7 details, as we alter count restrictions, we maintain a robust estimate of about 23 percent of all cases being share of charge payments. There is a little more uncertainty about the exact proportion of cases on prospective payments, but we know the upper bound is 77 percent (= 100 - 23), and Appendix B3 suggests that the true fraction is not far from this level.[44]

We also observe large variation in the fraction of share of charge contracts across hospitals and in Figure 11 we show this for vaginal deliveries (our highest volume service with

---

[43] To make it easier to visualize we only show the two highest volume contracts at this hospital.

[44] The proportion of cases classified as prospective payments rises (and the proportion unclassified falls) almost monotonically with the minimum case threshold. For example, the proportion of cases classified as prospective rises from 55 percent at a threshold of 20 cases to 72 percent at a threshold of 200 cases. Note that for the procedures (with zero minimum case threshold restrictions), estimates range from 18 percent of cases on a share of charge contract for PTCA up to 30 percent for colonoscopies. Since nearly all lower-limb MRIs in our data have identical charges inside facilities, we cannot differentiate between cases paid prospectively and those paid as a share of hospital charges.

the lowest fraction of unclassified cases).[45] The hospital in the 90th percentile has 91 percent of cases paid as a share of charges, whereas the 10th percentile has zero. It may seem surprising that a single hospital has multiple forms of contracts given their patient mix. The fact that they do so is consistent with the idea that different insurers have different degrees of bargaining power within a single hospital.[46]

There have been, to our knowledge, only two other attempts to identify hospital-insurer contracts, both trying to reverse engineer contracts from price (as we do here). Baker et al (2016) estimates that around three-quarters of inpatient payments were paid prospectively (see Appendix B3 for details). Gift et al. (2002) examined hospital contracts from a single insurer with hospitals in Washington State in financial year 1994/1995 and found only 41 percent of the contracts had prospective payment contracts. We are able to extend beyond these papers by having the ability to differentiate between cases paid prospectively and those paid as a share of charges and show the existence of different contracts within the same hospital. As we describe in the next subsection, we are also able to analyze whether prospectively paid cases have payments set as a percentage of Medicare payments. This allows us to extend work by Clemens et al. (2017) and Clemens and Gottlieb (2017) on physicians and analyze the relationship between hospitals' prices and Medicare payments.

### V.C Prospective Payment Contracts and Their Link to Medicare Hospital Payments

To estimate the share of prospective cases tied to Medicare, we calculate each prospective price as a percentage of the Medicare PPS payment rates. We then identify other private cases with different DRGs at the same hospital that are paid at the same percentage of Medicare PPS rates. These cases are then grouped into contracts. We then calculate the share of a hospital's prospectively set inpatient cases that have another case of a different DRG that is paid at the same percentage of Medicare payment rates (down to the hundredth of a percent). We find that among all inpatient prospective payments, 74 percent are set as a share of Medicare rates. There

---

[45] We show these figures for our other procedures in Appendix Figure 8.

[46] In Appendix Figure 9, we plot ln(prices) on the y-axis against ln(charges) on the x-axis for the same DRG for cases paid as a share of charges at a large hospital in our data. It shows that there tend to be a single share of charge per contract applied across all DRGs. In other words, an insurer will tend to negotiate the same level of discount off charges for all DRGs in the same hospital.

is significant heterogeneity across hospitals - the unweighted mean is 48 percent with a standard deviation of 32.

To illustrate this heterogeneity, in Figure 12 we plot ln(prospective payments) on the y-axis against ln(Medicare payments) on the x-axis for the same DRG at two large hospitals in our data. Each circle is a unique case that we have classified as being under a prospective payment contract for a specific DRG. If hospitals were paid a fixed percentage of Medicare payment rates, the points on the graph would have a slope of one.[47] Indeed, we observe that the private payment rates for the hospital in Panel A, for example, are predominantly set as a percentage of Medicare rates (they parallel the 45 degree line). By contrast, the payment rates at the hospital in Panel B are not highly correlated with Medicare rates.

When we look across all inpatient cases in our data, our results suggest the share of hospitals' private prospective payments that are linked to Medicare is likely to be lower than the 75 percent estimate Clemens et al. (2017) observed among physicians. First, about 23 percent of cases are share of charge payments, which are therefore directly not linked to Medicare. Second, since no more than 77 percent of cases are paid prospectively and 74 percent of prospective cases are linked to Medicare, this implies that the upper bound for total cases linked to Medicare payment levels is 57 percent (=77*0.74).

## VI. Factors associated with Hospital Prices and Contract Types

### VI.A Cross-Sectional Analysis of Hospital Prices and Contracting Type

We have identified substantial differences across hospitals in their prices and contract structures and we now turn to identifying the factors associated with these differences. Prices and contract forms are determined by negotiations between hospitals and insurers and a number of factors may affect the outcomes of these negotiations. These include demand shifters (e.g. hospital quality), supply shifters (e.g. labor costs), and the respective bargaining leverage of insurers and hospitals.

We begin by examining the cross-sectional relationship between hospital and insurer market structure and hospital prices and contracts. To do so, we use the following estimating equation:

---

[47] To formalize this point, when the price $P$ paid at hospital $h$, for DRG $d$, for an admission that occurs at time $t$, is set as a percentage of the DRG-specific Medicare rate $M$, assume it takes the form of a percentage markup $\Theta_{h,t}$ over Medicare payments: $P_{h,d,t} = \Theta_{h,t} * M_{d,t}$. Thus, $\ln(P_{h,d,t})$ is additively separable: $\ln(P_{h,d,t}) = \ln(\Theta_{h,t}) + \ln(M_{d,t})$.

(2)
$$y_{h,t} = \alpha' M_{h,t} + \gamma' x_{h,t} + \tau_t + \upsilon_{h,t}$$

where $M_{h,t}$ is a vector of measures of hospital and insurer market structure for hospital $h$ in year $t$, $x_{h,t}$ is a vector of control variables (described below), $\tau_t$ are year dummies and $\upsilon_{h,t}$ is the error term. The $y_{h,t}$ outcomes we consider are (i) the inpatient hospital price index ($\hat{p}_{h,t}$) described above and in Appendix B1; (ii) our procedure-level prices described in Appendix B2; (iii) the percent of cases paid as a share of the hospital's charges described in Section V.B; and (iv) the percent of prospective payments that are linked to the Medicare fee schedule described in Section V.C.

We construct several measures of market structure. Our main measure of hospital market structure is made by drawing a circular area around each hospital with a radius of 15 miles. We label hospitals in these areas that do not have competitors as monopolies; those in areas with two hospitals as duopolies; and those in areas with three hospitals as triopolies. Our omitted base category is hospitals in areas with four or more hospitals (i.e. quadropolies or greater). We also show that our main results are robust to a large range of alternatively defined measures of hospital market structure, such as measures with alternative markets size definitions (e.g. fixed-distance radii of various distances) and alternative measures of market structure (e.g. counts of hospitals and Herfindahl-Hirschman indexes (HHIs)). Our main measure of insurer market structure is the HCCI data contributors' market share of privately insured lives at the county level. Further details of how our market structure measures are constructed are contained in Appendix C. We present correlates of our hospital concentration measures and key covariates in Appendix Figure 10. These concentration measures are not strongly associated with other covariates, such as hospital quality or average population characteristics, although we do find that rural areas have more concentrated hospital markets.

We begin by examining the bivariate correlations between our hospital inpatient price index and other key variables in Figure 13. Relative to hospitals in markets with four or more competitors, hospitals in markets with fewer competitors have significantly higher prices. By contrast, prices are considerably lower at hospitals in counties where HCCI insurers have a higher market share. Apart from market structure, the other covariates are generally of the expected signs. Hospitals using more technologies, teaching hospitals, and larger hospitals have higher prices. Non-profit and government hospitals have slightly lower prices than for-profit

hospitals. Hospitals with higher quality measured either by a mention in U.S. News & World Report or via process scores tend to have higher prices.[48] Hospitals with higher Medicare base payment rates or those located in high-income counties have higher prices, consistent with these being high cost areas. The higher the share of Medicare patients a hospital treats, the lower its private prices.[49]

### VI.B Cross-Sectional Analysis of Hospital Prices and Contract Form

In Table 6, we present estimates of Equation (2) and report the coefficients on the market structure variables where an observation is a hospital-year (full results with coefficients on the other covariates are reported in Appendix Tables 7 through 9). In Panel A the dependent variable is the inpatient price index, in Panel B it is the percent of each hospitals' inpatient cases paid as a share of charges, and in Panel C it is the percent of prospective payments that are paid as a percentage of Medicare payments.

Panel A of Table 6 shows that there is a significant and positive association between hospital price and whether a hospital is located in a monopoly, duopoly, or triopoly market. Conversely, hospital prices fall as the HCCI insurers' market share increases. Column (1) presents the simplest specification, Column (2) adds insurer market share, and Column (3) further adds HRR fixed effects, so the coefficients are identified from the variation in market structure within HRRs. Introducing HRR fixed effects reduces all the hospital concentration coefficients, but with the exception of the triopoly dummy, all coefficients remain significant at conventional levels. The coefficients in Column (3) indicate that monopoly hospitals are associated with prices that are 12.5 percent ($= e^{0.118} - 1$) higher than places where there are four or more hospitals. Duopolies are associated with 7.6 percent higher prices. Further, a ten-percentage point increase in the market share of the HCCI insurers (e.g. from the mean of 18 percent to 28 percent) is associated with a statistically significant 7 percent fall in hospital prices. Note that the hospital market structure indicators are quantitatively the most important variables in our cross-sectional price analysis. Our hospital market structure indicators capture 19.6

---

[48] These are the percentage of AMI patients given aspirin at arrival, the percentage of patients given an antibiotic before surgery, and the percentage of patients treated to prevent blood clots. The sole exception is hospitals' 30-day AMI survival rate, which is negatively correlated with hospital prices.

[49] By contrast, the higher the percentage of Medicaid patients a hospital treats, the higher its prices. However, this is the only coefficient which is significantly reversed in our multivariate regression estimates of Equation (2) - see Appendix Table 7.

percent of the explained variance from estimates presented in Column (2) of Panel A in Table 6 (when we exclude these measures, the $R^2$ drops from 0.170 to 0.137). The market share of the HCCI insurers captures the second highest share of the explained variance, with an associated decrease in $R^2$ of 16.1 percent (from 0.170 to 0.143). No other variables in the analysis capture more that 10 percent of the explained price variance.

The results in Panel A of Table 6 are robust to measuring prices in a multitude of ways such as (i) risk-adjusting our inpatient price measure with patients' Charlson score; (ii) risk-adjusting our inpatient price using International Classification of Disease (ICD-9) diagnosis codes instead of DRG fixed effects (about 9,235 ICD-9 codes vs. 746 DRG codes), and measuring price in levels instead of logarithms.[50] Our results are consistent with earlier, single state studies of hospital prices and market structure (mostly using data from California), which have found strong positive and statistically significant effects of hospital market concentration on prices (see Vogt and Town, 2006; Gaynor and Town, 2012).

Panel B of Table 6 has the same specification as we used in Panel A, but changes the dependent variable to the percent of cases paid as a share of hospital charges.[51] Since data on charges are only available in 2010 and 2011, the sample size roughly halves. Across the various specifications, we consistently find that the share of inpatient cases paid as a share of charges declines monotonically as the number of potential rival hospitals per market increases. Focusing on the estimates from Column (3), we find that a monopoly hospital has 10.5 percentage points more cases paid as a percent of charges than do hospitals in areas with four or more hospitals. Hospitals in counties where the HCCI insurers have a larger market share have significantly lower rates of cases paid as a share of charges (a 10 percentage point increase in the HCCI share is associated with a 4 percent lower share of cases on these contracts).

One might be concerned that the coefficient on monopoly in the price regressions of Panel A of Table 6 reflects some form of prospective contract where the hospital obtains a higher price because it is bearing more risk than the insurer. For example, perhaps there are more patients with unobservable idiosyncratic costs in places with concentrated hospital markets

---

[50] For example, when we use prices in levels as the dependent variable instead of logarithms in Table 6 Panel A, we obtain a coefficient on the monopoly indicator of 1,605 in the equivalent of Column (3). Since the average inpatient case is $14,020, this estimate implies an effect of 12 percent, nearly identical to the baseline estimate. This is reported in Appendix Table 10.

[51] The bivariate correlations are illustrated in Appendix Figure 11. Note that the alternative to this payment form is that cases are paid based on a prospective payments basis as well as the unclassified cases we could not identify. Our results are robust to dropping these unclassified cases.

which (under a prospective pay contract) would leave hospitals bearing more financial risk. The fact that monopoly hospitals receive both higher prices and have disproportionately more share of price contracts (where *insurers* bear more of the risk) is inconsistent with this explanation.[52]

Panel C of Table 6 uses the share of prospective payments that are tied to Medicare payment levels as the dependent variable.[53] The pattern is a familiar one: hospitals in markets with fewer potential competitors have significantly fewer cases paid as a percent of the Medicare payments. In Column (3), monopoly hospitals are associated with having 11.3 percentage points fewer cases on contracts of this type (over a baseline mean of 48 percent). We also find that hospitals in areas where the HCCI insurers have bigger market shares have a higher share of their cases paid based on the Medicare fee schedule (a ten percentage point increase in insurer share is associated with 6 percent more Medicare-linked contracts).

The results in Table 6 paint a consistent picture of bargaining power. At least descriptively, when hospital markets are concentrated (and/or insurer markets are fragmented), hospital prices are higher and hospitals are able to obtain contracts that shift more risk on to insurers.

### VI.C Results for Individual Procedures

A concern with the regressions in Table 6 is that because we aggregate over many different procedures, we may fail to account for unobserved heterogeneity in hospitals' care. For example, prices in monopoly hospitals may be higher because their procedures are more complex and costly, even after we risk-adjust. Consequently, in Table 7 we re-estimated the models of Table 6 using our seven procedures.[54] In Column (1) we reproduce the baseline inpatient estimates in the final column of Table 6. Looking across the different procedures, it is striking that despite the smaller sample sizes, the results are qualitatively very consistent with the overall inpatient results. For all procedures, we find that areas with a monopoly hospital have higher prices than

---

[52] If we control for contract type on the right hand side of the price regressions the coefficient on monopoly falls by about a tenth which implies that monopolies have higher prices even on the same type of contract. To investigate this we ran a case-level price regression in 2010 and 2011 data (where we have charge data) analogously to Column (3) of Table 6 Panel A where we include a dummy reflecting whether the case is paid as a share of charges or not. Without this control the coefficient on monopoly was 0.137, but with the control the coefficient falls to 0.125.

[53] Bivariate correlations are in Appendix Figure 12.

[54] See Appendix B2 for construction of these prices. Note that we cannot perform an analysis of the share of prospective payments tied to Medicare at the procedure level, because the variable is constructed by linking payment rates across procedures (DRGs), and hence does not exist for any specific procedure.

those with four or more hospitals. This positive association is significant at the 5 percent level for all procedures except hip replacements and PTCA (which have our smallest sample size) and colonoscopy (significant at the 10 percent level). The coefficients imply that a hospital located in a monopoly market has prices that are between 5.5 percent (hip replacements in Column (3)) and 23.4 percent (lower-limb MRIs in Column (9)) higher than hospitals in markets with four or more hospitals. The coefficient on the HCCI insurer market share is less precisely estimated, but it is negative for all procedures except cesarean sections and hip replacements. Column (2) summarizes the effects by pooling across all the procedures in Columns (3) through (9) and adding a dummy variable for each procedure. The pooled results confirm that hospitals facing fewer potential competitors have significantly higher prices.[55]

In Panel B of Table 7, we perform the same exercise for each procedure sample, but use the percent of cases paid as a share of charges as the dependent variable. We again find that hospitals with fewer potential competitors have a higher proportion of their cases paid as a share of charges. As with price, we find that hospital concentration is positively associated with the percentage of cases paid as a share of charges for all procedures and is significant for all procedures except hip replacements and PTCA (which have the smallest samples). The coefficient on HCCI insurer share is negative for five of the six procedures. There is almost no variation in hospital charges for MRIs within a facility, so we cannot estimate the structure of contracts for this procedure. When we pool our procedures into a single estimate (Column (2)), we confirm that there is a positive association between hospital market concentration and the fraction of cases paid as a share of charges. We also find that HCCI insurer market share is negatively and significantly associated with the fraction of cases paid as a share of charges.

### VI.D Robustness of cross sectional analysis

We conducted a large number of robustness tests on the results in Tables 6 and 7, some of which we describe here. First, the main cross-sectional estimates are robust when we use alternatively constructed measures of hospital market structure, such as continuous or binned HHIs, allowing many alternatively sized radii to define markets, and/or allowing differential market definitions

---

[55] As hospitals increasingly purchase physician groups, there may be concerns that some portion of physician fees show up in facility prices. Consequently, we re-estimate our analysis using prices measured as the *sum* of hospital and physician prices in each claim (see Appendix Table 11). The results are qualitatively similar to what we observe in our main specifications.

in rural and urban areas. Likewise, our results are also robust to different measures of insurance market structure.[56] Second, our pricing analysis could be sensitive to omitted quality if, in particular, quality is correlated with market structure. Consequently, we include four additional measures of clinical quality to the price regression. Consistent with Figure 13, three of the four measures are correctly signed, but the coefficients on market structure were largely unchanged. We also included all 41 measures of quality published by Medicare Hospital Compare into cross-sectional regression, which again did not meaningfully shift the hospital market structure coefficients. Third, we show that our results are not driven exclusively by extremes by dropping observations from monopolies or hospitals in markets with six or more providers. Fourth, we show that our results are not sensitive to the exact sample size cutoffs we use (e.g. hospitals must perform at least 50 cases per year to be in the inpatient sample) by showing results where we use many alternative cutoffs from between zero to 100 cases per year.[57]

Finally, as we discussed previously, we do not have data from Blue Cross Blue Shield (BCBS) plans. If hospital market structure is correlated with omitted BCBS presence, this could present a problem. Appendix F conducts an extensive analysis of this and does not find it to be a major issue. First, note that the correlation between hospital HHI and county-level BCBS market share is only 0.222. Second, we estimated all our models solely in areas with high (above median) and low (below median) BCBS market shares. While the exact magnitudes of some of our coefficients differ in areas where BCBS have high and low market share, our main finding that having fewer hospitals in a market is associated with higher prices, a higher proportion of cases paid as a share of hospital charges, and a lower fraction of prospectively paid cases paid as a share of Medicare rates remains robust.[58]

## VII. Hospital Mergers

### VII.A Introduction to merger analysis

---

[56] For example, the coefficients on our main hospital market structure measures are broadly unchanged when we include cubic polynomials of the market shares of the three HCCI contributors and/or individual shares of the top ten insurers in each market.

[57] The analysis of alternative market structure is in Appendix Tables 12- 14; quality in Appendix Table 15; extreme market structures in Appendix Table 16 and alternative cut-offs in Appendix Table 17.

[58] As we discuss in more detail in Appendix F, it becomes difficult to precisely estimate the impacts of the market structure variables in areas with high BCBS share when HRR fixed effects are included because very few of those HRRs have monopoly hospitals and hospitals facing four or more competitors that meet our sample restrictions.

Our cross-sectional regressions in the previous section suggest that hospital market structure is strongly associated with hospital prices. In this section, we analyze mergers and hospital prices using the panel aspect of our data. Over the last few decades, there have been hundreds of mergers between hospitals across the US (recall Figure 1). Economic models of competition in the hospital sector predict that mergers between hospitals that are close geographic competitors will lead to price increases making mergers of direct interest (see the Gaynor et al. 2015 review). Further, examining the impact of mergers on hospital prices provides us with another lens through which to view the relationship between market structure and prices, and complements our cross-sectional analysis.

A number of papers have estimated the impacts of specific mergers that were suspected to be anticompetitive. One strand of this literature uses estimates from structural (or semi-structural) models and ex ante simulation methods to generate estimates of predicted price changes from a single or a small number of transactions.[59] Although these models allow for a more sophisticated modeling approach to competition and bargaining between insurers and hospitals, they would be difficult to estimate for the hundreds of mergers we have in our data. Instead, we follow a second strand of the literature that uses ex post econometric methodologies to analyze the effects of consummated mergers.[60] This kind of modeling is coarser, but does have the advantage of looking at what happens after mergers occur. Historically, this strand of the literature has also focused on analyzing individual mergers or small numbers of mergers. We extend the literature by examining the impact of hospital mergers that occurred in the US during the five years covered by our data (which is also a more recent time period than covered in previous studies).

### VII.B Hospital Merger Data

We created a database of nearly all US hospital mergers between 2007 and 2011 (see Appendix D for details) and found 366 transactions involving over 2,000 hospitals. For example, as Appendix Table 18 shows, there were 55 transactions involving 84 hospitals where the merging parties were less than 5 miles apart and 121 transactions involving 260 hospitals within 15 miles of each other.

---

[59] See Town and Vistnes 2001; Capps et al. 2003; Gaynor and Vogt 2003; Gowrisankaran et al. 2015.
[60] See Vita and Sacher 2001; Krishnan 2001; Capps and Dranove 2004; Dafny 2009; Kemp, Kersten, and Severijnen 2012; Haas-Wilson and Garmon 2011; Tenn 2011; Thompson 2011.

### VII.C Modeling Hospital Mergers

To estimate the effects of mergers on hospital prices, we employ the following specification:

(3) $$ln(\hat{p}_{h,t}) = \beta MERGE_{h,t}^{D} + \eta_{h} + \delta_{t} + v_{h,t}$$

where $\hat{p}_{h,t}$ is the usual risk-adjusted hospital inpatient price for hospital $h$ in year $t$. We include hospital fixed effects ($\eta_{h}$) and year dummies ($\delta_{t}$). The key variable of interest is the binary indicator, $MERGE_{h,t}^{D}$. In our baseline specification this indicator is zero until the year a hospital becomes involved in a merger, when it then takes a value of one and retains a value of one for the remainder of our sample period. We categorize mergers based on the physical distance (superscript $D$) between the merging entities (e.g. whether the merging parties were separated by five miles or less, ten miles or less, etc.). Since hospital location is a key factor determining demand (and hence potential patient substitutability between hospitals), we expect mergers between hospitals that are geographically closer to result in larger increases in prices than mergers between hospitals separated by large distances.[61] We use a variety of different control groups, including all hospitals not involved in mergers and matched controls using a number of different matching methods. In some specifications we also include the same set of control variables included in our cross-sectional regressions in Table 6.[62]

There are differences in the characteristics of the merging vs. non-merging hospitals (see Appendix Table 19). Merging hospitals tend to be located in less concentrated markets (this is unsurprising due to antitrust scrutiny and a mechanical limit to how concentrated a market can get), are more likely to be non-profit and teaching hospitals, are larger (more beds), and have higher reputational average quality (U.S. News & World Report quality rankings). However, merging and non-merging hospitals look broadly comparable in terms of their share of Medicare and Medicaid admissions, the technologies they possess, and their area characteristics (county uninsured and median income). Most of these characteristics vary little over time so the hospital

---

[61] We recognize that mergers between hospitals farther apart may have impacts on prices through more subtle forms of multi-market conduct behavior. Our specification flexibly allows for mergers to have impacts at any distance, although we are not testing specifically for cross-market merger effects like those analyzed by Dafny et al. 2016 and Lewis and Pflum 2017.

[62] Because DOJ and FTC occasionally allow failing or "flailing" firms to merge, we want to exclude these firms from our analysis. To do that, we exclude 53 hospitals that have the largest share of unused capacity defined as the average daily census divided by the total number of hospital beds (e.g. those in the 99th percentile of unused capacity). Our results are robust to including these 53 hospitals in our analysis.

34

fixed effects in Equation (3) will largely control for them. More importantly, as we demonstrate below, we do not find any evidence that merging hospitals have different pre-merger trends in prices relative to non-merging hospitals.

### VII.D Results on Mergers and Hospital Prices

Panel A of Table 8 contains the baseline specifications where we vary the distance between merging hospitals from 5 to 50 miles. There are positive coefficients on the merger dummies at every distance and these are almost all significant for mergers between hospitals up to 25 miles apart. The magnitude of the merger coefficient declines as the distance between the merging parties increases. Mergers within 5 miles are associated with price increases of 6 percent whereas the coefficients decline to 2 percent for mergers involving hospitals located up to 25 miles apart. In Figure 14, we present the estimates of merger effects by one-mile bins for all mergers up to those 50 miles apart. The estimates are noisy for very close mergers (because there are few such events) but the coefficient on mergers is broadly monotonically decreasing as the distance between the merging parties increases.

In Panel B of Table 8, we add the control variables we included in our cross-sectional analysis, which makes almost no difference to the results. It is also possible that non-merging neighboring hospitals may be affected by mergers (Dafny 2009). We test for this by adding a dummy for neighboring hospitals, which switches on after a neighboring hospital is exposed to a nearby merger (in the relevant distance bin). As we illustrate in Panel C, although the coefficients on neighboring mergers are usually positive, they are generally statistically insignificant.

It is possible that our estimates are capturing intertemporal factors other than the mergers themselves. Given the short time series in our panel, we examine price trends for two years before and after the merger event in Panel D of Table 8 and in Figure 15. Reassuringly, there does not appear to be evidence of pre-trends prior to the merger, as prices in the year before the merger are not significantly different from two years before (or earlier) in any of the columns. By contrast there are significant post-merger price increases, with higher prices in all columns two years after mergers occurred. The coefficients seem to generally build up from the year of the merger, but given the size of the standard errors, it is hard to be certain.

35

The merger coefficients we observe are economically significant.[63] A horizontal merger price effect of five percent is often used as an indicator of (enhanced) market power (U.S. Department of Justice and Federal Trade Commission 2010). Further, this estimate represents the average effects of all mergers, not just those thought to be anticompetitive (as in previous ex ante studies). In addition, since we examine the impacts of consummated mergers, we are looking only at transactions that passed antitrust scrutiny. Since it is likely that the mergers with the largest potential effects on price are not attempted due to concerns over antitrust litigation or are blocked by enforcement authorities, those that we observe should be expected to have a smaller impact on price.

### *VII.E Robustness of Merger Results*

We subject our merger analysis to a large number of other robustness tests, some of which we discuss here.[64] First, instead of using the simple merger dummy, we estimate the cumulative merger effects by hospital for all mergers that hospitals were exposed to from 2007 to 2011.[65] Our post-merger price coefficients remain similarly scaled. Second, we used various matching procedures to identify alternative control groups for our analysis (see Appendix E), such as Mahalanobis distance matching between hospitals, the Dranove and Lindrooth (2003) procedure, and K-nearest neighbor matching. These tend to show slightly larger price effects for mergers within five miles than we observe in our baseline estimates. Third, we varied the 50 patients per year sample cutoff. This does not alter our main results. Fourth, it is possible that the price increases we observe following a merger could be due to improvements in management (e.g. hospitals doing a better job at price setting) rather than increased bargaining leverage. To test for this, we allow the merger coefficient to be different for targets and the acquirers and do not find statistically significant differences between the two. Finally, we also attempted to estimate merger effects for the seven procedures used in Table 7. Unfortunately, because those samples have fewer hospitals, there are fewer treated hospitals, so we cannot estimate merger effects with precision.

