1  Jeffrey A. LeVee (State Bar No. 125863)
   jlevee@jonesday.com
2  Elizabeth M. Burnside (State Bar No. 258184)
   eburnside@jonesday.com
3  JONES DAY
   555 South Flower Street, Fiftieth Floor
4  Los Angeles, CA  90071
   Telephone:    213.489.3939
5  Facsimile:     213.243.2539

6  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
7  Caroline N. Mitchell (State Bar No. 143124)
   cnmitchell@jonesday.com
8  Brian G. Selden (State Bar No. 261828)
   bgselden@jonesday.com
9  Catherine Zeng (State Bar No. 251231)
   czeng@jonesday.com
10 JONES DAY
   555 California Street, 26th Floor
11 San Francisco, CA  94104
   Telephone:    415.626.3939
12 Facsimile:     415.875.5700

Robert H. Bunzel (State Bar No. 99395)
rbunzel@bzbm.com
Patrick M. Ryan (State Bar No. 203215)
pryan@bzbm.com
Oliver Q. Dunlap (State Bar No. 225566)
odunlap@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:    415.956.1900
Facsimile:     415.956.1152

13 Attorneys for Defendant
   SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>             Plaintiff,<br><br>       v.<br><br>SUTTER HEALTH,<br><br>             Defendant. | Case No. 3:12-CV-04854-LB<br><br>**DEFENDANT SUTTER HEALTH'S NOTICE OF FILING UNDER SEAL ITS REPLY IN SUPPORT OF MOTION TO EXCLUDE CERTAIN PORTIONS OF EXPERT TESTIMONY OF DAVID AXENE**<br><br>Date:         August 12, 2021<br>Time:         1:00 p.m.<br>Courtroom: B, 15th Floor<br>Judge:        The Hon. Laurel Beeler |

1     Please take notice that Sutter Health has filed its Reply in Support of Motion to Exclude Certain Portions of Expert Testimony of David Axene, provisionally under seal, at docket 1092.

Dated: June 25, 2021                         Respectfully submitted,

                                            Jones Day

                                            By: */s/ Jeffrey A. LeVee*
                                                     Jeffrey A. LeVee

                                            Counsel for Defendant
                                            SUTTER HEALTH

NAI-1519153758v1