| | |
|---|---|
| CONSTANTINE CANNON LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>JEAN KIM (*pro hac vice*)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>(212) 350-2700<br>(212) 350-2701 (fax)<br>mcantor@constantinecannon.com<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class* | THE MEHDI FIRM, PC<br>AZRA Z. MEHDI (220406)<br>One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>(415) 293-8039<br>(415) 293-8001 fax<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel for Plaintiffs and the Class* |
| FARMER BROWNSTEIN JAEGER LLP<br>DAVID BROWNSTEIN (141929)<br>WILLIAM S. FARMER (46694)<br>DAVID GOLDSTEIN (142334)<br>235 Montgomery Street, Suite 835<br>San Francisco, CA 94104<br>(415) 795-2050<br>(415) 520-5678 (fax)<br>dbrownstein@fbj-law.com<br>wfarmer@fbj-law.com<br>dgoldstein@fbj-law.com<br><br>*Additional Co-Lead Counsel for Plaintiffs and the Class* | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>ALLAN STEYER (100318)<br>D. SCOTT MACRAE (104663)<br>JILL MANNING (178849)<br>SUNEEL JAIN (314558)<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 421-3400<br>(415) 421-2234 (fax)<br>asteyer@steyerlaw.com<br>smacrae@steyerlaw.com<br>jmanning@steyerlaw.com<br>sjain@steyerlaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SUTTER HEALTH,<br><br>　　　　　　　　Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF FILING UNDER SEAL PLAINTIFFS' REPLY TO EXCLUDE CERTAIN OPINIONS OF DR. JONATHAN SKINNER** |

NOTICE OF FILING DOCUMENTS UNDER SEAL, Case No. 3:12-cv-4854-LB

Please take notice that Plaintiffs have filed Plaintiffs' Reply to Exclude Certain Opinions of Dr. Jonathan Skinner and the accompanying Reply Declaration of Jean Kim and Accompanying Exhibits in Support of Plaintiffs' Reply to Exclude Certain Opinions of Dr. Jonathan Skinner, provisionally under seal, at docket 1103.

DATED: July 2, 2021

Respectfully submitted,

*/s/ Suneel Jain*
Suneel Jain

MATTHEW L. CANTOR (admitted *phv*)
JEAN KIM (admitted *phv*)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
(212) 350-2738
(212) 350-2701 (fax)
mcantor@constantinecannon.com
jkim@constantinecannon.com

AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293-8001 (fax)
azram@themehdifirm.com

DAVID C. BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (171039)
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
JILL MANNING (178849)
SUNEEL JAIN (314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, CA 941104

1
NOTICE OF FILING DOCUMENTS UNDER SEAL, Case No. 3:12-cv-4854-LB

(415) 421-3400
(415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com
sjain@steyerlaw.com

*Counsel for Plaintiffs and the Class*