# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 12, 2021  **Time:** 10:06 – 4:52  **Judge:** LAUREL BEELER
**Case No.:** 3:12-cv-04854-LB  **Case Name:** Sidibe v. Sutter Health

**Attorney for Plaintiffs:**
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein, Suneel Jain, Henry Su, James Kovacs, Paulette Rodriguez Lopez, Jill Manning, Scott Macrae, David Brownstein, Azra Mehdi
**Attorney for Defendants:**
Jeffrey LeVee, Robert Bunzel, Oliver Dunlap, David Kiernan, Rob Bunzel, Craig Stewart, Matt Silveira, Elizabeth Burnside, Caroline Van Wagoner, Jeremy Kaufmann, Patrick Ryan, Patrick O'Shaughnessy

**Deputy Clerk:** Elaine Kabiling       **Court Reporter:** Kathleen Sullivan

## PROCEEDINGS

Final Pretrial Conference and Motions Hearing held.

Court and counsel are present by Zoom Webinar. Court and counsel discuss motions as set forth on the record.

Matter is continued to **Thursday, August 19, 2021 at 10:00 a.m.** for Further Pretrial Conference and Motions Hearing.

**Order to be prepared by:**
( )   Plaintiff           ( )   Defendant           ( )   Court