1  CONSTANTINE CANNON LLP
   MATTHEW L. CANTOR (*pro hac vice*)
2  JEAN KIM (*pro hac vice*)
   335 Madison Avenue, 9th Floor
3  New York, NY 10017
   Telephone: (212) 350-2700
4  Facsimile: (212) 350-2701
   mcantor@constantinecannon.com
5  jkim@constantinecannon.com

6  *Lead Counsel for Plaintiffs and the Class*

7  AZRA Z. MEHDI (220406)
   One Market Street
8  Spear Tower, Suite 3600
   San Francisco, CA 94105
9  Telephone: (415) 293-8039
   Facsimile: (415) 293-8001 x)
10 azram@themehdifirm.com

11 *Co-Lead Counsel*
   *for Plaintiffs and the Class*

12

13

Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Elizabeth M. Burnside (State Bar No. 258184)
eburnside@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:    213.489.3939
Facsimile:    213.243.2539

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
Catherine Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    415.626.3939
Facsimile:    415.875.5700

*Counsel for Defendant*
*Sutter Health*

**FILED**

Aug 17 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

19

20  DJENEBA SIDIBE, et al.,                  Case No. 3:12-CV-04854-LB

               Plaintiffs,                   **STIPULATION AND [~~PROPOSED~~]**
21                                           **ORDER REGARDING TRIAL**
          v.                                 **TESTIMONY OF ROBERT**
22                                           **MONTGOMERY**

    SUTTER HEALTH,
23
               Defendant.
24

25

26

27

28

1    Plaintiffs Djeneba Sidibe, Jerry Jankowski, Susan Hansen, David Herman, Optimum

2    Graphics, Inc., and Johnson Pool & Spa (collectively the "Plaintiffs"), on behalf of themselves

3    and all others similarly situated, and Defendant Sutter Health ("Sutter" and, collectively with

4    Plaintiffs, the "Parties"), through their undersigned counsel, hereby jointly request and stipulate

5    as follows:

6        WHEREAS, Plaintiffs have designated former Sutter executive, Robert Montgomery, in

7    their trial witness list;

8        WHEREAS, Robert Montgomery is unavailable to testify live;

9        WHEREAS, the Parties stipulate that, under Federal Rule of Civil Procedure 32(4)(C),

10    they could offer Mr. Montgomery's testimony and exhibits at trial by designating the transcript

11    and exhibits from Mr. Montgomery's deposition, taken on August 21, 2018 in this matter;

12        WHEREAS, Plaintiffs served their designations of Mr. Montgomery's transcript and

13    exhibits on August 11, 2021;

14        WHEREAS, the Parties will exchange counter-designations and objections for the

15    transcript and exhibits from Mr. Montgomery's deposition prior to trial.

16        IN LIGHT OF THE FOREGOING, THE PARTIES HEREBY STIPULATE that:

17    1.    Robert Montgomery is unavailable to testify live and no party will assert otherwise;

18    2.    Designated portions of the transcript and exhibits from Mr. Montgomery's deposition,

19        taken on August 21, 2018 in this matter can be used at trial under Federal Rule of Civil

20        Procedure 32(4)(C), if admitted.

21    3.    Mr. Montgomery's deposition testimony, if admitted, may be used at trial in lieu of live

22        testimony.

23    4.    Sutter shall serve counter-designations and objections, if any, to such testimony and

24        exhibits by August 20, 2021; and Plaintiffs shall offer any responses to such objections by

25        August 27, 2021.

26

27

28

Case No. 3:12-CV-04854-LB
Stipulation and [Proposed] Order Regarding Trial
Testimony of R. Montgomery.

1    Dated:  August 16, 2021                    CONSTANTINE CANNON LLP

2                                               By  /s/ Matthew L. Cantor

3                                                   Matthew L. Cantor

4                                               Lead Counsel for Plaintiffs and the Class

5

6    Dated:  August 16, 2021                    JONES DAY

7                                               By  /s/ Jeffrey A. LeVee

8                                                   Jeffrey A. LeVee

9                                               Counsel for Defendant Sutter Health

10

11   IT IS SO ORDERED.

12

13   Date:  August 17, 2021

14                                               The Honorable Laurel Beeler
                                                 United States District Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                               Case No. 3:12-CV-04854-LB
                                               Stipulation and [Proposed] Order Regarding Trial
                                          2                    Testimony of R. Montgomery.

1

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this

document has been obtained from each of the above signatories.


Dated:  August 16, 2021                    By: *Suneel Jain*

                                              Suneel Jain

Case No. 3:12-CV-04854-LB
Stipulation and [Proposed] Order Regarding Trial
Testimony of R. Montgomery.

3