Gareth T. Evans (SBN 138992)
REDGRAVE LLP
633 West Fifth Street
26th Floor
Los Angeles, CA  90071
Telephone:     415.471.2040
Facsimile:      415.471.2016
Email:  gevans@redgravellp.com

*Counsel for Defendant
Sutter Health*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUTTER HEALTH, et al., <br><br> Defendants. | Case No. 3:12-CV-4854-LB <br><br> **MANUAL FILING NOTIFICATION** |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

This filing is in native form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in native format shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___    Voluminous Document (PDF file size larger than efiling system allowances)

___    Unable to Scan Documents

_X_   Physical Object (description): <u>Thumb Drive containing Excel Sheets/filed in Native Format</u>

___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

1  __ Conformance with the Judicial Conference Privacy Policy (General Order 53)

2  __ Other (description):

3  –

4  Dated: September 24, 2021                            Respectfully submitted,

5

6                                                                              **REDGRAVE LLP**

7

8                                                                              By: /s/ Gareth T. Evans
                                                                                       Gareth T. Evans
9

10                                                                             *Counsel for Defendants*
                                                                               *Sutter Health*

- 2 -