Gareth T. Evans (SBN 138992)
REDGRAVE LLP
633 West Fifth Street
26th Floor
Los Angeles, CA  90071
Telephone:     415.471.2040
Facsimile:     415.471.2016
Email:  gevans@redgravellp.com

*Counsel for Defendant*
*Sutter Health*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al., | Case No. 3:12-CV-4854-LB |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SUTTER HEALTH, et al., | |
| Defendants. | |

I, Sherry D. Loving, declare:

I am a citizen of the United States and employed in Cook County, Chicago, Illinois.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 230 West Monroe Street, Suite 210, Chicago, Illinois 60606.

On September 24, 2021, I served a copy of the following documents:

- **DEFENDANT SUTTER HEALTH'S NOTICE OF INTENT TO FILE UNDER SEAL**

- **DEFENDANT SUTTER HEALTH'S MOTION TO EXCLUDE OPINIONS OF DR. TASNEEM CHIPTY (Public Copy)**

- **DEFENDANT SUTTER HEALTH'S MOTION TO EXCLUDE OPINIONS OF DR. TASNEEM CHIPTY (Under Seal)**

- **DECLARATION OF SHAINA C. SHAPIRO IN SUPPORT OF DEFENDANT SUTTER HEALTH'S MOTION TO EXCLUDE OPINIONS OF DR. TASNEEM CHIPTY (Public Copy)**

- **DECLARATION OF SHAINA C. SHAPIRO IN SUPPORT OF DEFENDANT SUTTER HEALTH'S MOTION TO EXCLUDE OPINIONS OF DR. TASNEEM CHIPTY (Under Seal)**

- **DECLARATION OF ROBERT D. WILLIG IN SUPPORT OF DEFENDANT SUTTER HEALTH'S MOTION TO EXCLUDE OPINIONS OF DR. TASNEEM CHIPTY (Public Copy)**

- **DECLARATION OF ROBERT D. WILLIG IN SUPPORT OF DEFENDANT SUTTER HEALTH'S MOTION TO EXCLUDE OPINIONS OF DR. TASNEEM CHIPTY (Under Seal)**

by transmitting these documents via electronic transmission.

I am familiar with the U.S. District Court, Northern District of California practice for collection and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

- 2 -

1        I certify under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3

4        Executed on September 24, 2021, at Chicago, Illinois.

5

6                  BY:  _/s/ Sherry D. Loving_____

- 2 -