| | |
|---|---|
| CONSTANTINE CANNON LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>JEAN KIM (*pro hac vice*)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Facsimile: (212) 350-2701<br>mcantor@constantinecannon.com<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class*<br><br>AZRA Z. MEHDI (220406)<br>One Market Street<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>Telephone: (415) 293-8039<br>Facsimile: (415) 293-8001 x)<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel<br>for Plaintiffs and the Class* | Jeffrey A. LeVee (State Bar No. 125863)<br>jlevee@jonesday.com<br>Elizabeth M. Burnside (State Bar No. 258184)<br>eburnside@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: 213.489.3939<br>Facsimile: 213.243.2539<br><br>David C. Kiernan (State Bar No. 215335)<br>dkiernan@jonesday.com<br>Caroline N. Mitchell (State Bar No. 143124)<br>cnmitchell@jonesday.com<br>Brian G. Selden (State Bar No. 261828)<br>bgselden@jonesday.com<br>Catherine Zeng (State Bar No. 251231)<br>czeng@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415.626.3939<br>Facsimile: 415.875.5700<br><br>*Counsel for Defendant<br>Sutter Health* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH,<br><br>    Defendant. | Case No. 3:12-CV-04854-LB<br><br>**UPDATED CHART OF ISSUES IN DISPUTE FOR HEARING ON DECEMBER 2, 2021 AND DECEMBER 9, 2021** |

Plaintiffs Djeneba Sidibe, Jerry Jankowski, Susan Hansen, David Herman, Optimum Graphics, Inc., and Johnson Pool & Spa (collectively the "Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Sutter Health ("Sutter" and, collectively with Plaintiffs, the "Parties"), through their undersigned counsel, hereby submit this updated chart of issues in dispute for hearing on December 2, 2021, and December 9, 2021.  The only change to this chart is to identify the ECF No. assigned to Sutter's Reply in Support of its Request for Judicial Notice.

This does not include various pretrial issues that the Parties would request that the Court address at the Final Pretrial Conference scheduled for December 9, 2021. The Parties will submit a short Joint Case Management Statement to the Court outlining those issues by December 3, 2021 (previously erroneously identified as December 2, 2021).

| Issue & Hearing Date | Filing | Date Filed | ECF No. |
|---|---|---|---|
| Sealing[1]<br><br>December 2, 2019 | Joint Administrative Motion to File Under Seal Motion in Limine and Daubert Filings | September 24, 2021 | 1205-1267 1270 |
| | Amended Joint Administrative Motion to Seal Portions of Trial Exhibits[2] | November 11, 2021 | 1296 |
| | Declaration of John Pickett in Support of Joint Administrative Motion to File Under Seal Portions of Trial Exhibits | November 18, 2021 | 1299 |
| Submissions Regarding Issues Concerning Trial Exhibits<br><br>December 2, 2021 | Plaintiffs' Submission of Issues Concerning Trial Exhibits | November 5, 2021 | 1289 |
| | Sutter's Submission Regarding Disputes Over Trial Exhibits, FRE | November 5, 2021 | 1290 |

---

[1] On November 19, 2021, the Court granted the parties' Stipulation Extending Deadline To File Joint Administrative Motion To Seal Briefs and Exhibits re Disputes Over Trial Exhibits, FRE 1006 Summaries, and Expert Exhibits and Plaintiffs Offer of Proof and Related Exhibits (ECF No. 1302). That motion will now be filed on December 10, 2021.

[2] The Amended Joint Administrative Motion to Seal Portions of Trial Exhibits supersedes the previously filed motion to seal (ECF No. 1189) and the opposition (ECF No. 1192).  Those documents no longer need to be reviewed by the Court.

|  | 1006 Summaries, and Expert Exhibits |  |  |
|---|---|---|---|
|  | Joint Letter Regarding Objection to FRE 1006 Sponsoring Witness | November 9, 2021 | 1295 |
| Request for Judicial Notice<br><br>December 9, 2021 | Sutter Health's Request for Judicial Notice | November 4, 2021 | 1285 |
|  | Plaintiffs' Memorandum of Points and Authorities in Opposition to Sutter Health's Request for Judicial Notice | November 18, 2021 | 1300 |
|  | Reply in Support of Sutter Health's Request for Judicial Notice | November 24, 2021 | 1305 |

Dated:  November 29, 2021        CONSTANTINE CANNON LLP

By  /s/ *Matthew L. Cantor*
    Matthew L. Cantor
    Attorneys for Plaintiffs


Dated:  November 29, 2021        JONES DAY

By  /s/ *Jeffrey A. LeVee*
    Jeffrey A. LeVee
    Attorneys for Defendant SUTTER HEALTH

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  November 29, 2021                    By: /s/ *Suneel Jain*
                                                                    Suneel Jain