# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • FACSIMILE: +1.415.875.5700

Direct Number: (415) 875-5745
dkiernan@jonesday.com

January 12, 2022

**BY ELECTRONIC CASE FILING**

The Honorable Laurel Beeler
United States Magistrate Judge
Northern District of California
Courtroom B, 15th FL
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Djeneba Sidibe et al. v. Sutter Health*, Case No. 3:12-cv-04854-LB

Dear Judge Beeler:

Sutter submits this letter in response to plaintiffs' citation to Judge Seeborg's order in *Crawford et al. v. Uber Technologies, Inc.*, 3:17-cv-02664-RS, and *Namisnak et al. v. Uber Technologies, Inc.*, 3:17-cv-06124-RS. The docket in those cases indicates that the trial there will be a bench trial, scheduled for 4.5 days, on an injunctive relief claim under the Americans with Disabilities Act. The docket does not indicate whether either party objected to a remote trial. For the reasons stated in Sutter's letter brief, a remote bench trial in those circumstances does not support a remote jury trial, let alone one of the length and complexity of the trial in this case.

Respectfully submitted,

/s/ David C. Kiernan
David C. Kiernan

NAI-1525670321v1

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON