UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DJENEBA SIDIBE, et al., | Case No. 12-cv-04854-LB |
| Plaintiffs, | |
| v. | **ORDER REGARDING TRIAL LOGISTICS** |
| SUTTER HEALTH, et al., | |
| Defendants. | |

By Monday, January 17, 2022, the parties must confer and submit a joint statement about jury selection on the following two issues.

One, evaluate the hardships that the court provided previously (just as the parties did previously during jury selection).

Two, assuming jury selection on February 9, 2022, is it better to time screen additional jurors or start fresh (given that jury selection will require a new selection and a new time screen in any event).

**IT IS SO ORDERED.**

Dated: January 14, 2022

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 12-cv-04854-LB