UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTER HEALTH, et al.,<br><br>    Defendants. | Case No. 12-cv-04854-LB<br><br>**ORDER** |

The court has reviewed the parties' filings on the alleged conflicts issue. Based on the filings, the court's customary onboarding process for clerks that entails vetting for conflicts, and the court's actual vetting for conflicts involving this case, this order confirms that the former law clerk did not have a conflict. No conflict can be attributed to the court based on the court's informed decision to permit the clerk to work on the case.

**IT IS SO ORDERED.**

Dated: February 1, 2022

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 12-cv-04854-LB