UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DJENEBA SIDIBE, et al., | Case No. 12-cv-04854-LB |
| Plaintiffs, | |
| v. | **ORDER RE DISPUTES IN ECF NO. 14035** |
| SUTTER HEALTH, et al., | |
| Defendants. | |

In the introductory instruction, the court already said that the concepts "market" and "market power" applied to both claims. (Proposed Final Jury Instructions – ECF No. 1276 at 8.) That seems sufficient for now. The issue can be discussed at the charging conference.

**IT IS SO ORDERED.**

Dated: February 3, 2022

LAUREL BEELER
United States Magistrate Judge