UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

**Case No**. 3:12-cv-04854-LB              **Case Name**: Sidibe v. Sutter Health

**Date**: February 9, 2022                    **Time**: 9:07 AM – 4:36 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling                    **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

                                              **Further Trial**: February 10, 2022

**PROCEEDINGS:**
\*\*\*See Attached Trial Log


**WITNESSES:**


**ADMITTED EXHIBITS:**

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No**: 3:12-cv-04854-LB			**Case Name**: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE:<br>LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE:<br>02/09/2022 | REPORTER(S):<br>Debra Pas / Belle Ball | CLERK:<br>Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:07 AM | | | **(Not Reported)** Prospective jurors arrive.  Roll is taken and the jury is sworn on voir dire. |
| | | 9:14 AM | | | Court, counsel and prospective jurors are present in open court.  Court states the nature of the case and scheduling for the jury. The staff and parties are introduced. |
| | | 9:26 AM | | | **(Not Reported)** Court and counsel confer at sidebar. |
| | | 9:28 AM | | | Plaintiff presents their brief statements to the ladies and gentlemen of the jury. |
| | | 9:40 AM | | | Defense presents their brief statements to the ladies and gentlemen of the jury. |
| | | 9:53 AM | | | Plaintiffs voir dire commences. |
| | | 10:51 AM | | | Court stands in brief recess. |
| | | 11:03 AM | | | All are again present in open court.  Defendants voir dire commences. |
| | | 11:46 AM | | | Defendants voir dire concludes.  Plaintiffs voir dire. |
| | | 12:01 PM | | | Court addresses the prospective jurors as set forth on the record. |
| | | 12:04 PM | | | Voir dire resumes. |
| | | 12:15 PM | | | Court takes its noon recess. |
| | | 1:01 PM | | | Court, counsel, and jurors #58, 1, 3, 10, 13, 26, 37, and 41 are present in open court.  Each juror is called in separately.  Parties stipulate to excuse juror # 37.  Outside the presence of the jury, counsel asks follow-up questions. |
| | | 1:35 PM | | | Outside the presence of the jury, Court and counsel discuss matters as set forth on the record. |
| | | 1:41 PM | | | Court, counsel, and jurors #43, 56, 57, 58, 63, 66 48, 57 and 72 are present in open court.  Each juror is called in separately.  Outside the presence of the jury, counsel asks follow-up questions. |
| | | 2:09 PM | | | Court stands in brief recess. |

|   |   | Time |   |   | Description |
|---|---|---|---|---|---|
|   |   | 2:24 PM |   |   | Court and counsel are present in open court. Outside the presence of the jury, parties stipulate to excuse jurors #3, 10, 13, 26, 31, 37, 89 and 57. Court and counsel discuss remaining number of prospective jurors as set forth on the record. The following jurors are excused for **CAUSE:** jurors #11, 16, 22. |
|   |   | 3:01 PM |   |   | Court, counsel and juror #36 are present in open court. Defense asks follow-up questions. |
|   |   | 3:03 PM |   |   | Outside of the presence of the jury, Court and counsel resume discussions re cause challenges. The following jurors are excused for **CAUSE:** #36. |
|   |   | 3:07 PM |   |   | Court, counsel and juror #43 are present in open court. Defense asks follow-up questions. |
|   |   | 3:13 PM |   |   | Outside of the presence of the jury, Court excuses juror #43 for **CAUSE.** Court and counsel resume discussions re cause challenges. |
|   |   | 3:33 PM |   |   | Court stands in brief recess. |
|   |   | 3:56 PM |   |   | All are again present in open court. Outside the presence of the jury, counsel recites their peremptory challenges as set forth on the record. |
|   |   | 4:02 PM |   |   | Court, counsel and prospective jurors are present in open court. Court directs clerk to call ten (10) jurors to be seated in the jury box who are sworn to try cause. Court thanks the balance of the jury. |
|   |   | 4:10 PM |   |   | Court pre-instructs jury on the laws applicable herein. |
|   |   | 4:36 PM |   |   | The jury is admonished, and the matter is continued to **Thursday, February 10, 2022 at 8:30 a.m. for Further Jury Trial.** |