UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

**Case No**. 3:12-cv-04854-LB　　　　　**Case Name**: Sidibe v. Sutter Health

**Date**: February 10, 2022　　　　　　**Time**: 8:45 AM – 3:06 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling　　　　　　**Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

　　　　　　　　　　　　　　　　　**Further Trial**: February 11, 2022

**PROCEEDINGS:**
***See Attached Trial Log

**WITNESSES:**
David Axene, Susan MacAusland

**ADMITTED EXHIBITS:**
**Plaintiffs Exhibits: 1712**
**Defendants Exhibits: 9500**

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB                Case Name: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/10/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:45 AM | | | Court, counsel and jurors are present in open court. Counsel for the Plaintiff gives their opening statements to the ladies and gentlemen of the jury. |
| | | 9:55 AM | | | Counsel for the Plaintiff concludes their opening statement. Court takes a brief recess. |
| | | 10:11 AM | | | All are again present in open court. Counsel for Defendant gives their opening statements to the ladies and gentlemen of the jury. |
| | | 11:35 AM | | | Counsel for Defendant concludes their opening statement. Court takes its lunch recess. Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |
| | | 11:50 AM | | | Court stands in recess. |
| | | 12:52 PM | | | Court, counsel and jury are present in open court. **DAVID AXENE** is sworn and examined on behalf of the Plaintiff. |
| | | 1:42 PM | | | Cross-examination. |
| | 9500 | | 2/10/2022 | 2/10/2022 | **David Axene Cross Examination Binder - Tab F** |
| | | 2:18 PM | | | Re-direct examination. |
| | | 2:20 PM | | | **(Not Reported)** Court and counsel confer at sidebar. |
| | | 2:24 PM | | | Counsel asks questions of the witness by the jury. |
| | | 2:27 PM | | | Witness is thanked and excused. **SUSAN MACAUSLAND** is sworn and examined on behalf of the Plaintiff. |
| 1712 | | | 02/10/2022 | 02/10/2022 | **Susan MacAusland – (TX-U) – Exhibit Binder** |
| | | 2:47 PM | | | Cross-examination. |
| | | 2:51 PM | | | **(Not Reported)** Court and counsel confer at sidebar. |
| | | 2:52 PM | | | Counsel asks questions of the witness by the jury. |

2

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 2:55 PM |  |  |  | The jury is admonished, and the Court declares the evening recess.  Matter is continued to **Friday, February 11, 2022 at 8:30 a.m.** for further jury trial.  Outside the presence of the jury, Court and counsel discuss legal matter as set forth on the record. |
|  |  | 3:06 PM |  |  |  | Court adjourns. |