UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

**Case No**. 3:12-cv-04854-LB                **Case Name**: Sidibe v. Sutter Health

**Date**: February 11, 2022                **Time**: 8:23 AM – 2:50 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling                **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

                        **Further Trial**: February 14, 2022

**PROCEEDINGS:**
***See Attached Trial Log

**WITNESSES:**
Rebecca LaCroix-Milani, Jennifer Vargas, Marissa Harrington, Jeff Conklin,
Melissa Brendt (Deposition Testimony)

**ADMITTED EXHIBITS:**
Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419
Defendants Exhibits: 9500, 661, 8935, 5654

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB    Case Name: Sidibe v. Sutter Health

TRIAL LOG, EXHIBIT and WITNESS LIST

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/11/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:23 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record. |
| | | 8:32 AM | | | Court, counsel and jurors are present in open court. **REBECCA LACROIX-MILANI** is sworn and examined on behalf of the Plaintiff. |
| 663 | | | 02/11/2022 | 02/11/2022 | Email from Lacroix-Milani to Brendt, Carder, Chason re: Sutter Health proposal #7 |
| 4588 | | | 02/11/2022 | | Map of Sutter Hospitals: Other Sutter Hospitals |
| 1568 | | | 02/11/2022 | 02/11/2022 | Email from LaCroix-Milani to Brendt, Carder, etc., re: Sutter 2017 – Health Net prop #2 attaching "Health Net Proposal 2_Sutter Systemwide 2017.docx" |
| 4841 | | | 02/11/2022 | 02/11/2022 | Health Net Composite Exhibit |
| 266 | | | 02/11/2022 | 02/11/2022 | Email Brendt to John Barnes, cc: Vine, Chason, Renzi, etc., re: Health Net – Sutter Health Proposal 1 – 2013 renewal attaching letter to Melissa Brendt from Becky LaCroix-Milani re: "Contract Renewal 2013" – Health Net proposal #1" and redlined "Sutter Health and Health Net of California, Inc. 2013 Systemwide Agreement" |
| 654 | | | 02/11/2022 | 02/11/2022 | Email from Brendt to Herbert re: Sutter UC Narrow Network Offer |
| | | 10:14 AM | | | **(Not Reported)** Court and counsel confer at sidebar. |
| | | 10:17 AM | | | Counsel asks questions of the witness by the jury. |
| | | 10:19 AM | | | Court stands in brief recess. |
| | | 10:31 AM | | | All are again present in open court. Cross-examination. |
| | 661 | | 02/11/2022 | 02/11/2022 | Health Net, Inc. and Sutter Health 2013 Systemwide Amendment |

2

|  | 8935 |  | 02/11/2022 | 02/11/2022 | Letter from M. Brendt to B. Lacroix-Milani re: Re: Sutter's Comprehensive Proposal #6 to Health Net |
|---|---|---|---|---|---|
|  | 5654 |  | 02/11/2022 | 02/11/2022 | HealthNet of California, Sutter Health Provider Renewal – January 2017 |
|  |  | 11:29 AM |  |  | Re-direct examination. |
| 4570 |  |  | 02/11/2022 |  | Summary of Contract Provisions for Health Net 2006 to 2020 |
|  |  | 11:40 AM |  |  | Re-cross examination. |
|  |  | 11:42 AM |  |  | Court takes its noon recess. |
|  |  | 12:30 PM |  |  | Court, counsel and jurors are present in open court. **JENNIFER VARGAS** is sworn and examined on behalf of the Plaintiff. |
|  |  | 12:45 PM |  |  | Cross-examination. |
|  |  | 1:03 PM |  |  | Re-direct examination. Witness is thanked and excused. **MARISSA HARRINGTON** is sworn and examined on behalf of the Plaintiff. |
|  |  |  |  |  | The following exhibits are **CONDITIONALLY ADMITTED: EXH #4563 – 4569, 4571, 4802 and 4803** |
| 4570 |  |  | 02/11/2022 | 02/11/2022 | Summary of Contract Provisions for Health Net 2006 to 2020 |
|  |  | 1:21 PM |  |  | Cross-examination. |
|  |  | 1:28 PM |  |  | Witness is thanked and excused. **JEFFREY CONKLIN** is sworn and examined on behalf of the Plaintiff. |
|  |  | 1:52 PM |  |  | Cross-examination. |
|  | 5782 |  | 02/11/2022 |  | Hospital Services Agreement between Aetna and Lodi Memorial Hospital Association, effective May 1, 2014 |
|  |  | 2:13 PM |  |  | Re-direct. |
|  |  | 2:18 PM |  |  | Re-cross examination. Witness is thanked and excused. Court admonishes jury re: deposition testimony. |
|  |  | 2:21 PM |  |  | Deposition testimony of **MELISSA BRENDT** commences. |
|  |  | 2:44 PM |  |  | Deposition testimony concludes. Plaintiff moves to admit conditionally admitted exhibits and deposition video of Melissa Brendt. |
| 4563 |  |  | 02/11/2022 | 02/11/2022 | Annual Sutter Patient Revenue |
| 4564 |  |  | 02/11/2022 | 02/11/2022 | Annual Statement of Sutter Case and Financial Investments |
| 4565 |  |  | 02/11/2022 | 02/11/2022 | Sutter Health Charity Care Spending, 2011-2019 |
| 4566 |  |  | 02/11/2022 | 02/11/2022 | Summary of Contract Provisions for All Health Plans 2006 to 2020 |

3

| 4567 | | | 02/11/2022 | 02/11/2022 | Summary of Contract Provisions for Aetna 2006 to 2020 |
|---|---|---|---|---|---|
| 4568 | | | 02/11/2022 | 02/11/2022 | Summary of Contract Provisions for Anthem 2006 to 2020 |
| 4569 | | | 02/11/2022 | 02/11/2022 | Summary of Contract Provisions for Blue Shield 2006 to 2020 |
| 4571 | | | 02/11/2022 | 02/11/2022 | Summary of Contract Provisions for UnitedHealthcare 2006 to 2020 |
| 4802 | | | 02/11/2022 | 02/11/2022 | Sutter PPE Spend v. Sutter Revenue |
| 4803 | | | 02/11/2022 | 02/11/2022 | Sutter Charity Care Write-Offs v. Sutter Revenue |
| 2383 | | | 02/11/2022 | 02/11/2022 | Email from Brendt to Benn re: New Plan-Tenet attaching document entitled [STCA0528183] Anthem MyChoice PPO 400/600 Northern California and Modesto/Manteca |
| 416 | | | 02/11/2022 | 02/11/2022 | Email from Melissa Brendt to Bill Gleeson, cc: Sina Santagata re: Leader Brief attaching Leader_Brief._Affordability._10.07.doc |
| 419 | | | 02/11/2022 | 02/11/2022 | Email from Brendt to Krevans re: Commercial Share |
| | 2:46 PM | | | | The jury is admonished and the Court declares the evening recess. Matter is continued to **Monday, February 14, 2022 at 8:30 a.m.** for further jury trial. |
| | 2:50 PM | | | | **(Not Reported)** The court adds additional trial time. Total hours will be 41.50 per side. Court adjourns. |