UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

**Case No**. 3:12-cv-04854-LB         **Case Name**: Sidibe v. Sutter Health

**Date**: February 14, 2022            **Time**: 8:25 AM – 5:04 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling             **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

**Further Trial**: February 15, 2022

**PROCEEDINGS:**
***See Attached Trial Log

**WITNESSES:**
Kristen Miranda, Michael Beuoy, Ezequiel Tasabia

**ADMITTED EXHIBITS:**
**Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203**

**Defendants Exhibits: 9500, 661, 8935, 5654, 9401, 9040, 3351**

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB                    Case Name: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE:<br>LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE:<br>02/14/2022 | REPORTER(S):<br>Debra Pas / Belle Ball | CLERK:<br>Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:25 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record. |
| | | 8:57 AM | | | Court, counsel and jurors are present in open court. **KRISTEN MIRANDA** is sworn and examined on behalf of the Plaintiff. |
| 4840 | | | 2/14/2022 | 2/14/2022 | Blue Shield Composite Exhibit |
| 3179 | | | 2/14/2022 | 2/14/2022 | Email from Jim Orchison to Thad Roake, Jim Elliott, cc: Kristen Miranda, Tracy Barnes, Doug Sturnick, Laronne Faulkner, Loryi Paoli ~~etc.~~, re: Tiered Hospital Network |
| 3183 | | | 2/14/2022 | 2/14/2022 | Email from Liao to Taylor, cc: Miranda, etc., re: CCSF Update on the Savings Calculations attaching PowerPoint entitled "CCSF Sutter Exclusion Scenario Summary" and excel entitled "CCSSF Savings Calculations - Impact of Sutter Redirection Savings Summary" |
| | | 10:06 AM | | | Cross-examination. |
| | 9041 | | 2/14/2022 | 2/14/2022 | Email from K. Miranda to Multiple Recipients re Sutter Update - 2012 Contract Renewal |
| | 9040 | | 2/14/2022 | 2/14/2022 | Blue Shield policy document, "Custom Tiered Networks for Provider Employers Policy & Guidelines" |
| | 3351 | | 2/14/2022 | 2/14/2022 | 2007 Blue Shield of California and Sutter Health Systemwide Amendment |
| | | 11:07 AM | | | Court takes a brief recess. Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |
| | | 11:16 AM | | | Court stands in recess. |
| | | 11:21 AM | | | All are again present in open court. Witness resumes the stand for further cross-examination. |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 11:24 AM |  |  | Re-direct examination. |
| 5356 |  |  | 2/14/2022 | 2/14/2022 | Email from K. Miranda to J. Davila re FW: Sutter System Financial Summary -- Final Sign-off |
|  |  | 11:38 AM |  |  | **(Not Reported)** Court and counsel confer at sidebar. |
|  |  | 11:40 AM |  |  | All are again present in open court.  Court takes its noon recess. |
|  |  | 12:31 PM |  |  | Court, counsel and jurors are present in open court.  **MICHAEL BEUOY** is sworn and examined on behalf of the Plaintiff. |
|  |  | 12:38 PM |  |  | Court stands in brief recess. |
|  |  | 12:46 PM |  |  | All are again present in open court.  Direct-examination resumes. |
| 201 |  |  | 2/14/2022 | 2/14/2022 | "Pricing 101" Blue Shield PowerPoint by Amy Yao, Mike Beuoy, and Wen Liew |
| 989 |  |  | 2/14/2022 | 2/14/2022 | Blue Shield of California - Small Group Plans Rate Filing, Q4, 2018 |
| 203 |  |  | 2/14/2022 | 2/14/2022 | 2016 Blue Shield Individual URRT filing |
|  |  | 1:23 PM |  |  | Cross-examination. |
|  |  | 2:01 PM |  |  | Re-direct examination. |
|  |  | 2:04 PM |  |  | Witness is thanked and excused.  **EZEQUIEL TASABIA** is sworn and examined. |
|  |  | 2:34 PM |  |  | Cross-examination. |
|  | 661 |  | 2/14/2022 |  | Health Net, Inc. and Sutter Health 2013 Systemwide Amendment |
|  | 1729 |  | 2/14/2022 |  | Sutter Health and Health Net of California, Inc. 2916 Systemwide Agreement |
|  | 9143 |  | 2/14/2022 |  | Summary of examples of networks that include or more alleged Tying Hospital but exclude alleged Tied Hospitals |
|  |  | 3:16 PM |  |  | Re-direct examination. |
|  |  | 3:48 PM |  |  | **(Not Reported)** Court and counsel confer at sidebar. |
|  |  | 3:50 PM |  |  | Witness is thanked and excused.  The jury is admonished and the Court declares the evening recess.  The matter is continued to **Tuesday, February 15, 2022 at 8:30 a.m.** for further jury trial. |
|  |  | 3:54 PM |  |  | Court stands in recess. |
|  |  | 4:18 PM |  |  | **(Not Reported)** Court and counsel discuss case management matters. |
|  |  | 4:27 PM |  |  | Court and counsel are present in open court to discuss legal matters as set forth on the record. |
|  |  | 5:04 PM |  |  | Court adjourns. |
|  |  |  |  |  |  |