UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

**Case No**. 3:12-cv-04854-LB                  **Case Name**: Sidibe v. Sutter Health

**Date**: February 15, 2022                    **Time**: 8:17 AM – 11:56 AM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling                     **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

                                               **Further Trial**: February 16, 2022

**PROCEEDINGS:**
***See Attached Trial Log

**WITNESSES:**
James Harrison (Deposition Testimony), Djeneba Sidibe, Jon Chason (Deposition Testimony), Pat Fry (Deposition Testimony), Dr. Gregory Duncan, Dr. William Isenberg (Deposition Testimony)

**ADMITTED EXHIBITS:**
Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438

Defendants Exhibits: 9500, 661, 8935, 5654, 9401, 9040, 3351

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB        Case Name: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/15/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:17 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record. Court denied plaintiffs' objection to Sutter's counter designation to the Insenberg deposition. Court addressed relevancy of Duncan testimony and related exhibit and authorized redacted exhibit. |
| | | 8:33 AM | | | Court, counsel and jury are present in open court. Deposition testimony of **JAMES HARRISON** commences. |
| | | 9:17 AM | | | Cross-examination. |
| | | 9:42 AM | | | Re-direct examination. |
| | | 9:50 AM | | | Deposition testimony concludes. Plaintiff moves to admit deposition video James Harrison. The following exhibits are **ADMITTED – as redacted:** |
| 3387 | | | 2/15/2022 | 2/15/2022 | Email from Jim Harrison to Carol Spangler, cc: Peter Anderson, Linda Khachadourian re: SMT Strategy Session Material, attaching Competitor Response Analysis: Summary Trends Across Regions |
| 2258 | | | 2/15/2022 | 2/15/2022 | Email from Khachadourian to Vine, Stanish, Harrison, etc., re: Industry Profiles Discussion Continued attaching PowerPoint entitled "Competitor Response Analysis: Summary Trends Across Regions" dated 1/18/11 |
| 293 | | | 2/15/2022 | 2/15/2022 | Email from Harrison to Vine, cc: Anderson re: *** strategy session slides attaching PowerPoint entitled "Price + Cost: What is driving our Price and Cost Position?" |
| 295 | | | 2/15/2022 | 2/15/2022 | PowerPoint entitled "Competitor Response Analysis: Summary Trends Across Regions" |
| | | 9:53 AM | | | **DJENEBA SIDIBE** is sworn and examined on behalf of the Plaintiff. |

2

| | | | | | |
|---|---|---|---|---|---|
| **1031** | | | 2/15/2022 | 2/15/2022 | TechSoup Global BENEFIT PLAN HIGHLIGHTS 3/1/12 - 2/28/13 |
| **1527** | | | 2/15/2022 | 2/15/2022 | 2013-2015 Earnings Statments for Djeneba Sidibe from TechSoup Global |
| | | 10:05 AM | | | Cross-examination. |
| **9100** | | | | | Compilation of named Plaintiff Djeneba Sidibe's benefit information while employed at TechSoup |
| | | 10:14 AM | | | Witness is thanked and excused. |
| **9066** | | | | | Sutter Health presentation, "Competitor Response Analysis: Summary Trends Across Regions" |
| | | 10:17 AM | | | Court stands in brief recess. |
| | | 10:29 AM | | | All are again present in open court. Deposition testimony of **JON CHASON** commences. |
| | | 10:47 AM | | | Deposition testimony concludes. Plaintiff moves to admit deposition video Jon Chason. The following exhibits are **ADMITTED:** |
| **2419** | | | 2/15/2022 | 2/15/2022 | Email from Chason to Voge, Kurre re: OON and non-par rates -education training session follow-up attaching PowerPoint entitled "Application of the Non-Participating Provider Rate" |
| | | 10:49 AM | | | Deposition testimony of **PAT FRY** commences. |
| | | 10:55 AM | | | Deposition testimony concludes. Plaintiff moves to admit deposition video Pat Fry. **DR. GREGORY DUNCAN** is sworn and examined on behalf of Plaintiff. |
| **4438** | | | 2/15/2022 | 2/15/2022 | Letter from Medical Staff of Sutter Coast Hospital to Sutter Coast Hospital Board of Directors re: Violations of State and Federal Law by Board of Directors of Sutter Coast Hospital and Sutter Health |
| | | 11:20 AM | | | Cross-examination. |
| | | 11:25 AM | | | Re-direct examination. |
| | | 11:27 AM | | | Witness is thanked and excused. Deposition testimony of **DR. WILLIAM ISENBERG** commences. |
| | | 11:32 AM | | | Court addresses the jury re scheduling. |
| | | 11:33 AM | | | Deposition testimony resumes. |
| | | 11:46 AM | | | Deposition testimony concludes. Plaintiff moves to admit deposition video Dr. Isenberg. The jury is admonished and the court declares the evening recess. The matter is continued to **Wednesday, February 16, 2022 at 8:30 a.m.** for further jury trial. |
| | | 11:48 AM | | | Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |
| | | 11:56 AM | | | Court adjourns. |