UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

**Case No**. 3:12-cv-04854-LB   **Case Name**: Sidibe v. Sutter Health

**Date**: February 16, 2022   **Time**: 8:17 AM – 2:09 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling   **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

**Further Trial**: February 17, 2022

**PROCEEDINGS:**
***See Attached Trial Log

**WITNESSES:**
Peter Anderson, Dr. Kenneth W. Kizer

**ADMITTED EXHIBITS:**
Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031, 2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716

Defendants Exhibits: 9500, 661, 8935, 5654, 9401, 9040, 3351, 44

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB                Case Name: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/16/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:17 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record |
| | | 8:30 AM | | | Court, counsel and jury are present in open court. **PETER ANDERSON** is sworn and examined on behalf of the Plaintiff. |
| 3028 | | | 2/16/2022 | 2/16/2022 | Email from Kandace Zuccala to numerous recipients re: Message from Peter Anderson re: 4/26/06 SHSS Leadership Symposium - "Case for Transformation and Cultural Change" Pre-conference Reading Materials, attaching document entitled The Case for Transformation and Cultural Change |
| 3031 | | | 2/16/2022 | 2/16/2022 | Email from Bill Gleeson to Bill Gleeson re: Draft speech for Pat - GOV SYMP attaching PowerPoint entitled "State of the System: Pat Fry Governance Symposium October 2006" |
| 2425 | | | 2/16/2022 | 2/16/2022 | Email from Brendt to Vine re: SSR Contracting-Cal PERS follow-up |
| 95 | | | 2/16/2022 | 2/16/2022 | PowerPoint entitled "Strategy Session" |
| 3072 | | | 2/16/2022 | 2/16/2022 | Document titled "Regional President's Meeting December 9, 2014" |
| 42 | | | 2/16/2022 | 2/16/2022 | Document entitled "Building an integrated strategy for excellence in a post-reform environment" |
| 3042 | | | 2/16/2022 | 2/16/2022 | Email from Anderson to Spangler re: Pricing for SMT attaching PowerPoint entitled "Charges and Contracted Rates: Current State, Key Issues and Next Steps" |
| 45 | | | 2/16/2022 | 2/16/2022 | Email from Marshall to Reed re: Price elasticity |
| 4164 | | | 2/16/2022 | 2/16/2022 | Email from Jon Chason to Kris Vine re: New PAMF IHA Total Cost of Care Report, attaching IHA 2011 Total Cost of Care Report |
| 551 | | | 2/16/2022 | 2/16/2022 | Email from Anderson to Berdick re: Branding/Ad spending |

2

|  |  | 9:24 AM |  |  | Cross-examination. |
|---|---|---|---|---|---|
|  | 44 |  | 2/16/2022 | 2/16/2022 | PowerPoint entitled "Governance Assessment Process/Board Updates as of February 2008" |
|  |  | 10:09 AM |  |  | Re-direct examination. |
|  |  | 10:20 AM |  |  | Re-direct examination by defense. |
|  |  | 10:26 AM |  |  | Court takes the morning recess. Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |
|  |  | 10:32 AM |  |  | Court stands in recess. |
|  |  | 10:43 AM |  |  | All are again present in open court. **DR. KENNETH W. KIZER** is sworn and examined on behalf of the Plaintiff. |
| 1610 |  |  | 2/16/2022 | 2/16/2022 | Dr. Kenneth Kizer CV |
| 4708 |  |  | 2/16/2022 | 2/16/2022 | Table s2. Averge Score for Hospital 30-Day Death Rate from Heart Failure for Sutter Tied Hospitals & Non-Sutter Comparison Hospitals for 2007-2019 |
| 4709 |  |  | 2/16/2022 | 2/16/2022 | Table s3. Averge Score for Hospital 30-Day Death Rate from Heart Attacks for Sutter Tied Hospitals & Non-Sutter Comparison Hospitals for 2007-2019 |
| 4710 |  |  | 2/16/2022 | 2/16/2022 | Table s4. Averge Score for Hospital 30-Day Death Rate for Pneumonia for Sutter Tied Hospitals & Non-Sutter Comparison Hospitals for 2007-2019 |
| 4711 |  |  | 2/16/2022 | 2/16/2022 | Table s5. Averge Score for Hospital 30-Day Readmission Rate for Heart Failure for Sutter Tied Hospitals & Non-Sutter Comparison Hospitals for 2007-2019 |
| 4712 |  |  | 2/16/2022 | 2/16/2022 | Table s6. Averge Score for Hospital 30-Day Readmission Rate for Heart Attack for Sutter Tied Hospitals & Non-Sutter Comparison Hospitals for 2007-2019 |
| 4713 |  |  | 2/16/2022 | 2/16/2022 | Table s7. Averge Score for Hospital 30-Day Readmission Rate for Pneumonia for Sutter Tied Hospitals & Non-Sutter Comparison Hospitals for 2007-2019 |
| 4714 |  |  | 2/16/2022 | 2/16/2022 | Table s8. Averge Leapfrog Group Hospital Safety Grade ("HSG") for Sutter Tied Hospitals & Non-Sutter Comparison Hospitals for 2015-Spring 2021 |
| 4715 |  |  | 2/16/2022 | 2/16/2022 | Appendix sH: Updated Cal Hospital Compare Sutter Data |
| 4716 |  |  | 2/16/2022 | 2/16/2022 | Appendix sH: Updated Cal Hospital Compare Sutter Data (cont'd.) |
|  |  | 11:52 AM |  |  | Court takes its noon recess. |
|  |  | 12:46 PM |  |  | Court, counsel and jury are present in open court. Dr. Kizer resumes the stand for further direct examination. |
|  |  | 1:06 PM |  |  | Cross-examination. |

|  |  | 1:44 PM |  |  | Re-direct examination. Witness is thanked and excused. The jury is admonished and the court declares the evening recess. The matter is continued to **Thursday, February 17, 2022 at 8:30 a.m.** for further jury trial. |
|  |  | 1:46 PM |  |  | Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record. |
|  |  | 2:09 PM |  |  | Court adjourns. |