UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

**Case No**. 3:12-cv-04854-LB                **Case Name**: Sidibe v. Sutter Health

**Date**: February 17, 2022                  **Time**: 8:15 AM – 2:57 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling                   **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

                                             **Further Trial**: February 18, 2022

**PROCEEDINGS:**
**\*\*\*See Attached Trial Log**

**WITNESSES:**
Steve Schneider, Robert Reed, Anne Harvey

**ADMITTED EXHIBITS:**
**Plaintiffs Exhibits:** 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031, 2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716, 1523, 520, 96, 2780, 4806, 93, 85, 4842, 1705

**Defendants Exhibits:**  9500, 661, 8935, 5654, 9401, 9040, 3351, 44, 5607, 5901, 5539

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB          Case Name: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/17/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:15 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record |
| | | 8:28 AM | | | Court stands in recess to await the jury's arrival. |
| | | 8:41 AM | | | Court and counsel are present in open court. Juror #7 is not present in the jury room. Court and counsel discuss Juror #7 as set forth on the record. Court excuses said juror. |
| | | 9:01 AM | | | Court, counsel and jury are present in open court. **STEVE SCHNEIDER** is sworn and examined on behalf of the Plaintiff. |
| | | 9:16 AM | | | Cross-examination. |
| | | 9:42 AM | | | Witness is thanked and excused. Court takes the morning recess. |
| | | 9:44 AM | | | Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. Court stands in brief recess. |
| | | 9:53 AM | | | Court and counsel are present in open court. Court and counsel discuss legal matters as set forth on the record. |
| | | 10:06 AM | | | All are again present in open court. **ROBERT REED** is sworn and examined on behalf of the Plaintiff. |
| 1523 | | | 2/17/2022 | 2/17/2022 | 2014 Audited financial statements of the Sutter Health System and Obligated Group, Continuing Disclosure Annual Report, Officer's Certificate of the Corporation as to Compliance with No Event of Default |
| 520 | | | 2/17/2022 | 2/17/2022 | Sutter Health Finance Memo from Robert Reed and Kris Vine to Pat Fry re: Contracting Update Meeting of August 3, 2006 |
| | | | | | |

2

| | | | | | |
|---|---|---|---|---|---|
| 96 | | | 2/17/2022 | 2/17/2022 | Email from Robert Reed to Robert Reed re: White Paper Feedback —with attached paper entitled "Why We Need to Reduce our Cost Structure by More than 20% And How We Can Do It" |
| 2780 | | | 2/17/2022 | 2/17/2022 | Email from Reed to Fry re: Self Funded Product, Holding Statement attaching email from Gleeson to Reed re: same with attached document entitled "Holding Statement - Self Funded Product" |
| 4806 | | | 2/17/2022 | 2/17/2022 | Document entitled "Sutter Health Finance and Planning Committee" |
| 93 | | | 2/17/2022 | 2/17/2022 | Email from Vine to Reed re: SSR Contracting |
| 85 | | | 2/17/2022 | 2/17/2022 | PowerPoint entitled "CEO Meeting" |
| | | 11:07 AM | | | Cross-examination. |
| | 5607 | | 2/17/2022 | 2/17/2022 | Memo re 2014 Operating & Capital Budget and Budget |
| | | 11:47 AM | | | Court takes its noon recess. Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |
| | | 11:50 AM | | | Court stands in recess. |
| | | 1:25 PM | | | Court, counsel and jury are present in open court. Mr. Reed resumes the stand for further cross-examination. |
| | 5901 | | 2/17/2022 | 2/17/2022 | Sutter Health 2012 Audited Financial Statement |
| | 5539 | | 2/17/2022 | 2/17/2022 | Presentation, "Investing in the Future of Our Mission" |
| | | 1:46 PM | | | **(Not Reported)** Court and counsel confer at sidebar. |
| | | 1:47 PM | | | All are again present in open court. Cross-examination resumes. |
| | | 1:53 PM | | | Re-direct examination. |
| | | 2:21 PM | | | Witness is thanked and excused. |
| | | 2:24 PM | | | **ANNE HARVEY** is sworn and examined on behalf of the Plaintiff. |
| 4842 | | | 2/17/2022 | 2/17/2022 | UHC Composite Exhibit |
| 1705 | | | 2/17/2022 | 2/17/2022 | Email from Kerri Balbone to Anne Harvey, Marianna D'Ambrosi re: Sutter indemnified claims - transition to ACME, process improvement and risk mitigation project kick off |
| | | 2:42 PM | | | Cross-examination. |
| | | 2:45 PM | | | Witness is thanked and excused. The jury is admonished and the Court declares the evening recess. The matter is continued to **Friday, February 18, 2022 at 8:30 a.m.** for further jury trial. |
| | | 2:47 PM | | | Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |

|  |  | 2:52 PM |  |  | **(Not Reported)** Court and counsel discuss witness scheduling. |
|---|---|---|---|---|---|
|  |  | 2:57 PM |  |  | Court adjourns. |