UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

**Case No**. 3:12-cv-04854-LB          **Case Name**: Sidibe v. Sutter Health

**Date**: February 18, 2022          **Time**: 8:28 AM – 4:12 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling          **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

                                        **Further Trial**: February 22, 2022

**PROCEEDINGS:**
***See Attached Trial Log


**WITNESSES:**
Jill Ragsdale, Chandra Welsh, Greg Stevens, Catherine Dodd


**ADMITTED EXHIBITS:**
**Plaintiffs Exhibits:** 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031, 2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716, 1523, 520, 96, 2780, 4806, 93, 85, 4842, 1705, 1622, 1620, 2006, 2007, 2008, 2010, 1339, 4838, 426, 4007, 429, 617, 3691-1, 3692-2,

**Defendants Exhibits:** 9500, 661, 8935, 5654, 9401, 9040, 3351, 44, 5607, 5901, 5539, 5112, 5037, 5091, 9093, 5090

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No**: 3:12-cv-04854-LB                                    **Case Name**: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/18/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:28 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record |
| | | 8:32 AM | | | Court stands in recess to await the jury's arrival. |
| | | 8:46 AM | | | Court, counsel, and jury are present in open court. **JILL RAGSDALE** is sworn and examined on behalf of the Plaintiff. |
| 1622 | | | 2/18/2022 | 2/18/2022 | Sutter Health Form 990 for 2019 |
| 1620 | | | 2/18/2022 | 2/18/2022 | Sutter Health Form 990 for 2017 |
| 2006 | | | 2/18/2022 | 2/18/2022 | Sutter Health Form 990 for 2016 |
| 2007 | | | 2/18/2022 | 2/18/2022 | Sutter Health Form 990 for 2015 |
| 2008 | | | 2/18/2022 | 2/18/2022 | Sutter Health Form 990 for 2014 |
| 2010 | | | 2/18/2022 | 2/18/2022 | Sutter Health Form 990 for 2012 |
| | | 9:12 AM | | | Cross-examination. |
| | | 9:32 AM | | | Re-direct examination. |
| | | 9:39 AM | | | Witness is thanked and excused. **CHANDRA WELSH** is sworn and examined on behalf of the Plaintiff. |
| 1339 | | | 2/18/2022 | 2/18/2022 | Email from Welsh to Roode, etc., re: Sutter Appeal |
| 4838 | | | 2/18/2022 | 2/18/2022 | Aetna Composite Exhibit |
| 426 | | | 2/18/2022 | 2/18/2022 | Aetna Current Agreement - "First Amendment to the Aetna Health of California, Inc., Aetna Health Management and Aetna Life Insurance Company and Sutter Health Systemwide Amendment |
| 4007 | | | 2/18/2022 | 2/18/2022 | Email from Voge to Welsh re: Follow up |
| 429 | | | 2/18/2022 | 2/18/2022 | Aetna Health of California, Inc., Aetna Health Management and Aetna Life Insurance Company and Sutter Health 2016 Systemwide Agreement |
| 4567 | | | 2/18/2022 | 2/18/2022 | Summary of Contract Provisions for Aetna 2006 to 2020 |

2

| | | | | | |
|---|---|---|---|---|---|
| 617 | | | 2/18/2022 | 2/18/2022 | Email from Chandra Welsh to Greg Stevens, Brendhan Green re: Sutter contract language examples |
| | | 10:37 AM | | | Court takes morning recess. |
| | | 10:49 AM | | | All are again present in open court. Ms. Welsh resumes the stand for cross-examination. |
| | 5112 | | 2/18/2022 | 2/18/2022 | Chart of average per diem rates of hospital systems |
| | 5037 | | 2/18/2022 | 2/18/2022 | Aetna/Stanford Healthcare 2015 Key and Supporting Messages |
| | 5091 | | 2/18/2022 | 2/18/2022 | Email from C. Welsh to G. Stevens, E. Smalley, and E. Curran re: RE: CA Hospital Cost Transparency Opt-Outs |
| | | 11:46 AM | | | Re-direct examination. |
| | | 11:55 AM | | | Witness is thanked and excused. The court declares the noon recess. |
| | | 1:46 PM | | | Court, counsel and jury are present in open court. **GREG STEVENS** is sworn and examined on behalf of the Plaintiff. |
| 3691-1 | | | 2/18/2022 | 2/18/2022 | Email from Reynolds to Stevens, Green, etc., re: Sutter Governance Symposium |
| 3692-2 | | | 2/18/2022 | 2/18/2022 | Email from Stevens to Reynolds, Green re: Sutter/Aetna Overview attaching "Sutter Health/Aetna Overview April 23, 2012" |
| | | 2:10 PM | | | Cross-examination. |
| | 9093 | | 2/18/2022 | 2/18/2022 | Hospital Services Agreement between Aetna and Stanford Hospital and Clinics, effective September 1, 2012 |
| | 5090 | | 2/18/2022 | 2/18/2022 | Email from M. Reynolds to B. Green re: FW: CHW Update |
| | | 2:37 PM | | | Re-direct examination. |
| | | 2:41 PM | | | Witness is thanked and excused. **CATHERINE DODD** is sworn and examined on behalf of the Plaintiff. |
| | | 3:24 PM | | | Cross-examination. |
| | | 3:52 PM | | | Re-direct examination. |
| | | 3:56 PM | | | Witness is thanked and excused. The jury is admonished and the Court declares the evening recess. The matter is continued to **Tuesday, February 22, 2022 at 8:30 a.m.** for further jury trial. |
| | | 4:00 PM | | | Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |
| | | 4:12 PM | | | Court adjourns. |