UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

**Case No**. 3:12-cv-04854-LB  **Case Name**: Sidibe v. Sutter Health

**Date**: February 22, 2022  **Time**: 8:12 AM – 5:51 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling  **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

**Further Trial**: February 23, 2022

**PROCEEDINGS:**
***See Attached Trial Log


**WITNESSES:**
Tracy Leland Barnes, Aldo De La Torre, Reese Ivan Fawley

**ADMITTED EXHIBITS:**
Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031, 2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716, 1523, 520, 96, 2780, 4806, 93, 85, 4842, 1705, 1622, 1620, 2006, 2007, 2008, 2010, 1339, 4838, 426, 4007, 429, 617, 3691-1, 3692-2, 1545, 4844, 1465, 166, 162, 4840, 524, 3170, 1405, 1672, 4839, 2387, 479, 1356, 1186

Defendants Exhibits: 9500, 661, 8935, 5654, 9401, 9040, 3351, 44, 5607, 5901, 5539, 5112, 5037, 5091, 9093, 5090, 1557, 9092, 5253, 5175, 5363, 6105, 6222, 6136, 6185, 9038, 5790

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB                   Case Name: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/22/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:12 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record |
| | | 8:36 AM | | | Court, counsel, and jury are present in open court. **TRACY LELAND BARNES** is sworn and examined on behalf of the Plaintiff. |
| **1545** | | | **2/22/2022** | **2/22/2022** | Email from Kristen Miranda to Tracy Barnes, cc: David Morris Esq. re: Sutter Strategic Document attaching memo from Tracy Barnes to Juan Davila and Kristen Miranda re: "Sutter Health 2012 Strategic Plan" |
| **4844** | | | **2/22/2022** | **2/22/2022** | PowerPoint entitled "hospital system market power assessment updated by NPAC" |
| **1465** | | | **2/22/2022** | **2/22/2022** | PowerPoint entitled "sutter system" |
| **166** | | | **2/22/2022** | **2/22/2022** | Letter from Papouchian to Brendt re: Blue Shield negotiations |
| **162** | | | **2/22/2022** | **2/22/2022** | Excel entitled "IP Redirection Analysis 2014 data" With email from Doolabh to Baker re: Sutter Redirection Analysis |
| **4840** | | | **2/22/2022** | **2/22/2022** | Blue Shield Composite Exhibit |
| | | 10:03 AM | | | Court takes its morning recess. Outside the presence of the jury, Court and counsel discuss legal matters as set forth on the record. |
| | | 10:09 AM | | | Court stands in recess. |
| | | 10:21 AM | | | All are again present in open court. Mr. Barnes resumes the stand for cross-examination. |
| | **1557** | | **2/22/2022** | **2/22/2022** | 2015 Blue Shield of California and Sutter Health Systemwide Agreement |
| | **7544** | | **2/22/2022** | | Cal. Health & Safety Code § 1375.7 -- Health Care Providers' Bill of Rights |
| | | | | | |
| | | | | | |

