UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COURT TRIAL MINUTE ORDER

**Case No**. 3:12-cv-04854-LB              **Case Name**: Sidibe v. Sutter Health

**Date**: February 24, 2022                **Time**: 8:26 AM – 4:27 PM


**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling                 **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

                                           **Further Trial**: February 25, 2022

**PROCEEDINGS:**
***See Attached Trial Log


**WITNESSES:**
Dr. Tasneem Chipty

**ADMITTED EXHIBITS:**
Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031, 2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716, 1523, 520, 96, 2780, 4806, 93, 85, 4842, 1705, 1622, 1620, 2006, 2007, 2008, 2010, 1339, 4838, 426, 4007, 429, 617, 3691-1, 3692-2, 1545, 4844, 1465, 166, 162, 4840, 524, 3170, 1405, 1672, 4839, 2387, 479, 1356, 1186, 1266, 1329, 1930, 691, 1456, 693, 71, 4571, 4606, 4585, 1624, 4586, 4587, 4588, 4633, 4624, 4625, 4639, 4620, 4589, 4590, 4591, 4592, 4593, 4597, 4598, 4599, 4600, 4601, 4602, 4603, 4604, 4605, 4623, 4626, 4630, 4628, 4686, 4673, 4671, 4676, 4675, 4678, 4677, 4674, 4635, 4616, 4634, 4636, 4680, 4681, 4682, 4687

**Defendants Exhibits:** 9500, 661, 8935, 5654, 9401, 9040, 3351, 44, 5607, 5901, 5539, 5112, 5037, 5091, 9093, 5090, 1557, 9092, 5253, 5175, 5363, 6105, 6222, 6136, 6185, 9038, 5790, 3933, 5413, 9020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No**: 3:12-cv-04854-LB                **Case Name**: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| **TRIAL DATE:** 02/24/2022 | **REPORTER(S):** Debra Pas / Belle Ball | **CLERK:** Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:26 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record |
| | | 8:58 AM | | | Court, counsel, and jury are present in open court. **Dr. Tasneem Chipty**, previously sworn, resumes the stand for further direct examination. |
| 4686 | | | 2/24/2022 | 2/24/2022 | Evidence That Sutter's Conduct Interfered with the Penetration of Steered Products |
| 4673 | | | 2/24/2022 | 2/24/2022 | Overcharge Estimates |
| 4671 | | | 2/24/2022 | 2/24/2022 | Regression Factors |
| 4676 | | | 2/24/2022 | 2/24/2022 | Out-of-Sample Overcharge Estimates for Anthem Pooled Model, 2009 to 2017 |
| 4675 | | | 2/24/2022 | 2/24/2022 | Out-of-Sample Overcharge Estimates for Blue Shield Pooled Model, 2009 to 2017 |
| 4678 | | | 2/24/2022 | 2/24/2022 | Out-of-Sample Overcharge Estimates for Health Net Pooled Model, 2009 to 2017 |
| 4677 | | | 2/24/2022 | 2/24/2022 | Out-of-Sample Overcharge Estimates for United Pooled Model, 2009 to 2017 |
| 4674 | | | 2/24/2022 | 2/24/2022 | Out-of-Sample Overcharge Estimates for Aetna Pooled Model, 2009 to 2017 |
| 4635 | | | 2/24/2022 | 2/24/2022 | Sutter's System-level Discharge Volume Variability is Fourth-Largest Among the Eight Systems |
| 4616 | | | 2/24/2022 | 2/24/2022 | Sutter's System Assets Are in the Middle of the Range |
| 4634 | | | 2/24/2022 | 2/24/2022 | Non-Sutter Hospitals in the Tied Markets Have Invested in Buildings, as of March 2019 |
| 4636 | | | 2/24/2022 | 2/24/2022 | Non-Sutter Hospitals Care for Government-Insured and Uninsured Patients: A Comparison of Sutter Benchmark Hospitals |
| 4680 | | | 2/24/2022 | 2/24/2022 | Class Health Plans Pass Through Nearly All Cost Increases |
| 4681 | | | 2/24/2022 | 2/24/2022 | Pass-Through is Nearly 100% |

| | | | | | |
|---|---|---|---|---|---|
| **4682** | | | 2/24/2022 | 2/24/2022 | Class Health Plans Pass Through Nearly All Cost Increases, by Line of Business |
| **4655** | | | 2/24/2022 | | Pass-Through Rates Do Not Vary Systematically With Kaiser Share: Dr. Willig's Pass-Through Rates, Transformed to a Dollars-Basis: Anthem Individual Business Line |
| **4687** | | | 2/24/2022 | 2/24/2022 | Aggregate Premium Damages for Health Plan Class Members: 2011 to Q1, 2020 |
| **4689** | | | 2/24/2022 | | Damage Estimate: Based on In-Sample Overcharge Estimates |
| | | 10:30 AM | | | Court takes a brief recess. |
| | | 10:45 AM | | | All are again present in open court. Dr. Chipty resumes the stand for cross-examination. |
| | **4670** | | 2/24/2022 | | 94 Benchmark Hospitals in Overcharge Analsis Dataset 3 of 3 |
| | **4645** | | 2/24/2022 | | Sizing Importance of Case Mix Differences Between Sutter and Benchmark Hospitals |
| | | 12:00 PM | | | Court takes its noon recess. |
| | | 1:23 PM | | | Court, counsel, and jury are present in open court. Dr. Chipty resumes the stand for further cross examination. |
| | | 3:02 PM | | | Court takes a brief recess. |
| | | 3:18 PM | | | All are again present in open court. Dr. Chipty resumes the stand for further cross examination. |
| | | 4:19 PM | | | Re-direct examination. |
| | | 4:27 PM | | | The jury is admonished and the court declares the evening recess. The matter is continued to **Friday, February 25, 2022 at 8:30 a.m.** for further jury trial. Court adjourns. |