UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

**Case No**. 3:12-cv-04854-LB    **Case Name**: Sidibe v. Sutter Health

**Date**: February 25, 2022    **Time**: 8:35 AM – 3:58 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling    **Court Reporter**: Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

**Further Trial**: February 28, 2022

**PROCEEDINGS:**
**\*\*\*See Attached Trial Log**

**WITNESSES:**
Dr. Tasneem Chipty, Sarah Krevans, James Conforti, David Wallach, Dr. William Isenberg

**ADMITTED EXHIBITS:**
Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031, 2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716, 1523, 520, 96, 2780, 4806, 93, 85, 4842, 1705, 1622, 1620, 2006, 2007, 2008, 2010, 1339, 4838, 426, 4007, 429, 617, 3691-1, 3692-2, 1545, 4844, 1465, 166, 162, 4840, 524, 3170, 1405, 1672, 4839, 2387, 479, 1356, 1186, 1266, 1329, 1930, 691, 1456, 693, 71, 4571, 4606, 4585, 1624, 4586, 4587, 4588, 4633, 4624, 4625, 4639, 4620, 4589, 4590, 4591, 4592, 4593, 4597, 4598, 4599, 4600, 4601, 4602, 4603, 4604, 4605, 4623, 4626, 4630, 4628, 4686, 4673, 4671, 4676, 4675, 4678, 4677, 4674, 4635, 4616, 4634, 4636, 4680, 4681, 4682, 4687, 4668, 4669, 4670, 1323, 5302, 6077, 5612, 391, 918, 4434

Defendants Exhibits: 9500, 661, 8935, 5654, 9401, 9040, 3351, 44, 5607, 5901, 5539, 5112, 5037, 5091, 9093, 5090, 1557, 9092, 5253, 5175, 5363, 6105, 6222, 6136, 6185, 9038, 5790, 3933, 5413, 9020, 4645, 9501, 9351, 9338, 8759, 9502, 9503, 9157, 9047, 9114, 5598, 9149, 9161, 9140, 5432, 9136, 9139, 9103, 9101, 9104, 9105, 9123. 9138, 9100, 9142, 9143, 8723, 9129

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:12-cv-04854-LB                    Case Name: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 02/25/2022 | REPORTER(S): Debra Pas / Belle Ball | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 8:35 AM |  |  | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record |
|  |  | 8:47 AM |  |  | Court, counsel and jury are present in open court. **Dr. Tasneem Chipty** resumes the stand for further direct examination. |
| 4668 |  |  | 2/25/2022 | 2/25/2022 | 94 Benchmark Hospitals in Overcharge Analsis Dataset 1 of 3 |
| 4669 |  |  | 2/25/2022 | 2/25/2022 | 94 Benchmark Hospitals in Overcharge Analsis Dataset 2 of 3 |
| 4670 |  |  | 2/25/2022 | 2/25/2022 | 94 Benchmark Hospitals in Overcharge Analsis Dataset 3 of 3 |
|  |  | 9:07 AM |  |  | **(Not Reported)** Court and counsel confer at sidebar. |
|  |  | 9:11 AM |  |  | Court asks questions of the witness from the jury. |
|  |  |  |  |  | Witness is thanked and excused. Plaintiff rest. The following exhibits are **ADMITTED:** |
| 1323 |  |  | 2/25/2022 | 2/25/2022 | 6/13/11 Johnson Pool & Spa payment remittance to Blue Shield for July 2011 |
| 5302 |  |  | 2/25/2022 | 2/25/2022 | Johnson Pools Inc. Invoice from BSC from Oct. 2010 |
|  | 4645 |  | 2/25/2022 | 2/25/2022 | Sizing Importance of Case Mix Differences Between Sutter and Benchmark Hospitals |
|  | 9501 |  | 2/25/2022 | 2/25/2022 | Dr. Chipty's Estimates of Alleged Sutter Overcharges Adding Additional Control Variables from her Baseline Model |
|  | 9351 |  | 2/25/2022 | 2/25/2022 | Premium data for "201 Civir Dr" and "PO BOX 11657" and "3510 Unocal Pl" extracted from Blue Shield and Anthem Blue Cross small group premiums data that Dr. Chipty relies upon in her damages analysis. |
|  | 9338 |  | 2/25/2022 | 2/25/2022 | Exhibit 18 - Blue Shield Shared Advantage Plan Premiums |

