**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**COURT TRIAL MINUTE ORDER**

**Case No**.  3:12-cv-04854-LB              **Case Name**:  Sidibe v. Sutter Health

**Date**:  March 2, 2022                    **Time**: 9:00 AM – 4:20 PM

**The Honorable Laurel Beeler**

**Clerk**:  Elaine Kabiling                 **Court Reporter**:  Debra Pas / Belle Ball

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

                                    **Further Trial**:  March 3, 2022

**PROCEEDINGS:**
***See Attached Trial Log**

**WITNESSES:**
Collette Boudreau, Jonathan Chason, Patrick Pilch

**ADMITTED EXHIBITS:**
**Plaintiffs Exhibits: 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419,
4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031,
2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716, 1523, 520, 96, 2780, 4806, 93, 85, 4842, 1705,
1622, 1620, 2006, 2007, 2008, 2010, 1339, 4838, 426, 4007, 429, 617, 3691-1, 3692-2, 1545, 4844, 1465, 166,
162, 4840, 524, 3170, 1405, 1672, 4839, 2387, 479, 1356, 1186, 1266, 1329, 1930, 691, 1456, 693, 71, 4571,
4606, 4585, 1624, 4586, 4587, 4588, 4633, 4624, 4625, 4639, 4620, 4589, 4590, 4591, 4592, 4593, 4597, 4598,
4599, 4600, 4601, 4602, 4603, 4604, 4605, 4623, 4626, 4630, 4628, 4686, 4673, 4671, 4676, 4675, 4678, 4677,
4674, 4635, 4616, 4634, 4636, 4680, 4681, 4682, 4687, 4668, 4669, 4670, 1323, 5302, 6077, 5612, 391, 918,
4434, 3043, 510, 2724, 2722, 1685, 2814, 658, 3936, 522, 5388, 3945, 6075, 6015, 6280, 9051, 264, 265**

**Defendants Exhibits:  9500, 661, 8935, 5654, 9401, 9040, 3351, 44, 5607, 5901, 5539, 5112, 5037, 5091,
9093, 5090, 1557, 9092, 5253, 5175, 5363, 6105, 6222, 6136, 6185, 9038, 5790, 3933, 5413, 9020, 4645, 9501,
9351, 9338, 8759, 9502, 9503, 9157, 9047, 9114, 5598, 9149, 9161, 9140, 5432, 9136, 9139, 9103, 9101, 9104,
9105, 9123. 9138, 9100, 9142, 9143, 8723, 9129, 4450, 4839, 8927, 5269, 8935, 5619, 5524, 5700, 9113, 9057,
838, 5477, 5714, 6360, 5792, 9112, 9141, 9113, 9116, 9147, 9120, 5476, 9114, 8761, 9152, 9504, 9158, 9149,
2419, 9145, 9146, 9094, 9215**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No**: 3:12-cv-04854-LB          **Case Name**: Sidibe v. Sutter Health

**TRIAL LOG, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| LAUREL BEELER | | | | |
| TRIAL DATE: | | REPORTER(S): | | CLERK: |
| 03/02/2022 | | Debra Pas / Belle Ball | | Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:00 AM | | | Court and counsel are present in open court. Outside the presence of the jury, court and counsel discuss legal matters as set forth on the record. |
| | | 9:11 AM | | | Court, counsel and jury are present in open court. **COLETTE BOUDREAU** is sworn and examined on behalf of the Defendant. |
| | 9504 | | 3/2/2022 | 3/2/2022 | Sutter Operating Revenues and Operating Expenses (2006-2020), prepared by Colette Boudreau |
| | 9112 | | 3/2/2022 | 3/2/2022 | Sutter Health's operating expenses and income as a percent of total revenues 2009-2020 |
| | 9141 | | 3/2/2022 | 3/2/2022 | Operating expenses with executive compensation and income as a percent of net revenues, 2009-2019 |
| | 9113 | | 3/2/2022 | 3/2/2022 | Sutter Health's operating expenses and income as a percent of total revenues, 3 time periods |
| | 9116 | | 3/2/2022 | 3/2/2022 | Summary of Sutter Health's purchases of property, plant, and equipment and operating income, 2006-2020 |
| | 9147 | | 3/2/2022 | 3/2/2022 | Summary of Sutter's total community benefit expenses and unpaid costs of Medi-Cal, 2006-2020 |
| | | 9:44 AM | | | Cross-examination. |
| 4565 | | | 2/11/2022 | | Sutter Health Charity Care Spending, 2011-2019 |
| 9120 | | | 3/2/2022 | | Summary of charity care spending comparisons, Sutter v. cohorts and Sutter v. Kaiser, 2006-2019 |
| 4803 | | | 2/11/2022 | 3/2/2022 | Sutter Charity Care Write-Offs v. Sutter Revenue |
| 4563 | | | 2/11/2022 | | Annual Sutter Patient Revenue |
| 4564 | | | 2/11/2022 | | Annual Statement of Sutter Case and Financial Investments |
| 4802 | | | 2/11/2022 | 3/2/2022 | Sutter PPE Spend v. Sutter Revenue |
| 6075 | | | 3/2/2022 | 3/2/2022 | Sutter Health 2017 Audited Financial Statement |
| | | 10:13 AM | | | Re-direct examination. |
| | 9120 | | 3/2/2022 | 3/2/2022 | Summary of charity care spending comparisons, Sutter v. cohorts and Sutter v. Kaiser, 2006-2019 |

