| | |
|---|---|
| CONSTANTINE CANNON LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>JEAN KIM (*pro hac vice*)<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>(212) 350-2700<br>(212) 350-2701 (fax)<br>mcantor@constantinecannon.com<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class* | THE MEHDI FIRM, PC<br>AZRA Z. MEHDI (220406)<br>201 Mission Street, Suite 1200<br>San Francisco, CA 94105<br>Ph: 415-293-8039<br>Fax: 415:432-4301<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel for Plaintiffs and the Class* |
| FARMER BROWNSTEIN JAEGER LLP<br>DAVID BROWNSTEIN (141929)<br>WILLIAM S. FARMER (46694)<br>DAVID GOLDSTEIN (142334)<br>235 Montgomery Street, Suite 835<br>San Francisco, CA 94104<br>(415) 795-2050<br>(415) 520-5678 (fax)<br>dbrownstein@fbj-law.com<br>wfarmer@fbj-law.com<br>dgoldstein@fbj-law.com<br><br>*Additional Co-Lead Counsel for Plaintiffs and the Class* | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>ALLAN STEYER (100318)<br>D. SCOTT MACRAE (104663)<br>SUNEEL JAIN (314558)<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 421-3400<br>(415) 421-2234 (fax)<br>asteyer@steyerlaw.com<br>smacrae@steyerlaw.com<br>sjain@steyerlaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>SUTTER HEALTH,<br><br>            Defendant. | Case No. 3:12-cv-4854-LB<br><br>**PLAINTIFFS' RESPONSE TO SUTTER'S ADDITIONAL JURY INSTRUCTIONS** |

Sutter's submitted a new set of jury instructions at 4:28 p.m. today, 22 days into trial. Since Sutter's new jury instructions are both untimely and inappropriate, we believe the appropriate course is go forward with the charging conference tomorrow and, at that hearing, we can discuss the issue of waiver with respect to Sutter's untimely submission. Given the lack of any notice from Sutter, Plaintiffs are unable to provide a substantive response to each of the new instructions in time for the charging conference.

As the Court knows, the parties proposed jury instructions when they filed their Proposed Pretrial Order on July 22, 2021. ECF No. 1130. The Court issued its preliminary proposed jury instructions on August 31, 2021, ECF No. 1170, and its Proposed Final Jury Instructions on September 17, 2021. ECF No. 1193. This was for the trial set to start October 4, 2021. After the trial was continued to January 6, 2022, the Court issued Final Proposed Jury Instructions on October 11, 2021. ECF No. 1276.

Nearly four months later—and after two trial continuances—Sutter argues that it is proposing these additional jury instructions "in light of evidence at trial." ECF 1500 at 2. Not so. None of these issues first arose during "evidence at trial."

1. #1: Clarification of the Class Definition: The class is defined to include those who paid premiums for "fully insured health insurance" policies. Sutter wishes to add an instruction regarding the class definition and to include new references to self-insured and flex-funded products. Self-insured and flex-funded products have been known to both parties for years, and Dr. Willig's supplemental merits expert report dated April 16, 2021, included discussion and exhibits regarding both types of products.

2. #2: Disaggregation of Damages: Sutter wishes to add a new jury instruction regarding disaggregation of damages. Dr. Chipty's damages theories and evidence supporting Plaintiffs' damages claim have been at issue for years, and they have been the subject of many expert reports and days of deposition.

3. # 3: Cal. Health & Safety Code § 1375.7: Sutter wants to add portions of the text of Section 1375.7. Sutter claims it is a provider covered by Section 1375.7; it obviously has been aware of the statute since its inception. Sutter included Section 1375.7 on its trial

1

exhibit list served February 1, 2021, and it was RJN 14 in Sutter's November 21, 2021 request for judicial notice.  (ECF 1284 at 7).

4. # 4:  45 CFR § 147.102:  Sutter wants to add portions of 45 CFR § 147.102, a federal regulation that it asserts applies to health insurance premiums.  Again, Sutter obviously has known about the regulation for years.  It was RJN 3 in Sutter's November 21, 2021 request for judicial notice.  (ECF 1284 at 6).  In addition, Trial Exhibits 9176 and 9177, which were part of Sutter's expert Patrick Travis's September 21, 2018 report at pages 42 and 43, address this issue.

5. #5:  Reasonable Value of Services for Out-of-Network Providers:  After years of litigation over Sutter's fees for out-of-network services, Sutter suddenly wants to add a new jury instruction based on Cal. Health & Safety Code § 1371.4 regarding fees for out-of-network services.  This issue did not arise for the first time during trial.

The Court established a sensible and orderly procedure for the parties to exchange proposed jury instructions, to meet and confer, and to file briefs regarding them.  The Court was involved in a long and detailed process to hear arguments and to issue preliminary jury instructions and final jury instructions for the October 4, 2021 trial.  There has been no meet and confer and no briefing for any of Sutter's new proposed jury instructions.  It is far too late in the day for Sutter to propose—several hours before the final charging conference—five new jury instructions regarding issues that have been in the case for years.

Plaintiffs propose to proceed tomorrow with the charging conference for the jury instructions that have been properly tendered and briefed, and for which the Court issued proposed final instructions a few hours ago.  We will be happy to discuss at the charging conference the procedural impropriety of Sutter's new proposed jury instructions.

DATED: March 3, 2022

                                              Respectfully submitted,

                                              */s/ Suneel Jain*
                                              Suneel Jain

MATTHEW L. CANTOR (admitted *phv*)
JEAN KIM (admitted *phv*)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
(212) 350-2738
(212) 350-2701 (fax)
mcantor@constantinecannon.com
jkim@constantinecannon.com

AZRA Z. MEHDI (220406)
201 Mission Street, Suite 1200
San Francisco, CA 94105
Ph: 415-293-8039
Fax: 415:432-4301
azram@themehdifirm.com

DAVID C. BROWNSTEIN (141929)
WILLIAM S. FARMER (46694)
DAVID GOLDSTEIN (171039)
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
wfarmer@fbj-law.com
dgoldstein@fbj-law.com

ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
JILL MANNING (178849)
SUNEEL JAIN (314558)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, CA 941104
(415) 421-3400
(415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com
sjain@steyerlaw.com

*Counsel for Plaintiffs and the Class*