UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

**Case No**. 3:12-cv-04854-LB     **Case Name**: Sidibe v. Sutter Health

**Date**: March 10, 2022     **Time**: 8:30 AM – 2:00 PM

**The Honorable Laurel Beeler**

**Clerk**: Elaine Kabiling     **Court Reporter**: Not Reported

**COUNSEL FOR PLTF**:
Matthew Cantor, Jean Kim, Allen Steyer, David Goldstein and Jill Manning

**COUNSEL FOR DEFT**:
Jeffrey LeVee, Robert Bunzel, David Kiernan

**Further Trial**: March 11, 2022

**PROCEEDINGS:**
***See Attached Trial Log

**WITNESSES:**

**ADMITTED EXHIBITS:**
**Plaintiffs Exhibits:** 1712, 663, 1568, 4841, 266, 654, 4570, 4563 – 4569, 4571, 4802, 4803, 2383, 416,419, 4840, 3179, 3183, 5356, 201, 989, 203, 3387, 2258, 293, 295, 1031, 1527, 9100, 9066, 2419, 4438, 3028, 3031, 2425, 95, 3072, 42, 3042, 45, 4164, 551, 1610, 4708 – 4716, 1523, 520, 96, 2780, 4806, 93, 85, 4842, 1705, 1622, 1620, 2006, 2007, 2008, 2010, 1339, 4838, 426, 4007, 429, 617, 3691-1, 3692-2, 1545, 4844, 1465, 166, 162, 4840, 524, 3170, 1405, 1672, 4839, 2387, 479, 1356, 1186, 1266, 1329, 1930, 691, 1456, 693, 71, 4571, 4606, 4585, 1624, 4586, 4587, 4588, 4633, 4624, 4625, 4639, 4620, 4589, 4590, 4591, 4592, 4593, 4597, 4598, 4599, 4600, 4601, 4602, 4603, 4604, 4605, 4623, 4626, 4630, 4628, 4686, 4673, 4671, 4676, 4675, 4678, 4677, 4674, 4635, 4616, 4634, 4636, 4680, 4681, 4682, 4687, 4668, 4669, 4670, 1323, 5302, 6077, 5612, 391, 918, 4434, 3043, 510, 2724, 2722, 1685, 2814, 658, 3936, 522, 5388, 3945, 6075, 6015, 6280, 9051, 264, 265, 1706, 1707

**Defendants Exhibits:** 9500, 661, 8935, 5654, 9401, 9040, 3351, 44, 5607, 5901, 5539, 5112, 5037, 5091, 9093, 5090, 1557, 9092, 5253, 5175, 5363, 6105, 6222, 6136, 6185, 9038, 5790, 3933, 5413, 9020, 4645, 9501, 9351, 9338, 8759, 9502, 9503, 9157, 9047, 9114, 5598, 9149, 9161, 9140, 5432, 9136, 9139, 9103, 9101, 9104, 9105, 9123. 9138, 9100, 9142, 9143, 8723, 9129, 4450, 4839, 8927, 5269, 8935, 5619, 5524, 5700, 9113, 9057, 838, 5477, 5714, 6360, 5792, 9112, 9141, 9113, 9116, 9147, 9120, 5476, 9114, 8761, 9152, 9504, 9158, 9149, 2419, 9145, 9146, 9094, 9215, 5227, 8938, 7232, 9505, 6371, 6325, 6330, 6340, 6341, 6347, 6348, 6349, 6355, 9506, 9230, 9252, 9256, 9330, 9329, 9239, 9263, 9253, 9327, 9249, 9241, 9507, 9302, 9305, 9309, 9304, 9354, 9306, 9307, 9311, 9288, 8779, 8780, 8781, 8782, 8783

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Case No**: 3:12-cv-04854-LB             **Case Name**: Sidibe v. Sutter Health

## TRIAL LOG, EXHIBIT and WITNESS LIST

| JUDGE: LAUREL BEELER | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| TRIAL DATE: 03/10/2022 | REPORTER(S): Not Reported | CLERK: Elaine Kabiling |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | **(Not Reported):** |
| | | 8:30 AM | | | Jury is present in jury room and commences deliberations. |
| | | 11:30 AM | | | Jury takes its noon recess. |
| | | 2:00 PM | | | Jury takes its evening recess. Matter is continued to **Friday, March 11, 2022 at 8:30 a.m.** for further deliberations. Court adjourns. |