Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Elizabeth M. Burnside (State Bar No. 258184)
eburnside@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: 213.489.3939
Facsimile: 213.243.2539

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
Catherine Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415.626.3939
Facsimile: 415.875.5700

Attorneys for Defendant
SUTTER HEALTH

CONSTANTINE CANNON LLP
Matthew L. Cantor (*pro hac vice*)
Jean Kim (*pro hac vice*)
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
mcantor@constantinecannon.com
jkim@constantinecannon.com

Lead Counsel for Plaintiffs and the Class

AZRA Z. MEHDI (220406)
One Market Street
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: (415) 293-8039
Facsimile: (415) 293-8001 x)
azram@themehdifirm.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>SUTTER HEALTH,<br><br>        Defendant. | Case No. 3:12-CV-04854-LB<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT** |

3:12-CV-04854-LB
Stipulation for Entry of Final Judgment

Plaintiffs Djeneba Sidibe, Jerry Jankowski, Susan Hansen, David Herman, Optimum Graphics, Inc., and Johnson Pool & Spa, on behalf of themselves and the certified Class, and defendant Sutter Health (collectively the "Parties") hereby stipulate to the entry of final judgment in the form attached hereto as Exhibit A.

Plaintiffs stipulate to entry of final judgment on their claims under Section 1 of the Sherman Act and California Unfair Competition Law for purposes of judicial economy.

The parties agree that, by stipulating to the attached final judgment, neither Plaintiffs nor the certified Class have waived any of their rights to appeal in this proceeding.

Dated: March 29, 2022                          JONES DAY

                                               By:  /s/ David C. Kiernan
                                                    David C. Kiernan
                                                    Counsel for Defendant Sutter Health


                                               CONSTANTINE CANNON LLP


                                               By:  /s/ Matthew L. Cantor
                                                    Matthew L. Cantor
                                                    Counsel for Plaintiffs and the Class

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 29, 2022                          By:  /s/ David C. Kiernan
                                                    David C. Kiernan

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUTTER HEALTH,<br><br>  Defendant. | Case No. 3:12-CV-04854-LB<br><br>**Final judgment** |

On March 9, 2021, the Court granted summary judgment to defendant Sutter Health on plaintiffs' Fourth and Fifth Claims, and as to claims for 2008-2010.  ECF 962.

On March 11, 2022, following a jury trial, the jury returned a verdict against plaintiffs on plaintiffs' Third Claim for tying and "course of conduct" under the Cartwright Act.

On March 29, 2022, plaintiffs stipulated to the entry of judgment on their claims under Section 1 of the Sherman Act and the California Unfair Competition Law.

The Court therefore Orders that judgment be entered against plaintiffs on all of plaintiffs' claims, including plaintiffs' Third Claim for tying and "course of conduct" under the Cartwright Act, plaintiffs' First Claim (tying) and Second Claim (course of conduct) under the Sherman Act, and plaintiffs' Sixth Claim under the California Unfair Competition Law.

/ / /

/ / /

It is therefore ORDERED and ADJUDGED that plaintiffs and the class recover nothing, and that the action is dismissed with prejudice. Sutter's bill of costs under Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54-1, should Sutter file one, shall be due fourteen (14) days following the lapse of the time for filing an appeal or issuance of the mandate from the court of appeal, whichever is later.

Dated: March 29, 2022

_____
Hon. Laurel Beeler
UNITED STATES MAGISTRATE JUDGE