

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DJENEBA SIDIBE; et al.,

    Plaintiffs-Appellants,

v.

SUTTER HEALTH,

    Defendant-Appellee,

_____

ANTHEM BLUE CROSS; et al.,

    Intervenors-Pending.

No.   22-15634

D.C. No. 3:12-cv-04854-LB
Northern District of California,
San Francisco

ORDER

Before: S.R. THOMAS and KOH, Circuit Judges.

    Appellants filed a notice of intent to file publicly Volumes 7 through 12 of the excerpts of record (Docket Entry No. 20). Appellee filed a notice of intent to file publicly Volume 19 of the supplemental excerpts of record (Docket Entry No. 75). *See* 9th Cir. R. 27-13(f).

    Non-parties' motion for an extension of time to file a motion to seal (Docket Entry No. 62) is granted.

    The unopposed motions to intervene for the limited purpose of moving to seal filed by Aetna Health of California, Inc. and Aetna Life Insurance Company, Anthem Blue Cross, Blue Shield of California, United HealthCare Services, Inc.,

MKS/MOATT

and Kaiser Foundation Health Plan, Inc. (Docket Entry Nos. 60, 63, 66, 68, 89) are granted.  United Healthcare Services, Inc. is directed to file its motion to seal within 21 days of the date of this order.

Appellee's unopposed motion to maintain portions of Volumes 7 through 12 of the excerpts of record under seal (Docket Entry No. 65) is granted.  Intervenors' unopposed motions to maintain portions of Volumes 7 through 12 under seal (Docket Entry Nos. 70, 71, 72, 85) are also granted.

The unopposed motions to maintain portions of Volumes 10 and 19 of the supplemental excerpts of record under seal (Docket Entry Nos. 92, 96, 98, 99) are granted.

The Clerk will unseal the notices (Docket Entry Nos. 20-1, 75-2) and file publicly the motions to seal (Docket Entry Nos. 65, 70, 71, 72-1, 72-2, 85, 92-1, 92-3, 96, 99-1, 99-4, 99-5, 99-6).  The opening brief has been filed.  The Clerk will file publicly Volumes 1 through 6 of the excerpts of record (Docket Entry No. 19).  The Clerk will also file publicly the answering brief (Docket Entry No. 73) and Volumes 1 through 18 of the supplemental excerpts of record, including the corrected version of Volume 10 included as Exhibit 6 to intervenor Blue Shield of California's motion to seal (Docket Entry Nos. 74-1 through 74-10, 74-12 through 74-19, 99-3).  The Clerk will strike the previous version of Volume 10 (Docket Entry No. 74-11).

The Clerk will file under seal Volumes 7 through 12 of the excerpts of record (Docket Entry Nos. 20-2 through 20-7) and Volume 19 of the supplemental excerpts of record (Docket Entry No. 75-1). The Clerk will maintain under seal certain exhibits to intervenors' motions to seal (Docket Entry Nos. 72-3, 92-2, 99-2).

The remaining pending motions will be addressed by separate order.