|  |  |
|---|---|
|  | **FILED** |
| UNITED STATES COURT OF APPEALS | APR 26 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DJENEBA SIDIBE; et al., | No.   22-15634 |
| Plaintiffs-Appellants, | D.C. No. 3:12-cv-04854-LB<br>Northern District of California,<br>San Francisco |
| v. | |
| SUTTER HEALTH, | ORDER |
| Defendant-Appellee, | |
| _____ | |
| AETNA HEALTH OF CALIFORNIA, INC.; et al., | |
| Intervenors. | |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Intervenor United HealthCare Services, Inc.'s unopposed motion (Docket Entry No. 125) to maintain under seal portions of Volumes 7 and 12 of the excerpts of record and portions of Volume 19 of the supplemental excerpts of record, is granted.  The Clerk will file publicly the motion to seal and supporting declaration (Docket Entry Nos. 125-1, 125-2).  The Clerk will maintain under seal Docket Entry Nos. 125-3, 125-4, and 125-5.

Appellants filed a notice of intent to file publicly Volume 2 of the further excerpts of record (Docket Entry No. 94).  *See* 9th Cir. R. 27-13(f).  The unopposed motions to maintain portions of Volume 2 of the further excerpts of

MKS/MOATT

record under seal (Docket Entry Nos. 100, 101, 102) are granted.

The Clerk will unseal the notice (Docket Entry No. 94-1) and file publicly the motions to seal (Docket Entry Nos. 100, 101, 102), the reply brief (Docket Entry No. 95), and Volume 1 of the further excerpts of record (Docket Entry No. 93).  The Clerk will file under seal Volume 2 of the further excerpts of record (Docket Entry No. 94-2).

Briefing is complete.