# CONSTANTINE CANNON LLP

**Matthew L. Cantor**
212.350-2738
mcantor@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO

August 21, 2024

**VIA ECF**

The Honorable Laurel Beeler
United States Magistrate Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Djeneba Sidibe et al. v. Sutter Health*, Case No. 3:12-cv-04854-LB

Dear Judge Beeler:

On August 19, 2024, the Ninth Circuit issued the FRAP 41 formal mandate reversing the Final Judgment entered in this case. On behalf of Plaintiffs and the Class, we request that the Court schedule a new trial to begin on March 17, 2025.

As the Court knows, this case was filed in September 2012. Due to the passage of time -- in large part resulting from two trips to the Ninth Circuit -- some witnesses have passed, witnesses are getting older, and memories are fading. Accordingly, it is imperative to set a new trial as soon as possible; a March trial date will allow for more than sufficient time for the parties and the Court to complete pretrial proceedings and select a jury.

Plaintiffs also request a case management and scheduling conference to be scheduled for September 12, 2024, with a joint case management statement to be filed by September 5, to discuss trial and a pretrial schedule.

Thank you for your consideration.

Respectfully submitted,

*/s/ Matthew L. Cantor*
Matthew L. Cantor

cc: Counsel of record

NYDOCS 469731v.1