# CONSTANTINE CANNON LLP

**Matthew L. Cantor**
212.350-2738
mcantor@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO

August 21, 2024

**VIA ECF**

The Honorable Laurel Beeler
United States Magistrate Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   ***Djeneba Sidibe et al. v. Sutter Health,*** **Case No. 3:12-cv-04854-LB**

Dear Judge Beeler:

My letter of earlier today requested that the Court hold a case management conference on September 12, 2024. It has now come to my attention that I cannot be available then.

I am available, however, on September 19, 2024 and request that the case management conference be set for that date.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Matthew L. Cantor*
Matthew L. Cantor

cc:  Counsel of record

NYDOCS 469731v.1