1  CONSTANTINE CANNON LLP
   JEAN KIM (*pro hac vice*)
2  6 East 43rd Street
   New York, NY 10017
3  Telephone: (212) 350-2700
   Facsimile: (212) 350-2701
4  jkim@constantinecannon.com

5  *Lead Counsel for Plaintiffs and the Class*

6  THE MEHDI FIRM
   Azra Z. Mehdi (State Bar No. 220406)
7  One Market Street
   Spear Tower, Suite 3600
8  San Francisco, CA 94105
   Telephone: (415) 293-8039
9  Facsimile: (415) 293-8001
   azram@themehdifirm.com
10

11 *Co-Lead Counsel for Plaintiffs and the*
   *Class*
12

13

14

15

SHINDER CANTOR LERNER LLP
MATTHEW L. CANTOR (*pro hac vice*)
14 Penn Plaza, Suite 1900
New York, NY 10122
Telephone: 646-960-8601
matthew@scl-llp.com

JONES DAY
Jeffrey A. LeVee (State Bar No. 125863)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
jlevee@JonesDay.com

David C. Kiernan (State Bar No. 215335)
555 California Street, 26th Floor
San Francisco, CA
Telephone:  (415) 626-3939
Facsimile:  (415) 875-570
dkiernan@jonesday.com

*Counsel for Defendant Sutter Health*

16                    UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19 DJENBA SIDIBE, JERRY JANKOWSKI,
   SUSAN HANSEN, DAVID HERMAN,
20 OPTIMUM GRAPHICS, INC., and
   JOHNSON POOL & SPA, on Behalf of
21 Themselves and All Others Similarly
   Situated,
22
                        Plaintiffs,
23
          v.
24
   SUTTER HEALTH,
25
                        Defendant.
26

27

28

Case No. 3:12-cv-4854-LB

**FURTHER JOINT CASE MANAGEMENT
STATEMENT**

Date:     November 14, 2024
Time:     11:00 a.m.
Judge:    Judge Laurel Beeler
Court:    B, 15th Floor

Plaintiffs and Defendant Sutter Health (collectively, "the Parties") submit this Further Joint Case Management Conference Statement in advance of the Case Management Conference ("CMC") scheduled for November 14, 2024.

Following the Court's issuance of its order dated November 6, 2024, setting a trial date for March 3, 2025, the parties have met and conferred on a number of topics. Following some discussion, the parties now agree to proceed with trial on March 3, 2025 and thank the Court for accommodating their request to try the case during the first quarter of 2025.

Attached are two forms of a proposed pre-trial schedule, one submitted by Plaintiffs (Attachment A), the other submitted by Sutter (Attachment B). The schedules are nearly identical, except as noted below.

1. <u>Jury instructions and verdict form</u>: The parties will meet and confer on jury instructions and a verdict form so as to conclude that process in 2024. In the event the parties have disagreements, the parties propose that they exchange simultaneous briefs on those topics by November 26, 2024, and file those briefs and opposition briefs by December 5, 2024.

2. <u>The Court's previous evidentiary rulings</u>: The parties are reviewing the evidentiary rulings made on the record during trial and propose to make a joint filing regarding those rulings on December 5, 2024.

3. <u>Evidentiary objections and motions in limine on other documents/witnesses</u>. The parties disagree on the proper approach to dealing with potential evidentiary objections related to documents in the following categories: (i) pre-2006 documents that were the subject of plaintiffs' pre-trial offer of proof filed in September 2021 ; (ii) pre-2006 documents that were on the parties' exhibit lists but not the subject of plaintiffs' offer of proof; (iii) new documents (or witnesses) that are included in the parties' respective new lists that were not listed for the previous trial.

Pursuant to the Court's November 6, 2024 Order that the parties present for resolution all "Ninth Circuit issues this fall" (ECF No. 1637), Plaintiffs' proposed schedule (Attachment A) requires the parties to file any such motions in order for those motions to be heard by December 19, 2024. Sutter's proposed schedule (Attachment B) sets a briefing schedule that provides for such motions to be exchanged and then filed in January 2025.

1    The parties will be prepared to discuss these issues with the Court during the November 14,

2    2024 Case Management Conference.

3    4. <u>Final pretrial conference</u>:  The parties acknowledge and will attend the final pretrial

4    conference on February 20, 2025, at 1:00 p.m.

