| | |
|---|---|
| CONSTANTINE CANNON LLP<br>JEAN KIM (*pro hac vice*)<br>6 East 43rd Street<br>New York, NY 10017<br>(212) 350-2700<br>(212) 350-2701 (fax)<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class* | SHINDER CANTOR LERNER LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>14 Penn Plaza, Suite 1900<br>New York, NY 10122<br>Telephone: 646-960-8601<br>matthew@scl-llp.com |
| THE MEHDI FIRM<br>Azra Z. Mehdi (State Bar No. 220406)<br>95 Third Street<br>2nd Floor, No. 9122<br>San Francisco, CA 94103<br>Ph/Fax: (415) 294-0070<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel for Plaintiffs and the Class* | JONES DAY<br>Jeffrey A. LeVee (State Bar No. 125863)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>jlevee@JonesDay.com<br><br>David C. Kiernan<br>555 California Street<br>26th Floor<br>San Francisco, CA<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>dkiernan@jonesday.com<br><br>*Counsel for Defendant Sutter Health* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SUTTER HEALTH,<br><br>        Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE.  Plaintiffs, the Class and Sutter Health hereby inform the Court that the parties have reached an agreement in principle to settle all individual and class claims alleged in the above-referenced action.  Plaintiffs will file a motion for preliminary approval within 45 days and request a case management conference in 90 days.  The parties agree that the Court may excuse the jurors in the action and vacate all dates in this matter.

Per our discussion with the Court, counsel do not intend to appear tomorrow.

Respectfully submitted,

Dated: March 2, 2025   SHINDER CANTOR LERNER LLP

/s/ *Matthew L. Cantor*
Matthew L. Cantor

CONSTANTINE CANNON LLP

/s/ *Jean Kim*
Jean Kim

*Lead Counsel for Plaintiffs and the Class*

Dated: March 2, 2025   JONES DAY

/s/ *David C. Kiernan*
David C. Kiernan

*Counsel for Defendant Sutter Health*

1
NOTICE OF SETTLEMENT                                                                    CASE NO. 3:12-CV-4854-LB

NYDOCS 469832v.1

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 2, 2025

/s/ *Jean Kim*
Jean Kim