Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Elizabeth M. Burnside (State Bar No. 258184)
eburnside@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone:   213.489.3939
Facsimile:   213.243.2539

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
Brian G. Selden (State Bar No. 261828)
bgselden@jonesday.com
Catherine Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   415.626.3939
Facsimile:   415.875.5700

Attorneys for Defendant
SUTTER HEALTH

Matthew L. Cantor (*pro hac vice*)
matthew@scl-llp.com
SHINDER CANTOR LERNER LLP
14 Penn Plaza, Suite 1900
New York, NY 10122
Tel: (646) 960-8601
Fax: (646) 960-8625

Jean Kim *(pro hac vice)*
jkim@constantinecannon.com
CONSTANTINE CANNON LLP
6 East 43rd Street
New York, NY 10017
Tel: (212)350-2700
Fax: (212) 350-2701

Azra Z. Mehdi (State Bar No. 220406)
azram@themehdifirm.com
THE MEHDI FIRM
95 Third Street, 2nd FL
San Francisco, CA 94103
Tel: (415) 294-0070

Co-Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENBA SIDIBE, et al,,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SUTTER HEALTH,<br><br>　　　　　Defendant. | Case No. 3:12-cv-4854-LB<br><br>**JOINT REQUEST AND [~~PROPOSED~~]**<br>**ORDER REGARDING REMOVAL OF**<br>**COURTROOM EQUIPMENT**<br><br>Date:   March 3, 2025<br>Time:   8:30 a.m.<br>Judge:  The Honorable Laurel Beeler<br>Court:  D, 15th Floor |

Plaintiffs and Defendant Sutter Health (collectively, "the Parties") respectfully request permission, pursuant to General Order No. 58, to remove the following equipment into the courthouse, previously installed on February 24, 2025 in Courtroom D, 15th Floor, for the jury trial in this case that was scheduled on March 3, 2025 (and the related jury selection which began on February 27, 2025).

The specific devices are as follows:

1. Five 6 foot white folding tables
2. One 82 inch monitor on dual pole rolling stand
3. Six 24 inch monitors on table stands
4. Six wireless lavalier microphones
5. One 8 channel mixer
6. Two Blackmagic HDMI Extreme switch with preview monitor 8 HDMI inputs
7. Four SDI and HDMI distribution amplifiers
8. Three Laptop computers
9. Two Photocopiers
10. Two Cases of paper
11. Three web cameras
12. Three mic stands for web cameras
13. One document camera with HDMI output (ELMO)
14. Two 4'x1.5' white tables
15. 16 seat cushions
16. Two 10 inch speakers on stands
17. Misc. cables and adapters (see Attachment A)
18. Windex and paper towels
19. Silver cart for transport
20. Two piano dollys for transport

The Parties further request the Court's permission to remove the equipment listed above (including the miscellaneous cables, adaptors, etc. listed in Attachment A) from Courtroom D on Tuesday March 4, 2025, at 8:00 a.m..

Respectfully submitted,

The Manning Law Firm

Dated: March 3, 2025

*/s/ Jill M. Manning*
Jill M. Manning

*Co-Counsel for Plaintiffs and the Class*

Dated: March 3, 2025

Oliver Q. Dunlap

*Counsel for Defendant Sutter Health*

**ORDER**

For a showing of good cause, the foregoing request is GRANTED.

**IT IS SO ORDERED.**

Dated: March 3, 2025

THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this |
| 3 | document has been obtained from each of the above signatories. |
| 4 | Dated: March 3, 2025 |

/s/ *Oliver Q. Dunlap*
Oliver Dunlap

*Counsel for Sutter Health*

# ATTACHMENT A

| Bartko Zankel | |
| --- | --- |
| San Francisco courthouse | |
| | |
| | |
| **Audio equipment** | |
| Yamaha MG16XU mixer | 1 |
| DI | 4 |
| Wireless microphone Combo | 6 |
| Ultragain with power supply | 1 |
| Shure cigar with cable | 3 |
| 10 inch speaker | 2 |
| Speaker stands | 2 |
| Table mic stand with round base and wireless handheld clip | 4 |
| Floor mic stand for webcams | 4 |
| Ipad holders for webcams | 3 |
| | |
| | |
| **Video** | |
| 24 inch monitor on table stands | 8 |
| Sharp copier | 2 |
| Correct power cord | 2 |
| Extra staples | Lot |
| Spare toner | Lot |
| Cases of 8.5x11 paper | 2 |
| Laptop computer with power supply and Zoom | 3 |
|    Test with MX5141 copier | |
| Clicker with laser | 2 |
| AA batteries | Lot |
| 82 inch monitor with correct power | 1 |
| Correct wall moiunt | 1 |
| Working remote control | 1 |
| 6 foot dual pole poles | 1 set |
| Rolling base | 1 |

| | |
|---|---|
| 48 inch x 18 inch white table | 2 |
| 72 inch x 18 inch white table | 6 |
| Blackmagic Extreme HDMI with correc power and cables | 2 |
| Preview monitor with correct cables and power supply | 2 |
| Assorted size HDMI DA with correct power | 10 |
| Webcam | 3 |
| Wolfvision with correct power | 1 |
| 6 foot DVI cable | 3 |
| DVI to HDMI adapter | 4 |
| Seat cushions | 16 |
| Small bang switch | 2 |
| PDS-902 to scale Wolfvision | 1 |
| | |
| | |
| Cabling | |
| Gaff tape | 4 |
| Long UPC | 2 |
| Regular UPC | 15 |
| 50' XLR cable | 2 |
| 25' XLR cable | 4 |
| 6' XLR cable | 10 |
| 50' HDMI cable | 8 |
| 25' HDMI cable | 10 |
| 12' HDMI cable | 10 |
| 6' HDMI cable | 16 |
| Really short HDMI cable | 12 |
| Extension cord | 20 |
| Power strip | 20 |
| Two fer | 10 |
| Batteries | Lot |
| 1/8" to 1/4" | 8 |
| 1/4" to XLR cable | 4 |
| USB C hub with HDMI on it | 4 |

| | |
|---|---|
| Silver cart | 1 |
| USB cable | 4 |
| Short USB extension cable | 4 |
| 1/4" Y cable | 2 |
| 1/4" to 1/4" cable | 4 |
| Silver sharpie | 4 |
| Print driver on thumb drive | 2 |
| USB hub | 2 |
| Dual pole wrench | 1 |
| Windex | 1 |
| Paper towels | 1 |
| Cash | Lot |
| Piano dolly | 1 |
| Shrink wrap | 1 |
| Furniture blanket | 1 |
| HDMI couplters | 8 |