| | |
|---|---|
| ROBERT H. BUNZEL (SBN 99395) <br> PATRICK M. RYAN (SBN 203215) <br> OLIVER Q. DUNLAP (SBN 225566) <br> BARTKO PAVIA LLP <br> 1100 Sansome Street <br> San Francisco, CA 94111 <br> Telephone: (415) 956-1900 <br> Email: SutterService@bartkopavia.com | DAVID C. KIERNAN (SBN 215335) <br> CAROLINE M. MITCHELL (SBN 143123) <br> BRIAN G. SELDEN (SBN 261828) <br> CATHERINE ZENG (SBN 251231) <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 626-3939 <br> Email: sutterservice@jonesday.com |

JEFFREY A. LEVEE (SBN 125863)
ELIZABETH M. BURNSIDE (SBN 258184)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Email: sutterservice@jonesday.com

Attorneys for Defendant
SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENEBA SIDIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SUTTER HEALTH, <br><br> Defendant. | Case No. 3:12-cv-4854-LB <br><br> **NOTICE OF CHANGE OF FIRM NAME** <br><br> The Hon. Laurel Beeler <br><br> Trial Date:          January 6, 2022 |

PLEASE TAKE NOTICE that the new firm name and email addresses for counsel of record for Defendant SUTTER HEALTH, are as follows:

> ROBERT H. BUNZEL (SBN 99395)
> PATRICK M. RYAN (SBN 203215)
> OLIVER Q. DUNLAP (SBN 225566)
> SutterService@bartkopavia.com
> BARTKO PAVIA LLP
> 1100 Sansome Street
> San Francisco, CA 94111

The address, telephone, and facsimile numbers for the firm's San Francisco office have not

1 | changed. Please update your records accordingly.

2 | DATED: March 26, 2025                    BARTKO PAVIA LLP

By: _____
Robert H. Bunzel
Attorneys for Defendant SUTTER HEALTH

# PROOF OF SERVICE

**Djeneba Sidibe, et al. v. Sutter Health**
**Case No. 3:12-cv-4854-LB**

At the time of service, I was over 18 years of age and not a party to this action. My business address is 1100 Sansome Street, San Francisco, CA 94111.

On March 26, 2025, I served true copies of the following document(s) described as

**NOTICE OF CHANGE OF FIRM NAME**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jmilleman@bartkopavia.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 26, 2025, at San Francisco, California.

_____
Jason Milleman

**SERVICE LIST**
*Djeneba Sidibe, et al. v. Sutter Health*
Case No. 3:12-cv-4854-LB

| | |
|---|---|
| Matthew L. Cantor, Esq.<br>J. Wyatt Fore, Esq.<br>James J. Kovacs, Esq.<br>SHINDER CANTOR LERNER LLP<br>14 Penn Plaza, 19th Floor<br>New York, NY  10122<br>Tel.:    (646) 960-8606<br>*matthew@scl-llp.com*<br>*wyatt@scl-llp.com*<br>*james@scl-llp.com*<br><br>*Lead Counsel for Plaintiffs and the Class* | Allen Steyer, Esq.<br>D. Scott Macrae, Esq.<br>Suneel Jain, Esq.<br>Laura Lee Gildengorin, Esq.<br>STEYER, LOWENTHAL BOODROOKAS<br>   ALVAREZ & SMITH LLP<br>235 Pine Street, 15th Floor<br>San Francisco, CA  94104<br>*asteyer@steyerlaw.com*<br>*smacrae@steyerlaw.com*<br>*sjain@steyerlaw.com*<br>*lgildengorin@steyerlaw.com*<br><br>*Additional Co-Lead Counsel for Plaintiffs and the [Proposed] Class* |
| Azra Z. Mehdi, Esq.<br>THE MEHDI FIRM, PC<br>95 Third Street<br>2nd Floor No. 9122<br>San Francisco, California 94103<br>*azram@themehdifirm.com*<br><br>*Co- Lead Counsel for Plaintiffs and the [Proposed] Class* | William S. Farmer, Esq.<br>David C. Brownstein, Esq.<br>Charles R. Jaeger, Esq.<br>David M. Goldstein, Esq.<br>FARMER BROWNSTEIN JAEGER<br>GOLDSTEIN & SIEGEL LLP<br>155 Montgomery Street, Suite 301<br>San Francisco, CA  94104<br>*wfarmer@fbj-law.com*<br>*dbrownstein@fbj-law.com*<br>*cjaeger@fbj-law.com*<br>*dgoldstein@fbj-law.com*<br><br>*Additional Co-Lead Counsel for Plaintiffs and the [Proposed] Class* |
| Eric A. Grover, Esq.<br>KELLER GROVER LLP<br>1965 Market Street<br>San Francisco, CA  94103<br>*eagrover@kellergrover.com*<br><br>*Attorneys for Plaintiffs and the [Proposed] Class* | Todd M. Schneider, Esq.<br>Kyle G. Bates, Esq.<br>SCHNEIDER WALLACE COTTRELL<br>KONECKY WOTKYNS LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA  94608<br>*tschneider@schneiderwallace.com*<br>*kbates@schneiderwallace.com*<br><br>*Attorneys for Plaintiffs and the [Proposed] Class* |

| | |
|---|---|
| David C. Kiernan, Esq.<br>Brian G. Selden, Esq.<br>Matthew J. Silveira, Esq.<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Email:     sutterservice@jonesday.com<br><br>*Attorneys for Defendant Sutter Health* | Jeffrey A. Levee, Esq.<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071<br>Telephone: (213) 489-3939<br>Email:     jlevee@JonesDay.com<br><br>*Attorneys for Defendant Sutter Health* |

Jill Manning, Esq.
THE MANNING LAW FIRM
50 California Street, Suite 1500
San Francisco, CA  94111
Email:   jmanning@manning-lawfirm.com

*Attorneys for Plaintiff*