1

2

CONSTANTINE CANNON LLP
JEAN KIM (*pro hac vice*)
6 East 43rd Street, 26th Floor
New York, NY  10017
(212) 350-2700
(212) 350-2701 (fax)
jkim@constantinecannon.com

*Lead Counsel for Plaintiffs and the Class*

THE MEHDI FIRM, PC
AZRA Z. MEHDI (220406)
95 Third Street
2nd Floor #9122
San Francisco, CA 94103
(415) 293-0070
(415) 293-0070 (fax)
azram@themehdifirm.com

*Co-Lead Counsel for Plaintiffs and the Class*

SHINDER CANTOR LERNER LLP
MATTHEW L. CANTOR (*pro hac vice*)
ELLISON A. SNIDER (*pro hac vice*)
14 Penn Plaza, Ste. 1900
New York, NY 10122
(646) 960-8601
matthew@scl-llp.com
esnider@scl-llp.com

JAMES J. KOVACS (*pro hac vice*)
J. WYATT FORE (*pro hac vice*)
600 14th St NW, 5th Floor
Washington DC 20005
(646) 960-8601
james@scl-llp.com
wyatt@scl-llp.com

(*Additional counsel listed on signature page*)

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated, | Case No. 3:12-cv-4854-LB |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| vs. | Date:       May 22, 2025 |
| SUTTER HEALTH, | Time:       9:30am |
| Defendant. | Courtroom: B, 15th Floor |
| | Judge:      The Honorable Laurel Beeler |

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that on May 22, 2025 or on such date and time as may be set by the Court, Plaintiffs Djeneba Sidibe, Jerry Jankowski, Susan Hansen, David Herman, Optimum Graphics, Inc., and Johnson Pool & Spa on behalf of themselves and the classes certified in this action (collectively, "Plaintiffs") by and through below-signed counsel, will and hereby do move before the Hon. Laurel Beeler for preliminary approval of the Class Action Settlement Agreement they have reached with Defendant Sutter Health.  For the reasons set forth in the accompanying Memorandum In Support of their Motion, and Defendant Sutter Health having agreed to the executed Settlement Agreement attached to the supporting Declaration of Jean Kim dated April 25, 2025, Plaintiffs hereby move the Court to:

- Order preliminary approval of the Class Action Settlement Agreement as fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23(e) and applicable law;

- Approve the Notice Plan and proposed Plan of Distribution, and order notice of the Settlement and proposed Distribution Plan to Class Members;

- Authorize retention of JND Legal Administration, LLC as Claims Administrator;

- Set the date and time of the Final Fairness Hearing for final approval of the Settlement Agreement; and

- Grant such other relief as the Court deems necessary and appropriate.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall, in support of the aforesaid motion and requested relief, rely upon the Memorandum; the Declaration of Jean Kim dated April 25, 2025; the Declaration of Jennifer Keough dated April 24, 2025; the Declaration of Daniel Boada dated April 25, 2025; the Declaration of Gregory P. Lindstrom dated April 25, 2025; all exhibits attached to the aforementioned Declarations; all pleadings and papers on file in this action; and any such other matters as the Court may consider.

//

//

Dated: April 25, 2025

Respectfully submitted,

/s/ *Jean Kim*

CONSTANTINE CANNON LLP
JEAN KIM (*pro hac vice*)
6 East 43rd Street, 26th Floor
New York, NY  10017
(212) 350-2700
(212) 350-2701 (fax)
jkim@constantinecannon.com

THE MEHDI FIRM, PC
AZRA Z. MEHDI (220406)
95 Third Street
2nd Floor #9122
San Francisco, CA 94103
(415) 293-0070
(415) 293-0070 (fax)
azram@themehdifirm.com

FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP
DAVID C. BROWNSTEIN (141929)
DAVID M. GOLDSTEIN (142334)
155 Montgomery Street, Suite 301
San Francisco, CA 94104
(415) 795-2050
(415) 520-5678 (fax)
dbrownstein@fbj-law.com
dgoldstein@fbj-law.com

SHINDER CANTOR LERNER LLP
MATTHEW L. CANTOR (*pro hac vice*)
ELLISON A. SNIDER (*pro hac vice*)
14 Penn Plaza, Ste. 1900
New York, NY 10122
(646) 960-8601
matthew@scl-llp.com
esnider@scl-llp.com

SHINDER CANTOR LERNER LLP
JAMES J. KOVACS (*pro hac vice*)
J. WYATT FORE (*pro hac vice*)
600 14th St NW, 5th Floor
Washington DC 20005
(646) 960-8601
james@scl-llp.com
wyatt@scl-llp.com

THE MANNING LAW FIRM
JILL M. MANNING (178849)
50 California St., Ste. 1500
San Francisco, CA 94111
(415) 439-5200
jill@manning-lawfirm.com

STEYER LOWENTHAL
BOODROOKAS
ALVAREZ & SMITH LLP
ALLAN STEYER (100318)
D. SCOTT MACRAE (104663)
235 Pine Street, Fifteenth Floor
San Francisco, CA 94104
(415) 421-3400
(415) 421-2234 (fax)
asteyer@steyerlaw.com
smacrae@steyerlaw.com

*Counsel for Plaintiffs and the Class*

NOTICE OF MOTION FOR PRELIMINARY APPROVAL
Case No. 3:12-CV-04854-LB