| | |
|---|---|
| CONSTANTINE CANNON LLP<br>JEAN KIM (*pro hac vice*)<br>6 East 43rd Street<br>New York, NY 10017<br>(212) 350-2700<br>(212) 350-2701 (fax)<br>jkim@constantinecannon.com<br><br>*Lead Counsel for Plaintiffs and the Class*<br><br>THE MEHDI FIRM<br>Azra Z. Mehdi (State Bar No. 220406)<br>95 Third Street<br>2nd Floor, No. 9122<br>San Francisco, CA 94103<br>Ph/Fax: (415) 294-0070<br>azram@themehdifirm.com<br><br>*Co-Lead Counsel for Plaintiffs and the Class* | SHINDER CANTOR LERNER LLP<br>MATTHEW L. CANTOR (*pro hac vice*)<br>14 Penn Plaza, Suite 1900<br>New York, NY 10122<br>Telephone: 646-960-8601<br>matthew@scl-llp.com<br><br><br><br>JONES DAY<br>Jeffrey A. LeVee (State Bar No. 125863)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>jlevee@JonesDay.com<br><br>David C. Kiernan<br>555 California Street<br>26th Floor<br>San Francisco, CA<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>dkiernan@jonesday.com<br><br>*Counsel for Defendant Sutter Health* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DJENBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUTTER HEALTH,<br><br>　　　　　　　　Defendant. | Case No. 3:12-cv-4854-LB<br><br>**NOTICE OF MOTION TO APPROVE SCHEDULE FOR FINAL APPROVAL**<br><br>Date:　　　May 22, 2025<br>Time:　　　9:30<br>Courtroom: B<br>Judge:　　　The Honorable Laurel Beeler |

**PLEASE TAKE NOTICE** that per the Clerk's Notice of May 7, 2025, ECF No. 1746, Plaintiffs and the classes certified in this action and Sutter Health by and through below-signed counsel, will and hereby do move before the Hon. Laurel Beeler for approval of the joint schedule for final approval reflected in the attached [Revised Proposed] Order Granting Approval of Class Settlement.

Dated: May 9, 2025

Respectfully submitted,

CONSTANTINE CANNON LLP

*/s/ Jean Kim*
Jean Kim

*Lead Counsel for Plaintiffs and the Class*

JONES DAY

*/s/ David C. Kiernan*
David C. Kiernan

*Counsel for Defendant Sutter Health*

1

NOTICE OF MOTION FOR APPROVAL OF SCHEDULE FOR FINAL APPROVAL
CASE NO. 3:12-cv-485

NYDOCS 469832v.1

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: May 9, 2025

/s/ *Jean Kim*
Jean Kim