UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SUTTER HEALTH,<br><br>                    Defendant. | Case No. 3:12-cv-4854-LB<br><br>**[REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

1  Pending before the Court is Plaintiffs' motion for preliminary approval of their proposed
2  Settlement with Defendant Sutter Health.
3  WHEREAS, the parties have reached an agreement providing for the settlement and
4  dismissal with prejudice of the claims asserted in this action;
5  WHEREAS, Plaintiffs have submitted the proposed settlement and Class Counsel have
6  provided materials that support that it is in the best interests of the Class and is fair, reasonable
7  and adequate;
8  WHEREAS, Class Counsel with JND Legal Administration have submitted a proposed
9  settlement notice plan and a Plan of Distribution;
10  NOW, THEREFORE, in consideration of the materials submitted, the proposed Settlement
11  is likely to be approved as fair, adequate, and reasonable at a final approval hearing, and
12  accordingly, the Court GRANTS Plaintiffs' Motion.
13  FURTHER,
14  (1)  The Court finds the Settlement Agreements are within the range of settlements that
15  could be approved as fair, reasonable, and adequate, and in the best interests of the Class.
16  (2)  The Court approves the notice content and plan for providing notice of the
17  Settlement to members of the Class.
18  (3)  The Court preliminarily approves the Plan of Distribution.
19  (4)  The Court orders the Parties to ensure that the relevant notices as required by the
20  Class Action Fairness Act, 28 U.S.C. § 1711, et seq. are disseminated.
21  (5)  Finally, the Court adopts and sets the following schedule for final approval:

1

**[REVISED Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Settlement**
**Case No. 3:12-CV-04854-LB**

| Event | Date |
|---|---|
| Commence Settlement Notice | June 2, 2025 |
| Complete Settlement Notice | July 14, 2025 |
| Motion for Attorneys Fees and Expenses | July 29, 2025 |
| Deadline for Objections (filed/postmarked) | August 28, 2025 |
| Deadline for Claims (submitted online/postmarked) | September 12, 2025 |
| Motion for Final Approval of Settlement | September 26, 2025 |
| Final Approval Hearing | November 6, 2025 |

**IT IS SO ORDERED**

Dated:  May 22, 2025

_____
Hon. Laurel Beeler
United States Magistrate Judge

2
**[REVISED ~~Proposed~~] Order Granting Plaintiffs' Motion for Preliminary Approval of Settlement**
**Case No. 3:12-CV-04854-LB**