# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 22, 2025  **Time:** 18 minutes  **Judge:** LAUREL BEELER
**Case No.**: 12-cv-04854-LB  **Case Name:** Sidibe v. Sutter Health

**Attorney for Plaintiff:** Matthew Cantor (Zoom appearance), Jean Kim
**Attorney for Defendant:** David Kiernana, Oliver Dunlap, David Prahl

**Deputy Clerk:** Brenda Lopez   **Zoom Recording:** 9:59-10:17

### HYBRID ZOOM PROCEEDINGS

Preliminary Approval Hearing – Held

### SUMMARY

The settlement was preliminarily approved and will be memorialized in separately filed orders for the reasons stated on the record. Parties submitted two modest clarifications which were proffered in court and will be filed by the parties.