UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DJENEBA SIDIBE, JERRY JANKOWSKI, SUSAN HANSEN, DAVID HERMAN, OPTIMUM GRAPHICS, INC., and JOHNSON POOL & SPA, on Behalf of Themselves and All Others Similarly Situated,

                                   Plaintiffs,

        vs.

SUTTER HEALTH,

                                   Defendant.

Case No. 3:12-cv-4854-LB

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL AND CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS

Pending before the Court is Plaintiffs' motion for final approval of their proposed Class Settlement with Defendant Sutter Health and Class Counsel's motion for attorneys' fees, reimbursement of costs and service awards.

WHEREAS, the parties have reached an agreement providing for the settlement and dismissal with prejudice of the claims asserted in this action;

WHEREAS, Plaintiffs have submitted the proposed Settlement Agreement and materials in support of final approval;

WHEREAS, Class Counsel have submitted materials in support of their request for attorneys' fees, reimbursement of litigation costs and service awards for class representatives;

WHEREAS, due and adequate notice has been given to Class Members regarding the proposed settlement and the petition for fees and costs;

WHEREAS, a Fairness Hearing was conducted on November 6, 2025; and

WHEREAS, the 90-day period provided by the Class Action Fairness Act, 28 U.S.C. § 1715(d), has expired.

NOW, THEREFORE, in consideration of all papers filed and proceedings held herein and otherwise being fully informed and good cause appearing, the Court finds that the proposed settlement is fair, reasonable, adequate and in the best interest of the Class. The Court further finds

that Class Counsel's requested fees and reimbursement of costs is reasonable and well supported. The Court GRANTS final approval of the proposed Class Settlement and awards attorneys' fees, costs and service awards to be paid from the Settlement Fund as follows:

(1)     Litigation costs in the amount of $28,185,752;

(2)     Attorneys' fees in the amount of $75.4 million;

(3)     Service awards in the amount of $105,000; and

(4)     The Claims Administrator's costs for settlement notice and class administration as incurred.

**IT IS SO ORDERED**

DATED: ___November 6___, 2025

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE