UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DJENEBA SIDIBE, et al.,

                  Plaintiffs,

   vs.

SUTTER HEALTH,

                  Defendant.

Case No. 3:12-cv-4854-LB

**[PROPOSED] FINAL JUDGMENT AND DISMISSAL**

The Court hereby enters final judgment in this action as between Plaintiffs and Defendant Sutter Health, as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

1. All Released Claims of Plaintiffs and the Class are hereby released as against Defendant and all other Released Parties as defined in the Settlement.

2. Without effecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for the purposes of resolving issues related to the interpretation, administration, implementation, effectuation and enforcement of the Settlement.

3. The parties and the Class Administrator are hereby ordered to comply with the terms of the Settlement.

4. This action is dismissed with prejudice as against the Defendant, each side to bear its own costs, expenses and attorneys' fees except as provided by the Settlement and the Court's orders.

5. This document constitutes a final judgment and separate document for purposes of

Federal Rule of Civil Procedure 58(a).

6. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Class and Defendants.

7. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

8. The Clerk shall close the case file.


DATED: ___November 6___, 2025


_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINAL JUDGMENT
AND DISMISSAL
Case No. 3:12-CV-04854-LB

2