---

[63] We note that our estimates are of the same or similar order of magnitude to the bulk of studies of merger price effects in other industries (Ashenfelter, Hosken, Weinberg, 2014).

[64] The tests discussed here are contained in Appendix Table 20 where Panel A reproduces the baseline results from Table 8.

[65] For example, of the 514 hospitals involved in at least one merger involving hospitals located less than 30 miles apartant, 47 were involved in more than one merger from 2007 to 2011.

### VIII. Conclusions

Using insurance claims from three of the five largest commercial insurers in the US, we find that health spending on the privately insured varies by a factor of three across the nation. Approximately half of the variation in private spending across HRRs is driven by differences in hospitals' prices and half by quantity (Medicare spending variation is almost all accounted for by quantity variation). Since previous research has focused on understanding the drivers of differences in the quantity of health care delivered across regions (Cutler et al. 2017, Finkelstein et al. 2016), we focus on analyzing the variance in hospital prices.

Historically, the prices hospitals negotiate with insurers have been treated as commercially sensitive and have been largely unavailable to researchers on a national basis. Our data includes hospitals' transaction prices and we are able to observe substantial variation in prices across hospitals, even for plausibly undifferentiated services like lower-limb MRIs. Moreover, a significant amount of the national variation in prices occurs within hospitals. This suggests that insurers' bargaining leverage influences the prices they negotiate with hospitals

We also use our data to characterize insurer-hospital contracts. When prices are set as a share of charges (rather than prospectively paid), it offers hospitals weak incentives to lower costs and it transfers the financial risk from idiosyncratically expensive cases to insurers. We find that approximately 23 percent of inpatient cases are paid as a share of charges and estimate that no more than 57 percent of inpatient cases are set as a percentage of Medicare rates.

Market structure appears strongly associated with hospitals' price levels and contract structure. Monopoly hospitals are associated with 12 percent higher prices, 10 percentage points more cases paid as a share of charges, and 11 percentage points less of their prospectively paid cases set as a percentage of Medicare payments compared to hospitals located in quadropoly or greater markets. In concentrated insurer markets we find the opposite correlations – hospitals have lower transaction prices and operate under contracts where they bear more risk. We also analyze the 366 hospital mergers that occurred between 2007 and 2011 and find that after mergers involving hospitals located less than five miles apart, prices at the merging parties increased by over 6 percent. As the distance between the merging parties' increases, the size of the post-merger price increases is attenuated. This set of results around market structure suggests

that bargaining leverage is an important component of the dispersion we see in transaction prices.

Collectively, our research highlights the importance of studying hospital pricing and contracts when analyzing health spending on the privately insured. While our analysis is not causal, it does suggest that policy-makers should continue to analyze whether potential hospital mergers could harm consumer welfare. Likewise, while we cannot draw strong normative conclusions, quantifying the scale of the variation in prices is nevertheless important. Given the variation in prices that we observe (particularly for undifferentiated procedures), our results suggest that patients and payers could save significant amounts of money if patients attended lower-priced providers. This suggests that policies aimed at steering patients towards low cost providers (e.g. reference pricing, incentivizing referring physicians, etc.) could lower spending. Finally, there is widespread agreement that payment reform (shifting to contracts where providers bear more risk) is crucial to increasing hospital productivity (McClellan et al. 2017). Our analysis suggests that providers who have fewer potential competitors will be more able to resist attempts at such payment reform.

Further research should be focused on understanding the economic forces behind the patterns and correlations we have identified in the data. Given the growing availability of insurance claims data, there is scope for a rich and broad variety of research that takes on these important tasks.

## References

Ashenfelter, Orley, Daniel Hosken, and Matthew Weinberg, "Did Robert Bork Understate the Competitive Impact of Mergers? Evidence from Consummated Mergers," *The Journal of Law and Economics, 57* (2014), S67-100.

Bai, Ge, and Gerard F. Anderson, "Extreme Markup: The Fifty US Hospitals with the Highest Charge-To-Cost Ratios," *Health Affairs, 34* (2015), 922-928.

Baker, Laurence, M. Kate Bundorf, Aileen Devlin, and Daniel P. Kessler, "Why Don't Commercial Health Plans Use Prospective Payment?" *NBER Working Paper Series,* No. 22709 (2016).

Bresnahan, Timothy, "Empirical Studies of Industries with Market Power", in *Handbook of Industrial Organization,* Volume 2 (1989): 1011-1057.

Brill, Steven, "Bitter Pill: Why Medical Bills Are Killing Us," in *Time*, (New York: Time Incorporated, 2013).

Burns, Lawton R., Pauly, Mark V., "Transformation of the Health Care Industry: Curb Your Enthusiasm," *Milbank Quarterly,* 96(2018): 57-109.

Capps, Cory, and David Dranove, "Hospital Consolidation and Negotiated PPO Prices," *Health Affairs, 23* (2004), 175-181.

Capps, Cory, David Dranove, and Mark Satterthwaite, "Competition and Market Power in Option Demand Markets," *The Rand Journal of Economics, 34* (2003), 737-763.

Centers for Disease Control and Prevention, "Number of All-Listed Procedures for Discharges from Short-Stay Hospitals, by Procedure Category and Age: United States, 2010," (2010).

Centers for Disease Control and Prevention, "National Center for Health Statistics – Health Insurance Coverage," (2017).

Chernew, Michael E., Lindsay M. Sabik, Amitabh Chandra, Teresa B. Gibson, and Joseph P. Newhouse, "Geographic Correlation Between Large-Firm Commercial Spending and Medicare Spending," *The American Journal of Managed Care, 16* (2010), 131-138.

Clemens, Jeffrey, and Joshua D. Gottlieb, "In the Shadow of a Giant: Medicare's Influence on Private Physician Payments," *Journal of Political Economy, 125* (2017), 1-39.

Clemens, Jeffrey, Joshua D. Gottlieb, and Timea Laura Molnar, "Do Health Insurers Innovate? Evidence from the Anatomy of Physician Payments," *Journal of Health Economics, 55* (2017), 153-167.

Coakley, Martha, "Examination of Health Care Cost Trends and Cost Drivers - Report for Annual Public Hearing," edited by Massachusetts Attorney General's Office. Boston, Massachusetts (2011).

Curtu, Vilsa, Liran Einav, Amy Finkelstein, Jonathan Levin and Jay Bhatacharya (2017) "Health Care Spending Utilization in Public and Private Medicare", NBER Working Paper No. 23090.

Cutler, David, Jonathan Skinner, Ariel Dora Stern, and David Wennberg, "Physician Beliefs and Patient Preferences: A New Look at Regional Variation in Health Care Spending," Harvard Business School Working Paper, No. 15-090 (May 2015). Revised December 2017.

Dafny, Leemore, "Estimation and Identification of Merger Effects: An Application to Hospital Mergers," *The Journal of Law and Economics, 52* (2009), 523-550.

Dafny, Leemore, Kate Ho, and Robin S. Lee, "The Price Effects of Cross-Market Hospital Mergers," *NBER Working Paper Series, No. 22106* (2016).

Department of Health and Human Services, "Administration Offers Consumers an Unprecedented Look at Hospital Charges," (Centers for Medicare & Medicaid Services, 2013).

Dranove, David, and Richard Lindrooth, "Hospital Consolidation and Costs: Another Look at the Evidence," *Journal of Health Economics, 22* (2003), 983-997.

Eizenberg, Alon, Saul Lach, and Merav Yiftach, "Retail Prices in a City," (CEPR Discussion Papers: 11590, 2016).

Ellis, Randall P., and Thomas G. McGuire, "Insurance Principles and the Design of Prospective Payment Systems," *Journal of Health Economics, 7* (1988), 215-237.

*FastStats - Health Expenditures* (https://www.cdc.gov/nchs/fastats/health-expenditures.htm, Center for Disease Control and Prevention).

Farrell, Joseph, David J. Balan, Keith Brand, and Brett W. Wendling, "Economics at the FTC: Hospital Mergers, Authorized Generic Drugs, and Consumer Credit Markets," *Review of Industrial Organization, 39* (2011), 271-296.

Finkelstein, Amy, Matthew Gentzkow, and Heidi Williams, "Sources of Geographic Variation in Health Care: Evidence from Patient Migration," *Quarterly Journal of Economics, 131* (2016), 1681-1726.

Fisher, Elliott S., David E. Wennberg, Therese A. Stukel, Daniel J. Gottlieb, F. L. Lucas, and Etoile L. Pinder, "The Implications of Regional Variations in Medicare Spending. Part 1: The Content, Quality, and Accessibility of Care," *Ann Intern Med, 138* (2003a), 273-287.

---, "The Implications of Regional Variations in Medicare Spending. Part 2: Health Outcomes and Satisfaction with Care," *Ann Internal Medicine, 138* (2003b), 288-298.

Garmon, Christopher, "The Accuracy of Hospital Merger Screening Methods," *The Rand Journal of Economics, 48* (2017), 1068-1102.

Garmon, Christopher, Kmitch, Laura, "Health Care Competition or Regulation: The Unusual Case of Albany Georgia," Mimeo (2017).

Gaynor, Martin, Kate Ho, and Robert J. Town, "The Industrial Organization of Health-Care Markets," *Journal of Economic Literature, 53* (2015), 235-284.

Gaynor, Martin, and Robert J. Town, "Competition in Health Care Markets," in *Handbook of Health Economics*, Mark V. Pauly, Thomas G. McGuire, and Pedro P. Barros, eds. (Elsevier, 2011).

---, "The Impact of Hospital Consolidation—Update," in *The Synthesis Project*, (Robert Wood Johnson Foundation, 2012).

Gaynor, Martin, and William B. Vogt, "Competition among Hospitals," *The Rand Journal of Economics, 34* (2003), 764-785.

Gift, Thomas L., Richard Arnould, and Larry DeBrock, "Is Healthy Competition Healthy? New Evidence of the Impact of Hospital Competition," *Inquiry, 39* (2002), 45-55.

Ginsburg, Paul B., "Wide Variation in Hospital and Physician Payment Rates Evidence of Provider Market Power," in *HSC Research Brief No. 16*, Center for Studying Health System Change, ed. (2010).

Government Accountability Office, "Report to the Honorable Paul Ryan, House of Representatives: Competition and Other Factors Linked to Wide Variation in Health Care Prices," United States Government Accountability Office, ed. (Washington, DC, 2005).

Gowrisankaran, Gautam, Aviv Nevo, and Robert Town, "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry," *American Economic Review, 105* (2015), 172-203.

Haas-Wilson, Deborah, and Christopher Garmon, "Hospital Mergers and Competitive Effects: Two Retrospective Analyses," *International Journal of the Economics of Business, 18* (2011), 17-32.

Hartman, Micah, Anne B. Martin, Nathan Espinosa, Aaron, Caitlin, "National Health Care Spending in 2016," *Health Affairs,* 37(2017): 1299 – 1305.

Ho, Kate, and Robin S. Lee, "Insurer Competition in Health Care Markets," *Econometrica, 85* (2017), 379-417.

Hortaçsu, Ali, and Chad Syverson, "Product Differentiation, Search Costs, and Competition in the Mutual Fund Industry: A Case Study of S&P 500 Index Funds," *Quarterly Journal of Economics, 119* (2004), 403-456.

Hsia, R. Y., and Y. Akosa Antwi, "Variation in Charges for Emergency Department Visits Across California," *Ann Emergency Medicine, 64* (2014), 120-126, 126.e121-124.

Kaiser Family Foundation, "2017 Employer Health Benefits Survey," Kaiser Family Foundation, Washington, D.C.

Kaplan, Greg, and Guido Menzio, "The Morphology of Price Dispersion," *International Economic Review, 56* (2015), 1165-1205.

Kemp, Ron G. M., Nikki Kersten, and Astrid M. Severijnen, "Price Effects of Dutch Hospital Mergers: An Ex-Post Assessment of Hip Surgery," *De Economist, 160* (2012), 237-255.

Krishnan, Ranjani, "Market Restructuring and Pricing in the Hospital Industry," *Journal of Health Economics, 20* (2001), 213-237.

Lewis, Matthew S., and Kevin E. Pflum, "Hospital Systems and Bargaining Power: Evidence From Out-of-Market Acquisitions," *The Rand Journal of Economics, 48* (2017), 579-610.

McClellan, Mark, Feinberg, David, Bach, Peter et al., "Payment Reform for Better Value and Medical Innovation", National Academy of Sciences (2017).

Moody's Investors Service, "Sector In-Depth: Not-For-Profit and Public Healthcare – US," Moody's, New York, NY.

Newhouse, Joseph P., "Reimbursing Health Plans and Health Providers: Efficiency in Production versus Selection," *Journal of Economic Literature, 34*(1996), 1236-63.

Newhouse, Joseph P., Alan M. Garber, Robin P. Graham, Margaret A. McCoy, Michelle Mancher, and Ashna Kibria, *Variation in Health Care Spending: Target Decision Making, Not Geography* (Washington, DC: The National Academies Press, 2013).

Philipson, Tomas J., Seth A. Seabury, Lee M. Lockwood, Dana P. Goldman, and Darius N. Lakdawalla, "Geographic Variation in Health Care: The Role of Private Markets," *Brookings Papers on Economic Activity,* (2010), 325-355.

Pratt, John, David A. Wise, and Richard Zeckhauser, "Price Differences in Almost Competitive Markets," *Quarterly Journal of Economics, 93* (1979), 189-211.

Reinhardt, Uwe E., "The Pricing of U.S. Hospital Services: Chaos Behind A Veil of Secrecy," *Health Affairs, 25* (2006), 57-69.

Shleifer, Andrei, "A Theory of Yardstick Competition," *Rand Journal of Economics,* 16(1985): 319-327.

Sorensen, Alan T., "Insurer-Hospital Bargaining: Negotiated Discounts in Post-Deregulation Connecticut," *The Journal of Industrial Economics, 51* (2003), 469-490.

Tenn, Steven, "The Price Effects of Hospital Mergers: A Case Study of the Sutter-Summit Transaction," *International Journal of the Economics of Business, 18* (2011), 65-82.

Thompson, Aileen, "The Effect of Hospital Mergers on Inpatient Prices: A Case Study of the New Hanover-Cape Fear Transaction," *International Journal of the Economics of Business, 18* (2011), 91-101.

Town, Robert, and Gregory Vistnes, "Hospital Competition in HMO Networks," *Journal of Health Economics, 20* (2001), 733-753.

Town, Robert, Roger Feldman, and John Kralewski, "Market Power and Contract Form: Evidence from Physician Group Practices," *International Journal of Health Care Finance Economics,* 11(2011): 115-132.

United States Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," (2010).

United States Government Accountability Office, "Report to the Honorable Paul Ryan, House of Representatives: Competition and Other Factors Linked to Wide Variation in Health Care Prices," United States Government Accountability Office, ed. (Washington, DC, 2005).

Vita, Michael G., and Seth Sacher, "The Competitive Effects of Not-for-Profit Hospital Mergers: A Case Study," *The Journal of Industrial Economics, XLIX* (2001), 63-84.

41

Vogt, William B, and Robert Town, "How Has Hospital Consolidation Affected the Price and Quality of Hospital Care?" in *The Synthesis Project*, (Robert Wood Johnson Foundation, 2006).

White, Chapin, James D. Reschovsky, and Amelia M. Bond, "Understanding Differences Between High- And Low-Price Hospitals: Implications For Efforts To Rein In Costs," *Health Affairs, 33* (2014), 324-331.

**Table 1: Annual Patients, Claims, and Spending From HCCI Data, 2007 – 2011**

|       | Distinct Members | Inpatient Spending ($) | Total Spending ($) |
|-------|------------------|------------------------|--------------------|
| 2007  | 44,869,397       | 28,703,216,810         | 126,439,637,925    |
| 2008  | 45,064,977       | 29,796,787,559         | 131,711,103,920    |
| 2009  | 44,780,736       | 32,288,419,203         | 141,932,049,143    |
| 2010  | 43,642,097       | 31,829,518,213         | 140,894,344,384    |
| 2011  | 42,976,359       | 31,829,841,920         | 141,110,226,944    |
| *Total* | *88,680,441*   | *154,447,783,705*      | *682,087,362,316*  |

**Notes**: This table is based on claims from the entire HCCI database. All spending values have been inflation adjusted to 2011 dollars using the BLS All Items Consumer Price Index.

**Table 2: Hospital and Patient Characteristics**

| Market Characteristics | Mean | SD | Min | Max |
|---|---|---|---|---|
| Hospital in Monopoly Market, 15 Mile Radius | 0.163 | 0.370 | 0 | 1 |
| Hospital in Duopoly Market, 15 Mile Radius | 0.194 | 0.395 | 0 | 1 |
| Hospital in Triopoly Market, 15 Mile Radius | 0.123 | 0.328 | 0 | 1 |
| Hospital in Quadropoly+ | 0.520 | 0.500 | 0 | 1 |
| Hospital HHI Defined by Beds in a 15 Mile Radius | 0.461 | 0.295 | 0.043 | 1 |
| HCCI Market Share Measured at the County Level | 0.178 | 0.101 | 0.017 | 0.571 |
| Blue Cross Blue Shield Market Share Measured at the County Level | 0.403 | 0.218 | 0.001 | 0.958 |
| **Hospital Characteristics** | | | | |
| Number of Technologies | 59 | 30 | 0 | 138 |
| Ranked in US News & World Reports | 0.053 | 0.225 | 0 | 1 |
| Beds | 270 | 203 | 10 | 2,264 |
| Teaching Hospital | 0.380 | 0.485 | 0 | 1 |
| Government Owned | 0.122 | 0.327 | 0 | 1 |
| Non-Profit | 0.693 | 0.461 | 0 | 1 |
| For-Profit | 0.185 | 0.388 | 0 | 1 |
| **Local Area Characteristics** | | | | |
| Percent of County Uninsured | 0.171 | 0.058 | 0.031 | 0.389 |
| Median Income | 51,516 | 13,153 | 22,255 | 119,525 |
| Rural | 0.162 | 0.369 | 0 | 1 |
| **Other Payers** | | | | |
| Medicare Payment Rate | 6,437 | 1,288 | 4,590 | 14,292 |
| Share Medicare | 0.446 | 0.101 | 0 | 0.833 |
| Share Medicaid | 0.188 | 0.096 | 0 | 0.777 |
| **Quality Scores** | | | | |
| 30-Day AMI Survival Rate | 0.840 | 0.016 | 0.751 | 0.898 |
| % of AMI Patients Given Aspirin at Arrival | 0.975 | 0.049 | 0.330 | 1 |
| % of Patients Given Antibiotics Pre Surgery | 0.934 | 0.082 | 0.140 | 1 |
| % of Surgery Patients Given Treatment to Prevent Blood Clots | 0.881 | 0.106 | 0.030 | 1 |
| **Patient Characteristics** | | | | |
| Age 18-24 | 0.074 | 0.262 | 0 | 1 |
| Age 25-35 | 0.248 | 0.432 | 0 | 1 |
| Age 35-44 | 0.196 | 0.397 | 0 | 1 |
| Age 45-54 | 0.219 | 0.414 | 0 | 1 |
| Age 55-64 | 0.262 | 0.440 | 0 | 1 |
| Female | 0.672 | 0.470 | 0 | 1 |
| Charlson Comorbidity Index | 0.707 | 1.442 | 0 | 6 |

**Notes**: These are descriptive statistics for the Inpatient Pricing sample from the HCCI database. There are 8,772 hospital-year observations representing 2,358 unique hospitals and 4,964,774 unique patients.

**Table 3: Private Prices and Medicare Base Payment Rate at the Hospital Level, 2011**

| | Summary Statistics | | | Correlation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | Standard Deviation | # Hospitals | Inpatient | Hip Replacement | Knee Replacement | Cesarean Section | Vaginal Delivery | PTCA | Colonoscopy | Lower Limb MRI | Medicare Base |
| **Inpatient** | 14,020 | 4,782 | 2,139 | 1 | | | | | | | | |
| **Hip Replacement** | 24,565 | 7,209 | 341 | 0.724 | 1 | | | | | | | |
| **Knee Replacement** | 24,059 | 7,677 | 664 | 0.761 | 0.923 | 1 | | | | | | |
| **Cesarean Section** | 8,258 | 2,758 | 926 | 0.794 | 0.535 | 0.574 | 1 | | | | | |
| **Vaginal Delivery** | 5,465 | 1,727 | 1,022 | 0.693 | 0.544 | 0.510 | 0.879 | 1 | | | | |
| **PTCA** | 25,395 | 8,577 | 375 | 0.678 | 0.580 | 0.573 | 0.440 | 0.349 | 1 | | | |
| **Colonoscopy** | 1,834 | 685 | 844 | 0.342 | 0.285 | 0.273 | 0.303 | 0.322 | 0.156 | 1 | | |
| **Lower Limb MRI** | 1,343 | 533 | 1,304 | 0.350 | 0.224 | 0.264 | 0.276 | 0.232 | 0.255 | 0.252 | 1 | |
| *Medicare Base* | 6,494 | 1,291 | 2,139 | 0.203 | 0.283 | 0.203 | 0.258 | 0.360 | 0.093 | 0.087 | -0.040 | 1 |

**Notes:** The private-payer hospital 2011 prices are the risk-adjusted transaction prices as discussed in Appendix B1 and Appendix B2. The inpatient Medicare payment rate is the Medicare base payment with a DRG weight of 1. Correlation coefficients are pairwise correlations between multiple procedures at the same hospital. The data are drawn from our pricing samples. All correlations are significant at $p<0.01$ except for Medicare and PTCA ($p<0.1$), Medicare and Colonoscopy ($p<0.05$), and Medicare and Lower Limb MRI (not significant).

45

**Table 4: Price/Quantity Decomposition of Medicare and Private Health Spending, 2011**

| | Private | | | Medicare | | |
|---|---|---|---|---|---|---|
| | (1) Share Price | (2) Share Quantity | (3) Share Covariance | (4) Share Price | (5) Share Quantity | (6) Share Covariance |
| Intracranial hemorrhage or cerebral infarction w CC | 0.484 | 0.466 | 0.050 | 0.256 | 0.662 | 0.082 |
| Pulmonary edema & respiratory failure | 0.594 | 0.402 | 0.004 | 0.213 | 0.770 | 0.017 |
| Simple pneumonia & pleurisy w CC | 0.475 | 0.514 | 0.011 | 0.221 | 0.989 | -0.210 |
| Respiratory system diagnosis w ventilator support 96+ hours | 0.650 | 0.415 | -0.064 | 0.102 | 0.771 | 0.127 |
| Respiratory system diagnosis w ventilator support <96 hours | 0.655 | 0.321 | 0.024 | 0.155 | 0.987 | -0.143 |
| Cardiac valve & oth maj cardiothoracic proc w/o card cath w MCC | 0.468 | 0.410 | 0.122 | 0.086 | 0.840 | 0.074 |
| Cardiac valve & oth maj cardiothoracic proc w/o card cath w CC | 0.389 | 0.498 | 0.113 | 0.069 | 0.846 | 0.085 |
| Cardiac defibrillator implant w/o cardiac cath w/o MCC | 0.713 | 0.377 | -0.090 | 0.061 | 0.956 | -0.017 |
| Coronary bypass w cardiac cath w/o MCC | 0.277 | 0.746 | -0.023 | 0.074 | 1.168 | -0.242 |
| Coronary bypass w/o cardiac cath w/o MCC | 0.381 | 0.699 | -0.079 | 0.108 | 1.058 | -0.166 |
| Major cardiovasc proc w MCC or thoracic aortic aneurysm repair | 0.555 | 0.308 | 0.138 | 0.166 | 0.871 | -0.037 |
| Major cardiovascular proc w/o MCC | 0.518 | 0.547 | -0.065 | 0.163 | 1.059 | -0.222 |
| Perc cardiovasc proc w drug-eluting stent w MCC or 4+ vessels/stents | 0.371 | 0.564 | 0.065 | 0.089 | 1.004 | -0.094 |
| Perc cardiovasc proc w drug-eluting stent w/o MCC | 0.465 | 0.681 | -0.146 | 0.153 | 1.113 | -0.265 |
| Circulatory disorders except AMI, w card cath w/o MCC | 0.435 | 0.756 | -0.191 | 0.112 | 1.110 | -0.222 |
| Major small & large bowel proc w MCC | 0.676 | 0.299 | 0.025 | 0.213 | 0.888 | -0.101 |
| Major small & large bowel proc w CC | 0.474 | 0.453 | 0.073 | 0.193 | 0.811 | -0.005 |
| Esophagitis, gastroent & misc digest disorders w/o MCC | 0.387 | 0.637 | -0.024 | 0.164 | 1.028 | -0.192 |
| Spinal fusion except cervical w/o MCC | 0.334 | 0.512 | 0.154 | 0.085 | 1.067 | -0.152 |
| Major joint replacement or reattachment of lower extremity w/o MCC | 0.381 | 0.645 | -0.026 | 0.213 | 0.973 | -0.186 |
| Cellulitis w/o MCC | 0.425 | 0.583 | -0.008 | 0.128 | 0.923 | -0.051 |
| Infectious & parasitic diseases w O.R. proc w MCC | 0.701 | 0.360 | -0.061 | 0.112 | 0.769 | 0.119 |
| Septicemia w MV 96+ hours | 0.759 | 0.305 | -0.065 | 0.072 | 0.860 | 0.067 |
| Septicemia w/o MV 96+ hours w MCC | 0.536 | 0.365 | 0.099 | 0.120 | 0.815 | 0.064 |
| Rehabilitation w CC/MCC | 0.460 | 0.430 | 0.109 | 0.056 | 1.164 | -0.219 |
| *Average Shares (weighted by spending)* | *0.496* | *0.495* | *0.009* | *0.127* | *0.953* | *-0.081* |

**Notes:** The decomposition of ln(spending per beneficiary) is carried out on the 2011 Medicare and HCCI inpatient spending samples. The Medicare analysis is based on the 100% sample of Medicare claims accessed via the AHD. HCCI data includes all inpatient claims from our spending sample for those aged 55-64. "CC" is short for with "complication or comorbidity"; "MCC" is short for with "major complication or comorbidity"; "proc"="procedure"; "cath" = "catheter"; "w"=With"; "w/o"="without". Because of space constraints, we show only the top 25 highest spending DRGs in the HCCI data; the "Average Shares" in the final row are the average decomposition results by DRG (weighted by spending, i.e. first three columns use spending weights for private and last three use weights based on Medicare) across the 735 DRGs (HCCI) 562 DRGs (Medicare).