2

| | | | | | |
|---|---|---|---|---|---|
| | 9092 | | 2/22/2022 | 2/22/2022 | Contract Routing Memorandum and Blue Shield of California Provider Agreement with Dignity Health dba Mercy San Juan Medical Center, Fee for Service Hospital |
| | 5253 | | 2/22/2022 | 2/22/2022 | Email from A. Arjoyan to T. Barnes, cc A. Papouchian re: FW: AllCare IPA - Monday meeting |
| | 5175 | | 2/22/2022 | 2/22/2022 | Draft hospital pre-negotiation checklist, "Stanford Health Care, contract opportunities checklist, October 2014" |
| | | 12:00 PM | | | Court takes its noon recess. |
| | | 2:09 PM | | | Court, counsel, and jury are present in open court. Mr. Barnes resumes the stand for further cross-examination. |
| | 5363 | | 2/22/2022 | 2/22/2022 | Email from Anita Lee to Tami Lucas, re: Sutter Health Hospital Pre-negotiation Checklist |
| | 6105 | | 2/22/2022 | 2/22/2022 | Letter from John Kingsbury to Eliezer Espinoza on 12/31/2014 regarding Proposed Contract Termination with Alta Bates Summit Medical Center-Alta Bates Campus filed on 11/7/2014 Block Transfer Filing No. 2015-HOSP-45. |
| | 6222 | | 2/22/2022 | 2/22/2022 | Letter from John Kingsbury to Eliezer Espinoza Re: Proposed Contract Termination with Sutter Tracy Community Hospital Filed on November 7, 2014; Block Transfer Filing No. 2015-HOSP-42 |
| | 6136 | | 2/22/2022 | 2/22/2022 | Letter from John Kingsbury to Eliezer Espinoza Re: Proposed Contract Termination with Alta Bates Summit Medical Center-Herrick Campus Filed on November 7, 2014; Block Transfer Filing No. 2015-HOSP-43 |
| | 6185 | | 2/22/2022 | 2/22/2022 | Letter from Dennis Lagman to Eliezer Espinoza Approval with Conditions Proposed Contract Termination with Sutter Auburn Faith Hospital Filed on November 6, 2014; Block Transfer Filing No. 2015-HOSP-20 |
| | | 2:43 PM | | | Re-direct examination. |
| **524** | | | 2/22/2022 | 2/22/2022 | Letter from Tami Lucas to Melissa Brendt re: Sutter Health's July 1st letter to Blue Shield Sutter |
| | | 3:08 PM | | | Witness is thanked and excused. Court and counsel discuss witness scheduling. |
| | | 3:12 PM | | | **ALDO DE LA TORRE** is sworn and examined on behalf of the Plaintiff. |
| **3170** | | | 2/22/2022 | 2/22/2022 | PowerPoint entitled "Sutter Health System Internal Sales & Account Management Talking Points As of September 6, 2013"<br>(Also includes cover email from Schwefler to Henning, cc: Honaker, Lorge) |

3

| | | | | | |
|---|---|---|---|---|---|
| 1405 | | | 2/22/2022 | 2/22/2022 | Email from Lorge to De La Torre, cc: Schwefler re: Sutter Strategy Call with Sales |
| 1672 | | | 2/22/2022 | 2/22/2022 | Email from De La Torre to Ramseier re: Please call me at my home number |
| 4839 | | | 2/22/2022 | 2/22/2022 | Anthem Blue Cross Composite Exhibit |
| 2387 | | | 2/22/2022 | 2/22/2022 | Anthem Blue Cross of California and Sutter Health Systemwide Amendment |
| 479 | | | 2/22/2022 | 2/22/2022 | Letter from Deborah Henning to Melissa Brendt attaching Anthem's second counter-proposal for the renewal of the Systemwide Agreement |
| 1356 | | | 2/22/2022 | 2/22/2022 | Email from Mark Morgan to Michele Manowitz, Steven Scott, Joe Greenberg, Tammy Tucker, Paige Rothermel, Aldo DeLaTorre; CC: Shelly Rangel, Tracey Stanton, Tony Herrera, re: Update on ACO Files Analysis |
| 1186 | | | 2/22/2022 | 2/22/2022 | Letter from Melissa Brendt to Aldo De La Torre re: Anthem Care Comparison Tool-Transparency Initiative |
| | | 4:11 PM | | | Court takes a brief recess. |
| | | 4:21 PM | | | All are again present in open court.  Mr. De La Torre resumes the stand for cross-examination. |
| | 9038 | | 2/22/2022 | 2/22/2022 | Email from A. De La Torre to P. Kehaly et al. re: Sutter Renewal |
| | 2815 | | 2/22/2022 | | Letter from Brendt to De La Torre re: CHW PPO Plan |
| | | 5:09 PM | | | Re-direct examination. |
| | | 5:14 PM | | | Witness is thanked and excused.<br>**REESE IVAN FAWLEY** is sworn and examined on behalf of the Plaintiff. |
| | | 5:30 PM | | | Cross-examination. |
| | 5790 | | 2/22/2022 | 2/22/2022 | Amendment to Blue Cross Comprehensive Contracting Hospital Agreement with UCSF Medical Center and UCSF Children's Hospital, effective November 15, 2008 |
| | | 5:49 PM | | | Re-direct examination. |
| | | 5:51 PM | | | Witness is thanked and excused.  The jury is admonished and the court declares the evening recess.  The matter is continued to **Wednesday, February 23, 2022 at 8:30 a.m.** for further jury trial.  Court adjourns. |