2

| | | | | | |
|---|---|---|---|---|---|
| | 8759 | | 2/25/2022 | 2/25/2022 | Printout of the California Secretary of State website for "Algentis, LLC" (200629110166) |
| | 9502 | | 2/25/2022 | 2/25/2022 | Anthem Blue Cross, Plan No. 933-0303, Amendment to CaliforniaChoice Small Group Premium Rates Effective January 1, 2011, Filing No. 20102066, Response to Request for Information |
| | 9503 | | 2/25/2022 | 2/25/2022 | Aetna Health of California, 2nd Quarter 2011 HMO Standard Risk Rates, Summary Description of Plan Organization and Operation, Exhibit E-1, March 4, 2011 |
| | | 9:18 AM | | | **SARAH KREVANS** is sworn and examined on behalf of the Defendant. |
| | 9157 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of Sutter Health's commercial and government discharges 2009-2019, all hospitals |
| | 9047 | | 2/25/2022 | 2/25/2022 | Presentation, "Coordinating Care to Improve Quality and Affordability" |
| | 9114 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of Sutter Health's commercial inpatient rate increases 2010-2020 |
| | 5598 | | 2/25/2022 | 2/25/2022 | Presentation, "Affordability Agenda: Progress to Date" |
| | | 10:37 AM | | | Court takes its morning recess. |
| | | 10:50 AM | | | All are again present in open court. Cross-examination. |
| 6077 | | | 2/25/2022 | 2/25/2022 | Sutter Health 2018 Audited Financial Statement |
| 5612 | | | 2/25/2022 | 2/25/2022 | Presentation, Sutter Health Strategic Plan 2008-2012 |
| 391 | | | 2/25/2022 | 2/25/2022 | Email from Berdick to Krevans, Vine, Benn, Brotman, Gerard, Fry, Reed, Petrina, Hirt, Sprague, Gates, Kurtis, Bonslett re: UHC Multi-year parameter summary |
| | | 11:22 AM | | | Re-direct examination. Witness is thanked and excused. **JAMES CONFORTI** is sworn and examined on behalf of the Defendant. |
| | 9149 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of Sutter Health's net income and margins, 2009-2020 without COVID stimulus, SSMC, NCH, SLH |
| | 9161 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of Sutter Health's hospital discharges over time and payor mix 2009-2019, ABSMC, CPMC, MMC, SMCS, SCH |
| | 9140 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of discharge shares in Northern California and San Francisco |
| | | 11:56 AM | | | Court takes its noon recess. |
| | | 1:18 PM | | | All are again present in open court. Mr. Conforti resumes the stand for further direct examination. |
| | 5432 | | 2/25/2022 | 2/25/2022 | Presentation, "Yesterday's Achievements, Today's Challenges, and Tomorrow's Opportunities" |
| | | 1:27 PM | | | Cross-examination. |

| 918 | | | 2/25/2022 | 2/25/2022 | 2020 Audited financial statements of the Sutter Health System and Obligated Group, Continuing Disclosure Annual Report, Officer's Certificate of the Corporation as to Compliance with No Event of Default |
|---|---|---|---|---|---|
| | | 1:50 PM | | | Witness is thanked and excused. **DAVID WALLACH** is sworn and examined on behalf of the Defendant. |
| | 9136 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of Blue Shield premiums for self-funded (Shared Advantage) plans included in Dr. Chipty's damages. |
| | 9139 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of examples from Blue Shield data of entities with alleged overcharges but no alleged damages in Dr. Chipty's analysis. |
| | 9103 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of Northern California hospital and healthcare district bankruptcy filings since 2010. |
| | 9101 | | 2/25/2022 | 2/25/2022 (conditional) | Compilation of HMO Service Areas – coverage of Amador, Del Norte and Lake Counties as reported by the California Office of the Patient Advocate. |
| | 9104 | | 2/25/2022 | 2/25/2022 (conditional) | Compilation of Blue Shield's block transfer filings from 2014, produced by the DMHC, that reflect Blue Shield's request to terminate its contracts with Sutter Health hospitals on December 31, 2014. |
| | 9105 | | 2/25/2022 | 2/25/2022 (conditional) | Compilation of letters produced by the DMHC that reflect the DMHC's approval of Blue Shield's request to terminate its contract with Sutter hospitals on December 31, 2014. |
| | 9123 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of grandfathered and grandmothered rate filing rating area county class composition |
| | 9138 | | 2/25/2022 | 2/25/2022 (conditional) | Summary of 2012 and 2015 rate tables from selected health plans |
| | 9100 | | 2/25/2022 | 2/25/2022 | Compilation of named Plaintiff Djeneba Sidibe's benefit information while employed at TechSoup |
| | 9142 | | 2/25/2022 | 2/25/2022 | Summary of examples of Sutter Health's participation in narrow and tiered networks offered by the class health plans |
| | 9143 | | 2/25/2022 | 2/25/2022 | Summary of examples of networks that include or or more alleged Tying Hospital but exclude alleged Tied Hospitals |
| | | 2:07 PM | | | Cross-examination. |
| | | 2:10 PM | | | Witness is thanked and excused. **DR. WILLIAM ISENBERG** is sworn and examined on behalf of the Defendant. |
| | 8723 | | 2/25/2022 | 2/25/2022 | The Sutter Health Electronic Health Record Enterprise Charter and Scope |
| | 9129 | | 2/25/2022 | 2/25/2022 | Summary of severe sepsis and septic shock mortality rates |

|  |  | 3:15 PM |  |  | Cross-examination. |
|---|---|---|---|---|---|
| **4434** |  |  | 2/25/2022 | 2/25/2022 | Email from William Isenberg, M.D., to Bruce Laverty re: Concerns About Our System's Preparation for the January Surge |
|  |  | 3:55 PM |  |  | Re-direct examination. |
|  |  | 3:58 PM |  |  | Witness is thanked and excused. The jury is admonished and the court declares the evening recess. The matter is continued to **Monday, February 28, 2022 at 8:30 a.m.** for further jury trial. Court adjourns. |