| | | | | | |
|---|---|---|---|---|---|
| | | 10:16 AM | | | Witness is thanked and excused.<br>**JONATHAN CHASON** is sworn and examined on behalf of the Defendant. |
| | 9157 | | 2/25/2022 | 3/2/2022 | Summary of Sutter Health's commercial and government discharges 2009-2019, all hospitals |
| | 9161 | | 2/25/2022 | 3/2/2022 | Summary of Sutter Health's hospital discharges over time and payor mix 2009-2019, ABSMC, CPMC, MMC, SMCS, SCH |
| | 9140 | | 2/25/2022 | 3/2/2022 | Summary of discharge shares in Northern California and San Francisco |
| | 5476 | | 3/2/2022 | 3/2/2022 | Central Valley Region: 2014 Negotiation Financial Summary |
| | 9114 | | 3/2/2022 | 3/2/2022 | Summary of Sutter Health's commercial inpatient rate increases 2010-2020 |
| | 8761 | | 3/2/2022 | 3/2/2022 | Spreadsheet, "Sutter Health - IP and OP Combined, Calendar Year 2018 Margin Analysis" |
| | 9152 | | 3/2/2022 | 3/2/2022 | Compilation of Sutter Health's inpatient operating income and margins 2009-2020, ABSMC, CPMC, MMC, SMCS |
| | | 11:08 AM | | | Court takes its morning recess. |
| | | 11:30 AM | | | Court and counsel are present in open court.  Outside the presence of the jury, Court and counsel discuss stipulated exhibits as set forth on the record. The following exhibits are **ADMITTED:** |
| | 6015 | | 3/2/2022 | 3/2/2022 | Presentation, "Northern California Overview: Strategic Market Area View - Alameda and Contra Costa" – (**Pages 001, .026, .029, .030, .045**) |
| | 6280 | | 3/2/2022 | 3/2/2022 | Presentation, "Northern California Region: Geographic Portfolio Discussion - Appendix (Pre-Reading)" - (**Pages 001, .016-.027, .032, .034, .036, .040, .044-.051, .064-.067**) |
| | 9051 | | 3/2/2022 | 3/2/2022 | Presentation, "Sacramento Lcoal Market Project Kick-Off for 2011 Work: Presentation to Trish Rodriguez and Ed Glavis" – (**Pages .001, .041-043**) |
| | | 11:37 AM | | | All are again present in open court.  Mr. Chason resumes the stand for further direct examination. |
| | 9158 | | 3/2/2022 | 3/2/2022 | Summary of Sutter Health's commercial and government discharges 2009-2019, Santa Rosa |
| | 9149 | | 3/2/2022 | 3/2/2022 | Summary of Sutter Health's net income and margins, 2009-2020 without COVID stimulus, SSMC, NCH, SLH (9149.1 – 9149.6) |
| | 2419 | | 3/2/2022 | 3/2/2022 | Email from Chason to Voge, Kurre re: OON and non-par rates -education training session follow-up attaching PowerPoint entitled "Application of the Non-Participating Provider Rate" |
| | 9145 | | 3/2/2022 | 3/2/2022 | 2019 Northern CA OSHPD CMI Adjusted Average Charge per Discharge for Acute Care Cases |

| | | | | | |
|---|---|---|---|---|---|
| | 9146 | | 3/2/2022 | 3/2/2022 | CMI Adjusted Average Charge per Discharge for Acute Care Cases, 2010-2019 |
| | 9094 | | 3/2/2022 | 3/2/2022 | Exhibits 1-3 of the Declaration of Jeff Sprague In Support of Defendants' Opposition to UEBT's Motion For Class Certification – (**Pages 7 – 9**) |
| | | 12:10 PM | | | Cross-examination. |
| 264 | | | 3/2/2022 | 3/2/2022 | Email from Bresina to Brendt, Chason, re: United's proposal 2 attaching UHC response to Sutter 2015 UnitedHealthcare Systemwide Agreement Proposal 1b V3 061014 |
| 265 | | | 3/2/2022 | 3/2/2022 | Email from Carder to Renzi, Bowman, cc: Brendt, etc., re: Health Net/Sutter Proposal #3 attaching HEALTH NET Proposal 3 - DRAFT AGREEMENT |
| | | 12:33 PM | | | Court takes its noon recess. |
| | | 1:20 PM | | | All are again present in open court.  Mr. Chason resumes the stand for further cross-examination. |
| | | 1:35 PM | | | Re-direct examination. |
| | | 1:47 PM | | | **(Not Reported)** Court and counsel confer at sidebar. |
| | | 1:48 PM | | | Court asks questions of the witness by the jury. Witness is thanked and excused. **PATRICK PILCH** is sworn and examined on behalf of the Defendant. |
| | 9210 | | 3/2/2022 | | Pilch Figure s1 (Income from Operations and PP&E 2006-2020) |
| | 9215 | | 3/2/2022 | 3/2/2022 | Pilch Table s11 (Seismic Compliance Ratings Distribution) |
| | | 3:02 PM | | | Court takes its afternoon recess. |
| | | 3:21 PM | | | All are again present in open court.  Mr. Pilch resumes the stand for cross examination. |
| | | 4:16 PM | | | Re-direct examination. |
| | | 4:20 PM | | | Witness is thanked and excused.  The jury is admonished and the court declares the evening recess.  The matter is continued to **Thursday, March 3, 2022 at 8:30 a.m.** for further jury trial. Court adjourns. |