5    5. <u>Trial estimates</u>:  In their joint case management conference filed on August 29, 2024,

6    Plaintiffs estimated a trial of no longer than four and a half weeks, with roughly 50 hours allotted

7    to each side for a total of 100 hours.  Sutter stated that the re-trial should be no longer than the first

8    trial, with 40 hours allotted to each side for a total of 80 hours, excluding jury selection, openings

9    and closings.  The parties also agreed that the trial may be slightly shorter than their respective

10   estimates.  The parties now reaffirm their prior predictions for planning purposes.  As to estimates

11   for individual witnesses, the parties propose to submit those estimates to the court by December 2,

12   2024.

13                                        Respectfully submitted,

14

15   Dated: November 12, 2024            SHINDER CANTOR LERNER LLP

16

17                                       */s/ Matthew L. Cantor*
                                         Matthew L. Cantor

18

19                                       CONSTANTINE CANNON LLP

20

21                                       */s/ Jean Kim*
                                         Jean Kim

22                                       *Lead Counsel for Plaintiffs and the Class*

23

24   Dated: November 12, 2024            JONES DAY

25                                       */s/ Jeffrey A. LeVee*
                                         Jeffrey A. LeVee

26

27                                       *Counsel for Defendant Sutter Health*

28

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 12, 2024

/s/ *Kevin Morrison*
Kevin Morisson

FURTHER JOINT CASE MANAGEMENT STATEMENT                    CASE NO. 3:12-CV-4854-LB

**ATTACHMENT A**

*Sidibe v. Sutter*
Plaintiffs' Proposed Pretrial Schedule

| Task | Date | Additional Comments |
|---|---|---|
| Exchange jury instructions and jury verdict form | 11/20/24 | |
| Exchange of any new motions relating to Ninth Circuit's decision | 11/22/24 | |
| Exchange the catalog of evidentiary rulings from Trial I | 11/22/24 | |
| Exchange briefs on any disputed jury instructions and verdict form | 11/26/24 | |
| Exchange witness lists | 12/2/24 | Witness lists should include name, topics covered, estimated length of examination, and whether the witness will be live or by deposition or trial testimony designation. |
| Exchange oppositions to any new motions relating to Ninth Circuit's decision | 12/4/24 | |
| File new motions relating to Ninth Circuit's decision with oppositions to the Court | 12/5/24 | |
| File joint briefs on any disputed jury instructions and verdict form | 12/5/24 | |
| Joint filing regarding evidentiary rulings made by the Court in Trial I | 12/5/24 | |
| Exchange exhibit lists | 12/18/24 | |
| Court hearing on new motions and evidentiary rulings from Trial I | 12/19/24 | |
| Exchange any updates to Exhibit lists | 12/23/24 | |
| Exchange any objections to new exhibits | 1/9/25 | A party cannot raise a new objection to a trial exhibit that was previously on a trial exhibit list for Trial I that went through the objection and response process.  A party can only raise objections to new trial exhibits that did not go through the objections and response process. |
| Exchange deposition and trial testimony designations | 1/9/25 | |
| Provide notice of new trial exhibits to third parties for sealing | 1/10/25 | The parties need not provide notice for trial exhibits that went through Trial I's sealing process, as the parties will continue to abide by the Court's orders |

**ATTACHMENT A**

*Sidibe v. Sutter*
Plaintiffs' Proposed Pretrial Schedule

| | | |
|---|---|---|
| | | on sealing (*see, e.g.*, ECF Nos. 1317, 1362, 1363). |
| Exchange new or modified FRE 1006s.  To the extent new or modified FRE 1006s contain material that needs to go through the sealing process, the underlying material will also be sent to the party or third party for review | 1/10/25 | |
| Exchange responses to any objections to new exhibits | 1/21/25 | A party may offer a response to the opposing party's objection to a new trial exhibit.  No party may alter their responses to objections for exhibits found on a Trial I exhibit list. |
| Exchange objections to deposition or trial testimony designations and provide counter designations | 1/21/25 | Parties cannot raise new objections on deposition designations used in Trial I.  A party can raise an objection to a new deposition designation. |
| Exchange motions related to any new exhibits or testimony | 1/21/25 | Only for new exhibits or testimony not identified on exhibit lists or used in Trial I. |
| Exchange objections to any new or modified FRE 1006s | 1/28/25 | |
| Exchange oppositions to motions re new exhibits or testimony | 1/28/25 | |
| Parties and third parties to provide noticing party with submission of any sealing request for new trial exhibits or new or altered FRE 1006s | 1/30/25 | |
| File motions re new exhibits or testimony and oppositions with the Court | 2/3/25 | |
| Exchange responses to deposition and trial testimony objections and objections to any deposition or trial testimony counter designations | 2/5/25 | Parties cannot raise a new objection to counter designations used in Trial I.  A party can raise an objection to a new counter designation. |
| Exchange responses to any objections to new or modified FRE 1006s | 2/5/25 | |
| Parties to file Joint Administrative Motion to Seal for new exhibits or new or modified FRE 1006s (with Attachments A and B, supporting declarations, and lodged delta documents) | 2/6/25 | |
| Joint Pretrial Order Submitted | 2/6/25 | |