46

**Table 5: Decomposition of Hospitals' Transaction Price Variation**

| | (1) | (2) | (3) | (4) | (5) | (6) Unexplained within hospital-month variance | (7) Observations | (8) Within hospital-month coefficient of variation |
|---|---|---|---|---|---|---|---|---|
| | | | $R^2$ | | | | | |
| Hip Replacement | 0.006 | 0.017 | 0.502 | 0.763 | 0.776 | 22.4% | 15,122 | 0.174 |
| Knee Replacement | 0.006 | 0.016 | 0.416 | 0.728 | 0.756 | 24.4% | 37,157 | 0.206 |
| Cesarean Section | 0.011 | 0.029 | 0.432 | 0.726 | 0.755 | 24.5% | 81,482 | 0.170 |
| Vaginal Delivery | 0.012 | 0.030 | 0.381 | 0.647 | 0.701 | 29.9% | 108,794 | 0.192 |
| PTCA | 0.005 | 0.019 | 0.478 | 0.724 | 0.760 | 24.0% | 16,636 | 0.239 |
| Colonoscopy | 0.010 | 0.024 | 0.412 | 0.759 | 0.820 | 18.0% | 66,017 | 0.165 |
| Lower Limb MRI | 0.001 | 0.008 | 0.331 | 0.774 | 0.784 | 21.6% | 113,914 | 0.157 |
| *Mean* | | | | | | *23.5%* | | *0.186* |
| | | | | | | | | |
| Patient Characteristics | Yes | Yes | Yes | Yes | Yes | | | |
| Plan Characteristics | No | Yes | Yes | Yes | Yes | | | |
| HRR Fixed Effects | No | No | Yes | — | — | | | |
| Hospital Fixed Effects | No | No | No | Yes | Yes | | | |
| Control for Charges | No | No | No | No | Yes | | | |

**Notes:** Columns (1)-(5) have transaction-level procedure prices (2010-2011) as the dependent variable and display the $R^2$ of a regression that includes and the relevant right hand side variables indicated in the lower rows. All regressions use case-level data and control for month-year dummies. Patient characteristics include fixed effects for sex and five age bands (as in Table 2). Plan characteristics include the full interaction of market segment (i.e. large vs. small group), and product (HMO, PPO, POS, EOP, indemnity plan and other) and funding type (fully insured or ASO). "Hospital fixed effects" indicates a full set of hospital dummies interacted with month-year dummies. "HRR fixed effects" indicates a full set of HRR dummies interacted with month-year dummies. Column (6) = 1 - Column (5) and the mean is the unweighted average across the 7 procedures. Column (8) reports the within-hospital-month coefficient of variation, averaged across hospital-months. The data are drawn from the procedure samples.

**Table 6: Hospital Concentration, Prices and Contract Form, 2008-2011**

| | (1) | (2) | (3) |
|---|---|---|---|
| **Panel A: ln(Hospital Price), Mean=9.42, Obs=8,772, Number of Hospitals=2,358** | | | |
| Monopoly | 0.234*** | 0.190*** | 0.118*** |
| | (0.024) | (0.024) | (0.024) |
| Duopoly | 0.161*** | 0.130*** | 0.073*** |
| | (0.021) | (0.020) | (0.024) |
| Triopoly | 0.115*** | 0.083*** | 0.036 |
| | (0.023) | (0.023) | (0.023) |
| *Hospitals in quadropoly or greater markets are the omitted category* | | | |
| HCCI Market Share | | -0.006*** | -0.007*** |
| | | (0.002) | (0.002) |
| **Panel B: Percent of Cases Paid as Share of Charges; Mean=18.6%, Obs=4,344, Number of Hospitals=2,253** | | | |
| Monopoly | 17.335*** | 15.241*** | 10.455*** |
| | (1.828) | (1.823) | (1.778) |
| Duopoly | 9.979*** | 8.424*** | 5.702*** |
| | (1.760) | (1.740) | (1.596) |
| Triopoly | 7.804*** | 6.235** | 4.909** |
| | (1.909) | (1.938) | (1.608) |
| *Hospitals in quadropoly or greater markets are the omitted category* | | | |
| HCCI Market Share | | -0.288*** | -0.403*** |
| | | (0.077) | (0.120) |
| **Panel C: Percent of Cases of Prospective Payments Tied to Medicare; Mean=48.3%, Obs=3,669, Number of Hospitals=1,936** | | | |
| Monopoly | -16.849*** | -11.275*** | -11.293*** |
| | (2.882) | (2.696) | (3.160) |
| Duopoly | -8.791*** | -4.272* | -5.595** |
| | (2.441) | (2.443) | (2.316) |
| Triopoly | -7.111** | -2.422 | -5.747** |
| | (2.866) | (2.727) | (2.790) |
| *Hospitals in quadropoly or greater markets are the omitted category* | | | |
| HCCI Market Share | | 0.890*** | 0.616*** |
| | | (0.091) | (0.174) |
| HRR Fixed Effects | No | No | Yes |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. Market structure variables described in Appendix C. The dependent variable in Panel A is ln(Hospital inpatient prices) that are regression risk-adjusted for DRG, age, and sex; in Panel B the dependent variable is the percent of cases paid as share of charges (i.e. non-prospective payments); in Panel C the dependent variable is the percent of cases tied to the Medicare reimbursement rate. An observation is a hospital-year. In Panel A, the data covers 2008 to 2011; Panels B and C it covers 2010 to 2011 because charge data is unavailable for earlier years. All regressions include controls for the number of technologies, dummy for being ranked in US News & World Reports, size (number of beds), hospital ownership (government, non-profit or for-profit), whether a teaching hospital, % of county uninsured, county median income, the Medicare payment rate, share of Medicare, share of Medicaid, and year dummies. Appendix Tables 7-9 reports full set of results.

**Table 7: Prices and Contractual Form at the Procedure level**

| Sample: | (1) Inpatient | (2) Pooled Procedures | (3) Hip Replacement | (4) Knee Replacement | (5) Cesarean Section | (6) Vaginal Delivery | (7) PTCA | (8) Colonoscopy | (9) Lower Limb MRI |
|---|---|---|---|---|---|---|---|---|---|
| **Panel A: ln(Hospital Price)** | | | | | | | | | |
| Monopoly | 0.118*** | 0.139*** | 0.054 | 0.152*** | 0.140** | 0.100** | 0.150 | 0.080* | 0.210*** |
| | (0.024) | (0.026) | (0.102) | (0.057) | (0.059) | (0.040) | (0.100) | (0.043) | (0.036) |
| Duopoly | 0.073*** | 0.095*** | 0.016 | 0.019 | 0.092*** | 0.072*** | 0.153** | 0.064 | 0.141*** |
| | (0.024) | (0.018) | (0.069) | (0.046) | (0.030) | (0.024) | (0.071) | (0.039) | (0.031) |
| Triopoly | 0.036 | 0.055** | 0.068 | -0.011 | 0.040 | -0.001 | 0.086 | 0.037 | 0.126*** |
| | (0.023) | (0.021) | (0.084) | (0.048) | (0.038) | (0.031) | (0.052) | (0.041) | (0.035) |
| HCCI Market Share | -0.007*** | -0.003 | 0.001 | -0.002 | <0.001 | -0.001 | -0.003 | -0.003 | -0.004 |
| | (0.002) | (0.002) | (0.004) | (0.003) | (0.003) | (0.002) | (0.004) | (0.003) | (0.002) |
| Observations | 8,772 | 22,167 | 1,259 | 2,660 | 3,794 | 4,096 | 1,764 | 3,512 | 5,082 |
| **Panel B: (Percent of Cases Paid As a Share of Charges)\*100** | | | | | | | | | |
| Monopoly | 10.455*** | 22.264*** | 6.655 | 19.596*** | 22.228*** | 24.937*** | 10.504 | 22.628*** | |
| | (1.778) | (3.226) | (6.425) | (4.832) | (5.540) | (4.488) | (8.583) | (4.299) | |
| Duopoly | 5.702*** | 12.678*** | -2.558 | 13.366** | 14.932*** | 18.528*** | 13.160 | 8.166* | |
| | (1.596) | (2.908) | (7.533) | (4.824) | (4.087) | (3.683) | (6.797) | (3.868) | |
| Triopoly | 4.909** | 7.942** | 16.634* | 9.208 | 5.471 | 10.256** | 0.049 | 9.607* | |
| | (1.608) | (2.604) | (7.943) | (5.447) | (3.980) | (3.576) | (3.949) | (3.869) | |
| HCCI Market Share | -0.403*** | -0.579** | 0.500 | -0.434 | -0.510 | -0.510 | -0.259 | -0.801** | |
| | (0.120) | (0.218) | (0.331) | (0.327) | (0.331) | (0.272) | (0.314) | (0.252) | |
| Observations | 4,344 | 8,463 | 661 | 1,362 | 1,870 | 2,056 | 807 | 1,707 | |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. Column (1) reproduces the results in Column (3) of Table 6. The dependent variables in Panel A are the ln(Inpatient hospital prices), risk-adjusted for age and sex. In Panel B, they are the Percent of cases paid as a share of hospital charges. In both panels these are for the specific procedures noted at the head of the column. Charges for MRIs do not generally vary across cases within hospitals so it is not possible to split into contract type. All regressions include controls for the number of technologies, dummy for being ranked in US News & World Reports, size as measured by number of beds, hospital ownership (government, non-profit or for-profit), whether a teaching hospital, percent of county uninsured, county median income, the Medicare payment rate, share of Medicare, share of Medicaid, year dummies and HRR fixed-effects. The pooled sample reported in Column (2) stacks all the regressions for the specific procedures in the later columns and includes a set of procedure dummies.

**Table 8: Hospital Prices and Mergers**

| Dependent variable: ln(price) | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| Distance (merger within given number of miles): | 5 | 10 | 15 | 20 | 25 | 30 | 50 |
| **Panel A: Baseline** | | | | | | | |
| Post-Merger | 0.060** | 0.039** | 0.021 | 0.023* | 0.024** | 0.014 | 0.008 |
| | (0.025) | (0.019) | (0.013) | (0.013) | (0.011) | (0.011) | (0.009) |
| **Panel B: Add Controls** | | | | | | | |
| Post-Merger | 0.062** | 0.040** | 0.021 | 0.024* | 0.024** | 0.014 | 0.008 |
| | (0.025) | (0.019) | (0.013) | (0.013) | (0.011) | (0.010) | (0.009) |
| **Panel C: Separately Controlling for Neighbors** | | | | | | | |
| Post-Merger | 0.062** | 0.040** | 0.021 | 0.022* | 0.024** | 0.013 | 0.008 |
| | (0.025) | (0.019) | (0.013) | (0.013) | (0.011) | (0.011) | (0.009) |
| Merging Neighbor | -0.016 | 0.024* | 0.005 | 0.013 | 0.003 | 0.003 | -0.005 |
| | (0.028) | (0.014) | (0.010) | (0.008) | (0.007) | (0.007) | (0.006) |
| **Panel D: Merger Effects over time (t-2 and before omitted base)** | | | | | | | |
| t-1 | 0.019 | 0.015 | 0.015 | 0.015 | 0.015 | 0.012 | 0.013 |
| | (0.03) | 0.018) | (0.013) | (0.012) | (0.011) | (0.012) | (0.010) |
| t | 0.074** | 0.035 | 0.021 | 0.025 | 0.028* | 0.017 | 0.011 |
| | (0.034) | (0.025) | (0.017) | (0.017) | (0.015) | (0.015) | (0.012) |
| t+1 | 0.070** | 0.064** | 0.041** | 0.044** | 0.041** | 0.028 | 0.024 |
| | (0.035) | (0.027) | (0.020) | (0.019) | (0.018) | (0.017) | (0.015) |
| t+2 and after | 0.056 | 0.088*** | 0.068*** | 0.063*** | 0.059*** | 0.041** | 0.036* |
| | (0.040) | (0.033) | (0.026) | (0.024) | (0.022) | (0.021) | (0.019) |
| Observations | 8,655 | 8,655 | 8,655 | 8,655 | 8,655 | 8,655 | 8,655 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (3) with standard errors in parentheses (clustered by hospital and system). All regressions include hospital fixed effects and year dummies. The dependent variable is our risk-adjusted inpatient price index. Controls: share of the privately insured covered by the HCCI insurers, number of technologies, dummy for being ranked in US News & World Reports, size as measured by number of beds, hospital ownership (government, non-profit or for-profit), whether a teaching hospital, percent of county uninsured, county median income, the Medicare payment rate, share of Medicare, share of Medicaid, year dummies and HRR fixed-effects. Post-merger is dummy equal to 1 in the year a hospital merges and in all years afterwards and zero otherwise. "Neighbor" = 1 if a hospital was not involved in the merger, but within the distance indicated in the column head of a hospital where a merger took place (and zero otherwise).

50

**Figure 1: Hospital Mergers and Acquisitions by Year**

**Notes:** This figure shows the number of unique hospital merger and acquisition transactions by year. Authors' calculations based on data from the AHA, Irving-Levin Associates, Factset, and SDC Platinum databases. See Appendices A and D for details.

51

**Figure 2: Average Hospital Facilities Charges, Negotiated Prices, and Medicare Reimbursements, 2011**



**Notes**: Data drawn from the inpatient and procedures samples. The height of the pale grey bars (top) are the average hospital charges. The height of the darker red shaded bars (middle) red the transaction prices. Both are risk-adjusted as described in Appendices B1 and B2. The blue bars (bottom) are the Medicare reimbursements as described in Appendix B4. Prices are given in 2011 dollar amounts and as a percentage of the transaction prices (in parentheses).

**Figure 3: Relationship between Charges and Negotiated Prices for Knee Replacements, 2011**



**Notes:** This is a scatter plot of hospital-level, risk-adjusted charges for knee replacements and risk-adjusted transaction prices. There are 696 unique providers included in this analysis who delivered 10 or more knee replacements to HCCI funded patients in 2011.

53

## Figure 4: Total Private Spending by HRR, 2011



**Spending ($)**

| | |
|---|---|
| | 2,110 - 3,648 |
| | 3,649 - 3,956 |
| | 3,957 - 4,299 |
| | 4,300 - 4,739 |
| | 4,740 - 6,366 |

| Mean | SD | Min | Max |
|---|---|---|---|
| $4,197 | $670 | $2,110 | $6,366 |

**Notes:** This figure captures risk-adjusted spending per beneficiary by HRR using data from 2011. Each bin captures a quintile of spending per beneficiary. The data are drawn from the spending sample. Spending per beneficiary is risk-adjusted for age and sex.

54

### Figure 5: National Variation in Hospital Prices for Knee Replacement and Lower Limb MRIs, 2011

**Panel A: Knee Replacement Prices**

**Panel B: Lower Limb MRI Prices**





#### Summary Statistics for Negotiated Prices

| | | |
|---|---|---|
| $24,059 | **Mean** | $1,343 |
| $6,404 – $52,503 | **Min - Max** | $270 – $3,251 |
| $15,115 – $34,554 | **p10 - p90** | $719 – $2,104 |
| $18,260 – $28,698 | **Inter Quartile Range (IQR)** | $965 – $1,671 |
| 2.29 | **p90/10 ratio** | 2.93 |
| 0.32 | **Coefficient of Variation** | 0.40 |
| 0.18 | **Gini Coefficient** | 0.22 |
| 664 | **Number of Hospitals** | 1,304 |

**Notes**: Each red bar represents a single hospital's regression-adjusted transaction price based on 2011 cases. The Medicare payment (gray) is based on the PPS fee schedule described in Appendix B4. The bars are ordered by private price.

**Figure 6: Regression Adjusted HRR-Level Inpatient Hospital Prices, 2011**



**Notes:** This figure captures HRR-level average hospital regression-adjusted inpatient prices that are risk-adjusted for DRG, age, and sex, and weighted by hospital activity. In Appendix Figure A6, we present this map normalized using the Medicare wage-index in order to control for local wage costs across the US. Gray regions are areas where we do not have sufficient data to calculate prices.

## Figure 7: Within Market Hospital Price Variation for Philadelphia, PA, 2011

**Panel A: Hip Replacement**



Mean: $29,289
CoV: 0.258
p90/p10 Ratio: 2.07
Max/Min Ratio: 2.50

**Panel B: Knee Replacement**



Mean: $27,129
CoV: 0.308
p90/p10 Ratio: 2.15
Max/Min Ratio: 3.00

**Panel C: Cesarean Section**



Mean: $10,425
CoV: 0.265
p90/p10 Ratio: 1.95
Max/Min Ratio: 2.50

**Panel D: Vaginal Delivery**



Mean: $ 7,147
CoV: 0.235
p90/p10 Ratio: 1.86
Max/Min Ratio: 2.64

**Panel E: PTCA**



Mean: $32,425
CoV: 0.282
p90/p10 Ratio: 2.19
Max/Min Ratio: 2.49

**Panel F: Colonoscopy**



Mean: $ 2,050
CoV: 0.383
p90/p10 Ratio: 3.60
Max/Min Ratio: 4.47

**Panel G: Lower Limb MRI**



Mean: $ 1,502
CoV: 0.482
p90/p10 Ratio: 3.95
Max/Min Ratio: 6.97

**Notes:** These panels present average hospital-level regression-adjusted private-payer prices for our seven hospital procedures using data from 2011. Each column captures a hospital in the Philadelphia, PA HRR. We include similar graphs for all HRRs that include five or more providers at www.hospitalpricingproject.org



Negotiated Price    Medicare Reimbursement Rate

**Figure 8: Within Hospital Prices for Lower Limb MRI at Two High Volume Hospitals, 2008-2011**



**Notes:** These figures highlight the top three linked contracts (circles, crosses and triangles) within the two highest volume hospitals in our data in 2008-2011. Each point represents a unique price paid for lower limb MRI in a given hospital-month, where the size of the point corresponds to the volume of MRIs paid at that price. Repeated prices are linked across renegotiation events using information on the plan characteristics of the patients whose episodes were paid at that price. For more information on the methods used to link contracted prices see Appendix B3.

### Figure 9: Repeated Price and Share of Charge Agreements at a Hospital for Vaginal Delivery, 2010-2011



**Notes:** These figures highlight the top two linked contracts within a high volume hospital for 2010-2011. Blue circles represent Contract #1; red triangles represent Contract #2. The size of the point corresponds to the volume of cases at that price. Repeated prices and price-to-charge ratios are linked across renegotiation events using information on the plan characteristics of the patients whose episodes were paid at that price or rate. For more information on the methods used to link contracted prices see Appendix B3.

**Figure 10: Contract Classifications overall and by Procedure, 2010-2011**



**Notes**: The bars present the share of the claims by procedure (or inpatient sample) classified into each type of contract using case-level data from 2010-2011. The numbers of hospitals (cases) underlying each bar are 2,253 (2,288,907) for inpatient sample, 404 (15,122) for Hip Replacement, 809 (37,157) for Knee Replacement, 1,041 (81,482) for Cesarean Section, 1,136 (108,794) for Vaginal Delivery, 501 (16,636) for PTCA, and 1,008 (66,018) for Colonoscopy. Inpatient* presents a restricted sub-sample of the inpatient cases for hospital-DRG pairs that represent at least 20 admissions from 2010-2011. This sample represents 1,841 hospitals and 1,078,697 admissions and eliminates approximately 63.7 percent of spending.

**Figure 11: The Fraction of Each Hospital's Vaginal Delivery Cases Paid as a Share of Charges, 2011**



**Notes:** Each bar represents a hospital ordered by the fraction of vaginal deliveries paid as a share of the charges.

### Figure 12: Medicare Reimbursements and Negotiated Prices at Four High Volume Hospitals, 2011



**Notes**: The panels represent two large hospitals in the data. Each circle is a unique, privately-paid prospective-payment amount for a DRG The x-axis is the corresponding logged Medicare reimbursement rates based on 2011 data. The red line is the $45^0$ line.

62

**Figure 13: Bivariate Correlations of Hospital Price with Observable Factors, 2008-2011**



**Notes:** The x-axis reflects the level of the bivariate correlations between key variables featured in our regressions and hospitals' regression-adjusted inpatient prices that are risk-adjusted for DRG, age, and sex. The bars show the 95% confidence intervals surrounding the correlations. Since these are bivariate correlations "Duopoly" is duopoly or monopoly and the implicit omitted category is triopoly or greater. "Triopoly" is triopoly, duopoly or monopoly. For government and non-profit, the omitted category is private for-profit hospital.

**Figure 14: How merger coefficient changes for mergers between hospitals of different geographical proximity**



**Notes:** These are the regression coefficients from Equation (3) of post-merger effects on the log of regression-adjusted price for the sample of inpatient admission. These prices are risk-adjusted for DRG, age, and sex. We estimate the model separately for 50 specifications identical to that of Panel A in Table 8. We allow the merger definition to vary in including merging hospitals within the distances shown on the x-axis. So a value of 10 corresponds to a merger of hospitals within 10 miles of each other. The shaded area presents the 90 percent confidence interval for each estimate.

### Figure 15: Merger event studies, 2008-2011



**Notes:** These are the regression coefficients of price differences across merging and non-merging hospitals estimated separately by year. The dependent variable is log of our regression adjusted inpatient price that is risk-adjusted for DRG, age, and sex. All regressions include hospital and year fixed effects. 95 percent confidence intervals shown. The merger year ("0") is shaded. The omitted category is 2 or more years before the merger.

# **Appendices: For Online Publication Only**

**APPENDIX A: Description of Data and Data Cleaning**

*Appendix A1: Datasets and Sources*

**Health Care Cost Institute (HCCI) Data:** Our paper draws on data from the Health Care Cost Institute (HCCI). The HCCI data include claims from beneficiaries with employer-sponsored coverage from Aetna, Humana, and UnitedHealthcare. More details on HCCI can be found at www.healthcostinstitute.org.

The data include claims for individuals with fully-insured and self-insured plans that receive employer-sponsored insurance.[1] This includes insurance products in the national, large, and small group markets. The data cover 27.6 percent of individuals in the US with employer-sponsored insurance. The data begin with sheets of membership data, inpatient facilities data, outpatient data, physician data, and pharmacy data. We use these to construct our inpatient and procedure samples. A sample hip replacement case constructed from these claims is posted online at http://healthcarepricingproject.org/sites/default/files/papers/sample_hip_claims.xlsx.            This illustrates how we aggregate claims up to the case level and calculate a price.

While the HCCI data include more than forty million covered lives per year (see Table 1 in the body of the paper), the data are from health insurance claims for individuals with health care coverage from Aetna, Humana, or UnitedHealthcare. While these are three of the largest five health insurers in the US, we do not have claims from Blue Cross Blue Shield (BCBS) health insurers. BCBS is an association of 38 for-profit and not-for-profit health insurers in the US who purchase a license to use the BCBS name. We use membership data from our database and compare it to coverage rates in the American Community Survey and the Census Bureau's Small Area Health Insurance Estimates (SAHIE) to estimate the coverage of our three insurers at the state and county level. We also use data from the HealthLeaders Interstudy database to estimate the share of lives BCBS insurers cover by county. We use this information to show that our results are robust to areas with different levels of HCCI and BCBS coverage (See Appendix F).

The most prominent alternative source of private health insurance claims data is the MarketScan database from Truven Health Analytics. MarketScan data include claims for individuals with health insurance from a number of large employers and also some smaller employers (although it seems that the MarketScan coverage for smaller employers is substantially lower than their coverage for larger employers). Most previous research using the MarketScan data to analyze health spending has relied on only the claims for individuals employed by large firms. We use the HCCI data to analyze claims for individuals employed in small, medium, and large firms. Using the HCCI data allows us to look at a substantially larger population than has been analyzed using the MarketScan data. Chernew et al. (2010) report that the MarketScan data contain between 16.9 million and 22.9 million covered lives per year between 1996 through 2006. By contrast, the HCCI data contain between 42 and 46 million lives per year (see Table 1).

While the MarketScan database is useful for many research applications, it has drawbacks for the type of analysis we undertake in this project. First, the MarketScan database does not contain hospital IDs and sub-three digit geographic identifiers.  A unique hospital identifier is necessary

---

[1] With fully-insured plans, the insurer pools and bears risk. With self-insured plans, the firm pays all insurance claims themselves and relies on insurance companies for administrative services.

so that we can merge in hospital characteristics and, more importantly, analyze price variation within and between providers. With HCCI, we can merge on hospital characteristics, identify individual hospitals, and merge in local characteristics at the zip code level. Second, MarketScan has very thin coverage in a number of markets. For example, while the smallest HRR in the HCCI data has 2,932 unique individuals, MarketScan includes HRRs with fewer than two hundred individuals.

In addition to the core HCCI data, we merge on a number of other datasets listed below.

**American Hospital Association Annual Survey**: We obtain data on hospital characteristics from the American Hospital Association (AHA) annual survey. More information on the AHA survey data can be obtained from: http://www.ahadataviewer.com/book-cd-products/AHA-Survey/. The survey polls hospitals on characteristics, staffing, technology, finances, and other information and has been running since 1946. We use the AHA data to create our technology measures and measures of hospital market structure.

**American Community Survey Data:** We use data on the percentage of working age (18-64) adults with employer-based health insurance coverage by county from the American Community Survey conducted by the US Census Bureau, https://usa.ipums.org/usa/acs_healthins.shtml.

**American Hospital Directory Data:** We use data on hospitals' Medicare activity that we obtained from the American Hospital Directory (AHD). The AHD is a for-profit data vendor that sells cleaned Medicare claims data derived from the Medicare Provider Analysis and Review limited access database. This includes claims records for 100% of Medicare fee-for-service inpatient claims. Details on the AHD data can be found at www.ahd.com.

**Census Data:** Data on the number of uninsured lives by county, lives privately insured per county, and median household income come from the US census. See: http://www.census.gov/did/www/sahie/ and http://www.census.gov/did/www/saipe/index.html.

**Dartmouth Data:** We use data on Medicare spending per HRR that we downloaded from the Dartmouth Atlas. Full details on the Dartmouth Atlas Medicare data can be obtained from: http://www.dartmouthatlas.org.

**FactSet Research Systems:** These reports provide a roster of merger and acquisition (M&A) activity across industries and include the names of firms involved in transactions and the date of transactions. We used the database to find hospital mergers. The data are accessible with a subscription at: https://www.factset.com/data/company_data/mergers_acq

**HealthLeaders Interstudy Data:** The HealthLeaders Interstudy database, available for purchase from the Decision Resources Group, includes the count of individuals enrolled, by county, by insurer in the small, medium, and large group markets. The data include coverage of the self-insured and fully-insured market. See: decisionresourcesgroup.com.

**Irving Levin Associates' Health Care Services Acquisition Reports:** These reports provide a roster of M&A activity in hospitals, managed care companies, physician medical groups, rehabilitation centers, labs, and behavioral health groups. We used reports for 2007 to 2011 to identify the hospital mergers that we include in this analysis. The reports can be purchased from: https://products.levinassociates.com/downloads/har-2017/

**Medicare Quality Scores:** We use data on hospital quality obtained from data.medicare.gov. The data include quality scores drawn from both Medicare and private claims data. The data can be downloaded from: https://data.medicare.gov/data/hospital-compare. The quality scores used were developed by the Agency for Health Care Research and Quality (AHRQ).