**ATTACHMENT A**

*Sidibe v. Sutter*
<u>Plaintiffs' Proposed Pretrial Schedule</u>

| Final Pretrial Conference | 2/20/25 | |
|---|---|---|
| Jury Selection/Trial | 3/3/25 | |

**ATTACHMENT B**

*Sidibe v. Sutter*
Sutter's Proposed Pretrial Schedule

| Task | Date | Additional Comments |
|---|---|---|
| Exchange jury instructions and jury verdict form | 11/20/24 | |
| Exchange the catalog of evidentiary rulings from Trial I | 11/22/24 | |
| Exchange briefs on any disputed jury instructions and verdict form | 11/26/24 | |
| Exchange witness lists | 12/2/24 | Witness lists should include name, topics covered, estimated length of examination, and whether the witness will be live or by deposition or trial testimony designation. |
| File all briefs on any disputed jury instructions and verdict form | 12/5/24 | |
| Joint filing regarding evidentiary rulings made by the Court in Trial I | 12/5/24 | |
| Exchange exhibit lists | 12/18/24 | |
| Court hearing on evidentiary rulings from Trial I and any disputed jury instructions and verdict form | 12/19/24 | |
| Exchange any updates to exhibit lists | 12/23/24 | |
| Exchange any objections to new exhibits | 1/9/25 | A party cannot raise a new objection to a trial exhibit that was previously on a trial exhibit list for Trial I that went through the objection and response process.  A party can only raise objections to new trial exhibits that did not go through the objections and response process. |
| Exchange deposition and trial testimony designations | 1/9/25 | |
| Provide notice of new trial exhibits to third parties for sealing | 1/10/25 | The parties need not provide notice for trial exhibits that went through Trial I's sealing process, as the parties will continue to abide by the Court's orders on sealing (*see, e.g.*, ECF Nos. 1317, 1362, 1363). |
| Exchange new or modified FRE 1006s.  To the extent new or modified FRE 1006s contain material that needs to go through the sealing process, the underlying material will also be sent to the party or third party for review | 1/10/25 | |

**ATTACHMENT B**

*Sidibe v. Sutter*
Sutter's Proposed Pretrial Schedule

| | | |
|---|---|---|
| Exchange responses to any objections to new exhibits | 1/21/25 | A party may offer a response to the opposing party's objection to a new trial exhibit. No party may alter their responses to objections for exhibits found on a Trial I exhibit list. |
| Exchange objections to deposition or trial testimony designations and provide counter designations | 1/21/25 | Parties cannot raise new objections on deposition designations used in Trial I. A party can raise an objection to a new deposition designation. |
| Exchange motions in limine[1] | 1/21/25 | |
| Exchange objections to any new or modified FRE 1006s | 1/28/25 | |
| Exchange oppositions to motions in limine | 1/28/25 | |
| Parties and third parties to provide noticing party with submission of any sealing request for new trial exhibits or new or altered FRE 1006s | 1/30/25 | |
| File motions in limine with oppositions with the Court | 2/3/25 | |
| Exchange responses to deposition and trial testimony objections and objections to any deposition or trial testimony counter designations | 2/5/25 | Parties cannot raise a new objection to counter designations used in Trial I. A party can raise an objection to a new counter designation. |
| Exchange responses to any objections to new or modified FRE 1006s | 2/5/25 | |
| Parties to file Joint Administrative Motion to Seal for new exhibits or new or modified FRE 1006s (with Attachments A and B, supporting declarations, and lodged delta documents) | 2/6/25 | |
| Joint Pretrial Order Submitted | 2/6/25 | |
| Final Pretrial Conference | 2/20/25 | |
| Jury Selection/Trial | 3/3/25 | |

NAI-1541830979v2

---

[1] This deadline applies to new exhibits and witnesses and any pre-2006 evidence included on the exhibit lists.

2