**Securities Data Company (SDC) Platinum:** This database provides a historical transaction database including a roster of hospital mergers. The data are accessible with a subscription via: https://financial.thomsonreuters.com/en/products/data-analytics/market-data/sdc-platinum-financial-securities.html.

**U.S. News & World Report Rankings:** We obtained rankings of hospitals printed in the US News and World Report from 2007 – 2011. Some data were obtained from online rankings. For some years, we obtained the physical copy of the printed magazine issues.

### *Appendix A2: Identifying Hospitals Using National Plan and Provider Enumeration System Identifiers*

Single hospitals can be assigned multiple National Plan and Provider Enumeration System Identifiers (NPI) because different wings of the hospitals and different units can each have their own NPI (e.g. a hospital's radiology service could have a separate NPI to its Emergency Room). To address this issue, we made a crosswalk that consolidates providers' multiple NPIs into a single, master NPI. We use the master NPI to merge on data from the AHA and Medicare. To consolidate NPIs, we undertake the following steps:

1. Compile all variations of AHA ID/hospital name/address/city/state/ZIP Code in the 2000-2011 AHA survey data, retaining the row for the latest year.
2. Add NPI from the AHA survey files, beginning with the most recent year.
3. Make sure there is only one NPI per AHA ID. If more than one AHA ID have the same NPI, look up in the CMS NPI Registry to resolve the discrepancy.
4. Check all NPIs in the CMS NPI Registry to make sure they are valid and accurate. Remove invalid NPIs.
5. Look up hospitals in the NPI Registry that do not have an NPI in AHA by name and address. Attach NPI to the AHA file when a match is found.
6. Extract all organizational rows from the CMS NPI Registry where primary taxonomy code is for a hospital (287300000X, 281P00000X, 281PC2000X, 282N00000X, 282NC2000X, 282NC0060X, 282NR1301X, 282NW0100X, 282E00000X, 286500000X, 2865C1500X, 2865M2000X, 2865X1600X, 283Q00000X, 283X00000X, 283X00000X, 283XC2000X, 282J00000X, 284300000X) or hospital unit (273100000X, 275N00000X, 273R00000X, 273Y00000X, 276400000X).
7. Match AHA compiled address file to the hospital NPI file on NPI. Add AHA number to the hospital NPI file and mark the NPI as 'PRIMARY' NPI for that hospital.
8. Match remaining rows in the hospital NPI file according to the following hierarchy:
    1. Organization name, address1, city, state, ZIP Code
    2. Address1, city, state, ZIP Code, similar organization name
    3. Other organization name, address1, city, state, ZIP Code
    4. Address1, city, state, ZIP Code, similar other organization name

4

5.      Address, city, state, ZIP Code, different name (validated name changes via web search)[2]
6.      Organization name, similar address1, city, state, ZIP Code[3]
7.      Other organization name, similar address1, city, state, ZIP Code
8.      Similar organization name, similar address1, city, state, ZIP Code
9.      Similar other organization name, similar address1, state, ZIP Code
10.    Medicare number, city, state, ZIP Code

9.    When a match is found, append AHA ID and 'PRIMARY' NPI.

10.   Some hospitals in the NPI Registry were not in the AHA survey data files. For these hospitals, we pick one NPI as 'PRIMARY' and, using the match steps outlined above, add an 'X' to the AHA ID column and append the 'PRIMARY' NPI to all matched rows.

11.   We also consolidated NPIs to ZIP codes. To do so, we:

    1.   Sort file by ZIP Code, primary taxonomy code, address1
    2.   Where more than one 'PRIMARY' NPI exists within a ZIP Code for the same organization name and primary taxonomy, change all rows to the 'PRIMARY' NPI associated with the AHA ID.
    3.   Where more than one 'PRIMARY' NPI exists within a ZIP Code for the same organization name and primary taxonomy but none of the rows is associated with an AHA ID, double check against the AHA file. If no match is found, consolidate the rows to one single 'PRIMARY' NPI.

### *Appendix A3: Constructing a consistent hospital-level panel from the AHA Data*

When hospitals merge, the AHA Survey will often consolidate two hospital IDs into a new single ID. While this does not affect our measure of hospital prices (since those are generated from the HCCI data), it does delete observations from the AHA data. This creates two issues. First, according to the AHA data, the count of AHA hospital sites (as opposed to systems) decreases over time. This is caused mechanically by mergers, which reduce the numbers of IDs. Second, because we measure prices for hospital sites, AHA characteristics that we use as control variables are only available at the more aggregated level of the consolidated sites. While most of our control variables are categorical (e.g. whether a hospital is a teaching facility), some are continuous measures (e.g. hospital beds, the count of Medicare discharges per year, and the count of Medicaid discharges per year).

A good example of this issue is that after their merger, the IDs for New Britain General Hospital in New Britain, CT and Bradley Memorial Hospital in Southington, CT are consolidated into a new ID number for the Hospital of Central Connecticut in 2006. In the AHA Survey data the IDs for "New Britain General" and "Bradley Memorial" vanish from the survey in 2006 and a new hospital ID for "Hospital of Central CT" appears in the same year.

This is a standard problem in firm-level analysis. A firm is composed of a number of establishments and often data are only available at the higher firm-level (e.g. Compustat). When

---

[2] Because there can be hospitals within hospitals (e.g., specialty or children's hospital on one floor of a general hospital), all of these occurrences were manually validated to ensure that the correct hospital was identified.

[3] Suburb names are occasionally used in addresses (e.g., Brentwood vs. Los Angeles). If the address1, state, and ZIP Code matched but the city name differed, this was still considered a valid match at each level.

two firms merge information is often only available at the aggregate consolidated level and not for the individual firms (even when they are still run as separate businesses). A standard approach to this problem is to freeze the organizational structure at a point of time, so the researcher can analyze a consistent set of firm sub-units (or at least until they exit). We perform an analogous exercise for hospital sites.

In order to maintain the information at the more disaggregated level we "undo" the site-level consolidation in AHA after 2001 by (i) maintaining the original (vanished) ID at the site level in the year the consolidation occurs and for all years afterwards; (ii) remove the new consolidated ID from the data in all years after it occurs.[4] We then construct a new master hospital system ID. The challenge that arises from "undoing" this consolidation of IDs is we do not know the correct bed count (and other observables) at the hospital site-level after consolidation.

We address this by imputing the information at the consolidated level to the site level for all continuous variables for these hospitals in the following manner. Consider the following example of imputing hospital beds. Let two separate hospitals have distinct IDs $A$ and $B$ at time $T\text{-}1$. Assume that hospitals $A$ and $B$ merge at time $T$ and become hospital C (hospital C may have already been in existence at T-1 or may be a new hospital created from the merger of A and B at time T). The merged hospital is given the ID $C$ and the IDs for A and B cease to exist. Let $b_t^h$ be the number of beds at hospital $h$ at time $t$ where $h \in \{A,B,C\}$ and $t \in \{2001,2002,...,2014\}$. Let $w^h = \dfrac{b_{T\text{-}1}^h}{\sum_{h \in \{A,B\}} b_{T\text{-}1}^h}$ . $w^h$ is hospital $h$'s share of the total number of beds between hospitals $A$ and $B$ at time $T\text{-}1$. If $\dfrac{\left| b_T^C - \sum_{h \in \{A,B\}} b_{T\text{-}1}^h \right|}{\frac{b_T^C + \sum_{h \in \{A,B\}} b_{T\text{-}1}^h}{2}} \leq 0.2$, then we assume hospital $h$'s bed total is $w^h b_t^C$ for all $t$ in which hospital $C$ exists in the AHA Survey. Otherwise, we assume hospital $h$'s bed total is $b_{T\text{-}1}^h$ for all $t$ in which hospital $C$ exists.

In other words, if the percentage difference between the total number of beds at $A$ and $B$ in $T\text{-}1$ and the number of beds of the consolidated hospital ID in time $T$ is less than or equal to 20 percent, then we impute hospital $A$'s bed count to be its share of the total beds at $A$ and $B$ at time $T\text{-}1$ ($w^A$), multiplied by the consolidated hospital's total number of beds ($b_t^C$) for all years that hospital $C$ exists in the AHA Survey. If this percentage difference is greater than 20 percent, then we assign hospital $A$ the bed total it has at time $T\text{-}1$ to all the years in which hospital $C$ exists (from time T forward).[5]

We carry out this same imputation procedure for the share of Medicare and Medicaid discharges using the above methodology.

### *Appendix A4: Defining the Inpatient and Procedure Pricing Samples*

The inpatient sample in our data includes all inpatient claims aggregated to the level of a single hospital admission (which we call a case), each of which has a unique DRG. The procedures we

---

[4] In some cases, the merger is recorded using the aggregation of an acquired hospital into an existing AHA ID. In these cases, the procedure is the same except we do not delete observations for the acquiring hospital.

[5] We choose a threshold because if the difference is large then it indicates that the merged hospital is undergoing a large restructuring, so this casts doubt on the assumption that the relative size of original entities is stable. 20 percent is an arbitrary threshold, of course, but the results are robust to other reasonable thresholds.

use are defined using combinations of ICD9 codes and DRGs. In the case of MRIs, we identify cases using CPT-4 codes. The specific codes we use to define samples include:

**Coding Definitions for the Seven Procedure Samples**

| Procedure | ICD9 | and | MS-DRG | or | CPT-4 |
|---|---|---|---|---|---|
| Hip Replacement | 8151 | | 470 | | |
| Knee Replacement | 8154 | | 470 | | |
| Cesarean Section | 741 | | 766 | | |
| Vaginal Delivery | 7359 | | 775 | | |
| PTCA | 0066 | | 247 | | |
| Colonoscopy | V7651 (CM) | | | | |
| MRI | | | | | 73721 |

For hip and knee replacements, we limit our analysis to individuals between forty-five and sixty-four years of age. For vaginal deliveries and cesarean sections, we limit our analysis to delivering mothers who are between the ages of twenty-five and thirty-four.  In order to be included, an MRI case must be a single-line facility claim and we must observe a separate physician payment for the reading of the MRI. We do this to ensure that we are isolating the professional component (reading of the MRI) from the technical component (administering the scan). We also limit MRIs to those carried out on individuals who had no other hospital claims on the day that the MRI was provided and for whom the hospitalization was exclusively for the MRI. Similarly, for colonoscopies, we limit our analysis to individuals aged forty-five through sixty-four and only include hospital-based cases where nothing else was done to the patient that day and for which the colonoscopy was the reason for the trip to the hospital. We exclude colonoscopies where a biopsy was taken.

In order to minimize the impact of unusually complicated cases or clerical billing errors, we exclude cases above the 99th percentile of length-of-stay as well as cases where the price is below the 1st percentile or above the 99th percentile. In the inpatient sample, these restrictions are implemented by DRG.

Appendix Table 2 shows the impact on the number of hospitals and cases of the main selection criteria we use to derive our inpatient sample. After conditioning our data to cases delivered at hospitals that are registered with the AHA, we have 5,865,727 inpatient cases delivered at 4,326 facilities between 2008 and 2011. Excluding critical access hospitals drops our number of providers by 1,124 (26 percent), but only lowers the number of cases we observe by 51,349 (less than one percent). We further exclude three hospitals where we do not have data on Medicare activity. We then exclude all cases from 2007. This lowers our cases by 769,104 (13 percent) and number of hospitals by 10 (less than one percent). In order to have sufficient data at each hospital to calculate an inpatient price index, we exclude providers that had fewer than 50 cases per year. This drops 74,705 cases (1.5 percent) and 831 hospitals (26 percent).

7

### *Appendix A5: Construction of Price Fixed Spending and Quantity Fixed Spending Used in Section III.B.*

We calculate Medicare and private spending per beneficiary where we fix quantities nationally (and only allow price variation to drive variation in spending) and fix prices (and only allow quantity variation to drive spending variation).

To do so, we first calculate inpatient spending per beneficiary for the privately insured and for Medicare recipients. Inpatient spending per beneficiary in HRR $r$ ($y_r$) is a function of the quantity ($q_r$) of care provided and the price of care ($p_r$):

$$y_r = \frac{\sum_{h,d}(p_{h,d}q_{h,d})}{B_r},$$

where the price of DRG $d$ at hospital $h$ in HRR $r$ is represented by $p_{h,d}$ and quantity is $q_{h,d}$ (we suppress the subscript $r$ for economy of notation), $B_r$ is the number of beneficiaries in HRR $r$, and $\sum_{h,d}$ indicates summing across all DRGs in a hospital and the all hospitals in an HRR.

We compute counterfactuals to calculate the relative contributions of price and quantity to variation in inpatient spending. The first counterfactual we create is to fix all prices per DRG to be the same as the national average ($\bar{p}_d$) and then analyze spending variation. This allows us to identify the relative contribution that differences in the quantity of care provided across regions make to variation in spending per beneficiary. Spending per beneficiary calculated with national average prices is (where $\sim$ indicates a counterfactual calculation):

$$\tilde{y}_r^{\bar{p}_d} = \frac{\sum_{h,d}(\bar{p}_d q_{h,d})}{B_r}.$$

The second counterfactual is to fix the quantity and mix of inpatient care delivered in each HRR to be the same as the national average mix and quantity of care ($\bar{q}_d$) and then analyze spending variation.[6] To do so, we calculate:

$$\tilde{y}_r^{\bar{q}_d} = \frac{\sum_{h,d}(\bar{q}_d p_{h,d})}{B_r}.$$

This allows us to identify the relative contribution that differences in price make to variation in spending per beneficiary across HRRs. These are, of course, purely accounting decompositions to gauge rough magnitudes, as quantity and price are both endogenously determined in the private sector.

Appendix Tables 3 and 4 contain the results of these counterfactual calculations for individuals age 55 to 64 (Appendix Table 3) and individuals age 18 to 64 (Appendix Table 4).


### *Appendix A6: Construction of Control Variables for Sections VI and VII*

---

[6] To do so, we identify the mix of DRGs at a national level and set every HRR to have that mix of DRGs.

In our estimates of the relationship between market structure, mergers, and hospital prices in Sections VI and VII, we also include a range of additional hospital and local area controls. Below are descriptions of these additional measures.

*Hospital Characteristics and Hospitals' Local Area Characteristics:* In our cross-sectional and merger analysis, we include controls for hospital characteristics drawn from the AHA annual survey. These include: the number of hospital beds, ownership type (not-for-profit, for-profit, government), teaching status, and indicators for the technologies available at a hospital in a specific year. In addition, we link hospitals' zip codes to local area characteristics from the Census Bureau's Small Area Health Insurance Estimates and Small Area Income and Poverty Estimates, including the proportions of the population who are uninsured and the median income in the county where the hospital is located.

*Technology Index:* We follow Acemoglu and Finkelstein (2008) in using a count of hospital technologies offered by a hospital as recorded in the AHA survey data. The AHA data include binary indicators for whether a hospital has various technologies and services, such as computer-tomography (CT) scanners, electron beam computed tomography, or proton beam therapy. We sum the number of these technologies available at each hospital in each year.

*Hospital Quality*: To capture reputational quality, we include a yearly indicator for whether or not a hospital was ranked by the U.S. News & World Report as a top hospital. We indicate a hospital was ranked in the U.S. News and World Report if it was ranked as an overall top hospital or received a ranking as a top hospital for cancer care; gastrointestinal care; ear nose and throat; geriatric care; gynecology; cardiology; orthopedics; rheumatology; or urology. In total, from 2008 through 2011, the U.S. News & World Report ranked 192 hospitals in our sample in their annual 'Best Hospital' rankings across clinical specialties and the overall ranking.

To measure clinical performance, we merge in data on hospital quality from https://data.medicare.gov/, which includes the hospital quality scores reported publicly on the CMS Hospital Compare webpage (https://medicare.gov/hospitalcompare). These include measures of patient safety, patient outcomes, and process measures of care captured from public and private claims data. We included quality scores for 2008 through 2011 for four measures: the percentage of heart attack patients given aspirin upon arrival to the hospital; the percentage of surgery patients given an antibiotic prior to surgery; the percentage of patients treated within twenty-four hours of surgery to prevent blood clots; and the 30-day risk adjusted mortality from heart attacks.[7] These are widely acknowledged measures of the quality of care and they are all available for hospitals in our sample from 2008 through 2011 (Yale Center for Outcomes Research and Evaluation 2013). We focus on these four clinical quality measures in the robustness analysis, but we also examine the effect of conditioning on all 41 quality measures. Note that we do not have CMS quality measures for 168 hospitals (7.5 percent) from our inpatient sample. As a result, we present analysis of these measures separately from our main analysis.

*Medicare and Medicaid Activity:* We include the Medicare base payment rate for hospitals, since this may proxy for hospital costs. This comes from annual Medicare Impact Files. We also include

---

[7] For the technical descriptions of the measures of performance we used in this analysis, see http://www.medicare.gov/hospitalcompare/Data/Measures.html.

9

data from the AHA on the share of hospitals' inpatient cases paid by Medicare and Medicaid each year.

**APPENDIX B: Measures of Providers Private Prices and Medicare Reimbursements**

***Appendix B1: Inpatient Private-Payer Hospital Price Index:*** Our private-payer inpatient price index captures the combined amount paid by patients and insurers for patient case $i$ in DRG $d$ delivered in hospital $h$, and provided in year $t$. Following Gaynor and Vogt (2003) and Gowrisankaran, Nevo, and Town (2015), we regress hospital payments ($p_{i,h,d,t}$) on year-specific hospital fixed effects ($\alpha_{h,t}$), a vector of patient characteristics ($X_{i,h,d,t}$) comprised of indicators for patient age (measured in ten-year age bands), a dummy for the patient's sex, and a vector of DRG fixed effects ($\gamma_d$). The regression to produce our inpatient prices has the form:

$$(A1) \qquad p_{i,h,d,t} = \alpha_{h,t} + X_{i,h,d,t}\beta + \gamma_d + u_{i,h,d,t}$$

where $u_{i,h,d,t}$ is the stochastic error term. We recover the vector of hospital fixed effects $\hat{\alpha}_{h,t}$ and calculate a hospital price index for each year at the sample means of the patient characteristics ($\overline{X}$) and the DRG indicators, $\overline{d}$ (i.e., the sample mean basket of DRGs).

$$(A2) \qquad \hat{p}_{h,t} = \hat{\alpha}_{h,t} + \overline{X}\hat{\beta} + \overline{d}\hat{\gamma}_d$$

This yields the hospital's price, adjusted for its mix of treatments and mix of patients (note the fixed effect $\hat{\alpha}_{h,t}$ is the key output: $\overline{X}\hat{\beta} + \overline{d}\hat{\gamma}_d$ is just a constant across all hospitals to match the mean in the data).

For robustness, we also created alternate price indexes using many different functional forms. For example, in Appendix Table 10 we show robustness of the estimates reported in Table 6 in the paper to alternative approaches. Panel A has the baseline results which are the same as Panel A of Table 6, i.e. using $ln(\hat{p}_{h,t})$ as the dependent variable. Panel B constructs the risk-adjusted inpatient price by estimating Equation (A1) but using $ln(p_{i,h,d,t})$ instead of $p_{i,h,d,t}$. We then implement the analog of Equation (A2) to obtain an alternative $ln(price)$ that we use as the dependent variable in Panel B. In Panel C of Appendix Table 10, we use the level of price ($\hat{p}_{h,t}$) instead of the logarithm of price. In Panel D we include the Charlson Score of co-morbidities to the $X_{i,h,d,t}$ vector in Equation (A1). In Panel E we include a full set of ICD9 dummies instead of DRG dummies.

In addition, we also looked at many other approaches. For example, we calculated regressions where DRG complexity was parameterized using CMS's MS-DRG weights as right hand side control variables, rather than as fixed-effects for each DRG. We also calculated a price index where we regressed the DRG price divided by the DRG weight against patient characteristics and hospital fixed effects. These price measures are all highly correlated with each other (correlation coefficients greater than 0.95), and using alternative price measures does not materially affect our baseline results.

***Appendix B2: Procedure-Level Private-Payer Hospital Price Index:***

In addition to creating an inpatient price index, we also create risk-adjusted prices for the specific procedures we study. We adjust prices for differences in patient characteristics, just as we did in the inpatient price index. These regressions take the form:

11

(A3)
$$p^P_{i,h,d,t} = \alpha^P_{h,d,t} + X_{i,h,d,t}\beta^P_d + e^P_{i,h,d,t}$$

Superscript $P$ indicates one of our seven procedures. We then recover our estimates of the hospital-year-procedure fixed effects as we did when we constructed our inpatient price index.

### *Appendix B3: Constructing Hospital-Insurer Contracts*

*Determining between Share of Charge and Prospective Payment contracts*

Unfortunately we do not directly observe the contracts struck between insurers and hospitals. In order to classify cases into contracts we "reverse engineer" our data using an *ex post* algorithmic method from observations of prices, charges, and case characteristics. We did this after extensive discussions with insurers on a sensible way to back out contracts.

The first step is to search for repeated absolute prices and repeated price-to-charge ratios within a hospital for our narrowly defined procedures sample (or within DRGs in the inpatient sample). For each hospital and procedure, we look at all cases $i$ over the two year period for which we observe hospital charge data (i.e. January 1st 2010 to December 31st 2011). Prices are considered repeated if for all cases $i$ and $i'$ (i) their prices match to the cent ($0.01) or (ii) their price-to-charge ratios match within 0.1 percent (0.001). Type (i) contracts are likely to be prospective (say tied to a DRG) whereas type (ii) will be share of charge contracts.

If there is only ever one charge for a procedure, we cannot distinguish whether a case falls into one of these two categories. For example, if cases $i$ and $i'$ have the same payment for a knee replacement (e.g. $1,000), then we will suspect them of being on prospectively paid contracts. But, if their charges are identical (e.g. $2,000), the price to charge is also at 50 percent for both. This is usually the case for lower limb MRIs, for example, which is why we cannot successfully implement our algorithm on this procedure. We can, however, identify the payment type if there exists a third hospital case $i''$ which has the same price level but a different charge (or vice versa). For example if knee replacement case $i''$ *was also* $1,000, but had a charge of $4,000 we would classify all three cases as falling under a prospective pay contract as although its price was always $1,000, its price-to-charge ratio differed (i.e. was 25 percent for contract $i''$ and 50 percent for $i$ and $i'$).

There are, of course, a number of cases that cannot be classified in this manner, since they are singleton prices or singleton price-to-charge ratios. This may be because they are on a "hybrid" contract, which is prospective but with outlier payments. Or it may be that they are on one of the two standard contracts (share of charge or prospective payments) but there has only been one case over our period so we cannot distinguish the contract. We denote these "unclassified cases."

*Repeated contracts*

Repeated price-to-charges and repeated absolute prices define a "primitive contract," which we can then use to construct a more persistent set of payment agreements over time by observing whether the classifications hold sequentially over time. We define primitive contracts not only by their price, but also by the first and last date at which that agreement is executed. We calculate characteristics of these contracts, measuring the average monthly volume of patients who are paid under those agreements and measuring the plan characteristics of those contracts (percent of

patients on ASO or fully insured plans; the percent of patients by market segment: large group or small group; and the percent of patients by product type: health maintenance organization (HMO), preferred provider organization (PPO), point of service plan, exclusive provider organization, indemnity, and other). We use all of this information to find contracts that precede or follow each other in order to match primitive contracts over time. Matching contracts are those which begin/end within 45 days of the end/beginning of the candidate contract, and minimize the Euclidean distance of characteristics (patient volume and plan characteristics):

$$(B1) \qquad d(\vec{x}, \vec{y}) = \sqrt{\sum_{i=1}^{k} \frac{(x_i - y_i)^2}{s_i^2}}$$

where $x$ and $y$ are vectors of contract characteristics, and $s_i$ is the standard deviation of the $i^{th}$ characteristic across contracts. We recognize "valid" matches to be two contracts that mutually minimize this distance for each other.

While we can determine the type of contract without this matching procedure, the fact that matches are well determined by plan characteristics gives us confidence that distinct contracts reflect distinct agreements across insurers at the same hospital. As we illustrate in Figure 8 in the paper, we are able to link primitive contracts over renegotiations. For example, we can link two primitive contracts if, before and after a price increase, both have 60 percent of cases where the beneficiary is on an ASO product and 80 percent are part of a PPO plan.

*Illustrative Examples and Descriptive Statistics*

To illustrate this, re-consider Figure 9 in the paper for vaginal deliveries in one of the hospitals in our sample. This hospital had between 500 and 600 cases overall in 2010 and 2011.[8] We were able to identify that 59.5 percent of these fall under a share of charge contract (the circles) and 38.0 percent of these fall under a prospective pay contract (the triangles). The remaining 2.5 percent were unclassified. In one month in 2011, for example, we had 24 cases of which 10 were the same absolute price of $1000 and 14 were all on a 60 percent price-to-charge ratio. This means that for this hospital-month, 41.7 percent of cases were prospective payment contracts, 58.3 percent were price-to charge contracts and zero cases were unclassified.

Figure 10 shows how the contracts are split by the inpatient sample and for each procedure (these are all in terms of fractions of cases). The fraction unclassified is related to the sparsity of the data. As we noted above, the unclassifieds are a mixture of truly hybrid contracts and those we cannot classify, due to the fact we may only observe one case under a particular contract so do not have any other cases we can "match prices" with. This is particularly an issue for the inpatient sample where we are seeking to assign cases to contracts to every one of the approximately 750 DRGs for every hospital. Many hospitals (especially the smaller ones) will only have one case in a particular DRG over this time period. Recall that the only threshold the cases data have is that a hospital must have at least 50 inpatient cases over *all* DRGs in a year.

Appendix Figure 7 illustrates this issue by showing what is the impact on contract classification (across cases in the inpatient sample) of introducing more stringent cut-offs over the minimum number of cases per DRG in the hospital. We start with our baseline of zero on the far left of the

---

[8] To keep the figure anonymous, we are providing a range of the count of vaginal deliveries performed each year.

x-axis, i.e. we do not insist on any minimum number of cases per DRG in a hospital. At this point we reproduce the first bar chart in Figure 10 for the inpatient sample: 33.6 percent of cases are on prospective contracts; 17.3 percent are share of charges and 49.1 percent are unclassified. As we move to the right we see the fraction of unclassified cases shrink. This is because we are reducing the number of "singleton" prices by focusing on DRGs where we have more chance of identifying contracts. Importantly, the fraction of cases under share of charge contracts asymptotes after we condition on having only about 20 cases per DRG. This suggests, that the true fraction of cases which are on share of charge contracts are genuinely around 23 percent in our sample.

By contrast, the fraction on perspective payments contracts is still rising over the whole range of the x-axis.  By the time we restrict attention to DRGs with at least 100 cases in a hospital, we have shrunk the fraction of unclassifieds to under 10 percent and when we reach a 200 cases threshold, it is 4.2 percent.

It is tempting to conclude from this that all the remaining unclassified cases are prospective, so the "true" breakdown of cases is 23 percent on share of charges and 77 percent on prospective contracts. An important caveat to this reading of Appendix Figure 7 is that the sample is changing as we move along the x-axis. We are effectively conditioning on larger and larger hospitals. Hence, the increasing incidence of prospective payment contracts may be due to selection if prospective contracts are more prevalent in the larger volume hospitals. One might have reason to doubt this selection-based explanation of the Figure however, as share of charge contracts are more commonly associated with larger hospitals in the cross sectional regressions on the full inpatient sample. Appendix Table 8 (the full results of Table 6 Panel B) shows that there is a *positive* coefficient on hospital size (as measured by number of beds) in the regressions where the percentage of cases on share of charge is the dependent variable (and this is significant in our preferred Column (3)). Hence, our view is that Appendix Figure 7 shows that the unclassifieds are mainly prospective contracts (rather than hybrids) and this is simply disguised by the fact we only have finite samples of patients with many singleton observations.

This selection effect is very unlikely to be an explanation for our estimate of the percent of cases under share of charge contracts, as the fraction does not change much after a threshold of 5 cases per DRG. Hence we feel confident that the true share of charge incidence is really around 23 percent. The breakdown of the remaining 77 percent of cases between prospectives and hybrids has a bit more uncertainty. An upper bound for prospectives is 77 percent, but in principle a lower bound could be the 33.6 percent in the first column in Figure 10. As argued in the previous paragraph, however, our view is that the true incidence of prospective contracts is closer to 77 percent given the evidence in Appendix Figure 7.

*Share of Prospective Payment contracts that are Medicare Related*

As discussed in the text, we divide the prospective payments contracts into those that appear to be linked to the Medicare fee schedule and those that are not. Figure 12 in the paper illustrates the methodology for four hospitals.

In the inpatient sample as a whole, 74 percent of prospective payment contracts were linked to Medicare. This fraction was reasonably stable throughout the support of Appendix Figure 7. At baseline, when we do not require a minimum DRG-hospital count restriction, we observed that 72 percent of cases paid prospectively were linked to Medicare. This rose to 75 percent when we

14

limited our analysis to DRG-hospital pairs with more than 100 cases. In order to estimate the overall fraction of cases that paid prospectively and linked to Medicare, we have to make an assumption about how the unclassifieds are split. Appendix Figure 7 strongly suggests that the share of charge contracts are about 23 percent across all sample restrictions. If *all* of the remaining 77 percent of claims were under prospective contracts (which we have argued is not a bad assumption), the upper bound of the share of claims on Medicare related contracts would be 57 percent (= 77*0.74). Even this upper bound is considerably below the share of physician cases under prospective payment contracts linked to Medicare, which is estimated by Clemens and Gottlieb (2017) to be around 75 percent.

### *Appendix B4: Medicare Reimbursements*

We also construct hospital Medicare reimbursement rates for the services we observe from the HCCI data. Medicare reimburses providers for inpatient care on the basis of DRGs; these are set in an attempt to compensate hospitals slightly above their costs of treating Medicare patients. To calculate the payment for specific cases of care, Federal regulations stipulate that a hospital's base payment is multiplied by a DRG weight that is set by CMS to capture the complexity of treating a particular type of case. Using data obtained from the CMS webpage, we follow the regulations and calculate the base payment rate for every hospital for every year from 2008 through 2011, including adjustments for wage index reclassifications, indirect medical education payments, and disproportionate share payments. The base payment rate is the hospital's Medicare price before any adjustment for its specific mix of DRGs. This is analogous to the risk-adjusted private price. In addition, we also obtain DRG weights from CMS that allow us to know the rates CMS paid hospitals for every DRG per year from 2008 through 2011. We also create Medicare reimbursement rates for our outpatient services using the relevant ambulatory payment classification weights.

## APPENDIX C: Measuring Hospital Market and Insurer Market Structure

### *Appendix C1: Hospital Market Structure:*

We construct our measures of hospital market structure in a two-step process. The first step is to define a hospital's market area.[9] We define both fixed- and variable-radius markets. For our fixed-radius markets, we draw a radius around each hospital, which places hospitals in the center of circular markets of radius *z*. We construct hospital markets using five-mile, ten-mile, fifteen-mile, and thirty-mile radii extending outwards from hospitals' locations.[10] Previous analysis of Medicare beneficiaries found that 80 percent of patients were admitted to hospitals within ten miles of their home (Tay 2003). We generally report statistics for markets with a radius *z* of fifteen-miles drawn around each hospital, so that we capture the travel distance of most patients. We illustrate our results are robust to using radii of longer and shorter distances.

The second step is to measure market structure within our defined market areas. We do so in two ways. First, we identify whether the geographically defined markets are monopolies, duopolies, triopolies, or include four or more providers. Second, we calculate either counts of hospitals or Herfindahl-Hirschman Indexes (HHIs) within our various market definitions.

The HHI for each hospital-centered market containing *H* hospitals is:

(C1) $$\text{Hospital } HHI_{m,t} = \sum_{h=1}^{H} (s_{h,t}^{m})^{2},$$

where *Hospital HHI$_{m,t}$* is concentration in market *m* at time *t*, where $s_{h,t}^{m}$ is the market share of hospital *h* in market *m* at time *t,* calculated using hospital bed count.[11]

There are well-known endogeneity concerns about the use of concentration measures in pricing equations (e.g., Bresnahan 1989). For example, higher quality hospitals may attract more patients and have higher market shares, resulting in a higher HHI for their market. Since they will likely also have higher prices, this can lead to an estimated positive relationship between price and concentration driven by omitted quality rather than by market power. It is also possible that hospitals with higher shares may be lower cost, which could create a negative association between price and concentration, again due to an omitted variable. This may be less of a problem in our paper, since we have a number of observable measures of quality and of cost. Nonetheless, the estimates should be interpreted as associations, not causal effects.[12]

---

[9] These are approximations to hospitals' geographic markets, not precise antitrust markets. Since these are not precise markets, we test the robustness of our results to various market delineations.

[10] We also calculate a variable radius market where the radius that defines a hospitals' market is a function of the urban-rural classification defined by the US census. Hospitals located in 'large urban' areas are assigned a market defined by a ten-mile radius; hospitals located in 'urban' have a market defined around them using a fifteen-mile radius; and hospitals located in 'rural' areas have a market defined around them using a twenty-mile radius. For details on the Census definitions, see: https://www.census.gov/geo/reference/ua/uafaq.html.

[11] We also compute HHIs using hospital discharges and total days of care delivered. All measures have correlations of over 0.98.

[12] Kessler and McClellan (2000) propose one strategy to mitigate endogeneity by using a choice model to predict patient flows and then calculate market concentrations using predicted rather than actual patient flows. We cannot use this strategy because we do not see every patient treated at each hospital; we only see patients at a hospital who are insured by one of the three payers in our dataset. Moreover, as Cooper et al. (2011) note, fixed-radius HHIs measured

Appendix Figure 10 shows the relationship between hospital HHI, measured with our 15 mile radius market boundary, and our set of observable covariates. Unsurprisingly, rural areas have a higher hospital HHI. We also observe that higher hospital HHI is associated with hospitals having fewer technologies, lower rankings from the U.S. News and World reports, fewer beds, and lower quality scores. We also observe that hospitals with higher HHIs have lower Medicare payment levels and treat more Medicare patients.

### *Appendix C2: Insurance Market Structure:*

There are few reliable sources of information on market structure in the health insurance industry (Dafny et al. 2011). We measure insurance market structure in the following way. We measure, by county, the share of privately insured lives per county that are covered in our data. To do so, we use data from the Census Bureau's Small Area Health Insurance Estimates to identify total covered lives per county. We then use the count of covered lives per county from the HCCI data; the fraction of HCCI covered lives over total covered lives provides the share of county covered lives that received insurance coverage from the HCCI payers annually. Although this does not capture the market share across all private insurers, the measure is both county specific and is most relevant for the prices negotiated with the HCCI insurers (our dependent variable).

---

using actual patient flows are correlated at over 0.90 with Kessler and McClellan (2000) style predicted flow HHIs. Instead, we measure hospital market size and hospital market share based on the total number of beds within a market and a facility, respectively. We also note that the number of hospital beds is a measure potentially less subject to endogeneity than patient flows because it is costly for hospitals to alter the number of beds.

17

## APPENDIX D: Identifying Hospital Mergers

The American Hospital Association Annual Survey contains data on respondent hospitals in the United States. While the AHA data are an invaluable source of information regarding hospital characteristics and geography, they provide an incomplete picture of hospital ownership transitions for multiple reasons. As a result, we have implemented several corrections in order to create more comprehensive and accurate roster of hospital mergers.

First, the AHA reports data for a reference period preceding the year of the survey. As a result, system information in the AHA typically refers to the year following the reference year. In general, we deal with this issue by utilizing the lagged system information.

Second, the AHA sometimes deals with mergers and acquisitions in a way that complicates our analysis. In a case where one hospital merges with another, the AHA contains a single observation for the merged entity. However, when a system *acquires* a hospital, it sometimes retains its unique AHA ID and experiences a change in its system ID. In order to obtain a complete picture of hospital geography and ownership, we generate imputed observations for those hospitals, which are deleted from the data as a result of a merger, while noting the change in ownership structure through the system information.

We also incorporate several additional changes, which are motivated by validations with external data sources. We used data from the following databases to track mergers and acquisitions of hospitals: Irving-Levin Associates, Factset, and SDC Platinum. Each database contains detailed information (e.g. parties involved, announcement and closing dates) on both completed and failed M&A deals. To incorporate this merger information into the AHA survey, we aggregated the 2006 to 2011 AHA surveys to create a panel dataset of hospital IDs where the time unit is year. We then created a new health system ID for each hospital (called *sysid2*). If a hospital's health system ID (*sysid* in the AHA survey) was non-missing, we assigned this health system ID to *sysid2*. For those hospitals where the value was missing, we "filled-down" *sysid2* with the health system ID of the first non-missing year before it. That is, if hospital $h$ had health system ID $A$ in 2007, but the *sysid* was blank in 2008 and 2009, we assigned health system $A$ to $h$ in 2008 and 2009.[13] If a hospital had a missing *sysid* for all years, then we assigned the hospital's unique hospital ID number to the *sysid2* to denote that the hospital was an independent hospital in all years.

Next, we reviewed each merger description in the three M&A databases and determined which AHA hospital IDs were parties to a merger, which health system IDs corresponded to the parties involved, and the date the merger closed. We then recorded the system ID of the acquiring party in a new variable called *ilsysid* for the target hospital in the year the merger closed.[14] After completing this for every hospital merger in the three M&A databases, we then "filled-down" the blank values of the *ilsysid* variable in a similar manner to *sysid2* (i.e. the years where a hospital did not experience a merger). If the hospital was not involved in any mergers (according to our

---

[13] "Fill-down" in this context assumes the panel data are sorted by AHA hospital ID number and in ascending order by year.

[14] If the closing date was not populated in one of the M&A databases and we could not find a news article or report that documented the closing of the deal, we used the announcement date as an estimate of when the deal was completed.

three databases), then we assigned the hospital's unique ID number to the *ilsysid* variable to denote it was an independent hospital.

We then flagged all instances where *sysid2* did not equal *ilsysid* and reviewed each instance on a case-by-case basis to determine why there were discrepancies between the two health system IDs. We used resources such as Becker's Hospital Review and local newspapers to determine if *sysid2* or *ilsysid* (or neither) were the correct health system ID. We then created a consolidated health system ID variable (called *msysid*) to account for this new information; *msysid* is the variable we use to identify mergers. If the *msysid* of hospital $h$ switched from $s_1$ to $s_2$ between year $T-1$ and year $T$, then we say hospital $h$ experienced a merger in year $T$.

We have created a database of hospital mergers that are available at www.healthcarepricingproject.org.

### Appendix E: Matching Estimators for our Merger Analysis

In order to demonstrate the robustness of our result to choices of control hospitals, we implement several matching procedures. First, we follow Dranove and Lindrooth (2003) in generating propensity score matches using a probit regression including controls for the share of hospital admissions covered by Medicare and Medicaid, whether the hospital was located in an urban area, HMO penetration, number of hospitals in the market, miles to the closest hospital, teaching status, ownership type, and the number of beds in the hospital.

We perform K-Nearest Neighbor (KNN) matching to select the 20 closest matches for each hospital using the propensity score generated from a probit regression. Specifically, we predict the probability of merger using lagged controls for monopoly, duopoly, and triopoly indicators, combined county market share of HCCI insurers, county level insurer HHI, technologies, whether the hospital was ranked by US News and World Reports, number of beds, teaching status, ownership type, median income and un-insurance rate of the county, Medicare base payment rate, and share of hospital admissions paid by Medicare or Medicaid. We then use the predicted values from the probit to select the 20 closest matches for each hospital as control observations.

We also match based on Mahalanobis distance nationally and within state using the same controls used in the KNN matching (which rely on the hospital controls we use in our main analysis – i.e. in Table 8 Panel B).

20

### APPENDIX F: Robustness of Key Results in Markets Where Blue Cross and Blue Shield Insurance Plans Have High and Low Market Share

Although we provide the most comprehensive picture of privately insured spending and prices to date, we do not have claims from every insurer and, in particular, from the Blue Cross Blue Shield (BCBS) insurers. In this Appendix, we analyze the robustness of our results to focusing on segments of the data with high and low BCBS market share. The areas where the BCBS plans have high market share correspond to areas where we have low HCCI insurer market share.

We use data from HealthLeaders Interstudy to compute the BCBS market share by county (see Appendix Figure 13). The map in this figure shows the national distribution of BCBS market share. We estimate that BCBS plans account for approximately 41 percent of the privately insured market. The median county has BCBS market share of 51 percent. We use this measure directly in our hospital-level regression analyses, restricting attention to hospitals located in counties above and below the median.

In order to analyze the impact BCBS has on our spending results, we need a measure of BCBS market share by HRR. While there is not a one-to-one mapping between counties and HRRs (or even counties and zip codes), we estimate HRR level market share in the following way:

(1) We generate an estimate of zip code level market share using the counties which overlap it, weighting them by the share of residents in the zip code who live in each county;

(2) We then aggregate these zip code level market shares to the HRR level using the Dartmouth Atlas zip code to HRR crosswalk, again weighting by the fraction of the HRR who live in each zip code. We estimate the median HRR to have a BCBS market share of 47 percent, and present our spending results separately for HRRs above and below the median.

### *Appendix F1: Correlation of Private Health Spending Per Beneficiary and Medicare Spending Per Beneficiary*

BCBS market share is not strongly correlated with private health spending per beneficiary on the HCCI beneficiaries. There is a -0.064 correlation between total private spending per beneficiary in our HCCI data and BCBS county-level market share. There is a -0.026 correlation between private inpatient spending per beneficiary in our HCCI data and BCBS county-level market share. In Section III.A, we show that there is a 0.044 correlation across all HRRs in total spending per Medicare beneficiary per HRR and total spending per privately insured beneficiary per HRR. We also find a 0.172 correlation across all HRRs in inpatient spending per Medicare beneficiary per HRR and inpatient spending per privately insured beneficiary per HRR. In Appendix Table 21, we segment our sample into HRRs in which we estimate BCBS to have market share above and below 47 percent. As can be seen, the correlations differ little between high and low BCBS areas.

### *Appendix F2: Decomposing the Drivers of Spending Per Beneficiary into the Contributions of Price and Quantity*

In Section III.B, we decompose the drivers of inpatient spending variation on the privately insured into the relative contributions of price variation and quantity variation across HRRs in the US. We find that across the nation, variation in hospital prices drives 49.6 percent of the variation in inpatient spending and variation in the quantity of each DRG provided across HRRs accounts for

21

49.5 percent of the variation (the remainder is captured by a covariance term). In Appendix Table 22 we redo this analysis on the 153 HRRs with BCBS market share above 47 percent and the half of HRRs with BCBS below 47 percent.

As these results demonstrate, we see a similar role for prices and quantities to drive spending variation in HRRs where BCBS plans have above and below median market shares.

### *Appendix F3: Variation in Hospital Prices*

We find significant variation in hospital prices across HRRs, within HRRs, and within hospitals. In Table 5, we identify the share of the variation explained by a combination of HRR fixed effects, hospital fixed effects, and controls for plan characteristics. We found that including HRR fixed effects capture 33.5 percent of the national variation in hospitals' MRI prices and introducing hospital fixed effects captures 78.0 percent of price variation, which implies that roughly 22 percent of the variation in MRI prices across the nation occurs within hospitals. In Appendix Table 23 we recreate Table 5 for the half of counties with BCBS market share below 51 percent and the half of counties with BCBS market share above 51 percent.

These results are nearly identical to our main results and the key findings do not differ as a function of the BCBS market share.

In addition, we report the national coefficient of variation across our main procedures across HRRs, within HRRs, and within hospitals by month. For lower limb MRIs, the coefficient of variation across hospitals in the US is 0.40, the average within HRR coefficient of variation across hospitals is 0.31, and the average within hospital, within month coefficient of variation for lower-limb MRIs is 0.17. In Appendix Table 24, we replicate those numbers for all our procedures using hospitals in counties where BCBS market share is above 51 percent and in counties where BCBS market share is below 51 percent.

These results illustrate that we observe similar variation in procedure-level prices in counties with above and below average BCBS plan market share.

### *Appendix F4: Cross-Sectional Analysis of Hospital Prices*

In our cross-sectional results in Section VI (Column (3) in Table 6), we show that monopoly hospitals have prices that are 12.5 percent higher than hospitals in markets with four or more competitors, have 10.5 percentage points more of their cases paid as a share of charges and have 11.3 percent less of their prospectively set payment rates pegged to Medicare payment rates. In Appendix Table 25 Panels A and B, we replicate these results for hospitals in counties where BCBS has market share above and below 51 percent. These specifications include HRR, year fixed effects, and the same controls we use in the above mentioned analysis.

Our cross-sectional pricing results are similar in areas with high and low BCBS coverage when we do not include HRR fixed effects. When we include HRR fixed effects, we lose precision on our hospital market structure point estimates in HRRs with high BCBS market share. This is because while there are 70 low BCBS-share HRRs with both a monopoly hospital and a hospital facing three or more competitors, there are only 42 high BCBS-share HRRs with both a monopoly hospital and a hospital facing three or more competitors. As a result, we lose the variation we need to estimate these cross-sectional results with precision.

22

Another approach to testing the sensitivity of our results to insurer composition is to control for BCBS market share directly as a covariate in the regressions. We have also run specifications using a high order polynomial on HCCI insurers, as well as versions where we control for the top 10 insurers in each market, allowing their effects to differ based on whether they are HCCI insurers or not. In all of these exercises, the results are qualitatively unchanged. Likewise, as we illustrate in Appendix Table 25, introducing the county-level BCBS insurer share as a control variable does not change our main monopoly/duopoly/triopoly point estimates (see Column (2) of Appendix Table 25).

Appendix Table 25 Panel C examines whether hospital market structure is associated with the share of cases at a hospital paid as a share of hospital charges is robust in areas with high and low BCBS coverage with and without the inclusion of hospital fixed effects. Panel D shows that in markets where BCBS insurers have high and low market share, hospitals in markets with fewer other hospitals have a lower share of prospective payments that are linked to the Medicare fee schedule.

### *Appendix F5: Merger Analysis*

In our merger analysis in Section VII, we show that mergers of two hospitals that are located less than 5 miles apart raise prices by over 6 percent. In Appendix Table 26 we analyze mergers that occurred in counties with BCBS market shares above and below the median BCBS market share. As these results illustrate, while we observe that mergers raise prices in areas where the BCBS plans have low market share, we do not observe a price effect in areas where the BCBS plans have high market share. In part, this reflects that we observe considerably more mergers in areas where BCBS have low market share. For instance, we have 188 hospitals that are exposed to mergers where the merging parties are less than 15 miles apart. However, only 56 of them are in markets where BCBS payers have high market share. Likewise, for mergers involving hospitals located less than 5-miles apart, we have 34 hospitals within the support of our treatment effect estimation. However, only 6 of these are in high BCBS HRRs.

## References Used in the Appendix

Acemoglu, Daron and Amy Finkelstein "Input and Technology Choices in Regulated Industries: Evidence from the Health Care Sector" *Journal of Political Economy*, 116:5 (2008) 837-879

Bresnahan, Timothy, "Empirical Studies of Industries with Market Power", in *Handbook of Industrial Organization,* Volume 2 (1989): 1011-1057.

Chernew, Michael E., Lindsay M. Sabik, Amitabh Chandra, Teresa B. Gibson, and Joseph P. Newhouse, "Geographic Correlation Between Large-Firm Commercial Spending and Medicare Spending," *The American Journal of Managed Care*, 16 (2010), 131-138.

Clemens, Jeffrey, and Joshua D. Gottlieb, "In the Shadow of a Giant: Medicare's Influence on Private Physician Payments," *Journal of Political Economy*, 125 (2017), 1-39.

Cooper, Zack, Gibbons, Stephen, Jones, Simon, McGuire, Alistair, "Does Hospital Competition Save Lives? Evidence from the English NHS Patient Choice Reforms," *The Economic Journal,* 121(2011): 228-260.

Dafny, Leemore, Dranove, David, Limbrock, Frank, Scott Morton, Fiona, "Data Impediments to Empirical Work on Health Insurance Markets," *B.E. Journal of Economic Analysis and Policy*, 11(2011): 1-24.

Dranove, David, and Richard Lindrooth, "Hospital Consolidation and Costs: Another Look at the Evidence," *Journal of Health Economics, 22* (2003), 983-997.

Gaynor, Martin, and William B. Vogt, "Competition among Hospitals," *The Rand Journal of Economics*, 34 (2003), 764-785.

Gowrisankaran, Gautam, Aviv Nevo, and Robert Town, "Mergers When Prices Are Negotiated: Evidence from the Hospital Industry," *American Economic Review*, 105 (2015), 172-203.

Kessler, Daniel, McClellan, Mark, "Is Hospital Competition Socially Wasteful?," *Quarterly Journal of Economics,* 115(2000): 577-615.

Tay, Abigail, "Assessing Competition in Hospital Care Markets: The Importance of Accounting for Quality Differentiation" *Rand Journal of Economics,* 34(2003): 786-814.

Yale Center for Outcomes Research, "Medicare Hospital Quality Chartbook: Performance Report on Outcomes Measures. Centers for Medicare and Medicaid Services, 2013.

**Appendix Table 1: Comparison of AHA Hospitals, the Inpatient Sub-sample and the Procedure Sub-samples**

| | All AHA Hospitals | Inpatient | Hip Replacement | Knee Replacement | Cesarean Section | Vaginal Delivery | PTCA | Colonoscopy | MRI |
|---|---|---|---|---|---|---|---|---|---|
| **Market Characteristics** | | | | | | | | | |
| Monopoly | 0.275 | 0.163 | 0.028 | 0.073 | 0.07 | 0.105 | 0.04 | 0.129 | 0.168 |
| Duopoly | 0.194 | 0.194 | 0.087 | 0.153 | 0.153 | 0.161 | 0.125 | 0.185 | 0.198 |
| Triopoly | 0.108 | 0.123 | 0.06 | 0.099 | 0.102 | 0.096 | 0.09 | 0.099 | 0.125 |
| Hospital HHI | 0.541 | 0.461 | 0.314 | 0.38 | 0.374 | 0.402 | 0.338 | 0.425 | 0.472 |
| HCCI Market Share, County | 15.3 | 17.8 | 25.3 | 23.6 | 21.1 | 20.5 | 24.1 | 20.6 | 19.3 |
| **Hospital Characteristics** | | | | | | | | | |
| Number of Technologies | 51.1 | 59.3 | 74.3 | 68.3 | 67.7 | 66.2 | 71.8 | 65.1 | 62.7 |
| Ranked in US News & World Reports | 0.037 | 0.053 | 0.137 | 0.08 | 0.076 | 0.072 | 0.124 | 0.081 | 0.063 |
| Beds | 218.4 | 269.7 | 420.5 | 345.6 | 342.1 | 327.1 | 417.3 | 290.3 | 267.8 |
| Teaching Hospital | 0.306 | 0.38 | 0.622 | 0.503 | 0.478 | 0.455 | 0.555 | 0.428 | 0.389 |
| Government Owned | 0.167 | 0.122 | 0.068 | 0.074 | 0.088 | 0.101 | 0.074 | 0.108 | 0.117 |
| Non-Profit | 0.64 | 0.693 | 0.83 | 0.785 | 0.754 | 0.744 | 0.75 | 0.75 | 0.735 |
| **Local Area Characteristics** | | | | | | | | | |
| Percent of County Uninsured | 17.5 | 17.1 | 16.3 | 16.8 | 16.9 | 17.1 | 17.3 | 16.3 | 16.5 |
| Median Income | 49,019 | 51,516 | 55,663 | 53,892 | 55,116 | 54,566 | 52,968 | 53,691 | 51,745 |
| Rural | 0.292 | 0.162 | 0.01 | 0.042 | 0.048 | 0.068 | 0.029 | 0.124 | 0.164 |
| **Other Payers** | | | | | | | | | |
| Medicare Payment Rate | 6,295 | 6,437 | 6,339 | 6,207 | 6,464 | 6,482 | 6,400 | 6,381 | 6,208 |
| Share Medicare | 46.2 | 44.6 | 42.8 | 43.9 | 41.9 | 42 | 43.6 | 44.3 | 45.2 |
| Share Medicaid | 18.7 | 18.8 | 15.2 | 16.2 | 17.9 | 18.3 | 16.7 | 17.4 | 17.7 |
| **Quality Scores** | | | | | | | | | |
| 30-Day AMI Survival Rate | 16.1 | 16 | 15.5 | 15.8 | 15.8 | 15.9 | 15.6 | 15.9 | 16 |
| % of AMI Patients Given Aspirin at Arrival | 95.7 | 97.3 | 98.5 | 98.1 | 98.2 | 98.1 | 98.5 | 97.6 | 97.4 |
| % of Patients Given Antibiotics Pre Surgery | 91.5 | 93.3 | 94.4 | 94.4 | 94.1 | 94.1 | 94 | 94 | 93.9 |
| % of Surgery Patients Given Treatment to Prevent Blood Clots | 85.9 | 88 | 89.8 | 89.3 | 88.8 | 88.7 | 88.7 | 88.8 | 88.9 |
| **Number of Observations** | 12,847 | 8,772 | 1,259 | 2,660 | 3,794 | 4,096 | 1,764 | 3,512 | 5,082 |
| **Number of Hospitals** | 3,272 | 2,358 | 470 | 932 | 1,163 | 1,280 | 652 | 1,237 | 1,628 |
| **% of Inpatient Cases Represented** | 100 | 88.4 | 23.4 | 38.4 | 54.3 | 55.1 | 31.1 | 40.9 | 52.4 |

**Notes:** The inpatient data is derived from the inpatient sample. The procedure files are drawn from the procedure samples. MRIs include only lower-limb scans.

**Appendix Table 2: Effect of Sample Restrictions on Number of Cases and Hospitals**

|  | Cases | Facilities |
|---|---|---|
| 1. Condition on match to AHA | 5,865,727 | 4,326 |
| 2. Exclude critical access hospitals | 5,814,378 | 3,202 |
| 3. Condition on match to Medicare payment data | 5,808,583 | 3,199 |
| 4. Exclude 2007 data | 5,039,479 | 3,189 |
| 5. Exclude hospitals with fewer than 50 cases per year | 4,964,774 | 2,358 |

**Notes:** This table tracks the impact of each of our successive cleaning rules on the inpatient data used in our main analyses. The data contains cases drawn from all claims in the HCCI database from 2007 to 2011.

26

**Appendix Table 3: Counterfactual Spending Holding Price or Quantity Fixed, 2011**

**All Medicare vs Private Ages 55-64**

| | (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) | (9) | (10) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Private Spending | | | | | | Medicare Spending | | | |
| | Raw | Fix Price at National Level | *Effect of fixing price* | Fix Quantity at National Level | *Effect of fixing quantity* | | Raw | Fix Price at National Level | *Effect of fixing price* | Fix Quantity at National Level | *Effect of fixing quantity* |
| Mean | 1,817 | 1,763 | | 1,284 | | | 3,704 | 3,820 | | 3,544 | |
| SD | 800 | 581 | | 472 | | | 1,281 | 1,157 | | 655 | |
| Coefficient of Variation | 0.44 | 0.33 | *-0.11* | 0.37 | *-0.07* | | 0.35 | 0.30 | *-0.04* | 0.18 | *-0.16* |
| Gini | 0.21 | 0.15 | *-0.05* | 0.21 | *-0.0004* | | 0.18 | 0.17 | *-0.01* | 0.10 | *-0.08* |
| p90/p10 | 2.39 | 1.85 | *-0.53* | 2.71 | *0.32* | | 2.23 | 2.20 | *-0.03* | 1.53 | *-0.70* |
| Number of HRRs | 306 | 306 | | 306 | | | 306 | 306 | | 306 | |

**Notes:** Counterfactual spending measures are calculated at the HRR level using 2011 spending data. Columns (1) and (6) present raw inpatient spending per beneficiary for the privately insured and Medicare populations, respectively. Columns (2) and (7) present the spending per privately insured and Medicare beneficiary when DRG-level prices are fixed to be the national average in all regions. Columns (3) and (8) report the reduction in measures of spending variation that result from fixing price. Columns (4) and (9) present spending per privately insured and Medicare beneficiary when the quantity of care (i.e. mix of DRGs as well as the rate at which beneficiaries are admitted across DRGs) is fixed to the national average. Columns (5) and (10) report the reductions in measures of spending variation that result from fixing quantity.

**Appendix Table 4: Counterfactual Spending for Holding Price and Quantity Fixed, 2011**

**All Medicare vs Private, Ages 18-64**

| | (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) | (9) | (10) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Private Spending | | | | | | Medicare Spending | | | |
| | Raw | Fix Price at National Level | *Effect of fixing price* | Fix Quantity at National Level | *Effect of fixing quantity* | | Raw | Fix Price at National Level | *Effect of fixing price* | Fix Quantity at National Level | *Effect of fixing quantity* |
| Mean | 963 | 942 | | 790 | | | 3,704 | 3,820 | | 3,544 | |
| SD | 446 | 332 | | 250 | | | 1,281 | 1,157 | | 655 | |
| Coefficient of Variation | 0.46 | 0.35 | *-0.11* | 0.32 | *-0.15* | | 0.35 | 0.30 | *-0.04* | 0.18 | *-0.16* |
| Gini | 0.21 | 0.15 | *-0.05* | 0.17 | *-0.03* | | 0.18 | 0.17 | *-0.01* | 0.10 | *-0.08* |
| p90/p10 | 2.34 | 1.87 | *-0.47* | 2.14 | *-0.20* | | 2.23 | 2.20 | *-0.03* | 1.53 | *-0.70* |
| Number of HRRs | 306 | 306 | | 306 | | | 306 | 306 | | 306 | |

**Notes:** Counterfactual spending measures are calculated at the HRR level using 2011 spending data. Columns (1) and (6) present raw inpatient spending per beneficiary for the privately insured and Medicare populations, respectively. Columns (2) and (7) present the spending per privately insured and Medicare beneficiary when DRG-level prices are fixed to be the national average in all regions. Columns (3) and (8) report the reduction in measures of spending variation that result from fixing price. Columns (4) and (9) present spending per privately insured and Medicare beneficiary when the quantity of care (i.e. mix of DRGs as well as the rate at which beneficiaries are admitted across DRGs) is fixed to the national average. Columns (5) and (10) report the reductions in measures of spending variation that result from fixing quantity.

28

**Appendix Table 5: Results of Formal Price/Quantity Decomposition
of Medicare and Private Health Spending, 2011, Ages 18-64**

| | Private | | | Medicare | | |
|---|---|---|---|---|---|---|
| | (1) Share Price | (2) Share Quantity | (3) Share Covariance | (4) Share Price | (5) Share Quantity | (6) Share Covariance |
| Craniotomy & endovascular intracranial procedures w MCC | 0.386 | 0.535 | 0.079 | 0.120 | 0.860 | 0.020 |
| Pulmonary edema & respiratory failure | 0.488 | 0.437 | 0.075 | 0.213 | 0.770 | 0.017 |
| Simple pneumonia & pleurisy w MCC | 0.546 | 0.482 | -0.028 | 0.160 | 1.073 | -0.233 |
| Simple pneumonia & pleurisy w CC | 0.493 | 0.747 | -0.240 | 0.221 | 0.989 | -0.210 |
| Respiratory system diagnosis w ventilator support 96+ hours | 0.609 | 0.540 | -0.150 | 0.102 | 0.771 | 0.127 |
| Respiratory system diagnosis w ventilator support <96 hours | 0.571 | 0.484 | -0.055 | 0.155 | 0.987 | -0.143 |
| Cardiac valve & oth maj cardiothoracic proc w/o card cath w MCC | 0.396 | 0.617 | -0.013 | 0.086 | 0.840 | 0.074 |
| Cardiac valve & oth maj cardiothoracic proc w/o card cath w CC | 0.312 | 0.618 | 0.071 | 0.069 | 0.846 | 0.085 |
| Coronary bypass w cardiac cath w/o MCC | 0.238 | 0.852 | -0.090 | 0.074 | 1.168 | -0.242 |
| Major cardiovasc procedures w MCC or thoracic aortic anuerysm repair | 0.478 | 0.447 | 0.075 | 0.166 | 0.871 | -0.037 |
| Major cardiovascular procedures w/o MCC | 0.360 | 0.760 | -0.120 | 0.163 | 1.059 | -0.222 |
| Perc cardiovasc proc w drug-eluting stent w MCC or 4+ vessels/stents | 0.329 | 0.722 | -0.052 | 0.089 | 1.004 | -0.094 |
| Perc cardiovasc proc w drug-eluting stent w/o MCC | 0.463 | 0.889 | -0.352 | 0.153 | 1.113 | -0.265 |
| Circulatory disorders except AMI, w card cath w/o MCC | 0.339 | 0.877 | -0.216 | 0.112 | 1.110 | -0.222 |
| Major small & large bowel procedures w MCC | 0.584 | 0.421 | -0.005 | 0.213 | 0.888 | -0.101 |
| Major small & large bowel procedures w CC | 0.387 | 0.564 | 0.049 | 0.193 | 0.811 | -0.005 |
| Esophagitis, gastroent & misc digest disorders w/o MCC | 0.372 | 0.835 | -0.208 | 0.164 | 1.028 | -0.192 |
| Spinal fusion except cervical w/o MCC | 0.280 | 0.571 | 0.149 | 0.085 | 1.067 | -0.152 |
| Major joint replacement or reattachment of lower extremity w/o MCC | 0.331 | 0.724 | -0.055 | 0.213 | 0.973 | -0.186 |
| Cellulitis w/o MCC | 0.406 | 0.995 | -0.401 | 0.128 | 0.923 | -0.051 |
| Kidney & urinary tract infections w/o MCC | 0.372 | 0.750 | -0.122 | 0.151 | 1.062 | -0.212 |
| Infectious & parasitic diseases w O.R. procedure w MCC | 0.590 | 0.306 | 0.104 | 0.112 | 0.769 | 0.119 |
| Septicemia w MV 96+ hours | 0.768 | 0.269 | -0.038 | 0.072 | 0.860 | 0.067 |
| Septicemia w/o MV 96+ hours w MCC | 0.508 | 0.457 | 0.035 | 0.120 | 0.815 | 0.064 |
| Rehabilitation w CC/MCC | 0.420 | 0.507 | 0.074 | 0.056 | 1.164 | -0.219 |
| *Average Shares (weighted by spending)* | *0.438* | *0.567* | *-0.005* | *0.127* | *0.953* | *-0.081* |

**Notes:** The decomposition of ln(spending per beneficiary) is carried out on the 2011 Medicare and HCCI inpatient spending samples. The Medicare analysis is based on data drawn from the 100% sample of Medicare claims that we accessed via the AHD. The HCCI data includes all inpatient claims and is drawn from our spending sample. "CC" is short for with "complication or comorbidity"; "MCC" is short for with "major complication or comorbidity"; "proc"="procedure"; "cath" = "catheter"; "w"=With"; "w/o"="without". Because of space constraints, we show the top 25 highest spending DRGs in the HCCI data; the "Average Shares" in the final row are the average decomposition results by DRG (weighted by spending) across the 735 DRGs (HCCI) 562 DRGs (Medicare).

29

**Appendix Table 6: Hospital Procedure Prices (Mean and Coefficient of Variation) for the 25 Most Populated HRRs, 2011**

| | Inpatient | | Hip Replacement | | Knee Replacement | | Cesarean Section | | Vaginal Delivery | | PTCA | | Colonoscopy | | Lower Limb MRI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | CoV | Mean | CoV | Mean | CoV | Mean | CoV | Mean | CoV | Mean | CoV | Mean | CoV | Mean | CoV |
| Phoenix, AZ | 15,710 | 0.427 | 16,350 | 0.195 | 20,376 | 0.471 | 7,378 | 0.262 | 4,982 | 0.297 | 15,236 | 0.298 | 1,724 | 0.522 | 1,326 | 0.6 |
| Los Angeles, CA | 14,836 | 0.355 | 25,658 | 0.387 | 22,447 | 0.465 | 9,205 | 0.342 | 5,998 | 0.317 | 20,773 | 0.52 | 2,459 | 0.325 | 1,453 | 0.281 |
| Denver, CO | 15,876 | 0.291 | 20,475 | 0.287 | 22,849 | 0.38 | 8,471 | 0.229 | 4,912 | 0.237 | 25,423 | 0.22 | 2,127 | 0.356 | 1,306 | 0.335 |
| Washington, DC | 10,830 | 0.204 | 19,669 | 0.183 | 18,521 | 0.302 | 7,532 | 0.216 | 5,603 | 0.143 | 21,855 | 0.297 | 1,302 | 0.394 | 1,010 | 0.378 |
| Ft Lauderdale, FL | 12,329 | 0.288 | 21,230 | 0.278 | 22,008 | 0.365 | 6,349 | 0.247 | 4,471 | 0.205 | 23,574 | 0.287 | 1,639 | 0.309 | 753 | 0.405 |
| Miami, FL | 12,983 | 0.257 | 22,418 | 0.34 | 25,454 | 0.287 | 6,439 | 0.165 | 4,827 | 0.189 | 23,942 | 0.41 | 1,855 | 0.422 | 1,213 | 0.654 |
| Orlando, FL | 13,902 | 0.28 | 24,987 | 0.3 | 23,137 | 0.288 | 7,800 | 0.21 | 4,685 | 0.276 | 23,779 | 0.336 | 2,142 | 0.287 | 1,219 | 0.309 |
| Atlanta, GA | 11,368 | 0.253 | 20,617 | 0.266 | 20,105 | 0.319 | 5,905 | 0.281 | 4,303 | 0.261 | 19,038 | 0.28 | 1,653 | 0.408 | 1,040 | 0.377 |
| Louisville, KY | 9,509 | 0.241 | 18,508 | 0.207 | 15,628 | 0.173 | 5,611 | 0.278 | 4,138 | 0.341 | 14,680 | 0.193 | 1,343 | 0.273 | 1,206 | 0.386 |
| Minneapolis, MN | 14,225 | 0.177 | 23,613 | 0.192 | 22,542 | 0.167 | 8,488 | 0.19 | 4,953 | 0.137 | 24,412 | 0.179 | 1,499 | 0.165 | 1,299 | 0.395 |
| Kansas City, MO | 11,240 | 0.222 | 19,441 | 0.252 | 18,499 | 0.239 | 5,935 | 0.251 | 4,012 | 0.206 | 20,567 | 0.297 | 1,448 | 0.181 | 1,182 | 0.295 |
| St. Louis, MO | 10,091 | 0.317 | 15,225 | 0.117 | 14,415 | 0.155 | 5,070 | 0.236 | 3,922 | 0.317 | 18,401 | 0.2 | 1,227 | 0.238 | 1,188 | 0.298 |
| Camden, NJ | 13,131 | 0.487 | 20,351 | 0.237 | 20,142 | 0.262 | 9,144 | 0.295 | 6,542 | 0.249 | 21,064 | 0.39 | 1,548 | 0.362 | 1,006 | 0.265 |
| E Long Island, NY | 13,664 | 0.216 | 40,049 | 0.135 | 31,567 | 0.201 | 8,905 | 0.136 | 6,279 | 0.142 | 32,862 | 0.174 | 2,154 | 0.232 | 1,294 | 0.4 |
| Manhattan, NY | 13,529 | 0.229 | 30,464 | 0.082 | 28,323 | 0.214 | 8,337 | 0.26 | 5,715 | 0.201 | 28,654 | 0.292 | 1,745 | 0.287 | 1,050 | 0.241 |
| Cincinnati, OH | 11,749 | 0.156 | 25,085 | 0.091 | 23,153 | 0.12 | 6,381 | 0.079 | 4,465 | 0.134 | 21,641 | 0.125 | 1,794 | 0.154 | 1,259 | 0.455 |
| Columbus, OH | 13,638 | 0.171 | 30,246 | 0.198 | 27,439 | 0.288 | 7,783 | 0.304 | 5,265 | 0.224 | 25,401 | 0.287 | 1,506 | 0.402 | 1,446 | 0.307 |
| Philadelphia, PA | 12,236 | 0.257 | 27,697 | 0.231 | 26,173 | 0.287 | 9,464 | 0.274 | 6,402 | 0.247 | 29,369 | 0.302 | 1,945 | 0.387 | 1,512 | 0.515 |
| Austin, TX | 11,957 | 0.216 | 24,713 | 0.183 | 23,964 | 0.172 | 6,435 | 0.099 | 4,523 | 0.087 | 27,261 | 0.21 | 1,349 | 0.211 | 1,069 | 0.296 |
| Dallas, TX | 13,691 | 0.244 | 32,427 | 0.186 | 31,826 | 0.209 | 6,992 | 0.207 | 5,070 | 0.164 | 29,935 | 0.2 | 1,627 | 0.169 | 1,277 | 0.312 |
| Fort Worth, TX | 13,632 | 0.248 | 39,709 | 0.115 | 34,626 | 0.24 | 7,001 | 0.185 | 5,220 | 0.173 | 29,917 | 0.232 | 1,617 | 0.222 | 1,191 | 0.375 |
| Houston, TX | 12,643 | 0.434 | 26,855 | 0.341 | 22,642 | 0.31 | 6,319 | 0.218 | 4,308 | 0.302 | 29,663 | 0.299 | 1,409 | 0.338 | 1,178 | 0.402 |
| San Antonio, TX | 12,770 | 0.288 | 24,733 | 0.138 | 22,621 | 0.205 | 6,247 | 0.291 | 3,608 | 0.34 | 26,139 | 0.125 | 1,179 | 0.289 | 1,082 | 0.319 |
| Arlington, VA | 12,987 | 0.126 | 24,672 | 0.137 | 24,428 | 0.136 | 7,868 | 0.129 | 5,420 | 0.135 | 22,984 | 0.201 | 1,707 | 0.155 | 1,460 | 0.177 |
| Milwaukee, WI | 14,084 | 0.159 | 25,284 | 0.167 | 24,491 | 0.169 | 8,585 | 0.165 | 5,103 | 0.126 | 26,266 | 0.251 | 2,450 | 0.213 | 1,561 | 0.248 |
| *National Average* | *13,815* | *0.218* | *24,658* | *0.162* | *23,567* | *0.182* | *7,825* | *0.184* | *4,957* | *0.183* | *25,992* | *0.196* | *1,719* | *0.228* | *1,373* | *0.249* |
| *Medicare Average* | *6,461* | *0.087* | *13,389* | *0.064* | *13,039* | *0.068* | *4,954* | *0.067* | *3,175* | *0.096* | *12,907* | *0.072* | *656* | *0.073* | *354* | *0.033* |

**Notes**: Prices are regression adjusted transaction prices for 2011. CoV = coefficient of variation. The national averages present the mean within HRR Coefficient of Variation (CoV) and the average within HRR price. The data are drawn from the pricing samples and include prices that are risk-adjusted for age and sex. The inpatient analysis uses our risk-adjusted inpatient price index.

30

### Appendix Table 7: Inpatient Cross-Sectional Price Regressions with All Controls, 2008-2011; Full Results

| Dependent Variable: | ln(Facilities Price) | | |
|---|---|---|---|
| **Market Characteristics** | | | |
| Monopoly | 0.234*** | 0.190*** | 0.118*** |
| | (0.024) | (0.024) | (0.024) |
| Duopoly | 0.161*** | 0.130*** | 0.073*** |
| | (0.021) | (0.020) | (0.024) |
| Triopoly | 0.115*** | 0.083*** | 0.036 |
| | (0.023) | (0.023) | (0.023) |
| Share HCCI | | -0.006*** | -0.007*** |
| | | (0.002) | (0.002) |
| **Hospital Characteristics** | | | |
| ln(Technologies) | 0.012** | 0.011** | 0.010** |
| | (0.005) | (0.005) | (0.004) |
| Ranked by US News and World Reports | 0.118*** | 0.138*** | 0.134*** |
| | (0.031) | (0.031) | (0.033) |
| ln(Number of Beds) | 0.046*** | 0.040*** | 0.067*** |
| | (0.012) | (0.011) | (0.010) |
| Teaching Hospital | -0.006 | 0.001 | 0.020 |
| | (0.018) | (0.018) | (0.014) |
| Government Owned | -0.129*** | -0.133*** | -0.148*** |
| | (0.031) | (0.031) | (0.030) |
| Non-Profit | -0.049** | -0.053** | -0.074*** |
| | (0.022) | (0.022) | (0.023) |
| **County Characteristics** | | | |
| Percent Uninsured | 0.006** | 0.009*** | -0.002 |
| | (0.002) | (0.002) | (0.003) |
| ln(Median Income) | 0.137*** | 0.236*** | 0.048 |
| | (0.047) | (0.050) | (0.056) |
| **Other Payers** | | | |
| ln(Medicare Base Payment Rate) | 0.430*** | 0.299*** | 0.088 |
| | (0.083) | (0.085) | (0.078) |
| Share Medicare | -0.003*** | -0.004*** | -0.002*** |
| | (0.001) | (0.001) | (0.001) |
| Share Medicaid | -0.004*** | -0.004*** | -0.002** |
| | (0.001) | (0.001) | (0.001) |
| R-square | 0.143 | 0.170 | 0.453 |
| Year Fixed Effects | Yes | Yes | Yes |
| HRR Fixed Effects | No | Yes | Yes |
| Observations | 8,772 | 8,772 | 8,772 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates with standard errors clustered at the HRR-level in parentheses. We use hospital price data from 2008 to 2011. Facilities prices are regression adjusted transaction prices that are risk-adjusted for DRG, age, and sex. All regressions include yearly fixed effects. The omitted hospital market structure is quadropoly or greater and the omitted ownership category is private hospitals.

31

**Appendix Table 8: Inpatient Regressions for Percent of Cases Paid as Share of Charges, 2010-2011; Full Results**

| Dependent Variable: | Percent of Cases Paid as Share of Charges | | |
|---|---|---|---|
| **Market Characteristics** | | | |
| Monopoly | 17.335*** | 15.241*** | 10.455*** |
| | (1.828) | (1.823) | (1.778) |
| Duopoly | 9.979*** | 8.424*** | 5.702*** |
| | (1.760) | (1.740) | (1.596) |
| Triopoly | 7.804*** | 6.235** | 4.909** |
| | (1.909) | (1.938) | (1.608) |
| Share HCCI | | -0.288*** | -0.403*** |
| | | (0.077) | (0.120) |
| **Hospital Characteristics** | | | |
| ln(Technologies) | 0.733** | 0.750** | 0.462 |
| | (0.271) | (0.270) | (0.249) |
| Ranked by US News and World Reports | 3.860 | 4.807* | 1.728 |
| | (2.299) | (2.284) | (1.501) |
| ln(Number of Beds) | 1.099 | 0.809 | 2.905*** |
| | (0.791) | (0.776) | (0.601) |
| Teaching Hospital | 1.343 | 1.615 | 0.528 |
| | (0.934) | (0.949) | (0.784) |
| Government Owned | 3.265 | 3.048 | 4.407* |
| | (1.847) | (1.842) | (1.828) |
| Non-Profit | 6.651*** | 6.514*** | 4.532*** |
| | (1.188) | (1.219) | (1.103) |
| **County Characteristics** | | | |
| Percent Uninsured | -0.338* | -0.215 | 0.248 |
| | (0.136) | (0.141) | (0.347) |
| ln(Median Income) | -2.637 | 1.934 | 3.761 |
| | (3.961) | (4.205) | (5.049) |
| **Other Payers** | | | |
| ln(Medicare Base Payment Rate) | -18.993*** | -25.057*** | -16.714*** |
| | (4.833) | (5.367) | (4.679) |
| Share Medicare | -0.377*** | -0.388*** | -0.206*** |
| | (0.079) | (0.077) | (0.050) |
| Share Medicaid | -0.032 | -0.015 | -0.086 |
| | (0.068) | (0.069) | (0.045) |
| R-square | 0.166 | 0.179 | 0.557 |
| Yearly FE | Yes | Yes | Yes |
| HRR FE | No | Yes | Yes |
| Observations | 4,344 | 4,344 | 4,344 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. We measure percent of inpatient cases paid as share of charges for 2010-2011. The omitted hospital market structure is quadropoly or greater and the omitted ownership category is private hospitals.

### Appendix Table 9: Inpatient Regressions for Share of Linked to Medicare, 2010-2011; Full Results

| Dependent Variable: | Share of Prospective Payments Linked to Medicare | | |
|---|---|---|---|
| **Market Characteristics** | | | |
| Monopoly | -16.849*** | -11.275*** | -11.293*** |
| | (2.882) | (2.696) | (3.160) |
| Duopoly | -8.791*** | -4.272* | -5.595** |
| | (2.441) | (2.443) | (2.316) |
| Triopoly | -7.111** | -2.422 | -5.747** |
| | (2.866) | (2.727) | (2.790) |
| HCCI Market Share | | 0.890*** | 0.616*** |
| | | (0.091) | (0.174) |
| **Hospital Characteristics** | | | |
| ln(Technologies) | 0.465 | 0.453 | 0.809* |
| | (0.511) | (0.461) | (0.459) |
| Ranked in US News & World Reports | 7.662** | 4.591 | 5.339* |
| | (3.390) | (3.266) | (2.722) |
| ln(Beds) | 7.998*** | 9.138*** | 9.320*** |
| | (1.317) | (1.209) | (1.239) |
| Teaching | 4.402*** | 3.405** | 2.504* |
| | (1.511) | (1.429) | (1.472) |
| Government | -0.859 | -0.481 | -3.377 |
| | (2.588) | (2.535) | (2.638) |
| Non-Profit | 2.781 | 3.031 | 1.485 |
| | (2.022) | (1.881) | (2.084) |
| **County Characteristics** | | | |
| Percent Uninsured | -0.024 | -0.394** | -0.118 |
| | (0.264) | (0.186) | (0.483) |
| ln(Median Income) | -0.747 | -14.915*** | -3.349 |
| | (5.510) | (4.781) | (7.177) |
| **Other Payers** | | | |
| ln(Medicare Base Payment Rate) | -34.805*** | -14.562* | -18.145** |
| | (8.942) | (7.824) | (8.960) |
| Share Medicare | -0.210** | -0.140* | -0.231*** |
| | (0.087) | (0.081) | (0.080) |
| Share Medicaid | -0.071 | -0.126 | -0.185** |
| | (0.091) | (0.086) | (0.086) |
| R-Squared | 0.115 | 0.172 | 0.380 |
| Yearly-FE | Yes | Yes | Yes |
| HRR-FE | No | Yes | Yes |
| Observations | 3,669 | 3,669 | 3,669 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. We measure share of inpatient cases linked to Medicare from 2010 to 2011. All regressions include yearly fixed effects. The omitted hospital market structure is quadropoly or greater and the omitted ownership category is private hospitals.

33

**Appendix Table 10: Cross-sectional Pricing Regressions Using Alternative Price Measures**

| Panel A: Baseline Result, Observations = 8,772 | | | |
|---|---|---|---|
| Monopoly | 0.234*** | 0.190*** | 0.118*** |
| | (0.024) | (0.024) | (0.024) |
| Duopoly | 0.161*** | 0.130*** | 0.073*** |
| | (0.021) | (0.020) | (0.024) |
| Triopoly | 0.115*** | 0.083*** | 0.036 |
| | (0.023) | (0.023) | (0.023) |
| HCCI Market Share | | -0.006*** | -0.007*** |
| | | (0.002) | (0.002) |
| **Panel B: ln(Price) Before Risk-Adjustment, Observations = 8,772** | | | |
| Monopoly | 0.222*** | 0.182*** | 0.096*** |
| | (0.027) | (0.028) | (0.026) |
| Duopoly | 0.148*** | 0.119*** | 0.047* |
| | (0.023) | (0.022) | (0.024) |
| Triopoly | 0.095*** | 0.066*** | 0.002 |
| | (0.025) | (0.025) | (0.023) |
| HCCI Market Share | | -0.006*** | -0.007*** |
| | | (0.002) | (0.002) |
| **Panel C: Levels of Price, Observations = 8,772** | | | |
| Monopoly | 3080.604*** | 2402.447*** | 1604.775*** |
| | (350.922) | (343.335) | (339.422) |
| Duopoly | 2168.105*** | 1685.231*** | 1006.571*** |
| | (290.420) | (266.204) | (319.430) |
| Triopoly | 1545.485*** | 1055.851*** | 470.042 |
| | (303.488) | (300.250) | (314.683) |
| HCCI Market Share | | -96.276*** | -116.731*** |
| | | (19.530) | (23.029) |
| **Panel D: Adding Charlson Score to Risk Adjustment, Observations = 8,491** | | | |
| Monopoly | 0.230*** | 0.188*** | 0.115*** |
| | (0.024) | (0.025) | (0.024) |
| Duopoly | 0.159*** | 0.129*** | 0.070*** |
| | (0.021) | (0.020) | (0.024) |
| Triopoly | 0.119*** | 0.088*** | 0.038* |
| | (0.023) | (0.023) | (0.023) |
| HCCI Market Share | | -0.006*** | -0.008*** |
| | | (0.002) | (0.002) |
| **Panel E: Risk-Adjustment Using ICD9 Codes, Observations = 8,772** | | | |
| Monopoly | 0.205*** | 0.158*** | 0.076*** |
| | (0.027) | (0.027) | (0.026) |
| Duopoly | 0.156*** | 0.123*** | 0.055** |
| | (0.024) | (0.022) | (0.026) |
| Triopoly | 0.107*** | 0.073*** | 0.012 |
| | (0.024) | (0.025) | (0.024) |
| HCCI Market Share | | -0.007*** | -0.008*** |
| | | (0.002) | (0.002) |
| HRR FE | No | No | Yes |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates with standard errors clustered at the HRR-level in parentheses. All regressions include controls in Table 6 notes. In Panel B ln(prices) rather than levels are used in Equation (A1). Panel C uses level instead of logs of prices. In Panels A, B, and C, prices are risk-adjusted for DRG, age, and sex. In Panel D, they are risk-adjusted for DRG, Charlson Score, age, and sex. In Panel E, we risk-adjust using ICD-9 codes, age, and sex.

**Appendix Table 11: Procedure-Level Regressions Measured as the Sum of Facility and Physician Prices, 2008-2011**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
|---|---|---|---|---|---|---|---|---|---|
| Sample: | Inpatient | Pooled Procedures | Hip Replacement | Knee Replacement | Cesarean Section | Vaginal Delivery | PTCA | Colonoscopy | MRI |
| Dependent Variable: | | | | ln(Facilities Price + Physician Price) | | | | | |
| **Market Characteristics** | | | | | | | | | |
| Monopoly | 0.093*** | 0.110*** | 0.026 | 0.120** | 0.084** | 0.053** | 0.135 | 0.077** | 0.189*** |
| | (0.019) | (0.022) | (0.089) | (0.048) | (0.038) | (0.027) | (0.091) | (0.037) | (0.032) |
| Duopoly | 0.058*** | 0.078*** | 0.004 | 0.012 | 0.053** | 0.044*** | 0.137** | 0.083** | 0.125*** |
| | (0.018) | (0.016) | (0.061) | (0.038) | (0.022) | (0.017) | (0.064) | (0.035) | (0.028) |
| Triopoly | 0.028 | 0.046*** | 0.070 | -0.006 | 0.026 | 0.002 | 0.071 | 0.043 | 0.115*** |
| | (0.018) | (0.017) | (0.071) | (0.039) | (0.027) | (0.021) | (0.047) | (0.034) | (0.031) |
| HCCI Market Share | -0.006*** | -0.003** | 0.000 | -0.003 | -0.000 | -0.002 | -0.002 | -0.003 | -0.004* |
| | (0.001) | (0.001) | (0.003) | (0.003) | (0.002) | (0.001) | (0.003) | (0.002) | (0.002) |
| **Hospital Characteristics** | | | | | | | | | |
| ln(Technologies) | 0.008** | 0.006** | -0.003 | -0.004 | 0.004 | 0.001 | 0.014* | 0.013** | 0.009 |
| | (0.003) | (0.003) | (0.008) | (0.006) | (0.004) | (0.003) | (0.008) | (0.006) | (0.007) |
| Ranked in US News | 0.107*** | 0.063*** | 0.032 | 0.073** | 0.072*** | 0.067*** | 0.052 | 0.081** | 0.053 |
| & World Reports | (0.027) | (0.021) | (0.033) | (0.031) | (0.022) | (0.020) | (0.040) | (0.032) | (0.034) |
| ln(Beds) | 0.052*** | 0.010 | -0.005 | -0.002 | 0.024** | 0.025*** | 0.079*** | -0.021 | 0.006 |
| | (0.008) | (0.006) | (0.025) | (0.017) | (0.010) | (0.007) | (0.028) | (0.014) | (0.012) |
| Teaching | 0.017 | 0.006 | 0.030 | 0.010 | 0.010 | 0.008 | -0.036 | 0.019 | -0.001 |
| | (0.011) | (0.010) | (0.027) | (0.019) | (0.012) | (0.013) | (0.029) | (0.025) | (0.017) |
| Government | -0.113*** | -0.049* | -0.107 | -0.086 | -0.069** | -0.077*** | -0.177*** | -0.141*** | 0.059 |
| | (0.023) | (0.026) | (0.072) | (0.056) | (0.031) | (0.027) | (0.061) | (0.041) | (0.049) |
| Non-Profit | -0.058*** | -0.009 | -0.006 | 0.022 | -0.001 | 0.004 | -0.078 | -0.104*** | 0.046 |
| | (0.018) | (0.016) | (0.037) | (0.036) | (0.018) | (0.016) | (0.048) | (0.026) | (0.044) |
| **County Characteristics** | | | | | | | | | |
| Percent Uninsured | -0.002 | -0.003 | -0.011* | -0.003 | -0.009*** | -0.006* | -0.004 | 0.000 | -0.002 |
| | (0.002) | (0.002) | (0.006) | (0.006) | (0.004) | (0.003) | (0.008) | (0.005) | (0.005) |
| ln(Median Income) | 0.039 | -0.067 | -0.315*** | -0.097 | -0.171*** | -0.051 | -0.179 | 0.080 | -0.033 |
| | (0.044) | (0.045) | (0.094) | (0.106) | (0.065) | (0.056) | (0.160) | (0.096) | (0.097) |
| **Other Payers** | | | | | | | | | |
| ln(Medicare Base | 0.088 | -0.043 | 0.185 | 0.143 | -0.089 | -0.043 | -0.075 | -0.038 | 0.003 |
| Payment Rate) | (0.063) | (0.051) | (0.136) | (0.108) | (0.075) | (0.070) | (0.125) | (0.104) | (0.105) |
| ln(Share Medicare) | -0.002*** | -0.001 | -0.001 | -0.002 | -0.003*** | -0.002*** | -0.001 | 0.000 | 0.000 |

35

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (0.001) | (0.000) | (0.001) | (0.001) | (0.001) | (0.001) | (0.001) | (0.001) | (0.001) |
| ln(Share Medicaid) | -0.002*** | -0.002*** | -0.004** | -0.003*** | -0.002*** | -0.002*** | 0.001 | -0.002 | -0.001 |
| | (0.001) | (0.001) | (0.002) | (0.001) | (0.001) | (0.001) | (0.002) | (0.001) | (0.001) |
| Yearly-FE | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| HRR-FE | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| R-Squared | 0.456 | 0.955 | 0.627 | 0.548 | 0.613 | 0.614 | 0.582 | 0.513 | 0.398 |
| Observations | 8,772 | 22,167 | 1,259 | 2,660 | 3,794 | 4,096 | 1,764 | 3,512 | 5,082 |

**Notes:** * $p<0.10$, ** $p<0.05$, *** $p<0.01$. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. We rely on data from 2008-2011. Procedure prices are regression-adjusted transaction prices where we risk-adjust for age and sex (plus DRGs for the inpatient index). All regressions include yearly fixed effects. The omitted ownership category is private hospitals. MRIs include only lower limb scans.

36

**Appendix Table 12: Inpatient Cross-Sectional Price Results Using Different Measures of Hospital Market Concentration**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| | | | | Dependent Variable: ln(Facilities Price) | | | |
| **Market Characteristics** | | | | | | | |
| ln(HHI) | 0.053*** | 0.076*** | 0.100*** | 0.047*** | | | |
| | (0.015) | (0.014) | (0.021) | (0.014) | | | |
| Hospital Count | | | | | -0.005*** | | |
| | | | | | (0.001) | | |
| Q4 HHI | | | | | | 0.117*** | 0.077*** |
| | | | | | | (0.026) | (0.014) |
| Q3 HHI | | | | | | 0.055** | |
| | | | | | | (0.027) | |
| Q2 HHI | | | | | | 0.023 | |
| | | | | | | (0.020) | |
| Market Radius | 5 Miles | 15 Miles | 30 Miles | Variable | 15 Miles | 15 Miles | 15 Miles |
| HCCI Market Share | -0.009*** | -0.008*** | -0.008*** | -0.009*** | -0.009*** | -0.008*** | -0.008*** |
| | (0.002) | (0.002) | (0.001) | (0.002) | (0.002) | (0.002) | (0.002) |
| Observations | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates with standard errors clustered at the HRR-level in parentheses. 8,772 observations. The dependent variable is our regression-based inpatient price index that is risk-adjusted for DRG, age and sex. All regressions have the same set of controls in the notes to Table 6 Panel A Column (3). We use multiple measures of hospital market concentration. Column (1) includes hospital HHIs where the market is defined using a five-mile fixed radius drawn around each hospital. Column (2) includes hospital HHIs where the market is defined using a fifteen-mile fixed radius drawn around each hospital. Column (3) includes hospital HHIs where the market is defined using a thirty-mile fixed radius drawn around each hospital. In Column (4), we measure hospital HHIs in variable radii markets. Hospitals located in 'large urban' areas are assigned a market defined by a 10-mile radius; hospitals located in 'urban' have a market defined around them using a 15-mile radius; and hospitals located in 'rural' areas have a market defined around them using a 20-mile radius. In Column (5), we measure market concentration using counts of hospitals within a fifteen-mile radius drawn around each hospital. In Column (6), we use dummy variables to capture the quartiles of our hospital HHIs measured within hospital markets defined using fixed radii extending fifteen-miles around each hospital. The omitted category, quartile 1, is the least concentrated quartile. In Column (7), we measure the effect of being in the most concentrated quartile of hospital HHI within a market defined by a fifteen-mile fixed radius market drawn around each hospital. The reference categories are the other three quartiles of hospital HHI. Facilities prices are regression-adjusted transaction prices. All regressions include yearly fixed effects and controls for number of beds, teaching status, government ownership, non-profit status, county insurance rate and median income, Medicare payment rate, and share of hospital activity covered by Medicare and Medicaid. The omitted ownership category is private hospitals.

37

**Appendix Table 13: Determinants of Share of Cases Paid Percentage of Hospital Charges, Alternative Concentration Measures**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| | **Dependent Variable: Share of Contracts Paid Share of Charges** | | | | | | |
| **Market Characteristics** | | | | | | | |
| ln(HHI) | 4.339*** | 7.569*** | 6.278*** | 5.202*** | | | |
| | (1.122) | (1.272) | (1.617) | (1.300) | | | |
| Hospital Count | | | | | -5.123*** | | |
| | | | | | (0.933) | | |
| Q4 HHI | | | | | | 11.951*** | 6.584*** |
| | | | | | | (2.281) | (1.227) |
| Q3 HHI | | | | | | 7.541*** | |
| | | | | | | (2.116) | |
| Q2 HHI | | | | | | 3.083** | |
| | | | | | | (1.493) | |
| Market Radius | 5 Miles | 15 Miles | 30 Miles | Variable | 15 Miles | 15 Miles | 15 Miles |
| HCCI Market Share | -0.557*** | -0.401*** | -0.498*** | -0.511*** | -0.376*** | -0.402*** | -0.491*** |
| | (0.122) | (0.121) | (0.125) | (0.121) | (0.122) | (0.120) | (0.119) |
| Observations | 4,344 | 4,344 | 4,344 | 4,344 | 4,344 | 4,344 | 4,344 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. All regressions have the same set of controls in the notes to Table 6 Panel B Column (3). All regressions are based on the inpatient sample of data.

**<u>Appendix Table 14: Determinates of the Linkage between Private and Medicare Payments Estimated with Alternative Measures of Concentration, 2010-2011</u>**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| | **Dependent Variable: Percent of Cases Tied to Medicare*100** | | | | | | |
| **Market Characteristics** | | | | | | | |
| ln(HHI) | -1.285 | -8.121*** | -10.076*** | -3.804** | | | |
| | (1.723) | (1.703) | (2.582) | (1.668) | | | |
| Hospital Count | | | | | 0.447*** | | |
| | | | | | (0.125) | | |
| Q4 HHI | | | | | | -11.778*** | -4.863** |
| | | | | | | (3.007) | (1.965) |
| Q3 HHI | | | | | | -9.171*** | |
| | | | | | | (2.756) | |
| Q2 HHI | | | | | | -5.004** | |
| | | | | | | (2.068) | |
| Market Radius | 5 Miles | 15 Miles | 30 Miles | Variable | 15 Miles | 15 Miles | 15 Miles |
| HCCI Market Share | 0.808*** | 0.614*** | 0.680*** | 0.755*** | 0.722*** | 0.663*** | 0.733*** |
| | (0.170) | (0.172) | (0.167) | (0.168) | (0.170) | (0.170) | (0.172) |
| Observations | 3,669 | 3,669 | 3,669 | 3,669 | 3,669 | 3,669 | 3,669 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of with standard errors clustered at the HRR-level in parentheses. The dependent variable is the percent of cases paid as a percent of Medicare, conditional on being paid on a prospective payment schedule. Controls are the same as in notes to Table 6 Panel C Column (3).

**Appendix Table 15: Inpatient Cross-Sectional Price Results with Multiple Measures of Quality**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| **Dependent Variable:** | | | | ln(Facilities Price) | | | |
| **A standard deviation increase in quality by:** | | | | | | | |
| % AMI pats. given aspirin at arrival | | 0.022** | | | | 0.018** | |
| | | (0.009) | | | | (0.009) | |
| % of surgery pats. given antibiotic 1 hour before surgery | | | 0.010 | | | -0.002 | |
| | | | (0.009) | | | (0.009) | |
| % of surgery pats. given treatment to prevent blood clots within 24 hours | | | | 0.025*** | | 0.023*** | |
| | | | | (0.007) | | (0.007) | |
| 30-day death rate for heart attack patients | | | | | 0.005* | 0.005 | |
| | | | | | (0.003) | (0.003) | |
| Full set of 41 quality controls? | No | No | No | No | No | No | Yes |
| | | | | | | | |
| **Other Characteristics** | | | | | | | |
| Monopoly | 0.118*** | 0.119*** | 0.117*** | 0.118*** | 0.117*** | 0.119*** | 0.117*** |
| | (0.024) | (0.024) | (0.024) | (0.024) | (0.024) | (0.024) | (0.024) |
| Duopoly | 0.073*** | 0.073*** | 0.072*** | 0.072*** | 0.073*** | 0.072*** | 0.071*** |
| | (0.024) | (0.024) | (0.024) | (0.023) | (0.024) | (0.023) | (0.023) |
| Triopoly | 0.036 | 0.036 | 0.036 | 0.037 | 0.035 | 0.036 | 0.034 |
| | (0.023) | (0.023) | (0.023) | (0.023) | (0.023) | (0.023) | (0.023) |
| Share HCCI | -0.007*** | -0.007*** | -0.007*** | -0.007*** | -0.007*** | -0.007*** | -0.007*** |
| | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) |
| | | | | | | | |
| Observations | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 |

**Notes**: * $p<0.10$, ** $p<0.05$, *** $p<0.01$. OLS estimates of Table 6 with the addition of alternative quality measures. The dependent variable is our regression-based inpatient price index that is risk-adjusted for DRG, age, and sex. Standard errors are clustered at the HRR-level and are in parentheses. Facilities prices are regression adjusted transaction prices for 2008-2011. All regressions include HRR and year fixed effects. All regressions also include same controls as Column (3) Table 6 Panel A.

40

**Appendix Table 16: Cross-Sectional Relationships and Robustness to Sample Restrictions**

| | (1) | (2) | (3) | (4) | (5) | (6) |
|---|---|---|---|---|---|---|
| | | | Percent Paid Share of | | | |
| **Dependent Variable** | ln(Price) | | Charges | | Percent Linked to Medicare | |
| | | Excluding | | Excluding | | Excluding |
| | Excluding | Hospitals in | Excluding | Hospitals in | Excluding | Hospitals in |
| | Monopoly | Markets with | Monopoly | Markets with | Monopoly | Markets with |
| **Sample:** | Hospitals | ≥ 6 Hospitals | Hospitals | ≥ 6 Hospitals | Hospitals | ≥ 6 Hospitals |
| **Market Characteristics** | | | | | | |
| Monopoly | | 0.096*** | | 6.863*** | | -10.955*** |
| | | (0.024) | | (1.748) | | (3.413) |
| Duopoly | 0.068*** | 0.071*** | 5.781*** | 3.385* | -6.453*** | -3.530 |
| | (0.025) | (0.024) | (1.638) | (1.553) | (2.345) | (2.589) |
| Triopoly | 0.031 | 0.035 | 5.129** | 2.984 | -5.578* | -4.887 |
| | (0.023) | (0.023) | (1.567) | (1.671) | (2.868) | (3.119) |
| HCCI Market Share | -0.007*** | -0.006*** | -0.475*** | -0.274* | 0.601*** | 0.523*** |
| | (0.002) | (0.002) | (0.136) | (0.125) | (0.204) | (0.193) |
| | | | | | | |
| Observations | 7,339 | 5,727 | 3,640 | 2,838 | 3,228 | 2,233 |

Notes: * $p<0.10$, ** $p<0.05$, *** $p<0.01$. "Excluding monopolies" drops all monopoly hospitals and "Excluding Hospitals in Markets with ≥ 6 Hospitals" drops all hospitals in markets with 6 or more hospitals. OLS estimates of Table 6 Panel A Column (3) with different sample restrictions. The dependent variable in Columns (1) and (2) is the log of our regression-based inpatient price index that is risk-adjusted for DRG, age, and sex. The dependent variable in Columns (3) and (4) is the share of cases paid as a percentage of hospital charges. The dependent variable in Columns (5) and (6) is the percent of prospective cases with prices set as a percentage of Medicare payments. Standard errors are clustered at the HRR-level and are in parentheses. Facilities prices are regression adjusted transaction prices for 2008-2011. All regressions include HRR and yearly fixed effects. All regressions also include insurance market controls, controls for beds, teaching status, government ownership, non-profit status, percent county uninsured and median income, Medicare payment rates, and share of hospitals' admits covered by Medicare and Medicaid.

41

**Appendix Table 17: Inpatient Cross-Sectional Price Results with Alternative Sample Restrictions**

| Dependent Variable | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ln(Price) | | | | | |
| Monopoly | 0.107*** | 0.109*** | 0.115*** | 0.115*** | 0.118*** | 0.119*** | 0.120*** | 0.123*** | 0.122*** | 0.127*** |
| | (0.024) | (0.024) | (0.024) | (0.024) | (0.024) | (0.024) | (0.025) | (0.027) | (0.028) | (0.029) |
| Duopoly | 0.069*** | 0.073*** | 0.076*** | 0.075*** | 0.073*** | 0.068*** | 0.068*** | 0.074*** | 0.074*** | 0.075*** |
| | (0.024) | (0.024) | (0.024) | (0.024) | (0.024) | (0.023) | (0.023) | (0.023) | (0.023) | (0.023) |
| Triopoly | 0.029 | 0.027 | 0.033 | 0.036 | 0.036 | 0.037* | 0.040* | 0.041* | 0.041* | 0.042* |
| | (0.023) | (0.024) | (0.024) | (0.023) | (0.023) | (0.022) | (0.023) | (0.023) | (0.022) | (0.022) |
| HCCI Market Share | -0.007*** | -0.007*** | -0.007*** | -0.007*** | -0.007*** | -0.008*** | -0.008*** | -0.008*** | -0.007*** | -0.007*** |
| | (0.001) | (0.001) | (0.001) | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) | (0.002) |
| Minimum Inpatient Case Count | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
| Number of Hospitals | 3,013 | 2,793 | 2,622 | 2,497 | 2,358 | 2,270 | 2,176 | 2,089 | 2,013 | 1,945 |
| Observations | 11,374 | 10,488 | 9,789 | 9,269 | 8,772 | 8,380 | 8,000 | 7,689 | 7,389 | 7,133 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates with standard errors clustered at the HRR-level in parentheses. Market structure variables described in text and Appendix C. The dependent variable is ln(Hospital inpatient prices) that are regression risk-adjusted for DRG, age, and sex. Data runs 2008 to 2011. All regressions include number of technologies, dummy for being ranked in US News and World Reports, size as measured by number of beds, hospital ownership (government, non-profit or for-profit), whether a teaching hospital, percent of county uninsured, county median income, the Medicare payment rate, share of Medicare, share of Medicaid, as well as HRR and year dummies. Minimum inpatient case count indicates the minimum number of unique cases per hospital-year required for inclusion in the sample.

42

**Appendix Table 18: Transactions and Targets by Distance**

| Distance: | | 5 Miles | 10 Miles | 15 Miles | 20 Miles | 30 Miles | 50 Miles | All |
|---|---|---|---|---|---|---|---|---|
| 2007 | Transactions | 6 | 14 | 18 | 25 | 31 | 37 | 69 |
| | Target Hospitals | 7 | 17 | 21 | 29 | 38 | 51 | 119 |
| | Acquirer Hospitals | 7 | 20 | 25 | 39 | 64 | 92 | 493 |
| 2008 | Transactions | 9 | 15 | 23 | 28 | 39 | 46 | 69 |
| | Target Hospitals | 11 | 19 | 28 | 33 | 45 | 54 | 86 |
| | Acquirer Hospitals | 13 | 30 | 43 | 58 | 89 | 136 | 693 |
| 2009 | Transactions | 9 | 15 | 17 | 21 | 32 | 44 | 70 |
| | Target Hospitals | 9 | 15 | 17 | 22 | 33 | 48 | 85 |
| | Acquirer Hospitals | 5 | 12 | 19 | 30 | 60 | 113 | 578 |
| 2010 | Transactions | 6 | 13 | 17 | 24 | 39 | 50 | 76 |
| | Target Hospitals | 7 | 15 | 19 | 27 | 42 | 59 | 90 |
| | Acquirer Hospitals | 7 | 19 | 33 | 45 | 68 | 120 | 753 |
| 2011 | Transactions | 11 | 21 | 32 | 38 | 49 | 64 | 82 |
| | Target Hospitals | 11 | 21 | 33 | 40 | 55 | 75 | 106 |
| | Acquirer Hospitals | 7 | 17 | 33 | 46 | 67 | 114 | 753 |
| All | Transactions | 42 | 77 | 108 | 138 | 189 | 243 | 366 |
| | Target Hospitals | 45 | 87 | 118 | 151 | 212 | 285 | 464 |
| | Acquirer Hospitals | 39 | 97 | 146 | 204 | 320 | 494 | 1563 |

**Notes**: This is based on data from the AHA, Irving-Levin Associates, Factset, and SDC Platinum databases. Data on hospital beds came from the AHA annual survey.

43

**Appendix Table 19: Characteristics of Merging/Non-Merging Hospitals**

| | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| **Sample:** | | Any 5 Mile Merger | | |
| **Column contents:** | Treated | Controls | Treated | Controls |
| **Covariates:** | Static | Static | Differenced | Differenced |
| | | | | |
| Price | 10880.8 | 13066.2*** | 656.4 | 663.5 |
| ln(Price) | 9.2 | 9.4** | 0.056 | 0.052 |
| **Market Structure** | | | | |
| Monopoly | 0.0 | 48.6*** | 0.000 | -0.050* |
| Duopoly | 40.3 | 25.0* | 0.000 | 0.076 |
| Triopoly | 23.4 | 9.9* | 0.000 | 0.000 |
| Hospital HHI | 0.419 | 0.719*** | -0.023 | -0.191 |
| Insurer Market Share | 13.6 | 17.8*** | -0.001 | <0.001 |
| **Hospital Characteristics** | | | | |
| Technologies | 64.5 | 59.6 | 3.4 | 1.5 |
| Ranked in US News | 1.3 | 5.4*** | -1.4 | -0.5 |
| Beds | 275.5 | 271.3 | -0.3 | 0.8 |
| Teaching | 53.2 | 38.1* | 0.0 | 0.4** |
| Government | 14.3 | 12.2 | 0.0 | -0.2 |
| Non-Profit | 70.1 | 69.7 | 0.0 | -0.1 |
| **Local Area Characteristics** | | | | |
| Percent Uninsured | 14.8 | 17.1** | 0.3 | 0.2 |
| Median Income | 50841.7 | 51537.3 | -757.1 | -533.2 |
| **Other Payers** | | | | |
| PPS Payment Rate | 6547.4 | 6439.1 | 155.7 | 91.8 |
| Medicare Share | 47.1 | 44.5 | -0.4 | 0.6* |
| Medicaid Share | 18.3 | 18.8 | 1.0 | 0.4 |
| | | | | |
| **Observations** | 77 | 8,415 | 70 | 7,944 |
| **Number of Hospitals** | 37 | 2,241 | 35 | 2,153 |

**Notes**: These are descriptive statistics for the inpatient sample used in estimating post-merger price differences. This table uses pre-merger data for each hospital. There are 8,492 hospital-year observations representing 2,278 unique hospitals. Hospital prices are hospital prices that are risk-adjusted for DRG, age, and sex. The static columns – (1) and (2) – display the average value of each covariate during our sample period across hospital years pre-merger. The differenced columns – (3) and (4) – capture the average first difference of each covariate pre-merger.

**Appendix Table 20: Robustness of Hospital Prices and Mergers**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| | | | | ln(price) | | | |
| **Distance (miles):** | 5 | 10 | 15 | 20 | 25 | 30 | 50 |
| **Panel A: Baseline** | | | | | | | |
| Post-Merger | 0.060** | 0.039** | 0.021 | 0.023* | 0.024** | 0.014 | 0.008 |
| | (0.025) | (0.019) | (0.013) | (0.013) | (0.011) | (0.011) | (0.009) |
| Observations | 8655 | 8655 | 8655 | 8655 | 8655 | 8655 | 8655 |
| **Panel B: Treatment Counts Estimated Log-Linearly** | | | | | | | |
| Post-Merger | 0.062** | 0.040** | 0.021 | 0.024* | 0.024** | 0.014 | 0.008 |
| | (0.025) | (0.019) | (0.013) | (0.013) | (0.011) | (0.010) | (0.009) |
| Observations | 8655 | 8655 | 8655 | 8655 | 8655 | 8655 | 8655 |
| **Panel C: Matching (Within State Mahalanobis Distance)** | | | | | | | |
| Post-Merger | 0.100*** | 0.024 | 0.009 | 0.011 | 0.009 | 0.003 | -0.001 |
| | (0.028) | (0.023) | (0.016) | (0.014) | (0.012) | (0.011) | (0.009) |
| Observations | 1286 | 2295 | 2993 | 3417 | 3954 | 4215 | 5120 |
| **Panel D: Matched using Mahalanobis Distance** | | | | | | | |
| Post-Merger | 0.070*** | 0.023 | 0.007 | 0.014 | 0.014 | 0.004 | -0.000 |
| | (0.026) | (0.021) | (0.015) | (0.013) | (0.012) | (0.011) | (0.009) |
| Observations | 1921 | 3124 | 4058 | 4745 | 5216 | 5509 | 6265 |
| **Panel E: Matching (Dranove/Lindrooth Model)** | | | | | | | |
| Post-Merger | 0.075*** | 0.032 | 0.013 | 0.017 | 0.016 | 0.004 | 0.001 |
| | (0.026) | (0.021) | (0.015) | (0.013) | (0.011) | (0.010) | (0.009) |
| Observations | 1918 | 3506 | 4522 | 5154 | 5636 | 5972 | 6786 |
| **Panel F: Matched using K-Nearest Neighbor Method** | | | | | | | |
| Post-Merger | 0.075*** | 0.024 | 0.010 | 0.016 | 0.018 | 0.006 | 0.001 |
| | (0.026) | (0.021) | (0.014) | (0.013) | (0.011) | (0.011) | (0.009) |

45

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Observations | 1912 | 3311 | 4239 | 4827 | 5496 | 5700 | 6544 |
| **Panel G: Robustness to Minimum Count Restrictions** | | | | | | | |
| Post-Merger (Minimum 40 Cases) | 0.060** | 0.040** | 0.023* | 0.023* | 0.025** | 0.013 | 0.007 |
| | (0.025) | (0.018) | (0.013) | (0.012) | (0.011) | (0.010) | (0.009) |
| Observations | 9086 | 9086 | 9086 | 9086 | 9086 | 9086 | 9086 |
| Post-Merger (Minimum 10 Cases) | 0.076*** | 0.044** | 0.028** | 0.027** | 0.029*** | 0.021** | 0.014 |
| | (0.024) | (0.018) | (0.013) | (0.012) | (0.011) | (0.011) | (0.009) |
| Observations | 11157 | 11157 | 11157 | 11157 | 11157 | 11157 | 11157 |
| **Panel H: Estimated Separately for Targets/Acquirers** | | | | | | | |
| Post-Merger X Target | 0.080** | 0.055* | 0.034 | 0.033 | 0.031 | 0.019 | 0.010 |
| | (0.040) | (0.031) | (0.026) | (0.023) | (0.020) | (0.019) | (0.017) |
| Post-Merger X Acquirer | 0.039* | 0.025 | 0.012 | 0.018 | 0.020* | 0.011 | 0.007 |
| | (0.023) | (0.018) | (0.011) | (0.012) | (0.011) | (0.011) | (0.009) |
| Observations | 8655 | 8655 | 8655 | 8655 | 8655 | 8655 | 8655 |

**Notes:** ***significant at 1 percent level; **5 percent level; *10 percent level. Coefficients estimated by OLS with standard errors in parentheses (clustered by hospital). All regressions include hospital fixed effects and time dummies. The dependent variable is the log of our risk-adjusted inpatient price measure. Controls: Insurer HHI, percent privately insured covered by the HCCI insurers, quality scores from News & World Report, technology index, hospital size, whether the hospital is a teaching facility, government-owned facility, or a not-for-profit; country median income and percent uninsured; the Medicare base payment rate, the share of hospitals' discharges that are Medicare and Medicaid patients. Unless otherwise specified, post-merger equals 1 in the year a hospital merges and in all years afterwards and zero otherwise. We match hospitals based on the covariates in described in Appendix E.

**Appendix Table 21: Correlation between Private and Medicare Spending Per Beneficiaries**

|  | Total | Inpatient |
|---|---|---|
| Overall | 0.044 | 0.172 |
| High BCBS Share | 0.011 | 0.156 |
| Low BCBS Share | 0.063 | 0.201 |

**Notes**: Each cell presents the correlation between spending per beneficiary for private and Medicare patients across HRRs in 2011. High and low BCBS share are defined by HRRs which are above or below the median BCBS market share across HRRs (47 percent).

47

**Appendix Table 22: Price/Quantity Decomposition for Cases in High/Low BCBS Market Share, 2011**

| | Private | | | | Medicare | | |
| | (1) | (2) | (3) | | (4) | (5) | (6) |
| | Share Price | Share Quantity | Share Covariance | | Share Price | Share Quantity | Share Covariance |
|---|---|---|---|---|---|---|---|
| Overall | 0.496 | 0.495 | 0.009 | | 0.127 | 0.953 | -0.081 |
| Low BCBS | 0.541 | 0.495 | -0.036 | | 0.107 | 0.975 | -0.081 |
| High BCBS | 0.496 | 0.488 | 0.016 | | 0.149 | 0.921 | -0.070 |

**Notes**: This table presents results of the price quantity decomposition as described in Section III.B using data from 2011. Shares are averaged across DRGs (weighted by total spending). High and low BCBS share are defined by HRRs which are above or below the median BCBS market share across HRRs (47 percent).

48

**Appendix Table 23: Price Decomposition for Cases in High/Low BCBS Market Share**

**Panel A: Price Decomposition for High BCBS Market Share**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| | | | $R^2$ | | | Unexplained within hospital-month variance | Observations | Within hospital-month coefficient of variation |
| Hip Replacement | 0.014 | 0.034 | 0.461 | 0.713 | 0.743 | 25.7% | 3,573 | 0.164 |
| Knee Replacement | 0.010 | 0.028 | 0.464 | 0.702 | 0.747 | 25.3% | 8,344 | 0.190 |
| Cesarean Section | 0.013 | 0.052 | 0.487 | 0.757 | 0.792 | 20.8% | 14,367 | 0.165 |
| Vaginal Delivery | 0.014 | 0.036 | 0.380 | 0.612 | 0.670 | 33.0% | 22,834 | 0.187 |
| PTCA | 0.006 | 0.037 | 0.585 | 0.739 | 0.768 | 23.2% | 3,455 | 0.223 |
| Colonoscopy | 0.013 | 0.018 | 0.404 | 0.794 | 0.856 | 14.4% | 13,170 | 0.145 |
| Lower Limb MRI | 0.003 | 0.016 | 0.370 | 0.775 | 0.789 | 21.1% | 29,018 | 0.139 |
| *Mean* | | | | | | *23.4%* | | *0.173* |
| | | | | | | | | |
| Patient Characteristics | Yes | Yes | Yes | Yes | Yes | | | |
| Plan Characteristics | No | Yes | Yes | Yes | Yes | | | |
| Control for Charges | No | No | No | No | Yes | | | |
| HRR Fixed Effects | No | No | Yes | — | — | | | |
| Hospital Fixed Effects | No | No | No | Yes | Yes | | | |

**Notes:** Data include cases treated at hospitals in counties with more than 51 percent market share. Each cell contains the $R^2$ value for the relevant specification and data pair in January, 2011. All regressions rely on case-level data. Patient characteristics include fixed effects for sex, and 10-year age bands. Plan characteristics include the full interaction of market segment (i.e. large vs. small group), and product and funding type. Column (8) reports the within-hospital-month coefficient of variation, averaged across hospital-months.

49

**Appendix Table 23 Panel B: Price Decomposition for Low BCBS Market Share**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|
| | | | $R^2$ | | | Unexplained within hospital-month variance | Observations | Within hospital-month coefficient of variation |
| Hip Replacement | 0.006 | 0.016 | 0.518 | 0.773 | 0.782 | 21.8% | 11,549 | 0.177 |
| Knee Replacement | 0.006 | 0.017 | 0.418 | 0.734 | 0.758 | 24.2% | 28,813 | 0.211 |
| Cesarean Section | 0.011 | 0.024 | 0.433 | 0.717 | 0.745 | 25.5% | 67,113 | 0.171 |
| Vaginal Delivery | 0.011 | 0.028 | 0.395 | 0.653 | 0.707 | 29.3% | 85,956 | 0.194 |
| PTCA | 0.006 | 0.021 | 0.460 | 0.718 | 0.756 | 24.4% | 13,181 | 0.244 |
| Colonoscopy | 0.010 | 0.028 | 0.435 | 0.752 | 0.813 | 18.7% | 52,847 | 0.171 |
| Lower Limb MRI | 0.001 | 0.008 | 0.365 | 0.773 | 0.782 | 21.8% | 84,896 | 0.164 |
| Mean | | | | | | 23.7% | | 0.190 |
| | | | | | | | | |
| Patient Characteristics | Yes | Yes | Yes | Yes | Yes | | | |
| Plan Characteristics | No | Yes | Yes | Yes | Yes | | | |
| Control for Charges | No | No | No | No | Yes | | | |
| HRR Fixed Effects | No | No | Yes | — | — | | | |
| Hospital Fixed Effects | No | No | No | Yes | Yes | | | |

**Notes:** Data include cases treated at hospitals in counties with less than 51 percent market share. Each cell contains the $R^2$ value for the relevant specification and data pair in January, 2011. All regressions rely on case-level data. Patient characteristics include fixed effects for sex and 10-year age bands. Plan characteristics include the full interaction of market segment (i.e. large vs. small group), and product and funding type. Column (8) reports the within-hospital-month coefficient of variation, averaged across hospital-months.

50

### Appendix Table 24: Levels of Variation in High/Low BCBS Facilities
**Panel A: Overall**

|  | Coefficient of Variation | | |
|---|---|---|---|
|  | (1) | (2) | (3) |
|  | Across HRR | Within HRR | Within Hospital |
| Inpatient | 0.349 | 0.429 | 1.000 |
| Hip Replacement | 0.348 | 0.218 | 0.189 |
| Knee Replacement | 0.362 | 0.306 | 0.219 |
| Cesarean Section | 0.350 | 0.245 | 0.178 |
| Vaginal Delivery | 0.351 | 0.254 | 0.189 |
| PTCA | 0.445 | 0.288 | 0.242 |
| Colonoscopy | 0.383 | 0.311 | 0.170 |
| Lower Limb MRI | 0.325 | 0.312 | 0.173 |

**Notes**: Data for each clinical cohort drawn from January, 2011. Each cell presents a coefficient variation. Column (1) presents the CoV of HRR-level average prices across HRRs. Column (2) presents the within-HRR CoV in hospital-level average prices then averaged across HRRs. Column (3) presents within-hospital CoV averaged across hospitals.

51

**Appendix Table 24, continued**
**Panel B: High BCBS (counties with over 51 percent market share)**

|  | Coefficient of Variation | | |
|---|---|---|---|
|  | (1) | (2) | (3) |
|  | Across HRR | Within HRR | Within Hospital |
| Inpatient | 0.414 | 0.422 | 0.907 |
| Hip Replacement | 0.340 | 0.174 | 0.148 |
| Knee Replacement | 0.375 | 0.237 | 0.189 |
| Cesarean Section | 0.337 | 0.210 | 0.175 |
| Vaginal Delivery | 0.393 | 0.243 | 0.190 |
| PTCA | 0.475 | 0.188 | 0.183 |
| Colonoscopy | 0.377 | 0.276 | 0.163 |
| Lower Limb MRI | 0.317 | 0.299 | 0.157 |

**Notes**: Data for each clinical cohort drawn from January, 2011. Each cell presents a coefficient variation. Column (1) presents the CoV of HRR-level average prices across HRRs. Column (2) presents the within-HRR CoV in hospital-level average prices then averaged across HRRs. Column (3) presents within-hospital CoV averaged across hospitals.

52

**Appendix Table 24, continued**
**Panel C: Low BCBS (counties with under 51 percent market share)**

|  | Coefficient of Variation | | |
|---|---|---|---|
|  | (1) | (2) | (3) |
|  | Across HRR | Within HRR | Within Hospital |
| Inpatient | 0.385 | 0.429 | 1.042 |
| Hip Replacement | 0.353 | 0.220 | 0.203 |
| Knee Replacement | 0.351 | 0.324 | 0.229 |
| Cesarean Section | 0.358 | 0.251 | 0.179 |
| Vaginal Delivery | 0.324 | 0.258 | 0.189 |
| PTCA | 0.461 | 0.283 | 0.256 |
| Colonoscopy | 0.393 | 0.313 | 0.172 |
| Lower Limb MRI | 0.348 | 0.312 | 0.179 |

**Notes**: Data for each clinical cohort drawn from January, 2011. Each cell presents a coefficient variation. Column (1) presents the CoV of HRR-level average prices across HRRs. Column (2) presents the within-HRR CoV in hospital-level average prices then averaged across HRRs. Column (3) presents within-hospital CoV averaged across hospitals.

**Appendix Table 25: Cross Sectional Analysis of Hospital Payments in High/Low BCBS Counties, 2008-2011**

**Panel A: Prices without HRR Fixed Effects, 2008-2011**

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| **Dependent Variable:** | ln(Facilities Price) | | | |
| Monopoly | 0.190*** | 0.190*** | 0.155*** | 0.225*** |
|  | (0.024) | (0.025) | (0.031) | (0.039) |
| Duopoly | 0.130*** | 0.130*** | 0.108*** | 0.153*** |
|  | (0.020) | (0.020) | (0.024) | (0.038) |
| Triopoly | 0.083*** | 0.083*** | 0.056** | 0.113*** |
|  | (0.023) | (0.023) | (0.028) | (0.041) |
| HCCI Market Share | -0.006*** | -0.006*** | -0.007*** | -0.004* |
|  | (0.002) | (0.002) | (0.002) | (0.002) |
| BCBS Market Share |  | <0.001 |  |  |
|  |  | (0.001) |  |  |
|  |  |  |  |  |
| Sample | Overall | Overall | Low BCBS | High BCBS |
| HRR FE | No | No | No | No |
| Observations | 8,772 | 8,772 | 6,084 | 2,688 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. Facilities prices are regression adjusted transaction prices. All regressions include yearly fixed effects. The omitted ownership category is private hospitals. High and low BCBS share defined as above or below 51 percent.

**Appendix Table 25, continued**

**Panel B: Prices with HRR Fixed Effects, 2008-2011**

| | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| **Dependent Variable:** | | ln(Facilities Price) | | |
| Monopoly | 0.118*** | 0.112*** | 0.126*** | 0.036 |
| | (0.024) | (0.023) | (0.029) | (0.039) |
| Duopoly | 0.073*** | 0.069*** | 0.073*** | 0.023 |
| | (0.024) | (0.023) | (0.025) | (0.050) |
| Triopoly | 0.036 | 0.036 | 0.042 | -0.001 |
| | (0.023) | (0.023) | (0.026) | (0.046) |
| HCCI Market Share | -0.007*** | -0.007*** | -0.006*** | -0.008*** |
| | (0.002) | (0.002) | (0.002) | (0.002) |
| BCBS Market Share | | 0.001 | | |
| | | (0.001) | | |
| | | | | |
| Sample | Overall | Overall | Low BCBS | High BCBS |
| HRR FE | Yes | Yes | Yes | Yes |
| Observations | 8,772 | 8,772 | 6,084 | 2,688 |

**Notes:** * $p<0.10$, ** $p<0.05$, *** $p<0.01$. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. Facilities prices are regression adjusted transaction prices. All regressions include yearly fixed effects. The omitted ownership category is private hospitals. High and low BCBS share defined as above or below 51 percent.

**Appendix Table 25, continued**

**Panel C: Share of Chargemaster, 2010-2011**

| Dependent Variable: | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| | Percent of Cases Paid Share of Charges | | | |
| Monopoly | 10.455*** | 10.215*** | 7.917*** | 11.924*** |
| | (1.778) | (1.813) | (2.064) | (2.872) |
| Duopoly | 5.702*** | 5.567*** | 4.080* | 6.604* |
| | (1.596) | (1.624) | (1.755) | (2.788) |
| Triopoly | 4.909** | 4.951** | 2.886 | 4.909 |
| | (1.608) | (1.601) | (1.859) | (2.692) |
| HCCI Market Share | -0.403*** | -0.367** | -0.320* | -0.702** |
| | (0.120) | (0.125) | (0.128) | (0.254) |
| BCBS Market Share | | 0.077 | | |
| | | (0.051) | | |
| | | | | |
| Sample | Overall | Overall | Low BCBS | High BCBS |
| HRR FE | Yes | Yes | Yes | Yes |
| Observations | 4,344 | 4,344 | 2,980 | 1,364 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. All regressions include controls for the number of technologies, an indicator for whether the hospital was ranked in US News and World Reports, bed count, hospital ownership type, local area characteristics, and public payer characteristics, as well as yearly fixed effects and HRR fixed-effects. The dependent variable is hospital-level measure of proportion of cases paid as a share of charges derived from the full sample of inpatient cases. High and low BCBS share defined as above or below 51 percent.

56

**Appendix Table 25, continued**

**Panel D: Share Linked to Medicare, 2010-2011**

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| **Dependent Variable:** | Percent of Cases Tied to Medicare | | | |
| Monopoly | -11.293*** | -11.342*** | -14.721*** | -2.779 |
|  | (3.160) | (3.175) | (3.666) | (5.520) |
| Duopoly | -5.595** | -5.634** | -6.271** | -7.414 |
|  | (2.316) | (2.319) | (2.770) | (4.790) |
| Triopoly | -5.747** | -5.744** | -6.760** | -1.960 |
|  | (2.790) | (2.792) | (3.361) | (4.842) |
| HCCI Market Share | 0.616*** | 0.626*** | 0.470** | 1.590*** |
|  | (0.174) | (0.166) | (0.188) | (0.328) |
| BCBS Market Share |  | 0.024 |  |  |
|  |  | (0.091) |  |  |
|  |  |  |  |  |
| Sample | Overall | Overall | Low BCBS | High BCBS |
| HRR FE | Yes | Yes | Yes | Yes |
| Observations | 3,669 | 3,669 | 2,620 | 1,049 |

**Notes:** * p<0.10, ** p<0.05, *** p<0.01. OLS estimates of Equation (2) with standard errors clustered at the HRR-level in parentheses. The dependent variable is the percent of cases paid as a percent of Medicare, conditional on being paid on a prospective payment schedule. All regressions include controls for the number of technologies, an indicator for whether the hospital was ranked in US News and World Reports, bed count, hospital ownership type, local area characteristics, and public payer characteristics, as well as yearly fixed effects and HRR fixed-effects. High and low BCBS share defined as above or below 51 percent.

**Appendix Table 26: Post-Merger Price Effects in High/Low BCBS Markets**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| | | | | ln(price) | | | |
| **Distance (miles):** | 5 | 10 | 15 | 20 | 25 | 30 | 50 |
| **Panel A: Full Sample** | | | | | | | |
| Post-Merger | 0.060** | 0.039** | 0.021 | 0.023* | 0.024** | 0.014 | 0.008 |
| | (0.025) | (0.019) | (0.013) | (0.013) | (0.011) | (0.011) | (0.009) |
| Observations | 8,655 | 8,655 | 8,655 | 8,655 | 8,655 | 8,655 | 8,655 |
| **Panel B: Low BCBS Share** | | | | | | | |
| Post-Merger | 0.074*** | 0.053** | 0.040** | 0.038** | 0.035*** | 0.027** | 0.022** |
| | (0.028) | (0.021) | (0.016) | (0.015) | (0.013) | (0.013) | (0.011) |
| Observations | 5,831 | 5,831 | 5,831 | 5,831 | 5,831 | 5,831 | 5,831 |
| **Panel C: High BCBS Share** | | | | | | | |
| Post-Merger | 0.021 | 0.015 | -0.003 | 0.013 | 0.016 | 0.014 | 0.007 |
| | (0.050) | (0.033) | (0.021) | (0.018) | (0.015) | (0.014) | (0.012) |
| Observations | 2,847 | 2,847 | 2,847 | 2,847 | 2,847 | 2,847 | 2,847 |

**Notes:** * $p<0.10$, ** $p<0.05$, *** $p<0.01$. OLS estimates with standard errors clustered at the hospital-level in parentheses. Facilities prices are regression adjusted transaction prices. All regressions include hospital fixed effects and yearly fixed effects.

58

## **Appendix Figure 1: HCCI Data Coverage Rates by State**



**Notes:** Coverage rates = number of HCCI lives enrolled divided by total number of beneficiaries. Coverage rates were calculated using 2011 HCCI enrollment data. Statewide insurance coverage totals were derived from the American Community Survey for 2011. All numbers in percentages.

59

### Appendix Figure 2: Correlations between Negotiated Prices and Charges for All Procedures, 2011



**Notes:** These are scatter plots of hospital charges for our main procedures and regression-adjusted transaction prices ("negotiated prices"). We include providers who deliver 10 or more of the specific procedure per year (50 for inpatient). We include prices from 2011. The figures contain the correlation between charges and transaction prices.

60

**Appendix Figure 3: Map of Inpatient Spending per Privately Insured Beneficiary, 2011**



| Mean | SD | Min | Max |
|------|------|------|--------|
| $1,059 | $258 | $453 | $2,485 |

**Notes:** This figure captures risk-adjusted inpatient spending per beneficiary by HRR using data from 2011. Each bin captures a quintile of spending per beneficiary.

**Appendix Figure 4: Map of Total and Inpatient Spending per Medicare Beneficiary, 2011**

**Panel A: Total Medicare Spending per Beneficiary, 2011**



| Mean | SD | Min | Max |
|---|---|---|---|
| $9,316 | $1,315 | $6,843 | $14,487 |

**Panel B: Medicare Inpatient Spending Per Beneficiary, 2011**



| Mean | SD | Min | Max |
|---|---|---|---|
| $4,430 | $759 | $3,076 | $8,394 |

**Notes:** Medicare data are drawn from the Dartmouth Atlas (dartmouthatlas.org). Private data are risk-adjusted for age and sex using indirect standardization. Spending data do not include prescription drug spending.

## Appendix Figure 5: National Variation in Hospital Prices for All Procedures, 2011

**Panel A: Hip Replacement Prices**



**Panel B: Cesarean Section Prices**



| | | |
|---|---|---|
| $24,565 | **Mean** | $8,258 |
| $10,894 – $50,476 | **Min - Max** | $2,424 – $18,679 |
| $15,501 – $33,933 | **p10 - p90** | $5,154 – $12,109 |
| $19,231 – $29,319 | **IQR** | $6,317 – $9,815 |
| 2.19 | **p90/10 ratio** | 2.35 |
| 0.29 | **Coefficient of Variation** | 0.33 |
| 0.16 | **Gini Coefficient** | 0.18 |
| 341 | **Number of Hospitals** | 926 |

63

## Appendix Figure 5: National Variation in Hospital Prices for All Procedures, continued

**Panel C: Vaginal Delivery Prices**



**Panel D: PTCA Prices**



| | | |
|---|---|---|
| $5,465 | **Mean** | $25,395 |
| $1,944 – $13,039 | **Min - Max** | $9,293 – $58,433 |
| $3,486 – $7,814 | **p10 - p90** | $15,965 – $37,097 |
| $4,218 – $6,387 | **IQR** | $19,034 – $30,528 |
| 2.24 | **p90/10 ratio** | 2.32 |
| 0.32 | **Coefficient of Variation** | 0.34 |
| 0.17 | **Gini Coefficient** | 0.19 |
| 1,022 | **Number of Hospitals** | 375 |

**Appendix Figure 5: National Variation in Hospital Prices for All Procedures, continued**

**Panel E: Colonoscopy Prices**



Providers

Medicare Reimbursement Rate   Negotiated Price

| | |
|---|---|
| $1,834 | **Mean** |
| $520 – $4,878 | **Min - Max** |
| $1,056 – $2,747 | **p10 - p90** |
| $1,357 – $2,197 | **IQR** |
| 2.6 | **p90/10 ratio** |
| 0.37 | **Coefficient of Variation** |
| 0.2 | **Gini Coefficient** |
| 844 | **Number of Hospitals** |

**Notes**: Each bar represents a single hospital's regression-adjusted transaction price based on hospital cases from 2011. The Medicare payment is based on the PPS fee schedule described in Appendix B4 and excludes outlier adjustments. The bars are ordered by private price.

65

**Appendix Figure 6: Regression Adjusted HRR-Level Inpatient Hospital Prices Normalized Using the Medicare Wage Index**



**Notes:** This figure presents coverage hospital regression adjusted inpatient prices per HRR, weighted by hospital activity, using data from 2011 and normalized prices using the Medicare 2011 wage index. This therefore captures price after adjusting for the cost of care in each HRR. Prices are risk-adjusted for DRG, age, and sex.

**Appendix Figure 7: Contract Classification Rates by Minimum Case Count**



**Notes:** This figure presents fraction of cases classified as either prospective payment or paid as a percent markup over Medicare. Data is at the case level in the Inpatient sample in 2010 and 2011. The data include all hospital-DRG combinations for which there are at least x-observations (the value on the x-axis).

**Appendix Figure 8: Percent of Hospital Cases Paid as Share of Charges, 2011**



**Notes:** These are bar graphs of the percent of a hospital's cases paid as a share of charges for our main procedures. We include providers who deliver ten or more of the specific procedure per year (50 for inpatient). We include prices from 2011. The figures contain bars for each unique hospital, where the height indicates the percent of that hospital's cases that were paid as share of charges. For more detail on how we identify method of payment, see Appendix B3.

**Appendix Figure 9: Correlation between Prices Paid as Share of Charges and Charges across DRGs at a High Volume Hospital, 2011**



**Notes**: The y-axis presents logged, DRG-level prices and the x-axis presents logged, DRG-level charges within a high volume hospital for inpatient cases which occurred in 2011.

**Appendix Figure 10: Bivariate Correlations of Hospital HHI with Observable Factors, 2008-2011**



**Notes:** The x-axis captures the bivariate correlations between key variables featured in our regressions and our HHI.  The bars capture the 95 percent confidence intervals surrounding the correlations. For government and non-profit, the omitted category is private for-profit hospital.

**Appendix Figure 11: Bivariate Correlations of Hospital Percent Paid as Share of Charges with Observable Factors, 2010-2011**



**Notes:** The x-axis captures the bivariate correlations between key variables featured in our regressions and our hospitals' share of cases at a hospital paid as a fraction of a hospitals' charges. The bars capture the 95 percent confidence intervals surrounding the correlations. Since these are bivariate correlations "Duopoly" is duopoly or monopoly and the implicit omitted category is triopoly or greater. "Triopoly" is triopoly, duopoly or monopoly. For government and non-profit, the omitted category is private for-profit hospital.

71

**Appendix Figure 12: Bivariate Correlations of Percent of Prospective Payment Paid as a Share of Medicare with Observable Factors, 2010-2011**



**Notes:** The x-axis captures the bivariate correlations between key variables featured in our regressions and our hospitals' share of fixed-price cases linked to the Medicare payment rate. The bars capture the 95 percent confidence intervals surrounding the correlations. Since these are bivariate correlations "Duopoly" is duopoly or monopoly and the implicit omitted category is triopoly or greater. "Triopoly" is triopoly, duopoly or monopoly. For government and non-profit, the omitted category is private for-profit hospital.

72

**Appendix Figure 13: BCBS Market Share**



**Notes:** These are estimates of the share of covered lives by county covered by BCBS using HealthLeaders Interstudy coupled with Census data.